### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| PAUL BERGE and TIMOTHY KREISSLER,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CITY OF KANKAKEE, POLICE AND FIRE  )<br>COMMISSION OF THE CITY OF KANKAKEE,  )<br>CHIEF FRANK KOSMAN, MAYOR CHASTITY  )<br>WELLS-ARMSTRONG, WILLIE HUNT,  )<br>NICKEY F. YATES, Individually and in their  )<br>official capacities,  )<br>)<br>Defendants.  ) | Case No. 20 cv 2310 |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Central District of Illinois, Plaintiffs, Paul Berge and Timothy Kreissler, by and through his undersigned counsel, respectfully requests that this Court grant Kelly A. Krauchun leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs' states as follows:

1. Since November 5, 2020, Kelly A. Krauchun has been one of the attorneys of record for Plaintiffs.

2. Kelly A. Krauchun has left the Herbert Law Firm, effective June 1, 2022.

3. Plaintiffs will continue to be represented by counsel from the Herbert Law Firm.

WHEREFORE, Plaintiffs respectfully requests that the Court grant Kelly A. Krauchun leave to withdraw as one of the attorneys of record in this action.

Dated: May 25, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Kelly A. Krauchun*
　　　　　　　　　　　　　　　　　　　　　Kelly A. Krauchun
　　　　　　　　　　　　　　　　　　　　　Herbert Law Firm
　　　　　　　　　　　　　　　　　　　　　206 S. Jefferson, Suite 100
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　　Kelly.krauchun@danherbertlaw.com
　　　　　　　　　　　　　　　　　　　　　Dan.herbert@danherbertlaw.com