IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

PAUL BERGE and TIMOTHY KREISSLER,       )
                                         )
    Plaintiffs,                          )
                                         )
    v.                                   )
                                         )    Case No. 20 cv 2310
CITY OF KANKAKEE, POLICE AND FIRE        )
COMMISSION OF THE CITY OF KANKAKEE,      )
CHIEF FRANK KOSMAN, MAYOR CHASTITY       )
WELLS-ARMSTRONG, WILLIE HUNT,            )
NICKEY F. YATES, Individually and in their )
official capacities,                     )
                                         )
    Defendants.                          )

## EXHIBIT LIST

| | |
|---|---|
| Ex. A. | Plaintiff Kreissler's deposition transcript |
| Ex. B. | Defendant Kosman's deposition transcript |
| Ex. C. | Defendant Wells' deposition transcript |
| Ex. D. | Defendant Hunt's deposition transcript |
| Ex. E. | Defendant Yates' deposition transcript |
| Ex. F. | Defendants' R. 0291 |
| Ex. G. | Defendants' R. 0449-50 |
| Ex. H. | Defendants' R. 0146 |
| Ex. I. | Defendants' R. 0195 |
| Ex. J. | Plaintiff Berge's deposition transcript |
| Ex. K. | Defendants' R. 0027-28 |
| Ex. L. | Defendants' R. 1270-71 |
| Ex. M. | Defendants' R. 1303-04 |

Ex. N.   Defendants' R. 1639-1908

Ex. O.   Defendants' R. 2056-78

Ex. P.   Defendants' R. 1383-84

Ex. Q.   Defendants' R. 2267-68

Ex. R.   Defendants' R. 650-54

        Respectfully submitted,

        **CITY OF KANKAKEE, POLICE AND FIRE COMMISSION, KOSMAN, WELLS-ARMSTRONG, HUNT and YATES**

By:   */s/ Michael J. McGrath*
        One of their attorneys

Michael J. McGrath
Amy E. Zale
**ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
Ph: (708) 424-5678; Fax: (708) 741-5070
mmcgrath@osmfm.com
azale@osmfm.com