E-FILED
Friday, 17 June, 2022  10:54:56 AM
Clerk, U.S. District Court, ILCD

1                IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
2                        URBANA DIVISION

3

     PAUL BERGE and TIMOTHY          )
4    KREISSLER,                      )
                                     )
5                    Plaintiffs,     )
                                     )
6           -vs-                     ) No. 20 cv 2310
                                     )
7    CITY OF KANKAKEE, POLICE        )
     AND FIRE COMMISSION OF THE      )
8    CITY OF KANKAKEE, CHIEF         )
     FRANK KOSMAN, MAYOR             )
9    CHASTITY WELLS-ARMSTRONG,       )
     WILLIE HUNT, NICKEY F.          )
10   YATES, individually and in      )
     their official capacities,      )
11                                   )
                     Defendants.     )
12

13

14            Deposition of TIMOTHY KREISSLER, taken

15   before STACEY L. PARR, C.S.R., pursuant to the

16   Federal Rules of Civil Procedure for the United

17   States Courts pertaining to the taking of depositions

18   for the purpose of discovery, at 3318 West 95th

19   Street, Evergreen Park, Illinois, at 10:02 a.m., on

20   the 11th day of February, 2022.

21

22

23

24


              MAUREEN K. NAGLE & ASSOCIATES  (708) 837-9883

2

```
1    PRESENT:
2
3         HERBERT LAW FIRM
          BY:  MS. KELLY ANN KRAUCHUN
4         206 South Jefferson
          Suite 100
5         Chicago, Illinois 60661
          (312) 655-7660
6         kelly.krauchun@danherbertlaw.com

7         on behalf of the Plaintiffs;

8    ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD
     BY:  MR. MICHAEL J. McGRATH
9         3318 West 95th Street
          Evergreen Park, Illinois 60805
10        (708) 424-5678
          mmcgrath@osmfm.com
11
          on behalf of the Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24   Reported By:  Stacey L. Parr, CSR
          License No. 084-004502
```

3

```
1         DEPOSITION OF
          TIMOTHY KREISSLER
2         taken February 11, 2022

3

4    EXAMINATION BY                        PAGE

5
     Mr. McGrath:                         4, 203
6

7    Ms. Krauchun:                         198

8

9              EXHIBITS
               (attached)
10

11                                        PAGE

12
     Kreissler Exhibit Number 1           178
13

14         *  *  *  *  *  *

15
16
17
18
19
20
21
22
23
24
```

4

```
1              TIMOTHY KREISSLER,

2    called as a witness herein, having been first duly

3    sworn, was examined upon oral interrogatories and

4    testified as follows:

5              EXAMINATION

6    BY MR. McGRATH:

7         Q.   Good morning.  Sir, can you just state your

8    full name and spell your last name?

9         A.   Sure.  Timothy, R is my middle initial, and

10   Kreissler is my last name.  It's K-r-e-i-s-s-l-e-r.

11        Q.   Okay.  Just like the -- the car manufacturer,

12   right?

13        A.   I wish.

14        Q.   Okay.  Yeah.  All right.  Mr. Kreissler, my

15   name is Mike McGrath.  I'm an attorney.  I represent

16   the -- the City and all the named defendants in the

17   lawsuit that you filed against the City and the named

18   defendants in the matter of Paul Berge and Timothy

19   Kreissler versus the City of Kankakee.  It's pending

20   in the Central District in federal court, case

21   No. 20 cv 2310.

22             You are here represented by counsel,

23   and obviously we're here to take your deposition

24   pursuant to notice and agreement of the parties.
```

5

```
1    Okay?

2         A.   Yes.

3         Q.   I'm just going to go over some basic ground

4    rules.  Your attorney might have gone over it with

5    you, but, as you know, I represent the City and the

6    defendants.  This is my opportunity to ask you

7    questions and try to get some information based on

8    your lawsuit.

9              And we have a court reporter here, so

10   she's going to be taking everything down, just as

11   they do in court, that you're -- I know you're

12   familiar with.  Okay?

13        A.   Yes.

14        Q.   And probably just like in court, you're

15   familiar that all your answers have to be verbal,

16   that the court reporter can't take down a nod of your

17   head or a wave of your arms or any physical gestures

18   like that.  Okay?

19        A.   Yes, sir.

20        Q.   The most important rule is that you wait for

21   me to complete my question, so we don't start

22   speaking over each other.  And we might be here for a

23   few hours, but as it progresses, lots of times it

24   seems like people get into a conversational tone and
```

**6**

1  you might anticipate and you're guessing what I'm
2  going to ask and so you start answering before I'm
3  finished, and it just makes it really difficult for
4  the court reporter to take all that down.  Okay?
5  **A.  Sure, yes, sir.**
6  **Q.**  All right.  Any time you don't understand my
7  question or you want me to rephrase it, I'll rephrase
8  it.  Just say, you know, Mr. McGrath, I don't know
9  what you're talking about or it's confusing or
10  whatever.  And then I'll try to rephrase it in a
11  better or simpler way.  If you don't ask me to
12  rephrase a question, I'm going to assume that you
13  understood the question and that's why you gave the
14  answer to that question.  Is that fair enough?
15  **A.  Yes.**
16  **Q.**  All right.  We have coffee coming in.  The
17  restroom is down the hall.  Any time you want to take
18  a break, we'll take a break, just let me know.  The
19  only caveat to that is if there's a pending question,
20  you have to answer that question and then we'll take
21  a break.  Okay?
22  **A.  Okay.**
23  **Q.**  Have you ever sat in or been deposed for any
24  prior deposition?

**7**

1  **A.  Yes, maybe 17, 18 years ago, when I first --**
2  **you know, when I was a new officer.**
3  **Q.**  Okay.  And what was that case about or
4  anything you remember?
5  **A.  A gentleman was trying to repossess a car and**
6  **he didn't have proper authority.  We had to remove**
7  **him from the vehicle because he didn't have his --**
8  **his proper paperwork.  And he sued us, and I had to**
9  **give a deposition for my role in that.**
10  **Q.**  Okay.  That was a civil matter, probably
11  filed somewhere down in the Kankakee County or
12  circuit court?
13  **A.  Yes.**
14  **Q.**  All right.  And you don't remember the name
15  of that case?
16  **A.  The -- yeah, Scroggins (phonetic) was the --**
17  **I think his father owned the car -- used car lot, and**
18  **I think the son -- I don't remember any first names,**
19  **but I'm -- for some reason I recall Scroggins was the**
20  **plaintiff in that.**
21  **Q.**  All right.  And, then, during the deposition,
22  lots of times there's dates and things that happened.
23  If you don't remember, that's fine, because, like I
24  say, my memory is not so good.  If you could just

**8**

1  give an estimate and just let me know if it's a
2  ballpark time frame.
3  **A.  Sure.**
4  **Q.**  Okay.  I'm not looking to try to cross
5  anybody up or catch anybody up.  Okay?
6  **A.  Okay.**
7  **Q.**  So that's the only other time that you were
8  deposed, correct?
9  **A.  Yes.**
10  **Q.**  All right.  I'd like to go into your -- your
11  background a little bit.
12  Have you ever been involved with any
13  prior litigation either as a defendant or a
14  plaintiff?
15  **A.  Yes.**
16  **Q.**  Okay.  Can you tell me --
17  **A.  Yes.  And dates?**
18  **Q.**  Again, we -- we can go by decade, if that's
19  all right.
20  **A.  Okay.  I'm trying to think back where I was**
21  **in the department when it occurred, so that might**
22  **give me some reference.  I was -- I was sued in**
23  **federal court for excessive force and that was around**
24  **2006, 2007 maybe.**

**9**

1  **Q.**  Do you remember any other officers being
2  named as defendants besides yourself?
3  **A.  No, just -- just myself.**
4  **Q.**  Do you remember who the plaintiff was?
5  **A.  Yes.**
6  **Q.**  Who?
7  **A.  Jose Mendez.**
8  **Q.**  Was that action also filed down in -- in
9  federal court?
10  **A.  Yes.**
11  **Q.**  In Central Illinois?
12  **A.  Yes, sir.**
13  **Q.**  All right.  And do you recall who you were
14  represented by in that litigation?
15  **A.  I recall his first name was Doug.  And I --**
16  **if I did some digging, I could find out.  I think his**
17  **last name began with the letter G.  I'm not exactly**
18  **sure.**
19  **Q.**  Was he part of the corp counsel, in-house at
20  City of Kankakee, or was he appointed to you by their
21  insurance carrier?
22  **A.  I believe he was appointed by the insurance**
23  **carrier.  I don't believe he was City's counsel.**
24  **Q.**  All right.  Do you know where his office is

10

1    located?  Or did you ever go to his office, if you
2    remember?
3        A.  I went one time.  I -- honestly, I don't
4    recall.  I -- I have all the paperwork at home.  I
5    wish I would have brought it.
6        Q.  That's fine.  So it was an excessive force
7    claim against you.  Were you deposed in that matter?
8        A.  I believe I was -- you know -- okay.  Sorry.
9    You asked if I had ever been deposed and I said the
10   Scroggins thing.  I think I may have been deposed in
11   that one.  I -- I don't recall.  And it wasn't Doug
12   that would have done it.  There was another attorney
13   that was like his assistant.  I don't recall if I was
14   deposed.
15       Q.  Okay.
16       A.  Sorry.
17       Q.  What was the outcome of that case?
18       A.  I was found not guilty of anything.
19       Q.  When you say not guilty, was there a trial or
20   was --
21       A.  It was a full-blown trial, yes.
22       Q.  So it actually -- it went to trial?
23       A.  Yes.
24       Q.  In the federal courthouse?

11

1        A.  Yes.
2        Q.  A bench trial or jury trial?
3        A.  It was a jury trial.
4        Q.  And you indicated the outcome was that you
5    were found not guilty or not liable?
6        A.  Correct.
7        Q.  All right.  So Jose Mendez' claim for
8    excessive force resulted in him obtaining zero
9    recovery?
10       A.  He was actually -- it was Judge McCuskey, I
11   believe.  He was -- Jose Mendez was ordered to pay
12   some damage to -- damages to me, which were never
13   paid.  I never expected to receive anything, but...
14       Q.  After the trial, was there some sort of a
15   motion filed that Mr. Mendez was then supposed to pay
16   you or possibly pay back some of the defense
17   attorney's fees?
18       A.  I believe so, yes.
19       Q.  Okay.
20       A.  But I don't think I was present for that.  I
21   think that was done by Doug.  I wish I could remember
22   his last name, but I can't.
23       Q.  Okay.  But the main thing is that you were
24   found not liable, no wrongdoing by -- by the jury,

12

1    correct?
2        A.  Yes.
3        Q.  Any other time you were named as a defendant
4    as a police officer or in your personal life?
5        A.  Yes, another incident, and it was not long
6    after I was promoted to sergeant, so I would say
7    about 2009, maybe 2010.
8        Q.  And what type of case was that and where was
9    it filed at?
10       A.  Excessive force and that was the same court
11   in Urbana.
12       Q.  Do you remember who represented you in that
13   matter?
14       A.  Yes, Mike Bersani.  I think his office was
15   Itasca.
16       Q.  Yes.
17       A.  Okay.
18       Q.  Do you remember the name of the plaintiff?
19       A.  Yes.  His first name was Seneca and his last
20   name was James.  I wish I could give you all the
21   details of these.  I don't want you to think I'm a
22   bad person.
23       Q.  No.
24       A.  But they were just totally unfounded.  And --

13

1    and in the Seneca James one, there were about six or
2    seven witnesses that -- hospital staff, hospital
3    security officers, police officers.  It didn't
4    happen, so...
5        Q.  Yeah.  Were you named with any other
6    defendant officers in that matter?
7        A.  I think the other officers that were in the
8    emergency room may have been named, but when it came
9    down to it, only I was put on trial.  I don't recall
10   why, but maybe their involvement just wasn't enough.
11   I don't know.
12       Q.  And you said it went to trial.  Did that case
13   also go to trial?
14       A.  Yes.
15       Q.  All right.  Do you recall what year or how
16   long after the case was filed that you went to trial?
17       A.  It seemed like it was a couple years
18   afterwards.  After the initial claim is made, like
19   two to three years on each one of those, I believe.
20       Q.  So anywhere around like 2012, 2013, in that
21   time period?
22       A.  Yeah, possibly, yeah.
23       Q.  And was Michael Bersani your -- your trial
24   attorney at trial?

14

1    A.  Yes.
2    Q.  And what was the outcome of that trial?
3    **A.  The same as the other one, unfounded, not**
4 **liable.**
5    Q.  Any other matters where you were named as a
6 defendant as a police officer?
7    **A.  No.**
8    Q.  And any other matters that you were named as
9 a defendant in your individual --
10    **A.  No.**
11    Q.  -- or your personal life?
12         How about a plaintiff, have you ever
13 filed a suit against anyone for a motor vehicle
14 accident or anything like that?
15    **A.  No.  This is the first time ever.**
16    Q.  Okay.  During your career with the Kankakee
17 Police Department, have you ever filed a workers'
18 compensation claim?
19    **A.  No.  I have filed injury reports, but, you**
20 **know, just in case, but nothing has ever come of it,**
21 **never lost any time from work because of an injury.**
22    Q.  Prior to becoming a police officer, had you
23 ever been arrested for any matters that involved
24 dishonesty or theft?

15

1    **A.  No.**
2    Q.  Have you ever filed for bankruptcy?
3    **A.  No.**
4    Q.  Is your date of birth March 7th of 1966?
5    **A.  Yes.**
6    Q.  All right.  And you were born in the City of
7 Kankakee?
8    **A.  Yes.**
9    Q.  I'd like to just go through your background a
10 little bit.
11         Did you grow up in the City of
12 Kankakee?
13    **A.  No.**
14    Q.  All right.  Where did you grow up at?
15    **A.  Bradley -- for the most part, Bradley,**
16 **Illinois.**
17    Q.  And I know some of this going through your
18 personal file.  So at one time you were married to a
19 Katherine Kreissler for a short time?
20    **A.  Yes.**
21    Q.  All right.  And you got divorced from
22 Katherine Kreissler in October of 1998?
23    **A.  The year is correct.  I'm not sure about the**
24 **month, but, yes.**

16

1    Q.  Okay.  And you were married to her -- or you
2 got married to her in July of 1995 and then divorced
3 approximately three years later?
4    **A.  Yes.**
5    Q.  Okay.  And you are now currently remarried?
6    **A.  Yes.**
7    Q.  And what's your current wife's name?
8    **A.  First name is Kerry, K-e-r-r-y, and L is her**
9 **middle.**
10    Q.  Okay.  And when did you get married to Kerry?
11    **A.  August 12, 2006.**
12    Q.  And do you have any children?
13    **A.  Yes.**
14    Q.  How many children do you have?
15    **A.  We have two.**
16    Q.  I saw in the reports, something that was
17 filled out, but your first child was born on April
18 27th of '07?
19    **A.  Yes.**
20    Q.  All right.  Is that a boy or a girl?
21    **A.  That's a girl.  Her name is Delaney.**
22 **D-e-l-a-n-e-y.**
23    Q.  All right.  And then your second child?
24    **A.  Is -- she was born October 27, 2010, and her**

17

1 name is Teagan, T-e-a-g-a-n.
2    Q.  All right.
3    **A.  Did I say 10/27/10?**
4    Q.  Yes.
5    **A.  Okay.**
6    Q.  And your current residence, do you live in
7 the City of Kankakee?
8    **A.  No.**
9    Q.  I don't need to know the address.  I won't
10 put it on the record, but what town?
11    **A.  Bourbonnais.  Do you need the spelling?**
12    Q.  No.
13    **A.  Okay.**
14    Q.  As far as your education, where did you go to
15 high school?
16    **A.  The acronym is BBCHS.  It's Bradley**
17 **Bourbonnais Community High School.**
18    Q.  And what year did you graduate?
19    **A.  1984.**
20    Q.  And then did you go to college or a junior
21 college, community college after you graduated from
22 high school?
23    **A.  After high school I went in the Navy and then**
24 **I went to a four-year college.**

18

1    **Q.** All right.  And you -- when you went to
2  college, you went to Illinois State University?
3    **A. Yes.**
4    **Q.** And did you graduate in 1994?
5    **A. Yes.**
6    **Q.** And what was your degree?
7    **A. Business administration.**
8    **Q.** And you are currently employed, correct?
9    **A. Yes.**
10    **Q.** With the Kankakee Police Department?
11    **A. Yes.**
12    **Q.** Do you currently have any secondary
13  employment?
14    **A. No.**
15    **Q.** Again, going through your records, you've had
16  secondary employment while a Kankakee police officer,
17  correct?
18    **A. Like side job security?**
19    **Q.** Yes.
20    **A. Yes, yes.**
21    **Q.** Okay.  Currently you don't have any side job
22  in security?
23    **A. No.**
24    **Q.** Secondary employment, if you're employed by

19

1  the police department, you have to be approved by
2  someone in the command staff, correct?
3    **A. Yes.**
4    **Q.** All right.  And you previously were approved
5  for secondary employment, right?
6    **A. Yes, at various different places.**
7    **Q.** You worked security at MainSource Bank?
8    **A. Yes.**
9    **Q.** Back in 2016?
10    **A. Probably, yes.**
11    **Q.** Yeah.  It says December 2016 I think is when
12  you requested to be approved for secondary
13  employment.
14    **A. Okay.**
15    **Q.** If I remember the records.  But -- and that's
16  just working security at that bank?
17    **A. Yes.  A lot of times when banks have armed**
18  **robberies, they -- they want to hire police security**
19  **for a while just until they feel safe again.**
20    **Q.** Have you gone through any -- for any training
21  for security or being a security guard, although
22  you're a police officer?
23    **A. No, I've never had any security guard**
24  **training.**

20

1    **Q.** And when you worked at MainSource Bank, would
2  they give you a uniform or would you wear the
3  Kankakee police uniform?  Or how would you dress for
4  that assignment?
5    **A. We'd just wear our standard Kankakee police**
6  **uniform.**
7    **Q.** Okay.  So you'd wear your full patrol uniform
8  at the bank during bank hours?
9    **A. Yes.**
10    **Q.** And then you're paid directly by the bank?
11  Or did the money go through the police department and
12  then you're paid by the police department?
13    **A. I think back then it was paid right from the**
14  **bank.  I believe now it's -- I haven't worked bank**
15  **jobs in a while, but I think now it go -- I think the**
16  **bank pays the city and then the city pays the**
17  **officer.**
18    **Q.** Yeah, it just depends, especially being in
19  uniform.
20    **A. Right.**
21    **Q.** I think a lot of departments do it that way.
22          Prior to MainSource Bank, did you
23  work at -- is it Dun Transportation?
24    **A. Can you -- what's the first name?**

21

1    **Q.** Dun, D-u-n, Transportation.  Doing any types
2  of security like around 2014?
3    **A. Is that -- it doesn't ring a bell.  Is that**
4  **like a trucking company?  Dun Transportation.**
5    **Q.** I didn't put down the address.  If you
6  remember.  It's really no big deal.
7    **A. I'm sorry.  I don't recall any of that, Dun**
8  **Transportation.**
9    **Q.** All right.  Was Kankakee your first
10  employment in the law enforcement field?
11    **A. Yes.**
12    **Q.** You stated that after high school you joined
13  the Navy?
14    **A. Yes.**
15    **Q.** And you were on the USS Theodore Roosevelt?
16    **A. Yes.**
17    **Q.** All right.  And according to your employment
18  history, it looked like you had 1.8 -- one year and
19  eight months of service time.  Is that of active
20  service time?
21    **A. It was longer than that.**
22    **Q.** Was it?
23    **A. It was just about three years.**
24    **Q.** Okay.

22

1   A.  I -- I joined in June of 1985, and it was a
2   three-year enlistment active duty, with I think two
3   years of active reserve and then I think three years
4   of inactive reserve.  It was supposed to total eight
5   years total.  And so if I joined June of '85, my
6   discharge date would have been June of '88, but back
7   then they were doing some sort of like cutbacks and
8   stuff and they said anyone that's due to get out
9   within the next, I don't know, 6 to 12 months can
10  leave early if they want to.  So that was April, I
11  remember exactly, April 18th of 1988, so I -- so it
12  was just shy of three years, but I believe the active
13  duty status still carried till June of 1988 and then
14  I had to do two years of active duty reserve, where I
15  went, you know, the one weekend a month, two weeks
16  out of the summer.
17      Q.  Okay.  And the USS Theodore Roosevelt, what
18  type of a ship is that?
19      A.  A nuclear aircraft carrier.
20      Q.  All right.  And what was your role or
21  assignment on that ship?
22      A.  I had different roles.  It was called the V-4
23  Division.  Sometimes we were on the flight deck of
24  the aircraft carrier fueling the -- the jets as they

23

1   were running and -- and then sometimes I would be
2   down in the bottom of the ship where the jet fuel is
3   purified and filtered and then pumped up to the
4   flight deck.  And then another time I was also in --
5   they call it the quality assurance lab, where you
6   test the jet fuel to make sure there's no sediment
7   and those types of things.  So kind of a variety of
8   different jobs in that three years.
9       Q.  And then after your discharge, you indicated
10  that you were in the reserves for a number of years,
11  right?
12      A.  Yes.
13      Q.  And where would you go to report for the Navy
14  reserves?
15      A.  It was the naval air station in Glenview,
16  Illinois.
17      Q.  Okay.  When would that -- when would you have
18  to report?
19      A.  I'm sorry?  When?
20      Q.  When would you have to report?  Would it be
21  like every three months?
22      A.  It was one weekend a month and two weeks out
23  of the summer.
24      Q.  All right.  I thank you for your service.

24

1       A.  I appreciate that.  Thanks.
2       Q.  Your -- as far as your Kankakee work history
3   as being an officer with the department, when were
4   you hired by Kankakee?
5       A.  March 6th of 2002.
6       Q.  Going back to the spring of 2002 or maybe the
7   fall of 2001.  Were you made aware that the Kankakee
8   Police Department was looking for or was hiring new
9   police officers?
10      A.  Yes.
11      Q.  All right.  How did you become aware of that?
12      A.  A friend of mine, Dave Skelly -- I've known
13  him since high since -- he got hired about 10 years
14  before I did, and he knew my degree was business, but
15  he was always trying to talk me into taking the
16  police test, which was every other year in the fall.
17      Q.  Do you recall -- it's been a long time -- how
18  you would go about applying to become a police
19  officer?
20      A.  I know it's different now, but I believe then
21  I think I went to the police station and asked for an
22  application packet, and it was quite a few pages
23  long, completed all the information and submitted it.
24  And then a short time after that there was an

25

1   orientation process at the Kankakee Community College
2   and you had to attend and write a check for $25, I
3   guess to show that you're -- you're serious about it,
4   and then it was in the auditorium, and it was filled
5   with quite a few people that wanted to apply.  So you
6   went through the orientation process, then I think
7   the next step might have been the physical fitness
8   test, which they can wean more people out that way;
9   then after the physical fitness test, I believe it
10  was the written test; and then I think after the
11  written test was an oral interview in front of a
12  panel of maybe the Kankakee Police and Fire
13  Commission.  I think that's all the steps.  And then
14  I think based on all your different scores, you
15  receive a ranking on a list from No. 1 down to...
16      Q.  How many men are on the list?
17      A.  Well, I believe they only took the top 25
18  people, but I believe there were about 150 people or
19  more that actually tested.
20      Q.  The physical test, is that like what is now
21  the POWER test?
22      A.  Yeah, POWER test, yes, sir.
23      Q.  Where you have to lift so much and do so many
24  bench presses and run, do different physical testing

26

1 that you have to pass in order to go to the next step
2 of the hiring process, right?
3     **A.** Yes.
4     **Q.** And then there was a written test. Do you
5 remember where you took the written test?
6     **A. Yes, that was also at KCC in an auditorium,**
7 **like where they might have like big lecture**
8 **classrooms.**
9     **Q.** Do you know who ran that test or who -- or
10 the proctors of the test?
11     **A. I don't. I don't know.**
12     **Q.** Obviously you showed up for the test, you
13 completed the test, handed the test in, and then were
14 you notified of your test result for the written
15 portion of your application?
16     **A. I was. I don't remember how soon. I think**
17 **it might have been the next day.**
18     **Q.** Was that by phone call, or did they mail
19 something out to you, or did they tell you to call
20 somewhere to get the results, if you remember?
21     **A. I -- I really don't remember. I -- I don't**
22 **know if I had to go to the police station and look at**
23 **a list or if I was mailed something or a phone call.**
24 **I just don't recall.**

27

1     **Q.** And then there was an oral interview portion
2 of the application process, correct?
3     **A.** Yes.
4     **Q.** And you believe that you went through -- in
5 front of some sort of a panel. Do you know if it was
6 the Fire and Police Commission from Kankakee or was
7 it other law enforcement people? Sometimes they use
8 chiefs or deputy chiefs from other departments to do
9 the interviews. If you remember.
10     **A. From what I recall, I believe it was the**
11 **Police and Fire Commission, and there may be -- and**
12 **then a member of the police command staff on that**
13 **panel. I think there was. I'm pretty sure there**
14 **was. I just don't recall who it was.**
15     **Q.** And were you questioned individually or was
16 everyone brought in at the same time and asked
17 questions?
18     **A. Individually.**
19     **Q.** All right. And do you know whether or not
20 you were asked the same questions as the other
21 candidates to be hired?
22     **A. I don't recall. I think so. I think that's**
23 **the way it would have been done.**
24     **Q.** In this case you've named Nickey Yates, who's

28

1 a current member of the Fire and Police Commission,
2 as a defendant. Was Nickey Yates one of the people
3 that interviewed you or was part of the panel of the
4 oral interview, if you remember?
5     **A. I really don't remember. You're talking when**
6 **I first got hired?**
7     **Q.** Yes.
8     **A. I don't remember if Nickey Yates was on that**
9 **or not.**
10     **Q.** Okay. And then all of the scoring is then
11 tabulated and then there's a list put out of eligible
12 individuals to be hired as patrol officers, correct?
13     **A.** Yes.
14     **Q.** And do you know back when you applied if
15 there was a minimum score that you had to obtain to
16 be put on the list or was everyone just listed out
17 even if somebody did really bad on the written test
18 and the oral interview?
19     **A. Well, from what I recall, I believe like if**
20 **there were 150 people that applied, I think they only**
21 **put the top 25 on the list. And I don't recall the**
22 **25th person's score, if it was below a certain**
23 **threshold, but I've got to believe if there were over**
24 **a hundred people applying, the top 25, I've got to**

29

1 **believe that even No. 25 wouldn't be a low score, but**
2 **I don't think there was any minimum.**
3     **Q.** Do you know if that list is posted anywhere?
4     **A. It was posted. I mean, I don't think it's**
5 **posted now, but...**
6     **Q.** Right. No, I'm sure it's been taken down by
7 now, but would that have been posted at the police
8 department or at City Hall?
9     **A. Yeah, I believe -- yes, sir, I believe it was**
10 **posted at both places. I think it was posted at City**
11 **Hall and the Kankakee police station.**
12     **Q.** Do you recall where your placement was on
13 that list?
14     **A. Yes, I was No. 1.**
15     **Q.** Okay. Some departments allow you to use
16 military points, such as your -- your service in the
17 Navy, to be added to your score, so you can actually
18 move up on the list.
19     Did you use any military points from
20 your service in the Navy for the initial eligibility
21 list?
22     **A. I believe that I did, yes.**
23     **Q.** Okay. Do you recall how many points back in
24 2002, when you applied, that you could use for

30

1  military points to be moved up on the list?
2      A.  I think that it's 3.5, three and a half
3  points.
4      Q.  Okay.  Do you know under the -- rules of
5  the police department or the Fire and Police
6  Commission rules, as far as military points, are you
7  able to use them in subsequent promotional testing?
8  Or is it a one-time choose to use it initially and
9  you're done?  Or can you use those military points
10  again?
11      A.  Yes, you can use them once to get hired and
12  you can use them once -- one time for promotion.  And
13  you can choose if you want to use them for the
14  sergeant promotion or the lieutenant promotion.
15  However, if you request your military points for a
16  promotion and then that list happens to expire and
17  you don't get promoted, well, the next time you can
18  still use those again because actually you didn't use
19  them because you weren't promoted.
20      Q.  So if an individual applied for the sergeant
21  promotion test and they had military points and you
22  say that it bumped them from the No. 10 spot to the
23  No. 7 spot, but they weren't selected off of that
24  eligibility list to be promoted to sergeant while it

31

1  was still a valid list, the next time if there was --
2  and they applied to go through the promotional
3  process to be a sergeant, they could then again use
4  the same military points?
5      A.  Yes, sir, because they didn't actually use
6  them.
7      Q.  Yes.  If they made it to sergeant and then
8  after a certain amount of time they wanted to become
9  a lieutenant, they would not be able to use those
10  military points?
11      A.  Yes.  If they were utilized to get promoted
12  to sergeant, then when they test for lieutenant,
13  they -- they can't use them.
14      Q.  Okay.  So when you filled out your
15  application and went through the process to become a
16  patrol officer with the Kankakee Police Department,
17  you were listed as No. 1, and then at some point
18  somebody told you that we'd like to hire you as a
19  police officer, correct?
20      A.  Yes.
21      Q.  Do you recall who told you that or how you
22  were advised of that?
23      A.  Yes, I do remember that.  I -- I was working
24  at a -- I was -- I had a sales position with a

32

1  company called AGA Gas, and I remember receiving a
2  letter at home from Chief Mike Kinkade of the
3  Kankakee Police Department offering me a conditional
4  offer of employment.
5      Q.  Kinkade, is that K-i-n --
6      A.  I think -- I think it's K-i-n-k-a-d-e, I
7  think.
8      Q.  Okay.  At the time that you were selected off
9  of the initial eligibility list, do you know if there
10  was other individuals below you on that list also
11  selected to go to the police academy?
12      A.  Yes.  I was No. 1 on the list, and I believe
13  No. 2 on the list was a guy name Kris Lombardi.
14  However, they had one opening at the academy.  I
15  think it was, I don't know, April maybe.  And then he
16  went like three weeks later.  He wasn't in the same
17  exact class as me.
18      Q.  Other than you and Lombardi, anybody else
19  selected off of that initial eligibility list in
20  2002?
21      A.  I'm not a hundred percent sure.  I know there
22  was an officer named Melvina Calvin.  I think as far
23  as seniority, she's right below Kris Lombardi, but I
24  just don't remember if she was on that list of 25

33

1  people or if she was hired two years later when they
2  did another list.  I just can't remember.
3      Q.  What police academy did you go to?
4      A.  It's called PTI, Police Training Institute,
5  at the University of Illinois.
6      Q.  And how long is that academy or training?
7      A.  I think it was 12 weeks.
8      Q.  And after you completed the PTI academy, you
9  were then brought into the Kankakee Police Department
10  as a patrol officer, correct?
11      A.  Yes.
12      Q.  Was there a probationary period?
13      A.  Yes, it's a one-year probationary period.
14      Q.  And during that time you receive additional
15  training, you go along with training officers or
16  ride-alongs with a number of different officers,
17  correct?
18      A.  Yes, it's -- the person is called a Field
19  Training Officer, and you pretty much do a month on
20  each of the three shifts.  They might put you on
21  midnights first and then maybe first shift and then
22  second shift, so it's basically 90 days of field
23  training.
24      Q.  You indicated that you were offered the

34

1  position in March of 2002, and then if you did the
2  academy for about 12 weeks whenever it started, did
3  you start your probationary period sometime in mid to
4  late summer of 2002?
5      **A.  I do remember it was summer.  I don't recall**
6  **if it was June or July, but I believe it was summer.**
7  **I just remember it being -- I was on the midnight**
8  **shift for my first phase, and I just remember it**
9  **being 85 degrees at 10:00 at night.**
10     Q.  And could we just go back to the summer of
11 '02, if I could have a little breakdown of the police
12 department at that time.
13     **A.  Okay.**
14     Q.  Obviously you're Caucasian, correct?
15     **A.  Yes.**
16     Q.  You indicated that Chief Mike Kinkade was the
17 chief at the time.  Was he Caucasian?
18     **A.  Yes.**
19     Q.  Was there a deputy chief at that time?
20     **A.  Yes.  And I believe it was Larry Regnier.**
21 **R-e-g-n-i-e-r.**
22     Q.  Is he Caucasian?
23     **A.  Yes.**
24     Q.  All right.  And structurally the police

35

1  department at that time, under the deputy chief were
2  there commanders or did it go right to lieutenants?
3      **A.  Yes, commanders were directly under the chief**
4  **and deputy chief.**
5      Q.  In 2002, can you tell me how many commanders
6  there were?
7      **A.  Two.**
8      Q.  Do you remember the names of those
9  commanders?
10     **A.  Yes, I believe the -- I believe the patrol**
11 **commander was Commander John Gerard.**
12     Q.  Is he Caucasian?
13     **A.  Yes.**
14     Q.  All right.  And what was the other commander?
15     **A.  The investigation's commander was Larry**
16 **Osenga.**
17     Q.  Who's a current alderman on the city council,
18 correct?
19     **A.  Yes.**
20     Q.  And he's also Caucasian?
21     **A.  Yes.**
22     Q.  All right.  And back in 2002, under the
23 commanders there would be lieutenants?
24     **A.  Yes.**

36

1      Q.  How many lieutenants were there with the
2  department back in 2002, if you remember?
3      **A.  I believe there were four.**
4      Q.  Do you remember who the lieutenants were back
5  in 2002?
6      **A.  I can try to remember.  I know my friend Dave**
7  **Skelly had just got promoted to lieutenant, so he**
8  **would be one.**
9      Q.  And he's Caucasian?
10     **A.  Yes.  There was a guy named Kevin McGovern**
11 **who was a lieutenant.**
12     Q.  Was he Caucasian?
13     **A.  Yes.  And I may get this wrong, but I believe**
14 **the other two were Chris Kidwell.**
15     Q.  He's Caucasian, correct?
16     **A.  Yes.  And the fourth one, I believe, was**
17 **either Robin Passwater or Pat Cane.  I don't -- I'm**
18 **not sure.**
19     Q.  As of today's date, Skelly, Kidwell and
20 Passwater are still employed with the police
21 department, correct?
22     **A.  Skelly is not.**
23     Q.  Did he retire?
24     **A.  Yes.  He retired maybe two, three years ago.**

37

1      Q.  Okay.
2      **A.  And there's another name.  Matt Adamson may**
3  **have been a lieutenant at that time.  I just -- you**
4  **know, it's 20 years ago.  I just don't recall.  I**
5  **just know that when I was new, in my early years,**
6  **they were lieutenants.  I just don't know which four,**
7  **because I believe only four, per city ordinance, can**
8  **be lieutenants on a department at any given time.**
9      Q.  Matt Adamson?
10     **A.  Adamson.**
11     Q.  A-d-a-m-s-o-n?
12     **A.  Yes, sir.**
13     Q.  Caucasian?
14     **A.  Yes.**
15     Q.  Under lieutenants would it -- then you go to
16 sergeants?
17     **A.  Yes.**
18     Q.  How many sergeants?
19     **A.  I think back then there might have been 12 to**
20 **15 of them.  They've cut the number down over the**
21 **years.  I can give you some of the names, but...**
22     Q.  Let me just make it easier.  The 12 to 15
23 sergeants in 2002, were they all Caucasian?
24     **A.  I don't think so.**

38

1    Q. Can you give me the names of any sergeants
2  who were minorities in 2002?
3    A. No.  I know that these were minority
4  sergeants, may have been around 2002, but I can't be
5  exactly sure.
6    Q. That's fair.
7    A. Lamont Upton was a black sergeant.
8    Q. Is he still employed with the police
9  department?
10   A. No, he retired and he's since passed away.
11   Q. Any others?
12   A. Yes.  Samuel Paul Miller.  Everyone calls him
13  Paul, but his first name is Sam.
14   Q. Is he still with the department?
15   A. No, he retired probably less than a year ago.
16   Q. Any others?
17   A. Possibly Willie Hunt.  It was -- I don't know
18  if he was a sergeant when I got hired or if it was
19  shortly after I got hired, but somewhere in the
20  beginning of my career he was a sergeant.  I believe
21  that was it.
22   Q. Okay.  So out of the -- and you're not sure
23  if it was 12 to 15 sergeants in early 2000s, 2002,
24  2003.

39

1    A. Yes.
2    Q. You've listed out two, possibly three
3  sergeants being African American, correct, just
4  Miller and Upton and possibly Willie Hunt?
5    A. Yes.
6    Q. All right.  When you were hired as a patrol
7  officer, what shift were you assigned to?  Or how
8  does that work?  Or how did it work with your shifts
9  back then?
10   A. Well, when I was in my training phase, I
11  remember -- I remember I did -- the midnight shift
12  was my very first time putting on a uniform and
13  getting in a police car, and that was with --
14  Sergeant Sais was my FTO.  That's S-a-i-s.
15   Q. And Sergeant Sais was Caucasian?
16   A. Yes.
17   Q. Or is Caucasian.  And how long did that last,
18  for you being on midnights?
19   A. It was about 30 days.
20   Q. After being on midnights for about 30 days
21  with Sergeant Sais as your FTO, what shift were you
22  assigned to?
23   A. I think it was first shift for 30 days.
24   Q. The police department has three shifts?

40

1    A. Yes.
2    Q. And can you give me the time frames of
3  shift 1, shift 2 and shift 3?
4    A. Sure.  First shift is 5:45 a.m. to 2:15 p.m.,
5  second shift is 1:45 p.m. until 10:15 p.m., and then
6  third shift is 9:45 p.m. until 6:15 a.m.  They're
7  overlapped by a half an hour.
8    Q. So there's about a half-hour overlap of each
9  shift to make sure if -- if officers are on call,
10  there's enough manpower on the streets for the next
11  shift?
12   A. Yes, sir.
13   Q. Okay.  That's how it was in 2002.  Are the
14  same shifts still being used currently?
15   A. Yes.
16   Q. As far as shifts, are shifts bidded for?  Or
17  how does an officer -- if they're a patrol officer,
18  if they're not comfortable working the first shift,
19  can they select to work the second shift or request
20  it?  Or how does that work?
21   A. Every I think it's November they put out a
22  list and they say give your desired choices.  And
23  basically what you do, if you say I want to work
24  third shift as my first choice, first shift as my

41

1  second choice, and second shift as my third choice,
2  you just write 3, 1, 2.  So they try to accommodate
3  your first preference, but it is based on seniority.
4  So, you know, it's not likely you're going to get
5  first shift when you're a brand new officer because
6  all the older guys that have been there for quite a
7  few years, they want first shift because it's a more
8  desirable shift.
9    Q. Because it's during the day, it's better for
10  your sleep habits?
11   A. Yeah.
12   Q. And maybe go golfing for twilight, you know,
13  after your shift, right?
14   A. Yes, sir.
15   Q. Okay.  And the shifts that you select and the
16  shift that you're given, is that for the next 12
17  months or a calendar year?
18   A. Yes.  The shift bids come out November and
19  it's usually January 1st.  So they -- you know,
20  they've got -- they've got two months to look at
21  their big board, you know, all the -- the
22  administration, figure out how they're going to make
23  their moves.  So January 1st is usually where -- if
24  they say congratulations, you wanted first shift, you

42

1 have the seniority, on January 1st you're going to
2 first shift.
3     Q.  Okay.  Your lawsuit is about the promotional
4 process and testing within the Kankakee Police
5 Department.  Fair enough to say?
6     A.  Yes.
7     Q.  Okay.  Are you familiar with the promotional
8 process within the Kankakee Police Department?
9     A.  Fairly, yes.
10     Q.  With the testing and all the steps, kind of
11 similar to what you just went through when you were
12 hired as a patrol officer?
13     A.  Yes.  They do seem to tweak it and change it
14 from time to time, though, but for the most part it's
15 consistent.
16     Q.  When you say they tweak it, who would they
17 be?
18     A.  The administration.  The -- we call it A1,
19 A2, which is the chief, the deputy chief; and the two
20 commanders, which would be A3 and A4.
21     Q.  So the chief, deputy chief and the two
22 commanders are the ones that through the years tweak
23 or change the testing process if there are changes,
24 correct?

43

1     A.  Yes, but I believe they have to have the
2 approval of the Police and Fire Commission.  They
3 can't just make changes on their own.
4     Q.  What type of changes have been made through
5 the years?
6     A.  Sometimes there was what we call community
7 service, where if you -- if you do things outside of
8 normal working hours to benefit the community, then
9 you can -- you list that and then the chief would --
10 I think it was a maximum of five points.  I think the
11 chief would say, okay, you know, you've got a whole
12 page of stuff here, you get the five points.
13 Somebody else might have done one or two things and
14 maybe they get two points.  I don't believe that was
15 on the last testing process or the one before that,
16 but it was earlier in my career, community service
17 points were in there.  And I think college may have
18 not been in there in the beginning when I was hired,
19 but now having a college degree does earn you points
20 for promotion.  And --
21     Q.  Go ahead.
22     A.  Sorry.  I just was going to say and seniority
23 was always in the testing process, but, to me, it
24 didn't make much sense because everybody got five

44

1 points for seniority, so -- I don't recall if that
2 was in the last testing process.
3     Q.  Let me just ask you about that.  The five
4 points for seniority, would it be bracketed how many
5 years you had served as far as seniority?  Or if you
6 were just a member of the police department and made
7 it past your probationary period, you would get the
8 seniority points?
9     A.  I believe it was a little more than that
10 because you have to have at least three years on
11 before you can even think about taking the sergeant's
12 exam.  And I think anyone that had that three years
13 on got that seniority, I believe.  I'm not sure.
14     Q.  So that's like what you stated, it really
15 doesn't make any sense because everyone gets it, it's
16 not going to change anyone's ranking on any list?
17     A.  Yes, yes, sir.
18     Q.  Okay.  So that would be purely an objective
19 additional points that would be put onto somebody's
20 overall score, it affects everyone the same way?
21     A.  Yes.
22     Q.  The other change you indicated was the
23 community service points.  I believe you stated you
24 get up to -- from zero to five points for community

45

1 service.  And that's more subjective based upon
2 somebody reviewing your -- your file or your
3 activities within the community, where they would
4 choose I'm going to give this officer three points,
5 this officer five points.  Is that kind of what I
6 heard?
7     A.  Yes, that could be subjective because the
8 person reviewing what you have done may give more
9 weight to this than to that.
10     Q.  Right.
11     A.  So I'd say that would be subjective.
12     Q.  It's subjective.  Who would review that
13 information and make the determination if it would be
14 one point, two points, three or five points?
15     A.  I believe it was the top four of the
16 administration, the A1, 2, 3 and 4.
17     Q.  And, again, when you say the administration,
18 you're talking about the police department
19 administration, the chief, deputy chief and the two
20 commanders?
21     A.  Yes.
22     Q.  Okay.  These changes that have happened
23 through the years as far as the promotional testing
24 process, for example, you listed, again, the

46

1  community service points, college degree and
2  seniority, those changes were done by the police
3  department administration?
4      A.  Yes.
5      Q.  And were members of the police department
6  made aware of those changes, either like memos being
7  distributed or rule changes being distributed to
8  members of the police department?
9      A.  Yes.  And a lot of times it would be just
10  members of the union, of the body, saying, hey, we
11  don't think this is fair.  Why -- why does it have to
12  be like this?  Or why does it have to be like that?
13  So, you know, then the union president meets with the
14  administration and says, hey, you know, we don't
15  think this is right.  And then, you know, sometimes
16  they'd make changes, sometimes they wouldn't.
17      Q.  And if the union got involved with the
18  administration -- again, the administration as you
19  termed it would be the police chief, the deputy chief
20  and the two commanders -- they would either resolve
21  it and say like this isn't fair or let's change it to
22  this language or they would grieve it or file an
23  unfair labor practice.  Did that ever happen through
24  your years?

47

1      A.  Not that I recall.  I don't believe so.
2      Q.  Would you agree that the testing process is
3  kind of laid out within the rules of the Fire and
4  Police Commission with the City of Kankakee?
5      A.  Yes.
6      Q.  And so the rules were changed at some point
7  to allow community service points and college credit
8  points and seniority points, correct?
9      A.  Yes.
10      Q.  And that rule change would have been reduced
11  to writing and then put into the Fire and Police
12  Commission rules or handbook or guidebook for
13  everyone to know what the changes were?
14      A.  Yes, I believe that's the way it's supposed
15  to go.
16      Q.  And that would -- that would take place after
17  the administration or command staff had notified the
18  officers or the union of a proposed change.  And I
19  take it that that proposed change would be worked out
20  or hashed out and then it would go to the Fire and
21  Police Commission to be approved?
22      A.  Yes.
23      Q.  And that's in writing, so everyone knows what
24  the rules are as far as the promotion process, right?

48

1      A.  Yes.
2      Q.  Okay.
3      A.  Can we take a break now?
4      Q.  Yes.
5      A.  You said after a question.
6      Q.  Definitely.
7          (A brief recess was had.)
8  BY MR. McGRATH:
9      Q.  We were talking a little bit about the
10  promotional process and testing.  Through your years
11  with the department, have you ever heard of the
12  phrase the rule of three?
13      A.  Does that refer -- I believe I have.  Is that
14  referring to from the top three on the list the chief
15  can select one of those three?
16      Q.  Yes.  So there's -- you know, it's been
17  litigated, there's been cases.
18      A.  Yes.
19      Q.  And, you know, I don't know if you've ever
20  been informed of what it is through seminars or
21  through your union or training, but the rule of three
22  is like there's procedures that, you know, a person
23  No. 1 on an eligibility or promotional -- eligibility
24  list can be skipped over so many times and go down

49

1  the list.
2      A.  Yes.
3      Q.  So you're -- you've heard of that?
4      A.  Fairly familiar.  I mean, everyone talks
5  about it every time the new list comes up, like,
6  well, you know, they can pick from the top three.
7      Q.  Okay.  Is that your understanding of the rule
8  of three, that the selection has to be someone out of
9  the top three?
10      A.  Yes.
11      Q.  Do you have any understanding of the rule of
12  three of how many times somebody can be skipped
13  over --
14      A.  From what I -- I'm sorry.
15      Q.  -- that's on the top of the list, either the
16  first, second or third ranked person on the list?
17      A.  From what I understand, everyone believes
18  that if you're skipped over once, you cannot be
19  skipped again, but we were talking about that and we
20  don't believe that's actually the case, that you
21  could be skipped a second time or a third time.
22      Q.  So when you say we were talking about it, if
23  it pertains to any conversations with your attorney,
24  I don't want to be privy to that.

50

1    A. Oh.

2    Q. But if it is conversations in the lunchroom
3    or with your union, where did you get that
4    information or where would you have heard of the rule
5    of three and how it applies or may apply?

6    **A. Yeah, it was -- it was nothing with my**
7    **attorneys. It was just, you know, guys and gals at**
8    **work, you know, watercooler talk.**

9    Q. Okay. Are you aware of any lawsuits prior to
10   your lawsuit that pertains to skipping over or having
11   issues with not being selected off of a promotional
12   list?

13   **A. There were -- yes, there was a lawsuit, and I**
14   **believe what occurred occurred prior to me being**
15   **hired, but I believe what had occurred or not**
16   **occurred, I believe the lawsuit took place like**
17   **shortly after I got hired.**

18   Q. So you're talking around 2002, 2003?

19   **A. Yes.**

20   Q. Do you know what promotional list that was
21   for, was it sergeant or lieutenant?

22   **A. I think it was the sergeant promotion.**

23   Q. Do you know who any of the plaintiffs were in
24   that case?

51

1    **A. I know that there were five, and I may not**
2    **get them all correct, but I believe they were Joe**
3    **Baptist, Willie Hunt, Price Dumas -- I know there**
4    **were five. I don't recall all five. Like I say, it**
5    **either occurred or didn't occur before I was hired.**

6    Q. That answer I just need to clarify because
7    you said occurred or didn't occur around the time you
8    were hired. So that -- there was a lawsuit filed by
9    five individuals. Were they all African American?

10   **A. Yes.**

11   Q. All right. And that lawsuit was around 2002,
12   either right before or right after you were hired?

13   **A. Yes.**

14   Q. Okay. Do you know who represented those five
15   African Americans?

16   **A. I don't.**

17   Q. And do you know what the outcome of their
18   lawsuit was?

19   **A. I just know that they did not prevail.**

20   Q. All right. So there was no court order or
21   judgement saying that their rights were violated and,
22   therefore, they have to be placed as sergeants or
23   they have to be promoted, correct?

24   **A. Yes, as far as I know that did not occur.**

52

1    Q. Willie Hunt, he recently retired from the
2    department, correct?

3    **A. Yes.**

4    Q. And Dumas was with the department, then he
5    was named as the interim police chief for a while,
6    and then he left the department, correct?

7    **A. Yes.**

8    Q. And Joe Baptist, I think you mentioned him
9    earlier. Is he still with the department?

10   **A. No, he retired, I don't know, maybe ten years**
11   **ago.**

12   Q. Okay.

13   **A. Eight years, something like that.**

14   Q. Joe Baptist, did he ever make the rank of
15   sergeant?

16   **A. No.**

17   Q. Willie Hunt made it to the rank of sergeant
18   at some point, correct?

19   **A. Yes.**

20   Q. But not as a result of that litigation?

21   **A. I don't think so. I don't think there was**
22   **any judgement that said promote this man. I don't**
23   **think it happened like that.**

24   Q. And Dumas, he -- did he make it to the rank

53

1    of sergeant?

2    **A. No.**

3    Q. Did he ever make it to a rank of -- any
4    higher rank?

5    **A. Nothing higher than a patrolman.**

6    Q. Okay. And then he was interim chief for a
7    short period of time?

8    **A. Yes.**

9    Q. Okay. So he never received any type of
10   promotion based upon that litigation?

11   **A. No.**

12   Q. Can you just take me through the promotion
13   process, how someone -- if they're a patrol officer
14   and they want to become a sergeant, how does that go
15   about other than you stated you have to be on -- a
16   patrol officer at least three years before you can
17   even be eligible to seek the rank of patrol -- of
18   sergeant, correct?

19   **A. Yes. So the way it typically works is the**
20   **department notifies everyone that the sergeant's**
21   **promotional exam is coming up as well as the**
22   **lieutenant's examination. They're both done at the**
23   **same time, and it's once every three years. It's**
24   **supposed to be once every three years. I think one**

54

1    year it didn't happen.  It happened maybe three and a
2    half, four years later, but it is supposed to be
3    every three years.  And they usually notify everyone
4    within the department well in advance, like five, six
5    months in advance that the testing procedure will be
6    coming up in, let's say, November.
7         Q.  If I can just interrupt you.  Is that because
8    there's posted eligibility lists for promotion to
9    sergeant and lieutenant and those lists are only good
10   for a certain period of time?
11        A.  Yes.  And also another reason for such notice
12   well in advance is there was a lot of study materials
13   that had to be purchased, like textbooks, other
14   references, so they want to give everyone plenty of
15   time to study so no one can say, well, you know, you
16   told us two weeks from now the sergeant test is
17   coming.  I didn't have time to study.  So they'd
18   notify everyone months in advance, give everyone time
19   to purchase the textbooks and other reading
20   materials.
21        Q.  And ideally the -- the promotional lists that
22   are posted either at the police department or the
23   City Hall, say, patrol to sergeant, there's a list of
24   individuals and that list is usually good for either

55

1    two or three years, correct?
2         A.  You mean the final list once --
3         Q.  Yes.
4         A.  Yes, three years.
5         Q.  So they try to ideally give notice that, you
6    know, the eligibility list is going to be lapsing or
7    no longer valid within six months, therefore, we have
8    to retest and put together a new list for sergeant,
9    correct?
10        A.  Yes.
11        Q.  All right.  And in an ideal world, they would
12   do it with sufficient time, five, six months before
13   the expiration of the promotional list, to give time
14   for people to study, to conduct the test, to tabulate
15   the test scores, do oral interviews and then to post
16   a new list, correct?
17        A.  Yes.
18        Q.  All right.  So the department gives notice
19   that we're going to be testing for, say, sergeant in
20   the next couple months.  Who puts out that notice?
21   Is it the administration or the Fire and Police
22   Commission?
23        A.  It's the administration.  I believe it's
24   usually the patrol commander who puts that out.  And

56

1    it wouldn't just be sergeants.  It's always sergeants
2    and lieutenants.  Both testing processes are always
3    at the same time.
4         Q.  Okay.  And they're given a date of when the
5    test is going to take place.  And are they given
6    information of where they can get the testing
7    materials or the study guides or when they'll be
8    passed out or where you can get them before the test?
9         A.  Yes, it's usually a memo pinned up on the
10   bulletin board and also an e-mail to all officers,
11   you know, saying, you know, these are -- this book,
12   the 3rd Edition, whatever, so everyone knows exactly
13   what's expected of them to purchase, so that
14   everyone's purchasing the same exact materials.
15        Q.  You have to -- in order to even test to be a
16   sergeant, you have to be a patrol officer for a
17   minimum of three years.  Is there a minimum
18   requirement to test for lieutenant?
19        A.  Yes, you only have to be a sergeant for one
20   year and then you're eligible to take the
21   lieutenant's test.
22        Q.  So a person could be on the department --
23   somebody can make it to lieutenant if they've been
24   with the department for only five years?

57

1         A.  Yes, that's conceivable.  Someone could make
2    it if they've been there for four years; if you get
3    hired and then three years later you take the
4    sergeant test and you've been a sergeant for a year.
5    So conceivably you can do it in about four years.
6         Q.  Does the probationary period count towards
7    the three years to be able to test for sergeant?
8         A.  I think it does.
9         Q.  So individuals get the testing materials
10   either to take the sergeant's test or lieutenant's
11   test, which, again, are going to be given at the same
12   time, and then they study on their own, correct?
13        A.  Yes.
14        Q.  And then where typically do individuals go to
15   take that written test?
16        A.  It's changed over the years.  A few times
17   we've had to go to Kankakee Community College in a
18   big -- like an auditorium.  The last time I took the
19   lieutenant's exam I think it was held at the Kankakee
20   Public Library, up on the fourth floor somewhere.
21        Q.  And who's the proctor or who runs the written
22   test?
23        A.  In the beginning it was a company called
24   Stanard & Associates.  Not standard, but Stanard,

58

1  S-t-a-n-a-r-d, Stanard & Associates.  And with the
2  last administration that we had, they brought in a
3  different testing company.  I -- I don't even
4  remember what they were called.
5      Q.  When you say the last administration, I just
6  want to be clear.  Are you talking about the mayor
7  and the city council or are you talking about the
8  police department, the chief and the deputy chief and
9  whatever commanders are involved in the testing?
10     A.  I wouldn't necessarily say the mayor or the
11 city council, but the chief that we had at the time,
12 Chief Kosman, him and his -- the three underneath
13 him, chose this different testing company other than
14 Stanard & Associates.
15     Q.  So historically the -- the City used Stanard
16 & Associates and then when a new chief was appointed,
17 he brought in another testing company, correct?
18     A.  Yes.
19     Q.  He wasn't involved with the testing company
20 as you know -- as far as you know?
21     A.  What do you mean involved?
22     Q.  I mean, he had no ownership or directional
23 control over that testing company?
24     A.  I don't think so.

59

1      Q.  All right.  And so the testing company, do
2  they put together the written test?
3      A.  Yes.
4      Q.  And then they're the ones that hand out the
5  written test either at the library or community
6  college, wherever the tests are proctored, correct?
7      A.  Yes.
8      Q.  And then they collect the tests?
9      A.  Yes.
10     Q.  Are the tests the old scantron type of test,
11 where you fill in a little circle, or are there short
12 answers or essay sections to the test?
13     A.  Well, normally it's just the -- the scantron
14 that you're talking about with Stanard & Associates,
15 but Chief Kosman changed it up this time and there
16 was also a written portion, a handwritten portion,
17 with short answers, and there was also an essay
18 portion.  I think he called it the writing sample.
19 So that was different because we did have the -- the
20 scantron bubbles you fill in and then there was the
21 additional handwritten portion.
22     Q.  And the handwritten portion, did that -- did
23 that pertain to report writing skills or were you
24 given a -- like a crime scene scenario or

60

1  investigative scenario and you were requested to
2  write a narrative of how you would go about
3  investigating or what general policies to follow?
4      A.  Some of it I believe may have dealt with
5  policies.  I think the majority of it was like the
6  ten-shared principles.  There was also the --
7  President Obama put something together, I think it
8  was called the president's report on 21st Century
9  policing or something like that, and that was a big
10 thick manual that -- some of the questions pertained
11 to that, too.
12     Q.  Do you know if that was industry-wide for
13 promotional testing or was it just something that
14 this new testing company put out as far as their
15 testing for sergeant or lieutenant?
16     A.  You know, I really don't know.  I don't know
17 if it was industry-wide or I don't know if -- you
18 know, I don't know if Chief Kosman said, hey, we want
19 to add this to the written test, or if it was the
20 testing company that decided that.  I don't know.
21     Q.  Okay.  And this particular test under Chief
22 Kosman, would that be the 2018 written test that you
23 took to become a lieutenant?
24     A.  Well, I've taken the lieutenant test four

61

1  times, so -- if you give me a second, I can think of
2  the -- the four dates.  I think I had took it in
3  2011, 2014, 2017, and then it should have been 2020,
4  but I think that's the time when it actually went
5  four years, so I think it was 2021 was the -- the
6  final time.  So the one that we're talking about with
7  Chief Kosman would have been the 2021, I believe.
8      Q.  In 2011, that would have been the first time
9  you took the test to become a lieutenant?
10     A.  Yes.
11     Q.  And after you take the written portion of the
12 test, let's talk in 2011, was there then a -- an oral
13 interview or an oral portion of the test?
14     A.  Yes, they -- they call it an assessment
15 center, but basically, yes, it's a -- you're in front
16 of a panel of three or four people and they present
17 scenarios to you and you orally tell them, you know,
18 how you'd respond.
19     Q.  In 2011, do you recall who was on that oral
20 assessment panel?
21     A.  I don't.  They normally have one of the
22 command staff, which would be either the chief,
23 deputy chief or one of the two commanders.  They
24 typically have one of those people on that oral

62

1  board, and I -- honestly, I don't remember who was on
2  it from our department.
3      Q.  Do you know who comprised the other two
4  members of that oral board in 2011?
5      A.  I think it's members of the Police and Fire
6  Commission.
7      Q.  Do you remember how many members are
8  comprised of the oral board, was it a commander and
9  the three members of the Fire and Police Commission?
10     A.  That would be a fair guess.  I -- I can't
11  remember if there were three, four, five, but I --
12  but I know there was one, maybe even two from our
13  command staff and a couple of Police and Fire
14  Commission.  I just don't remember.
15     Q.  In 2011, do you recall what portion of your
16  overall testing to become a lieutenant came from the
17  oral portion of the test?
18     A.  Do you mean like what percentage?
19     Q.  Yes.
20     A.  I don't.  I think the written is usually
21  about 50 percent and the oral may have been 25.  I'm
22  not sure.
23     Q.  And where would the other 25 percent be?
24     A.  That's --

63

1      Q.  Or based on, I should say.
2      A.  Okay.  That's where the other things come
3  into play, like they have chief's points, where the
4  chief -- and that's pretty subjective.  The chief can
5  say, you know, Kreissler gets 15 points.  That's the
6  maximum.  They might say Johnston gets 11 points.  So
7  that would be 15 percentage points.  And then there
8  were the other things, such as the seniority, which
9  was five, college or community service, which, like I
10  said, I don't think community service was in the last
11  testing process.  I don't know the exact makeup of
12  the hundred percent.  I believe written is usually 50
13  percent and I think the oral is around 25 percent.
14     Q.  And then is each candidate given a summary or
15  a report indicating how they scored on the written,
16  the oral and the -- and the other 25 percent?
17     A.  Do you mean like in a numerical form?
18     Q.  Like a breakdown, yeah.
19     A.  Yes.  Really every person -- say there's 20
20  people taking the sergeant's exam, they'll list all
21  20 people and there will be a grid, columns, and it
22  will say written, it will have your score, and then
23  it will say -- it will show the weighted score.  Like
24  if you got a hundred on the test and it was worth 50

64

1  percent, then your weighted score would be 50.  And
2  then each category it goes down in the column, so you
3  can see where everybody -- how everyone else did.
4      Q.  And the columns are the written, the oral,
5  and then just called the other, right?
6      A.  Yes, yes, sir.
7      Q.  And are you given -- when I say you, the
8  people that are applying and going through the
9  promotional testing process, are you given your
10  written results before you go for the oral interview?
11     A.  I don't think so.  I think, you know, to make
12  it fair, I don't think anyone knows what their
13  written score is before they do the oral portion.
14  And I don't think any of the administrators know what
15  your score is before you do the oral.
16     Q.  So as far as you know, no one within the
17  administration or the candidates who are testing,
18  they're not aware of how they've done on the written
19  portion until the ultimate -- the whole list is
20  posted?
21     A.  I would hope not.  I would hope they don't
22  know your scores from the written before you do the
23  oral.  Then it wouldn't -- it wouldn't seem very fair
24  if they did.

65

1      Q.  And after the written, obviously then they go
2  for the oral.  And that's each candidate goes before
3  this -- the oral board for the questions
4  individually, not as a group, correct?
5      A.  Yes, individually.
6      Q.  And then are they given their score for the
7  oral portion at any time prior to the promotional
8  list being posted?
9      A.  I don't think so.  I think everyone knows how
10  they did in all the different categories all at one
11  time, when that list is posted in the squad room on
12  the bulletin board.
13     Q.  And then you have the other, which is
14  comprised of 25 percent or around that, it probably
15  changed through the years, but it includes community
16  service and seniority.  Would that also include
17  potentially military points or is that something
18  that's tacked on to the total?
19     A.  That's something that's put on afterwards.
20  They'll post the list with like all the different
21  columns of all the different categories, how you
22  scored, and then at the bottom of that memo it may
23  say something like any candidates wishing to submit
24  their military veteran's points have ten days from

66

1 this posting to submit them.  So you go to City Hall,
2 you submit it, basically here is my request for
3 veteran's points, they verify that you're a veteran,
4 and then after that ten days then a new list comes
5 up.  You know, some of the people may move up or down
6 based on that.
7    Q.  Okay.  And you used your military points to
8 be promoted to sergeant?
9    A.  No, my -- my score was high enough I didn't
10 need to.
11    Q.  Okay.
12    A.  So I didn't use them.  And I was saving them
13 then for the lieutenant promotion since you -- you
14 know, since you can only use it for one promotion.
15    Q.  The 2011 promotional list for lieutenant, do
16 you recall where you ranked on that list?
17    A.  Yes, I was second on that list.
18    Q.  Who was above you?
19    A.  Donell Austin.
20    Q.  And who was No. 3, if you remember?
21    A.  I don't remember.  I mean, I have it in a
22 file cabinet at home, but I don't remember who it
23 was.
24    Q.  And who was the police chief in 2011?

67

1    A.  I think that would be Larry Regnier.
2    Q.  Was anyone selected off of the 2011
3 lieutenant's promotional list?
4    A.  No, it went the whole three years.  And, I
5 guess, due to no lieutenants retiring during that
6 three years, there were no openings.
7    Q.  Had there been an opening, based upon the
8 rule of three as you understand it, Chief Regnier
9 could have selected Sergeant Austin or yourself or --
10    A.  Or whoever --
11    Q.  -- whoever was No. 3, correct?
12    A.  Yes, sir.
13    Q.  But no one was selected because no one
14 retired and no one left the department, so then that
15 list lapsed at the end of that three-year period and
16 there was another testing, but prior to that list
17 lapsing, correct?
18    A.  Yes.
19    Q.  And so that brings us to 2014, where, again,
20 you went through the same process to become -- or to
21 be placed on the lieutenant's promotional list,
22 correct?
23    A.  Yes.
24    Q.  All right.  Again, you went before the oral

68

1 board in 2014?
2    A.  Yes.
3    Q.  Do you recall if it changed from 2011 to 2014
4 of who was members of the oral board?
5    A.  I -- I honestly don't recall.  And it --
6 probably the reason I don't recall is that's a very
7 stressful, intimidating oral interview, and I don't
8 know if it's a repressed memory, but, I mean, I just
9 know that there was a panel of people there.  I
10 can't -- I can't tell you who was on it, honestly.
11    Q.  Do you know if Nickey Yates was on any of the
12 oral board panels where you came in for the oral
13 interview to be placed on the lieutenant's
14 promotional list?
15    A.  I think he was on the -- very last one.
16    Q.  The 2021?
17    A.  Yes.  But the three prior to that, I -- I
18 don't recall.  I think he probably was on the -- the
19 one prior to that, which is -- what did I say?
20    Q.  2014, 2017 and 2021.
21    A.  I think he might have been on the 2017 one.
22 I've got a feeling, yes, he was there.
23    Q.  We'll just go in order.  The 2014, do you
24 recall where you were placed on the lieutenant's

69

1 promotional list?
2    A.  2014?  Second again.
3    Q.  Second again?
4    A.  And Donell Austin was first again.
5    Q.  Do you recall who was No. 3 on that list?
6    A.  No.
7    Q.  No?
8    A.  No, sir.
9    Q.  Was Chief Regnier still the chief at that
10 time?
11    A.  I think so, yes.
12    Q.  All right.  Was anyone selected off of the
13 2014 lieutenant's promotional list to become a
14 lieutenant?
15    A.  Yes, Donell Austin.
16    Q.  Do you recall approximately what year he was
17 selected off that list, was it within the first year,
18 two years or near the end of the list?
19    A.  I really don't remember.  I don't remember if
20 it was early, middle or toward the end.  I just -- I
21 don't know.
22    Q.  Was anyone else selected off of that
23 promotional list to become a lieutenant?
24    A.  No, the list expired and then...

70

1      **Q.**  The testing started again sometime prior to
2  2017, whenever the next list was posted, correct?
3      **A.  Yes, sir.**
4      **Q.**  All right.  In 2017, you believe that Nickey
5  Yates might have been part of the oral board for the
6  oral portion of the -- the test, correct?
7      **A.  I think so.  I think he was there.**
8      **Q.**  And do you recall what your rank was or where
9  you were on the promotional list for the 2017?
10     **A.  You mean like in order?**
11     **Q.**  Yes.
12     **A.  No. 1.**
13     **Q.**  Do you remember who was No. 2?
14     **A.  Yes, Paul Berge.  B-e-r-g-e.**
15     **Q.**  And do you recall who was No. 3?
16     **A.  Mike -- Michael Sneed.**
17     **Q.**  Paul Berge is a co-plaintiff in this case and
18  he's Caucasian, correct?
19     **A.  Yes.**
20     **Q.**  And Michael Sneed, is he African American?
21     **A.  Yes.**
22     **Q.**  Do you recall what your score was from the
23  oral board from the 2017 lieutenant's promotional
24  testing?

71

1      **A.  I don't.  Like I say, I have all the -- the**
2  **charts and copies in a file cabinet, but I don't**
3  **recall my oral board score.**
4      **Q.**  Does it stand out to you at all that it
5  changed significantly from 2014 to 2017?
6      **A.  It doesn't stand out.  I think it may have**
7  **been fairly consistent.  I'm not -- again, I would**
8  **have to see that information.**
9      **Q.**  Do you -- do you think that your oral portion
10  of your testing to go to the rank of -- or be
11  promoted to lieutenant was fairly consistent from
12  2011, 2014 and 2017, besides a point or two?
13     **A.  I think so, but then, again, without seeing**
14  **the data, I would -- I would hate to say exactly yes**
15  **or no.**
16     **Q.**  When you were posted as No. 1 in 2017, did
17  you review the tabulations or the scores from the
18  written, the oral and the -- the other?
19     **A.  Yes.**
20     **Q.**  Nothing jumped out to you at that time, did
21  it?  Like, boy, I really went down in the oral, but
22  I'm still ranked No. 1?
23     **A.  I don't think so.  I -- I think -- I think my**
24  **written and oral scores I think were -- and, again,**

72

1  **like I say, without looking at it, but I think they**
2  **were all fairly consistent through those three or**
3  **four different years.**
4      **Q.**  Did you use any of your military points to be
5  moved up on any of the lieutenant's lists after
6  seeing the list?  You said it's posted for ten days
7  and then you're given the opportunity to add your
8  military points.  Did you add your military points on
9  any of the lieutenant's promotional lists?
10     **A.  Yes, I -- I did every time.  And on the 2011**
11  **and 2014 it really didn't matter because Donell**
12  **Austin also had military, so I -- I couldn't -- I was**
13  **only one or two points behind him, but I couldn't**
14  **gain on him because he also had military.**
15     **Q.**  You couldn't gain on Sergeant Austin, but
16  were you able to gain and skip over the third
17  candidate or any other candidates on the list?
18     **A.  No, I was clearly second, so I mean...**
19     **Q.**  So it had no impact on your placement on the
20  promotional list by adding your military points?
21     **A.  Correct.**
22     **Q.**  And would the same hold true in 2017?
23     **A.  Yes.  In 2017 I was way ahead of everybody**
24  **else, but I still submitted them anyway just because**

73

1  I'm a little cautious, I guess.  I thought, well,
2  what happens if they come back and say, oh, we made a
3  mistake in the tabulations and now you're down here.
4  And I would have kicked myself if I hadn't submitted
5  those three and a half points.  So even though I did
6  not need them, I still submitted them anyway.
7      **Q.**  Because if you don't do it in a certain time
8  period, then you waive it or you can't add them later
9  on, right?
10     **A.  Yes, sir.**
11     **Q.**  So there's nothing wrong with you adding them
12  because once you get to the rank of lieutenant, is
13  there any other higher rank that you have to test
14  for?
15     **A.  No, sir.**
16     **Q.**  So there would be no reason not to use your
17  military points?
18     **A.  Correct.**
19     **Q.**  Who was the chief in 2017?
20     **A.  That's -- that's not an easy question to**
21  **answer.  I know it should be cut and dry, but in 2017**
22  **that's when we -- we got a new mayor and the chief**
23  **was Larry Regnier, but then shortly after her**
24  **election I believe he retired.**

74

1   Q.  Do you know how long after a new mayor was
2  sworn in that he retired as police chief?
3   A.  I don't.  I think it was fairly soon after.
4  Now, if you're asking me who was the chief when the
5  testing process began in 2017, that's why I say
6  that's kind of unclear because we went through two or
7  three different chiefs within that time frame.
8   Q.  The list -- the 2017 list was obviously
9  posted in 2017.  Do you know what month it was
10  posted?
11   A.  No, I don't.
12   Q.  Do you know what season, was it in the
13  spring, summer, fall?
14   A.  I don't recall.
15   Q.  Do you know if the list is posted -- or was
16  posted after the new mayor, Chastity Wells-Armstrong,
17  was elected or was it posted before?
18   A.  I think it was before because normally the --
19  a new mayor would take over May 1st, so I believe
20  that list was probably before she took office.  I
21  can't be certain.
22   Q.  Okay.  And so before she became -- the
23  chief -- Chastity Wells-Armstrong was sworn in as
24  mayor, the police chief was still Regnier?

75

1   A.  Regnier, yes, sir.
2   Q.  Or Regnier.  And so the testing and the
3  ultimate promotional list to lieutenant was done
4  under that chief?
5   A.  I believe so, yes.
6   Q.  Okay.  And so then a new mayor came in, she
7  was sworn in, and at some point after her swearing in
8  the police chief retired?
9   A.  Yes.
10   Q.  Was he forced out?
11   A.  No, it was his own free will.
12   Q.  Okay.  And then was there any type of a
13  selection for the next chief then?
14   A.  At some point, yes, there was.
15   Q.  How do you know that?  Or how did you get
16  that information, through newspapers, talking to
17  other members of the police department?  Or how did
18  you become aware or have knowledge of -- that the
19  City was looking for a new police chief and how they
20  were looking for a new police chief?
21   A.  It was a little bit of both, newspapers and
22  just, you know, scuttlebutt amongst all the -- our
23  fellow co-workers.
24   Q.  Did the new City administration make a

76

1  request or -- to any members of the police
2  department, such as, you know, if you want to be
3  considered to be the new police chief, you know, come
4  talk to me or submit something in writing or apply
5  for that position?
6   A.  Yes.
7   Q.  And was that posted or how did that
8  information -- how was that made to members of the
9  police department?
10   A.  You know, I don't really recall.  I just know
11  that, you know, I was not even in a -- in a position
12  to be considered for that, so I don't really recall
13  how it was posted or how it came to be.
14   Q.  Why do you think that you were not in a
15  position to be considered for the new police chief?
16   A.  Because I was only the rank of a sergeant at
17  the time and to be -- to be the chief, you have to be
18  at least the rank of lieutenant or above, so a
19  sergeant can't be the chief.
20   Q.  Is that in writing anywhere, that you have to
21  be a lieutenant or higher in rank to become the
22  police chief?
23   A.  I'm sure it is.  I mean, I can't say I've
24  actually physically seen it, but it's just kind of

77

1  common knowledge amongst everyone that -- you know,
2  because there's -- other departments might do it
3  differently.  Bourbonnais, they promoted one of their
4  sergeants to deputy chief, but that can't happen in
5  our department.
6   Q.  Well, the deputy chief is actually a position
7  that's filled by the chief?
8   A.  Yes.
9   Q.  Correct?  That's not by the -- the city or
10  village administration.  It's done by whoever the
11  police chief, that's their selection, correct?
12   A.  Yes, sir.
13   Q.  So that's a little bit different, but are you
14  aware of any rule or guideline or procedure from the
15  City of Kankakee that you have to be a certain rank
16  to become the police chief?
17   A.  Yes.  And I believe it applies for the chief,
18  the deputy chief and the two commanders.  I believe
19  you can't even be considered for those four positions
20  unless you're the rank of lieutenant.
21   Q.  Do you know of anyone that submitted their
22  name to be considered to be the next police chief for
23  the City of Kankakee in 2017?
24   A.  Yes.

78

1    Q. And who submitted their names?

2    A. Dave Skelly and Donell Austin.

3    Q. How do you know that Dave Skelly and Donell

4  Austin submitted their names to be considered to be

5  the next police chief?

6    A. It -- it was just kind of common knowledge

7  amongst everyone. I mean, there were no secrets.

8  Yeah, it was just -- it was just common knowledge.

9    Q. Do you know if they interviewed with the new

10  mayor or the city council or anyone on the City's

11  side in regards to becoming potentially the next

12  police chief?

13    A. I know they went through an interview

14  process. As far as who interviewed them, I don't

15  know, but I know they had to be interviewed and...

16    Q. Any other names thrown in the hat to become

17  the next police chief?

18    A. I don't think Willie Hunt threw his name in

19  the hat. I don't think he did. And I think the only

20  two people I knew of that were currently members of

21  our department were, like I said, Donell Austin and

22  Dave Skelly.

23    Q. And were either of those individuals selected

24  as the next police chief?

79

1    A. No.

2    Q. Did any outsiders submit their names to

3  become the next police chief?

4    A. Yes.

5    Q. And who, if you know?

6    A. Frank Kosman from the Bensenville Police

7  Department and there was a --

8    Q. In 2017?

9    A. Am I getting that wrong? Maybe that wasn't

10  2017 for that for him.

11    Q. Well, maybe -- if you think about when Chief

12  Regnier retired, do you recall what time of the year

13  he retired?

14    A. Well, I believe it was after Mayor

15  Armstrong's election win in, I believe that was 2017,

16  and I believe she would have taken over May 1st, so

17  sometime shortly after that. Sometime shortly after

18  that Chief Regnier retired, then I believe -- I guess

19  maybe something I said in the past might not have

20  been correct, just out of confusion, but I believe

21  when Chief Regnier was the chief, Robin Passwater was

22  the deputy chief, then when Regnier retired, I

23  believe the new mayor appointed Robin Passwater as

24  the acting chief, so there wouldn't have been this

80

1  nationwide search at that point.

2    Q. And Passwater is Caucasian, correct?

3    A. Yes.

4    Q. And so as the acting chief, then, Passwater

5  was the -- the head of the police department?

6    A. Yes.

7    Q. Until a subsequent -- or somebody to be named

8  as the actual police chief, correct?

9    A. Yes.

10    Q. Did Passwater put his name in to be

11  considered as the next police chief?

12    A. I don't know. I don't know if he did. I

13  mean, he was the deputy chief, I believe, at the

14  time, so maybe it was just a natural progression that

15  he would be asked to be the next -- to be the acting

16  chief. So I don't know if he requested it or put his

17  name in. I don't know.

18    Q. Do you know how long he was in the position

19  of acting chief?

20    A. I just recall it was not very long. Maybe

21  three months, maybe six months. I can't be sure.

22    Q. And then who became acting chief or the chief

23  of police?

24    A. I think Willie Hunt became the -- I think

81

1  Willie Hunt was the deputy chief and they just didn't

2  fill that chief position. I think Willie Hunt just

3  kind of assumed the role as chief as the deputy

4  chief.

5    Q. How many deputy chiefs are within the

6  department?

7    A. Just one.

8    Q. So when Passwater, who was deputy chief,

9  became the acting chief, did he then name Willie Hunt

10  as his deputy chief?

11    A. I don't know if he named Willie Hunt. And

12  I'm kind of forgetting the -- the order here, but I

13  think when Robin Passwater became acting chief, I

14  think Willie Hunt became the deputy chief. And I

15  don't know if it's necessarily the chief that says

16  this is going to be my deputy chief or if it has to

17  be approved through the mayor or through the Police

18  and Fire Commission. You know, I've never been up to

19  those ranks, so I -- I don't -- and I don't know if I

20  even have the desire to, so I haven't really paid a

21  whole lot of attention on how that process works.

22    Q. So you're just not certain how that

23  mechanically worked out, that Passwater was the

24  acting chief and Willie Hunt was the deputy chief or

82

1 the acting deputy chief?

2    **A.  Yes.**

3    Q.  Fair to say?

4    **A.  I'm sorry.  Did you ask me am I not sure of**

5 **the mechanics of how that came to be?**

6    Q.  With those two individuals, yes.

7    **A.  Yes, yes, I'm not exactly sure of the**

8 **mechanics of how that came to be, yes.**

9    Q.  And then did Passwater resign as the acting

10 chief or was he replaced by Willie Hunt?

11    **A.  He was -- he willfully resigned as the acting**

12 **chief.**

13    Q.  Do you know why he would have resigned as the

14 acting police chief?

15    **A.  Well, it's -- it's rumors and -- and, you**

16 **know, speculation, but what everyone believed was**

17 **that the mayor did not want to work with him, made it**

18 **hard for him and basically said that he was racist.**

19    Q.  Did you ever talk to Passwater about any of

20 those rumors or scuttlebutt or what you termed as

21 racial issues with the mayor?

22    **A.  No.**

23    Q.  All right.  So your -- you have no first-hand

24 knowledge, you're just going by what you overheard or

83

1 what people said within the department or out on the

2 street?

3    **A.  Yes.**

4    Q.  Okay.  Do you know how long Passwater was in

5 the role of acting police chief?

6    **A.  I think I said that earlier.  Maybe around**

7 **three months or so.  Maybe three to six months.**

8    Q.  And when he stepped back or resigned from

9 that acting role, what rank did he go to or what

10 position did he go to within the police department?

11    **A.  I think he moved down to the investigation's**

12 **commander, which was, you know, still one of the top**

13 **four, and I don't know why.  I don't know who was in**

14 **as the investigation's commander for there -- I don't**

15 **know who was there and who left for that spot to be**

16 **opened, but I believe when he stepped down from**

17 **acting chief, I believe he went down to**

18 **investigation's commander.**

19    Q.  The investigation's commander, again, would

20 be part of the police administration?

21    **A.  Yes.**

22    Q.  I think you said A1, A2, A3, A4 or was it B1,

23 B2?

24    **A.  Yes, sir, A1, A2, A3 and A4.**

84

1    Q.  Okay.  So he would have been an A3 or A4 as

2 far as the command staff or the administration with

3 the police department?

4    **A.  Yes.**

5    Q.  All right.  And then Willie Hunt was then the

6 acting chief for some period of time, correct?

7    **A.  Yes.**

8    Q.  Do you know approximately how long he stayed

9 in that position?

10    **A.  I don't know.  And I think it may have been**

11 **about the same as Robin Passwater as the acting**

12 **chief, maybe three months, somewhere around there,**

13 **until they brought in Price Dumas to be the acting**

14 **police chief.**

15    Q.  Was there a deputy chief in place when Willie

16 Hunt was the acting police chief?

17    **A.  I don't think that there was.  I don't -- I**

18 **don't think anyone filled that position.  I think he**

19 **was the deputy chief, but just running the department**

20 **as the deputy chief, to my recollection.  I don't**

21 **think they filled that chief position.  I think**

22 **Willie Hunt just was in charge of the police**

23 **department from a deputy chief position.**

24    Q.  So you think that position, there was no

85

1 acting police chief for that three or four months

2 under Willie Hunt?

3    **A.  Yes, I don't believe so.**

4    Q.  Okay.  And then you mentioned the name of

5 Price Dumas, D-u-m-a-s, correct?

6    **A.  Yes.**

7    Q.  And did you know Dumas prior to him becoming

8 the -- the chief or the acting chief of the Kankakee

9 Police Department?

10    **A.  Yes.**

11    Q.  And did you work with him within the

12 department?

13    **A.  Yes.**

14    Q.  How many years did you work with him within

15 the police department?

16    **A.  Maybe two or three.  Him and I were both the**

17 **patrolman rank on the midnight shift for a little**

18 **bit.**

19    Q.  He never obtained the -- the rank of sergeant

20 or lieutenant within the Kankakee Police Department,

21 correct?

22    **A.  Correct, he did not.**

23    Q.  He left the Kankakee Police Department to

24 work for another law enforcement agency?

86

1    A.  Yes.

2    Q.  Did he leave and go to work with the -- the

3  State Police?

4    A.  Yes.

5    Q.  Do you know what rank he obtained at the

6  State Police prior to coming back to the City of

7  Kankakee Police Department?

8    A.  From what I understand, he was never promoted

9  to any rank at the Illinois State Police, and I

10  believe their beginning rank is just trooper.  So I

11  believe he was just a trooper when he came to the

12  Kankakee Police Department to be our acting chief.

13    Q.  Earlier you said that you have to obtain a

14  certain rank to become the chief of the Kankakee

15  Police Department.  How was it that Price Dumas would

16  be able to be appointed as the chief or acting chief

17  if he had not obtained a higher rank?

18    MS. KRAUCHUN:  I'm just going to object,

19  calls for speculation, but you can answer if you

20  know.

21    THE WITNESS:  Maybe I misspoke back then.  I

22  know the mayor can appoint someone as chief.  And

23  it's always been my understanding that from within

24  the department if you're going to be the chief, you

87

1  have to have that rank of lieutenant.  So maybe since

2  this is from outside the police department, maybe

3  that rule doesn't apply, maybe the mayor can appoint.

4  And apparently she can because she did appoint Price

5  Dumas as our acting chief.  And you're correct, he

6  never attained a rank of lieutenant when he was at

7  our department.  So if he had stayed at our

8  department the entire time, I don't believe he could

9  have ever become the chief because he didn't attain

10  the rank of lieutenant.

11  BY MR. McGRATH:

12    Q.  And, again, you believe that there's a rule

13  in place --

14    A.  Well, I don't --

15    Q.  -- or is it just more custom and practice

16  within the Kankakee Police Department that for

17  someone to become the chief, they kind of rise

18  through the ranks within the department?

19    A.  Yeah, I don't know if there's a rule.  Like I

20  say, I haven't seen it, but that's just the

21  understanding that we all have, that if you're going

22  to move up into the administration, you have to at

23  least be a lieutenant before you can do that.  I

24  mean, they wouldn't -- they wouldn't have a patrolman

88

1  come up and be the patrol commander.  You know, you

2  have to work your way up to sergeant, then lieutenant

3  to be in the administration.

4    Q.  And Dumas is an African American, correct?

5    A.  Yes.

6    Q.  And what were your feelings when you learned

7  that he was being brought in and named as the chief

8  of the police department by Mayor Wells-Armstrong?

9    A.  Well, my feelings were -- personally I like

10  the guy.  I only worked with him for a couple of

11  years, and I never had any problems with him.  You

12  know, I treated him well, he treated me well, so we

13  never had any issues.  But I did not want him to be

14  our police chief simply because he had no supervisory

15  experience, no administrative experience.  And from

16  what I had heard, he never got promoted while he was

17  with the State Police, so he was just still the

18  bottom level of a -- of an officer, so I just felt

19  like he was not qualified to lead our department.

20    Q.  So other than -- it was Skelly and you named

21  another officer that put their name in the hat to be

22  potentially named as the chief.

23    A.  Yeah, Donell Austin.  And maybe I got things,

24  again, a little confused there.  They would have

89

1  thrown their name in the hat after Price Dumas, I

2  believe it was three times he was not approved by the

3  city council and then there was an investigation by

4  the State Police for some improper use of computers

5  involving him and -- and the mayor, so then he

6  voluntarily resigned.  And I believe that's when the

7  mayor had a nationwide search for the chief of police

8  and Skelly and Austin submitted their names as being

9  interested.

10    Q.  As far as the investigation into Dumas, do

11  you know what that investigation was about?

12    A.  Yes.  And I believe this is from newspaper

13  articles, that somebody, a citizen, took a picture of

14  the mayor's car somewhere -- I don't know where it

15  was -- and was, you know, basically doing it

16  wondering, well, why is the mayor's car here?

17  Something like that.  So I think what had happened

18  was Dumas had run that person's name in the computer

19  to try to find out anything about that person.  And

20  that's basically a personal reason for using the

21  computer, and, you know, we can't use the computer

22  for -- for personal reasons.  If it's a legitimate

23  law enforcement purpose, then it's okay.  And they

24  determined that it was not a legitimate law

90

1  enforcement purpose, and that's -- and I don't know
2  who started the investigation, but I believe that's
3  what started the investigation.
4      Q.  Was it based upon some social media post of
5  the mayor's license plate or issues of where she was
6  parking, and then it was learned that whoever posted
7  that post, that their -- their background or their
8  name was run through LEADS?
9      A.  Yes, I believe that's what -- I'm not a big
10  social media person, but I think it was because this
11  person that took a picture of her vehicle, I guess
12  probably posted it on Facebook or something like
13  that.
14      Q.  Do you know if that was referred to an
15  outside agency to be investigated?
16      A.  I think it was investigated by the Illinois
17  State Police, not our department.
18      Q.  And do you know what the outcome of that
19  investigation was?
20      A.  Actually, I don't.  I -- after he resigned, I
21  think it just kind of went by the wayside.
22      Q.  Did you ever see in any reports or hear that
23  Dumas's name was -- I shouldn't say name.  His -- his
24  log-in information was used to go into LEADS by

91

1  multiple employees within the police department?
2      A.  Are you asking did multiple employees see him
3  log in with that name?
4      Q.  No.  I'll rephrase it.
5      A.  Okay.
6      Q.  Did you ever -- my understanding was that
7  Dumas allowed police department employees to use his
8  log-in to go into LEADS to run background checks or
9  for -- to get LEADS information?
10      A.  I don't know if that occurred.  I don't know.
11      Q.  Okay.  Did you ever hear that through the
12  investigation it was determined that employees of the
13  police department, either in dispatch or clerical
14  employees, always used Dumas' log-in with his
15  authority to run LEADS information on individuals?
16      A.  No, I didn't -- I didn't hear that either.
17  And, like I say, I don't know -- I don't know how the
18  investigation ended up.  I just remember it wasn't
19  really talked about anymore amongst anyone, so I just
20  kind of assumed that they just kind of dropped the
21  investigation and...
22      Q.  No one was ever charged, there was never any
23  sanctions lodged against the Kankakee Police
24  Department for improperly using the LEADS system as

92

1  far as you know, correct?
2      A.  As far as I know, no.  And, I mean, I don't
3  know, maybe the investigation is still ongoing.  I
4  just -- I don't know.  A lot of that stuff with the
5  State Police is not privy to us.
6      Q.  And, again, going back to Dumas being brought
7  in as the police chief.  You said that it -- it ran
8  the course over a number of city council meetings
9  that he wasn't appointed with the advice and consent
10  of the city council, correct?
11      A.  Yes.
12      Q.  And because of that, he stayed in the
13  position as acting police chief for a period of time?
14      A.  Yes, yes, sir.
15      Q.  And he ultimately he left that position?
16      A.  Yes.
17      Q.  Either voluntarily or was told to leave,
18  correct?
19      A.  Yes.
20      Q.  And then who took over as the police chief?
21      A.  I can't believe I don't exactly know.  I
22  believe it was Willie Hunt.
23      Q.  For a time period he was again the -- the
24  acting police chief or was running the department as

93

1  deputy chief?
2      A.  I believe so.
3      Q.  And then there was a nationwide search, a
4  company was brought in to conduct a nationwide
5  search?
6      A.  Yes.
7      Q.  And Donell Austin and Skelly put their name
8  in the hat to be considered to be the next police
9  chief, correct?
10      A.  Yes.
11      Q.  And then did any other individuals outside
12  the department give their name or put their name in
13  the hat?
14      A.  Yes, that's when Frank Kosman from the
15  Bensenville Police Department put his name in and...
16      Q.  Any others that you remember or were made
17  aware of?
18      A.  Yes, I do remember -- and I don't remember
19  his name.  There was a Hispanic man, and I believe he
20  was -- I think he was from the state of Virginia.  So
21  I think there were like four people they were
22  considering, Skelly, Austin, this man who was a --
23  some sort of a police officer in Virginia, and then
24  Frank Kosman from Bensenville.

94

1    **Q.** You stated earlier that you're -- you're
2   friends with Skelly, correct?
3      **A. Yes.**
4    **Q.** You've known him a long time and worked with
5   him, and he is actually the one who suggested to you
6   to apply and become a police officer, correct?
7      **A. Yes.**
8    **Q.** Did you have any conversations with Skelly
9   during the time that he put his name in the hat and
10  going through the process of potentially becoming the
11  next police chief?
12     **A. I'm sure I did. I don't remember what they**
13  **might have been about, just like maybe something**
14  **like, you know, you're up against some pretty tough**
15  **competition, or, you know, if you get this, you know,**
16  **you deserve it, you worked hard all your career, you**
17  **know, those sort of things.**
18     **Q.** Do you know if he went, when -- he, Skelly,
19  went before any type of a committee, subcommittee or
20  the outside company that was conducting the
21  nationwide search to be interviewed or tested or any
22  discussions regarding his application or his want to
23  be the next police chief?
24     **A. I assume that he did, but I don't know for**

95

1   **certain. I assume that all of the candidates did,**
2   **went before some kind of a panel or committee or...**
3      **Q.** But you have no independent knowledge or you
4   didn't have any conversations with Skelly about that
5   process?
6      **A. No. Can we break?**
7      **Q.** Yeah, yeah, sure.
8      **A. Just two minutes.**
9      **(A brief recess was had.)**
10  BY MR. McGRATH:
11     **Q.** So we're kind of going through the changes of
12  the police administration from chiefs to acting
13  chiefs, and we're now with Dumas. He left and then
14  Willie Hunt was then running the department for a
15  short time?
16     **A. Yes.**
17     **Q.** And then the nationwide search and then there
18  was a selection of Chief Kosman, correct?
19     **A. Yes.**
20     **Q.** All right. I briefly just want to go back to
21  the 2017 lieutenant's promotional list, where you
22  were ranked No. 1. And so that list would have been
23  good from 2017 to 2020?
24     **A. Yes.**

96

1    **Q.** Thereabouts?
2      **A. Yes.**
3    **Q.** And you were ranked No. 1 on that list,
4   correct?
5      **A. Yes.**
6    **Q.** And during that time there was an opening in
7   the rank of lieutenant?
8      **A. I think it was a couple years later there**
9   **became -- I think for the first two years there was**
10  **no opening, and then a couple years later -- I think**
11  **it might have been because Dave Skelly retired, which**
12  **created a lieutenant opening.**
13     **Q.** So when Skelly wasn't selected as the next
14  police chief, shortly after that he retired from the
15  department?
16     **A. Yeah, I don't know how long it was after**
17  **that, but it was sometime after he wasn't selected**
18  **that he retired.**
19     **Q.** And when he retired, that created an opening
20  in the rank of lieutenant, so then you would go to
21  the 2017 list?
22     **A. Yes.**
23     **Q.** And on that list Michael Sneed, African
24  American, was ranked No. 3?

97

1      **A. Yes.**
2    **Q.** And he was selected as lieutenant over you
3   and Berge, correct?
4      **A. Yes.**
5    **Q.** All right. And that is the basis of this
6   lawsuit?
7      **A. Yes.**
8    **Q.** And who selected Sneed or how was he taken
9   off the list to be promoted to the rank of
10  lieutenant?
11     **A. Well, the chief makes the decision as far as**
12  **how -- are you asking like how are we notified that**
13  **he was --**
14     **Q.** No, just -- so the list is posted, Skelly
15  retired, and now there's an opening of lieutenant, so
16  then that opening needs to be filled, and that
17  opening is filled by who or who selects the person
18  that's going to fill that opening?
19     **A. The chief.**
20     **Q.** So the chief looks at the list and then the
21  chief picks somebody and -- off of that list, and at
22  that time he had picked Michael Sneed over you and
23  Sergeant Berge, correct?
24     **A. Yes. And then I believe he has to bring it**

98

1  before the Police and Fire Commission for their
2  approval.
3      Q. All right. Do you know if the mayor or the
4  city council is involved with that process?
5      A. Well, I can tell you this. Everyone at our
6  department believes that they were involved in it,
7  but the chief says, no, it was his decision.
8      Q. Okay. And you and everyone within the
9  department believes that the mayor or people on the
10  City side were involved with the selection of Sneed
11  over you and Berge, correct?
12      A. Yes.
13      Q. Do you have any first-hand knowledge or
14  information to support that?
15      A. No. As I say, it was all speculation. I
16  mean, there's one good example, though. I mean, the
17  writing was on the wall. When the list was posted
18  with my name, then Berge's name and then Sneed's
19  name, immediately after that list was posted and --
20  and we got the new mayor, somebody, don't know who,
21  crossed off my name, crossed off Berge's name and
22  wrote No. 1 next to Sneed, so, I mean, it -- it
23  was -- like I said, the writing was on the wall that
24  he was going to be promoted and Berge and I skipped

99

1  over.
2      Q. So the actual writing on that list, where was
3  that list posted when that happened?
4      A. In the common area of the police squad room.
5      Q. So not as you walk -- where somebody tries to
6  gain or enter the police department, there's a little
7  phone you have to call somebody to be allowed into
8  the police department. Was it actually inside the
9  police department?
10      A. Yes, it wasn't where like a civilian could
11  come and do that. It was in a -- I mean, we use
12  these things to get in and -- these wristbands on our
13  wrist to get in and out of secure areas of the police
14  department, so it's -- it was somebody from within
15  the department. (Indicating.)
16      Q. Because -- you showed your wrist, so
17  that's -- I think they're called key fobs?
18      A. Yes.
19      Q. And the only way you can access that area is
20  if you had a key fob to where that list was actually
21  posted. And was it posted in like a break room or is
22  it the meeting room? Where was that list posted at?
23      A. It's in the squad room, I guess what you're
24  calling the meeting room, but our squad room has a

100

1  wall that's like a partition between some desks and a
2  small hallway area. And on the other side of that
3  partition is the squad room where we have shift
4  briefings and that sort of thing. So the wall that
5  does not face the squad room, that kind of is in this
6  little hallway, is where -- it's just a big giant
7  bulletin board and anything related to anything about
8  police work is posted on there.
9          I mean, you know, we recently had a
10  Bradley officer that was shot and killed, so her
11  memorial thing is on that bulletin board. We've got
12  job postings for side jobs on that bulletin board.
13  So just a whole array of different police-related
14  things are on the bulletin board. And that's where
15  they put the lists, you know, for sergeant promotion,
16  lieutenant promotion, that sort of thing. So it's
17  open to everyone. It's not behind a glass case or
18  anything.
19      Q. Yeah, I was going to ask if it's in some sort
20  of container. So it's just tacked up on a bulletin
21  board. And so that list started in 2017 and was on
22  that bulletin board within the -- where you have the
23  changing of the guards of officers, right, where the
24  shift change is, which is well within the confines,

101

1  right in the middle of the police -- interior of the
2  police department, correct?
3      A. Yes.
4      Q. And you indicate that somebody had struck out
5  your name and Berge's name and then wrote like a
6  No. 1 next to Michael Sneed's name?
7      A. Yes.
8      Q. When did you first become aware of that being
9  done?
10      A. I don't know. I don't -- I don't -- I
11  don't -- I don't know if it was -- I don't know if it
12  was soon after the list was put up or if it was a
13  little time afterwards, but I just remember seeing
14  that and thinking, well, everybody said that's what's
15  going to happen and now somebody, you know, put a pen
16  to it.
17      Q. Did anyone look into viewing security cameras
18  or try to determine like who would have done that to
19  an official list within the police department?
20      A. No, because the only -- as far as I know, the
21  only security cameras we have are in the hallway
22  that's connected to our break room, some restrooms
23  and the chief's office. In our squad room, I don't
24  believe there's any cameras.

102

1    **Q.** Did you or Berge ever bring that marking on
2  the official list from the Fire and Police Commission
3  to the attention of the Fire and Police Commission?
4    **A.** No.
5    **Q.** Did you or Berge ever bring that marking to
6  the attention of the mayor or the city council?
7    **A.** No.
8    **Q.** That an official -- you would consider that
9  as an official document from the Fire and Police
10  Commission of the City of Kankakee, correct?
11    **A. Yes, sir.**
12    **Q.** So that was not brought to the attention of
13  the mayor, the city council or the Fire and Police
14  Commission, as far as you know, or certainly you --
15  you didn't and Berge didn't do that, correct?
16    **A. No, no one did, actually. I mean, that --**
17  **that -- that document is visible from the chief all**
18  **the way down to the most junior patrolman. And the**
19  **list just stayed up there indefinitely. No one ever**
20  **did anything about it.**
21    **Q.** Is the list also posted anywhere else, such
22  as City Hall or in the entranceway to the police
23  department in a secure, you know, bulletin box?
24    **A. I know at City Hall there's a -- like a**

103

1  **little glass cabinet and they have those sort of**
2  **documents. I think there also is when you enter our**
3  **police station, which is two different locations. I**
4  **know they have a glass case for, you know, upcoming**
5  **city council meetings and all the different events**
6  **within the city. I'm not so sure, though, that the**
7  **promotion list is there. It might be. I just never**
8  **noticed.**
9    **Q.** Did you ever see any promotional list or
10  specifically the 2017 promotional list to lieutenant
11  being marked up in the entranceway of the police
12  department or over at City Hall?
13    **A. Well, not at City Hall because that is behind**
14  **glass. And the one where you enter the police**
15  **station is also behind glass, but, like I said, I'm**
16  **not sure if the promotional list was at that**
17  **location, but even if it was, it's -- it's locked, so**
18  **nobody could deface it unless they broke the glass.**
19    **Q.** Did you ever bring it -- the defacing of that
20  official document to the attention of Willie Hunt,
21  Dumas, Kosman, any of the acting chiefs, interim
22  chiefs, deputy chiefs or the A1, A2, A3 or A4?
23    **A. No.**
24    **Q.** Can I ask why? Since, you know, this would

104

1  have been the third time you were placed on the
2  lieutenant's promotional list, and obviously it's
3  very important to you, where you studied and tested
4  and you've tested well, and now you're the No. 1 guy
5  and your name was struck off, you know, why you
6  wouldn't bring that to the attention to someone or
7  ask that, hey, can we get that removed and get the
8  official list put back up because, you know, it's an
9  error, it's wrong, it's not accurate? I'm just
10  wondering why you wouldn't follow through with
11  something like that.
12    **A. Quite honestly, I just felt if I did**
13  **something like that, it would just fall upon deaf**
14  **ears. I wouldn't think anyone would do anything**
15  **about it.**
16    **Q.** If -- you don't think anyone within the
17  police department would do anything about the
18  defacement of an official city document?
19    **A. No, not -- not that one. You know, Willie**
20  **Hunt and Mike Sneed had a special relationship. They**
21  **were pretty tight. I don't think Willie Hunt would**
22  **have -- I think he would have said, Tim, quit being a**
23  **sensitive little baby, you know, it is what it is.**
24  **That's really the attitude I believe he would have**

105

1  **had, so I didn't want to push the issue, you know. I**
2  **didn't want people, you know -- you know, saying, oh,**
3  **look at this big complainer, so, you know, I didn't**
4  **say anything about it. As far as whey Paul Berge**
5  **didn't, that's -- that's on him. I don't know. But**
6  **I didn't talk to him about it. But we both agree,**
7  **hey, you know, this is B.S., you know, for somebody**
8  **to do something like that.**
9    **Q.** Do you know -- strike that.
10          I think you said that you didn't know
11  exactly when that happened, but it happened a short
12  time after the new mayor was sworn in?
13    **A. I think -- I think it was after she was sworn**
14  **in, yes, which -- May 2017.**
15    **Q.** And then Willie -- so she was sworn in in May
16  of 2017, Chief Regnier retired and Willie Hunt -- or
17  Passwater was acting chief for about three or four
18  months?
19    **A. Yes.**
20    **Q.** And after him, then Deputy Chief Hunt ran the
21  department for about three or four months?
22    **A. Yes, I believe until Dumas was brought**
23  **onboard.**
24    **Q.** So for six months after the new mayor was

106

1  sworn in, that list remained on the wall in that room
2  of the police department with your name and Berge's
3  name scratched out and no one did anything about it,
4  correct?
5      **A.  Again, I don't know when it was scratched out**
6  **in relation to the time frame of the mayor taking**
7  **over May 1st of 2017.  I feel like it was after she**
8  **took office that our names were crossed off, but I**
9  **can't be sure.**
10     Q.  Okay.  And if that was the case, there wasn't
11  a current opening, correct, because Skelly was still
12  a lieutenant, there were no openings of lieutenant
13  rank, correct?
14     **A.  Yes, no opening yet.**
15     Q.  Dumas was the acting chief because he wasn't
16  confirmed by the city council for how many months?
17     **A.  I'm thinking it was no longer than six**
18  **months, but I -- maybe -- maybe it was 12 months.  I**
19  **don't -- I don't recall.**
20     Q.  So I'm just going by timeline.  You have
21  Passwater for about three months, then you had Willie
22  Hunt for about three months, and then you had Dumas
23  for about six months to a year.  So we're talking a
24  year and a half that your name and Berge's name were

107

1  struck on the official Fire and Police Commission
2  promotional list, correct?
3      **A.  Are -- are you asking how long our names were**
4  **crossed off?**
5      Q.  Yes, I'm just trying to build how long of a
6  period up to what we've talked about so far, that you
7  said it was -- I believe it was shortly after the
8  mayor was sworn in in May of 2017, correct?  And
9  going by your testimony, that Willie -- strike that,
10  that Passwater was the acting chief for about three
11  or four months, and then Willie Hunt was running the
12  department for about three or four months, so maybe
13  six to eight months, and then Dumas was brought in
14  and acted as chief for six months to a year.  So
15  we're talking a year and a half, almost two years
16  that your name and Berge's name were struck out on
17  the list that was posted on behalf of the Fire and
18  Police Commission in the squad room of the police
19  department?
20     **A.  That would be a fair estimate, I would say.**
21     Q.  And during that approximate two-year period,
22  there were no openings within the lieutenant rank
23  because Skelly was still a lieutenant and none of the
24  other lieutenants had resigned or retired?

108

1      A.  Yes.
2      Q.  And then there was the nationwide search for
3  a new police chief and Kosman was ultimately selected
4  and he was confirmed by the city council, correct?
5      A.  Yes.
6      Q.  And Kosman is Caucasian?
7      A.  Yes.
8      Q.  And so up to the time, whatever the date is,
9  that Kosman was named as police chief and confirmed
10  by the city council, up until that date your name and
11  Berge's name were still struck out on that Fire and
12  Police Commission official document, correct?
13     **A.  I believe so, yes.**
14     Q.  When Kosman was named as police chief, did he
15  ever talk to you or Berge, if you know, about the
16  promotional list?
17     **A.  As far as -- what do you mean?  Talking to us**
18  **about --**
19     Q.  Prior to Skelly retiring, did he ever talk to
20  you and say, hey, it's nice to meet you.  I see that
21  you're No. 1 on the list or your name has been struck
22  out on the list?  Or did you ever have any
23  conversation which would show that he was aware of
24  where you were placed on the lieutenant's promotional

109

1  list?
2      **A.  Well, first of all, when he first got hired,**
3  **he sat down with -- and it took a month or so, he sat**
4  **down with every single officer in the department and**
5  **he just wanted to, you know, introduce himself and**
6  **say, hey, you know, what do you like about the**
7  **department?  What don't you like?  And he had a legal**
8  **pad and he, you know, took a lot of notes and stuff.**
9  **So I don't actually recall him saying, hey, I see**
10 **you're No. 1 on the list, but I'm sure it came up**
11 **because, you know, he sat down with each person for,**
12 **you know, 30, 40, 60 minutes, so I'm sure it would**
13 **have come up.  I don't specifically recall it coming**
14 **up, but I'm sure it did.**
15     Q.  Did that meeting take place in the chief's
16  office in the police department?
17     **A.  Yes.**
18     Q.  And it was an opportunity for the chief to
19  meet all the ranking members of the police
20  department, correct?
21     **A.  Yes, sir.**
22     Q.  And it went on for a month or two?
23     **A.  Yes, because, I mean, I think we had about 68**
24 **officers at the time, so it was a lengthy process.**

110

1    **Q.** Do you know if that meeting took place with
2  newly-appointed Chief Kosman before or after Skelly
3  retired?
4    **A. I think that was before he retired, but I**
5  **can't be certain. It was most likely before he**
6  **retired because when they selected Kosman over the**
7  **guy from Virginia and Austin and Skelly, I don't**
8  **believe Skelly retired like -- like right away, so I**
9  **believe that that meeting would have been before he**
10 **retired.**
11   **Q.** And you don't recall the specifics, but it's
12 probably something that came up, your name being on
13 the promotional list?
14   **A. Yes.**
15   **Q.** All right. Do you recall if you brought up
16 during that meeting with the chief that, you know,
17 I'm No. 1 on the list, just so you know, there's a
18 list in the squad room that has my name struck out?
19   **A. No, I don't recall saying that.**
20   **Q.** Okay. Do you even know whether or not Chief
21 Kosman was ever made aware of your name being struck
22 out on the bulletin board in the squad room?
23   **A. No, I don't. I don't have any knowledge of**
24 **him being aware of that.**

111

1    **Q.** What was your take or position about Frank
2  Kosman being appointed as the new police chief?
3    **A. Well, personally, I like the guy. He's a --**
4  **he's a very nice guy. He's very personable. And --**
5  **and I believe that I'm not alone in -- in saying that**
6  **we thought that he was very, very out of his element.**
7  **He had once told me -- since I was -- I was the**
8  **acting investigation's commander at the time, so**
9  **every morning there's a meeting with the chief,**
10 **deputy chief and the two commanders. So I was the**
11 **acting investigation's commander for about, I don't**
12 **know, six to eight months, so I had a meeting every**
13 **morning with him. And, you know, one time he told us**
14 **that, you know, the big caper in Bensenville was**
15 **somebody stole the pumpkins off the mayor's porch, so**
16 **they put together this task force to -- you know, I**
17 **mean, he kind of made it sound like Bensenville**
18 **didn't have a lot of crime, so that's why we all kind**
19 **of felt, hey, this guy is out of his element. He has**
20 **no understanding of how Kankakee works. And, you**
21 **know, we were giving him the benefit of the doubt,**
22 **you know, he'll -- he'll come up to speed eventually,**
23 **but initially it just seemed like this guy was not**
24 **the right guy for the job, and that's pretty much how**

112

1  **everybody felt.**
2    **Q.** I guess your position is that -- your take on
3  Frank Kosman is that he didn't work in a high crime
4  police department or he wasn't involved with serious
5  investigations?
6    **A. Yes.**
7    **Q.** That's why the pumpkin patch investigation
8  sticks out in your mind, correct?
9    **A. Yes.**
10   **Q.** But a chief of police is a little different.
11 They don't, especially the size of the Kankakee
12 Police Department, they're not actively involved in
13 investigations. They're -- they run the
14 administration, correct?
15   **A. Yes.**
16   **Q.** So as far as his history or experience in
17 conducting investigations, does that really have a
18 large impact on how he would administer or run the
19 police department as police chief?
20   **A. Well, we all believed. So, you know, we**
21 **would hope that our -- the head of our department,**
22 **our leader, would be somebody that's, you know, rose**
23 **up through the ranks and experienced with, you know,**
24 **how things work and, you know, the -- any time you**

113

1  **get somebody from the outside, that's not from**
2  **Kankakee, it's going to be a challenge for them**
3  **because they just don't know how things work in**
4  **Kankakee.**
5    **Kankakee is like a mini Chicago, you**
6  **know. It's -- when you go to the police academy,**
7  **they always say, all right, for all of you here that**
8  **are from Kankakee, this doesn't apply to you because**
9  **things are different in Kankakee; just basically that**
10 **it's a tough, tough town. So we just kind of felt**
11 **like he wasn't cut out for the job because he came**
12 **from somewhere else that wasn't as crime ridden as**
13 **Kankakee was at the time.**
14   **Q.** When -- is it Skelly or Scully?
15   **A. S-k-e-l-l-y. So it's Skelly, not Scully.**
16   **Q.** So when Skelly retired, created the opening
17 in the rank of lieutenant, and there was the posted
18 list, and Chief Kosman selected Michael Sneed off of
19 the list, correct?
20   **A. Yes.**
21   **Q.** Did you have any conversations with Chief
22 Kosman prior to him selecting Sneed off of the list?
23   **A. He had initiated a conversation with me**
24 **actually prior to selecting Sneed. Like I said, we**

114

1 had these morning meetings at 9:00 a.m. every morning
2 with the top four people in the department. And at
3 that meeting shortly before Michael Sneed was
4 promoted, he asked me -- the chief said, hey, Tim.
5 Are you going to be around all day? And I said, yes,
6 Chief. And he said, okay, I'm going to need to get
7 with you on something later. So I'm thinking, okay,
8 this is going to be about the promotion because
9 typically when there's an opening, the administration
10 can wait up to 30 days before they have to fill that
11 spot. And it was getting close to that 30 days, I
12 believe. So when he asked if I was going to be
13 around all day and he wanted to talk to me about
14 something, I thought, well, this is going to be about
15 the promotion.
16        So I get off at 3:00 -- when I was
17 doing that job, I got off at 3:00 every day. So by
18 now it's like 2:00. I'm like, he hasn't called me
19 into his office. What's going on?
20        So I just happened to see him in the
21 building, and I said, Chief, you said you wanted to
22 talk to me about something. You know, is now a good
23 time? He's like, yeah, come on in. So I went into
24 his office, and he asked me if I was prepared for the

115

1 staff meeting on Thursday. And I said, yes, I'm
2 prepared for it. I'm ready to go. He's like, okay.
3 And I'm thinking is there anything else you want to
4 talk to me about? Well, he didn't talk about
5 anything else. He just said, okay, well, we'll see
6 you tomorrow.
7        So in a way he was, you know,
8 initiating the -- the subject of the promotion, but
9 he didn't bring it up. So the next day he did.
10    Q. Let me just cut you off there.
11    A. Sure.
12    Q. The day you're talking about, did he ever at
13 any time mention the promotional list or selection of
14 the next lieutenant? Or were you just thinking that
15 that's what he was thinking or that's why he wanted
16 to meet with you?
17    A. Well, I was assuming that that's what he
18 wanted to meet about, so at the end of this little
19 meeting that we had, I said, Chief, is there anything
20 else you want to talk to me about? And he's like I
21 better wait until tomorrow. So now I'm like what's
22 going on? Now you're keeping me in suspense here.
23    Q. But, again, on that date that you're talking
24 about, just to be clear, Chief Kosman never made any

116

1 reference to the promotional list or selecting anyone
2 from the lieutenant list. This is what you're
3 assuming or thinking that he's thinking?
4    A. That's correct, he never made reference to
5 it.
6    Q. Okay. And then you go on to the next day.
7    A. Yeah, the next day then he did. I went down
8 for the morning meeting at 9:00 and his office door
9 was closed and Commander Austin and Deputy Chief Hunt
10 were in the office with him with the door closed,
11 which was not normal. And I didn't want to knock on
12 the door. I thought maybe they had something private
13 they were talking about, so...
14    Q. Is there a window where you could tell like
15 who's in the office?
16    A. Yes. It's a -- it's a door with a large
17 rectangular glass window. So then finally when the
18 door did open, Commander Austin and Deputy Chief Hunt
19 walked out and made no eye contact with me. So I'm
20 thinking this isn't good. So the chief says, hey,
21 come on in. So when I went in, he said, Tim, I'm
22 afraid I've got some bad news for you. And I knew
23 exactly what it was. He said, I've decided to skip
24 you and Sergeant Berge, and I'm going to promote Mike

117

1 Sneed to lieutenant.
2    Q. Okay. And did you ask him why? Or did he
3 give any other statements or explanation?
4    A. Yes, I did ask him why.
5    Q. And what did he tell you?
6    A. He said that our department is a microcosm of
7 the community that we serve. He said and our
8 leadership needs to look more like the citizens of
9 Kankakee.
10    Q. And did he say anything else?
11    A. Yes. I said -- I said, Chief, how can you
12 make this decision? I said, you've been with our
13 department maybe two months. I said, you don't know
14 anything about Tim Kreissler, Mike Sneed, Paul Berge.
15 I said, you don't know anything about us or really
16 the innerworkings yet. You've only been here two
17 months. How can you make that decision, that you're
18 saying he's more qualified or that you're choosing
19 him over me and two other people when you basically
20 just got here?
21    Q. And what did he say?
22    A. He said, well, Sneed's just a better fit.
23    Q. And did he say anything else or did you say
24 anything?

118

1    A.  I said, well -- I said, Chief, I'm just going
2  to be frank.  I said, why is he a better fit, because
3  he's black?  And he didn't -- he didn't even answer
4  the question.  He just kind of looked around and just
5  kind of shrugged his shoulders and he said, you know,
6  I'm sorry, that's just, you know, the way it's got to
7  be.
8    Q.  Did he say anything else or did you say
9  anything else?
10    A.  That's -- you know, that's when I did tell
11  him, I said, look, Chief.  This is my third time
12  taking the exam, I said, and this is Mike Sneed's
13  first time taking the exam.  And I said, and I don't
14  know if you know this, but when Mike Sneed got
15  promoted to sergeant a few years ago, they skipped
16  two white guys to promote him.  Now you're skipping
17  two white guys to promote him to lieutenant.  I said,
18  was this -- was this your decision or was this the
19  mayor's?  And then he thought about it for a few
20  seconds, kind of looked up and he said this was my
21  decision.
22    Q.  As far as Sneed being -- skipping over two
23  other white patrol officers to become a sergeant, do
24  you know approximately when that happened?

119

1    A.  You had a list there of the different dates
2  for the promotions.  I believe that was the 2011
3  sergeant's exam, and I was already a sergeant by
4  then, but I believe Berge and another officer named
5  Halper were the two white individuals that were
6  skipped over so that Mike Sneed could be promoted to
7  sergeant.  I believe it was that 2011 sergeant's
8  exam.
9    Q.  And at that time the department was being run
10  by Chief Regnier, right?
11    A.  Regnier, yes, sir.
12    Q.  Okay.  Do you recall anything else being
13  stated in that conversation in the chief's office on
14  that date?
15    A.  Yes, I do.  The chief said -- Chief Kosman
16  said, well, you know, Mike Sneed's in charge of the
17  gang unit.  And I said, well, yes, Chief, he is,
18  that's because Deputy Chief Hunt created this gang
19  unit and put Mike Sneed in charge of it.  And I said,
20  but that was all after the promotional process, so
21  anything after that promotional process, when that
22  final list is created, I don't believe should be
23  taken into consideration for saying this person
24  should be the next lieutenant because the list was

120

1  already made.  This gang unit was after that list was
2  made.
3          And then I also told the chief, if
4  you're going to take that into consideration, you
5  should take into consideration that I have been the
6  acting investigation's commander for the last six to
7  eight months, which is also after the final list was
8  posted.  But I said, if you're going to take his
9  achievements or accomplishments into consideration,
10  then you should also take mine into consideration.
11  And he just kind of scratched his chin and he said,
12  yeah, but Sneed had all these letters of
13  recommendation coming in recommending him for
14  promotion to lieutenant.  And I said -- that was the
15  first I had heard about that.  And I said, what are
16  you talking about, Chief?  And he said, well, people
17  were mailing in and dropping off letters of
18  recommendation for Mike Sneed recommending him to be
19  promoted to lieutenant.  I said, Chief, that's not
20  part of our promotion process.  It never has been and
21  it's not now.  I said, we pay Stanard & Associates a
22  lot of money to administer a testing process, and
23  letters of recommendation have never been considered
24  for somebody getting promoted.  I said, if I was --

121

1  if I had known that, I could have got plenty of
2  letters of recommendation from the public myself.
3  But those letters of recommendation went to the
4  Police and Fire Commission.  And that's another
5  reason I just felt that it was unfair that he was
6  promoted over myself and Berge, because we weren't
7  given the opportunity to submit letters of
8  recommendation.
9    Q.  Did he indicate who submitted those letters
10  of recommendation or where they were sent to and
11  where they remained?
12    A.  He didn't, but I know for a fact that one
13  person that wrote a letter of recommendation for Mike
14  Sneed to lieutenant was Matt Adamson, who used to be
15  a lieutenant -- actually, he used to be a patrol
16  commander of our department.  Well, he retired and
17  went to teach criminal justice at Olivet Nazarene
18  University.  I heard that Mike -- I'm sorry, that
19  Matt Adamson wrote a letter of recommendation for
20  Mike Sneed.  So when I heard that, I called Matt
21  Adamson because I still had his phone number, and I
22  said, Matt, did you really write a letter of
23  recommendation for Mike Sneed to lieutenant?  He's
24  like, yeah, Mike called me and asked me to.  I said,

122

1  well, why didn't you write one for me?  He's like,
2  well, you didn't ask.  I said, Matt, you were in our
3  department for almost 30 years.  You know that's not
4  part of the promotional process.  Why didn't you tell
5  Mike, sorry, Mike, but that's not the way things are
6  done?  He's like, well, you know, Mike asked me, so
7  I -- I wrote a letter of recommendation for him.
8      Q.  Do you know who he sent that letter to?
9      A.  Who Matt Adamson sent it to?
10     Q.  Yes.
11     A.  I don't.  I don't know if it was sent to the
12  chief of police or if it was sent like to the Police
13  and Fire Commission or to the mayor's office.  I
14  don't know.
15     Q.  Okay.  At any time during your meeting with
16  Chief Kosman, did he indicate that the decision to
17  promote Michael Sneed over you and Berge was because
18  of Mayor Chastity Wells-Armstrong or Nickey Yates or
19  Willie Hunt?
20     A.  No, and I specifically asked him.  I said,
21  is -- you know, whose decision is this?  Is this the
22  mayor's?  Is this -- and I think I even said, is
23  this, you know, Willie Hunt's?  Is this your
24  decision?  And that's when he paused, kind of looked

123

1  up for a few seconds, and then said, no, this is my
2  decision.
3      Q.  Is Michael Sneed still a lieutenant with the
4  police department?
5      A.  No, he retired maybe four or five, six months
6  ago maybe.  And I have nothing against Mike Sneed.  I
7  mean, we're -- we see each other in public, we say,
8  hey, how are you doing, buddy?  Good to see you.  I
9  mean, I have no problem with him.  I just have a
10  problem with him being promoted over more qualified
11  people.
12     Q.  So he was promoted off of the 2017
13  promotional list for lieutenant.  Early on you listed
14  out the different tests that you've taken.  You also
15  took a test for lieutenant in 2021?
16     A.  Yes.
17     Q.  And what was your rank on that list?
18     A.  No. 1.
19     Q.  And who was No. 2?
20     A.  I think it was Avery Ivey.
21     Q.  Black or Caucasian?
22     A.  Caucasian.
23     Q.  And No. 3?
24     A.  Ken Mallindine.  You're going to want the

124

1  spelling.  M-a-l-l-i-n-d-i-n-e.
2      Q.  Male, white?
3      A.  You know what, I'm sorry.  I believe Kenneth
4  Mallindine was No. 4.  Brad Lathan was No. 3, I
5  believe.  And all white officers, yes.  Sorry.
6      Q.  That's all right.  You indicated that Sneed
7  retired about four to six months ago.  Who was
8  selected off of the 2021 list to replace him as
9  lieutenant?
10     A.  That was myself.
11     Q.  Okay.  Have there been any other promotions
12  to lieutenant, other than yourself and Sneed, within
13  the last three, four years?
14     A.  Yes.  Avery Ivey was promoted to lieutenant
15  after me.
16     Q.  Okay.
17     A.  And then Ken Mallindine was promoted after
18  Avery Ivey, and then Brad Lathan was most recently
19  promoted.
20     Q.  Can you give me the names of the lieutenants
21  who retired to create those openings?
22     A.  I knew you were going to ask that, and it's
23  going to take me some time to recall that.
24     Q.  Other than Sneed, were they all white or

125

1  Caucasian lieutenants?
2      A.  I've got to think about this.
3      Q.  Maybe it will help if we go back to when
4  Kosman was chief, around the time that he selected
5  Sneed as the lieutenant.  Okay?  If we can go through
6  the command structure then, maybe it would help.  So
7  you had Kosman was the chief, white; you had Willie
8  Hunt, deputy chief --
9      A.  Willie Hunt's -- Willie Hunt's retirement
10  would have opened up a lieutenant spot.
11     Q.  Because he held a rank of lieutenant?
12     A.  Yes.
13     Q.  But was in the position of deputy chief?
14     A.  Yes.
15     Q.  Right?
16     A.  Yes.  So that would have been when he -- he
17  retired not long ago and then went to work head of
18  security for the Kankakee High School, so that would
19  have created an opening.  I got promoted to
20  lieutenant in March of 2021.  It may have been Willie
21  Hunt retiring that created my opening for lieutenant,
22  and then Mike Sneed's retirement may have created the
23  opening for Avery Ivey for lieutenant.
24     Q.  So if we can do like a side-by-side, if it's

126

1  okay, under Chief Kosman, I just want to do the upper
2  command staff.
3      A. Is it okay if I write some?
4      Q. Oh, yeah.
5      A. Okay.
6      Q. So around 2021, when Frank Kosman was named
7  as the chief police, he was white, and Willie Hunt
8  was the deputy chief, he was black, and then who were
9  the two commanders?
10     A. Donell Austin and Dave Skelly.
11     Q. All right. So Donell Austin is a black
12 commander, Skelly was a white commander?
13     A. Yes.
14     Q. Those are the only two commanders, right?
15     A. Yes.
16     Q. And then you had lieutenants?
17     A. And I just thought of another one that
18 retired.
19     Q. We'll get to that.
20     A. Okay.
21     Q. So, again, the lieutenants at the time of
22 Chief Kosman were who?
23     A. Okay. So A1, A2, A3, A4, then these would be
24 the three lieutenants on each of the shifts.

127

1  Passwater was the lieutenant on first shift, I think
2  Lohmann was the lieutenant on second shift, and I
3  think Etzel was the lieutenant on third shift.
4      Q. This is under Chief Kosman, correct?
5      A. Yes.
6      Q. So his lieutenant staff was all white?
7      A. Yes.
8      Q. Okay. And then his sergeants in 2021?
9      A. That's a tough one. Okay.
10     Q. Well, yourself?
11     A. Yes. Let me go around the Detective Bureau.
12         MR. McGRATH: Tell you what. I'm going to
13 take a restroom break.
14         THE WITNESS: Okay.
15         (A brief recess was had.)
16 BY MR. McGRATH:
17     Q. So if we can -- we were going through Chief
18 Kosman's police administration or command staff, and
19 we had -- he had an African American deputy chief,
20 his two commanders, one was white and one was black,
21 correct?
22         And then you were going to list out
23 the -- the sergeants. And if you can give me the
24 names of -- most of the names that you remember and

128

1  their race.
2      A. Okay. Let me clarify one thing, though. A1,
3  Kosman; A2, Hunt; A3, Austin; then I was the acting
4  investigation's commander, so that would have been
5  the A4 spot, but then Lieutenant Etzel was brought in
6  to be the actual investigation's commander.
7      Q. What happened to your rank then? Where did
8  you go?
9      A. I just -- I just stayed a sergeant in the
10 Detective Bureau, but I just wasn't in charge of the
11 bureau anymore.
12     Q. Okay. And Etzel is Caucasian?
13     A. Yes.
14     Q. Okay.
15     A. So you're wanting to know the sergeants now?
16     Q. As best as you can remember.
17     A. Okay.
18     Q. I know it changed. This is under Kosman in
19 around 2021.
20     A. Steve Hunter, he's a black male. I know he
21 was promoted within the Kosman administration.
22 Ivey was -- Avery Ivey was a sergeant. Ken
23 Mallindine was a sergeant. John Raimondo was a
24 sergeant.

129

1      Q. Can you also just give their race?
2      A. Sure. Okay. Steve Hunter is black. Ivey is
3  white. Mallindine is white. Raimondo is white.
4  Klopp is white. Nicholas is white. Passel is white.
5  Lathan is white. Coash, Tyson and Berge are white.
6  That's 12. I believe that was all the sergeants at
7  the time. I believe he had 12 then.
8      Q. So under Kosman, as best as your list, in
9  2021 out of the 12 sergeants, three lieutenants and
10 the A1, A2, A3, A4, there were two African Americans?
11     A. One, two --
12     Q. Or three. I'm sorry.
13     A. Three.
14     Q. Oh, you're adding another name?
15     A. Yeah. Paul Miller, he -- Sam -- Samuel Paul
16 Miller, he was a sergeant then, he's a black male. I
17 think that's it.
18     Q. Okay. So looking at your list, it looks like
19 there's -- the administration staff from the police
20 department has four members, there's -- you have
21 three lieutenants.
22     A. Actually four. Kidwell was -- he wasn't on
23 first, second or third shift. He was in charge of
24 the -- the drug unit. We call it KAMEG.

130

1    Q.  So there's four lieutenants and then I
2  believe you have, is it 14 sergeants?
3    A.  I have 13 listed.
4    Q.  Okay.  So 13 plus 8.  You have 21 in the
5  command staff of the Kankakee Police Department,
6  approximately, under Chief Kosman in 2021, correct?
7    A.  Approximately, yes.
8    Q.  And out of that list, you've identified four
9  as being black and the rest are white?
10   A.  Yes.
11   Q.  Okay.  Same exercise in identities.  Who is
12 the current police chief in Kankakee?
13   A.  Okay.  This shouldn't be too hard.  All
14 right.  Robin Passwater
15   Q.  And I should say --
16   A.  -- is the chief.
17   Q.  -- a new mayor was elected.  He was an
18 alderman, last name of Curtis, and he was sworn in
19 earlier -- or he was sworn in in -- earlier this
20 year, right?
21   A.  Yes.  I believe it was May -- probably May
22 1st of 2021, so coming up on one year.
23   Q.  And Mayor Curtis filled the position of
24 police chief with Robin Passwater?

131

1    A.  Yes.
2    Q.  Who is white?
3    A.  Yes.
4    Q.  And who is the current deputy chief?
5    A.  Chris Kidwell.
6    Q.  Who is white?
7    A.  Yes.
8    Q.  Is there still the four lieutenants, three
9  that worked the shifts and one for KAMEG?
10   A.  Well, we don't have one in KAMEG now.  Now,
11 we have an -- because there's always four
12 lieutenants, we have an extra one in the Detective
13 Bureau.
14   Q.  All right.  What are the names of the four
15 lieutenants?
16   A.  Do you want to go with the two commanders,
17 underneath A1, A2?
18   Q.  I'm sorry.  Commanders, yeah.  Do we have the
19 commanders on the first list, under Kosman?
20   A.  Yeah, that was Austin and Etzel.
21   Q.  I'm sorry.  Yeah, that's right.
22   A.  But now, currently, we've got A1 is Chief
23 Passwater; A2 is Deputy Chief Kidwell; A3 is
24 Commander Lohmann, white male; and A4 is Commander

132

1  Austin, black male.
2         Now, the -- you want the four
3  lieutenants.  Okay.  There's myself; there's
4  Lieutenant Avery Ivey, white male; Lieutenant Ken
5  Mallindine, white male; and Lieutenant Brad Lathan,
6  white male.
7         Now we're going to do the sergeants,
8  I assume?
9    Q.  Yes, please.
10   A.  Okay.  I'm just going to try to envision it
11 in my head.  I have two sergeants underneath me on my
12 shift.  I have Sergeant Martinez and I have Sergeant
13 Coash.  Sergeant Martinez is Hispanic.  Sergeant
14 Coash is white.
15   Q.  Can you spell Coash?
16   A.  Sure.  I'm sorry.  C-o-a-s-h.  And then --
17 okay.  On second shift is Sergeant Benoit, white
18 male; Sergeant Andersen with an e-n on the end of it,
19 white male; and Sergeant Burse, B-u-r-s-e, black
20 male.
21   Q.  Okay.  Can I just interrupt?  When did
22 Sergeant Burse become a sergeant?
23   A.  Maybe two years ago or less.
24   Q.  Off of the 2017 list?

133

1    A.  I don't -- I think it was the 2021 list.  I
2  don't think it would have been '17.
3    Q.  Do you know where he was placed on the
4  promotional list to become sergeant when he was
5  selected?
6    A.  Maybe fourth or fifth.  I'm guessing.
7    Q.  Do you know if anyone was skipped over when
8  he was selected as sergeant?
9    A.  No, I don't think anyone was skipped over.
10   Q.  So the list had moved up and he moved up to
11 the top of the list?
12   A.  Yeah, that's what -- basically what happens.
13 You know, if you're No. 3, when No. 1 and No. 2 get
14 promoted, then -- you were third on the list, but now
15 you're considered No. 1.
16         I just remembered another sergeant,
17 too.  Okay.  So for the midnight shift, there's
18 Sergeant Brooks, black male; Sergeant Klopp,
19 K-l-o-p-p, that's a white male.  There's a Sergeant
20 Zingre, Z-i-n-g-r-e, and that's a white female;
21 Sergeant Hunter, black male.  He's currently in the
22 Detective Bureau.  Sergeant Lombardi is in the
23 Detective Bureau, he's a white male.  There's got to
24 be two more.  Oh, there's a Sergeant Johnston.  He's

134

1   in our stolen auto unit.  It's Johnston with a "T" in
2   there.
3       Q.   I'm sorry.  Johnston is what race?
4       A.   I'm sorry.  White male.  I'm sorry it's
5   taking me so long.  I think that's...
6       Q.   That's okay.  We can keep going.  If you
7   remember, we'll add to the list.
8       A.   Okay.
9       Q.   You did say under Kosman you remembered
10  another sergeant and you wrote that person's name
11  down.
12      A.   Yeah, that was Sergeant Zingre, white female.
13      Q.   Okay.
14      Z-i-n-g-r-e.
15      Q.   So then by comparison, at least what you've
16  listed so far under Chief Passwater, his
17  administrative team of him, Kidwell -- is it Lohmann?
18      A.   Yes.
19      Q.   And Austin.  You have four members of that
20  team, three are white, one is black.  His group of
21  lieutenants is all white.  His sergeants, as you
22  remember right now, comprised of seven whites, one
23  Hispanic and three black.
24      A.   Let me tally it up here.  I've got seven

135

1   white, three black, one Hispanic.  Is that what you
2   have?
3       Q.   Yes.
4       A.   Okay.
5       Q.   Okay.  Is there any change or difference in
6   pay if you work in the Detective Division?
7       A.   No.
8       Q.   Still hourly or is it salary?
9       A.   Well, for -- for patrolmen and sergeants, I
10  believe they're hourly.  Lieutenants, I believe, is a
11  salary.  We don't have an hourly wage.  Lieutenants
12  don't get overtime, don't get comp time.
13      Q.   Do you have any type of a bump up if you're
14  the lieutenant in charge of the Detective Division?
15      A.   Like Commander Austin is the investigation's
16  commander.  When he was a lieutenant, he got X amount
17  of dollars.  When you become a commander, you do get
18  a little bit of a stipend, a little bit of a bump up.
19  It's not much, but you do get a little bit more.
20      Q.   Both of those positions are salaried,
21  lieutenants and commanders?
22      A.   Yes.
23      Q.   And the benefits stay the same, as far as
24  like health insurance?

136

1       A.   Yeah, I believe so.  I've never been a
2   commander, but I believe so.
3       Q.   What ranks are subject to or part of
4   Collective Bargaining Agreements and represented by
5   unions?  Certainly the patrol is part of a union,
6   correct?
7       A.   Yeah, patrol officers are, sergeants are,
8   lieutenants are.
9       Q.   Okay.
10      A.   And I -- the two commanders, they have a
11  contract with the City, but I don't believe it's like
12  a unionized contract.
13      Q.   It's an employment contract, similar to like
14  the deputy chief and the two commanders.  So if they
15  were replaced out of that rank, they would revert
16  back to their current rank or the rank of lieutenant,
17  the highest rank, right?  Is that how it operates?
18      A.   Yes, they call it a -- his hard rank.  The
19  hard rank of lieutenant is -- like if you were a
20  commander and then you get put back down to a
21  lieutenant, that -- you always had that hard rank of
22  lieutenant.
23      Q.   You can never be brought down below a
24  lieutenant once you attain the rank of lieutenant?

137

1       A.   Correct, because those commander positions
2   are appointed, so they can also, I guess, in essence,
3   be taken away, but you can never go lower than
4   lieutenant unless it's, you know, for something with
5   like a disciplinary reason or something.
6       Q.   And the deputy chief by statute is appointed
7   by the police chief, correct?
8       A.   I said that earlier, that I believe that the
9   deputy chief is picked by the chief, but then I think
10  that's also subject to approval from the Police and
11  Fire Commission.
12      Q.   What about commanders?
13      A.   I think commanders also have to have the
14  approval of the Police and Fire Commission, but I
15  think they're picked by the chief.
16      Q.   Going back through your history with the
17  department.  Have you been disciplined by the
18  department?
19      A.   Yes.
20      Q.   All right.  Back in 2010 you received a
21  ten-day suspension?
22      A.   Yes.
23      Q.   All right.  And that was in regards to a
24  ride-along with a 19 or 20 year old girl, correct?

138

1    A.  Yes.
2    Q.  And her friend also came for a ride-along,
3  but she was in a ride-along with another officer,
4  correct?
5    A.  Yes.
6    Q.  And she made allegations of inappropriate
7  conversations, being sexual nature, correct?
8    A.  Yes.
9    Q.  You served that ten-day suspension?
10    A.  Yes.
11    Q.  You did not appeal it in any way?
12    A.  No.
13    Q.  All right.  Who was the chief at that time?
14    A.  Regnier.
15    Q.  During the time that Chief Kosman was chief
16  and when the opening of lieutenant's rank came about,
17  was there any kind of conversation about any
18  discipline you had in your personnel file?
19    A.  No.
20    Q.  Okay.  Do you know whether or not Chief
21  Kosman was aware of this ten-day suspension from
22  2010?
23    A.  I didn't know if he was, no.
24    Q.  Do you know if any of the elected officials

139

1  or the mayor were aware of that ten-day suspension
2  going back to 2010?  And I should say other than
3  Larry Osenga because he was with the department.
4    A.  Larry Regnier?
5    Q.  No.
6    A.  There is a Larry Ozenga.
7    Q.  Who's now an alderman and retired police
8  officer, right?
9    A.  Yes.
10    Q.  So is there a chance that he might have known
11  about it?
12    A.  He might have, but I believe he retired after
13  that incident, so I don't know if he knew or not.
14    Q.  Okay.  Do you have any information or belief
15  that the mayor or anyone with the city council was
16  aware of your disciplinary history with the police
17  department?
18    A.  Which mayor?  The mayor at --
19    Q.  Chastity Wells-Armstrong.
20    A.  I don't know if she had any knowledge of it.
21    Q.  Have you ever met now Former Mayor Chastity
22  Wells-Armstrong?
23    A.  Yes.
24    Q.  Have you ever had any conversations with her

140

1  in regards to the promotion process or why you
2  weren't selected as a lieutenant?
3    A.  No, I didn't talk to her about it at all.
4    Q.  Nickey Yates, do you know him?
5    A.  I know who he is, yeah.
6    Q.  Have you ever had any conversations with
7  Nickey Yates in regards to you not being selected for
8  lieutenant when the opening occurred under the Kosman
9  administration?
10    A.  No, the only time I've ever had a
11  conversation with him is if he happened to be in the
12  police station, I'd say, hey, Mr. Yates, how are you
13  doing?  That was it.
14    Q.  Willie Hunt, have you ever had any
15  conversations with Willie Hunt once you learned that
16  you were not going to be selected by Chief Kosman to
17  fill the vacant lieutenant position?
18    A.  No, I didn't talk to him about it at all.
19    Q.  Have you ever talked to him about that
20  promotion process or anything having to do with the
21  promotional process or selection while Chief Kosman
22  was chief?
23    A.  No.
24    Q.  Through your career with the police

141

1  department, have you been involved or a member of the
2  various unions?
3    A.  Yes.
4    Q.  All right.  Would you consider yourself to
5  have been an active member in those unions?
6    A.  I was an active member as far as paying dues,
7  and I would, you know, attend meetings from time to
8  time, but I've never been a big union person.  So, I
9  mean, I never wanted to be on the -- the board.  I
10  never wanted to be like the secretary or treasurer,
11  vice president, president, anything like that.
12    Q.  Have you ever acted as a union representative
13  either at a formal interrogation or when officers are
14  questioned or potentially being disciplined by any of
15  the chiefs?
16    A.  I have not.
17    Q.  Okay.  We've gone through the hierarchy of
18  the police department and the command staff of the
19  police department.
20        Would you agree with me that the --
21  the chief of police, whoever is in that position, is
22  in charge and control of the police department?
23    A.  Absolutely.
24    Q.  The chief of police sets the -- the tone, the

142

1 policy and the structure of the police department?

2    **A. Yes.**

3    **Q.** Do you know if the mayor or any of the

4 elected officials have any day-to-day control over

5 the police department?

6    **A. Then or now or just in general?**

7    **Q.** In general.

8    **A. I believe they have some influence on what**

9 **happens within the police department. I don't have**

10 **any direct knowledge or any proof, but -- but I**

11 **believe that they do have some influence over**

12 **decisions that are made by the chief.**

13    **Q.** Well, obviously the -- the mayor and the city

14 council are involved with the budgeting and that goes

15 along with equipment and how many new squad cars are

16 going to be purchased.

17    **A. Right.**

18    **Q.** And range issues and training and -- and

19 benefits when Collective Bargaining Agreements are up

20 for negotiation, correct?

21    **A. Yes.**

22    **Q.** But -- but as far as, you know, who works

23 what shift, who's going to be assigned to what

24 detail, do you have any information or belief that

143

1 any mayor or any member of the city council has

2 control or has taken steps to control any of the

3 day-to-day operations of the police department?

4    **A. As far as that part, no. I don't believe the**

5 **mayor or the city council influences the chief on,**

6 **you know, who's going to work where or within the**

7 **department or who's going to work what hours. As far**

8 **as that part, no.**

9    **Q.** When Mayor Chastity Wells-Armstrong was the

10 mayor, did you ever see her over at the police

11 department?

12    **A. Every now and then, yes.**

13    **Q.** Where would you see her and what would she be

14 doing?

15    **A. I mean, I wouldn't -- I'd just see her in**

16 **like maybe common areas, you know, the -- the front**

17 **desk area or maybe one of the hallways. I mean --**

18 **and I don't know what her business was there. I**

19 **mean, maybe she was going to have meetings with**

20 **somebody within the building. I don't know. I mean,**

21 **that wasn't my -- you know, I really didn't care why**

22 **she was there. It wasn't my place to, you know, find**

23 **out what she was doing there.**

24    **Q.** The mayor and the city council, they -- they

144

1 hold their meetings in the same building as the

2 police department, correct?

3    **A. Yes.**

4    **Q.** There's a large hearing room, I think it's on

5 the third floor of that building?

6    **A. Yes, city council chambers.**

7    **Q.** And there's also a lower conference room

8 where meetings are held, hearings are held with the

9 Fire and Police Commission, the Planning Commission,

10 various commissions within the city?

11    **A. Yeah, I think that's on the same level as the**

12 **city council chambers, just down the hall.**

13    **Q.** There's a conference room off of where the

14 city council holds their meetings, but when you go in

15 and enter that building, you go up a small set of

16 stairs and then you go down a set of stairs, there's

17 a lower conference room. Are you familiar with that

18 lower conference room?

19    **A. That might be what we're calling the fire and**

20 **police training room.**

21    **Q.** Yes.

22    **A. Okay. Yes.**

23    **Q.** Yeah. Are you aware that different city

24 committees and boards use that room from time to time

145

1 to conduct their meetings?

2    **A. Honestly, no, I didn't know that they conduct**

3 **meetings down there.**

4    **Q.** Have you ever seen Mayor Curtis within the

5 police department since he's been mayor?

6    **A. I don't think I have.**

7    **Q.** Have you ever seen any of the elected

8 officials, any of the aldermen, alderwomen, within

9 the police department?

10    **A. Now, can I back up a bit?**

11    **Q.** Sure.

12    **A. I mean, since the city council chambers is in**

13 **the police station building, well, then, yes, Mayor**

14 **Curtis has been in there, since that's where they**

15 **conduct their city council meetings and that sort of**

16 **thing.**

17       **Are you asking other than that, have**

18 **I seen Mayor Curtis in the police station?**

19    **Q.** Yeah. It's all in the same building, but to

20 actually get within the confines, interior workings

21 of the police department you have to be buzzed in or

22 have a key to get into that area, right?

23    **A. Yes.**

24    **Q.** In that building. I believe you said that

146

1  you saw Mayor Wells-Armstrong within the inner
2  confines of the police department, while she was
3  mayor, a few times, but you didn't know who she was
4  meeting with or what she was doing?
5      **A. Yes, that's correct.**
6      Q. Have you ever seen Mayor Curtis within the
7  confines of the inner police department either
8  talking with somebody or going to meetings or
9  anything like that?
10     **A. No, except for, like I said, the city council**
11 **chambers, which, I mean, every Monday they have their**
12 **meetings there, so he's in the police building, but**
13 **not, like you say, the innerworkings, not in the**
14 **squad room, not in the Detective Bureau.**
15     Q. Okay. Do you know if the current mayor,
16 Mayor Curtis, has meetings with Chief Passwater?
17     **A. I think he does, but I think it's at City**
18 **Hall.**
19     Q. Okay.
20     **A. Which is, you know, three blocks away from**
21 **the police station.**
22     Q. Yeah, separate building altogether?
23     **A. Yes.**
24     Q. And so under Chief Passwater and Mayor

147

1  Curtis, those meetings are held over at the City
2  Hall, different location than the police department?
3      **A. Yes. And, again, I'm just assuming because**
4  **I've seen the chief's police car at City Hall. The**
5  **dayshift lieutenant has a morning run that's got to**
6  **be done every morning. You've got to go here.**
7  **You've got to -- you've got to deliver all this**
8  **stuff, and one of the places I have to go to is City**
9  **Hall. So from time to time I've seen the chief's car**
10 **at City Hall, so I'm assuming he's meeting with the**
11 **mayor, but I don't know for sure.**
12     Q. He could be with other offices within the
13 city -- within City Hall, correct, like the clerk's
14 office or mayor's office?
15     **A. Yes.**
16     Q. Or wherever?
17     **A. Yes.**
18     Q. Okay. So we were just talking about the
19 mayor, elected officials not really having control on
20 the day-to-day operations of the police department.
21 And you would agree with that, correct?
22     **A. Yes.**
23     Q. All right. What about the Fire and Police
24 Commission, do you have any information or belief

148

1  that the Fire and Police Commission has day-to-day
2  control over the police department?
3      **A. The day-to-day operations of the police**
4  **department?**
5      Q. Yes.
6      **A. I would say no.**
7      Q. Would you agree that the Fire and Police
8  Commission is set up to perform specific functions,
9  that is, the hiring of new officers, the testing and
10 hiring and putting the list up for new eligible
11 police officers, being involved with the promotional
12 process of patrol officers to sergeants and sergeants
13 to lieutenants, and in some cases being involved with
14 discipline that's brought by the chief and there's a
15 hearing before the Fire and Police Commission?
16     **A. Yes, I would agree that those are probably**
17 **the three main things, the hiring, promotions and**
18 **discipline.**
19     Q. If a member of the Fire and Police Commission
20 were to go to the police department and say I want to
21 change the structure of the department or the shifts
22 or I think Kreissler should be working nights rather
23 than days, do you know whether or not they have
24 authority to do that?

149

1      **A. I don't know for sure, but I would just think**
2  **no.**
3      Q. Do you know if they have -- they being
4  members of the Fire and Police Commission, have key
5  fobs, where they're able to enter the police
6  department and roam the halls of the police
7  department?
8      **A. I don't know. Again, I would assume no, but**
9  **I don't know. They might.**
10     Q. Do you know if the mayor or any elected
11 officials have key fobs, where they can enter the
12 police department?
13     **A. I feel silly for saying it, but I don't know.**
14 **I mean, they probably should, but I don't know if**
15 **they do.**
16     Q. Who creates the general orders for the police
17 department?
18     **A. The chief.**
19     Q. Along with his command staff?
20     **A. Yes, I believe they -- I mean, a lot of times**
21 **the morning meetings that I have been involved in,**
22 **those are discussed, you know, the general orders and**
23 **policy and that sort of thing.**
24     Q. And who sets the schedule for the police

150

1  officers to work?
2      A.  Well, it depends.  If it's setting the
3  schedule for -- now, do you mean like the hours or
4  like who works what shifts?
5      Q.  Who works what shift.
6      A.  Normally if it's a patrol officer, you know,
7  working the street in uniform, that would be set by
8  the patrol commander; however, he may consult with
9  the chief and the deputy chief.  And then the same
10  thing for the detectives, the investigation's
11  commander would set that schedule and who is working
12  what, but then, again, he may also consult with the
13  chief and the deputy chief, you know, for their
14  approval.
15      Q.  But it's all done from within the police
16  department?
17      A.  Yes.
18      Q.  Discipline of officers within the police
19  department, is that done either by the chief or the
20  deputy chief?
21      A.  Do you mean as far as handing out like what
22  the punishment is?
23      Q.  Notifying an officer that they're being
24  investigated or if they're going to be disciplined

151

1  for some infraction.
2      A.  Yes, I believe it would be the chief and the
3  deputy chief.  We do have a -- we don't call it
4  internal affairs, but we -- we do have a...
5      Q.  A city inspector?
6      A.  Yes, city inspector, who investigates, you
7  know, situations, so -- but I believe it would be the
8  chief notifying the officer.
9      Q.  As far as you know, what is -- what is the
10  mayor's role with the police department?
11      A.  I believe the mayor, you know, should let the
12  police department -- let the chief run the way -- run
13  the department the way the chief sees fit and have
14  limited control or limited authority over the chief
15  of police, the chief of the fire department, the --
16  like the head of the Department of Public Works and
17  that sort of thing.  I believe ultimately the mayor's
18  responsible for those different departments, but I
19  don't believe the mayor should have control over
20  those departments.
21      Q.  Have you reviewed the civil complaint that
22  was filed in this case?
23      A.  Yes.
24      Q.  All right.  And did you review it before it

152

1  was filed, like a rough draft of it sent to you to
2  make sure that it was accurate?
3      A.  Yes.
4      Q.  Okay.  In paragraph 50, it pertains to
5  obviously the time period with Chief Kosman, and it
6  says the defendants, which would be the City, the
7  Fire and Police Commission, Chief Kosman, Mayor
8  Armstrong, and Willie Hunt, and Nickey Yates.
9          Paragraph 50, "The defendants created
10  a command staff that was predominately African
11  American despite the majority of Kankakee residents
12  being Caucasian."
13          Do you recall reading that or that
14  being stated in the complaint?
15      A.  Yes.
16      Q.  All right.  Can I ask you?  What do you mean,
17  as a plaintiff in this case, as predominately?
18      A.  Mostly.
19      Q.  So paragraph 50 is that the defendants, and,
20  again, I listed them out, is that the command staff
21  under Chief Kosman was mostly African American,
22  correct?
23      A.  As far as -- yes.
24      Q.  And do you consider sergeants to be part of

153

1  the command staff of the Kankakee Police Department?
2      A.  They're part of the supervision, but not
3  actually command staff.  I'd consider command staff
4  to be the chief, the deputy chief, the patrol
5  commander, the investigation's commander.
6      Q.  Is that broken down and defined within the
7  City of Kankakee Police Department rules or
8  guidelines, of who's included in the command staff
9  and who isn't?  Or is that just based upon your
10  experience?
11      A.  I think it's just based upon my experience.
12  I don't know that I've ever read anything that said
13  command staff consists of.
14      Q.  This is in paragraph 50 again.  It says, "The
15  command staff was predominately African American
16  despite the majority of Kankakee residents being
17  Caucasian."
18          In paragraph 49 just above it gives
19  some population statistics of Kankakee in 2019, and
20  it lists out that there's 51.4 percent Caucasian
21  residents; and then Hispanic is 16.8 percent; black,
22  41.5 percent; American Indian .5 percent.
23          Would you agree that if you add up
24  the Hispanic, black and Indian population of the City

154

1   of Kankakee in 2019, that that minority population is
2   approximately 59 percent of Kankakee's population,
3   contrary to paragraph 50 of the complaint, which says
4   that a majority of Kankakee residents are Caucasian?
5       **A.  57, 58 percent, yes.**
6       Q.  So you agree that based upon the census study
7   that you have in your own complaint, that the
8   majority of Kankakee residents are minority, not
9   Caucasian?
10      **A.  Does it say minority or does it say -- I**
11  **think what it says -- what you said to me was that --**
12      Q.  Here is the paragraph.
13      **A.  51.4 percent are white, correct?  50?**
14      Q.  If you read paragraph 50 -- and you can read
15  it out loud.
16      **A.  Okay.  "During the mayor's tenure, beginning**
17  **in or around April 17th through the present, there**
18  **have been multiple acts of overt" -- no.**
19      Q.  No, no, 50.
20      **A.  50.  I was looking at the highlighted part.**
21  **"The defendants created a command staff that was**
22  **predominately African American despite the majority**
23  **of Kankakee residents being Caucasian."**
24      Q.  Would you agree the majority means more than

155

1   50 percent?
2       **A.  Well, if you're breaking each down, black,**
3   **Hispanic, Indian, 51 percent is higher than all three**
4   **of these percentages.**
5       Q.  Would you consider --
6       **A.  But you're combining all three.**
7       Q.  As minority population.
8       **A.  But it doesn't say minority in there.  Does**
9   **it?**
10      Q.  Would you agree that African Americans are
11  considered minorities?
12      **A.  Yes.**
13      Q.  Would you agree that Hispanics are considered
14  minorities?
15      **A.  Yes.**
16      Q.  Would you agree that American Indians are
17  considered minorities?
18      **A.  That's debatable.  I guess, yes.**
19      Q.  And would you agree that when you add up
20  those minority groups, their percentage of the
21  population of Kankakee, based upon what you've put in
22  your complaint, is almost 60 percent?
23      **A.  Yes.  On No. 50 does it say minority?  Yeah,**
24  **it doesn't say that -- it says the majority of**

156

1   **Kankakee residents being Caucasian, yes; but it**
2   **doesn't say that the command staff was predominately**
3   **minority.  It says African American, so the two --**
4   **can I write on this or no?**
5       Q.  Sure, yeah.
6       **A.  So this African American you said is 41.5 and**
7   **Caucasian is 51.4, right?**
8       Q.  If you read 49, that's -- that's not in your
9   complaint.
10      **A.  49.**
11      Q.  It lists out the population in 2017 of
12  Kankakee.
13      **A.  Can I confirm with my counsel on this?**
14      **MS. KRAUCHUN:  Off the record for a second.**
15      **(A discussion was had off the record.)**
16      **THE WITNESS:  Well, 50 is saying a command**
17  staff that's predominately African American.  It
18  doesn't say a command staff that's predominately
19  minority.  So, I mean, minority, taking all these
20  three into consideration, is, like you said, almost
21  60 percent.  It just states African American.  And up
22  here it just says Caucasian.  So 51.4 percent, 41.5
23  percent you stated, correct?
24

157

1   BY MR. McGRATH:
2       Q.  Well, let's look under Chief Passwater.
3   Currently his command staff is made up of how many
4   American Indians?
5       **A.  Zero.**
6       Q.  How many Hispanics?
7       **A.  Command staff, zero.**
8       Q.  How many African Americans?
9       **A.  One.**
10      Q.  And how many whites?
11      **A.  Including himself?**
12      Q.  Yes.
13      **A.  Three.**
14      Q.  And the change between Chief Kosman and Chief
15  Passwater was the interchange of one position going
16  from black to white or white to black, correct?
17      **A.  Yes.**
18      Q.  And you're just talking about under your
19  definition of command staff is four positions, you
20  don't include lieutenants or sergeants?
21      **A.  That's my understanding.  I mean, maybe I'm**
22  **wrong as far as what the exact definition of command**
23  **staff is.  When we have our -- what we call our staff**
24  **meetings, we just had one yesterday, that's the top**

158

1    four and all of the lieutenants, but it's not called
2    a command staff meeting.  It's just called a staff
3    meeting.  So my interpretation of command staff is
4    the chief, the deputy chief and the two commanders.
5        Q.  Would you agree, simple math, if there's only
6    four positions we're talking about, the change in one
7    of those positions to either black, white, Hispanic,
8    dramatically changes the percentages if you do the
9    math?
10       A.  Yes, you're right.  I mean, if there's only
11   four, then one change makes a big difference.  It
12   could be 75 percent, 50 percent, 25 percent.  Yes, I
13   agree.
14       Q.  Yes.  Okay.  Paul Berge, are you friends with
15   him?
16       A.  I mean, I don't -- I don't hang out with him.
17   I don't call him.  I mean, when he was at the police
18   station, we were co-workers and we got along, but we
19   never hung out outside of work.
20       Q.  You filed this litigation along with him,
21   correct?
22       A.  Yes.
23       Q.  And you're both using the same law firm,
24   correct?

159

1        A.  Yes.
2        Q.  Who reached out to your current attorneys
3    first?  Or how is it that you both are using the same
4    law firm to bring this lawsuit against the City and
5    the named defendants?
6        A.  We have a co-worker, actually a former
7    co-worker, named Mike Schreffler, that is using the
8    same law firm, and he suggested to us, hey, you might
9    want to give these people a call because stuff like
10   this, you know, word travels pretty fast, you know.
11   Everybody was talking about, you know, two guys being
12   skipped, so -- and, I don't know, maybe Paul Berge
13   reached out to Mike Schreffler because he knew he had
14   some good attorneys and said, hey, you know, what do
15   you think?  Should we use them?  But I just know that
16   our attorney's name came up, and we decided, hey,
17   they already know kind of the innerworkings of the
18   Kankakee City Police Department, so it just kind of
19   made sense to seek them out first.  And we were
20   satisfied after we met with them and decided to go
21   with them.
22       Q.  You mentioned Mike Schreffler, a former
23   member of the Kankakee Police Department, who sued
24   the City and the police department, correct?

160

1        A.  I don't know if sued is the correct word.  I
2    think he's currently suing.
3        Q.  Are you aware that he filed a lawsuit in
4    federal court?
5        A.  Yes, but I don't know -- as far as I know,
6    it's not over.
7        Q.  So you're not aware that the defendants filed
8    a motion and the case has been dismissed against
9    them?
10       A.  No, I -- I didn't know that.
11       Q.  When was the last time you talked to
12   Schreffler?
13       A.  Mike Schreffler?
14       Q.  Yes.
15       A.  Actually talked to him on the phone verbally?
16   I don't know.  It's probably been years, probably
17   since when he left, but I texted him the other day.
18   He -- I know he's a big San Francisco fan, so I just
19   texted him and said like, hey, go 9er's or something
20   like that.  But, I mean, that was, you know, a couple
21   weeks ago, but other than that, I haven't talked to
22   him in years.
23       Q.  Were you deposed or contacted by anybody in
24   regards to his lawsuit against the City?

161

1        A.  No.
2        Q.  You filed an EEOC or an Illinois Department
3    of Human Rights charge or petition prior to the
4    filing of this lawsuit, correct?
5        A.  Yes.
6        Q.  And were you ever contacted by either of
7    those agencies in regards to your petition?
8        A.  Yes.  I think I was contacted by -- I don't
9    know if it was like a secretary or someone at the
10   EEOC.  And I don't -- I don't remember what they were
11   contacting me about, maybe just to say that, you
12   know, we've received your -- your claim and it's
13   going to take X amount of days or months until --
14   until an actual suit can be brought.  I think that's
15   all they were telling me.
16       Q.  Were you ever contacted by an investigator
17   from either of those agencies or called to go down to
18   their office or to meet with anyone face-to-face or
19   talk to them by Zoom or conference call to go over
20   your allegations?
21       A.  No.
22       Q.  Did you ever get a finding from that agency
23   stating that your allegations were substantiated?
24       A.  I don't know that it was a finding that said

162

1  they were substantiated.  I think it just stated that
2  after reviewing everything, they were granting a
3  right to sue, which basically said, okay, there's
4  something here, so we're going to allow you to take
5  this to the next step.
6      Q.  Have you talked to Paul Berge since he was
7  deposed in this matter?
8      A.  No.
9      Q.  Are you aware that he was deposed?
10     A.  Yes.
11     Q.  He's no longer a member of the Kankakee
12  Police Department, correct?
13     A.  Yes.
14     Q.  All right.  And you're aware that he was
15  brought up on charges by Chief Kosman?
16     A.  Yes.
17     Q.  And you're aware that that matter went to a
18  full hearing before the Fire and Police Commission?
19     A.  Yes.
20     Q.  And you're aware that the Fire and Police
21  Commission terminated Berge from the police
22  department at the conclusion of that hearing?
23     A.  Yes.
24     Q.  Are you aware that Paul Berge was represented

163

1  by your current attorneys at that hearing?
2      A.  Yes.
3      Q.  And are you aware that Paul Berge appealed
4  his termination to circuit court?
5      A.  Yes, I knew he was appealing, but I don't
6  know if there was a result or what happened with
7  that.
8      Q.  So you haven't been told that his termination
9  has been upheld by the circuit court?
10     A.  No, I didn't know that.
11     Q.  Do you know whether or not he's applied to
12  some of the neighboring police departments?
13     A.  Yes, I do know that.
14     Q.  He testified at his deposition that he
15  applied to some neighboring police departments
16  because he knew some of the command staff with those
17  departments because he had previously worked with
18  them in the Kankakee Police Department or through
19  KAMEG.  Are you familiar with that?
20     A.  Yes.
21     Q.  Okay.  And you're aware that he has not been
22  hired by any of those departments, correct?
23     A.  Yes.
24     Q.  Have you discussed you not being selected by

164

1  Chief Kosman to fill the lieutenant position with any
2  City of Kankakee elected officials?
3      A.  Elected officials?  You mean aldermen?
4      Q.  Any aldermen, yes.
5      A.  Yes.
6      Q.  Who did you have a conversation with?
7      A.  Just Larry Osenga.
8      Q.  Do you know when that would have taken place?
9      A.  It was -- I can't be exact, but it was
10  probably not long after the promotion was denied.
11     Q.  Where was that conversation at?
12     A.  I don't know where it was at.  It was -- I
13  believe it was on the phone, but where?  I don't
14  know.  I just know it was on the phone.
15     Q.  Did he call you or did you call him?
16     A.  I probably called him.  I don't recall for
17  certain, but I probably called him.
18     Q.  And do you recall what was stated during that
19  conversation?
20     A.  Basically just everything that we've already
21  talked about, you know, telling him what happened and
22  that I didn't think it was fair and I'm probably
23  going to take this further, you know, and just not
24  sit back for it because this is the third time in the

165

1  last few years that, you know, more qualified white
2  candidates have been skipped for black candidates to
3  be promoted, so -- and he knew that because he knows
4  what goes on within the City of Kankakee Police
5  Department since he was there for 30 years.
6      Q.  You said that it's happened three or four
7  times?
8      A.  Three.
9      Q.  Three times to officers -- white officers
10  being skipped over by black officers that are lower
11  on the promotional list, correct?
12     A.  Yes.
13     Q.  I believe you stated earlier that the first
14  instance happened under Chief Regnier, correct?
15     A.  Yes.
16     Q.  All right.  And then the second time and the
17  third time you're alleging occurred under Chief
18  Kosman?
19     A.  Yes.
20     Q.  Okay.  Has any elected official or anyone
21  over at City Hall ever told you that the decision to
22  skip you on the promotional list came from the mayor,
23  from Nickey Yates or Willie Hunt?
24     A.  You mean has the mayor or any of the aldermen

166

1   said that that's what happened?

2       Q.  Has anyone ever told you that, you know, you

3   were skipped over because Willie Hunt said to skip

4   over him?  Or you were skipped over because Nickey

5   Yates said skip over him?  Or that Mayor

6   Wells-Armstrong said to skip over him?  Has anyone

7   ever made statements to you to that effect or told

8   you that?

9       A.  No one has ever told me that, you know, hey,

10  I know for certain this is what happened.

11      Q.  Okay.  So no one's ever in a conversation,

12  you know what, you got skipped over because Nickey

13  Yates is on the Fire and Police Commission and he has

14  some involvement with that process?

15      A.  No one in -- no elected officials, no.

16      Q.  Because I'm just wondering why Nickey Yates

17  is named as a defendant in this case if we've gone

18  through the promotional process and Chief Kosman was

19  the person who picked the person off of the

20  promotional list, why he's named in this lawsuit or

21  what culpability Nickey Yates would have?

22      A.  Well, I believe he has a little bit of

23  culpability because he accepted these letters of

24  recommendation from Mike Sneed that are, like I said

167

1   earlier, are not part of the promotional process.

2       Q.  And you know that they were sent to Yates and

3   he accepted them?

4       A.  Well, he's part of the Police and Fire

5   Commission, and that's what Chief Kosman said, that

6   these letters were given to the Police and Fire

7   Commission.

8       Q.  How many other members are part of the Fire

9   and Police Commission?

10      A.  I don't know for sure.  I think there are

11  five.

12      Q.  Why is it that you only named Nickey Yates

13  and not the other four members of the Fire and Police

14  Commission if the letters from Sneed were sent to the

15  Fire and Police Commission?

16      A.  I don't know.

17      Q.  As far as Mayor Chastity Wells-Armstrong, has

18  anyone told you in a face-to-face conversation or a

19  phone call that, you know, you were skipped over

20  because Mayor Wells-Armstrong told somebody or

21  instructed somebody to skip over you?

22      A.  I have not been told that directly.

23      Q.  I know it might be your belief or assumption,

24  you know, looking at everything, but no one's ever

168

1   told you that?

2       A.  No one's ever told me directly, but can I

3   elaborate on that?

4       Q.  Sure.

5       A.  Okay.  Just a couple of days after Mike Sneed

6   was promoted and I was skipped, Dave Skelly, who

7   happened to go to the same church as Frank Kosman,

8   saw him that Sunday after whatever, Wednesday or

9   Thursday, whatever day it might have been, the

10  promotion thing, and Dave Skelly said to Chief

11  Kosman, he said, hey, how could you skip Kreissler

12  and Berge and promote Sneed?  You know, Kreissler was

13  15 points higher on the list than Sneed was.  And the

14  response that Dave Skelly said that -- like I said,

15  it's indirect, Dave Skelly said that Frank Kosman

16  said to him, Dave, I'm just doing what I think the

17  mayor would want me to do.

18      Q.  And who told you that directly?  Dave Skelly?

19      A.  Dave Skelly, yes.

20      Q.  And how long after that meeting, that Sunday

21  at church, how many days after do you believe that

22  you had that conversation with Skelly?

23      A.  He probably -- Dave Skelly probably told me

24  that day.  I can't remember exactly, but I don't

169

1   think it was like, you know, weeks or months later.

2       Q.  So either that Sunday, Monday, Tuesday,

3   Wednesday?

4       A.  Yeah, something like that, yes, sir.

5       Q.  And he told you that Kosman responded to him

6   by stating that I did that because I believe that's

7   what the mayor wanted?

8       A.  Not so many words.  I think what he said to

9   me was, Dave, I'm just doing what I think the mayor

10  would want me to do.

11      Q.  Okay.  You don't remember him saying that I'm

12  only doing what the mayor told me to do?

13      A.  No.

14      Q.  Okay.

15      A.  Can we do a quick break?

16      Q.  Yeah.

17          (A brief recess was had.)

18  BY MR. McGRATH:

19      Q.  All right.  Lieutenant Kreissler, you said

20  you were promoted to lieutenant.  What was the date

21  of your promotion?

22      A.  It was March -- I don't know the day, but

23  March of 2021.

24      Q.  Or 2022?

170

1    **A.** No, we're not in 2022 yet for March. It will
2  **be a year this -- like in two months because I had to**
3  **retake the whole testing process over again after**
4  **that 2017 testing process.**
5    **Q.** Right.
6    **A.** So March of '21.
7    **Q.** Okay. I didn't have my list in front of me,
8  that's why.
9         Do you know approximately when
10 Michael Sneed was selected off the list and when you
11 were skipped over?
12   **A.** Yes, that was August of 2019.
13   **Q.** So in August 2019 you were not promoted
14 obviously to lieutenant, you remained in the rank of
15 sergeant, correct?
16   **A.** Yes.
17   **Q.** What was the difference in pay between
18 sergeant and lieutenant in 2019?
19   **A.** Roughly?
20   **Q.** Yes.
21   **A.** 15 to 20 thousand. I'm guessing. I'm not
22 **sure exactly.**
23   **Q.** That information is contained in the
24 Collective Bargaining Agreement for the sergeants and

171

1  the lieutenants, correct?
2    **A.** Yes.
3    **Q.** And, again, there's no difference in benefits
4  between being a sergeant and lieutenant as far as
5  health care, correct?
6    **A.** No, I believe it's all the same for all
7  **employees.**
8    **Q.** Vacation pay, do you get more vacation if
9  you're a lieutenant or is that based on seniority
10 with the department?
11   **A.** That's, yeah, seniority. It's based on the
12 **time you've been with the department, so it's not**
13 **based on rank.**
14   **Q.** Do sergeants, are they eligible for overtime?
15   **A.** Yes.
16   **Q.** So do you know approximately what you earned
17 in 2019?
18   **A.** As a sergeant?
19   **Q.** Not your salary, but when you filed your
20 taxes, what did you put down as your gross income,
21 with your salary and overtime as a sergeant?
22   **A.** I think it may have been approximately
23 **between 90 and 95 thousand maybe; very, very rough**
24 **estimate.**

172

1    **Q.** Yeah. And 2019, do you know what the salary
2  of a lieutenant was?
3    **A.** I don't because I wasn't one at the time, so
4  **maybe like one somewhere in the teens, like 113, 14,**
5  **15, something like that maybe.**
6    **Q.** What was the salary of a sergeant in 2019?
7    **A.** I think that was roughly like right around
8  **90,000. So when you asked about what I had there,**
9  **what did I say?**
10   **Q.** You said between 90 and 95.
11   **A.** Yeah, taking into consideration overtime and
12 **that sort of thing.**
13   **Q.** So in 2019 you believe you only made about
14 $5,000 in overtime?
15   **A.** Probably. I mean, I -- it just depends on --
16 **you know, patrolmen can get forced to work the next**
17 **shift and they get quite a bit of overtime.**
18 **Sergeants cannot be forced. They can take it**
19 **voluntarily if there's a shortage. So overtime**
20 **probably was not very high for me back then.**
21   **Q.** You could have made more if you chose to work
22 shifts that were available based on somebody calling
23 off or sick or on vacation?
24   **A.** Yes. Or -- you know, I'm sorry. At that

173

1  time, too, I was in the Detective Bureau. And, you
2  **know, if we have a murder, we're going to get a lot**
3  **of overtime because, you know, you're putting so many**
4  **man-hours in. Every now and then, you know, you get**
5  **something that happens and you might work an hour or**
6  **two overtime. It just depends. But in the -- in the**
7  **Detective Bureau the overtime is different than when**
8  **you're on the street, like we talked about on the**
9  **street, somebody called off sick, shift shortages,**
10 **you get -- you know, you take the overtime shift, but**
11 **the Detective Bureau, it's just based on how much**
12 **crime we've got going on.**
13   **Q.** 2020, you were still a sergeant, salary of
14 90,000?
15   **A.** Well, the -- the contracts --
16   **Q.** Probably adds up to two and a half percent or
17 three percent, right?
18   **A.** No, not that high. We're lucky if we get
19 **one, one and a half percent.**
20   **Q.** Okay.
21   **A.** It would have been a little higher, not
22 **really significantly, though.**
23   **Q.** And what about overtime in 2020?
24   **A.** Again, I was -- again, I was in the Detective

174

1  Bureau, so it's hard to say what my overtime would
2  have been.
3      Q.  I take it you file income tax returns every
4  year?
5      A.  Yes.
6      Q.  I'm just going to ask through your counsel
7  for -- I don't need all the attachments, but just --
8  I just want to see what you made for those years.
9  Okay?
10              2021 is the year that you were
11  appointed -- or strike that, promoted to lieutenant,
12  in March of 2021, correct?
13     A.  Yes.
14     Q.  And so have you filed your tax return for
15  2021 yet?
16     A.  Not yet.
17     Q.  Did you take a look at your W-2's and see,
18  you know, what you made last year?
19     A.  Yeah.  So you want me to get them to her and
20  then she'll get that info to you?
21     Q.  Yes.
22     A.  I have no problem with that.
23     Q.  I'm looking to see what potentially is
24  damages or loss during that time period.

175

1      A.  Sure.
2      Q.  Because you weren't promoted.
3      A.  Sure.  I've got all my tax returns for the
4  last 15 years, so whatever you need I can get to her.
5      Q.  Yeah.  So do you -- as you sit here today, do
6  you recall approximately how much you made in 2021?
7      A.  I don't.
8      Q.  That's fine.  I'll just get it through your
9  counsel.  Okay?  That's the reason.  I'm not prying.
10     A.  And it's -- and it's also difficult, too,
11  because part of 2021 I got lieutenant's pay, the
12  other part I got sergeant's pay, so it's -- you know,
13  if I say lieutenants make 115,000, well, it's not
14  going to be because it was -- you know, it
15  wasn't the entire year that I was a lieutenant.
16     Q.  You were promoted in March.  No, I understand
17  that.
18     A.  Yes.
19     Q.  Any other so-called perks with the position
20  of sergeant or lieutenant?  Do you have a take-home
21  car?
22     A.  No.
23     Q.  In either position?
24     A.  No.  When I was in the Detective Bureau,

176

1  whatever, you're on call every five weeks or every
2  six weeks, you have a take-home car, but that's
3  because you have to.  But there's no perk in it, per
4  se.
5      Q.  Well, you're provided a vehicle, but that was
6  when you were a sergeant in the --
7      A.  In the Detective Bureau, yes.  If it was your
8  week to be on call, you -- you're made, you know, to
9  take a car home, so that when something happens, you
10  can respond from your house right to the scene, so...
11     Q.  Other than the difference in salary between
12  sergeant and lieutenant, I'm trying to see what other
13  damages you're seeking, monetary damages, or is there
14  additional equipment you're given?  Are you given a
15  cell phone as -- paid for by the department as a
16  lieutenant compared to a sergeant, anything to list
17  out?
18     A.  There is.  When you're a lieutenant,
19  you're -- you're offered a cell phone at the expense
20  of the city, but I just -- I declined that because
21  then you're carrying around two cell phones.  And I
22  see a lot of the guys do that, and I just -- I don't
23  want that hassle, so I just -- I didn't -- I didn't
24  take up that perk.

177

1      Q.  Do they reimburse you for your own personal
2  cell phone if you don't take on a department-issued
3  cell phone?
4      A.  No, I don't believe so.
5      Q.  Any other things that -- do you get a uniform
6  allowance as far as a sergeant?
7      A.  Yes, that was built into our base pay, so I'm
8  not exactly sure what that amount was.  I know for
9  the patrolmen it was $600, I believe.  I'm not sure
10  what it was for sergeants.  And lieutenants,
11  honestly, I don't know that either.
12     Q.  For sergeants, you said it's built into your
13  pay.  You were not given like a separate stipend or a
14  check or a debit card sometimes to go to the --
15     A.  No.  They used to have what they call a
16  quartermaster system, kind of like what you're
17  talking about, but I don't know if that was just
18  something negotiated into the patrolmen's and
19  sergeant's contracts, that that amount was rolled
20  into your base pay, that way when retirement time
21  comes, it's -- it's more that you can, you know, draw
22  your pension on because it's built into your base
23  pay.
24     Q.  When you were not promoted off of the

2:20-cv-02310-CSB-EIL  # 17-2   Page 46 of 74

178

1  lieutenant's promotion list under Chief Kosman, did
2  you seek any counseling?  Did you go for any therapy?
3      A.  No.
4      Q.  Are you claiming any type of emotional damage
5  or is it strictly monetary lost wages or
6  compensation?
7      A.  No, I did not seek any kind of mental health
8  or therapy or anything like that.
9      (Kreissler Exhibit Number 1 was marked for
10      identification.)
11  BY MR. McGRATH:
12      Q.  Before we get to that exhibit, so how many
13  total years do you have with the department?
14      A.  Next month -- in less than a month it will be
15  20 years, so 19 point whatever, you know.  It's --
16  it's almost 20 years.
17      Q.  And you're over 50 years of age, correct?
18      A.  Yes.
19      Q.  And so would you be eligible to retire?
20      A.  I would.
21      Q.  Next month?
22      A.  Yes, sir.
23      Q.  You would have 20 years of service and you're
24  over 50, correct?

179

1      A.  Yes, sir.
2      MR. McGRATH:  Off the record for a second.
3      (A discussion was had off the record.)
4  BY MR. McGRATH:
5      Q.  We were talking about that next month you'll
6  have 20 years in and you're over 50, so you would be
7  able to retire as soon as next month; and then
8  whenever you decide to retire, you retire, correct?
9      A.  Yes, sir.
10      Q.  And if you stayed on beyond 20 years, what --
11  is there an automatic bump up, longevity --
12      A.  Yes.
13      Q.  -- stipend or bump up in the contract?  How
14  much increase do you get?  Is it yearly, every five
15  years?  Can you explain that?
16      A.  You mean, pension-wise if you were to retire?
17      Q.  Yeah.
18      A.  Every year -- at 20 years you get 50 percent
19  of your base pay, every year after that you get two
20  and a half percent.  So if I did 30 years, that would
21  be 75 percent of my base pay.
22      Q.  And what about health benefits?
23      A.  As far as I know, when you retire, you -- you
24  don't have any health benefits paid by the City for

180

1  you.  I believe I could stay on with the City's
2  insurance, but I'm -- you know, I've been told if you
3  stop it, you can never get back on.  So some people
4  say it's best just to stay on as single, pay six,
5  seven hundred bucks a month or whatever, but if you
6  say I'm done with it, you can never come back later
7  and say can I get back on the insurance.
8      Q.  Okay.  I just want to go through the exhibit
9  that's placed before you.  It's Kreissler Exhibit
10  Number 1, I believe.
11      Do you recognize this?  This is your
12  answers to our interrogatories, which is a set of
13  questions that we sent to you and Paul Berge through
14  your attorney.
15      A.  Yes.
16      Q.  And then I'm sure you worked on the answers
17  and reviewed it and sent it back to us.  Okay.  This
18  was early on in the case, and it kind of gets things
19  going in civil litigation.
20      I should say do you recognize that as
21  your signature on the very last page, dated May 12th
22  of 2021?
23      A.  Yes.
24      Q.  All right.  And did you review this document

181

1  and then sign off on this document?
2      A.  Yes.
3      Q.  I just want to go through it because you
4  listed out a number of different individuals who
5  you've identified or Paul Berge has identified as
6  possibly having information or knowledge about your
7  case.
8      And I know you haven't talked to
9  Mr. Berge since his deposition, but he wasn't able to
10  really give much information for a number of these
11  individuals, so that's why I'm following up with you.
12  Okay?
13      A.  Okay.
14      Q.  As far as David Skelly on the second page, he
15  is expected to have knowledge involving the promotion
16  of Sneed over Kreissler and Berge and what the
17  chief's basis for promoting Sneed over Kreissler and
18  Berge was.
19      Do you have anything, other than what
20  you've testified to, that Mr. Skelly possibly can
21  offer other than the conversation he had with Chief
22  Kosman and being around the police department at the
23  time?
24      A.  Not actually.  I'm sure Dave Skelly could

Page 178 to 181 of 205

182

1   offer his beliefs why, but nothing other than what
2   Former Chief Frank Kosman said to him as far as
3   anything concrete.
4       Q.  Okay.  As far as Robin Passwater, who is now
5   the chief of police, he's identified as having --
6   expected to have knowledge regarding the demotion of
7   Sergeant Ivey.  When was Sergeant Ivey demoted?
8       A.  Well, he wasn't demoted from like a sergeant
9   down to a patrolman or anything like that.  He was
10  taken out of -- are you familiar with what KAMEG is?
11      Q.  Yes.
12      A.  Okay.  He was the deputy director of KAMEG,
13  which sounds like a big, you know, prestigious
14  position, but, really, it just means that you're the
15  second guy in charge of the drug unit.  So Sergeant
16  Ivey was the deputy director of KAMEG and when the
17  mayor took over and Frank Kosman, Chief Kosman, took
18  over, they pulled Ivey out of that position and put
19  Mike Sneed in that position for no apparent reason.
20      Q.  Did that change either Sneed's or Ivy's
21  compensation with the Kankakee Police Department?
22      A.  I don't believe so, unless there was -- you
23  know, we have what we call shift differentials; if
24  you work second shift or third shift, you get a

183

1   little bit extra.  It's not much, but if -- if Ivey
2   went from working like an afternoon shift there and
3   then went to a day shift on patrol, then it might
4   have been a little bit of difference, but I can't be
5   for certain.
6       Q.  The same sentence reads, "Demotion of
7   Sergeant Ivey, Commander Kidwell, and Deputy Chief
8   Passwater."  When was Kidwell demoted?
9       A.  I don't have -- I don't have the dates, but
10  Lieutenant Kidwell -- or, I'm sorry, now he's deputy
11  chief, when he was the patrol commander, as soon as
12  the mayor took office and Frank Kosman was the chief,
13  he was no longer Commander Kidwell.  He was taken out
14  of that position that he had -- that he had been
15  doing a fine job at and replaced with Donell Austin,
16  who was a lieutenant at the time, to be the new
17  patrol commander.  So that would have been a demotion
18  just because as a commander you're making a little
19  bit more per year than a lieutenant.  So if they
20  removed him from that position and made him just a
21  lieutenant, then he was making less annually.
22      Q.  But he was a lieutenant, just as Austin was a
23  lieutenant, but then they were either bumped up or
24  slid down from the commander position, correct?

184

1       A.  Yes, still the hard rank of lieutenant each
2   one of them held.
3       Q.  And to be put into the commander position,
4   again, that's up to the discretion or selection of
5   the chief of the police department?
6       A.  Yes.
7       Q.  Did Chief Kosman ever explain or identify any
8   reasons to anyone within the department that you
9   heard of of why he switched Kidwell and Austin?
10      A.  I think -- you know, everyone has their
11  reasons why they think it happened, but I think what
12  we were told that these people were told is just to
13  give somebody else in the department a chance to do
14  it.
15      Q.  Since you have been with the Kankakee Police
16  Department, how has Austin performed as a member of
17  the command staff?
18      A.  I'd say satisfactorily.
19      Q.  Okay.  Same sentence, and Deputy Chief
20  Passwater was demoted or replaced.  When did that
21  happen?
22      A.  I'm not sure exactly.  I know that when he
23  was the acting chief and he voluntarily stepped down
24  from that and was the deputy chief, then that

185

1   demotion was when deputy chief was taken from him and
2   then made him the investigation's commander, so that
3   would have been, again, a little less pay.
4       Q.  And was that done before Kosman became the
5   police chief, because Passwater was never the deputy
6   chief under Kosman, correct?
7       A.  I think that was done before Kosman.
8       Q.  It was around the time -- I don't know what
9   it's referring to, but maybe it was around the time
10  that he was the acting chief and then took his hat
11  out the -- his name out of the hat and was no longer
12  the acting chief.  I believe you said he was the
13  acting chief for about three to four months.
14      A.  Yes.  And then when he said that he couldn't
15  be the chief for that mayor because she accused him
16  of being racist, that's when he voluntarily withdrew
17  himself.  And I think he was just a deputy chief
18  then, but then I think it went from deputy chief to
19  investigation's commander, not of his own free will.
20      Q.  Do you know if Passwater has ever filed any
21  type of a claim or an action against Mayor
22  Wells-Armstrong or the City of Kankakee?
23      A.  I don't know.
24      Q.  Have you ever had any conversations with

186

1  Christopher Kidwell regarding the demotion of
2  Sergeant Ivey, Commander Kidwell or Deputy Chief
3  Passwater?
4  **A.  No, I -- I don't really speak with Chris**
5  **Kidwell very much.  I never really worked for him, so**
6  **I'm not close to him or tight with him, so -- I mean,**
7  **we get along okay, but I've just never really had any**
8  **conversations with him about a whole heck of a lot.**
9  Q.  The next listed individual -- I think it's
10  Michael Suprenant?
11  **A.  Yes.**
12  Q.  S-u-p-r-e-n-a-n-t.  Is he still employed with
13  the police department?
14  **A.  Yes.**
15  Q.  And do you know why he's listed as having
16  knowledge regarding the promotional process and other
17  relevant discriminatory hiring processes?
18  **A.  I know there was a situation where he was**
19  **disciplined by then Acting Chief Dumas.  And Mike**
20  **Suprenant had a traffic stop on somebody that crashed**
21  **into a semi and died, and Chief Dumas told Mike**
22  **Suprenant, well, you're white, the guy that died was**
23  **black, so I've got to discipline you.  So that's most**
24  **likely why Mike Suprenant is in there.  He has**

187

1  **information about that.**
2  Q.  Again, that would have been before Chief
3  Kosman?
4  **A.  Yes, yes, that was Acting Chief Dumas.**
5  Q.  Did that statement or that incident have
6  anything to do with Nickey Yates?
7  **A.  I don't believe it did.  The only thing**
8  **involving Nickey Yates was a situation with Patrolman**
9  **Kurner (phonetic).**
10  Q.  Okay.  We'll get to that, but does the
11  incident -- that statement, did it have anything to
12  do with Willie Hunt?
13  **A.  I don't know for sure because I don't know if**
14  **Willie Hunt was present when Acting Chief Dumas told**
15  **Mike Suprenant that.  He may have been, but that's**
16  **something you would have to ask Mike Suprenant.  I**
17  **don't know.**
18  Q.  What about with the mayor, former mayor,
19  Chastity Wells-Armstrong, did she have any
20  involvement with that incident or that statement?
21  **A.  Not that I know of.**
22  Q.  So that incident, that discipline, that
23  statement, did that have anything to do with any of
24  the named defendants?

188

1  **A.  It does not look like it.**
2  Q.  The next person, Kris Lombardi, I know you
3  went through and told me what his rank is, but I
4  can't remember.
5  **A.  He's a sergeant now.**
6  Q.  Okay.  He's a male, white?
7  **A.  Yes.**
8  Q.  Do you know what he would have to offer as
9  far as his knowledge regarding the promotional
10  process, union grievances regarding the same, and
11  other relevant discriminatory hiring processes?
12  **A.  Well, he's the president of our FOP lodge, so**
13  **if there were any union grievances regarding**
14  **promotions or hiring or anything like that, he would**
15  **have the knowledge of that.  I don't know what**
16  **knowledge he holds, but him being the -- and, also --**
17  **yeah, I've already said that, hiring process.  Him**
18  **being the FOP president, he meets with the chief and**
19  **goes over the different grievances, so if there's any**
20  **knowledge of anything related to discriminatory**
21  **hiring processes or a promotion, then, yes, he would**
22  **have that information.**
23  Q.  Did you or Paul Berge ever file any grievance
24  through your union when you were skipped over on the

189

1  promotional list?
2  **A.  I don't think I -- I don't think I've ever**
3  **filed a grievance as long as I've been a police**
4  **officer.  I don't think in this case I filed one**
5  **because I don't know that that's even a contractual**
6  **issue, so I don't believe -- no, I -- you'd think I'd**
7  **remember if I filed a grievance, but I'm pretty sure**
8  **I did not file a grievance with this.  I've never**
9  **filed one as long as I've been there, I believe.**
10  Q.  Other than your allegation regarding the --
11  being skipped over for the lieutenant's promotion, do
12  you have any information, knowledge or belief that
13  Frank Kosman discriminated against anyone in the
14  hiring or promotion process?
15  **A.  For my particular situation?**
16  Q.  No, obviously we have yours in the complaint,
17  but Kris Lombardi, you've testified that he was
18  listed because he would have information about
19  discrimination and the hiring practices or promotions
20  within the Kankakee Police Department.
21  Do you know if he's got any
22  information or knowledge that Frank Kosman
23  discriminated against anyone in the hiring process or
24  promotion process other than what you and Berge have

190

1  raised in your complaint?
2  **A.  Well, he -- then he may have information on**
3  **the promotion that was just prior to the Mike Sneed**
4  **promotion, which was where Steven Hunter was third on**
5  **the list as a black male for sergeant and he -- they**
6  **skipped over two white males to promote him.  That**
7  **would have been in that same time frame, so then Kris**
8  **Lombardi might have information on that since it**
9  **regards to promotional processes.  Is that what**
10  **you're asking?**
11  Q.  These are answers that were supplied by you
12  and Berge through your counsel, so I'm just trying to
13  find out why he was listed and what information he
14  would have to offer, other than what's stated in this
15  sentence, as it pertains to the named defendants in
16  your case.
17  **A.  Okay.  I believe he has information about**
18  **some comments believed to be racist by the mayor.**
19  Q.  What type of comments -- what context or who
20  were they made to and when?
21  **A.  Well, there was a -- there was a situation**
22  **where a vote of no confidence was taken against the**
23  **administration.  And when Kris Lombardi, who was the**
24  **FOP president, read that at a city council meeting,**

191

1  **the next day the mayor was on the radio, WKAN I think**
2  **it was, and she made it a point to say that, you**
3  **know, these 15 white officers up here.  And we just**
4  **took that the wrong way.  So that's one instance.  I**
5  **can't be certain of the other instances that Kris**
6  **Lombardi has knowledge of.  I mean, this -- his name**
7  **may have been put in there by Paul Berge.  I don't**
8  **know.**
9  Q.  Was the vote of no confidence signed off by
10  obviously members of the police department, correct?
11  **A.  When you say signed off?**
12  Q.  There was a vote of no confidence.  Was there
13  a vote?
14  **A.  Yes.**
15  Q.  All right.  And then was the vote tabulated
16  and ever provided to anyone to show like who voted in
17  favor of the no confidence and who didn't vote in
18  favor of the no confidence?
19  **A.  There was nothing that showed who voted what.**
20  **There was a list that showed if you voted.**
21  Q.  I see.
22  **A.  It was anonymous.**
23  Q.  And then that was put on FOP letterhead and
24  sent to the City or given to the City?

192

1  **A.  I believe it would have been.**
2  Q.  And was it a vote of no confidence against
3  Chief Kosman or Mayor Wells-Armstrong?
4  **A.  I don't believe it was the mayor.  I believe**
5  **it was just Chief Kosman, Deputy Chief Hunt and**
6  **Commander Austin.**
7  Q.  And was that vote of no confidence before or
8  after you were skipped over on the promotional list?
9  **A.  It was shortly after.**
10  Q.  On the -- I think it's the third page -- you
11  listed a Scott Halper.
12  **A.  Yes.**
13  Q.  He's expected to have knowledge regarding the
14  circumstances surrounding Sneed's promotion to
15  sergeant over Berge and Halper, who both tested
16  higher or were more qualified than Sneed, and the
17  basis for such action being taken.  Again, that
18  promotion took place under what chief?
19  **A.  That -- I believe that was Chief Regnier.**
20  Q.  Okay.  That has nothing to do with Mayor
21  Wells-Armstrong; she wasn't a mayor at the time,
22  correct?
23  **A.  No.**
24  Q.  Chief Kosman wasn't the chief at the time?

193

1  **A.  No.**
2  Q.  Willie Hunt, what position did he hold at
3  that time?
4  **A.  He was probably a lieutenant.  I don't think**
5  **it was -- I don't think he was in the command staff.**
6  **I think he was a lieutenant.**
7  Q.  So he would have no role in that promotional
8  process or selection, correct?
9  **A.  Well, he may have some influence, but I don't**
10  **know that he had an actual role.**
11  Q.  And what about Nickey Yates, do you know if
12  he was on the Fire and Police Commission at the time?
13  **A.  You know, honestly, I don't know if he was on**
14  **at that time.**
15  Q.  The next named person is Brad Lathan.  You
16  testified to that.  I see the name of Patrolman
17  Coash.  C-o-a-s-h.  I'm not sure if you mentioned
18  that name before.  Did you?
19  **A.  Yeah, Coash.**
20  Q.  Oh, Coash, okay.
21  **A.  Yes, sir.**
22  Q.  Okay.  I want to go to the following page.
23  No. 4, interrogatory No. 4, "Is Plaintiff claiming
24  any psychiatric, psychological and/or emotional

194

1  injuries as a result of this occurrence?  If so,
2  state:"
3            Under the answer you say that,
4  "Plaintiff Kreissler states that he is claiming
5  emotional injuries as a result of this occurrence.
6  He further states that he seeks compensation for
7  humiliation, mental anguish, distress and defamation
8  of character as well as other damages."
9            You say that your investigation
10  continues.
11           So I asked you earlier.  You haven't
12  seen any counseling or therapists in regards to being
13  skipped over in the promotional process, right?
14  **A.  No.**
15  **Q.**  And you're now a lieutenant with the Kankakee
16  Police Department?
17  **A.  Yes.  Sir?**
18  **Q.**  Yeah.
19  **A.  Now, No. 4, I mean, yes, I have not went to a**
20  **psychiatrist, I have not went to a therapist or**
21  **anything like that, but is this where I describe, you**
22  **know, how this affected me mentally even though I**
23  **didn't seek out mental health?  But, I mean, this**
24  **caused, you know, quite a bit of grief for me.  It**

195

1  **caused quite a bit of emotional problems at home, you**
2  **know.  I mean, I was -- I was irritable.  I was hard**
3  **to get along with.  I mean, I just -- my family life**
4  **kind of went downhill from that.**
5            **Then when I had to do the testing**
6  **process all over again because I was, I believe,**
7  **unfairly skipped -- you know, when you take this**
8  **promotional process, you don't take it to be No. 4 or**
9  **No. 5 on the list.  You take it to be No. 1.  So I**
10  **dedicate myself to these promotional processes, and**
11  **I've done it six times in my career there.  So that**
12  **means spending the money on the books again, because**
13  **they change them every promotional process, that**
14  **means I want to be No. 1 on that list, so I lock**
15  **myself in my basement when I get home from work every**
16  **day and I study for about three or four hours, and**
17  **then I have dinner, and then I study after dinner, so**
18  **I'm taking a lot of personal time away from my**
19  **family.**
20            **And, like I said, they give you this**
21  **information four or five months prior to the test, so**
22  **I'm talking four months or so I'm away from my family**
23  **five days a week.  I mean, to me, that's -- that's**
24  **mental anguish right there.  You know, I'd much**

196

1  **rather be spending time with my wife and kids, but,**
2  **yet, now I've got to do this whole promotional**
3  **process all over again, which I shouldn't have to.**
4  **So, to me, that's -- that's my, you know, emotional**
5  **injuries and my -- what's the other word you were**
6  **talking about here?  Psychological trauma.**
7  **Q.**  But that would only pertain to the 2017 test,
8  correct, because obviously you spent the same amount
9  of time, if not more, studying for the 2014
10  lieutenant's test and the 2011 lieutenant's test,
11  where you weren't selected, correct?
12  **A.  No, I don't believe it would pertain to the**
13  **2017 test.  I believe it would pertain to the -- the**
14  **2020 test, where I had to retest all over again after**
15  **I was denied the promotion, because the way I see it,**
16  **I shouldn't have had to test all over again, I should**
17  **have been promoted when I was No. 1 on the list, 15**
18  **points ahead of the No. 3 candidate.**
19  **Q.**  I see.  So it's not for the prior test, it's
20  that you had to go and take the lieutenant's
21  promotional exam and sit through it -- study for it,
22  sit through it, the oral process and to have it
23  tabulated and wait for the results after you were
24  skipped over by Chief Kosman?

197

1  **A.  Yes, sir.**
2  **Q.**  Okay.
3  **A.  Because, I mean -- and you mentioned the oral**
4  **part of it.  I mean, guys lose sleep over that, you**
5  **know.  It's -- it's -- it's hard to lay in bed and**
6  **sleep when you know, oh, in three days I've got to**
7  **stand in front of this oral board and they're going**
8  **to grill me with questions.  I have no idea what**
9  **they're going to ask.  I mean, that's -- that's**
10  **pretty darn stressful and you lose sleep, you don't**
11  **eat.  I mean, at least in my case.  I can't speak for**
12  **everybody.  But that promotional process, that takes**
13  **a big portion of your life and it is difficult, so**
14  **that's why I'm saying that was mental anguish for me,**
15  **having to go through that all over again when,**
16  **really, I shouldn't have had to do that again.**
17  **Q.**  Again, you've listed Nickey Yates as a named
18  individual defendant in this case.  Was Nickey Yates
19  part of the oral committee or one of the individuals
20  that you gave oral answers to in the lieutenant's
21  promotional exam that you eventually got selected off
22  of?
23  **A.  The 2021, yes, he was.**
24  **Q.**  Okay.  Does anything stand out based upon

198

1  that oral interview portion of that test in 2020 or
2  2021 to you from Nickey Yates? Was he rude to you in
3  any way? Was he asking off-color questions? You
4  know, did anything stand out between him and the
5  other Fire and Police commissioners or whoever you
6  were in front of?
7      A. No, nothing at all.
8          MR. McGRATH: Okay. That's all I have.
9          MS. KRAUCHUN: I just have a couple, not
10 many, so...
11          EXAMINATION
12 BY MS. KRAUCHUN:
13     Q. So just a couple quick questions, Tim.
14     A. Sure.
15     Q. So counsel asked you a lot about the timing
16 of when yours and Paul Berge's names were scratched
17 off the list.
18          As you sit here today, do you -- do
19 you know a definite time frame of how long that list
20 was up on the board when the names were scratched
21 out?
22     A. I -- I honestly do not. I just know that not
23 long after it was posted. I mean, it was so
24 humiliating, you know. I mean, you know, to work

199

1  that hard to get No. 1 and be that far ahead of the
2  No. 3 person on the list and then for the people in
3  the department that already had the feeling that
4  they're not going to promote these guys, they're
5  going to skip them and promote this guy, it was a
6  kick in the pants.
7      Q. And do you know roughly how many officers,
8  including sergeants, lieutenants, command staff are
9  part of the Kankakee Police Department?
10     A. In total? Everybody?
11     Q. Yes.
12     A. Right -- we used to have 68, I believe. I
13 think now we're down to probably 60. I'm guessing.
14     Q. And of those 60 officers, do you have any
15 idea roughly how many of them are white?
16     A. You want a number or a percentage?
17     Q. Your best guesstimate at that. Would you say
18 more than half?
19     A. More than half are white?
20     Q. Yes.
21     A. I'd say higher.
22     Q. So would you say 60 percent?
23     A. Probably between 60 to 70.
24     Q. And how many are Hispanic?

200

1      A. Percentage-wise? Five maybe.
2      Q. And then are the rest, so, say, roughly 25
3  percent, African American?
4      A. Yes.
5      Q. So I know counsel asked you a lot of
6  questions about, you know, the chief's role in
7  everyday decisions in the police department, but
8  would you agree with me that promotions would be
9  something that the mayor could or would have
10 influence over?
11     A. Yes.
12     Q. And what is your knowledge of how the board
13 of Police and Fire members become a member? Well,
14 actually, strike that. Let me ask you this -- let me
15 ask it a different way.
16          The board members for the Police and
17 Fire Commission, are those elected positions?
18     A. I don't believe they are. I believe they are
19 appointed.
20     Q. And do you have any knowledge of who actually
21 makes those appointments?
22     A. I don't know if it's just the mayor or if
23 it's city council members, but I think it may be a
24 combination.

201

1      Q. And do you know if they have any
2  requirements, such as degrees or maybe employment
3  background history or anything, to become a member of
4  the board?
5      A. I don't believe they do.
6      Q. And since Mayor Curtis -- I believe he was
7  elected last May, of 2021, correct?
8      A. Yes.
9      Q. Okay. And since Curtis became the mayor,
10 have the members of the board of Police and Fire
11 changed?
12     A. I would say I don't think they have, but I
13 think there was one gentleman that was added since
14 the mayor took over, a Hispanic gentleman. I can't
15 remember his name, but -- but I'm not sure. I think
16 he was added afterwards.
17     Q. And then just for clarification. You
18 consider -- so you've referenced them as A1 through
19 A4. You consider that -- those positions, so I
20 believe that's chief, deputy chief and then the two
21 commanders, as the command staff of the department,
22 right?
23     A. Yes.
24     Q. Okay. And then Mr. McGrath asked you

202

1  questions about damages as far as the difference in
2  your salary as a sergeant and lieutenant.  As a
3  lieutenant, are you contributing more to your
4  pension?
5      **A.  Yes, because it's basically 10 percent of**
6  **your -- your annual pay, so if you make more, you're**
7  **contributing more.**
8      Q.  And then when you retire because -- strike
9  that.  I know what I'm trying to say.
10         So if you start contributing to that
11  pension sooner, right, does that mean that when you
12  retire, the monthly benefit you will get would be
13  larger?
14      **A.  Should be, yes.**
15      Q.  Okay.  And then last question.  You talked
16  about how -- you know, the emotional damages, those
17  related to you having to sit for the exam again.  Do
18  you agree that but for you not being promoted in
19  2017, you wouldn't have had to take that exam again
20  and go through all of that studying?
21      **A.  No, absolutely not.**
22      **MS. KRAUCHUN:  Okay.  Okay.  I don't think I**
23  **have anything else.**
24      **MR. McGRATH:  Just a follow-up as far as**

203

1  your pension.
2          **FURTHER EXAMINATION**
3  **BY MR. McGRATH:**
4      Q.  If you were to retire next month or two
5  months from now, I believe you testified that based
6  on your 20 years of experience and your age making
7  you pension eligible, you would get 50 percent of
8  your -- of your salary?
9      **A.  Yes, that would be at 20 years.  If I did 21**
10  **years, then it would be 52 and a half percent.**
11      Q.  Right.  So it really doesn't make a
12  difference of how much you've contributed into the
13  pension fund, it's more -- it's more in line with
14  when you retire what your rank or what your salary
15  is, correct?
16      **A.  Yes.  I thought about that after I answered**
17  **that.  It doesn't matter when you start contributing.**
18  **It just matters at the end what your base pay is and**
19  **then it's a percentage of that.**
20      Q.  So if someone is promoted to lieutenant and
21  they're only a lieutenant for 30 days and they retire
22  if they're eligible, they retire at a lieutenant
23  salary and that's their pension?
24      **A.  Yes.**

204

1      Q.  Based upon that?
2      **A.  Yes.  I think you just have to have one pay**
3  **period at that rank and then if you were to retire,**
4  **that's what you would get, I believe.**
5      Q.  Correct.
6      **A.  I mean, I've never retired before, so I don't**
7  **know, but that's my understanding.**
8      **MR. McGRATH:  Okay.  That's all I have.**
9  **Signature?**
10      **MS. KRAUCHUN:  Signature is, do you want to**
11  **get a copy of the transcript, review it for accuracy,**
12  **or you trust that our lovely court reporter took**
13  **everything down accurately and then you can waive**
14  **signature?**
15      **THE WITNESS:  You recommend I waive**
16  **signature?**
17      **MS. KRAUCHUN:  I usually advise you to waive**
18  **signature.**
19      **THE WITNESS:  How long have you been doing**
20  **this job?**
21      **THE REPORTER:  I just figured it out today.**
22  **21 years.**
23      **THE WITNESS:  I trust you.**
24      **(Proceedings concluded at 2:22 p.m.)**

205

1  **STATE OF ILLINOIS )**
2                    **) ss:**
   **COUNTY OF COOK    )**

3

4      I, STACEY L. PARR, a Certified Shorthand
5  Reporter within and for the State of Illinois, do
   hereby certify:
6      That the foregoing hearing was reported
7  stenographically by me, was thereafter reduced to a
   printed transcript by me, and constitutes a true
8  record of the testimony given and the proceedings had
   to the best of my ability;
9      That said hearing was taken before me at the
10  time and place specified;
11      That I am not a relative or employee or
    attorney or counsel, nor a relative or employee of
12  such attorney or counsel for any of the parties
    hereto, nor interested directly or indirectly in the
13  outcome of this action.
14      IN WITNESS WHEREOF, I do hereunto set my
    hand this 28th day of February, 2022.
15
16  *Stacey L Parr, C.S.R.*
    _____
17  STACEY L. PARR, C.S.R.
    C.S.R. License No. 084-004502
18
19
20
21
22
23
24

# $

**$25** [1] - 25:2
**$5,000** [1] - 172:14
**$600** [1] - 177:9

# '

**'02** [1] - 34:11
**'07** [1] - 16:18
**'17** [1] - 133:2
**'21** [1] - 170:6
**'85** [1] - 22:5
**'88** [1] - 22:6

# 0

**084-004502** [2] - 2:24, 205:17

# 1

**1** [28] - 3:12, 25:15, 29:14, 31:17, 32:12, 40:3, 41:2, 48:23, 70:12, 71:16, 71:22, 95:22, 96:3, 98:22, 101:6, 104:4, 108:21, 109:10, 110:17, 123:18, 133:13, 133:15, 178:9, 180:10, 195:9, 195:14, 196:17, 199:1
**1.8** [1] - 21:18
**10** [3] - 24:13, 30:22, 202:5
**10/27/10** [1] - 17:3
**100** [1] - 2:4
**10:00** [1] - 34:9
**10:02** [1] - 1:19
**10:15** [1] - 40:5
**11** [2] - 3:2, 63:6
**113** [1] - 172:4
**115,000** [1] - 175:13
**11th** [1] - 1:20
**12** [12] - 16:11, 22:9, 33:7, 34:2, 37:19, 37:22, 38:23, 41:16, 106:18, 129:6, 129:7, 129:9
**12th** [1] - 180:21
**13** [2] - 130:3, 130:4
**14** [2] - 130:2, 172:4
**15** [11] - 37:20, 37:22, 38:23, 63:5, 63:7, 168:13, 170:21, 172:5, 175:4, 191:3, 196:17
**150** [2] - 25:18, 28:20

# 2

**16.8** [1] - 153:21
**17** [1] - 7:1
**178** [1] - 3:12
**17th** [1] - 154:17
**18** [1] - 7:1
**18th** [1] - 22:11
**19** [2] - 137:24, 178:15
**1966** [1] - 15:4
**198** [1] - 3:7
**1984** [1] - 17:19
**1985** [1] - 22:1
**1988** [2] - 22:11, 22:13
**1994** [1] - 18:4
**1995** [1] - 16:2
**1998** [1] - 15:22
**1:45** [1] - 40:5
**1st** [7] - 41:19, 41:23, 42:1, 74:19, 79:16, 106:7, 130:22

# 2

**2** [7] - 32:13, 40:3, 41:2, 45:16, 70:13, 123:19, 133:13
**20** [15] - 1:6, 4:21, 37:4, 63:19, 63:21, 137:24, 170:21, 178:15, 178:16, 178:23, 179:6, 179:10, 179:18, 203:6, 203:9
**2000s** [1] - 38:23
**2001** [1] - 24:7
**2002** [17] - 24:5, 24:6, 29:24, 32:20, 34:1, 34:4, 35:5, 35:22, 36:2, 36:5, 37:23, 38:2, 38:4, 38:23, 40:13, 50:18, 51:11
**2003** [2] - 38:24, 50:18
**2006** [2] - 8:24, 16:11
**2007** [1] - 8:24
**2009** [1] - 12:7
**2010** [5] - 12:7, 16:24, 137:20, 138:22, 139:2
**2011** [15] - 61:3, 61:8, 61:12, 61:19, 62:4, 62:15, 66:15, 66:24, 67:2, 68:3, 71:12, 72:10, 119:2, 119:7, 196:10
**2012** [1] - 13:20
**2013** [1] - 13:20
**2014** [13] - 21:2, 61:3, 67:19, 68:1, 68:3, 68:20, 68:23, 69:2, 69:13, 71:5, 71:12, 72:11, 196:9

# 2 (cont.)

**2016** [2] - 19:9, 19:11
**2017** [37] - 61:3, 68:20, 68:21, 70:2, 70:4, 70:9, 70:23, 71:5, 71:12, 71:16, 72:22, 72:23, 73:19, 73:21, 74:5, 74:8, 74:9, 77:23, 79:8, 79:10, 79:15, 95:21, 95:23, 96:21, 100:21, 103:10, 105:14, 105:16, 106:7, 107:8, 123:12, 132:24, 156:11, 170:4, 196:7, 196:13, 202:19
**2018** [1] - 60:22
**2019** [9] - 153:19, 154:1, 170:12, 170:13, 170:18, 171:17, 172:1, 172:6, 172:13
**2020** [6] - 61:3, 95:23, 173:13, 173:23, 196:14, 198:1
**2021** [24] - 61:5, 61:7, 68:16, 68:20, 123:15, 124:8, 125:20, 126:6, 127:8, 128:19, 129:9, 130:6, 130:22, 133:1, 169:23, 174:10, 174:12, 174:15, 175:6, 175:11, 180:22, 197:23, 198:2, 201:7
**2022** [5] - 1:20, 3:2, 169:24, 170:1, 205:14
**203** [1] - 3:5
**206** [1] - 2:3
**21** [3] - 130:4, 203:9, 204:22
**21st** [1] - 60:8
**2310** [2] - 1:6, 4:21
**25** [12] - 25:17, 28:21, 28:24, 29:1, 32:24, 62:21, 62:23, 63:13, 63:16, 65:14, 158:12, 200:2
**25th** [1] - 28:22
**27** [1] - 16:24
**27th** [1] - 16:18
**28th** [1] - 205:14
**2:00** [1] - 114:18
**2:15** [1] - 40:4
**2:22** [1] - 204:24

# 3

**3** [13] - 40:3, 41:2, 45:16, 66:20, 67:11, 69:5, 70:15, 96:24, 123:23, 124:4, 133:13, 196:18, 199:2
**3.5** [1] - 30:2
**30** [10] - 39:19, 39:20, 39:23, 109:12, 114:10, 114:11, 122:3, 165:5, 179:20, 203:21
**312** [1] - 2:5
**3318** [2] - 1:18, 2:9
**3:00** [2] - 114:16, 114:17
**3rd** [1] - 56:12

# 4

**4** [7] - 3:5, 45:16, 124:4, 193:23, 194:19, 195:8
**40** [1] - 109:12
**41.5** [3] - 153:22, 156:6, 156:22
**424-5678** [1] - 2:10
**49** [3] - 153:18, 156:8, 156:10

# 5

**5** [2] - 153:22, 195:9
**50** [22] - 62:21, 63:12, 63:24, 64:1, 152:4, 152:9, 152:19, 153:14, 154:3, 154:13, 154:14, 154:19, 154:20, 155:1, 155:23, 156:16, 158:12, 178:17, 178:24, 179:6, 179:18, 203:7
**51** [1] - 155:3
**51.4** [4] - 153:20, 154:13, 156:7, 156:22
**52** [1] - 203:10
**57** [1] - 154:5
**58** [1] - 154:5
**59** [1] - 154:2
**5:45** [1] - 40:4

# 6

**6** [1] - 22:9
**60** [7] - 109:12, 155:22, 156:21,

# 6 (cont.)

199:13, 199:14, 199:22, 199:23
**60661** [1] - 2:4
**60805** [1] - 2:9
**655-7660** [1] - 2:5
**68** [2] - 109:23, 199:12
**6:15** [1] - 40:6
**6th** [1] - 24:5

# 7

**7** [1] - 30:23
**70** [1] - 199:23
**708** [1] - 2:10
**75** [2] - 158:12, 179:21
**7th** [1] - 15:4

# 8

**8** [1] - 130:4
**85** [1] - 34:9

# 9

**90** [3] - 33:22, 171:23, 172:10
**90,000** [2] - 172:8, 173:14
**95** [2] - 171:23, 172:10
**95th** [2] - 1:18, 2:9
**9:00** [2] - 114:1, 116:8
**9:45** [1] - 40:6
**9er's** [1] - 160:19

# A

**a..** [1] - 151:4
**a.m** [4] - 1:19, 40:4, 40:6, 114:1
**A1** [11] - 42:18, 45:16, 83:22, 83:24, 103:22, 126:23, 128:2, 129:10, 131:17, 131:22, 201:18
**A2** [9] - 42:19, 83:22, 83:24, 103:22, 126:23, 128:3, 129:10, 131:17, 131:23
**A3** [9] - 42:20, 83:22, 83:24, 84:1, 103:22, 126:23, 128:3, 129:10, 131:23
**A4** [10] - 42:20, 83:22, 83:24, 84:1, 103:22, 126:23, 128:5, 129:10, 131:24, 201:19
**ability** [1] - 205:8

**able** [8] - 30:7, 31:9, 57:7, 72:16, 86:16, 149:5, 179:7, 181:9
**absolutely** [2] - 141:23, 202:21
**academy** [7] - 32:11, 32:14, 33:3, 33:6, 33:8, 34:2, 113:6
**accepted** [2] - 166:23, 167:3
**access** [1] - 99:19
**accident** [1] - 14:14
**accommodate** [1] - 41:2
**accomplishments** [1] - 120:9
**according** [1] - 21:17
**accuracy** [1] - 204:11
**accurate** [2] - 104:9, 152:2
**accurately** [1] - 204:13
**accused** [1] - 185:15
**achievements** [1] - 120:9
**acronym** [1] - 17:16
**acted** [2] - 107:14, 141:12
**acting** [39] - 79:24, 80:4, 80:15, 80:19, 80:22, 81:9, 81:13, 81:24, 82:1, 82:9, 82:11, 82:14, 83:5, 83:9, 83:17, 84:6, 84:11, 84:13, 84:16, 85:1, 85:8, 86:12, 86:16, 87:5, 92:13, 92:24, 95:12, 103:21, 105:17, 106:15, 107:10, 111:8, 111:11, 120:6, 128:3, 184:23, 185:10, 185:12, 185:13
**Acting** [3] - 186:19, 187:4, 187:14
**action** [4] - 9:8, 185:21, 192:17, 205:12
**active** [7] - 21:19, 22:2, 22:3, 22:12, 22:14, 141:5, 141:6
**actively** [1] - 112:12
**activities** [1] - 45:3
**acts** [1] - 154:18
**actual** [5] - 80:8, 99:2, 128:6, 161:14, 193:10
**Adamson** [7] - 37:2, 37:9, 37:10, 121:14,

121:19, 121:21, 122:9
**ADAMSON** [1] - 37:11
**add** [7] - 60:19, 72:7, 72:8, 73:8, 134:7, 153:23, 155:19
**added** [3] - 29:17, 201:13, 201:16
**adding** [3] - 72:20, 73:11, 129:14
**additional** [4] - 33:14, 44:19, 59:21, 176:14
**address** [2] - 17:9, 21:5
**adds** [1] - 173:16
**administer** [2] - 112:18, 120:22
**administration** [30] - 18:7, 41:22, 42:18, 45:16, 45:17, 45:19, 46:3, 46:14, 46:18, 47:17, 55:21, 55:23, 58:2, 58:5, 64:17, 75:24, 77:10, 83:20, 84:2, 87:22, 88:3, 95:12, 112:14, 114:9, 127:18, 128:21, 129:19, 140:9, 190:23
**administrative** [2] - 88:15, 134:17
**administrators** [1] - 64:14
**advance** [4] - 54:4, 54:5, 54:12, 54:18
**advice** [1] - 92:9
**advise** [1] - 204:17
**advised** [1] - 31:22
**affairs** [1] - 151:4
**affected** [1] - 194:22
**affects** [1] - 44:20
**afraid** [1] - 116:22
**African** [19] - 39:3, 51:9, 51:15, 70:20, 88:4, 96:23, 127:19, 129:10, 152:10, 152:21, 153:15, 154:22, 155:10, 156:3, 156:6, 156:17, 156:21, 157:8, 200:3
**afternoon** [1] - 183:2
**afterwards** [4] - 13:18, 65:19, 101:13, 201:16
**AGA** [1] - 32:1
**age** [2] - 178:17, 203:6
**agencies** [2] - 161:7, 161:17
**agency** [3] - 85:24,

90:15, 161:22
**ago** [11] - 7:1, 36:24, 37:4, 38:15, 52:11, 118:15, 123:6, 124:7, 125:17, 132:23, 160:21
**agree** [17] - 47:2, 105:6, 141:20, 147:21, 148:7, 148:16, 153:23, 154:6, 154:24, 155:10, 155:13, 155:16, 155:19, 158:5, 158:13, 200:8, 202:18
**Agreement** [1] - 170:24
**agreement** [1] - 4:24
**Agreements** [2] - 136:4, 142:19
**ahead** [4] - 43:21, 72:23, 196:18, 199:1
**air** [1] - 23:15
**aircraft** [2] - 22:19, 22:24
**alderman** [3] - 35:17, 130:18, 139:7
**aldermen** [4] - 145:8, 164:3, 164:4, 165:24
**alderwomen** [1] - 145:8
**allegation** [1] - 189:10
**allegations** [3] - 138:6, 161:20, 161:23
**alleging** [1] - 165:17
**allow** [3] - 29:15, 47:7, 162:4
**allowance** [1] - 177:6
**allowed** [2] - 91:7, 99:7
**almost** [5] - 107:15, 122:3, 155:22, 156:20, 178:16
**alone** [1] - 111:5
**alongs** [1] - 33:16
**altogether** [1] - 146:22
**American** [18] - 39:3, 51:9, 70:20, 88:4, 96:24, 127:19, 152:11, 152:21, 153:15, 153:22, 154:22, 155:16, 156:3, 156:6, 156:17, 156:21, 157:4, 200:3
**Americans** [4] - 51:15, 129:10, 155:10, 157:8
**amount** [6] - 31:8,

135:16, 161:13, 177:8, 177:19, 196:8
**AND** [1] - 1:7
**and..** [3] - 78:15, 91:21, 93:15
**Andersen** [1] - 132:18
**anguish** [2] - 194:7, 195:24, 197:14
**ANN** [1] - 2:3
**annual** [1] - 202:6
**annually** [1] - 183:21
**anonymous** [1] - 191:22
**answer** [7] - 6:14, 6:20, 51:6, 73:21, 86:19, 118:3, 194:3
**answered** [1] - 203:16
**answering** [1] - 6:2
**answers** [7] - 5:15, 59:12, 59:17, 180:12, 180:16, 190:11, 197:20
**anticipate** [1] - 6:1
**anyway** [2] - 72:24, 73:6
**apparent** [1] - 182:19
**appeal** [1] - 138:11
**appealed** [1] - 163:3
**appealing** [1] - 163:5
**application** [5] - 24:22, 26:15, 27:2, 31:15, 94:22
**applied** [7] - 28:14, 28:20, 29:24, 30:20, 31:2, 163:11, 163:15
**applies** [2] - 50:5, 77:17
**apply** [6] - 25:5, 50:5, 76:4, 87:3, 94:6, 113:8
**applying** [3] - 24:18, 28:24, 64:8
**appoint** [3] - 86:22, 87:3, 87:4
**appointed** [12] - 9:20, 9:22, 58:16, 79:23, 86:16, 92:9, 110:2, 111:2, 137:2, 137:6, 174:11, 200:19
**appointments** [1] - 200:21
**appreciate** [1] - 24:1
**approval** [5] - 43:2, 98:2, 137:10, 137:14, 150:14
**approved** [6] - 19:1, 19:4, 19:12, 47:21, 81:17, 89:2
**approximate** [1] - 107:21

**April** [5] - 16:17, 22:10, 22:11, 32:15, 154:17
**area** [5] - 99:4, 99:19, 100:2, 143:17, 145:22
**areas** [2] - 99:13, 143:16
**armed** [1] - 19:17
**arms** [1] - 5:17
**Armstrong** [16] - 74:16, 74:23, 88:8, 122:18, 139:19, 139:22, 143:9, 146:1, 152:8, 166:6, 167:17, 167:20, 185:22, 187:19, 192:3, 192:21
**ARMSTRONG** [1] - 1:9
**Armstrong's** [1] - 79:15
**array** [1] - 100:13
**arrested** [1] - 14:23
**articles** [1] - 89:13
**assessment** [2] - 61:14, 61:20
**assigned** [3] - 39:7, 39:22, 142:23
**assignment** [2] - 20:4, 22:21
**assistant** [1] - 10:13
**Associates** [6] - 57:24, 58:1, 58:14, 58:16, 59:14, 120:21
**assume** [5] - 6:12, 94:24, 95:1, 132:8, 149:8
**assumed** [2] - 81:3, 91:20
**assuming** [4] - 115:17, 116:3, 147:3, 147:10
**assumption** [1] - 167:23
**assurance** [1] - 23:5
**attached** [1] - 3:9
**attachments** [1] - 174:7
**attain** [2] - 87:9, 136:24
**attained** [1] - 87:6
**attend** [2] - 25:2, 141:7
**attention** [6] - 81:21, 102:3, 102:6, 102:12, 103:20, 104:6
**attitude** [1] - 104:24
**attorney** [8] - 4:15, 5:4, 10:12, 13:24,

49:23, 180:14,
205:11, 205:11
**attorney's** [2] - 11:17,
159:16
**attorneys** [4] - 50:7,
159:2, 159:14, 163:1
**auditorium** [3] - 25:4,
26:6, 57:18
**August** [3] - 16:11,
170:12, 170:13
**Austin** [28] - 66:19,
67:9, 69:4, 69:15,
72:12, 72:15, 78:2,
78:4, 78:21, 88:23,
89:8, 93:7, 93:22,
110:7, 116:9,
116:18, 126:10,
126:11, 128:3,
131:20, 132:1,
134:19, 135:15,
183:15, 183:22,
184:9, 184:16, 192:6
**authority** [4] - 7:6,
91:15, 148:24,
151:14
**auto** [1] - 134:1
**automatic** [1] - 179:11
**available** [1] - 172:22
**Avery** [6] - 123:20,
124:14, 124:18,
125:23, 128:22,
132:4
**aware** [25] - 24:7,
24:11, 46:6, 50:9,
64:18, 75:18, 77:14,
93:17, 101:8,
108:23, 110:21,
110:24, 138:21,
139:1, 139:16,
144:23, 160:3,
160:7, 162:9,
162:14, 162:17,
162:20, 162:24,
163:3, 163:21

## B

**B-e-r-g-e** [1] - 70:14
**B.S** [1] - 105:7
**B1** [1] - 83:22
**B2** [1] - 83:23
**baby** [1] - 104:23
**background** [5] -
8:11, 15:9, 90:7,
91:8, 201:3
**bad** [3] - 12:22, 28:17,
116:22
**ballpark** [1] - 8:2
**Bank** [3] - 19:7, 20:1,
20:22

**bank** [7] - 19:16, 20:8,
20:10, 20:14, 20:16
**bankruptcy** [1] - 15:2
**banks** [1] - 19:17
**Baptist** [3] - 51:3,
52:8, 52:14
**Bargaining** [3] -
136:4, 142:19,
170:24
**base** [6] - 177:7,
177:20, 177:22,
179:19, 179:21,
203:18
**based** [21] - 5:7,
25:14, 41:3, 45:1,
53:10, 63:1, 66:6,
67:7, 90:4, 153:9,
153:11, 154:6,
155:21, 171:9,
171:11, 171:13,
172:22, 173:11,
197:24, 203:5, 204:1
**basement** [1] - 195:15
**basic** [1] - 5:3
**basis** [3] - 97:5,
181:17, 192:17
**BBCHS** [1] - 17:16
**became** [27] - 74:22,
80:22, 80:24, 81:9,
81:13, 81:14, 96:9,
185:4, 201:9
**become** [27] - 24:11,
24:18, 31:8, 31:15,
53:14, 60:23, 61:9,
62:16, 67:20, 69:13,
69:23, 75:18, 76:21,
77:16, 78:16, 79:3,
86:14, 87:9, 87:17,
94:6, 101:8, 118:23,
132:22, 133:4,
135:17, 200:13,
201:3
**becoming** [4] - 14:22,
78:11, 85:7, 94:10
**bed** [1] - 197:5
**began** [2] - 9:17, 74:5
**beginning** [5] - 38:20,
43:18, 57:23, 86:10,
154:16
**behalf** [3] - 2:6, 2:11,
107:17
**behind** [4] - 72:13,
100:17, 103:13,
103:15
**belief** [5] - 139:14,
142:24, 147:24,
167:23, 189:12
**beliefs** [1] - 182:1
**believes** [3] - 49:17,
98:6, 98:9

**bell** [1] - 21:3
**below** [4] - 28:22,
32:10, 32:23, 136:23
**bench** [2] - 11:2,
25:24
**benefit** [3] - 43:8,
111:21, 202:12
**benefits** [5] - 135:23,
142:19, 171:3,
179:22, 179:24
**Benoit** [1] - 132:17
**Bensenville** [5] - 79:6,
93:15, 93:24,
111:14, 111:17
**BERGE** [1] - 1:3
**Berge** [35] - 4:18,
70:14, 70:17, 97:3,
97:23, 98:11, 98:24,
102:1, 102:5,
102:15, 105:4,
108:15, 116:24,
117:14, 119:4,
121:6, 122:17,
129:5, 158:14,
159:12, 162:6,
162:21, 162:24,
163:3, 168:12,
180:13, 181:5,
181:9, 181:16,
181:18, 188:23,
189:24, 190:12,
191:7, 192:15
**Berge's** [8] - 98:18,
98:21, 101:5, 106:2,
106:24, 107:16,
108:11, 198:16
**Bersani** [2] - 12:14,
13:23
**best** [5] - 128:16,
129:8, 180:4,
199:17, 205:8
**better** [5] - 6:11, 41:9,
115:21, 117:22,
118:2
**between** [9] - 100:1,
157:14, 170:17,
171:4, 171:23,
172:10, 176:11,
198:4, 199:23
**beyond** [1] - 179:10
**bidded** [1] - 40:16
**bids** [1] - 41:18
**big** [14] - 21:6, 26:7,
41:21, 57:18, 60:9,
90:9, 100:6, 105:3,
111:14, 141:8,
158:11, 160:18,
182:13, 197:13
**birth** [1] - 15:4
**bit** [17] - 8:11, 15:10,

48:9, 75:21, 77:13,
85:18, 135:18,
135:19, 145:10,
166:22, 172:17,
183:1, 183:4,
183:19, 194:24,
195:1
**black** [27] - 38:7,
118:3, 123:21,
126:8, 126:11,
127:20, 128:20,
129:2, 129:16,
130:9, 132:1,
132:19, 133:18,
133:21, 134:20,
134:23, 135:1,
153:21, 153:24,
155:2, 157:16,
158:7, 165:2,
165:10, 186:23,
190:5
**blocks** [1] - 146:20
**blown** [1] - 10:21
**board** [27] - 41:21,
56:10, 62:1, 62:4,
62:8, 65:3, 65:12,
68:1, 68:4, 68:12,
70:5, 70:23, 71:3,
100:7, 100:11,
100:12, 100:14,
100:21, 100:22,
110:22, 141:9,
197:7, 198:20,
200:12, 200:16,
201:4, 201:10
**boards** [1] - 144:24
**body** [1] - 46:10
**book** [1] - 56:11
**books** [1] - 195:12
**born** [3] - 15:6, 16:17,
16:24
**bottom** [3] - 23:2,
65:22, 88:18
**Bourbonnais** [3] -
17:11, 17:17, 77:3
**box** [1] - 102:23
**boy** [2] - 16:20, 71:21
**bracketed** [1] - 44:4
**brad** [1] - 124:4
**Brad** [3] - 124:18,
132:5, 193:15
**Bradley** [4] - 15:15,
17:16, 100:10
**brand** [1] - 41:5
**break** [6] - 6:21,
48:3, 95:6, 99:21,
101:22, 127:13,
169:15
**breakdown** [2] -
34:11, 63:18

**breaking** [1] - 155:2
**brief** [4] - 48:7, 95:9,
127:15, 169:17
**briefings** [1] - 100:4
**briefly** [1] - 95:20
**bring** [7] - 97:24,
102:1, 102:5,
103:19, 104:6,
115:9, 159:4
**brings** [1] - 67:19
**broke** [1] - 103:18
**broken** [1] - 153:6
**Brooks** [1] - 133:18
**brought** [18] - 10:5,
27:16, 33:9, 58:2,
58:17, 84:13, 88:7,
92:6, 93:4, 102:12,
105:22, 107:13,
110:15, 128:5,
136:23, 148:14,
161:14, 162:15
**bubbles** [1] - 59:20
**bucks** [1] - 180:5
**buddy** [1] - 123:8
**budgeting** [1] - 142:14
**build** [1] - 107:5
**building** [10] - 114:21,
143:20, 144:1,
144:5, 144:15,
145:13, 145:19,
145:24, 146:12,
146:22
**built** [3] - 177:7,
177:12, 177:22
**bulletin** [10] - 56:10,
65:12, 100:7,
100:11, 100:12,
100:14, 100:20,
100:22, 102:23,
110:22
**bump** [4] - 135:13,
135:18, 179:11,
179:13
**bumped** [2] - 30:22,
183:23
**Bureau** [12] - 127:11,
128:10, 131:13,
133:22, 133:23,
146:14, 173:1,
173:7, 173:11,
174:1, 175:24, 176:7
**bureau** [1] - 128:11
**Burse** [2] - 132:19,
132:22
**BURSE** [1] - 132:19
**business** [3] - 18:7,
24:14, 143:18
**but..** [3] - 11:13, 29:5,
37:21
**buzzed** [1] - 145:21

**BY** [14] - 2:3, 2:8, 3:4, 4:6, 48:8, 87:11, 95:10, 127:16, 157:1, 169:18, 178:11, 179:4, 198:12, 203:3

# C

**C-o-a-s-h** [2] - 132:16, 193:17
**C.S.R** [3] - 1:15, 205:16, 205:17
**cabinet** [3] - 66:22, 71:2, 103:1
**calendar** [1] - 41:17
**Calvin** [1] - 32:22
**cameras** [3] - 101:17, 101:21, 101:24
**candidate** [4] - 63:14, 65:2, 72:17, 196:18
**candidates** [7] - 27:21, 64:17, 65:23, 72:17, 95:1, 165:2
**Cane** [1] - 36:17
**cannot** [2] - 49:18, 172:18
**capacities** [1] - 1:10
**caper** [1] - 111:14
**car** [12] - 4:11, 7:5, 7:17, 39:13, 89:14, 89:16, 147:4, 147:9, 175:21, 176:2, 176:9
**card** [1] - 177:14
**care** [2] - 143:21, 171:5
**career** [6] - 14:16, 38:20, 43:16, 94:16, 140:24, 195:11
**carried** [1] - 22:13
**carrier** [4] - 9:21, 9:23, 22:19, 22:24
**carrying** [1] - 176:21
**cars** [1] - 142:15
**case** [25] - 4:20, 7:3, 7:15, 10:17, 12:8, 13:12, 13:16, 14:20, 27:24, 49:20, 50:24, 70:17, 100:17, 103:4, 106:10, 151:22, 152:17, 160:8, 166:17, 180:18, 181:7, 189:4, 190:16, 197:11, 197:18
**cases** [2] - 48:17, 148:13
**catch** [1] - 8:5
**categories** [2] - 65:10, 65:21

**category** [1] - 64:2
**Caucasian** [28] - 34:14, 34:17, 34:22, 35:12, 35:20, 36:9, 36:12, 36:15, 37:13, 37:23, 39:15, 39:17, 70:18, 80:2, 108:6, 123:21, 123:22, 125:1, 128:12, 152:12, 153:17, 153:20, 154:4, 154:9, 154:23, 156:1, 156:7, 156:22
**caused** [2] - 194:24, 195:1
**cautious** [1] - 73:1
**caveat** [1] - 6:19
**cell** [5] - 176:15, 176:19, 176:21, 177:2, 177:3
**census** [1] - 154:6
**center** [1] - 61:15
**Central** [2] - 4:20, 9:11
**CENTRAL** [1] - 1:11
**Century** [1] - 60:8
**certain** [14] - 28:22, 31:8, 54:10, 73:7, 74:21, 77:15, 81:22, 86:14, 95:1, 110:5, 164:17, 166:10, 183:5, 191:5
**certainly** [2] - 102:14, 136:5
**Certified** [1] - 205:4
**certify** [1] - 205:5
**challenge** [1] - 113:2
**chambers** [4] - 144:6, 144:12, 145:12, 146:11
**chance** [2] - 139:10, 184:13
**change** [16] - 42:13, 42:23, 44:16, 44:22, 46:21, 47:10, 47:18, 47:19, 100:24, 135:5, 148:21, 157:14, 158:6, 158:11, 182:20, 195:13
**changed** [8] - 47:6, 57:16, 59:15, 65:15, 68:3, 71:5, 128:18, 201:11
**changes** [11] - 42:23, 43:3, 43:4, 45:22, 46:2, 46:6, 46:7, 46:16, 47:13, 95:11, 158:8
**changing** [1] - 100:23
**character** [1] - 194:8

**charge** [9] - 84:22, 119:16, 119:19, 128:10, 129:23, 135:14, 141:22, 161:3, 182:15
**charged** [1] - 91:22
**charges** [1] - 162:15
**charts** [1] - 71:2
**CHASTITY** [1] - 1:9
**Chastity** [8] - 74:16, 74:23, 122:18, 139:19, 139:21, 143:9, 167:17, 187:19
**check** [2] - 25:2, 177:14
**checks** [1] - 91:8
**Chicago** [2] - 2:4, 113:5
**chief** [209] - 34:17, 34:19, 35:1, 35:3, 35:4, 42:19, 42:21, 43:9, 43:11, 45:19, 46:19, 48:14, 52:5, 53:6, 58:8, 58:11, 58:16, 61:22, 61:23, 63:4, 66:24, 69:9, 73:19, 73:22, 74:2, 74:4, 74:23, 74:24, 75:4, 75:8, 75:13, 75:19, 75:20, 76:3, 76:15, 76:17, 76:19, 76:22, 77:4, 77:6, 77:7, 77:11, 77:16, 77:17, 77:18, 77:22, 78:5, 78:12, 78:17, 78:24, 79:3, 79:21, 79:22, 79:24, 80:4, 80:8, 80:11, 80:13, 80:16, 80:19, 80:22, 81:1, 81:2, 81:3, 81:4, 81:8, 81:9, 81:10, 81:13, 81:14, 81:15, 81:16, 81:24, 82:1, 82:10, 82:12, 82:14, 83:5, 83:17, 84:6, 84:12, 84:14, 84:15, 84:16, 84:19, 84:20, 84:21, 84:23, 85:1, 85:8, 86:12, 86:14, 86:16, 86:22, 86:24, 87:5, 87:9, 87:17, 88:7, 88:14, 88:22, 89:7, 92:7, 92:13, 92:20, 92:24, 93:1, 93:9, 94:11, 94:23, 96:14, 97:11, 97:19, 97:20, 97:21, 98:7, 102:17, 105:17, 106:15,

107:10, 107:14, 108:3, 108:9, 108:14, 109:18, 110:16, 111:2, 111:9, 111:10, 112:10, 112:19, 114:4, 116:20, 119:15, 120:3, 122:12, 125:4, 125:7, 125:8, 125:13, 126:7, 126:8, 127:19, 130:12, 130:16, 130:24, 131:4, 136:14, 137:6, 137:7, 137:9, 137:15, 138:13, 138:15, 140:22, 141:21, 141:24, 142:12, 143:5, 148:14, 149:18, 150:9, 150:13, 150:19, 150:20, 151:2, 151:3, 151:8, 151:12, 151:13, 151:14, 151:15, 153:4, 158:4, 182:5, 183:11, 183:12, 184:5, 184:23, 184:24, 185:1, 185:5, 185:6, 185:10, 185:12, 185:13, 185:15, 185:17, 185:18, 188:18, 192:18, 192:24, 201:20
**Chief** [81] - 32:2, 34:16, 58:12, 59:15, 60:18, 60:21, 61:7, 67:8, 69:9, 79:11, 79:18, 79:21, 95:18, 105:16, 105:20, 110:2, 110:20, 113:18, 113:21, 114:6, 114:21, 115:19, 115:24, 116:9, 116:18, 117:11, 118:1, 118:11, 119:10, 119:15, 119:17, 119:18, 120:16, 120:19, 122:16, 126:1, 126:22, 127:4, 127:17, 130:6, 131:22, 131:23, 134:16, 138:15, 138:20, 140:16, 140:21, 146:16, 146:24, 152:5, 152:7, 152:21, 157:2,

157:14, 162:15, 164:1, 165:14, 165:17, 166:18, 167:5, 168:10, 178:1, 181:21, 182:2, 182:17, 183:7, 184:7, 184:19, 186:2, 186:19, 186:21, 187:2, 187:4, 187:14, 192:3, 192:5, 192:19, 192:24, 196:24
**CHIEF** [1] - 1:8
**chief's** [8] - 63:3, 101:23, 109:15, 119:13, 147:4, 147:9, 181:17, 200:6
**chiefs** [10] - 27:8, 74:7, 81:5, 95:12, 95:13, 103:21, 103:22, 141:15
**child** [2] - 16:17, 16:23
**children** [2] - 16:12, 16:14
**chin** [1] - 120:11
**choice** [3] - 40:24, 41:1
**choices** [1] - 40:22
**choose** [3] - 30:8, 30:13, 45:4
**choosing** [1] - 117:18
**chose** [2] - 58:13, 172:21
**Chris** [3] - 36:14, 131:5, 186:4
**Christopher** [1] - 186:1
**church** [2] - 168:7, 168:21
**circle** [1] - 59:11
**circuit** [3] - 7:12, 163:4, 163:9
**circumstances** [1] - 192:14
**citizen** [1] - 89:13
**citizens** [1] - 117:8
**CITY** [2] - 1:7, 1:8
**city** [39] - 20:16, 35:17, 37:7, 58:7, 58:11, 77:9, 78:10, 89:3, 92:8, 92:10, 98:4, 102:6, 102:13, 103:5, 103:6, 104:18, 106:16, 108:4, 108:10, 139:15, 142:13, 143:1, 143:5, 143:24, 144:6, 144:10, 144:12,

144:14, 144:23, 145:12, 145:15, 146:10, 147:13, 151:5, 151:6, 176:20, 190:24, 200:23

**City** [46] - 4:16, 4:17, 4:19, 5:5, 9:20, 15:6, 15:11, 17:7, 29:8, 29:10, 47:4, 54:23, 58:15, 66:1, 75:19, 75:24, 77:15, 77:23, 86:6, 98:10, 102:10, 102:22, 102:24, 103:12, 103:13, 136:11, 146:17, 147:1, 147:4, 147:8, 147:10, 147:13, 152:6, 153:7, 153:24, 159:4, 159:18, 159:24, 160:24, 164:2, 165:4, 165:21, 179:24, 185:22, 191:24

**City's** [3] - 9:23, 78:10, 180:1

**Civil** [1] - 1:16

**civil** [3] - 7:10, 151:21, 180:19

**civilian** [1] - 99:10

**claim** [6] - 10:7, 11:7, 13:18, 14:18, 161:12, 185:21

**claiming** [3] - 178:4, 193:23, 194:4

**clarification** [1] - 201:17

**clarify** [2] - 51:6, 128:2

**class** [1] - 32:17

**classrooms** [1] - 26:8

**clear** [2] - 58:6, 115:24

**clearly** [1] - 72:18

**clerical** [1] - 91:13

**clerk's** [1] - 147:13

**close** [2] - 114:11, 186:6

**closed** [2] - 116:9, 116:10

**co** [5] - 70:17, 75:23, 158:18, 159:6, 159:7

**co-plaintiff** [1] - 70:17

**co-worker** [2] - 159:6, 159:7

**co-workers** [2] - 75:23, 158:18

**Coash** [7] - 129:5, 132:13, 132:14, 132:15, 193:17, 193:19, 193:20

**coffee** [1] - 6:16

**collect** [1] - 59:8

**Collective** [3] - 136:4, 142:19, 170:24

**College** [2] - 25:1, 57:17

**college** [11] - 17:20, 17:21, 17:24, 18:2, 43:17, 43:19, 46:1, 47:7, 59:6, 63:9

**color** [1] - 198:3

**column** [1] - 64:2

**columns** [3] - 63:21, 64:4, 65:21

**combination** [1] - 200:24

**combining** [1] - 155:6

**comfortable** [1] - 40:18

**coming** [8] - 6:16, 53:21, 54:6, 54:17, 86:6, 109:13, 120:13, 130:22

**command** [35] - 19:2, 27:12, 47:17, 61:22, 62:13, 84:2, 125:6, 126:2, 127:18, 130:5, 141:18, 149:19, 152:10, 152:20, 153:1, 153:3, 153:8, 153:13, 153:15, 154:21, 156:2, 156:16, 156:18, 157:3, 157:7, 157:19, 157:22, 158:2, 158:3, 163:16, 184:17, 193:5, 199:8, 201:21

**commander** [34] - 35:11, 35:14, 35:15, 55:24, 62:8, 83:12, 83:14, 83:18, 83:19, 88:1, 111:8, 111:11, 120:6, 121:16, 126:12, 128:4, 128:6, 135:16, 135:17, 136:2, 136:20, 137:1, 150:8, 150:11, 153:5, 183:11, 183:17, 183:18, 183:24, 184:3, 185:2, 185:19

**Commander** [10] - 35:11, 116:9, 116:18, 131:24, 135:15, 183:7, 183:13, 186:2, 192:6

**commanders** [26] -

35:2, 35:3, 35:5, 35:9, 35:23, 42:20, 42:22, 45:20, 46:20, 58:9, 61:23, 77:18, 111:10, 126:9, 126:14, 127:20, 131:16, 131:18, 131:19, 135:21, 136:10, 136:14, 137:12, 137:13, 158:4, 201:21

**comments** [2] - 190:18, 190:19

**COMMISSION** [1] - 1:7

**Commission** [45] - 25:13, 27:6, 27:11, 28:1, 30:6, 43:2, 47:4, 47:12, 47:21, 55:22, 62:6, 62:9, 62:14, 81:18, 98:1, 102:2, 102:3, 102:10, 102:14, 107:1, 107:18, 108:12, 121:4, 122:13, 137:11, 137:14, 144:9, 147:24, 148:1, 148:8, 148:15, 148:19, 149:4, 152:7, 162:18, 162:21, 166:13, 167:5, 167:7, 167:9, 167:14, 167:15, 193:12, 200:17

**commissioners** [1] - 198:5

**commissions** [1] - 144:10

**committee** [3] - 94:19, 95:2, 197:19

**committees** [1] - 144:24

**common** [5] - 77:1, 78:6, 78:8, 99:4, 143:16

**Community** [3] - 17:17, 25:1, 57:17

**community** [14] - 17:21, 43:6, 43:8, 43:16, 44:23, 44:24, 45:3, 46:1, 47:7, 59:5, 63:9, 63:10, 65:15, 117:7

**comp** [1] - 135:12

**company** [13] - 21:4, 32:1, 57:23, 58:3, 58:13, 58:17, 58:19, 58:23, 59:1, 60:14, 60:20, 93:4, 94:20

**compared** [1] - 176:16

**comparison** [1] - 134:15

**compensation** [4] - 14:18, 178:6, 182:21, 194:6

**competition** [1] - 94:15

**complainer** [1] - 105:3

**complaint** [8] - 151:21, 152:14, 154:3, 154:7, 155:22, 156:9, 189:16, 190:1

**complete** [1] - 5:21

**completed** [3] - 24:23, 26:13, 33:8

**comprised** [4] - 62:3, 62:8, 65:14, 134:22

**computer** [3] - 89:18, 89:21

**computers** [1] - 89:4

**conceivable** [1] - 57:1

**conceivably** [1] - 57:5

**concluded** [1] - 204:24

**conclusion** [1] - 162:22

**concrete** [1] - 182:3

**conditional** [1] - 32:3

**conduct** [5] - 55:14, 93:4, 145:1, 145:2, 145:15

**conducting** [2] - 94:20, 112:17

**conference** [5] - 144:7, 144:13, 144:17, 144:18, 161:19

**confidence** [7] - 190:22, 191:9, 191:12, 191:17, 191:18, 192:2, 192:7

**confines** [4] - 100:24, 145:20, 146:2, 146:7

**confirm** [1] - 156:13

**confirmed** [3] - 106:16, 108:4, 108:9

**confused** [1] - 88:24

**confusing** [1] - 6:9

**confusion** [1] - 79:20

**congratulations** [1] - 41:24

**connected** [1] - 101:22

**consent** [1] - 92:9

**consider** [7] - 102:8, 141:4, 152:24, 153:3, 155:5, 201:18, 201:19

**consideration** [7] - 119:23, 120:4, 120:5, 120:9, 120:10, 156:20, 172:11

**considered** [13] - 76:3, 76:12, 76:15, 77:19, 77:22, 78:4, 80:11, 93:8, 120:23, 133:15, 155:11, 155:13, 155:17

**considering** [1] - 93:22

**consistent** [4] - 42:15, 71:7, 71:11, 72:2

**consists** [1] - 153:13

**constitutes** [1] - 205:7

**consult** [2] - 150:8, 150:12

**contact** [1] - 116:19

**contacted** [4] - 160:23, 161:6, 161:8, 161:16

**contacting** [1] - 161:11

**contained** [1] - 170:23

**container** [1] - 100:20

**context** [1] - 190:19

**continues** [1] - 194:10

**contract** [4] - 136:11, 136:12, 136:13, 179:13

**contracts** [2] - 173:15, 177:19

**contractural** [1] - 189:5

**contrary** [1] - 154:3

**contributed** [1] - 203:12

**contributing** [4] - 202:3, 202:7, 202:10, 203:17

**control** [9] - 58:23, 141:22, 142:4, 143:2, 147:19, 148:2, 151:14, 151:19

**conversation** [12] - 108:23, 113:23, 119:13, 138:17, 140:11, 164:6, 164:11, 164:19, 166:11, 167:18, 168:22, 181:21

**conversational** [1] - 5:24

**conversations** [11] - 49:23, 50:2, 94:8, 95:4, 113:21, 138:7, 139:24, 140:6,

140:15, 185:24,
186:8
**COOK** [1] - 205:2
**copies** [1] - 71:2
**copy** [1] - 204:11
**corp** [1] - 9:19
**Correct** [1] - 72:21
**correct** [120] - 8:8,
11:6, 12:1, 15:23,
18:8, 18:17, 19:2,
27:2, 28:12, 31:19,
33:10, 33:17, 34:14,
35:18, 36:15, 36:21,
39:3, 42:24, 47:8,
51:2, 51:23, 52:2,
52:6, 52:18, 53:18,
55:1, 55:9, 55:16,
57:12, 58:17, 59:6,
65:4, 67:11, 67:17,
67:22, 70:2, 70:6,
70:18, 73:18, 77:9,
77:11, 79:20, 80:2,
80:8, 84:6, 85:5,
85:21, 85:22, 87:5,
88:4, 92:1, 92:10,
92:18, 93:9, 94:2,
94:6, 95:18, 96:4,
97:3, 97:23, 98:11,
101:2, 102:10,
102:15, 106:4,
106:11, 106:13,
107:2, 107:8, 108:4,
108:12, 109:20,
112:8, 112:14,
113:19, 116:4,
127:4, 127:21,
130:6, 136:6, 137:1,
137:7, 137:24,
138:4, 138:7,
142:20, 144:2,
146:5, 147:13,
147:21, 152:22,
154:13, 156:23,
157:16, 158:21,
158:24, 159:24,
160:1, 161:4,
162:12, 163:22,
165:11, 165:14,
170:15, 171:1,
171:5, 174:12,
178:17, 178:24,
179:8, 183:24,
185:6, 191:10,
192:22, 193:8,
196:8, 196:11,
201:7, 203:15, 204:5
**council** [27] - 35:17,
58:7, 58:11, 78:10,
89:3, 92:8, 92:10,
98:4, 102:6, 102:13,

103:5, 106:16,
108:4, 108:10,
139:15, 142:14,
143:1, 143:5,
143:24, 144:6,
144:12, 144:14,
145:12, 145:15,
146:10, 190:24,
200:23
**counsel** [11] - 4:22,
9:19, 9:23, 156:13,
174:6, 175:9,
190:12, 198:15,
200:5, 205:11,
205:11
**counseling** [2] -
178:2, 194:12
**count** [1] - 57:6
**COUNTY** [1] - 205:2
**County** [1] - 7:11
**couple** [10] - 13:17,
55:20, 62:13, 88:10,
96:8, 96:10, 160:20,
168:5, 198:9, 198:13
**course** [1] - 92:8
**court** [15] - 4:20, 5:9,
5:11, 5:14, 5:16, 6:4,
7:12, 8:23, 9:9,
12:10, 51:20, 160:4,
163:4, 163:9, 204:12
**COURT** [1] - 1:1
**courthouse** [1] -
10:24
**Courts** [1] - 1:17
**crashed** [1] - 186:20
**create** [1] - 124:21
**created** [10] - 96:12,
96:19, 113:16,
119:18, 119:22,
125:19, 125:21,
125:22, 152:9,
154:21
**creates** [1] - 149:16
**credit** [1] - 47:7
**crime** [5] - 59:24,
111:18, 112:3,
113:12, 173:12
**criminal** [1] - 121:17
**cross** [1] - 8:4
**crossed** [4] - 98:21,
106:8, 107:4
**CSR** [1] - 2:23
**culpability** [2] -
166:21, 166:23
**current** [11] - 16:7,
17:6, 28:1, 35:17,
106:11, 130:12,
131:4, 136:16,
146:15, 159:2, 163:1
**Curtis** [10] - 130:18,

130:23, 145:4,
145:14, 145:18,
146:6, 146:16,
147:1, 201:6, 201:9
**custom** [1] - 87:15
**cut** [4] - 37:20, 73:21,
113:11, 115:10
**cutbacks** [1] - 22:7
**cv** [2] - 1:6, 4:21

# D

**D-e-l-a-n-e-y** [1] -
16:22
**damage** [2] - 11:12,
178:4
**damages** [7] - 11:12,
174:24, 176:13,
194:8, 202:1, 202:16
**darn** [1] - 197:10
**data** [1] - 71:14
**date** [9] - 15:4, 22:6,
36:19, 56:4, 108:8,
108:10, 115:23,
119:14, 169:20
**dated** [1] - 180:21
**dates** [5] - 7:22, 8:17,
61:2, 119:1, 183:9
**Dave** [17] - 24:12,
36:6, 78:2, 78:3,
78:22, 96:11,
126:10, 168:6,
168:10, 168:14,
168:15, 168:16,
168:18, 168:19,
168:23, 169:9,
181:24
**David** [1] - 181:14
**day-to-day** [5] - 142:4,
143:3, 147:20,
148:1, 148:3
**days** [16] - 33:22,
39:19, 39:20, 39:23,
65:24, 66:4, 72:6,
114:10, 114:11,
148:23, 161:13,
168:5, 168:21,
195:23, 197:6,
203:21
**dayshift** [1] - 147:5
**deaf** [1] - 104:13
**deal** [1] - 21:6
**dealt** [1] - 60:4
**debatable** [1] - 155:18
**debit** [1] - 177:14
**decade** [1] - 8:18
**December** [1] - 19:11
**decide** [1] - 179:8
**decided** [4] - 60:20,
116:23, 159:16,

159:20
**decision** [11] - 97:11,
98:7, 117:12,
117:17, 118:18,
118:21, 122:16,
122:21, 122:24,
123:2, 165:21
**decisions** [2] -
142:12, 200:7
**deck** [2] - 22:23, 23:4
**declined** [1] - 176:20
**dedicate** [1] - 195:10
**deface** [1] - 103:18
**defacement** [1] -
104:18
**defacing** [1] - 103:19
**defamation** [1] - 194:7
**defendant** [8] - 8:13,
12:3, 13:6, 14:6,
14:9, 28:2, 166:17,
197:18
**Defendants** [2] - 1:11,
2:11
**defendants** [12] -
4:16, 4:18, 5:6, 9:2,
152:6, 152:9,
152:19, 154:21,
159:5, 160:7,
187:24, 190:15
**defense** [1] - 11:16
**defined** [1] - 153:6
**definite** [1] - 198:19
**definitely** [1] - 48:6
**definition** [2] - 157:19,
157:22
**degree** [4] - 18:6,
24:14, 43:19, 46:1
**degrees** [2] - 34:9,
201:2
**Delaney** [1] - 16:21
**deliver** [1] - 148:3
**demoted** [4] - 182:7,
182:8, 183:8, 184:20
**demotion** [4] - 182:6,
183:17, 185:1, 186:1
**Demotion** [1] - 183:6
**denied** [2] - 164:10,
196:15
**department** [146] -
8:21, 19:1, 20:11,
20:12, 24:3, 29:8,
30:5, 34:12, 35:1,
36:2, 36:21, 37:8,
38:9, 38:14, 39:24,
44:6, 45:18, 46:3,
46:5, 46:8, 48:11,
52:2, 52:4, 52:6,
52:9, 53:20, 54:4,
54:22, 55:18, 56:22,
56:24, 58:8, 62:2,

67:14, 75:17, 76:2,
76:9, 77:5, 78:21,
80:5, 81:6, 83:1,
83:10, 84:3, 84:19,
84:23, 85:12, 85:15,
86:24, 87:2, 87:7,
87:8, 87:18, 88:8,
88:19, 90:17, 91:1,
91:7, 91:13, 92:24,
93:12, 95:14, 96:15,
98:6, 98:9, 99:6,
99:8, 99:9, 99:14,
99:15, 101:2,
101:19, 102:23,
103:12, 104:17,
105:21, 106:2,
107:12, 107:19,
109:4, 109:7,
109:16, 109:20,
112:4, 112:19,
112:21, 114:2,
117:6, 117:13,
119:9, 121:16,
122:3, 123:4,
129:20, 137:17,
137:18, 139:3,
139:17, 141:1,
141:18, 141:19,
141:22, 142:1,
142:5, 142:9, 143:3,
143:7, 143:11,
144:2, 145:5, 145:9,
145:21, 146:2,
146:7, 147:2,
147:20, 148:2,
148:4, 148:20,
148:21, 149:6,
149:7, 149:12,
149:17, 150:16,
150:19, 151:10,
151:12, 151:13,
151:15, 159:24,
162:22, 171:10,
171:12, 176:15,
177:2, 178:13,
181:22, 184:5,
184:8, 184:13,
186:13, 191:10,
199:3, 200:7, 201:21
**Department** [34] -
14:17, 18:10, 24:8,
31:16, 32:3, 33:9,
42:5, 42:8, 79:7,
85:9, 85:20, 85:23,
86:7, 86:12, 86:15,
87:16, 91:24, 93:15,
112:12, 130:5,
151:16, 153:1,
153:7, 159:18,
159:23, 161:2,
162:12, 163:18,

165:5, 182:21, 184:16, 189:20, 194:16, 199:9
**department-issued** [1] - 177:2
**departments** [10] - 20:21, 27:8, 29:15, 77:2, 151:18, 151:20, 163:12, 163:15, 163:17, 163:22
**deposed** [9] - 6:23, 8:8, 10:7, 10:9, 10:10, 10:14, 160:23, 162:7, 162:9
**deposition** [6] - 4:23, 6:24, 7:9, 7:21, 163:14, 181:9
**DEPOSITION** [1] - 3:1
**Deposition** [1] - 1:14
**depositions** [1] - 1:17
**deputy** [54] - 27:8, 34:19, 35:1, 35:4, 42:19, 42:21, 45:19, 46:19, 58:8, 61:23, 77:4, 77:6, 77:18, 79:22, 80:13, 81:1, 81:3, 81:5, 81:8, 81:10, 81:14, 81:16, 81:24, 82:1, 84:15, 84:19, 84:20, 84:23, 93:1, 103:22, 111:10, 125:8, 125:13, 126:8, 127:19, 131:4, 136:14, 137:6, 137:9, 150:9, 150:13, 150:20, 151:3, 153:4, 158:4, 182:12, 182:16, 183:10, 184:24, 185:1, 185:5, 185:17, 185:18, 201:20
**Deputy** [9] - 105:20, 116:9, 116:18, 119:18, 131:23, 183:7, 184:19, 186:2, 192:5
**describe** [1] - 194:21
**deserve** [1] - 94:16
**desirable** [1] - 41:8
**desire** [1] - 81:20
**desired** [1] - 40:22
**desk** [1] - 143:17
**desks** [1] - 100:1
**despite** [3] - 152:11, 153:16, 154:22
**detail** [1] - 142:24
**details** [1] - 12:21

**Detective** [14] - 127:11, 128:10, 131:12, 133:22, 133:23, 135:6, 135:14, 146:14, 173:1, 173:7, 173:11, 173:24, 175:24, 176:7
**detectives** [1] - 150:10
**determination** [1] - 45:13
**determine** [1] - 101:18
**determined** [2] - 89:24, 91:12
**died** [2] - 186:21, 186:22
**difference** [8] - 135:5, 158:11, 170:17, 171:3, 176:11, 183:4, 202:1, 203:12
**different** [30] - 19:6, 22:22, 23:8, 24:20, 25:14, 25:24, 33:16, 58:3, 58:13, 59:19, 65:10, 65:20, 65:21, 72:3, 74:7, 77:13, 100:13, 103:3, 103:5, 112:10, 113:9, 119:1, 123:14, 144:23, 147:2, 151:18, 173:7, 181:4, 188:19, 200:15
**differentials** [1] - 182:23
**differently** [1] - 77:3
**difficult** [3] - 6:3, 175:10, 197:13
**digging** [1] - 9:16
**dinner** [2] - 195:17
**direct** [1] - 142:10
**directional** [1] - 58:22
**directly** [6] - 20:10, 35:3, 167:22, 168:2, 168:18, 205:12
**director** [2] - 182:12, 182:16
**discharge** [2] - 22:6, 23:9
**disciplinary** [2] - 137:5, 139:16
**discipline** [6] - 138:18, 148:14, 148:18, 150:18, 186:23, 187:22
**disciplined** [4] - 137:17, 141:14, 150:24, 186:19
**discovery** [1] - 1:18
**discretion** [1] - 184:4

**discriminated** [2] - 189:13, 189:23
**discrimination** [1] - 189:19
**discriminatory** [3] - 186:17, 188:11, 188:20
**discussed** [2] - 149:22, 163:24
**discussion** [2] - 156:15, 179:3
**discussions** [1] - 94:22
**dishonesty** [1] - 14:24
**dismissed** [1] - 160:8
**dispatch** [1] - 91:13
**distress** [1] - 194:7
**distributed** [1] - 46:7
**DISTRICT** [2] - 1:1, 1:1
**District** [1] - 4:20
**Division** [3] - 22:23, 135:6, 135:14
**DIVISION** [1] - 1:2
**divorced** [2] - 15:21, 16:2
**document** [7] - 102:9, 102:17, 103:20, 104:18, 108:12, 180:24, 181:1
**documents** [1] - 103:2
**dollars** [1] - 135:17
**done** [21] - 10:12, 11:21, 27:23, 30:9, 43:13, 45:8, 46:2, 53:22, 64:18, 75:3, 77:10, 101:9, 101:18, 122:6, 147:6, 150:15, 150:19, 180:6, 185:4, 185:7, 195:11
**Donell** [12] - 66:19, 69:4, 69:15, 72:11, 78:2, 78:3, 78:21, 88:23, 93:7, 126:10, 126:11, 183:15
**door** [5] - 116:8, 116:10, 116:12, 116:16, 116:18
**doubt** [1] - 111:21
**Doug** [3] - 9:15, 10:11, 11:21
**down** [40] - 5:10, 5:16, 6:4, 6:17, 7:11, 9:8, 13:9, 21:5, 23:2, 25:15, 29:6, 37:20, 48:24, 64:2, 66:5, 71:21, 73:3, 83:11, 83:16, 83:17, 102:18, 109:3, 109:4, 109:11,

116:7, 134:11, 136:20, 136:23, 144:12, 144:16, 145:3, 153:6, 155:2, 161:17, 171:20, 182:9, 183:24, 184:23, 199:13, 204:13
**downhill** [1] - 195:4
**draft** [1] - 152:1
**dramatically** [1] - 158:8
**draw** [1] - 177:21
**dress** [1] - 20:3
**dropped** [1] - 91:20
**dropping** [1] - 120:17
**drug** [2] - 129:24, 182:15
**dry** [1] - 73:21
**due** [2] - 22:8, 67:5
**dues** [1] - 141:6
**duly** [1] - 4:2
**DUMAS** [1] - 85:5
**Dumas** [24] - 51:3, 52:4, 52:24, 84:13, 85:5, 85:7, 86:15, 87:5, 88:4, 89:1, 89:10, 89:18, 91:7, 92:6, 95:13, 103:21, 105:22, 106:15, 106:22, 107:13, 186:19, 186:21, 187:4, 187:14
**Dumas'** [1] - 91:14
**Dumas's** [1] - 90:23
**Dun** [4] - 20:23, 21:1, 21:4, 21:7
**DUN** [1] - 21:1
**during** [14] - 7:21, 14:16, 20:8, 33:14, 41:9, 67:5, 94:9, 96:6, 107:21, 110:16, 122:15, 138:15, 164:18, 174:24
**During** [1] - 154:16
**duty** [3] - 22:2, 22:13, 22:14

## E

**e-mail** [1] - 56:10
**early** [6] - 22:10, 37:5, 38:23, 69:20, 123:13, 180:18
**earn** [1] - 43:19
**earned** [1] - 171:16
**ears** [1] - 104:14
**easier** [1] - 37:22
**easy** [1] - 73:20

**eat** [1] - 197:11
**Edition** [1] - 56:12
**education** [1] - 17:14
**EEOC** [2] - 161:2, 161:10
**effect** [1] - 166:7
**eight** [6] - 21:19, 22:4, 52:13, 107:13, 111:12, 120:7
**either** [27] - 8:13, 36:17, 46:6, 46:20, 49:15, 51:5, 51:12, 54:22, 54:24, 57:10, 59:5, 61:22, 78:23, 91:13, 91:16, 92:17, 141:13, 146:7, 150:19, 158:7, 161:6, 161:17, 169:2, 175:23, 177:11, 182:20, 183:23
**elaborate** [1] - 168:3
**elected** [13] - 74:17, 130:17, 138:24, 142:4, 145:7, 147:19, 149:10, 164:2, 164:3, 165:20, 166:15, 200:17, 201:7
**election** [2] - 73:24, 79:15
**element** [1] - 111:6, 111:19
**eligibility** [8] - 29:20, 30:24, 32:9, 32:19, 48:23, 54:8, 55:6
**eligible** [8] - 28:11, 53:17, 56:20, 148:10, 171:14, 178:19, 203:7, 203:22
**emergency** [1] - 13:8
**emotional** [6] - 178:4, 193:24, 194:5, 195:1, 196:4, 202:16
**employed** [5] - 18:8, 18:24, 36:20, 38:8, 186:12
**employee** [2] - 205:10, 205:11
**employees** [6] - 91:1, 91:2, 91:7, 91:12, 91:14, 171:7
**employment** [10] - 18:13, 18:16, 18:24, 19:5, 19:13, 21:10, 21:17, 32:4, 136:13, 201:2
**EN** [1] - 132:18
**end** [6] - 67:15, 69:18,

69:20, 115:18, 132:18, 203:18
ended [1] - 91:18
enforcement [5] - 21:10, 27:7, 85:24, 89:23, 90:1
enlistment [1] - 22:2
enter [6] - 99:6, 103:2, 103:14, 144:15, 149:5, 149:11
entire [2] - 87:8, 175:15
entranceway [2] - 102:22, 103:11
envision [1] - 132:10
equipment [2] - 142:15, 176:14
error [1] - 104:9
especially [2] - 20:18, 112:11
essay [2] - 59:12, 59:17
essence [1] - 137:2
estimate [3] - 8:1, 107:20, 171:24
Etzel [4] - 127:3, 128:5, 128:12, 131:20
events [1] - 103:5
eventually [2] - 111:22, 197:21
Evergreen [2] - 1:19, 2:9
everyday [1] - 200:7
exact [5] - 32:17, 56:14, 63:11, 157:22, 164:9
exactly [13] - 9:17, 22:11, 38:5, 56:12, 71:14, 82:7, 92:21, 105:11, 116:23, 168:24, 170:22, 177:8, 184:22
exam [12] - 44:12, 53:21, 57:19, 63:20, 118:12, 118:13, 119:3, 119:8, 196:21, 197:21, 202:17, 202:19
EXAMINATION [4] - 3:4, 4:5, 198:11, 203:2
examination [1] - 53:22
examined [1] - 4:3
example [2] - 45:24, 98:16
except [1] - 146:10
excessive [4] - 8:23, 10:6, 11:8, 12:10

exercise [1] - 130:11
exhibit [2] - 178:12, 180:8
Exhibit [3] - 3:12, 178:9, 180:9
EXHIBITS [1] - 3:9
expected [5] - 11:13, 56:13, 181:15, 182:6, 192:13
expense [1] - 176:19
experience [6] - 88:15, 112:16, 153:10, 153:11, 203:6
experienced [1] - 112:23
expiration [1] - 55:13
expire [1] - 30:16
expired [1] - 69:24
explain [2] - 179:15, 184:7
explanation [1] - 117:3
extra [2] - 131:12, 183:1
eye [1] - 116:19

**F**

face [5] - 100:5, 161:18, 167:18
face-to-face [2] - 161:18, 167:18
Facebook [1] - 90:12
fact [1] - 121:12
Fair [1] - 82:3
fair [10] - 6:14, 38:6, 42:5, 46:11, 46:21, 62:10, 64:12, 64:23, 107:20, 164:22
fairly [6] - 42:9, 49:4, 71:7, 71:11, 72:2, 74:3
fall [4] - 24:7, 24:16, 74:13, 104:13
familiar [7] - 5:12, 5:15, 42:7, 49:4, 144:17, 163:19, 182:10
family [3] - 195:3, 195:19, 195:22
fan [1] - 160:18
far [47] - 17:14, 24:2, 30:6, 32:22, 40:16, 44:5, 45:23, 47:24, 51:24, 58:20, 60:14, 64:16, 78:14, 84:2, 89:10, 92:1, 92:2, 97:11, 101:20, 102:14, 105:4,

107:6, 108:17, 112:16, 118:22, 134:16, 135:23, 141:6, 142:22, 143:4, 143:7, 150:21, 151:9, 152:23, 157:22, 160:5, 167:17, 171:4, 177:6, 179:23, 181:14, 182:2, 182:4, 188:9, 199:1, 202:1, 202:24
fast [1] - 159:10
father [1] - 7:17
favor [2] - 191:17, 191:18
February [3] - 1:20, 3:2, 205:14
Federal [1] - 1:16
federal [5] - 4:20, 8:23, 9:9, 10:24, 160:4
feelings [2] - 88:6, 88:9
fees [1] - 11:17
fellow [1] - 75:23
felt [6] - 88:18, 104:12, 111:19, 112:1, 113:10, 121:5
female [2] - 133:20, 134:12
few [10] - 5:23, 24:22, 25:5, 41:7, 57:16, 118:15, 118:19, 123:1, 146:3, 165:1
field [2] - 21:10, 33:22
Field [1] - 33:18
fifth [1] - 133:6
figure [1] - 41:22
figured [1] - 204:21
file [9] - 15:18, 45:2, 46:22, 66:22, 71:2, 138:18, 174:3, 188:23, 189:8
filed [24] - 4:17, 7:11, 9:8, 11:15, 12:9, 13:16, 14:13, 14:17, 14:19, 15:2, 51:8, 151:22, 152:1, 158:20, 160:3, 160:7, 161:2, 171:19, 174:14, 185:20, 189:3, 189:4, 189:7, 189:9
filing [1] - 161:4
fill [7] - 59:11, 59:20, 81:2, 97:18, 114:10, 140:17, 164:1
filled [9] - 16:17, 25:4, 31:14, 77:7, 84:18,

84:21, 97:16, 97:17, 130:23
filtered [1] - 23:3
final [4] - 55:2, 61:6, 119:22, 120:7
finally [1] - 116:17
fine [4] - 7:23, 10:6, 175:8, 183:15
finished [1] - 6:3
fire [2] - 144:19, 151:15
FIRE [1] - 1:7
Fire [47] - 25:12, 27:6, 27:11, 28:1, 30:5, 43:2, 47:3, 47:11, 47:20, 55:21, 62:5, 62:9, 62:13, 81:18, 98:1, 102:2, 102:3, 102:9, 102:13, 107:1, 107:17, 108:11, 121:4, 122:13, 137:11, 137:14, 144:9, 147:23, 148:1, 148:7, 148:15, 148:19, 149:4, 152:7, 162:18, 162:20, 166:13, 167:4, 167:6, 167:8, 167:13, 167:15, 193:12, 198:5, 200:13, 200:17, 201:10
FIRM [1] - 2:2
firm [3] - 158:23, 159:4, 159:8
first [44] - 4:2, 7:1, 7:18, 9:15, 12:19, 14:15, 16:8, 16:17, 20:24, 21:9, 28:6, 33:21, 34:8, 38:13, 39:12, 39:23, 40:4, 40:18, 40:24, 41:3, 41:5, 41:7, 41:24, 42:2, 49:16, 61:8, 69:4, 69:17, 82:23, 96:9, 98:13, 101:8, 109:2, 118:13, 120:15, 127:1, 129:23, 131:19, 159:3, 159:19, 165:13
first-hand [2] - 82:23, 98:13
fit [3] - 117:22, 118:2, 151:13
fitness [2] - 25:7, 25:9
five [24] - 43:10, 43:12, 43:24, 44:3, 44:24, 45:5, 45:14,

51:1, 51:4, 51:9, 51:14, 54:4, 55:12, 56:24, 62:11, 63:9, 123:5, 167:11, 176:1, 179:14, 195:21, 195:23, 200:1
flight [2] - 22:23, 23:4
floor [2] - 57:20, 144:5
fob [1] - 99:20
fobs [2] - 99:17, 149:5, 149:11
follow [3] - 60:3, 104:10, 202:24
follow-up [1] - 202:24
following [2] - 181:11, 193:22
follows [1] - 4:4
FOP [4] - 188:12, 188:18, 190:24, 191:23
FOR [1] - 1:1
force [5] - 8:23, 10:6, 11:8, 12:10, 111:16
forced [2] - 75:10, 172:16, 172:18
foregoing [1] - 205:6
forgetting [1] - 81:12
form [1] - 63:17
formal [1] - 141:13
former [3] - 159:6, 159:22, 187:18
Former [2] - 139:21, 182:2
four [45] - 17:24, 36:3, 37:6, 37:7, 45:15, 54:2, 57:2, 57:5, 60:24, 61:2, 61:5, 61:16, 62:11, 72:3, 77:19, 83:13, 85:1, 93:21, 105:17, 105:21, 107:11, 107:12, 114:2, 123:5, 124:7, 124:13, 129:20, 129:22, 130:1, 130:8, 131:8, 131:11, 131:14, 132:2, 134:19, 157:19, 158:1, 158:6, 158:11, 165:6, 167:13, 185:13, 195:16, 195:21, 195:22
four-year [1] - 17:24
fourth [3] - 36:16, 57:20, 133:6
frame [5] - 8:2, 74:7, 106:6, 190:7, 198:19
frames [1] - 40:2

Francisco [1] - 160:18
frank [1] - 118:2
FRANK [1] - 1:8
Frank [13] - 79:6,
93:14, 93:24, 111:1,
112:3, 126:6, 168:7,
168:15, 182:2,
182:17, 183:12,
189:13, 189:22
FRAZIER [1] - 2:8
free [2] - 75:11, 185:19
friend [3] - 24:12,
36:6, 138:2
friends [2] - 94:2,
158:14
front [7] - 25:11, 27:5,
61:15, 143:16,
170:7, 197:7, 198:6
FTO [2] - 39:14, 39:21
fuel [2] - 23:2, 23:6
fueling [1] - 22:24
full [4] - 4:8, 10:21,
20:7, 162:18
full-blown [1] - 10:21
functions [1] - 148:8
fund [1] - 203:13
FURTHER [1] - 203:2

## G

gain [4] - 72:14, 72:15,
72:16, 99:6
gals [1] - 50:7
gang [3] - 119:17,
119:18, 120:1
Gas [1] - 32:1
general [5] - 60:3,
142:6, 142:7,
149:16, 149:22
gentleman [3] - 7:5,
201:13, 201:14
Gerard [1] - 35:11
gestures [1] - 5:17
giant [1] - 100:6
girl [3] - 16:20, 16:21,
137:24
given [18] - 37:8,
41:16, 56:4, 56:5,
57:11, 59:24, 63:14,
64:7, 64:9, 65:6,
72:7, 121:7, 167:6,
176:14, 177:13,
191:24, 205:7
glass [7] - 100:17,
103:1, 103:4,
103:14, 103:15,
103:18, 116:17
Glenview [1] - 23:15
golfing [1] - 41:12
graduate [2] - 17:18,

18:4
graduated [1] - 17:21
granting [1] - 162:2
grid [1] - 63:21
grief [1] - 194:24
grievance [4] -
188:23, 189:3,
189:7, 189:8
grievances [3] -
188:10, 188:13,
188:19
grieve [1] - 46:22
grill [1] - 197:8
gross [1] - 171:20
ground [1] - 5:3
group [2] - 65:4,
134:20
groups [1] - 155:20
grow [2] - 15:11,
15:14
guard [2] - 19:21,
19:23
guards [1] - 100:23
guess [10] - 25:3,
62:10, 67:5, 73:1,
79:18, 90:11, 99:23,
112:2, 137:2, 155:18
guessing [4] - 6:1,
133:6, 170:21,
199:13
guesstimate [1] -
199:17
guidebook [1] - 47:12
guideline [1] - 77:14
guidelines [1] - 153:8
guides [1] - 56:7
guilty [3] - 10:18,
10:19, 11:5
guy [13] - 32:13,
36:10, 88:10, 104:4,
110:7, 111:3, 111:4,
111:19, 111:23,
111:24, 182:15,
186:22, 199:5
guys [8] - 41:6, 50:7,
118:16, 118:17,
159:11, 176:22,
197:4, 199:4

## H

habits [1] - 41:10
half [13] - 30:2, 40:7,
40:8, 54:2, 73:5,
106:24, 107:15,
173:16, 173:19,
179:20, 199:18,
199:19, 203:10
half-hour [1] - 40:8
hall [2] - 6:17, 144:12

Hall [15] - 29:8, 29:11,
54:23, 66:1, 102:22,
102:24, 103:12,
103:13, 146:18,
147:2, 147:4, 147:9,
147:10, 147:13,
165:21
halls [1] - 149:6
hallway [3] - 100:2,
100:6, 101:21
hallways [1] - 143:17
Halper [3] - 119:5,
192:11, 192:15
hand [4] - 59:4, 82:23,
98:13, 205:14
handbook [1] - 47:12
handed [1] - 26:13
handing [1] - 150:21
handwritten [1] -
59:16, 59:21, 59:22
hang [1] - 158:16
hard [11] - 82:18,
94:16, 130:13,
136:18, 136:19,
136:21, 174:1,
184:1, 195:2, 197:5,
199:1
hashed [1] - 47:20
hassle [1] - 176:23
hat [9] - 78:16, 78:19,
88:21, 89:1, 93:8,
93:13, 94:9, 185:10,
185:11
hate [1] - 71:14
head [6] - 5:17, 80:5,
112:21, 125:17,
132:11, 151:16
health [6] - 135:24,
171:5, 178:7,
179:22, 179:24,
194:23
hear [3] - 90:22,
91:11, 91:16
heard [9] - 45:6,
48:11, 49:3, 50:4,
88:16, 120:15,
121:18, 121:20,
184:9
hearing [7] - 144:4,
148:15, 162:18,
162:22, 163:1,
205:6, 205:9
hearings [1] - 144:8
heck [1] - 186:8
held [6] - 57:19,
125:11, 144:8,
147:1, 184:2
help [2] - 125:3, 125:6
HERBERT [1] - 2:2
hereby [1] - 205:5

herein [1] - 4:2
hereto [1] - 205:12
hereunto [1] - 205:13
hierarchy [1] - 141:17
high [9] - 17:15,
17:22, 17:23, 21:12,
24:13, 66:9, 112:3,
172:20, 173:18
High [2] - 17:17,
125:18
higher [10] - 53:4,
53:5, 73:13, 76:21,
86:17, 155:3,
168:13, 173:21,
192:16, 199:21
highest [1] - 136:17
highlighted [1] -
154:20
himself [3] - 109:5,
157:11, 185:17
hire [2] - 19:18, 31:18
hired [20] - 24:4,
24:13, 27:21, 28:6,
28:12, 30:11, 33:1,
38:18, 38:19, 39:6,
42:12, 43:18, 50:15,
50:17, 51:5, 51:8,
51:12, 57:3, 109:2,
163:22
hiring [13] - 24:8,
26:2, 148:9, 148:10,
148:17, 186:17,
188:11, 188:14,
188:17, 188:21,
189:14, 189:19,
189:23
Hispanic [10] - 93:19,
132:13, 134:23,
135:1, 153:21,
153:24, 155:3,
158:7, 199:24,
201:14
Hispanics [2] -
155:13, 157:6
historically [1] - 58:15
history [6] - 21:18,
24:2, 112:16,
137:16, 139:16,
201:3
hold [3] - 72:22,
144:1, 193:2
holds [2] - 144:14,
188:16
home [8] - 10:4, 32:2,
66:22, 175:20,
176:2, 176:9, 195:1,
195:15
honestly [9] - 10:3,
62:1, 68:5, 68:10,
104:12, 145:2,

177:11, 193:13,
198:22
hope [3] - 64:21,
112:21
hospital [2] - 13:2
hour [3] - 40:7, 40:8,
173:5
hourly [1] - 135:8,
135:10, 135:11
hours [7] - 5:23, 20:8,
43:8, 143:7, 150:3,
173:4, 195:16
house [2] - 9:19,
176:10
Human [1] - 161:3
humiliating [1] -
198:24
humiliation [1] - 194:7
hundred [5] - 28:24,
32:21, 63:12, 63:24,
180:5
hung [1] - 158:19
Hunt [44] - 38:17,
39:4, 51:3, 52:1,
52:17, 78:18, 80:24,
81:1, 81:2, 81:9,
81:11, 81:14, 81:24,
82:10, 84:5, 84:16,
84:22, 85:2, 92:22,
95:14, 103:20,
104:20, 104:21,
105:16, 105:20,
106:22, 107:11,
116:9, 116:18,
119:18, 122:19,
125:8, 125:21,
126:7, 128:3,
140:14, 140:15,
152:8, 165:23,
166:3, 187:12,
187:14, 192:5, 193:2
HUNT [1] - 1:9
Hunt's [3] - 122:23,
125:9
Hunter [4] - 128:20,
129:2, 133:21, 190:4

## I

idea [2] - 197:8,
199:15
ideal [1] - 55:11
ideally [2] - 54:21,
55:5
identification [1] -
178:10
identified [4] - 130:8,
181:5, 182:5
identify [1] - 184:7
identities [1] - 130:11

**ILLINOIS** [2] - 1:1, 205:1
**Illinois** [12] - 1:19, 2:4, 2:9, 9:11, 15:16, 18:2, 23:16, 33:5, 86:9, 90:16, 161:2, 205:4
**immediately** [1] - 98:19
**impact** [2] - 72:19, 112:18
**important** [2] - 5:20, 104:3
**improper** [1] - 89:4
**improperly** [1] - 91:24
**IN** [2] - 1:1, 205:13
**in-house** [1] - 9:19
**inactive** [1] - 22:4
**inappropriate** [1] - 138:6
**incident** [6] - 12:5, 139:13, 187:5, 187:11, 187:20, 187:22
**include** [2] - 65:16, 157:20
**included** [1] - 153:8
**includes** [1] - 65:15
**including** [2] - 157:11, 199:8
**income** [2] - 171:20, 174:3
**increase** [1] - 179:14
**indefinitely** [1] - 102:19
**independent** [1] - 95:3
**Indian** [3] - 153:22, 153:24, 155:3
**Indians** [2] - 155:16, 157:4
**indicate** [3] - 101:4, 121:9, 122:16
**indicated** [6] - 11:4, 23:9, 33:24, 34:16, 44:22, 124:6
**indicating** [2] - 63:15, 99:15
**indirect** [1] - 168:15
**indirectly** [1] - 205:12
**individual** [4] - 14:9, 30:20, 186:9, 197:18
**individually** [5] - 1:10, 27:15, 27:18, 65:4, 65:5
**individuals** [14] - 28:12, 32:10, 51:9, 54:24, 57:9, 57:14, 78:23, 82:6, 91:15, 93:11, 119:5, 181:4, 181:11, 197:19

**industry** [2] - 60:12, 60:17
**industry-wide** [2] - 60:12, 60:17
**influence** [4] - 142:8, 142:11, 193:9, 200:10
**influences** [1] - 143:5
**info** [1] - 174:20
**information** [28] - 5:7, 24:23, 45:13, 50:4, 56:6, 71:8, 75:16, 76:8, 90:24, 91:9, 91:15, 98:14, 139:14, 142:24, 147:24, 170:23, 181:6, 181:10, 187:1, 188:22, 189:12, 189:18, 189:22, 190:2, 190:8, 190:13, 190:17, 195:21
**informed** [1] - 48:20
**infraction** [1] - 151:1
**initial** [5] - 4:9, 13:18, 29:20, 32:9, 32:19
**initiated** [1] - 113:23
**initiating** [1] - 115:8
**injuries** [3] - 194:1, 194:5, 196:5
**injury** [2] - 14:19, 14:21
**inner** [2] - 146:1, 146:7
**innerworkings** [3] - 117:16, 146:13, 159:17
**inside** [1] - 99:8
**inspector** [2] - 151:5, 151:6
**instance** [2] - 165:14, 191:4
**instances** [1] - 191:5
**Institute** [1] - 33:4
**instructed** [1] - 167:21
**insurance** [5] - 9:21, 9:22, 135:24, 180:2, 180:7
**interchange** [1] - 157:15
**interested** [2] - 89:9, 205:12
**interim** [3] - 52:5, 53:6, 103:21
**interior** [2] - 101:1, 145:20
**internal** [1] - 151:4
**interpretation** [1] - 158:3
**interrogation** [1] -

141:13
**interrogatories** [2] - 4:3, 180:12
**interrogatory** [1] - 193:23
**interrupt** [2] - 54:7, 132:21
**interview** [10] - 25:11, 27:1, 28:4, 28:18, 61:13, 64:10, 68:7, 68:13, 78:13, 198:1
**interviewed** [5] - 28:3, 78:9, 78:14, 78:15, 94:21
**interviews** [2] - 27:9, 55:15
**intimidating** [1] - 68:7
**introduce** [1] - 109:5
**investigated** [3] - 90:15, 90:16, 150:24
**investigates** [1] - 151:6
**investigating** [1] - 60:3
**investigation** [12] - 89:3, 89:10, 89:11, 90:2, 90:3, 90:19, 91:12, 91:18, 91:21, 92:3, 112:7, 194:9
**investigation's** [15] - 35:15, 83:11, 83:14, 83:18, 83:19, 111:8, 111:11, 120:6, 128:4, 128:6, 135:15, 150:10, 153:5, 185:2, 185:19
**investigations** [3] - 112:5, 112:13, 112:17
**investigative** [1] - 60:1
**investigator** [1] - 161:16
**involved** [16] - 8:12, 14:23, 46:17, 58:9, 58:19, 58:21, 98:4, 98:6, 98:10, 112:4, 112:12, 141:1, 142:14, 148:11, 148:13, 149:21
**involvement** [3] - 13:10, 166:14, 187:20
**involving** [3] - 89:5, 181:15, 187:8
**irritable** [1] - 195:2
**issue** [2] - 105:1, 189:6
**issued** [1] - 177:2
**issues** [5] - 50:11,

82:21, 88:13, 90:5, 142:18
**Itasca** [1] - 12:15
**Ivey** [15] - 123:20, 124:14, 124:18, 125:23, 128:22, 129:2, 132:4, 182:7, 182:16, 182:18, 183:1, 183:7, 186:2
**Ivy's** [1] - 182:20

## J

**James** [2] - 12:20, 13:1
**January** [3] - 41:19, 41:23, 42:1
**Jefferson** [1] - 2:3
**jet** [2] - 23:2, 23:6
**jets** [1] - 22:24
**job** [8] - 18:18, 18:21, 100:12, 111:24, 113:11, 114:17, 183:15, 204:20
**jobs** [3] - 20:15, 23:8, 100:12
**Joe** [3] - 51:2, 52:8, 52:14
**John** [2] - 35:11, 128:23
**Johnston** [4] - 63:6, 133:24, 134:1, 134:3
**joined** [3] - 21:12, 22:1, 22:5
**Jose** [3] - 9:7, 11:7, 11:11
**Judge** [1] - 11:10
**judgement** [2] - 51:21, 52:22
**July** [2] - 16:2, 34:6
**jumped** [1] - 71:20
**June** [5] - 22:1, 22:5, 22:6, 22:13, 34:6
**junior** [2] - 17:20, 102:18
**jury** [3] - 11:2, 11:3, 11:24
**justice** [1] - 121:17

## K

**K-r-e-i-s-s-l-e-r** [1] - 4:10
**KAMEG** [7] - 129:24, 131:9, 131:10, 163:19, 182:10, 182:12, 182:16
**KANKAKEE** [2] - 1:7, 1:8
**Kankakee** [74] - 4:19,

7:11, 9:20, 14:16, 15:7, 15:12, 17:7, 18:10, 18:16, 20:3, 20:5, 21:9, 24:2, 24:4, 24:7, 25:1, 25:12, 27:6, 29:11, 31:16, 32:3, 33:9, 42:4, 42:8, 47:4, 57:17, 57:19, 77:15, 77:23, 85:8, 85:20, 85:23, 86:7, 86:12, 86:14, 87:16, 91:23, 102:10, 111:20, 112:11, 113:2, 113:4, 113:5, 113:8, 113:9, 113:13, 117:9, 125:18, 130:5, 130:12, 152:11, 153:1, 153:7, 153:16, 153:19, 154:1, 154:4, 154:8, 154:23, 155:21, 156:1, 156:12, 159:18, 159:23, 162:11, 163:18, 164:2, 165:4, 182:21, 184:15, 185:22, 189:20, 194:15, 199:9
**Kankakee's** [1] - 154:2
**Katherine** [2] - 15:19, 15:22
**KCC** [1] - 26:6
**keep** [1] - 134:6
**keeping** [1] - 115:22
**KELLY** [1] - 2:3
**kelly.krauchun@ danherbertlaw.com** [1] - 2:5
**Ken** [4] - 123:24, 124:17, 128:22, 132:4
**Kenneth** [1] - 124:3
**Kerry** [2] - 16:8, 16:10
**KERRY** [1] - 16:8
**Kevin** [1] - 36:10
**key** [5] - 99:17, 99:20, 145:22, 149:4, 149:11
**kick** [1] - 199:6
**kicked** [1] - 73:4
**kids** [1] - 196:1
**Kidwell** [14] - 36:14, 36:19, 129:22, 131:5, 131:23, 134:17, 183:7, 183:8, 183:10, 183:13, 184:9,

186:1, 186:2, 186:5
**killed** [1] - 100:10
**KIN** [1] - 32:5
**kind** [31] - 23:7, 42:10, 45:5, 47:3, 74:6, 76:24, 78:6, 81:3, 81:12, 87:17, 90:21, 91:20, 95:2, 95:11, 100:5, 111:17, 111:18, 113:10, 118:4, 118:5, 118:20, 120:11, 122:24, 138:17, 159:17, 159:18, 177:16, 178:7, 180:18, 195:4
**Kinkade** [3] - 32:2, 32:5, 34:16
**KINKADE** [1] - 32:6
**Klopp** [2] - 129:4, 133:18
**KLOPP** [1] - 133:19
**knock** [1] - 116:11
**knowledge** [24] - 75:18, 77:1, 78:6, 78:8, 82:24, 95:3, 98:13, 110:23, 139:20, 142:10, 181:6, 181:15, 182:6, 186:16, 188:9, 188:15, 188:16, 188:20, 189:12, 189:22, 191:6, 192:13, 200:12, 200:20
**known** [4] - 24:12, 94:4, 121:1, 139:10
**knows** [5] - 47:23, 56:12, 64:12, 65:9, 165:3
**KOSMAN** [1] - 1:8
**Kosman** [72] - 58:12, 59:15, 60:18, 60:22, 61:7, 79:6, 93:14, 93:24, 95:18, 103:21, 108:3, 108:6, 108:9, 108:14, 110:2, 110:6, 110:21, 111:2, 112:3, 113:18, 113:22, 115:24, 119:15, 122:16, 125:4, 125:7, 126:1, 126:6, 126:22, 127:4, 128:3, 128:18, 128:21, 129:8, 130:6, 131:19, 134:9, 138:15, 138:21, 140:8,

140:16, 140:21, 152:5, 152:7, 152:21, 157:14, 162:15, 164:1, 165:18, 166:18, 167:5, 168:7, 168:11, 168:15, 169:5, 178:1, 181:22, 182:2, 182:17, 183:12, 184:7, 185:4, 185:6, 185:7, 187:3, 189:13, 189:22, 192:3, 192:5, 192:24, 196:24
**Kosman's** [1] - 127:18
**KRAUCHUN** [8] - 2:3, 86:18, 156:14, 198:9, 198:12, 202:22, 204:10, 204:17
**Krauchun** [1] - 3:7
**KREISSLER** [4] - 1:4, 1:14, 3:1, 4:1
**Kreissler** [17] - 3:12, 4:10, 4:14, 4:19, 15:19, 15:22, 63:5, 117:14, 148:22, 168:11, 168:12, 169:19, 178:9, 180:9, 181:16, 181:17, 194:4
**Kris** [7] - 32:13, 32:23, 188:2, 189:17, 190:7, 190:23, 191:5
**Kurner** [1] - 187:9

## L

**lab** [1] - 23:5
**labor** [1] - 46:23
**laid** [1] - 47:3
**Lamont** [1] - 38:7
**language** [1] - 46:22
**lapsed** [1] - 67:15
**lapsing** [2] - 55:6, 67:17
**large** [3] - 112:18, 116:16, 144:4
**larger** [1] - 202:13
**Larry** [8] - 34:20, 35:15, 67:1, 73:23, 139:3, 139:4, 139:6, 164:7
**last** [23] - 4:8, 4:10, 9:17, 11:22, 12:19, 39:17, 43:15, 44:2, 57:18, 58:2, 58:5, 63:10, 68:15, 120:6, 124:13, 130:18,

160:11, 165:1, 174:18, 175:4, 180:21, 201:7, 202:15
**late** [1] - 34:4
**Lathan** [5] - 124:4, 124:18, 129:5, 132:5, 193:15
**law** [8] - 21:10, 27:7, 85:24, 89:23, 89:24, 158:23, 159:4, 159:8
**LAW** [1] - 2:2
**lawsuit** [15] - 4:17, 5:8, 42:3, 50:10, 50:13, 50:16, 51:8, 51:11, 51:18, 97:6, 159:4, 160:3, 160:24, 161:4, 166:20
**lawsuits** [1] - 50:9
**lay** [1] - 197:5
**lead** [1] - 88:19
**leader** [1] - 112:22
**leadership** [1] - 117:8
**LEADS** [6] - 90:8, 90:24, 91:8, 91:9, 91:15, 91:24
**learned** [3] - 88:6, 90:6, 140:15
**least** [6] - 44:10, 53:16, 76:18, 87:23, 134:15, 197:11
**leave** [3] - 22:10, 86:2, 92:17
**lecture** [1] - 26:7
**left** [7] - 52:6, 67:14, 83:15, 85:23, 92:15, 95:13, 160:17
**legal** [1] - 109:7
**legitimate** [2] - 89:22, 89:24
**lengthy** [1] - 109:24
**less** [5] - 38:15, 132:23, 178:14, 183:21, 185:3
**letter** [7] - 9:17, 32:2, 121:13, 121:19, 121:22, 122:7, 122:8
**letterhead** [1] - 191:23
**letters** [10] - 120:12, 120:17, 120:23, 121:2, 121:3, 121:7, 121:9, 166:23, 167:6, 167:14
**level** [2] - 88:18, 144:11
**liable** [3] - 11:5, 11:24, 14:4
**Library** [1] - 57:20
**library** [1] - 59:5

**license** [1] - 90:5
**License** [2] - 2:24, 205:17
**lieutenant** [110] - 30:14, 31:9, 31:12, 36:7, 36:11, 37:3, 50:21, 54:9, 56:18, 56:23, 60:15, 60:23, 60:24, 61:9, 62:16, 66:13, 66:15, 69:14, 69:23, 71:11, 73:12, 75:3, 76:18, 76:21, 77:20, 85:20, 87:1, 87:6, 87:10, 87:23, 88:2, 96:7, 96:12, 96:20, 97:2, 97:10, 97:15, 100:16, 103:10, 106:12, 107:22, 107:23, 113:17, 115:14, 116:2, 117:1, 118:17, 119:24, 120:14, 120:19, 121:14, 121:15, 121:23, 123:3, 123:13, 123:15, 124:9, 124:12, 124:14, 125:5, 125:10, 125:11, 125:20, 125:21, 125:23, 127:1, 127:2, 127:3, 127:6, 135:14, 135:16, 136:16, 136:19, 136:21, 136:22, 136:24, 137:4, 140:2, 140:8, 140:17, 147:5, 164:1, 169:20, 170:14, 170:18, 171:4, 171:9, 172:2, 174:11, 175:15, 175:20, 176:12, 176:16, 176:18, 183:16, 183:19, 183:21, 183:22, 183:23, 184:1, 193:4, 193:6, 194:15, 202:2, 202:3, 203:20, 203:21, 203:22
**Lieutenant** [6] - 128:5, 132:4, 132:5, 169:19, 183:10
**lieutenant's** [23] - 53:22, 56:21, 57:10, 57:19, 67:3, 67:21, 68:13, 68:24, 69:13, 70:23, 72:5, 72:9, 95:21, 104:2,

108:24, 138:16, 175:11, 178:1, 189:11, 196:10, 196:20, 197:20
**lieutenants** [33] - 35:2, 35:23, 36:1, 36:4, 37:6, 37:8, 37:15, 56:2, 67:5, 107:24, 124:20, 125:1, 126:16, 126:21, 126:24, 129:9, 129:21, 130:1, 131:8, 131:12, 131:15, 132:3, 134:21, 135:10, 135:21, 136:8, 148:13, 157:20, 158:1, 171:1, 175:13, 177:10, 199:8
**Lieutenants** [1] - 135:11
**life** [4] - 12:4, 14:11, 195:3, 197:13
**lift** [1] - 25:23
**likely** [3] - 41:4, 110:5, 186:24
**limited** [2] - 151:14
**line** [1] - 203:13
**list** [153] - 25:15, 25:16, 26:23, 28:11, 28:16, 28:21, 29:3, 29:13, 29:18, 29:21, 30:1, 30:16, 30:24, 31:1, 32:9, 32:10, 32:12, 32:13, 32:19, 32:24, 33:2, 40:22, 43:9, 44:16, 48:14, 48:24, 49:1, 49:5, 49:15, 49:16, 50:12, 50:20, 54:23, 54:24, 55:2, 55:6, 55:8, 55:13, 55:16, 63:20, 64:19, 65:8, 65:11, 65:20, 66:4, 66:15, 66:16, 66:17, 67:3, 67:15, 67:16, 67:21, 68:14, 69:1, 69:5, 69:13, 69:17, 69:18, 69:23, 69:24, 70:2, 70:9, 72:6, 72:17, 72:20, 74:8, 74:15, 74:20, 75:3, 95:21, 95:22, 96:3, 96:21, 96:23, 97:9, 97:14, 97:20, 97:21, 98:17, 98:19, 99:2, 99:3, 99:20, 99:22, 100:21, 101:12, 101:19, 102:2,

102:19, 102:21,
103:7, 103:9,
103:10, 103:16,
104:2, 104:8, 106:1,
107:2, 107:17,
108:16, 108:21,
108:22, 109:1,
109:10, 110:13,
110:17, 110:18,
113:18, 113:19,
113:22, 115:13,
116:1, 116:2, 119:1,
119:22, 119:24,
120:1, 120:7,
123:13, 123:17,
124:8, 127:22,
129:8, 129:18,
130:8, 131:19,
132:24, 133:1,
133:4, 133:10,
133:11, 133:14,
134:7, 148:10,
165:11, 165:22,
166:20, 168:13,
170:7, 170:10,
176:16, 178:1,
189:1, 190:5,
191:20, 192:8,
195:9, 195:14,
196:17, 198:17,
198:19, 199:2
**listed** [15] - 28:16,
31:17, 39:2, 45:24,
123:13, 130:3,
134:16, 152:20,
181:4, 186:9,
186:15, 189:18,
190:13, 192:11,
197:17
**lists** [8] - 54:8, 54:9,
54:21, 72:5, 72:9,
100:15, 153:20,
156:11
**litigated** [1] - 48:17
**litigation** [6] - 8:13,
9:14, 52:20, 53:10,
158:20, 180:19
**live** [1] - 17:6
**located** [1] - 10:1
**location** [2] - 103:17,
147:2
**locations** [1] - 103:3
**lock** [1] - 195:14
**locked** [1] - 103:17
**lodge** [1] - 188:12
**lodged** [1] - 91:23
**log** [4] - 90:24, 91:3,
91:8, 91:14
**log-in** [3] - 90:24,
91:8, 91:14

**Lohmann** [3] - 127:2,
131:24, 134:17
**Lombardi** [9] - 32:13,
32:18, 32:23,
133:22, 188:2,
189:17, 190:8,
190:23, 191:6
**longevity** [1] - 179:11
**look** [9] - 26:22, 41:20,
101:17, 105:3,
117:8, 118:11,
157:2, 174:17, 188:1
**looked** [4] - 21:18,
118:4, 118:20,
122:24
**looking** [9] - 8:4, 24:8,
72:1, 75:19, 75:20,
129:18, 154:20,
167:24, 174:23
**looks** [2] - 97:20,
129:18
**lose** [2] - 197:4,
197:10
**loss** [1] - 174:24
**lost** [2] - 14:21, 178:5
**loud** [1] - 154:15
**lovely** [1] - 204:12
**low** [1] - 29:1
**lower** [5] - 137:3,
144:7, 144:17,
144:18, 165:10
**LTD** [1] - 2:8
**lucky** [1] - 173:18
**lunchroom** [1] - 50:2

# M

**M-a-l-l-i-n-d-i-n-e** [1] -
124:1
**mail** [2] - 26:18, 56:10
**mailed** [1] - 26:23
**mailing** [1] - 120:17
**main** [2] - 11:23,
148:17
**MainSource** [3] - 19:7,
20:1, 20:22
**majority** [8] - 60:5,
152:11, 153:16,
154:4, 154:8,
154:22, 154:24,
155:24
**makeup** [1] - 63:11
**male** [18] - 124:2,
128:20, 129:16,
131:24, 132:1,
132:4, 132:5, 132:6,
132:18, 132:19,
132:20, 133:18,
133:19, 133:21,
133:23, 134:4,

188:6, 190:5
**males** [1] - 190:6
**Mallindine** [6] -
123:24, 124:4,
124:17, 128:23,
129:3, 132:5
**man** [4] - 52:22, 93:19,
93:22, 173:4
**man-hours** [1] - 173:4
**manpower** [1] - 40:10
**manual** [1] - 60:10
**manufacturer** [1] -
4:11
**March** [10] - 15:4,
24:5, 34:1, 125:20,
169:22, 169:23,
170:1, 170:6,
174:12, 175:16
**marked** [1] - 103:11,
178:9
**marking** [1] - 102:1,
102:5
**married** [4] - 15:18,
16:1, 16:2, 16:10
**Martinez** [2] - 132:12,
132:13
**materials** [5] - 54:12,
54:20, 56:7, 56:14,
57:9
**math** [2] - 158:5,
158:9
**Matt** [7] - 37:2, 121:14,
121:19, 121:20,
121:22, 122:2, 122:9
**matt** [1] - 37:9
**matter** [9] - 4:18, 7:10,
10:7, 12:13, 13:6,
72:11, 162:7,
162:17, 203:17
**matters** [4] - 14:5,
14:8, 14:23, 203:18
**maximum** [2] - 43:10,
63:6
**MAYOR** [1] - 1:8
**mayor** [64] - 58:6,
58:10, 73:22, 74:1,
74:16, 74:19, 74:24,
75:6, 78:10, 79:23,
81:17, 82:17, 82:21,
86:22, 87:3, 89:5,
89:7, 98:3, 98:9,
98:20, 102:6,
102:13, 105:12,
105:24, 106:6,
107:8, 130:17,
139:1, 139:15,
139:18, 142:3,
142:13, 143:1,
143:5, 143:10,
143:24, 145:5,

146:3, 146:15,
147:11, 147:19,
149:10, 151:11,
151:19, 165:22,
165:24, 168:17,
169:7, 169:9,
169:12, 182:17,
183:12, 185:15,
187:18, 190:18,
191:1, 192:4,
192:21, 200:9,
200:22, 201:9,
201:14
**Mayor** [21] - 79:14,
88:8, 122:18,
130:23, 139:21,
143:9, 145:4,
145:13, 145:18,
146:1, 146:6,
146:16, 146:24,
152:7, 166:5,
167:17, 167:20,
185:21, 192:3,
192:20, 201:6
**mayor's** [11] - 89:14,
89:16, 90:5, 111:15,
118:19, 122:13,
122:22, 147:14,
151:10, 151:17,
154:16
**McCuskey** [1] - 11:10
**McGovern** [1] - 36:10
**McGrath** [21] - 2:8,
2:8, 3:5, 4:6, 4:15,
6:8, 48:8, 87:11,
95:10, 127:12,
127:16, 157:1,
169:18, 178:11,
179:2, 179:4, 198:8,
201:24, 202:24,
203:3, 204:8
**mean** [63] - 29:4, 49:4,
55:2, 58:21, 58:22,
62:18, 63:17, 66:21,
68:8, 70:10, 76:23,
78:7, 80:13, 87:24,
92:2, 98:16, 98:22,
99:11, 100:9,
102:16, 108:17,
109:23, 111:17,
123:7, 123:9, 141:9,
143:15, 143:17,
143:19, 143:20,
145:12, 146:11,
149:14, 149:20,
150:3, 150:21,
152:16, 156:19,
157:21, 158:10,
158:16, 158:17,
160:20, 164:3,

165:24, 172:15,
179:16, 186:6,
191:6, 194:19,
194:23, 195:2,
195:3, 195:23,
197:3, 197:4, 197:9,
197:11, 198:23,
198:24, 202:11,
204:6
**mean..** [1] - 72:18
**means** [4] - 154:24,
182:14, 195:12,
195:14
**mechanically** [1] -
81:23
**mechanics** [2] - 82:5,
82:8
**media** [2] - 90:4, 90:10
**meet** [5] - 108:20,
109:19, 115:16,
115:18, 161:18
**meeting** [19] - 99:22,
99:24, 109:15,
110:1, 110:9,
110:16, 111:9,
111:12, 114:3,
115:1, 115:19,
116:8, 122:15,
146:4, 147:10,
158:2, 158:3,
168:20, 190:24
**meetings** [17] - 92:8,
103:5, 114:1, 141:7,
143:19, 144:1,
144:8, 144:14,
145:1, 145:3,
145:15, 146:8,
146:12, 146:16,
147:1, 149:21,
157:24
**meets** [2] - 46:13,
188:18
**Melvina** [1] - 32:22
**member** [13] - 27:12,
28:1, 44:6, 141:1,
141:5, 141:6, 143:1,
148:19, 159:23,
162:11, 184:16,
200:13, 201:3
**members** [23] - 46:5,
46:8, 46:10, 62:4,
62:5, 62:7, 62:9,
68:4, 75:17, 76:1,
76:8, 78:20, 109:19,
129:20, 134:19,
149:4, 167:8,
167:13, 191:10,
200:13, 200:16,
200:23, 201:10
**memo** [2] - 56:9,

65:22

**memorial** [1] - 100:11

**memory** [2] - 7:24, 68:8

**memos** [1] - 46:6

**men** [1] - 25:16

**Mendez** [3] - 9:7, 11:11, 11:15

**Mendez'** [1] - 11:7

**mental** [5] - 178:7, 194:7, 194:23, 195:24, 197:14

**mentally** [1] - 194:22

**mention** [1] - 115:13

**mentioned** [5] - 52:8, 85:4, 159:22, 193:17, 197:3

**met** [2] - 139:21, 159:20

**MICHAEL** [1] - 2:8

**Michael** [12] - 13:23, 70:16, 70:20, 96:23, 97:22, 101:6, 113:18, 114:3, 122:17, 123:3, 170:10, 186:10

**microcosm** [1] - 117:6

**mid** [1] - 34:3

**middle** [4] - 4:9, 16:9, 69:20, 101:1

**midnight** [4] - 34:7, 39:11, 85:17, 133:17

**midnights** [3] - 33:21, 39:18, 39:20

**might** [28] - 5:4, 5:22, 6:1, 8:21, 25:7, 26:7, 26:17, 33:20, 37:19, 43:13, 63:6, 68:21, 70:5, 77:2, 79:19, 94:13, 96:11, 103:7, 139:10, 139:12, 144:19, 149:9, 159:8, 167:23, 168:9, 173:5, 183:3, 190:8

**mike** [1] - 160:13

**Mike** [36] - 4:15, 12:14, 32:2, 34:16, 70:16, 104:20, 116:24, 117:14, 118:12, 118:14, 119:6, 119:16, 119:19, 120:18, 121:13, 121:18, 121:20, 121:23, 121:24, 122:5, 122:6, 123:6, 125:22, 159:7, 159:13, 159:22, 166:24, 168:5, 182:19, 186:19,

186:21, 186:24, 187:15, 187:16, 190:3

**military** [19] - 29:16, 29:19, 30:1, 30:6, 30:9, 30:15, 30:21, 31:4, 31:10, 65:17, 65:24, 66:7, 72:4, 72:8, 72:12, 72:14, 72:20, 73:17

**Miller** [4] - 38:12, 39:4, 129:15, 129:16

**mind** [1] - 112:8

**mine** [2] - 24:12, 120:10

**mini** [1] - 113:5

**minimum** [4] - 28:15, 29:2, 56:17

**minorities** [4] - 38:2, 155:11, 155:14, 155:17

**minority** [11] - 38:3, 154:1, 154:8, 154:10, 155:7, 155:8, 155:20, 155:23, 156:3, 156:19

**minutes** [2] - 95:8, 109:12

**misspoke** [1] - 86:21

**mistake** [1] - 73:3

**mmcgrath@osmfm.com** [1] - 2:10

**Monday** [2] - 146:11, 169:2

**monetary** [2] - 176:13, 178:5

**money** [3] - 20:11, 120:22, 195:12

**month** [14] - 15:24, 22:15, 23:22, 33:19, 74:9, 109:3, 109:22, 178:14, 178:21, 179:5, 179:7, 180:5, 203:4

**monthly** [1] - 202:12

**months** [42] - 21:19, 22:9, 23:21, 41:17, 41:20, 54:5, 54:18, 55:7, 55:12, 55:20, 80:21, 83:7, 84:12, 85:1, 105:18, 105:21, 105:24, 106:16, 106:18, 106:21, 106:22, 106:23, 107:11, 107:12, 107:13, 107:14, 111:12, 117:13, 117:17, 120:7, 123:5, 124:7,

161:13, 169:1, 170:2, 185:13, 195:21, 195:22, 203:5

**morning** [9] - 4:7, 111:9, 111:13, 114:1, 116:8, 147:5, 147:6, 149:21

**most** [8] - 5:20, 15:15, 42:14, 102:18, 110:5, 124:18, 127:24, 186:23

**mostly** [2] - 152:18, 152:21

**motion** [2] - 11:15, 160:8

**motor** [1] - 14:13

**move** [3] - 29:18, 66:5, 87:22

**moved** [5] - 30:1, 72:5, 83:11, 133:10

**moves** [1] - 41:23

**MR** [16] - 2:8, 4:6, 48:8, 87:11, 95:10, 127:12, 127:16, 157:1, 169:18, 178:11, 179:2, 179:4, 198:8, 202:24, 203:3, 204:8

**MS** [8] - 2:3, 86:18, 156:14, 198:9, 198:12, 202:22, 204:10, 204:17

**multiple** [3] - 91:1, 91:2, 154:18

**murder** [1] - 173:2

**MURPHEY** [1] - 2:8

# N

**name** [68] - 4:8, 4:10, 4:15, 7:14, 9:15, 9:17, 11:22, 12:18, 12:19, 12:20, 16:7, 16:8, 16:21, 17:1, 20:24, 32:13, 37:2, 38:13, 77:22, 78:18, 80:10, 80:17, 81:9, 85:4, 88:21, 89:1, 89:18, 90:8, 90:23, 91:3, 93:7, 93:12, 93:15, 93:19, 94:9, 98:18, 98:19, 98:21, 101:5, 101:6, 104:5, 106:2, 106:3, 106:24, 107:16, 108:10, 108:11, 108:21, 110:12, 110:18, 110:21, 129:14, 130:18,

134:10, 159:16, 185:11, 191:6, 193:16, 193:18, 201:15

**named** [30] - 4:16, 4:17, 9:2, 12:3, 13:5, 13:8, 14:5, 14:8, 27:24, 32:22, 36:10, 52:5, 80:7, 81:11, 88:7, 88:20, 88:22, 108:9, 108:14, 119:4, 126:6, 159:5, 159:7, 166:17, 166:20, 167:12, 187:24, 190:15, 193:15, 197:17

**names** [17] - 7:18, 35:8, 37:21, 38:1, 78:1, 78:4, 78:16, 79:2, 89:8, 106:8, 107:3, 124:20, 127:24, 131:14, 198:16, 198:20

**narrative** [1] - 60:2

**nationwide** [7] - 80:1, 89:7, 93:3, 93:4, 94:21, 95:17, 108:2

**natural** [1] - 80:14

**nature** [1] - 138:7

**naval** [1] - 23:15

**Navy** [5] - 17:23, 21:13, 23:13, 29:17, 29:20

**Nazarene** [1] - 121:17

**near** [1] - 69:18

**necessarily** [2] - 58:10, 81:15

**need** [8] - 17:9, 17:11, 51:6, 66:10, 73:6, 114:6, 174:7, 175:4

**needs** [2] - 97:16, 117:8

**negotiated** [1] - 177:18

**negotiation** [1] - 142:20

**neighboring** [2] - 163:12, 163:15

**never** [32] - 11:12, 11:13, 14:21, 19:23, 53:9, 81:18, 85:19, 86:8, 87:6, 88:11, 88:13, 88:16, 91:22, 103:7, 115:24, 116:4, 120:20, 120:23, 136:1, 136:23, 137:3, 141:8, 141:9, 141:10, 158:19, 180:3, 180:6, 185:5,

186:5, 186:7, 189:8, 204:6

**new** [32] - 7:2, 24:8, 37:5, 41:5, 49:5, 55:8, 55:16, 58:16, 60:14, 66:4, 73:22, 74:1, 74:16, 74:19, 75:6, 75:19, 75:20, 75:24, 76:3, 76:15, 78:9, 79:23, 98:20, 105:12, 105:24, 108:3, 111:2, 130:17, 142:15, 148:9, 148:10, 183:16

**newly** [1] - 110:2

**newly-appointed** [1] - 110:2

**news** [1] - 116:22

**newspaper** [1] - 89:12

**newspapers** [2] - 75:16, 75:21

**next** [41] - 22:9, 25:7, 26:1, 26:17, 30:17, 31:1, 40:10, 41:16, 55:20, 70:2, 75:13, 77:22, 78:5, 78:11, 78:17, 78:24, 79:3, 80:11, 80:15, 93:8, 94:11, 94:23, 96:13, 98:22, 101:6, 115:9, 115:14, 116:6, 116:7, 119:24, 162:5, 172:16, 178:14, 178:21, 179:5, 179:7, 186:9, 188:2, 191:1, 193:15, 203:4

**nice** [2] - 108:20, 111:4

**Nicholas** [1] - 129:4

**Nickey** [21] - 27:24, 28:2, 28:8, 68:11, 70:4, 122:18, 140:4, 140:7, 152:8, 165:23, 166:4, 166:12, 166:16, 166:21, 167:12, 187:6, 187:8, 193:11, 197:17, 197:18, 198:2

**NICKEY** [1] - 1:9

**night** [1] - 34:9

**nights** [1] - 148:22

**nobody** [1] - 103:18

**none** [1] - 107:23

**normal** [2] - 43:8, 116:11

**normally** [4] - 59:13, 61:21, 74:18, 150:6

**notes** [1] - 109:8
**nothing** [10] - 14:20, 50:6, 53:5, 71:20, 73:11, 123:6, 182:1, 191:19, 192:20, 198:7
**notice** [4] - 4:24, 54:11, 55:5, 55:18, 55:20
**noticed** [1] - 103:8
**notified** [3] - 26:14, 47:17, 97:12
**notifies** [1] - 53:20
**notify** [2] - 54:3, 54:18
**notifying** [2] - 150:23, 151:8
**November** [3] - 40:21, 41:18, 54:6
**nuclear** [1] - 22:19
**number** [8] - 23:10, 33:16, 37:20, 92:8, 121:21, 181:4, 181:10, 199:16
**Number** [3] - 3:12, 178:9, 180:10
**numerical** [1] - 63:17

**O**

**Obama** [1] - 60:7
**object** [1] - 86:18
**objective** [1] - 44:18
**obtain** [2] - 28:15, 86:13
**obtained** [3] - 85:19, 86:5, 86:17
**obtaining** [1] - 11:8
**obviously** [12] - 4:23, 26:12, 34:14, 65:1, 74:8, 104:2, 142:13, 152:5, 170:14, 189:16, 191:10, 196:8
**occur** [3] - 51:5, 51:7, 51:24
**occurred** [10] - 8:21, 50:14, 50:15, 50:16, 51:5, 51:7, 91:10, 140:8, 165:17
**occurrence** [2] - 194:1, 194:5
**October** [2] - 15:22, 16:24
**ODELSON** [1] - 2:8
**OF** [7] - 1:1, 1:7, 1:7, 1:8, 3:1, 205:1, 205:2
**off-color** [1] - 198:3
**offer** [5] - 32:4, 181:21, 182:1,
188:8, 190:14
**offered** [2] - 33:24, 176:19
**offering** [1] - 32:3
**office** [18] - 9:24, 10:1, 12:14, 74:20, 101:23, 106:8, 109:16, 114:19, 114:24, 116:8, 116:10, 116:15, 119:13, 122:13, 147:14, 161:18, 183:12
**officer** [36] - 7:2, 12:4, 14:6, 14:22, 18:16, 19:22, 20:17, 24:3, 24:19, 31:16, 31:19, 32:22, 33:10, 39:7, 40:17, 41:5, 42:12, 45:4, 45:5, 53:13, 53:16, 56:16, 88:18, 88:21, 93:23, 94:6, 100:10, 109:4, 119:4, 138:3, 139:8, 150:6, 150:23, 151:8, 189:4
**Officer** [1] - 33:19
**officers** [29] - 9:1, 13:3, 13:6, 13:7, 24:9, 28:12, 33:15, 33:16, 40:9, 47:18, 56:10, 100:23, 109:24, 118:23, 124:5, 136:7, 141:13, 148:9, 148:11, 148:12, 150:1, 150:18, 165:9, 165:10, 191:3, 199:7, 199:14
**offices** [1] - 147:12
**official** [11] - 1:10, 101:19, 102:2, 102:8, 102:9, 103:20, 104:8, 104:18, 107:1, 108:12, 165:20
**officials** [8] - 138:24, 142:4, 145:8, 147:19, 149:11, 164:2, 164:3, 166:15
**old** [2] - 59:10, 137:24
**older** [1] - 41:6
**Olivet** [1] - 121:17
**onboard** [1] - 105:23
**once** [10] - 30:11, 30:12, 49:18, 53:23, 53:24, 55:2, 73:12, 111:7, 136:24, 140:15
**one** [85] - 10:3, 10:11,
13:1, 13:19, 14:3, 15:18, 21:18, 22:15, 23:22, 28:2, 30:8, 30:12, 32:14, 33:13, 36:8, 36:16, 43:13, 43:15, 45:14, 48:15, 53:24, 54:15, 56:19, 61:6, 61:21, 61:23, 61:24, 62:12, 64:16, 65:10, 66:14, 67:13, 67:14, 68:15, 68:19, 68:21, 72:13, 77:3, 81:7, 83:12, 91:22, 94:5, 98:16, 102:16, 102:19, 103:14, 104:19, 106:3, 111:13, 121:12, 122:1, 126:17, 127:9, 127:20, 128:2, 129:11, 130:22, 131:9, 131:10, 131:12, 134:20, 134:22, 135:1, 143:17, 147:8, 157:9, 157:15, 157:24, 158:6, 158:11, 166:9, 166:15, 172:3, 172:4, 173:19, 184:2, 189:4, 189:9, 191:4, 197:19, 201:13, 204:2
**one's** [3] - 166:11, 167:24, 168:2
**one-time** [1] - 30:8
**one-year** [1] - 33:13
**ones** [2] - 42:22, 59:4
**ongoing** [1] - 92:3
**open** [2] - 100:17, 116:18
**opened** [2] - 83:16, 125:10
**opening** [19] - 32:14, 67:7, 96:6, 96:10, 96:12, 96:19, 97:15, 97:16, 97:17, 97:18, 106:11, 106:14, 113:16, 114:9, 125:19, 125:21, 125:23, 138:16, 140:8
**openings** [4] - 67:6, 106:12, 107:22, 124:21
**operates** [1] - 136:17
**operations** [3] - 143:3, 147:20, 148:3
**opportunity** [4] - 5:6, 72:7, 109:18, 121:7
**or..** [1] - 95:2
**oral** [43] - 4:3, 25:11, 27:1, 28:4, 28:18, 55:15, 61:12, 61:13, 61:19, 61:24, 62:4, 62:8, 62:17, 62:21, 63:13, 63:16, 64:4, 64:10, 64:13, 64:15, 64:23, 65:2, 65:3, 65:7, 67:24, 68:4, 68:7, 68:12, 70:5, 70:6, 70:23, 71:3, 71:9, 71:18, 71:21, 71:24, 196:22, 197:3, 197:7, 197:19, 197:20, 198:1
**orally** [1] - 61:17
**order** [6] - 26:1, 51:20, 56:15, 68:23, 70:10, 81:12
**ordered** [1] - 11:11
**orders** [2] - 149:16, 149:22
**ordinance** [1] - 37:7
**orientation** [2] - 25:1, 25:6
**Osenga** [3] - 35:16, 139:3, 164:7
**outcome** [6] - 10:17, 11:4, 14:2, 51:17, 90:18, 205:12
**outside** [7] - 43:7, 87:2, 90:15, 93:11, 94:20, 113:1, 158:19
**outsiders** [1] - 79:2
**overall** [2] - 44:20, 62:16
**overheard** [1] - 82:24
**overlap** [1] - 40:8
**overlapped** [1] - 40:7
**overt** [1] - 154:18
**overtime** [13] - 135:12, 171:14, 171:21, 172:11, 172:14, 172:17, 172:19, 173:3, 173:6, 173:7, 173:10, 173:23, 174:1
**own** [6] - 43:3, 57:12, 75:11, 154:7, 177:1, 185:19
**owned** [1] - 7:17
**ownership** [1] - 58:22
**Ozenga** [1] - 139:6

**P**

**p.m** [5] - 40:4, 40:5, 40:6, 204:24
**packet** [1] - 24:22
**pad** [1] - 109:8
**page** [5] - 43:12, 180:21, 181:14, 192:10, 193:22
**PAGE** [2] - 3:4, 3:11
**pages** [1] - 24:22
**paid** [7] - 11:13, 20:10, 20:12, 20:13, 81:20, 176:15, 179:24
**panel** [8] - 25:12, 27:5, 27:13, 28:3, 61:16, 84:8, 84:9, 95:2
**panels** [1] - 68:12
**pants** [1] - 199:6
**paperwork** [2] - 7:8, 10:4
**paragraph** [8] - 152:4, 152:9, 152:19, 153:14, 153:18, 154:3, 154:12, 154:14
**Park** [2] - 1:19, 2:9
**parking** [1] - 90:6
**parr** [1] - 2:23
**PARR** [3] - 1:15, 205:4, 205:16
**part** [23] - 9:19, 15:15, 28:3, 42:14, 70:5, 83:20, 120:20, 122:4, 136:3, 136:5, 143:4, 143:8, 152:24, 153:2, 154:20, 167:1, 167:4, 167:8, 175:11, 175:12, 197:4, 197:19, 199:9
**particular** [2] - 60:21, 189:15
**parties** [2] - 4:24, 205:11
**partition** [2] - 100:1, 100:3
**pass** [1] - 26:1
**passed** [2] - 38:10, 56:8
**Passel** [1] - 129:4
**Passwater** [32] - 36:17, 36:20, 79:21, 79:23, 80:2, 80:4, 80:10, 81:8, 81:13, 81:23, 82:9, 82:19, 83:4, 84:11, 105:17, 106:21, 107:10, 127:1, 130:14, 130:24, 131:23, 134:16, 146:16, 146:24, 157:2, 157:15, 182:4, 183:8, 184:20,

185:5, 185:20, 186:3
**past** [2] - 44:7, 79:19
**Pat** [1] - 36:17
**patch** [1] - 112:7
**patrol** [26] - 20:7, 28:12, 31:16, 33:10, 35:10, 39:6, 40:17, 42:12, 53:13, 53:16, 53:17, 54:23, 55:24, 56:16, 88:1, 118:23, 121:15, 136:5, 136:7, 148:12, 150:6, 150:8, 153:4, 183:3, 183:11, 183:17
**Patrolman** [2] - 187:8, 193:16
**patrolman** [5] - 53:5, 85:17, 87:24, 102:18, 182:9
**patrolmen** [3] - 135:9, 172:16, 177:9
**patrolmen's** [1] - 177:18
**PAUL** [1] - 1:3
**Paul** [19] - 4:18, 38:12, 38:13, 70:14, 70:17, 105:4, 117:14, 129:15, 158:14, 159:12, 162:6, 162:24, 163:3, 180:13, 181:5, 188:23, 191:7, 198:16
**paused** [1] - 122:24
**pay** [20] - 11:11, 11:15, 11:16, 120:21, 135:6, 170:17, 171:8, 175:11, 175:12, 177:7, 177:13, 177:20, 177:23, 179:19, 179:21, 180:4, 185:3, 202:6, 203:18, 204:2
**paying** [1] - 141:6
**pays** [2] - 20:16
**pen** [1] - 101:15
**pending** [2] - 4:19, 6:19
**pension** [8] - 177:22, 179:16, 202:4, 202:11, 203:1, 203:7, 203:13, 203:23
**pension-wise** [1] - 179:16
**people** [31] - 5:24, 25:5, 25:8, 25:18, 27:7, 28:2, 28:20,

28:24, 33:1, 55:14, 61:16, 61:24, 63:20, 63:21, 64:8, 66:5, 68:9, 78:20, 83:1, 93:21, 98:9, 105:2, 114:2, 117:19, 120:16, 123:11, 159:9, 180:3, 184:12, 199:2
**per** [3] - 37:7, 176:3, 183:19
**percent** [36] - 32:21, 62:21, 62:23, 63:12, 63:13, 63:16, 64:1, 65:14, 153:20, 153:21, 153:22, 154:2, 154:5, 154:13, 155:1, 155:3, 155:22, 156:21, 156:22, 156:23, 158:12, 173:16, 173:17, 173:19, 179:18, 179:20, 179:21, 199:22, 200:3, 202:5, 203:7, 203:10
**percentage** [6] - 62:18, 63:7, 155:20, 199:16, 200:1, 203:19
**percentage-wise** [1] - 200:1
**percentages** [2] - 155:4, 158:8
**perform** [1] - 148:8
**performed** [1] - 184:16
**period** [18] - 13:21, 33:12, 33:13, 34:3, 44:7, 53:7, 54:10, 57:6, 67:15, 73:8, 84:6, 92:13, 92:23, 107:6, 107:21, 152:5, 174:24, 204:3
**perk** [2] - 176:3, 176:24
**perks** [1] - 175:19
**person** [20] - 12:22, 33:18, 45:8, 48:22, 49:16, 56:22, 63:19, 89:19, 90:10, 90:11, 97:17, 109:11, 119:23, 121:13, 141:8, 166:19, 188:2, 193:15, 199:2
**person's** [3] - 28:22, 89:18, 134:10
**personable** [1] - 111:4
**personal** [7] - 12:4, 14:11, 15:18, 89:20,

89:22, 177:1, 195:18
**personally** [2] - 88:9, 111:3
**personnel** [1] - 138:18
**pertain** [4] - 59:23, 196:7, 196:12, 196:13
**pertained** [1] - 60:10
**pertaining** [1] - 1:17
**pertains** [4] - 49:23, 50:10, 152:4, 190:15
**petition** [2] - 161:3, 161:7
**phase** [2] - 34:8, 39:10
**phone** [12] - 26:18, 26:23, 99:7, 121:21, 160:15, 164:13, 164:14, 167:19, 176:15, 176:19, 177:2, 177:3
**phones** [1] - 176:21
**phonetic** [1] - 7:16
**phonetic)** [1] - 187:9
**phrase** [1] - 48:12
**physical** [5] - 5:17, 25:7, 25:9, 25:20, 25:24
**physically** [1] - 76:24
**pick** [1] - 49:6
**picked** [4] - 97:22, 137:9, 137:15, 166:19
**picks** [1] - 97:21
**picture** [2] - 89:13, 90:11
**pinned** [1] - 56:9
**place** [11] - 47:16, 50:16, 56:5, 84:15, 87:13, 109:15, 110:1, 143:22, 164:8, 192:18, 205:9
**placed** [8] - 51:22, 67:21, 68:13, 68:24, 104:1, 108:24, 133:3, 180:9
**placement** [2] - 29:12, 72:19
**places** [3] - 19:6, 29:10, 147:8
**Plaintiff** [2] - 193:23, 194:4
**plaintiff** [7] - 7:20, 8:14, 9:4, 12:18, 14:12, 70:17, 152:17
**plaintiffs** [1] - 50:23
**Plaintiffs** [2] - 1:5, 2:6
**Planning** [1] - 144:9
**plate** [1] - 90:5
**play** [1] - 63:3
**plenty** [2] - 54:14,

121:1
**plus** [1] - 130:4
**point** [10] - 31:17, 45:14, 47:6, 52:18, 71:12, 75:7, 75:14, 80:1, 178:15, 191:2
**points** [47] - 29:16, 29:19, 29:23, 30:1, 30:3, 30:6, 30:9, 30:15, 30:21, 31:4, 31:10, 43:10, 43:12, 43:14, 43:17, 43:19, 44:1, 44:4, 44:8, 44:19, 44:23, 44:24, 45:4, 45:5, 45:14, 46:1, 47:7, 47:8, 63:3, 63:5, 63:6, 63:7, 65:17, 65:24, 66:3, 66:7, 72:4, 72:8, 72:13, 72:20, 73:5, 73:17, 168:13, 196:18
**police** [182] - 12:4, 13:3, 14:6, 14:22, 18:16, 19:1, 19:18, 19:22, 20:3, 20:5, 20:11, 20:12, 24:9, 24:16, 24:18, 24:21, 26:22, 27:12, 29:7, 29:11, 30:5, 31:19, 32:11, 33:3, 34:11, 34:24, 36:20, 38:8, 39:13, 39:24, 44:6, 45:18, 46:2, 46:5, 46:8, 46:19, 52:5, 54:22, 58:8, 66:24, 74:2, 74:24, 75:8, 75:17, 75:19, 75:20, 76:1, 76:3, 76:9, 76:15, 76:22, 77:11, 77:16, 77:22, 78:5, 78:12, 78:17, 78:24, 79:3, 80:5, 80:8, 80:11, 80:23, 82:14, 83:5, 83:10, 83:20, 84:3, 84:14, 84:16, 84:22, 85:1, 85:15, 87:2, 88:8, 88:14, 89:7, 91:1, 91:7, 91:13, 92:7, 92:13, 92:20, 92:24, 93:8, 93:23, 94:6, 94:11, 94:23, 95:12, 96:14, 99:4, 99:6, 99:8, 99:9, 99:13, 100:8, 100:13, 101:1, 101:2, 101:19, 102:22, 103:3, 103:11, 103:14, 104:17, 106:2, 107:18, 108:3,

108:9, 108:14, 109:16, 109:19, 111:2, 112:4, 112:10, 112:19, 113:6, 122:12, 123:4, 126:7, 127:18, 129:19, 130:12, 130:24, 137:7, 139:7, 139:16, 140:12, 140:24, 141:18, 141:19, 141:21, 141:22, 141:24, 142:1, 142:5, 142:9, 143:3, 143:10, 144:2, 144:20, 145:5, 145:9, 145:13, 145:18, 145:21, 146:2, 146:7, 146:12, 146:21, 147:2, 147:4, 147:20, 148:2, 148:3, 148:11, 148:20, 149:5, 149:6, 149:12, 149:16, 149:24, 150:15, 150:18, 151:10, 151:12, 151:15, 158:17, 159:24, 162:21, 163:12, 163:15, 181:22, 182:5, 184:5, 185:5, 186:13, 189:3, 191:10, 200:7
**Police** [87] - 14:17, 18:10, 24:8, 25:12, 27:6, 27:11, 28:1, 30:5, 31:16, 32:3, 33:4, 33:9, 42:4, 42:8, 43:2, 47:4, 47:11, 47:21, 55:21, 62:5, 62:9, 62:13, 79:6, 81:17, 85:9, 85:20, 85:23, 86:3, 86:6, 86:7, 86:9, 86:12, 86:15, 87:16, 88:17, 89:4, 90:17, 91:23, 92:5, 93:15, 98:1, 102:2, 102:3, 102:9, 102:13, 107:1, 107:18, 108:12, 112:12, 121:4, 122:12, 130:5, 137:10, 137:14, 144:9, 147:23, 148:1, 148:7, 148:15, 148:19, 149:4, 152:7, 153:1, 153:7, 159:18, 159:23,

162:12, 162:18, 162:20, 163:18, 165:4, 166:13, 167:4, 167:6, 167:9, 167:13, 167:15, 182:21, 184:15, 189:20, 193:12, 194:16, 198:5, 199:9, 200:13, 200:16, 201:10
**POLICE** [1] - 1:7
**police-related** [1] - 100:13
**policies** [2] - 60:3, 60:5
**policing** [1] - 60:9
**policy** [2] - 142:1, 149:23
**population** [7] - 153:19, 153:24, 154:1, 154:2, 155:7, 155:21, 156:11
**porch** [1] - 111:15
**portion** [18] - 26:15, 27:1, 59:16, 59:18, 59:21, 59:22, 61:11, 61:13, 62:15, 62:17, 64:13, 64:19, 65:7, 70:6, 71:9, 197:13, 198:1
**position** [34] - 31:24, 34:1, 76:5, 76:11, 76:15, 77:6, 80:18, 81:2, 83:10, 84:9, 84:18, 84:21, 84:23, 84:24, 92:13, 92:15, 111:1, 112:2, 125:13, 130:23, 140:17, 141:21, 157:15, 164:1, 175:19, 175:23, 182:14, 182:18, 182:19, 183:14, 183:20, 183:24, 184:3, 193:2
**positions** [8] - 77:19, 135:20, 137:1, 157:19, 158:6, 158:7, 200:17, 201:19
**possibly** [7] - 11:16, 13:22, 38:17, 39:2, 39:4, 181:6, 181:20
**post** [4] - 55:15, 65:20, 90:4, 90:7
**posted** [36] - 29:3, 29:4, 29:5, 29:7, 29:10, 54:8, 54:22, 64:20, 65:8, 65:11, 70:2, 71:16, 72:6,

74:9, 74:10, 74:15, 74:16, 74:17, 76:7, 76:13, 90:6, 90:12, 97:14, 98:17, 98:19, 99:3, 99:21, 99:22, 100:8, 102:21, 107:17, 113:17, 120:8, 198:23
**posting** [1] - 66:1
**postings** [1] - 100:12
**potentially** [6] - 65:17, 78:11, 88:22, 94:10, 141:14, 174:23
**POWER** [2] - 25:21, 25:22
**practice** [2] - 46:23, 87:15
**practices** [1] - 189:19
**predominately** [7] - 152:10, 152:17, 153:15, 154:22, 156:2, 156:17, 156:18
**preference** [1] - 41:3
**prepared** [2] - 114:24, 115:2
**present** [4] - 11:20, 61:16, 154:17, 187:14
**PRESENT** [1] - 2:1
**President** [1] - 60:7
**president** [4] - 46:13, 141:11, 188:12, 188:18, 190:24
**president's** [1] - 60:8
**presses** [1] - 25:24
**prestigious** [1] - 182:13
**pretty** [9] - 27:13, 33:19, 63:4, 94:14, 104:21, 111:24, 159:10, 189:7, 197:10
**prevail** [1] - 51:19
**previously** [2] - 19:4, 163:17
**Price** [6] - 51:3, 84:13, 85:5, 86:15, 87:4, 89:1
**principles** [1] - 60:6
**printed** [1] - 205:7
**private** [1] - 116:12
**privy** [2] - 49:24, 92:5
**probationary** [5] - 33:12, 33:13, 34:3, 44:7, 57:6
**problem** [3] - 123:9, 123:10, 174:22
**problems** [2] - 88:11, 195:1

**procedure** [2] - 54:5, 77:14
**Procedure** [1] - 1:16
**procedures** [1] - 48:22
**Proceedings** [1] - 204:24
**proceedings** [1] - 205:7
**process** [55] - 25:1, 25:6, 26:2, 27:2, 31:3, 31:15, 42:4, 42:8, 42:23, 43:15, 43:23, 44:2, 45:24, 47:2, 47:24, 48:10, 53:13, 63:11, 64:9, 67:20, 74:5, 78:14, 81:21, 94:10, 95:5, 98:4, 109:24, 119:20, 119:21, 120:20, 120:22, 122:4, 140:1, 140:20, 140:21, 148:12, 166:14, 166:18, 167:1, 170:3, 170:4, 186:16, 188:10, 188:17, 189:14, 189:23, 189:24, 193:8, 194:13, 195:6, 195:8, 195:13, 196:3, 196:22, 197:12
**processes** [6] - 56:2, 186:17, 188:11, 188:21, 190:9, 195:10
**proctor** [1] - 57:21
**proctored** [1] - 59:6
**proctors** [1] - 26:10
**progresses** [1] - 5:23
**progression** [1] - 80:14
**promote** [9] - 52:22, 116:24, 118:16, 118:17, 122:17, 168:12, 190:6, 199:4, 199:5
**promoted** [39] - 12:6, 30:17, 30:19, 30:24, 31:11, 36:7, 51:23, 66:8, 71:11, 77:3, 86:8, 88:16, 97:9, 98:24, 114:4, 118:15, 119:6, 120:19, 120:24, 121:6, 123:10, 123:12, 124:14, 124:17, 124:19, 125:19, 128:21, 133:14, 165:3,

168:6, 169:20, 170:13, 174:11, 175:2, 175:16, 177:24, 196:17, 202:18, 203:20
**promoting** [1] - 181:17
**promotion** [37] - 30:12, 30:14, 30:16, 30:21, 43:20, 47:24, 50:22, 53:10, 53:12, 54:8, 66:13, 66:14, 100:15, 100:16, 103:7, 114:8, 114:15, 115:8, 120:14, 120:20, 140:1, 140:20, 164:10, 168:10, 169:21, 178:1, 181:15, 188:21, 189:11, 189:14, 189:24, 190:3, 190:4, 192:14, 192:18, 196:15
**promotional** [64] - 30:7, 31:2, 42:3, 42:7, 45:23, 48:10, 48:23, 50:11, 50:20, 53:21, 54:21, 55:13, 60:13, 64:9, 65:7, 66:15, 67:3, 67:21, 68:14, 69:1, 69:13, 69:23, 70:9, 70:23, 72:9, 72:20, 75:3, 95:21, 103:9, 103:10, 103:16, 104:2, 107:2, 108:16, 108:24, 110:13, 115:13, 116:1, 119:20, 119:21, 122:4, 123:13, 133:4, 140:21, 148:11, 165:11, 165:22, 166:18, 166:20, 167:1, 186:16, 188:9, 189:1, 190:9, 192:8, 193:7, 194:13, 195:8, 195:10, 195:13, 196:2, 196:21, 197:12, 197:21
**promotions** [6] - 119:2, 124:11, 148:17, 188:14, 189:19, 200:8
**proof** [1] - 142:10
**proper** [2] - 7:6, 7:8
**proposed** [2] - 47:18, 47:19

**provided** [2] - 176:5, 191:16
**prying** [1] - 175:9
**psychiatric** [1] - 193:24
**psychiatrist** [1] - 194:20
**psychological** [2] - 193:24, 196:6
**PTI** [2] - 33:4, 33:8
**Public** [2] - 57:20, 151:16
**public** [2] - 121:2, 123:7
**pulled** [1] - 182:18
**pumped** [1] - 23:3
**pumpkin** [1] - 112:7
**pumpkins** [1] - 111:15
**punishment** [1] - 150:22
**purchase** [2] - 54:19, 56:13
**purchased** [2] - 54:13, 142:16
**purchasing** [1] - 56:14
**purely** [1] - 44:18
**purified** [1] - 23:3
**purpose** [3] - 1:18, 89:23, 90:1
**pursuant** [2] - 1:15, 4:24
**push** [1] - 105:1
**put** [35] - 13:9, 17:10, 21:5, 28:11, 28:16, 28:21, 33:20, 40:21, 44:19, 47:11, 55:8, 59:2, 60:7, 60:14, 65:19, 80:10, 80:16, 88:21, 93:7, 93:12, 93:15, 94:9, 100:15, 101:12, 101:15, 104:8, 111:16, 119:19, 136:20, 155:21, 171:20, 182:18, 184:3, 191:7, 191:23
**puts** [2] - 55:20, 55:24
**putting** [3] - 39:12, 148:10, 173:3

## Q

**qualified** [5] - 88:19, 117:18, 123:10, 165:1, 192:16
**quality** [1] - 23:5
**quartermaster** [1] - 177:16
**questioned** [2] - 27:15, 141:14

**questions** [11] - 5:7, 27:17, 27:20, 60:10, 65:3, 180:13, 197:8, 198:3, 198:13, 200:6, 202:1
**quick** [2] - 169:15, 198:13
**quit** [1] - 104:22
**quite** [7] - 24:22, 25:5, 41:6, 104:12, 172:17, 194:24, 195:1

## R

**R-e-g-n-i-e-r** [1] - 34:21
**race** [3] - 128:1, 129:1, 134:3
**racial** [1] - 82:21
**racist** [3] - 82:18, 185:16, 190:18
**radio** [1] - 191:1
**Raimondo** [2] - 128:23, 129:3
**raised** [1] - 190:1
**ran** [3] - 26:9, 92:7, 105:20
**range** [1] - 142:18
**rank** [50] - 52:14, 52:17, 52:24, 53:3, 53:4, 53:17, 70:8, 71:10, 73:12, 73:13, 76:16, 76:18, 76:21, 77:15, 77:20, 83:9, 85:17, 85:19, 86:5, 86:9, 86:10, 86:14, 86:17, 87:1, 87:6, 87:10, 96:7, 96:20, 97:9, 106:13, 107:22, 113:17, 123:17, 125:11, 128:7, 136:15, 136:16, 136:17, 136:18, 136:19, 136:21, 136:24, 138:16, 170:14, 171:13, 184:1, 188:3, 203:14, 204:3
**ranked** [6] - 49:16, 66:16, 71:22, 95:22, 96:3, 96:24
**ranking** [3] - 25:15, 44:16, 109:19
**ranks** [4] - 81:19, 87:18, 112:23, 136:3
**rather** [2] - 148:22, 196:1
**reached** [2] - 159:2, 159:13

**read** [5] - 153:12, 154:14, 156:8, 190:24
**reading** [2] - 54:19, 152:13
**reads** [1] - 183:6
**ready** [1] - 115:2
**really** [29] - 6:3, 21:6, 26:21, 28:5, 28:17, 44:14, 60:16, 63:19, 69:19, 71:21, 72:11, 76:10, 76:12, 81:20, 91:19, 104:24, 112:17, 117:15, 121:22, 143:21, 147:19, 173:22, 181:10, 182:14, 186:4, 186:5, 186:7, 197:16, 203:11
**reason** [9] - 7:19, 54:11, 68:6, 73:16, 89:20, 121:5, 137:5, 175:9, 182:19
**reasons** [3] - 89:22, 184:8, 184:11
**receive** [3] - 11:13, 25:15, 33:14
**received** [3] - 53:9, 137:20, 161:12
**receiving** [1] - 32:1
**recently** [3] - 52:1, 100:9, 124:18
**recess** [4] - 48:7, 95:9, 127:15, 169:17
**recognize** [2] - 180:11, 180:20
**recollection** [1] - 84:20
**recommend** [1] - 204:15
**recommendation** [12] - 120:13, 120:18, 120:23, 121:2, 121:3, 121:8, 121:10, 121:13, 121:19, 121:23, 122:7, 166:24
**recommending** [2] - 120:13, 120:18
**record** [6] - 17:10, 156:14, 156:15, 179:2, 179:3, 205:7
**records** [2] - 18:15, 19:15
**recovery** [1] - 11:9
**rectangular** [1] - 116:17
**reduced** [2] - 47:10, 205:6
**refer** [1] - 48:13

**reference** [3] - 8:22, 116:1, 116:4
**referenced** [1] - 201:18
**references** [1] - 54:14
**referred** [1] - 90:14
**referring** [2] - 48:14, 185:9
**regarding** [9] - 94:22, 182:6, 186:1, 186:16, 188:9, 188:10, 188:13, 189:10, 192:13
**regards** [8] - 78:11, 137:23, 140:1, 140:7, 160:24, 161:7, 190:9, 194:12
**Regnier** [19] - 34:20, 67:1, 67:8, 69:9, 73:23, 74:24, 75:1, 75:2, 79:12, 79:18, 79:21, 79:22, 105:16, 119:10, 119:11, 138:14, 139:4, 165:14, 192:19
**reimburse** [1] - 177:1
**related** [4] - 100:7, 100:13, 188:20, 202:17
**relation** [1] - 106:6
**relationship** [1] - 104:20
**relative** [2] - 205:10, 205:11
**relevant** [2] - 186:17, 188:11
**remained** [3] - 106:1, 121:11, 170:14
**remarried** [1] - 16:5
**remember** [61] - 7:4, 7:14, 7:18, 7:23, 9:1, 9:4, 10:2, 11:21, 12:12, 12:18, 19:15, 21:6, 22:11, 26:5, 26:16, 26:20, 26:21, 27:9, 28:4, 28:5, 28:8, 31:23, 32:1, 32:24, 33:2, 34:5, 34:7, 34:8, 35:8, 36:2, 36:4, 36:6, 39:11, 58:4, 62:1, 62:7, 62:11, 62:14, 66:20, 66:21, 66:22, 69:19, 70:13, 91:18, 93:16, 93:18, 94:12, 101:13, 127:24, 128:16, 134:7, 134:22, 161:10, 168:24, 169:11,

**reference** [3] - 8:22 (cont.)
188:4, 189:7, 201:15
**remembered** [2] - 133:16, 134:9
**remove** [1] - 7:6
**removed** [2] - 104:7, 183:20
**rephrase** [5] - 6:7, 6:10, 6:12, 91:4
**replace** [1] - 124:8
**replaced** [4] - 82:10, 136:15, 183:15, 184:20
**report** [6] - 23:13, 23:18, 23:20, 59:23, 60:8, 63:15
**reported** [1] - 205:6
**Reported** [1] - 2:23
**reporter** [4] - 5:9, 5:16, 6:4, 204:12
**REPORTER** [1] - 204:21
**Reporter** [1] - 205:4
**reports** [3] - 14:19, 16:16, 90:22
**repossess** [1] - 7:5
**represent** [2] - 4:15, 5:5
**representative** [1] - 141:12
**represented** [6] - 4:22, 9:14, 12:12, 51:14, 136:4, 162:24
**repressed** [1] - 68:8
**request** [4] - 30:15, 40:19, 66:2, 76:1
**requested** [3] - 19:12, 60:1, 80:16
**requirement** [1] - 56:18
**requirements** [1] - 201:2
**reserve** [3] - 22:3, 22:4, 22:14
**reserves** [2] - 23:10, 23:14
**residence** [1] - 17:6
**residents** [7] - 152:11, 153:16, 153:21, 154:4, 154:8, 154:23, 156:1
**resign** [1] - 82:9
**resigned** [6] - 82:11, 82:13, 83:8, 89:6, 90:20, 107:24
**resolve** [1] - 46:20
**respond** [2] - 61:18, 176:10
**responded** [1] - 169:5
**response** [1] - 168:14
**responsible** [1] -

151:18
**rest** [2] - 130:9, 200:2
**restroom** [2] - 6:17, 127:13
**restrooms** [1] - 101:22
**result** [5] - 26:14, 52:20, 163:6, 194:1, 194:5
**resulted** [1] - 11:8
**results** [3] - 26:20, 64:10, 196:23
**retake** [1] - 170:3
**retest** [2] - 55:8, 196:14
**retire** [14] - 36:23, 178:19, 179:7, 179:8, 179:16, 179:23, 202:8, 202:12, 203:4, 203:14, 203:21, 203:22, 204:3
**retired** [35] - 36:24, 38:10, 38:15, 52:1, 52:10, 67:14, 73:24, 74:2, 75:8, 79:12, 79:13, 79:18, 79:22, 96:11, 96:14, 96:18, 96:19, 97:15, 105:16, 107:24, 110:3, 110:4, 110:6, 110:8, 110:10, 113:16, 121:16, 123:5, 124:7, 124:21, 125:17, 126:18, 139:7, 139:12, 204:6
**retirement** [3] - 125:9, 125:22, 177:20
**retiring** [3] - 67:5, 108:19, 125:21
**return** [1] - 174:14
**returns** [2] - 174:3, 175:3
**revert** [1] - 136:15
**review** [5] - 45:12, 71:17, 151:24, 180:24, 204:11
**reviewed** [1] - 151:21, 180:17
**reviewing** [3] - 45:2, 45:8, 162:2
**ridden** [1] - 113:12
**ride** [4] - 33:16, 137:24, 138:2, 138:3
**ride-along** [3] - 137:24, 138:2, 138:3
**ride-alongs** [1] - 33:16
**Rights** [1] - 161:3
**rights** [1] - 51:21
**ring** [1] - 21:3

**rise** [1] - 87:17
**roam** [1] - 149:6
**robberies** [1] - 19:18
**Robin** [7] - 36:17, 79:21, 79:23, 81:13, 84:11, 130:24, 182:4
**robin** [1] - 130:14
**role** [9] - 7:9, 22:20, 81:3, 83:5, 83:9, 151:10, 193:7, 193:10, 200:6
**roles** [1] - 22:22
**rolled** [1] - 177:19
**room** [24] - 13:8, 65:11, 99:4, 99:21, 99:22, 99:23, 99:24, 100:3, 100:5, 101:22, 101:23, 106:1, 107:18, 110:18, 110:22, 144:4, 144:7, 144:13, 144:17, 144:18, 144:20, 144:24, 146:14
**Roosevelt** [2] - 21:15, 22:17
**rose** [1] - 112:22
**rough** [2] - 152:1, 171:23
**roughly** [5] - 170:19, 172:7, 199:7, 199:15, 200:2
**rude** [1] - 198:2
**rule** [13] - 5:20, 46:7, 47:10, 48:12, 48:21, 49:7, 49:11, 50:4, 67:8, 77:14, 87:3, 87:12, 87:19
**rules** [8] - 5:4, 30:4, 30:6, 47:3, 47:6, 47:12, 47:24, 153:7
**Rules** [1] - 1:16
**rumors** [2] - 82:15, 82:20
**run** [11] - 25:24, 89:18, 90:8, 91:8, 91:15, 112:13, 112:18, 119:9, 147:5, 151:12
**running** [5] - 23:1, 84:19, 92:24, 95:14, 107:11
**runs** [1] - 57:21

# S

**S-a-i-s** [1] - 39:14
**S-k-e-l-l-y** [1] - 113:15
**S-u-p-r-e-n-a-n-t** [1] - 186:12
**safe** [1] - 19:19

**Sais** [3] - 39:14, 39:15, 39:21
**salaried** [1] - 135:20
**salary** [12] - 135:8, 135:11, 171:19, 171:21, 172:1, 172:6, 173:13, 176:11, 202:2, 203:8, 203:14, 203:23
**sales** [1] - 31:24
**Sam** [2] - 38:13, 129:15
**sample** [1] - 59:18
**Samuel** [2] - 38:12, 129:15
**San** [1] - 160:18
**sanctions** [1] - 91:23
**sat** [4] - 6:23, 109:3, 109:11
**satisfactorily** [1] - 184:18
**satisfied** [1] - 159:20
**saving** [1] - 66:12
**saw** [3] - 16:16, 146:1, 168:8
**scantron** [3] - 59:10, 59:13, 59:20
**scenario** [2] - 59:24, 60:1
**scenarios** [1] - 61:17
**scene** [2] - 59:24, 176:10
**schedule** [3] - 149:24, 150:3, 150:11
**school** [4] - 17:15, 17:22, 17:23, 21:12
**School** [2] - 17:17, 125:18
**Schreffler** [5] - 159:7, 159:13, 159:22, 160:12, 160:13
**score** [14] - 28:15, 28:22, 29:1, 29:17, 44:20, 63:22, 63:23, 64:1, 64:13, 64:15, 65:6, 66:9, 70:22, 71:3
**scored** [2] - 63:15, 65:22
**scores** [5] - 25:14, 55:15, 64:22, 71:17, 71:24
**scoring** [1] - 28:10
**Scott** [1] - 192:11
**scratched** [5] - 106:3, 106:5, 120:11, 198:16, 198:20
**Scroggins** [3] - 7:16, 7:19, 10:10

**Scully** [2] - 113:14, 113:15
**scuttlebutt** [2] - 75:22, 82:20
**se** [1] - 176:4
**search** [7] - 80:1, 89:7, 93:3, 93:5, 94:21, 95:17, 108:2
**season** [1] - 74:12
**second** [22] - 16:23, 33:22, 40:5, 40:19, 41:1, 49:16, 49:21, 61:1, 66:17, 69:2, 69:3, 72:18, 127:2, 129:23, 132:17, 156:14, 165:16, 179:2, 181:14, 182:15, 182:24
**secondary** [5] - 18:12, 18:16, 18:24, 19:5, 19:12
**seconds** [2] - 118:20, 123:1
**secretary** [2] - 141:10, 161:9
**secrets** [1] - 78:7
**sections** [1] - 59:12
**secure** [2] - 99:13, 102:23
**security** [13] - 13:3, 18:18, 18:22, 19:7, 19:16, 19:18, 19:21, 19:23, 21:2, 101:17, 101:21, 125:18
**sediment** [1] - 23:6
**see** [23] - 64:3, 71:8, 90:22, 91:2, 103:9, 108:20, 109:9, 114:20, 115:5, 123:7, 123:8, 143:10, 143:13, 143:15, 174:8, 174:17, 174:23, 176:12, 176:22, 191:21, 193:16, 196:15, 196:19
**seeing** [3] - 71:13, 72:6, 101:13
**seek** [5] - 53:17, 159:19, 178:2, 178:7, 194:23
**seeking** [1] - 176:13
**seeks** [1] - 194:6
**seem** [2] - 42:13, 64:23
**sees** [1] - 151:13
**select** [3] - 40:19, 41:15, 48:15
**selected** [30] - 30:23, 32:8, 32:11, 32:19,

50:11, 67:2, 67:9, 67:13, 69:12, 69:17, 69:22, 78:23, 96:13, 96:17, 97:2, 97:8, 108:3, 110:6, 113:18, 124:8, 125:4, 133:5, 133:8, 140:2, 140:7, 140:16, 163:24, 170:10, 196:11, 197:21
**selecting** [3] - 113:22, 113:24, 116:1
**selection** [9] - 49:8, 75:13, 77:11, 95:18, 98:10, 115:13, 140:21, 184:4, 193:8
**selects** [1] - 97:17
**semi** [1] - 186:21
**seminars** [1] - 48:20
**Seneca** [2] - 12:19, 13:1
**seniority** [15] - 32:23, 41:3, 42:1, 43:22, 44:1, 44:4, 44:5, 44:8, 44:13, 46:2, 47:8, 63:8, 65:16, 171:9, 171:11
**sense** [3] - 43:24, 44:15, 159:19
**sensitive** [1] - 104:23
**sent** [11] - 121:10, 122:8, 122:9, 122:11, 122:12, 152:1, 167:2, 167:14, 180:13, 180:17, 191:24
**sentence** [3] - 183:6, 184:19, 190:15
**separate** [2] - 146:22, 177:13
**sergeant** [65] - 12:6, 30:14, 30:20, 30:24, 31:3, 31:7, 31:12, 38:7, 38:18, 38:20, 50:21, 50:22, 52:15, 52:17, 53:1, 53:14, 53:18, 54:9, 54:16, 54:23, 55:8, 55:19, 56:16, 56:19, 57:4, 57:7, 60:15, 66:8, 76:16, 76:19, 85:19, 88:2, 100:15, 118:15, 118:23, 119:3, 119:7, 128:9, 128:22, 128:23, 128:24, 129:16, 132:22, 133:4, 133:8, 133:16, 134:10, 170:15,

170:18, 171:4, 171:18, 171:21, 172:6, 173:13, 175:20, 176:6, 176:12, 176:16, 177:6, 182:8, 188:5, 190:5, 192:15, 202:2
**Sergeant** [27] - 39:14, 39:15, 39:21, 67:9, 72:15, 97:23, 116:24, 132:12, 132:13, 132:17, 132:18, 132:19, 132:22, 133:18, 133:19, 133:21, 133:22, 133:24, 134:12, 182:7, 182:15, 183:7, 186:2
**sergeant's** [8] - 44:11, 53:20, 57:10, 63:20, 119:3, 119:7, 175:12, 177:19
**Sergeants** [1] - 172:18
**sergeants** [31] - 37:16, 37:18, 37:23, 38:1, 38:4, 38:23, 39:3, 51:22, 56:1, 77:4, 127:8, 127:23, 128:15, 129:6, 129:9, 130:2, 132:7, 132:11, 134:21, 135:9, 136:7, 148:12, 152:24, 157:20, 170:24, 171:14, 177:10, 177:12, 199:8
**serious** [2] - 25:3, 112:4
**serve** [1] - 117:7
**served** [2] - 44:5, 138:9
**service** [15] - 21:19, 21:20, 23:24, 29:16, 29:20, 43:7, 43:16, 44:23, 45:1, 46:1, 47:7, 63:9, 63:10, 65:16, 178:23
**set** [7] - 144:15, 144:16, 148:8, 150:7, 150:11, 180:12, 205:13
**sets** [2] - 141:24, 149:24
**setting** [1] - 150:2
**seven** [4] - 13:2, 134:22, 134:24, 180:5
**sexual** [1] - 138:7
**shared** [1] - 60:6
**shift** [48] - 33:21,

33:22, 34:8, 39:7, 39:11, 39:21, 39:23, 40:3, 40:4, 40:5, 40:6, 40:9, 40:11, 40:18, 40:19, 40:24, 41:1, 41:5, 41:7, 41:8, 41:13, 41:16, 41:18, 41:24, 42:2, 85:17, 100:3, 100:24, 127:1, 127:2, 127:3, 129:23, 132:12, 132:17, 133:17, 142:23, 150:5, 172:17, 173:9, 173:10, 182:23, 182:24, 183:2, 183:3

**shifts** [12] - 33:20, 39:8, 39:24, 40:14, 40:16, 41:15, 126:24, 131:9, 148:21, 150:4, 172:22

**ship** [3] - 22:18, 22:21, 23:2

**short** [7] - 15:19, 24:24, 53:7, 59:11, 59:17, 95:15, 105:11

**shortage** [1] - 172:19

**shortages** [1] - 173:9

**Shorthand** [1] - 205:4

**shortly** [9] - 38:19, 50:17, 73:23, 79:17, 96:14, 107:7, 114:3, 192:9

**shot** [1] - 100:10

**shoulders** [1] - 118:5

**show** [4] - 25:3, 63:23, 108:23, 191:16

**showed** [4] - 26:12, 99:16, 191:19, 191:20

**shrugged** [1] - 118:5

**shy** [1] - 22:12

**sick** [2] - 172:23, 173:9

**side** [8] - 18:18, 18:21, 78:11, 98:10, 100:2, 100:12, 125:24

**side-by-side** [1] - 125:24

**sign** [1] - 181:1

**Signature** [1] - 204:9

**signature** [5] - 180:21, 204:10, 204:14, 204:16, 204:18

**signed** [2] - 191:9, 191:11

**significantly** [2] - 71:5, 173:22

**silly** [1] - 149:13

**similar** [2] - 42:11, 136:13

**simple** [1] - 158:5

**simpler** [1] - 6:11

**simply** [1] - 88:14

**single** [2] - 109:4, 180:4

**sit** [6] - 164:24, 175:5, 196:21, 196:22, 198:18, 202:17

**situation** [4] - 186:18, 187:8, 189:15, 190:21

**situations** [1] - 151:7

**six** [18] - 13:1, 54:4, 55:7, 55:12, 80:21, 83:7, 105:24, 106:17, 106:23, 107:13, 107:14, 111:12, 120:6, 123:5, 124:7, 176:2, 180:4, 195:11

**size** [1] - 112:11

**Skelly** [40] - 24:12, 36:7, 36:19, 36:22, 78:2, 78:3, 78:22, 88:20, 89:8, 93:7, 93:22, 94:2, 94:8, 94:18, 95:4, 96:11, 96:13, 97:14, 106:11, 107:23, 108:19, 110:2, 110:7, 110:8, 113:14, 113:15, 113:16, 126:10, 126:12, 168:6, 168:10, 168:14, 168:15, 168:18, 168:19, 168:22, 168:23, 181:14, 181:20, 181:24

**skills** [1] - 59:23

**skip** [9] - 72:16, 116:23, 165:22, 166:3, 166:5, 166:6, 167:21, 168:11, 199:5

**skipped** [26] - 48:24, 49:12, 49:18, 49:19, 49:21, 98:24, 118:15, 119:6, 133:7, 133:9, 159:12, 165:2, 165:10, 166:3, 166:4, 166:12, 167:19, 168:6, 170:11, 188:24, 189:11, 190:6, 192:8, 194:13,

195:7, 196:24

**skipping** [3] - 50:10, 118:16, 118:22

**sleep** [4] - 41:10, 197:4, 197:6, 197:10

**slid** [1] - 183:24

**small** [2] - 100:2, 144:15

**Sneed** [41] - 70:16, 70:20, 96:23, 97:8, 97:22, 98:10, 98:22, 104:20, 113:18, 113:22, 113:24, 114:3, 117:1, 117:14, 118:14, 118:22, 119:6, 119:19, 120:12, 120:18, 121:14, 121:20, 121:23, 122:17, 123:3, 123:6, 124:6, 124:12, 124:24, 125:5, 166:24, 167:14, 168:5, 168:12, 168:13, 170:10, 181:16, 181:17, 182:19, 190:3, 192:16

**Sneed's** [8] - 98:18, 101:6, 117:22, 118:12, 119:16, 125:22, 182:20, 192:14

**so-called** [1] - 175:19

**so..** [4] - 13:4, 116:13, 176:10, 198:10

**social** [2] - 90:4, 90:10

**someone** [9] - 19:2, 49:8, 53:13, 57:1, 86:22, 87:17, 104:6, 161:9, 203:20

**sometime** [5] - 34:3, 70:1, 79:17, 96:17

**Sometimes** [1] - 22:23

**sometimes** [6] - 23:1, 27:7, 43:6, 46:15, 46:16, 177:14

**somewhere** [8] - 7:11, 26:20, 38:19, 57:20, 84:12, 89:14, 113:12, 172:4

**son** [1] - 7:18

**soon** [5] - 26:16, 74:3, 101:12, 179:7, 183:11

**sooner** [1] - 202:11

**Sorry** [1] - 43:22

**sorry** [20] - 10:8, 10:16, 21:7, 23:19, 49:14, 82:4, 118:6,

121:18, 122:5, 124:3, 124:5, 129:12, 131:18, 131:21, 132:16, 134:3, 134:4, 172:24, 183:10

**sort** [13] - 11:14, 22:7, 27:5, 93:23, 94:17, 100:4, 100:16, 100:19, 103:1, 145:15, 149:23, 151:17, 172:12

**sound** [1] - 111:17

**sounds** [1] - 182:13

**South** [1] - 2:3

**speaking** [1] - 5:22

**special** [1] - 104:20

**specific** [1] - 148:8

**specifically** [3] - 103:10, 109:13, 122:20

**specifics** [1] - 110:11

**specified** [1] - 205:9

**speculation** [3] - 82:16, 86:19, 98:15

**speed** [1] - 111:22

**spell** [2] - 4:8, 132:15

**spelling** [2] - 17:11, 124:1

**spending** [2] - 195:12, 196:1

**spent** [1] - 196:8

**spot** [4] - 30:22, 30:23, 83:15, 114:11, 125:10, 128:5

**spring** [2] - 24:6, 74:13

**squad** [12] - 65:11, 99:4, 99:23, 99:24, 100:3, 100:5, 101:23, 107:18, 110:18, 110:22, 142:15, 146:14

**ss** [1] - 205:1

**STACEY** [3] - 1:15, 205:4, 205:16

**Stacey** [1] - 2:23

**staff** [40] - 13:2, 19:2, 27:12, 47:17, 61:22, 62:13, 84:2, 115:1, 126:2, 127:6, 127:18, 129:19, 130:5, 141:18, 149:19, 152:10, 152:20, 153:1, 153:3, 153:8, 153:13, 153:15, 154:21, 156:2, 156:17, 156:18,

157:3, 157:7, 157:19, 157:23, 158:2, 158:3, 163:16, 184:17, 193:5, 199:8, 201:21

**stairs** [2] - 144:16

**Stanard** [7] - 57:24, 58:1, 58:14, 58:15, 59:14, 120:21

**STANARD** [1] - 58:1

**stand** [5] - 71:4, 71:6, 197:7, 197:24, 198:4

**standard** [2] - 20:5, 57:24

**start** [5] - 5:21, 6:2, 34:3, 202:10, 203:17

**started** [5] - 34:2, 70:1, 90:2, 90:3, 100:21

**state** [3] - 4:7, 93:20, 194:2

**State** [9] - 18:2, 86:3, 86:6, 86:9, 88:17, 89:4, 90:17, 92:5, 205:4

**STATE** [1] - 205:1

**statement** [4] - 187:5, 187:11, 187:20, 187:23

**statements** [2] - 117:3, 166:7

**states** [3] - 156:21, 194:4, 194:6

**STATES** [1] - 1:1

**States** [1] - 1:17

**stating** [2] - 161:23, 169:6

**station** [11] - 23:15, 24:21, 26:22, 29:11, 103:3, 103:15, 140:12, 145:13, 145:18, 146:21, 158:18

**statistics** [1] - 153:19

**status** [1] - 22:13

**statute** [1] - 137:6

**stay** [3] - 135:23, 180:1, 180:4

**stayed** [6] - 84:8, 87:7, 92:12, 102:19, 128:9, 179:10

**stenographically** [1] - 205:6

**step** [3] - 25:7, 26:1, 162:5

**stepped** [3] - 83:8, 83:16, 184:23

**steps** [3] - 25:13, 42:10, 143:2

**STERK** [1] - 2:8

**Steve** [2] - 128:20, 129:2
**Steven** [1] - 190:4
**sticks** [1] - 112:8
**still** [26] - 22:13, 30:18, 31:1, 36:20, 38:8, 38:14, 40:14, 52:9, 69:9, 71:22, 72:24, 73:6, 74:24, 83:12, 88:17, 92:3, 106:11, 107:23, 108:11, 121:21, 123:3, 131:8, 135:8, 173:13, 184:1, 186:12
**stipend** [3] - 135:18, 177:13, 179:13
**stole** [1] - 111:15
**stolen** [1] - 134:1
**stop** [2] - 180:3, 186:20
**Street** [2] - 1:19, 2:9
**street** [4] - 83:2, 150:7, 173:8, 173:9
**streets** [1] - 40:10
**stressful** [2] - 68:7, 197:10
**strictly** [1] - 178:5
**strike** [5] - 105:9, 107:9, 174:11, 200:14, 202:8
**struck** [8] - 101:4, 104:5, 107:1, 107:16, 108:11, 108:21, 110:18, 110:21
**structurally** [1] - 34:24
**structure** [3] - 125:6, 142:1, 148:21
**studied** [1] - 104:3
**study** [10] - 54:12, 54:15, 54:17, 55:14, 56:7, 57:12, 154:6, 195:16, 195:17, 196:21
**studying** [2] - 196:9, 202:20
**stuff** [6] - 22:8, 43:12, 92:4, 109:8, 147:8, 159:9
**subcommittee** [1] - 94:19
**subject** [3] - 115:8, 136:3, 137:10
**subjective** [5] - 45:1, 45:7, 45:11, 45:12, 63:4
**submit** [6] - 65:23, 66:1, 66:2, 76:4, 79:2, 121:7

**submitted** [9] - 24:23, 72:24, 73:4, 73:6, 77:21, 78:1, 78:4, 89:8, 121:9
**subsequent** [2] - 30:7, 80:7
**substantiated** [2] - 161:23, 162:1
**sue** [1] - 162:3
**sued** [4] - 7:8, 8:22, 159:23, 160:1
**sufficient** [1] - 55:12
**suggested** [2] - 94:5, 159:8
**suing** [1] - 160:2
**suit** [2] - 14:13, 161:14
**Suite** [1] - 2:4
**summary** [1] - 63:14
**summer** [7] - 22:16, 23:23, 34:4, 34:5, 34:6, 34:10, 74:13
**Sunday** [3] - 168:8, 168:20, 169:2
**supervision** [1] - 153:2
**supervisory** [1] - 88:14
**supplied** [1] - 190:11
**support** [1] - 98:14
**supposed** [5] - 11:15, 22:4, 47:14, 53:24, 54:2
**Suprenant** [6] - 186:10, 186:20, 186:22, 186:24, 187:15, 187:16
**surrounding** [1] - 192:14
**suspense** [1] - 115:22
**suspension** [4] - 137:21, 138:9, 138:21, 139:1
**swearing** [1] - 75:7
**switched** [1] - 184:9
**sworn** [11] - 4:3, 74:2, 74:23, 75:7, 105:12, 105:13, 105:15, 106:1, 107:8, 130:18, 130:19
**system** [2] - 91:24, 177:16

# T

**T-e-a-g-a-n** [1] - 17:1
**tabulate** [1] - 55:14
**tabulated** [3] - 28:11, 191:15, 196:23
**tabulations** [2] - 71:17, 73:3

**tacked** [2] - 65:18, 100:20
**take-home** [2] - 175:20, 176:2
**talks** [1] - 49:4
**tally** [1] - 134:24
**task** [1] - 111:16
**tax** [3] - 174:3, 174:14, 175:3
**taxes** [1] - 171:20
**teach** [1] - 121:17
**Teagan** [1] - 17:1
**team** [2] - 134:17, 134:20
**teens** [1] - 172:4
**ten** [9] - 52:10, 60:6, 65:24, 66:4, 72:6, 137:21, 138:9, 138:21, 139:1
**ten-day** [4] - 137:21, 138:9, 138:21, 139:1
**ten-shared** [1] - 60:6
**tenure** [1] - 154:16
**termed** [2] - 46:19, 82:20
**terminated** [1] - 162:21
**termination** [2] - 163:4, 163:8
**test** [59] - 23:6, 24:16, 25:8, 25:9, 25:10, 25:11, 25:20, 25:21, 25:22, 26:4, 26:5, 26:9, 26:10, 26:12, 26:13, 26:14, 28:17, 30:21, 31:12, 54:16, 55:14, 55:15, 56:5, 56:8, 56:15, 56:18, 56:21, 57:4, 57:7, 57:10, 57:11, 57:15, 57:22, 59:2, 59:5, 59:10, 59:12, 60:19, 60:21, 60:22, 60:24, 61:9, 61:12, 61:13, 62:17, 63:24, 70:6, 73:13, 123:15, 195:21, 196:7, 196:10, 196:13, 196:14, 196:16, 196:19, 198:1
**tested** [5] - 25:19, 94:21, 104:3, 104:4, 192:15
**testified** [6] - 4:4, 163:14, 181:20, 189:17, 193:16, 203:5
**testimony** [1] - 107:9, 205:7
**testing** [42] - 25:24,

30:7, 42:4, 42:10, 42:23, 43:15, 43:23, 44:2, 45:23, 47:2, 48:10, 54:5, 55:19, 56:2, 56:6, 57:9, 58:3, 58:9, 58:13, 58:17, 58:19, 58:23, 59:1, 60:13, 60:14, 60:15, 60:20, 62:16, 63:11, 64:9, 64:17, 67:16, 70:1, 70:24, 71:10, 74:5, 75:2, 120:22, 148:9, 170:3, 170:4, 195:5
**tests** [4] - 59:6, 59:8, 59:10, 123:14
**textbooks** [2] - 54:13, 54:19
**texted** [2] - 160:17, 160:19
**that's..** [1] - 134:5
**THE** [10] - 1:1, 1:1, 1:7, 86:21, 127:14, 156:16, 204:15, 204:19, 204:21, 204:23
**theft** [1] - 14:24
**then..** [1] - 69:24
**Theodore** [2] - 21:15, 22:17
**therapist** [1] - 194:20
**therapists** [1] - 194:12
**therapy** [2] - 178:2, 178:8
**thereabouts** [1] - 96:1
**thereafter** [1] - 205:6
**therefore** [2] - 51:22, 55:7
**they've** [6] - 37:20, 41:20, 56:23, 57:2, 64:18
**thick** [1] - 60:10
**thinking** [9] - 101:14, 106:17, 114:7, 115:3, 115:14, 115:15, 116:3, 116:20
**third** [17] - 40:6, 40:24, 41:1, 49:16, 49:21, 72:16, 104:1, 118:11, 127:3, 129:23, 133:14, 144:5, 164:24, 165:17, 182:24, 190:4, 192:10
**thousand** [2] - 170:21, 171:23
**three** [85] - 13:19, 16:3, 21:23, 22:2, 22:3, 22:12, 23:8,

23:21, 30:2, 32:16, 33:20, 36:24, 39:2, 39:24, 44:10, 44:12, 45:4, 45:14, 48:12, 48:14, 48:15, 48:21, 49:6, 49:8, 49:9, 49:12, 50:5, 53:16, 53:23, 53:24, 54:1, 54:3, 55:1, 55:4, 56:17, 57:3, 57:7, 58:12, 61:16, 62:9, 62:11, 67:4, 67:6, 67:8, 67:15, 68:17, 72:2, 73:5, 74:7, 80:21, 83:7, 84:12, 85:1, 85:16, 89:2, 105:17, 105:21, 106:21, 106:22, 107:10, 107:12, 124:13, 126:24, 129:9, 129:12, 129:13, 129:21, 131:8, 134:20, 134:23, 135:1, 146:20, 148:17, 155:3, 155:6, 156:20, 157:13, 165:6, 165:8, 165:9, 173:17, 185:13, 195:16, 197:6
**three-year** [2] - 22:2, 67:15
**threshold** [1] - 28:23
**threw** [1] - 78:18
**thrown** [2] - 78:16, 89:1
**Thursday** [2] - 115:1, 168:9
**tight** [2] - 104:21, 186:6
**Tim** [5] - 104:22, 114:4, 116:21, 117:14, 198:13
**timeline** [1] - 106:20
**timing** [1] - 198:15
**TIMOTHY** [4] - 1:3, 1:14, 3:1, 4:1
**Timothy** [2] - 4:9, 4:18
**to..** [1] - 25:15
**today** [3] - 175:5, 198:18, 204:21
**today's** [1] - 36:19
**together** [2] - 55:8, 59:2, 60:7, 111:16
**tomorrow** [2] - 115:6, 115:21
**tone** [2] - 5:24, 141:24
**took** [24] - 25:17, 26:5, 50:16, 57:18, 60:23, 61:2, 61:9, 74:20,

89:13, 90:11, 92:20, 106:8, 109:3, 109:8, 110:1, 123:15, 182:17, 183:12, 185:10, 191:4, 192:18, 201:14, 204:12
**top** [12] - 25:17, 28:21, 28:24, 45:15, 48:14, 49:6, 49:9, 49:15, 83:12, 114:2, 133:11, 157:24
**total** [5] - 22:4, 22:5, 65:18, 178:13, 199:10
**totally** [1] - 12:24
**tough** [4] - 94:14, 113:10, 127:9
**toward** [1] - 69:20
**towards** [1] - 57:6
**town** [2] - 17:10, 113:10
**traffic** [1] - 186:20
**Training** [2] - 33:4, 33:19
**training** [10] - 19:20, 19:24, 33:6, 33:15, 33:23, 39:10, 48:21, 142:18, 144:20
**transcript** [2] - 204:11, 205:7
**Transportation** [4] - 20:23, 21:1, 21:4, 21:8
**trauma** [1] - 196:6
**travels** [1] - 159:10
**treasurer** [1] - 141:10
**treated** [2] - 88:12
**trial** [14] - 10:19, 10:21, 10:22, 11:2, 11:3, 11:14, 13:9, 13:12, 13:13, 13:16, 13:23, 13:24, 14:2
**tries** [1] - 99:5
**trooper** [2] - 86:10, 86:11
**trucking** [1] - 21:4
**true** [2] - 72:22, 205:7
**trust** [2] - 204:12, 204:23
**try** [9] - 5:7, 6:10, 8:4, 36:6, 41:2, 55:5, 89:19, 101:18, 132:10
**trying** [7] - 7:5, 8:20, 24:15, 107:5, 176:12, 190:12, 202:9
**Tuesday** [1] - 169:2
**tweak** [3] - 42:13,

42:16, 42:22
**twilight** [1] - 41:12
**two** [68] - 13:19, 16:15, 22:2, 22:14, 22:15, 23:22, 33:1, 35:7, 36:14, 36:24, 39:2, 41:20, 42:19, 42:21, 43:13, 43:14, 45:14, 45:19, 46:20, 54:16, 55:1, 61:23, 62:3, 62:12, 69:18, 71:12, 72:13, 74:6, 77:18, 78:20, 82:6, 85:16, 95:8, 96:9, 103:3, 107:15, 107:21, 109:22, 111:10, 117:13, 117:16, 117:19, 118:16, 118:17, 118:22, 119:5, 126:9, 126:14, 127:20, 129:10, 129:11, 131:16, 132:11, 132:23, 133:24, 136:10, 136:14, 156:3, 158:4, 159:11, 170:2, 173:6, 173:16, 176:21, 179:19, 190:6, 201:20, 203:4
**two-year** [1] - 107:21
**type** [11] - 12:8, 22:18, 43:4, 53:9, 59:10, 75:12, 94:19, 135:13, 178:4, 185:21, 190:19
**types** [2] - 21:1, 23:7
**typically** [4] - 53:19, 57:14, 61:24, 114:9
**Tyson** [1] - 129:5

## U

**ultimate** [2] - 64:19, 75:3
**ultimately** [3] - 92:15, 108:3, 151:17
**unclear** [1] - 74:6
**under** [27] - 30:4, 35:1, 35:3, 35:22, 37:15, 60:21, 75:4, 85:2, 126:1, 127:4, 128:18, 129:8, 130:6, 131:19, 134:9, 134:16, 140:8, 146:24, 152:21, 157:2, 157:18, 165:14, 165:17, 178:1,

185:6, 192:18, 194:3
**underneath** [3] - 58:12, 131:17, 132:11
**understood** [1] - 6:13
**unfair** [2] - 46:23, 121:5
**unfairly** [1] - 195:7
**unfounded** [2] - 12:24, 14:3
**uniform** [8] - 20:2, 20:3, 20:6, 20:7, 20:19, 39:12, 150:7, 177:5
**union** [12] - 46:10, 46:13, 46:17, 47:18, 48:21, 50:3, 136:5, 141:8, 141:12, 188:10, 188:13, 188:24
**unionized** [1] - 136:12
**unions** [3] - 136:5, 141:2, 141:5
**unit** [6] - 119:17, 119:19, 120:1, 129:24, 134:1, 182:15
**UNITED** [1] - 1:1
**United** [1] - 1:16
**University** [3] - 18:2, 33:5, 121:18
**unless** [4] - 77:20, 103:18, 137:4, 182:22
**up** [71] - 8:5, 15:11, 15:14, 23:3, 26:12, 29:18, 30:1, 44:24, 49:5, 53:21, 54:6, 56:9, 57:20, 59:15, 66:5, 72:5, 81:18, 87:22, 88:1, 88:2, 91:18, 94:14, 100:20, 101:12, 102:19, 103:11, 104:8, 107:6, 108:8, 108:10, 109:10, 109:13, 109:14, 110:12, 110:15, 111:22, 112:23, 114:10, 115:9, 118:20, 123:1, 125:10, 130:22, 133:10, 134:24, 135:13, 135:18, 142:19, 144:15, 145:10, 148:8, 148:10, 153:23, 155:19, 156:21, 157:3, 159:16, 162:15, 173:16,

176:24, 179:11, 179:13, 181:11, 183:23, 184:4, 191:3, 198:20, 202:24
**upcoming** [1] - 103:4
**upheld** [1] - 163:9
**upper** [1] - 126:1
**Upton** [2] - 38:7, 39:4
**Urbana** [1] - 12:11
**URBANA** [1] - 1:2
**USS** [2] - 21:15, 22:17
**utilized** [1] - 31:11

## V

**V-4** [1] - 22:22
**vacant** [1] - 140:17
**vacation** [3] - 171:8, 172:23
**valid** [2] - 31:1, 55:7
**variety** [1] - 23:7
**various** [3] - 19:6, 141:2, 144:10
**vehicle** [4] - 7:7, 14:13, 90:11, 176:5
**verbal** [1] - 5:15
**verbally** [1] - 160:15
**verify** [1] - 66:3
**versus** [1] - 4:19
**veteran** [1] - 66:3
**veteran's** [2] - 65:24, 66:3
**vice** [1] - 141:11
**viewing** [1] - 101:17
**village** [1] - 77:10
**violated** [1] - 51:21
**Virginia** [3] - 93:20, 93:23, 110:7
**visible** [1] - 102:17
**voluntarily** [5] - 89:6, 92:17, 172:19, 184:23, 185:16
**vote** [8] - 190:22, 191:9, 191:12, 191:13, 191:15, 191:17, 192:2, 192:7
**voted** [3] - 191:16, 191:19, 191:20
**vs** [1] - 1:6

## W

**W-2's** [1] - 174:17
**wage** [1] - 135:11
**wages** [1] - 178:5
**wait** [4] - 5:20, 114:10, 115:21, 196:23
**waive** [4] - 73:8, 204:13, 204:15,

204:17
**walk** [1] - 99:5
**walked** [1] - 116:19
**wall** [5] - 98:17, 98:23, 100:1, 100:4, 106:1
**watercooler** [1] - 50:8
**wave** [1] - 5:17
**wayside** [1] - 90:21
**wean** [1] - 25:8
**wear** [3] - 20:2, 20:5, 20:7
**Wednesday** [2] - 168:8, 169:3
**week** [2] - 176:8, 195:23
**weekend** [2] - 22:15, 23:22
**weeks** [10] - 22:15, 23:22, 32:16, 33:7, 34:2, 54:16, 160:21, 169:1, 176:1, 176:2
**weight** [1] - 45:9
**weighted** [2] - 63:23, 64:1
**Wells** [15] - 74:16, 74:23, 88:8, 122:18, 139:19, 139:22, 143:9, 146:1, 166:6, 167:17, 167:20, 185:22, 187:19, 192:3, 192:21
**WELLS** [1] - 1:9
**Wells-Armstrong** [15] - 74:16, 74:23, 88:8, 122:18, 139:19, 139:22, 143:9, 146:1, 166:6, 167:17, 167:20, 185:22, 187:19, 192:3, 192:21
**WELLS-ARMSTRONG** [1] - 1:9
**West** [2] - 1:18, 2:9
**WHEREOF** [1] - 205:13
**white** [49] - 118:16, 118:17, 118:23, 119:5, 124:2, 124:5, 124:24, 125:7, 126:7, 126:12, 127:6, 127:20, 129:3, 129:4, 129:5, 130:9, 131:2, 131:6, 131:24, 132:4, 132:5, 132:6, 132:14, 132:17, 132:19, 133:19, 133:20, 133:23, 134:12, 134:20,

134:21, 135:1, 154:13, 157:16, 158:7, 165:1, 165:9, 186:22, 188:6, 190:6, 191:3, 199:15, 199:19
**White** [1] - 134:4
**whites** [2] - 134:22, 157:10
**whole** [8] - 43:11, 64:19, 67:4, 81:21, 100:13, 170:3, 186:8, 196:2
**wide** [2] - 60:12, 60:17
**wife** [1] - 196:1
**wife's** [1] - 16:7
**willfully** [1] - 82:11
**Willie** [43] - 38:17, 39:4, 51:3, 52:1, 52:17, 78:18, 80:24, 81:1, 81:2, 81:9, 81:11, 81:14, 81:24, 82:10, 84:5, 84:15, 84:22, 85:2, 92:22, 95:14, 103:20, 104:19, 104:21, 105:15, 105:16, 106:21, 107:9, 107:11, 122:19, 122:23, 125:7, 125:9, 125:20, 126:7, 140:14, 140:15, 152:8, 165:23, 166:3, 187:12, 187:14, 193:2
**WILLIE** [1] - 1:9
**win** [1] - 79:15
**window** [2] - 116:14, 116:17
**wise** [2] - 179:16, 200:1
**wish** [4] - 4:13, 10:5, 11:21, 12:20
**wishing** [1] - 65:23
**withdrew** [1] - 185:16
**witness** [1] - 4:2
**WITNESS** [7] - 86:21, 127:14, 156:16, 204:15, 204:19, 204:23, 205:13
**witnesses** [1] - 13:2
**WKAN** [1] - 191:1
**wondering** [3] - 89:16, 104:10, 166:16
**word** [3] - 159:10, 160:1, 196:5
**words** [1] - 169:8
**worker** [2] - 159:6, 159:7

**workers** [2] - 75:23, 158:18
**workers'** [1] - 14:17
**workings** [1] - 145:20
**Works** [1] - 151:16
**works** [6] - 53:19, 81:21, 111:20, 142:22, 150:4, 150:5
**world** [1] - 55:11
**worth** [1] - 63:24
**wrist** [2] - 99:13, 99:16
**wristbands** [1] - 99:12
**write** [7] - 25:2, 41:2, 60:2, 121:22, 122:1, 126:3, 156:4
**writing** [9] - 47:11, 47:23, 59:18, 59:23, 76:4, 76:20, 98:17, 98:23, 99:2
**written** [26] - 25:10, 25:11, 26:4, 26:5, 26:14, 28:17, 57:15, 57:21, 59:2, 59:5, 59:16, 60:19, 60:22, 61:11, 62:20, 63:12, 63:15, 63:22, 64:4, 64:10, 64:13, 64:18, 64:22, 65:1, 71:18, 71:24
**wrongdoing** [1] - 11:24
**wrote** [6] - 98:22, 101:5, 121:13, 121:19, 122:7, 134:10

# Y

**Yates** [23] - 27:24, 28:2, 28:8, 68:11, 70:5, 122:18, 140:4, 140:7, 140:12, 152:8, 165:23, 166:5, 166:13, 166:16, 166:21, 167:2, 167:12, 187:6, 187:8, 193:11, 197:17, 197:18, 198:2
**YATES** [1] - 1:10
**year** [33] - 13:15, 15:23, 17:18, 17:24, 21:18, 22:2, 24:16, 33:13, 38:15, 41:17, 54:1, 56:20, 57:4, 67:15, 69:16, 69:17, 79:12, 106:23, 106:24, 107:14, 107:15, 107:21, 130:20, 130:22,

137:24, 170:2, 174:4, 174:10, 174:18, 175:15, 179:18, 179:19, 183:19
**yearly** [1] - 179:14
**years** [79] - 7:1, 13:17, 13:19, 16:3, 21:23, 22:3, 22:5, 22:12, 22:14, 23:8, 23:10, 24:13, 33:1, 36:24, 37:4, 37:5, 37:21, 41:7, 42:22, 43:5, 44:5, 44:10, 44:12, 45:23, 46:24, 48:10, 52:10, 52:13, 53:16, 53:23, 53:24, 54:2, 54:3, 55:1, 55:4, 56:17, 56:24, 57:2, 57:3, 57:5, 57:7, 57:16, 61:5, 65:15, 67:4, 67:6, 69:18, 72:3, 85:14, 88:11, 96:8, 96:9, 96:10, 107:15, 118:15, 122:3, 124:13, 132:23, 160:16, 160:22, 165:1, 165:5, 174:8, 175:4, 178:13, 178:15, 178:16, 178:17, 178:23, 179:6, 179:10, 179:15, 179:18, 179:20, 203:6, 203:9, 203:10, 204:22
**yesterday** [1] - 157:24
**yourself** [5] - 9:2, 67:9, 124:12, 127:10, 141:4

# Z

**Z-i-n-g-r-e** [1] - 134:14
**zero** [3] - 11:8, 44:24, 157:7
**Zero** [1] - 157:5
**Zingre** [2] - 133:20, 134:12
**ZINGRE** [1] - 133:20
**Zoom** [1] - 161:19