Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
Paul Berge, et al. vs. City of Kankakee, et al
2:20-cv-02310-CSB-EIL # 157-4 Page 1 of 80
E-FILED
Friday, 17 June, 2022 10:54:57 AM
Clerk, U.S. District Court, ILCD

```
1          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT - LAW DIVISION
2

3     PAUL BERGE and TIMOTHY      )
      KREISSLER,                  )
4                                 )
           Plaintiffs,            )
5                                 )
           vs.                    ) No. 20-cv-2310
6                                 )
      CITY OF KANKAKEE, POLICE    )
7     AND FIRE COMMISSION OF      )
      THE CITY OF KANKAKEE,       )
8     CHIEF FRANK KOSMAN,         )
      MAYOR CHASTITY              )
9     WELLS-ARMSTRONG, WILLIE     )
      HUNT, NICKEY F. YATES,      )
10    Individually and in         )
      their Official Capacity,    )
11                                )
           Defendants.            )
12

13

14           The discovery deposition of CHASITY

15    WELLS-ARMSTRONG, taken in the above-entitled cause,

16    before Brenda S. Hall, Certified Shorthand Reporter

17    of the State of Illinois, CSR License No. 084-003359,

18    on Thursday, March 24, 2022, at 12:30 p.m., 206 South

19    Jefferson Street, Suite 100, Chicago, Illinois,

20    pursuant to notice.

21

22

23

24
```

EXHIBIT C

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #57-7 Page 2 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1   PRESENT:

2           HERBERT LAW FIRM
            BY:  MR. DANIEL Q. HERBERT
3           206 South Jefferson Street
            Suite 100
4           Chicago, Illinois  60661
            (312) 655-7660
5           dan.herbert@danherbertlaw.com

6               Appeared on behalf of Plaintiffs;

7

            ODELSEN, STERK, MURPHEY, FRAZIER, MCGRATH
8           BY:  MR. MICHAEL MCGRATH
            3318 W. 95th Street
9           Evergreen Park, Illinois  60805
            (708) 424-5678
10          mmcgrath@osmfm.com

11              Appeared on behalf of Defendants.

12

13

14

15                      *     *     *

16

17

18

19

20

21

22

23

24



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  #-174  Page 3 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

```
1                        I N D E X
   WITNESS                                EXAMINATION
2
   CHASITY WELLS-ARMSTRONG
3
      By Mr. Herbert                           5
4
      By Mr. McGrath                          199
5

6

7

8

9

10                     E X H I B I T S
   NUMBER                              MARKED FOR ID
11
   Wells-Armstrong Deposition Exhibit
12
                  (NO EXHIBITS MARKED.)
13

14

15

16

17

18

19

20

21

22

23

24
```



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 157-4 Page 4 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1     (Whereupon, the witness was
2     duly sworn.)
3     MR. HERBERT: Good morning,
4 Ms. Wells-Armstrong. How are you?
5     THE WITNESS: Good morning. I'm doing well.
6     MR. HERBERT: Good.
7     THE WITNESS: Thank you. How are you?
8     MR. HERBERT: I'm good. Thank you.
9     And we took a deposition in a
10 previous case, so you know some of the rules that
11 we're looking for here, and I'll just go over them
12 quickly.
13     THE WITNESS: And you are?
14     MR. HERBERT: I am Dan Herbert, the lawyer
15 for the Plaintiffs Paul Berge.
16     And this is the discovery deposition
17 of one of the individual defendants, former Mayor
18 Chastity Wells-Armstrong, Case No. 20-cv-2310.
19     As far as the deposition goes,
20 obviously we need verbal answers, so not a shaking of
21 the head or a shrug of the shoulders. You might
22 anticipate what my question is going to be before I
23 finish asking it, just wait, allow me to get the
24 question out and then give your answer.
Page 4

1     If you don't understand a
2 question -- it's going to be my guess there's going
3 to be some you don't understand. Feel free to ask me
4 to repeat it. And if you need to take a break at any
5 point, that is fine. I just ask that if there is a
6 question pending that you answer the question before
7 taking a break.
8     THE WITNESS: I'm going to set an alarm on my
9 phone because of parking.
10     MR. HERBERT: Okay.
11     THE WITNESS: So I don't get a ticket.
12     MR. HERBERT: That's all right. How much
13 time do you have on the meter?
14     THE WITNESS: Three hours, and I was here
15 probably 20 minutes early. So I'm going to set it
16 for 2:45. 3:02 I think my time is up. I'll set it
17 for 2:50. Feed meter. Okay. I'm ready.
18     CHASITY WELLS-ARMSTRONG,
19 called as a witness herein, was examined and
20 testified as follows:
21     EXAMINATION
22 BY MR. HERBERT:
23     Q. Have you prepared for this deposition in
24 any way by reviewing any documents?
Page 5

1     A. No.
2     Q. Have you reviewed the lawsuit in this
3 case?
4     A. No.
5     Q. We talked about an earlier deposition
6 that you gave. Have you ever read the transcript
7 from that deposition?
8     A. I don't recall. I don't recall.
9     Q. Okay.
10     A. It's been a while.
11     Q. Do you know if any of the answers that
12 you gave in the previous deposition, do you know if
13 any answers in that deposition, do you know now any
14 of those answers are incorrect?
15     A. Okay. What deposition are you referring
16 to?
17     Q. Okay. You gave a dep in the Michael
18 Shreffler S-h-r-e-f-f-l-e-r case against the City of
19 Kankakee.
20     A. Okay. Yes.
21     Q. So have you reviewed that transcript?
22     A. Recently, no.
23     Q. Okay. But you've read it?
24     A. I believe so.
Page 6

1     Q. Okay. Is there anything in there that
2 you would --
3     A. Let me just clarify.
4     THE WITNESS: I would have read it after I
5 gave my deposition, correct?
6     MR. MCGRATH: You know, the city was
7 represented by another law firm, so I don't have it.
8     THE WITNESS: Okay. Okay. But to my
9 knowledge --
10     MR. MCGRATH: I don't know if they sent it to
11 you to review. It would have been after you were
12 deposed.
13     THE WITNESS: To my knowledge, everything was
14 fine.
15 BY MR. HERBERT:
16     Q. Okay. Everything that you said in there
17 was true to the best of your knowledge?
18     A. Yes. To the best of my knowledge, yes.
19     Q. Okay. And as you sit here today, you
20 don't know of anything that you said back then that
21 wasn't true?
22     A. Correct.
23     Q. Okay. What are you currently doing for
24 work?
Page 7



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-Fil - #174 Page 5 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

| | |
|---|---|
| ¹ THE WITNESS: Do I have to answer that? | ¹ been between '17 and '20. |
| ² MR. MCGRATH: You do. You have to answer his | ² Q. Can you be more specific as to what year |
| ³ questions because you're a party to the case. | ³ it was? |
| ⁴ THE WITNESS: I am a village manager. | ⁴ A. I can't. |
| ⁵ BY MR. HERBERT: | ⁵ Q. Okay. |
| ⁶ Q. Okay. A village manager for whom? | ⁶ A. I don't recall. |
| ⁷ A. The Village of Maywood. | ⁷ Q. So you met him somewhere between the 17th |
| ⁸ Q. And is that an elected position? | ⁸ and the 20th? |
| ⁹ A. Appointed. | ⁹ A. I would say close to maybe '18, between |
| ¹⁰ Q. And who appointed you? | ¹⁰ '18 and '20. |
| ¹¹ A. The board. | ¹¹ Q. Okay. And I said the 20th. I meant -- |
| ¹² Q. The board of? | ¹² A. 2020. |
| ¹³ A. Trustees. | ¹³ Q. Okay. So 2018 and 2020 is when you would |
| ¹⁴ Q. The board of trustees. And when were | ¹⁴ have first met Nathaniel Booker? |
| ¹⁵ you -- when did you begin that position? | ¹⁵ A. Uh-huh. |
| ¹⁶ A. June 8th I was appointed, and I started | ¹⁶ Q. Yes? |
| ¹⁷ on June 9th. | ¹⁷ A. Yes. Sorry. |
| ¹⁸ Q. And did you replace a previous village | ¹⁸ Q. And that would have been at either of two |
| ¹⁹ manager? | ¹⁹ conferences, the labor conference? |
| ²⁰ A. Yes. | ²⁰ A. Illinois Municipal League or the National |
| ²¹ Q. And who was that? | ²¹ League of Cities. |
| ²² A. Willie Norfleet, Jr. | ²² Q. Okay. And how is it that you were -- |
| ²³ Q. N-o-r-t-h-f-l -- | ²³ that you first became involved in the process to be |
| ²⁴ A. N-o-r-f-l-e-e-t and he's a junior. | ²⁴ appointed the village manager? |
| Page 8 | Page 10 |

| | |
|---|---|
| ¹ Q. And who's the mayor of Maywood? | ¹ A. I called to congratulate my friends in |
| ² A. Nathaniel Booker. | ² their elections or check on them, the ones that I |
| ³ Q. Do you know how long he's been mayor? | ³ knew were running, and I had a conversation with him |
| ⁴ A. May 18th he was sworn in of 2021. | ⁴ on the phone. |
| ⁵ Q. And when was your election that you ended | ⁵ Q. Okay. And when you say him, you mean |
| ⁶ up not winning? | ⁶ Nathaniel? |
| ⁷ A. April 7th, I think. April 7th of 2021. | ⁷ A. Nathaniel, uh-huh, the mayor. |
| ⁸ April 6th or... | ⁸ Q. Who were the friends that you called |
| ⁹ Q. That's okay. | ⁹ regarding the election? |
| ¹⁰ A. April 2021. | ¹⁰ A. Mayor Katrina Thompson. |
| ¹¹ Q. Okay. Did you know Nathaniel Booker | ¹¹ Q. And she is the mayor for who? |
| ¹² prior to you being hired as a village manager? | ¹² A. Broadview. |
| ¹³ A. Yes. | ¹³ Q. Did she win or lose? |
| ¹⁴ Q. How did you know him? | ¹⁴ A. She won. |
| ¹⁵ A. I met him at a conference. | ¹⁵ THE WITNESS: Was Mayor Sheila |
| ¹⁶ Q. What conference, when? | ¹⁶ Chalmers-Currin? |
| ¹⁷ A. It might have been the Illinois Municipal | ¹⁷ University Park. |
| ¹⁸ League, and I've also seen him at the National League | ¹⁸ BY MR. HERBERT: |
| ¹⁹ of Cities. | ¹⁹ Q. I'm sorry. What's that name? |
| ²⁰ Q. Okay. When do you think you had met him | ²⁰ A. Sheila Chalmers C-h-a-l-m-e-r-s hyphen |
| ²¹ first? | ²¹ Currin C-u-r-r-i-n, University Park, Illinois. |
| ²² A. It would have had to have been -- it | ²² Q. Okay. Anyone else? |
| ²³ would have been at some point when I was a mayor, two | ²³ THE WITNESS: Vernard Alsberry was up I think |
| ²⁴ thousand -- I was elected in '17, so it would have | ²⁴ too. |
| Page 9 | Page 11 |

Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  # 157-7  Page 6 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 12**

1  Vernard Alsberry I think was up too.
2  BY MR. HERBERT:
3  Q.  Just when we talk here, you can't have
4  private conversations with your lawyer.  And I'm not
5  saying you're doing anything improper.  You're just
6  like --
7  **A.  Trying to remember who I talked to.**
8  Q.  Right.  We have to take down everything
9  that's said, so.
10  **A.  Understood.  Vernard Alsberry.**
11  Q.  Bernard?
12  **A.  Vernard with a V like victory, and he is**
13  **the mayor of Hazel Crest, I believe.**
14  Q.  What's his last name?
15  **A.  Alsberry A-l-s-b-e-r-r-y.**
16  Q.  Okay.
17  **A.  And he's in, I believe, Hazel Crest.**
18  Q.  Okay.
19  **A.  So I was just checking in with my**
20  **colleagues that I knew had races.**
21  Q.  Okay.  So those individuals as well as
22  Nathaniel Booker you checked in with?
23  **A.  Uh-huh.  Uh-huh.**
24  Q.  You've got to say yes.

**Page 13**

1  **A.  Yes.  Sorry.**
2  Q.  And Katrina Thompson, what race is she?
3  **A.  African American.**
4  Q.  Sheila Chalmers?
5  **A.  African American.**
6  Q.  Vernell Etzberg (phonetic)?
7  **A.  Vernard Alsberry is African American.**
8  Q.  Okay.  And Nathaniel Booker is?
9  **A.  African American.**
10  Q.  Okay.  And was there any organizations
11  while you were the mayor of Kankakee that involved
12  certain mayors of other cities or villages?  Do you
13  understand the question?
14  **A.  Yes, I do.  The Illinois Municipal**
15  **League, the National League of Cities.  And to**
16  **clarify, you're asking for organizations for mayors?**
17  Q.  Sure.
18  **A.  Mayors Innovation Project.**
19  Q.  Okay.
20  **A.  Other ones that I was involved in you**
21  **said, correct?**
22  Q.  Yeah.  Were there any organizations that
23  were African American organizations?
24  **A.  There is an African American Mayors**

**Page 14**

1  Association, I believe.  I wasn't very active in that
2  one because of COVID.
3  Q.  And what's the name?
4  **A.  I think it's the African American Mayors**
5  **Association.**
6  Q.  And when did you become involved?  First
7  of all, what was your involvement with that group?
8  Did you have a title or anything or just a number?
9  **A.  No.  No.  Basically not much because**
10  **COVID had started when I found out about them, and I**
11  **didn't go to any conferences or anything like that.**
12  Q.  Okay.  But it was -- you just have to let
13  me finish, made up by African American mayors within
14  the State of Illinois?
15  **A.  The United States.**
16  Q.  Okay.  And those individuals that you had
17  phone calls with about their election, were they
18  involved in that organization?
19  **A.  Not to my knowledge.**
20  Q.  Okay.  Any other African American
21  organizations that you belong to right now, let's
22  say?
23  **A.  No.**
24  Q.  How about at the point at which you were

**Page 15**

1  the mayor, were you involved in any African American
2  organizations?
3  **A.  No.**
4  Q.  Okay.  And did you speak to Mr. Booker
5  about a future job?
6  **A.  Yes.**
7  Q.  And tell me about that.
8  **A.  He actually offered me to come work with**
9  **him.**
10  Q.  Okay.  And you said again.  You worked
11  with him prior?
12  **A.  No, I didn't say again.  He actually**
13  **offered for me to come work with him.  With him is**
14  **what I said.**
15  Q.  Okay.  Very good.  Then tell me about the
16  process in leading up to you being appointed.
17  **A.  We had a number of telephone**
18  **conversations, Mayor Booker and I.  He invited me to**
19  **come to Maywood a couple of times, I did.  I met with**
20  **several of the board members, and then I was**
21  **appointed, put before the board for an appointment.**
22  Q.  Okay.  Do you remember the board members
23  that you met with?
24  **A.  Yes.**



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 175-1 Page 7 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   Tell me those individuals.

2    A.   I met with Trustee Sanchez, Trustee
3 Lightford, Trustee Jones, and then one had won the
4 election but wasn't sworn in yet, so he was an
5 incoming trustee, Peppers. And then there was one
6 that was going to be appointed into Mayor Booker's
7 seat because he was a trustee when he won, and that
8 was Reyes-Plummer, Reyes R-e-y-e-s hyphen
9 P-l-u-m-m-e-r.

10    Q.   So Nathaniel Booker beat the incumbent?

11    A.   Correct.

12    Q.   Who was the incumbent?

13    A.   Edwina Perkins.

14    Q.   Did you know her?

15    A.   I was familiar with her. I've seen her
16 at conferences.

17    Q.   Okay. Did you help out in Nathaniel
18 Booker's campaign in any way?

19    A.   No.

20    Q.   Did you donate any money to his --

21    A.   No. I was running my own campaign.

22    Q.   And when you met with these board
23 members, was it at a board meeting, or was it an
24 informal meeting?

1    A.   Informal.

2    Q.   Okay. Where did you meet? Did you meet
3 them as a group or individually?

4    A.   Two were together. I met two of them at
5 a restaurant, and I met the other two at a
6 restaurant, and I met one at another restaurant.

7    Q.   And anything else that you did in
8 preparation for being appointed?

9    A.   Prepared my resumé.

10    Q.   Okay.

11    A.   Put together a PowerPoint presentation.

12    Q.   Did anyone else apply for that position
13 as far as you know?

14    A.   I have no knowledge.

15    Q.   Okay. Have you spoken with anyone today
16 other than your lawyer about you giving a deposition?

17    A.   No.

18    Q.   Okay. You know the other Defendants in
19 this case, the individual Defendants, Price Dumas,
20 correct?

21    A.   Yes.

22    Q.   And when was the last time you spoke with
23 Price Dumas?

24    MR. MCGRATH:  Actually, I don't believe he's

1 a Defendant.

2    MR. HERBERT:  He's not. You are correct.

3 BY MR. HERBERT:

4    Q.   Well, we'll stick with that. Price
5 Dumas, when was the last time you spoke with him?

6    A.   What's today?

7    Q.   The 24th.

8    A.   Thursday. I think I spoke with him last
9 week.

10    Q.   Okay. And how many times do you think
11 you've spoken with him in the last year?

12    A.   He checks in probably once a month.

13    Q.   Okay. How about Willie Hunt, when was
14 the last time you spoke with Willie Hunt?

15    A.   I haven't spoken with Willie probably --
16 I don't recall when he retired, so I really haven't
17 spoken with him since he retired.

18    Q.   Okay. And did he retire while you were
19 the mayor?

20    A.   I don't recall.

21    Q.   Okay. Do you know if you spoke with
22 Willie Hunt after this lawsuit was filed? And when I
23 say this lawsuit, I'm talking about the lawsuit in
24 which you're providing a deposition in.

1    A.   I don't recall when the lawsuit was
2 filed.

3    Q.   Okay. Have you ever spoken to Willie
4 Hunt about this lawsuit in any way?

5    A.   No.

6    Q.   Okay. How about Donell Austin, when was
7 the last time you spoke with him?

8    A.   I don't recall.

9    Q.   Okay. Would it have been -- have you
10 spoken with him since after you've been the mayor?

11    A.   The last communication I remember with
12 Austin was a text message of -- after the election
13 just thanking me for the opportunity, but I don't
14 recall the last time we had a conversation.

15    Q.   And he was thanking you for the
16 opportunity. What did you --

17    A.   Just to serve in his role when I was
18 mayor. Actually, I think I saw him -- I would have
19 been the mayor. One of the women was promoted to
20 sergeant, and she was the first woman I believe to be
21 promoted. I was still the mayor, in my
22 administration.

23    Q.   Okay. So he thanked you for allowing him
24 to serve in his role under your administration?



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 175-7 Page 8 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 20**

1    A.   Yeah, just to work together.  He was
2  thanking me for the opportunity to work together.
3    Q.   And his role in your administration was
4  that of commander, correct?
5    A.   Correct.
6    Q.   And he was promoted from commander, from
7  the previous position of lieutenant, correct?
8    A.   It's a lateral position, actually.
9  Commanders are lieutenants unless they've changed
10  that.
11    Q.   Okay.  But you would agree with me that a
12  commander is a higher rank than a lieutenant?
13    A.   I would not agree with you.
14    Q.   Okay.  When you were the mayor of
15  Kankakee, did commanders receive more money than
16  lieutenants?
17    A.   I believe they received a stipend.
18    Q.   Okay.  A stipend more than lieutenants
19  received?
20    A.   I believe so.
21    Q.   Okay.  And lieutenant is the highest
22  career service rank with the Kankakee Police
23  Department, correct?
24    A.   When I was mayor, yes.

**Page 21**

1    Q.   Okay.  And a commander is under the -- is
2  directly under the deputy chief, correct?
3    A.   Correct.
4    Q.   And lieutenants are under the commander,
5  correct?
6    A.   I believe they all -- I'm not sure.  I'm
7  trying to think of the structure.  The chief, the
8  deputy chief.  There were two commanders.  I think
9  there was a patrol commander, and I don't remember.
10  I'm not sure.
11    Q.   Well, Donell Austin was the patrol
12  commander, correct?
13    A.   I believe so.
14    Q.   Okay.  And Donell Austin had a lieutenant
15  working under him, correct?
16    A.   I'm thinking of the structure.  So there
17  would have been an afternoon shift.  I believe so.
18    Q.   And he had sergeants and patrol officers
19  that worked under him as a commander, correct?
20    A.   Yes.
21    Q.   And they all reported to him as a
22  commander, correct?
23    A.   Yes.
24    Q.   So you would agree with me that a

**Page 22**

1  commander is a -- it's a higher rank than a
2  lieutenant?
3    A.   The rank is the same.  He still -- his
4  rank is still a lieutenant.  The chief appoints
5  whoever the commanders are going to be, but they
6  still have the rank of lieutenant.
7    Q.   Okay.
8    A.   At least that's the way the structure was
9  when I was there.
10    Q.   Right.  But as far as the structure goes,
11  it would be the deputy chief -- or I'm sorry, the
12  chief, below that would be the
13  deputy chief?
14    A.   Two commanders.
15    Q.   And below the deputy chief would be two
16  commanders, correct?
17    A.   That's the way it was, yes.
18    Q.   And below the commanders would be
19  lieutenants, correct?
20    A.   I believe so.
21    Q.   And then sergeants, correct?
22    A.   Correct.
23    Q.   And then patrol officers?
24    A.   Correct.

**Page 23**

1    Q.   Okay.  So Commander Austin was promoted
2  to essentially third in command with the Kankakee
3  Police Department when you were the mayor?
4    MR. MCGRATH:  Objection.  The form of the
5  question, an incomplete hypothetical.
6    THE WITNESS:  I'm not sure of a third in
7  command.  There's a chief and a deputy chief.
8  BY MR. HERBERT:
9    Q.   Okay.  Commander Austin, when he was
10  promoted to commander under your watch, he reported
11  to Deputy Chief Hunt, correct?
12    A.   I believe so.
13    Q.   And he reported to Chief Dumas and then
14  Chief Kosman, correct?
15    A.   Correct.
16    Q.   And those were the only people that he
17  reported to, correct?
18    A.   To my knowledge, yes.
19    Q.   Okay.  Did he report to you as the mayor?
20    A.   No.
21    Q.   How about Nickey Yates, when was the last
22  time you spoke with Nickey Yates?
23    A.   Probably about a month ago.
24    Q.   Tell me about that.

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 175-4 Page 9 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    A.  About my conversation with Nickey?

2    Q.  Yes.

3    A.  I am raising funds for my African

4  American Civic Leadership Scholarship that I started

5  for African American students who attend Kankakee

6  schools, and I asked him to be part of the

7  scholarship committee, to review the applications.

8    Q.  Okay.  Tell me about that scholarship

9  fund that you started.

10    A.  What do you want me to tell you?  It's

11  for African American students.  I'm the first African

12  American mayor that was elected in the city's

13  history, so for black history month I started a

14  scholarship.

15    Q.  Okay.  And the money is raised by -- how

16  is the money raised?

17    A.  People donate.

18    Q.  Okay.  And the donations, where do they

19  go to?

20    A.  They go to the Community Foundation of

21  Kankakee River Valley.

22    Q.  And then what happens with that money?

23    A.  I endowed those funds, so some of those

24  monies are invested, and we use some to award

Page 24

1  scholarships every year.

2    Q.  Great.  Very good.

3    A.  Thank you.

4    Q.  Is it a 501(c)(3) charitable

5  organization?

6    A.  I'm not certain.

7    Q.  Okay.  Do you know how much money is in

8  the account for that scholarship?

9    A.  I don't recall.

10    Q.  Is there a board of directors?

11    A.  Yes.

12    Q.  Who's on that board?

13    A.  I don't know.

14    Q.  What is your position?

15    A.  I don't have a position.

16    Q.  Okay.  So it was something that you

17  started, correct?

18    A.  Right.  I reached out to that

19  organization because I know that they do this type of

20  charitable work.

21    Q.  Which organization?

22    A.  Community foundation.  It's a community

23  foundation.

24    Q.  Okay.  And who did you reach out to?

Page 25

1    A.  Nicole N-i-c-o-l-e Smolcovich

2  S-m-o-l-c-o-v-i-c-h.  She's the executive director.

3    Q.  Okay.  And who else?  Did you speak with

4  anyone else from that foundation?

5    A.  When?

6    Q.  At the point in which you wanted to

7  become involved in this.

8    A.  Just Nicole.

9    Q.  Okay.  But the African American

10  Scholarship program, that was not in existence before

11  you reached out to Nicole.  Is that fair to say?

12    A.  Correct.

13    Q.  You started it?

14    A.  Correct.  The previous mayor before me

15  had a celebration, a black history scholarship, and I

16  started the African American Civil Leader

17  Scholarship.

18    Q.  Okay.  So there were two different

19  scholarships?

20    A.  The previous mayor before me had one,

21  yes.

22    Q.  Okay.  And that was different than the

23  one that you started?

24    A.  Yes.  Mine is specifically for African

Page 26

1  American students.

2    Q.  Who was involved in that scholarship

3  foundation aside from you and Nicole Smolcovich?

4    A.  When you say involved, what do you mean?

5    Q.  Well, was anyone else instrumental in

6  getting this foundation started other than you --

7    A.  The community foundation has existed in

8  Kankakee County I don't know how long.  It's a

9  separate foundation.  I don't have a foundation.  I

10  just have a scholarship, and I work with the

11  foundation to collect the money.

12    Q.  Got it.

13    A.  And they disburse the scholarships.

14    Q.  Does anyone else work with --

15    A.  They're small.

16    Q.  They're small?

17    A.  (Nodding head.)

18    Q.  Tell me the names of the individuals that

19  you know that are part of that group.  Nicole

20  Smolcovich?

21    A.  She's the executive director.  She has a

22  staffer I think named Mia, but I don't know her last

23  name.  That's like an administrative person.  I think

24  that's it.

Page 27

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 10 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   Okay.  And were you involved in raising
2  money from any organizations for this scholarship?
3    A.   I raised money for the scholarship, not
4  for the organization.  I think you're confusing.
5    Q.   I probably am.
6    A.   Yes.
7    Q.   Thanks for clarifying.  So with whom did
8  you communicate with to raise money?
9    A.   Community members.
10   Q.   Can you tell me the community members
11 that donated money based upon your request?
12   A.   Alderman Carl Brown, Alderman Dennis
13 Baron.
14   Q.   B-a-r-r-o-n?
15   A.   One R.  Several vendors from the City of
16 Kankakee.
17   Q.   And vendors are -- describe what vendors
18 are.
19   A.   People who do business with the city.
20   Q.   Okay.  What vendors donated money?
21   A.   Well, this wouldn't be a vendor, but both
22 of the hospitals did, Riverside Healthcare and --
23 what is the name?  The Catholic hospital keeps
24 changing.

Page 28

1    A.   We got a better pricing for the
2  residents, yes.
3    Q.   How about their workload, did their
4  workload increase when you became the mayor?
5    A.   I don't recall.
6    Q.   Okay.  Any other vendors that donated to
7  your campaign?
8    A.   I believe Nicor Gas.
9    Q.   I'm sorry.  I said your campaign.  I just
10 want to make sure.
11   A.   Yes, not the campaign.
12   Q.   It wasn't your political campaign.  When
13 I said campaign, I meant your scholarship fund.
14   A.   Scholarship fund.  Nicor Gas I believe
15 was one.  Staff, some of the staff donated.
16   Q.   Your staff?
17   A.   The city staff, yes.
18   Q.   Okay.  The staff of Kankakee?
19   A.   The City of Kankakee, yes, some of them
20 donated.
21   Q.   Okay.  But they wouldn't be vendors,
22 right?
23   A.   Correct.
24   Q.   Any other vendors other than Republic --

Page 30

1    Q.   That's okay.  We'll say Catholic
2  hospital.
3    A.   I think it's Amita Health now.  It might
4  be Provena Amita St. Mary's.
5    Q.   But they weren't vendors for the city,
6  correct?
7    A.   Republic Services, ComEd.
8    Q.   Is this a vendor for the city, Republic
9  Services?
10   A.   Yes.
11   Q.   All right.  Who is Republic Services?
12   A.   Trash.  They do the waste.
13   Q.   Okay.  And did they do all the waste for
14 the City of Kankakee while you were the mayor?
15   A.   Yes.
16   Q.   And were they a vendor with the City of
17 Kankakee prior to you becoming the mayor?
18   A.   Yes.
19   Q.   And did their services change in any way
20 at the point in which you became the mayor from what
21 their services were prior?
22   A.   We negotiated a better rate, so they were
23 reduced.
24   Q.   Okay.  You got a better price?

Page 29

1  other than Republic?
2    A.   Nicor Gas.
3    Q.   Oh, they were a vendor?
4    A.   That's our gas company.  Yeah, they
5  supply gas.  ComEd supplies electricity.
6    Q.   But when I think of vendors, I think of
7  like an organization that performs a service where
8  there's other organizations that perform the same
9  service and there's a bidding process.
10   A.   Some of the consultants did.
11   Q.   Which consultants?
12   A.   Piggush Engineering.
13   Q.   I'm sorry?
14   A.   P-i-g-g-u-s-h.
15   Q.   And what was Piggush?
16   A.   Engineering.
17   Q.   Engineering.  Who was the consultant that
18 worked with the Kankakee projects from that unit?
19   A.   Neil, Neil Piggush.
20   Q.   Okay.  Was Neil Piggush and his company,
21 were they vendors prior to you becoming --
22   A.   No.
23   Q.   -- the mayor?  They became vendors?
24   A.   I appointed them.

Page 31

**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 174 Page 11 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

1    Q.  Okay.  And did you know them prior to you
2  appointing them?
3      **A.  No.**
4    Q.  Did they donate money to --
5      **A.  Well, prior to me appointing them, yes.**
6  **I met him.  I went and met him.**
7    Q.  Okay.  And at what point did they provide
8  money for your scholarship fund, would it have been
9  after you appointed them as vendors or before?
10     **A.  After because I didn't create the**
11 **scholarship until I became the mayor.**
12   Q.  So you met with these guys, with Neil
13 Piggush before you became the mayor?
14     **A.  Yes.  I interviewed the firm, and then I**
15 **appointed them when I became the mayor.**
16   Q.  So you interviewed them when you were
17 running for mayor?
18     **A.  I believe I had won the election, so**
19 **there was a gap between the election and when I was**
20 **sworn in.**
21   Q.  Got it.  All right.  Any other vendors?
22     **A.  Consultants?**
23   Q.  Sure.  Any other consultants?
24     **A.  V3 Companies.  V victory, the number 3**

1  **Companies.  They're an engineering firm.**
2    Q.  Okay.  And who from V3 Companies did work
3  with --
4      **A.  They had a team.  Heidi, I don't recall**
5  **her last name, but Heidi was like the project**
6  **manager.**
7    Q.  Were they a vendor prior to you
8  becoming the mayor?
9      **A.  No.**
10   Q.  Any other consultants?
11     **A.  Odelsen Sterk law firm.**
12         (Discussion off the
13         record.)
14 BY MR. HERBERT:
15   Q.  All right.  So you met with the law firm
16 of Odelsen, correct?
17     **A.  Yes.**
18   Q.  And they were not a vendor with Kankakee
19 prior to you becoming the mayor, correct?
20     **A.  Correct.**
21   Q.  Did Odelsen's law firm donate to the
22 African American scholarship?
23     **A.  Of course they did.**
24   Q.  Is it fair to say that every vendor you

1  appointed donated to the African American
2  Scholarship?
3      **A.  I'm not sure.**
4    Q.  Okay.  Can you think of any vendors that
5  were appointed by you that did not donate to that
6  scholarship fund?
7      **A.  At this time I don't recall.**
8    Q.  Okay.  Take your time.  If there's anyone
9  that you can think of.
10     **A.  Okay.**
11   Q.  Okay.  Nobody?
12     **A.  Not at this time.**
13   Q.  Okay.  Any other vendors?
14     **A.  Not that -- I mean, it was a mix of --**
15 **sponsorships came from a mix of people.  It was**
16 **community members.**
17   Q.  And right now I'm just focusing on
18 vendors.
19     **A.  No, not that I recall.**
20   Q.  Okay.  How about Stanard & Associates?
21 Stanard & Associates.
22     **A.  No, I don't recall that at all.**
23   Q.  Do you know who I'm talking about though?
24     **A.  No.  Who is that?**

1    Q.  It's the company that administered
2  promotional examinations for the City of Kankakee.
3      **A.  No.  They didn't donate.**
4    Q.  Okay.  Do you know anyone that -- but
5  Stanard & Associates, you know who they are after I
6  mentioned what they did.  You're familiar with that
7  group, correct?
8      **A.  I'm not familiar with the group.  I have**
9  **nothing to do with testing.**
10   Q.  But obviously you appointed all the
11 vendors when you were the mayor, correct?
12     **A.  No, I didn't.**
13   Q.  Okay.  Obviously all the vendors had to
14 be approved by city council, correct?
15     **A.  Yes.  Vendors like ComEd and Nicor are**
16 **just -- that's who services our area.**
17   Q.  Right.  They're different obviously.  I
18 get that.
19     **A.  For gas and electricity, yeah.**
20   Q.  Yeah.  But I'm talking about the vendors.
21     **A.  The garbage contract, yes, that goes**
22 **through city council.**
23   Q.  Okay.  And not just the garbage contract.
24 All vendors over a certain dollar amount --



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #1-74 Page 12 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1   **A. Yes.**

2   Q. -- have to go through city council?

3   **A. Yes. The consultants are approved**

4   **through city council.**

5   Q. Okay. And the vendors are appointed by

6   you, correct?

7   **A. Yes.**

8   Q. And then they are either approved or not

9   approved by city council, correct?

10   **A. Correct.**

11   MR. MCGRATH: I'm just going to object.

12   Obviously you're just talking about vendors that are

13   used by the city?

14   MR. HERBERT: Yes.

15   MR. MCGRATH: Okay.

16   BY MR. HERBERT:

17   Q. When I talk about vendors, I'm talking

18   about vendors that were vendors for the City of

19   Kankakee, okay?

20   **A. Yes.**

21   Q. And the bills for these vendors, they are

22   reviewed, correct?

23   **A. Yes.**

24   Q. And they are reviewed by -- did you

1   review these bills?

2   **A. Yes.**

3   Q. Okay. And then after you reviewed the

4   bills, did you approve or deny the bills for whatever

5   reason?

6   **A. The council, city council approves the**

7   **bills.**

8   Q. Okay. How does it get to city council

9   though? Is that before or after you approve or deny

10   the bill?

11   **A. I don't approve the bill. Well, the**

12   **comptroller receives the bills. We would go over the**

13   **bills and then --**

14   Q. You and the comptroller?

15   **A. Yeah. I would just, you know, make sure**

16   **I was aware, and then they would go before the city**

17   **council for approval.**

18   Q. But did you -- what was your role in

19   going over the bills?

20   **A. Just to be aware of what they were for**

21   **the month.**

22   Q. Did you have the authority to kick a bill

23   back to a vendor and say, "We're not paying this"?

24   **A. No.**

1   Q. Okay. So you reviewed bills for

2   accuracy, fair to say?

3   **A. Yes.**

4   Q. You approved bills for --

5   **A. I don't approve bills. As a mayor you**

6   **have a certain threshold where you can spend but,**

7   **yeah, the bills -- all the bills go before the city**

8   **council.**

9   Q. Okay. And all the bills -- before they

10   go through city council, they're reviewed by you?

11   **A. The comptroller.**

12   Q. And you?

13   **A. The comptroller reviews them. She gives**

14   **me a list of them with the check -- you know, the**

15   **name, the check number, the amount.**

16   Q. Okay. So that's kind of the point I'm

17   getting at. Before it goes to city council, it's

18   reviewed by you, all the bills, correct?

19   **A. The list of bills. I don't actually**

20   **physically go through the invoices.**

21   Q. Understood.

22   **A. Yes.**

23   Q. Do you remember seeing Stanard &

24   Associates as being a vendor that billed, or

1   reviewing any invoices or bills for Stanard &

2   Associates?

3   **A. I don't recall that specifically.**

4   Q. Okay. And Nickey Yates, I believe you

5   said you spoke with him about a month ago about

6   donating or being part of the organization. I

7   forget.

8   **A. It's not an organization. It's a**

9   **scholarship committee.**

10   Q. And I apologize.

11   **A. You've got to take better notes.**

12   Q. A scholarship committee?

13   **A. Uh-huh.**

14   Q. Look at this chicken scratch. I can't

15   even read it.

16       So you talked to Nickey Yates about

17   being part of the scholarship committee?

18   **A. Correct.**

19   Q. And is he part of the scholarship

20   committee?

21   **A. Yes, he is.**

22   Q. And is this the first time that Nickey

23   Yates has been part of the scholarship committee?

24   **A. Yes.**

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 13 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

| | |
|---|---|
| 1    Q. Okay. And did you speak with anyone | 1    **A. White, Caucasian.** |
| 2   else -- or strike that. | 2    Q. Okay. And then you appointed the other |
| 3       Nickey Yates was appointed by you to | 3   two individuals later? |
| 4   the Police and Fire Commission, correct? | 4    **A. Correct. Mario is Latinx, and Cortney is** |
| 5    **A. Yes.** | 5   **biracial.** |
| 6    Q. Is he still on the Police and Fire | 6    Q. Okay. Biracial, black and white? |
| 7   Commission of Kankakee? | 7    **A. Yes.** |
| 8    **A. I don't recall. I don't know. I don't** | 8    Q. Okay. I don't know if I got an answer, |
| 9   **think so.** | 9   but did you reach out to anyone to be part of the |
| 10    Q. Okay. Did anyone -- you appointed other | 10   committee other than Nickey Yates that were -- |
| 11   individuals to the Police and Fire Commission aside | 11    **A. Yes.** |
| 12   from Nickey Yates? | 12    Q. Who else? |
| 13    **A. Yes. Yes.** | 13    **A. Dr. Willie Davis.** |
| 14    Q. And did any of those -- did you ask them | 14    Q. Okay. And is he part of the committee? |
| 15   to be part of the scholarship foundation? | 15    **A. Yes.** |
| 16    **A. Committee. Take notes, take better** | 16    Q. When did you reach out to him? |
| 17   **notes.** | 17    **A. Probably about two months ago.** |
| 18    Q. I'm putting that in bigger letters here. | 18    Q. Okay. And you said that you talked to |
| 19    **A. This year, no.** | 19   Nickey Yates about a month ago. Did you ever talk to |
| 20    Q. In the past you have? | 20   him about this lawsuit? |
| 21    **A. I'm trying to think who was on the** | 21    **A. No.** |
| 22   **commission.** | 22    Q. How many times do you think you talked to |
| 23    Q. And why don't you tell me who you | 23   Nickey Yates in the last year? |
| 24   appointed to the commission besides Nickey Yates? | 24    **A. Time goes fast, so I'm thinking.** |
| Page 40 | Page 42 |
| 1    **A. Cortney Bessant. Courtney with a C, and** | 1    Q. Yes, it does. |
| 2   **then Bessant B-e-s-s-a-n-t.** | 2    **A. This is March. Maybe six times.** |
| 3    Q. Okay. | 3    Q. Okay. Have you been out with him |
| 4    **A. Mario. What is Mario's last name? I** | 4   socially? |
| 5   **don't remember Mario's last name.** | 5    **A. No.** |
| 6    Q. Okay. | 6    Q. Okay. Going back to the vendors, what is |
| 7    **A. Nickey, Willie Davis, Dr. Willie Davis.** | 7   the process when you were the mayor for -- kind of |
| 8   **I think there were five of them. There's somebody** | 8   from the beginning until the vendor is approved by |
| 9   **else that I'm missing. I think there's five.** | 9   city council, what does the process look like for |
| 10    Q. Okay. And other than Nickey Yates, did | 10   appointing a vendor and then having that vendor |
| 11   you reach out to any of them and ask them to -- | 11   approved? |
| 12    **A. Oh, Dawn Landwehr L-a-n-d-w-e-h-r. There** | 12    **A. You don't appoint vendors. You appoint** |
| 13   **are five.** | 13   **consultants. I inherited ComEd and Nicor. I** |
| 14    Q. And did you appoint all of those | 14   **inherited a lot of the people we did business with.** |
| 15   individuals at the same time? | 15    Q. Okay. Let's talk about the ones that -- |
| 16    **A. No.** | 16   you brought in certain vendors, fair to say? |
| 17    Q. You appointed three initially? | 17    **A. I brought in the attorney -- well, I** |
| 18    **A. Correct.** | 18   **started with the former mayor's attorney. Odelsen** |
| 19    Q. Willie Davis, Nickey Yates? | 19   **Sterk came later. I think I had been mayor for a** |
| 20    **A. Dawn Landwehr.** | 20   **year or so before Odelsen Sterk came on, so I started** |
| 21    Q. Okay. And Willie Davis is African | 21   **with the previous mayor's attorney.** |
| 22   American as well as Nickey Yates, correct? | 22    Q. Okay. |
| 23    **A. Correct.** | 23    **A. But the mayor appoints the attorney, the** |
| 24    Q. And Dawn Landwehr, what race is she? | 24   **village engineer, the department heads.** |
| Page 41 | Page 43 |



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL  #174  Page 14 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.  Okay.  The department heads meaning all
2  the top?
3      A.  Police chief, fire chief, comptroller.
4  I'm trying to think -- code officer.  They're called
5  different things in different communities.  Code
6  officer.  We had a superintendent of our utility.
7  I'm closing my eyes so I can see them.  Planner.  We
8  had a consulting planner.  Superintendent.  Okay.  I
9  got them.
10    Q.  Okay.  And you appointed when you became
11  mayor, you appointed individuals to all of those
12  positions, correct?
13     A.  Correct.  Some of them were retained from
14  the previous administration.
15    Q.  Okay.
16     A.  I forgot community development.  Director
17  of community development.
18    Q.  Did you change any of the individuals in
19  those positions at the point in which you became
20  mayor?
21     A.  I was forced to with the police chief
22  because the former chief retired and that was abrupt.
23  There was no conversation with me in the transition,
24  so he left before I was sworn in.

1    Q.  All right.  Aside from the police chief?
2      A.  The fire chief had retired, so that was
3  already vacant.  He had retired November of 2016, so
4  we didn't have a fire chief, and so I appointed a
5  chief.  Code, I had split the department and created
6  a code official.  That was an appointment, and then
7  the person that was over code before, he stayed for a
8  while.
9     Q.  Who was the person that you appointed?
10     A.  Tomora Nelson.
11     Q.  T-a?
12     A.  T-o-m-o-r-a Nelson.
13     Q.  Okay.
14     A.  Cliff Cross had been in that position.
15     Q.  Okay.
16     A.  So Cliff stayed and I dedicated him to
17  community development, and then Tomora with her 17
18  years became the code official.
19     Q.  All right.  So you appointed Tomora
20  Nelson, correct?
21     A.  Uh-huh.
22     Q.  You've got to say yes.
23     A.  Yes.
24     Q.  Okay.  And Tomora Nelson is African

1  American, correct?
2      A.  Yes.
3     Q.  And the police chief that you appointed
4  was African American, correct?
5      A.  The first one that I put in as acting was
6  Caucasian, the deputy chief from the previous
7  administration, and then he quit.
8     Q.  So when you became mayor, you promoted
9  the deputy chief to?
10     A.  Acting chief.
11     Q.  To acting chief.
12     A.  He was Caucasian, and he quit.
13     Q.  Who was the acting chief prior to you
14  appointing the acting chief?
15     A.  The acting chief that I appointed was
16  Robin Passwater who was a Caucasian male.
17     Q.  I've got it.
18     A.  And he had been the deputy chief under Larry
19  Regnier who was in the former administration.
20     Q.  When you came in as mayor
21  before appointing Passwater --
22     A.  That was my first appointment as chief,
23  as acting chief was Robin Passwater.
24     Q.  Okay.  Was there an acting chief that

1  Robin Passwater replaced?
2      A.  No.  No.
3     Q.  Okay.
4      A.  He was the deputy chief.
5     Q.  How did you appoint Robin Passwater
6  acting chief?
7      A.  I made -- I used my authority as mayor to
8  make him the acting chief and I put it before the
9  council.
10     Q.  Okay.  So when did you do that in
11  relation to when you --
12     A.  It would have been in May because I was
13  sworn in in May, May 1 of 2017, and shortly after
14  that I made him the acting chief because we had been
15  without a chief for three weeks.
16     Q.  Okay.  And you said that you sought the
17  approval from city council to have Passwater serve as
18  the acting chief?
19     A.  Yes.
20     Q.  And you didn't appoint him to be the
21  chief, correct?
22     A.  He quit.
23     Q.  That's not my question though.
24     A.  That's correct.

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL   # 174   Page 15 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   When you appointed him, you appointed him
2    the acting chief, correct?
3    **A.   Correct.**
4    Q.   And so when you appointed him the acting
5    chief, you did not appoint him as the chief?
6    **A.   Correct.**
7    Q.   You could have appointed him as the
8    chief, correct?
9    **A.   Correct.**
10   Q.   And you appointed him the acting chief
11   because you were looking for another chief?
12   **A.   I wanted to see if it would work, if we**
13   **could -- yes, I wanted to see if it could work.**
14   Q.   Okay.  And then the fire chief you
15   appointed you said?
16   **A.   Yes.**
17   Q.   Who did you appoint?
18   **A.   Damon Schuldt S-c-h-u-l-d-t.**
19   Q.   And who was the chief prior to you
20   appointing Damon Schuldt.
21   **A.   The chief that left was Ron Young.**
22   Q.   Rod?
23   **A.   Ron R-o-n Young, the opposite of old.**
24   Q.   And Ron Young left after you were

1    appointed mayor or elected?
2    **A.   He was under the previous administration.**
3    Q.   Okay.  And did Damon Schuldt work for the
4    Kankakee Fire Department?
5    **A.   Yes.**
6    Q.   Okay.  What was his title at the point
7    prior to you appointing him to chief?
8    **A.   Captain.**
9    Q.   Okay.  And how many captains were there
10   other than Damon Schuldt on the fire department when
11   you took over as mayor?
12   **A.   I believe four or five.  Schuldt,**
13   **Casagrande.**
14   Q.   Let me ask you this.  Were there any
15   African American captains?
16   **A.   No.**
17   Q.   And were there any African American
18   lieutenants on the fire department?
19   **A.   No.**
20   Q.   Okay.  And Damon Schuldt is what race?
21   **A.   Caucasian.**
22   Q.   All right.  And so you appointed a police
23   chief?
24   **A.   Acting chief.**

1    Q.   Okay.  Tomora Nelson?
2    **A.   Code.**
3    Q.   Damon Schuldt?
4    **A.   Fire.  Elizabeth Kubal K-u-b-a-l**
5    **comptroller, white female.**
6    Q.   And who did she replace?
7    **A.   I retained her.  She was in the previous**
8    **administration.**
9    Q.   Got it.  Were there any African Americans
10   working in the comptroller's office at the point in
11   which you became the mayor?
12   **A.   No.**
13   Q.   Okay.  Who else did you --
14   **A.   Well, let me correct.  Summer help.  I**
15   **believe there may have been one or two for vehicle**
16   **stickers.**
17   Q.   Part time?
18   **A.   Yes, just for like, I think, eight weeks.**
19   Q.   So who else did you appoint other than
20   those individuals?
21   **A.   I appointed the planner.**
22   Q.   Who's the planner?
23   **A.   Mike Hoffman to f's from Teska**
24   **Associates, white male.**

1    Q.   And who was the planner prior to you
2    appointing Mike Hoffman?
3    **A.   We didn't have one.**
4    Q.   Okay.  Go ahead.
5    **A.   Engineer, Neil Piggush, white male.**
6    Q.   The engineer, that's a department head?
7    **A.   Yes.**
8    Q.   Okay.  Because that wasn't one of the
9    ones that you gave me earlier which is fine.
10   **A.   Okay.**
11   Q.   Engineer you appointed whom?
12   **A.   Neil Piggush.**
13   **A.   P-a-g-a --**
14   **A.   P-i-g-g-u-s-h.**
15   Q.   Okay.
16   **A.   Superintendent of the utility, Pete**
17   **Schiel S-c-h-i-e-l, a white male.**
18   Q.   Okay.  Were those individuals working for
19   Kankakee prior to you appointing them?
20   **A.   Pete was, Tomora was, Cliff Cross was,**
21   **Elizabeth was.  Who did I miss?**
22   Q.   Neil Piggush.
23   **A.   No.**
24   Q.   Where did Neil come from?

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 16 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    A.  His parents.  Oh, the attorney was Pat
2  Power.
3    Q.  Hold on.  Let's stick with Neil Piggush.
4    A.  Okay.
5    Q.  Where was he employed prior to you
6  appointing him?
7    A.  He has his own engineering firm.
8    Q.  Okay.  And that engineering firm became
9  one of the vendors for the city, correct?
10   A.  He became the consultant.  I forgot the
11 attorney was Pat Power, a white male.
12   Q.  Okay.  You appointed him?
13   A.  Yes.
14   Q.  What was his name?
15   A.  Pat Power.
16   Q.  Pat Power.  How long did Pat Power --
17 what was his position?
18   A.  He was the attorney.
19   Q.  Was it a general counsel, or what's the
20 title, village attorney?
21   A.  Yeah, I guess.  No, he's not village
22 because Kankakee is a city.  He had been the
23 assistant attorney under the previous administration
24 and he became the city attorney.

                                        Page 52

1    He never became chief, correct?
2    A.  Correct.
3    Q.  Did you know him prior to you appointing
4  him acting chief?
5    A.  Yes.
6    Q.  Tell me about when you first met him, how
7  you met him, and what your relationship was.
8    A.  I used to work for Kankakee School
9  District.  I worked at the high school.  He was a
10 resource officer, so that would have been '94, I
11 believe, because I got pregnant.  I had my baby.
12       Yeah, that would have been around
13 1994.  He was a school resource officer at Kankakee
14 High School.
15   Q.  Okay.  And when did you first reach out
16 to Price Dumas to be the police chief?
17   A.  I don't recall.
18   Q.  Would it have been before you were
19 elected mayor?
20   A.  No.
21   Q.  Price Dumas donated to your political
22 campaign, correct?
23   A.  After I was mayor, yes.
24   Q.  After you were mayor?

                                        Page 54

1    Q.  Okay.  You appointed Price Dumas to be
2  the police chief at some point, correct?
3    A.  Acting, yes.
4    MR. MCGRATH:  Can I just interject if I can?
5  Is that all the appointments?
6    THE WITNESS:  I think so.  Teska, I got the
7  planner.  I think so.
8  BY MR. HERBERT:
9    Q.  Okay.  And you appointed Price Dumas as
10 acting chief?
11   A.  Correct.
12   Q.  Okay.  And you tried to get Price Dumas
13 to be the full chief, correct?
14   A.  Confirmed by -- approved by the council,
15 yes.
16   Q.  So you brought Price Dumas before the
17 council to be the chief, correct?
18   A.  Correct.
19   Q.  And you never brought Passwater before
20 the council to be the chief, did you?
21   A.  No, I did not.
22   Q.  Okay.  Did you know Price Dumas prior to
23 you appointing him as acting chief and him
24 eventually -- or strike that.

                                        Page 53

1    A.  Yes, not before.
2    Q.  Okay.  How long after you were mayor did
3  Price Dumas donate to your political campaign?
4    A.  I would assume, I think I had a
5  fundraiser six months after, so.  I became mayor in
6  May.  I think I had a fundraiser October or November
7  of twenty -- yeah, 2017.
8    Q.  Did you talk to -- and forgive me if I
9  asked this, but did you talk to Price Dumas about
10 possibly becoming a police chief for Kankakee prior
11 to May 2017?
12   A.  I don't believe so.
13   Q.  Did you have any --
14   A.  Oh, you said May.  Well, Passwater quit
15 in May, so I talked to him in May.
16   Q.  Okay.  Do you remember what your first
17 day was?
18   A.  As mayor?
19   Q.  As mayor.
20   A.  May 1 I was sworn in.
21   Q.  Okay.  And Passwater quit when?
22   A.  Right around -- it was right around
23 Memorial Day.  It was before Memorial Day.
24   Q.  Okay.  So almost three weeks after you

                                        Page 55



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02314-CSB-EIL #174 Page 17 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 were sworn in as mayor?

2 **A. Uh-huh.**

3 **Q. Yes?**

4 **A. Yes.**

5 Q. Okay. And had Passwater worked during

6 that three week, approximately three-week period, had

7 he worked as the acting chief under you?

8 **A. Yes.**

9 Q. And during that three-week period, you

10 went to the city council to seek approval for him to

11 be acting mayor?

12 MR. MCGRATH: Acting?

13 BY MR. HERBERT:

14 Q. I'm sorry. Acting chief?

15 **A. I believe so because I'm thinking I had a**

16 **certain amount of time that I had to do that. I**

17 **can't remember the time. Was it 60 days? I think I**

18 **did. Maybe I didn't put him before the council. I**

19 **think I had a certain time that I had to bring him**

20 **before the council.**

21 Q. If you brought him before the council --

22 **A. Maybe I didn't bring him before the**

23 **council.**

24 Q. If you brought him before the council,

1 there would be a record of that vote, correct?

2 **A. Correct. There would be a record.**

3 Q. And I haven't seen any record of that

4 vote, so.

5 **A. Okay. So he might have quit before I**

6 **brought him before the council. The mayor has a**

7 **certain amount of time, so I might not have brought**

8 **him before the -- the council was aware, of course.**

9 Q. Sure. So was it your desire to have

10 Passwater become the chief?

11 **A. No.**

12 Q. Why not?

13 **A. Well, we had -- I received a phone call**

14 **in my office of an older white gentleman that had**

15 **been punched in his face on the golf course by one of**

16 **our sergeants.**

17 Q. When did you receive this call in

18 relation to when you were --

19 **A. It would have been May.**

20 Q. Okay. Shortly after you were sworn in?

21 **A. Shortly after. He had a black eye. I**

22 **called Passwater and I was upset wanting to know what**

23 **is going on, why are our sergeants punching people in**

24 **the face. This is not the kind of relationship the**

1 police department should have with the community.

2 We ended up having a meeting in my

3 office. The sergeant came over with Passwater and

4 Commander Kidwell and a union rep.

5 Q. And who was the sergeant.

6 **A. Tim Klopp.**

7 Q. Okay. So all four of those members, so

8 Klopp, Kidwell, Passwater and --

9 **A. And Pasal, Ray Pasal was the sergeant.**

10 Q. Okay. And those are all white males,

11 correct?

12 **A. Correct.**

13 Q. Okay. And then what happened?

14 **A. They came to my office. Pasal was very**

15 **defensive and upset, and I asked him to have a seat,**

16 **and he was standing over me very aggressively talking**

17 **to me and I told him to sit down.**

18 The union rep was standing at the

19 **back of the room. The Commander Kidwell was just**

20 **kind of standing on the side. I explained to them**

21 **what had been reported to me. I expressed my**

22 **concerns. I told the officer, "This is not about**

23 **trying to get anybody in trouble. I've heard good**

24 **things about you from your leadership, that you work**

1 in the school with the kids, that you do things for

2 the kids, but we cannot have police officers punching

3 people in the face."

4 He basically gave his side of the

5 story, said that they had been aggressive toward each

6 other. The guy pushed him, I believe he said, and

7 that he would have been justified to shoot him is

8 what he said to me which was quite disturbing. He

9 left with the union rep. Commander Kidwell looked at

10 me and said, "If you weren't here, I would kick him

11 in the back of his head because he should know

12 better." I then expressed to Kidwell and Passwater

13 that I was very concerned about this police

14 department.

15 Q. Okay. Let's talk about that.

16 MR. MCGRATH: Were you done answering?

17 THE WITNESS: Yes.

18 MR. MCGRATH: Okay.

19 BY MR. HERBERT:

20 Q. What concerns did you have about the

21 police department?

22 **A. Well, being a 60 percent minority**

23 **community, Kankakee has a history of negative**

24 **interactions with minorities.**

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02357-CSB-EIL # 117-4 Page 18 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

Page 60

1  Q. What do you mean by that, Kankakee has a
2 history of negative interactions with minorities?
3     **A. Roughing up African American males.**
4  Q. Are we talking about the police
5 department?
6     **A. Yes, the police department.**
7  Q. Okay. I just wanted to make sure.
8     **A. Yeah.**
9  Q. So go ahead.
10    **A. I've heard stories even when I was a kid,**
11 **you know, someone being shot in their back, people**
12 **being roughed up, disrespectful behavior towards the**
13 **community. Of course as a human being, as a person**
14 **of color and as a mayor, that was concerning to me.**
15 **Some of the officers had also shared with me some of**
16 **the dynamics of the department, racial comments being**
17 **made. One of the officers --**
18    Q. What types of racial comments did you
19 hear were being made?
20    **A. One of the biracial officers, he's part**
21 **African American, one of the officers, white officers**
22 **will call him fade to black.**
23    Q. Fade to black?
24    **A. Uh-huh.**

Page 61

1  Q. Okay.
2     **A. One of the African American sergeants**
3 **said there had been like a black voodoo kind of**
4 **looking doll left on his desk. I was concerned and I**
5 **expressed that.**
6  Q. Okay. It sounds like you met with
7 various members of the police department prior to
8 this meeting that you had with Passwater, Kidwell,
9 and the union rep and this accused sergeant.
10    **A. Not necessarily sit-down meetings. I may**
11 **have seen them, you know, at events or in the city**
12 **and conversations. It wasn't like meetings were set**
13 **to have these conversations.**
14    Q. Did you have any meetings with the police
15 command staff upon you becoming the mayor?
16    **A. I went and met with all of the**
17 **departments. Let me think. Command staff. So I**
18 **don't even remember who that was. Well, Kidwell was**
19 **a commander. I introduced myself to the staff.**
20    Q. To --
21    **A. I know when I -- when I made the decision**
22 **to make Passwater acting chief, I did call in the**
23 **police department to the council chamber to announce**
24 **to them that I was making him the acting chief. So I**

Page 62

1 **don't recall everybody that was there.**
2  Q. You called in members of the police
3 department --
4     **A. Uh-huh.**
5  Q. You just have to say yes.
6     **A. Yes. I'm sorry.**
7  Q. And let me finish my question. You're
8 doing great.
9        So you called in members from the
10 police department to the city council meeting where
11 you announced Passwater as your acting chief?
12    **A. Not a meeting, just in the chamber. So**
13 **it was during the day. I had made the decision. We**
14 **had decided, he decided that he would step in as**
15 **acting chief, and so I had a meeting in the council**
16 **chamber. It wasn't a council meeting.**
17    Q. Got it.
18    **A. And just to let the department know that,**
19 **you know, I had made this decision. "I want you all**
20 **to have continuity because he had been the deputy**
21 **chief, so at this time he's the acting chief."**
22    Q. And this would have been prior to that
23 meeting that you spoke of with Passwater and Kidwell
24 and the other two individuals?

Page 63

1     **A. And Pasal and with Klopp, yes.**
2  Q. How long was this meeting in city council
3 after you were elected mayor?
4     **A. The meeting was in the chamber. It**
5 **wasn't a city council meeting.**
6  Q. Understood.
7     **A. Okay. It would have been very shortly**
8 **after because I was sworn in May 1.**
9  Q. So within days?
10    **A. I don't recall.**
11    Q. Would it have been within weeks?
12    **A. I would say yes.**
13    Q. It would have been within weeks?
14    **A. I don't recall the dates.**
15    Q. Okay. I understand.
16    **A. Yeah, I don't recall the dates.**
17    Q. But you said that Passwater resigned as
18 acting chief approximately three weeks after --
19    **A. Right before Memorial Day.**
20    Q. Okay. So my question is then, based upon
21 when he resigned, obviously you appointed him acting
22 chief prior to that, correct?
23    **A. Correct.**
24    Q. And my question is based upon that

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-023bPCSB-EIL #174 Page 19 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 64**

1 three-week date, how much before he resigned had you
2 appointed him as acting chief?
3    A.  I'm not sure.  I would guess a few weeks.
4    Q.  How long did he work as acting chief
5 before he resigned?
6    A.  I believe it was only a few weeks.
7    Q.  Okay.
8    A.  Unless it was -- I believe it was only a
9 few weeks.
10    Q.  Did you know Robin Passwater prior to you
11 appointing him acting chief?
12    A.  When you say know him, I knew who he was.
13 I didn't have a relationship with him.
14    Q.  Okay.  And tell me about what steps you
15 took prior to making your determination to make
16 Passwater your acting chief.
17    A.  He was the deputy chief.  I spoke with
18 some people in law enforcement.
19    Q.  Who did you speak with?
20    A.  Jim Rowe, the State's Attorney.
21    Q.  And Jim Rowe, you asked him about --
22 Passwater was the highest ranking member, correct?
23    A.  Right.  I just asked his opinion.
24    Q.  Okay.  So it would be natural to appoint

**Page 65**

1 the acting chief from the --
2    A.  Deputy chief, right.  The deputy chief's
3 role is to step in when the chief can't.
4    Q.  You've just got to let me finish my
5 question.
6       So Passwater was appointed acting
7 chief because he was a deputy chief, correct?
8    A.  One of the reasons, yes.
9    Q.  What were the other reasons?
10    A.  For continuity in the department.
11    Q.  What does that mean?
12    A.  He had worked in Kankakee.  He had worked
13 with the force, and they were familiar with him.
14    Q.  Okay.
15    A.  So instead of bringing in somebody brand
16 new that didn't know the force, that didn't know --
17 it was continuity of leadership because he had been
18 deputy chief previously.
19    Q.  And who else in law enforcement other
20 than Jim Rowe did you speak to prior to deciding to
21 make Passwater the acting chief?
22    A.  I don't recall if I spoke to anybody
23 else.
24    Q.  Did you ever speak to Passwater about

**Page 66**

1 whether he wanted to be acting chief?
2    A.  Obviously, yes.
3    Q.  And tell me about that conversation.
4    A.  I just asked him if he would be willing
5 to step in.
6    Q.  Okay.  And what did he say?
7    A.  And I gave my reasons, for continuity,
8 and he said yes.  He didn't say thank you, but he did
9 say yes.
10    Q.  And you said for him to step in.  So step
11 in in an acting capacity, correct?
12    A.  Correct.
13    Q.  Step in until you found somebody else,
14 correct?
15    A.  Until I identified a chief.
16    Q.  Okay.
17    A.  A permanent chief.
18    Q.  Did you speak with anyone within the
19 department about Passwater prior to you choosing to
20 make him acting chief?
21    A.  I don't recall.
22    Q.  Do you recall anyone that you spoke to
23 other than Jim Rowe about it?
24    A.  I don't.

**Page 67**

1    Q.  Okay.  Is it fair to say that you didn't
2 speak to anyone else about it?
3    A.  I don't recall.
4    Q.  Okay.  And you must have received good
5 reports about Passwater, otherwise you wouldn't have
6 appointed him acting chief, fair to say?
7    A.  Yes.
8    Q.  Okay.  And you appointed him acting until
9 you can identify a police chief, correct?  Is that
10 what you said?
11    A.  Correct.
12    Q.  And did you identify a police chief?
13    A.  Yes.
14    Q.  Who did you identify as the police chief?
15    A.  After he quit, Passwater quit, Price
16 Dumas.
17    Q.  Okay.  Were there any other candidates
18 that you had in mind other than Price Dumas?
19    A.  I received resumés.
20    Q.  Did you open this job up formally?
21    A.  When I did the acting, no, because we
22 were --
23    Q.  Let's just clear it up because I know
24 there's two acting.

Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  #174  Page 20 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 68**

1    A.   Okay.  Passwater left abruptly.

2    Q.   Okay.  What were the circumstances behind

3 him leaving?

4    A.   This incident with Pasal.

5    Q.   Okay.  The incident that you spoke of

6 earlier?

7    A.   Yes.  So I expressed that I had concerns

8 about the police department.  He asked me what were

9 the concerns, what had I heard.  I told him what

10 those concerns were.  He didn't like it.

11    Q.   What didn't you like about it?  Did you

12 tell?

13    A.   I told him about the racial undertones.

14    Q.   What did you tell him about the racial

15 undertones?

16    A.   I told him about the black doll.  I told

17 him about the comments being made.  He asked me what

18 I had heard, that I heard that Kidwell

19 moved out of Kankakee because I became the mayor.  I

20 told him I heard that people viewed him as racist.

21    Q.   Viewed who as racist?

22    A.   Passwater.

23    Q.   Okay.  You told Passwater that people had

24 viewed him as a racist?

**Page 69**

1    A.   Yes.

2    Q.   And if you hadn't spoken to anyone other

3 than Jim Rowe about Passwater, did Jim Rowe tell you

4 that Passwater was a racist?

5    A.   No.

6    Q.   And then who told you that Passwater was

7 a racist?

8    A.   Some of the officers in the department

9 after he became acting expressing concerns.

10    Q.   Who told you that?

11    A.   Sergeant Paul Miller.

12    Q.   And when did Paul Miller tell you that

13 Passwater is a racist?

14    A.   I don't recall.

15    Q.   Would it have been before or after you

16 appointed him acting chief?

17    A.   It would have been after.

18    Q.   But it would have been before you

19 told him that people accused him -- that you believed

20 he was a racist?

21    A.   People have stated that he's a racist.

22    Q.   Okay.  Did you tell him that you believed

23 he was a racist?

24    A.   No, I did not.

**Page 70**

1    Q.   Did you accuse him of being a racist?

2    A.   No, I did not.

3    Q.   Did you say anything about him being a

4 racist other than that people were claiming he was a

5 racist?

6    A.   No.

7    Q.   When did Paul Miller tell you he was a

8 racist?

9    A.   I don't recall.

10    Q.   Where did this conversation take place?

11    A.   I don't recall.

12    Q.   Do you know if it was over the telephone

13 or in person?

14    A.   I don't recall.

15    Q.   Do you know if it was at the police

16 station?

17    A.   I don't recall.

18    Q.   Do you know if it was in your office?

19    A.   I don't recall.

20    Q.   Do you know if it was at a social event?

21    A.   I don't recall.

22    Q.   Did you know Paul Miller prior to you

23 having this conversation with him?

24    A.   When you say know, I believe I'd seen him

**Page 71**

1 in the community, but no relationship, no.

2    Q.   Had you ever talked to him prior to

3 him --

4    A.   I don't believe so.

5    Q.   Did Paul Miller initiate the meeting with

6 you?

7    A.   I don't recall.

8    Q.   Do you recall if you initiated the

9 meeting with Paul Miller?

10    A.   I don't recall.

11    Q.   And tell me what Paul Miller told you

12 about Passwater.

13    A.   He told me about the doll on his desk.

14    Q.   Did he tell you who put the doll there?

15    A.   I don't know if he knew, no.

16    Q.   Okay.  Did you --

17 MR. MCGRATH:  Were you complete, finished

18 with what Paul Miller told you?

19 THE WITNESS:  That there were racist officers

20 in the department and Passwater was one of them.

21 BY MR. HERBERT:

22    Q.   Okay.  Who were the other racist officers

23 that Paul Miller identified?

24    A.   I don't recall the names.

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 21 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   Were they male whites?

2    A.   Yes.

3    Q.   How many individuals did Passwater -- or

4  I'm sorry, did Miller indicate were racists other

5  than Passwater?

6    A.   He didn't indicate a number.

7    Q.   But you knew that he was talking about

8  male white officers?

9    A.   Whites are in my opinion the only people

10  who can be racist.

11    Q.   Okay.  Why do you say that?

12    A.   Because you all control everything.

13    Q.   You all meaning?

14    A.   White men.  Institutions, you control

15  institutions and systems, banks, housing.  That's how

16  the country was set up.

17    Q.   Okay.  When you say you all, you're

18  attributing that to me because I'm white?

19    A.   White men tend to be in that category.

20  That's who founded this country, that's who

21  established the systems and institutions in this

22  country.  So in my opinion, I don't think that black

23  people can be racist.

24    Q.   Do you think that Hispanic people can be

Page 72

1  racist?

2    A.   No.

3    Q.   Do you think that any other race can be

4  racist other than white?

5    A.   No.

6    Q.   Do you think female whites can be racist?

7    A.   White men control the power in this

8  country.

9    Q.   I get it.  But my question --

10    A.   They can be prejudiced.  Blacks can be

11  prejudiced, but power tends to be white men.

12    Q.   My question is different.  Can white

13  females be racist?

14    A.   Yes.

15    Q.   So it's your opinion that only white

16  people can be racist?

17    A.   White people have the power.  They

18  control economics.  They control systems and

19  institutions.  They can control access, who has

20  access.  That tends to be white people.

21    Q.   Okay.  So white people are the only race

22  that can be racist?

23    A.   In this country, the way that the United

24  States of America is set up, that has been my

Page 73

1  experience.

2    Q.   That only white people can be racist?

3    A.   Uh-huh.

4    Q.   Yes?

5    A.   Yes.

6    Q.   And you expressed your views about racism

7  while you were the mayor, correct?

8    A.   Yes.

9    Q.   You expressed --

10    A.   I'm a proponent of equity and diversity

11  and inclusion, yes.  I was very open about that.

12    Q.   And when you were running for mayor, that

13  was one of your main platforms was --

14    A.   No, it was not.

15    Q.   Okay.  Just let me finish the question if

16  you don't mind.

17    A.   Okay.

18    Q.   When you ran for mayor was one -- did you

19  believe that -- well, let me strike that.

20        When you had this conversation with

21  Paul Miller, he's African American, correct?

22    A.   Yes.

23    Q.   Did you speak with anyone else who

24  accused Passwater or any other officers of being

Page 74

1  racist?

2    A.   At any point of me being mayor?

3    Q.   Well, let's say up until the point in

4  which Passwater resigned.

5    A.   Willie Hunt.

6    Q.   Okay.  What did Willie Hunt tell you?

7    A.   That he's racist.

8    Q.   Willie Hunt told you that Passwater is

9  racist?

10    A.   Yes.

11    Q.   When did he tell you that?

12    A.   I don't recall.

13    Q.   Would it have been before or after you

14  appointed him acting chief?

15    A.   It would have been after.

16    Q.   Okay.  Would it have been before or after

17  Passwater resigned?

18    A.   I don't recall.

19    Q.   What did Willie Hunt tell you about

20  Passwater being racist?

21    A.   Just that he was racist.

22    Q.   That's it?  Nothing else that you

23  remember?

24    A.   I don't remember a specific -- no, I

Page 75



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02316-CSB-EIL #174 Page 22 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 **don't remember a specific conversation.**

2 Q. Okay. Where did this conversation take

3 place?

4 **A. I don't recall.**

5 Q. Do you recall anything about this

6 conversation other than what you've testified to?

7 **A. No.**

8 Q. Do you know if it was over the phone or

9 in person?

10 **A. I don't recall.**

11 Q. Do you know if it was at the police

12 department or not?

13 **A. I don't recall.**

14 Q. Do you know if you initiated the

15 conversation or if Hunt did?

16 **A. I don't recall.**

17 Q. Do you know if it was in your office or

18 not?

19 **A. I don't recall.**

20 Q. Did you know Willie Hunt prior to you

21 becoming mayor?

22 **A. I knew who he was.**

23 Q. Okay. Had you ever had conversations

24 with Willie Hunt prior to you being elected mayor?

Page 76

1 **A. I may have spoken to him.**

2 Q. How many times may you have spoken to

3 him?

4 **A. I don't recall.**

5 Q. Did you have his phone number prior to

6 you becoming mayor?

7 **A. No.**

8 Q. Did Willie Hunt donate to your political

9 campaign?

10 **A. After I was mayor, yes.**

11 Q. Okay. And you appointed Willie Hunt to

12 be deputy chief, correct?

13 **A. The chief chooses the deputy chief and I**

14 **kind of give my blessing, but the choice is the**

15 **chief's. So, yes, I put him it before the council.**

16 Q. You put Willie Hunt before the council?

17 **A. Yes, for the appointment.**

18 Q. Okay. And when would that have been?

19 **A. I don't recall.**

20 Q. Would it have been before or after you

21 had put Passwater -- well, actually --

22 **A. It had to be after Passwater.**

23 Q. Okay. But you never put Passwater before

24 the city council, correct?

Page 77

1 **A. I don't recall.**

2 Q. Okay. But if you did, there would be

3 minutes of that?

4 **A. There would be a record of it, right.**

5 Q. Okay. But Willie Hunt, you do remember

6 putting him before the city council?

7 **A. Yes.**

8 Q. And there was a formal vote on that,

9 correct?

10 **A. That's correct.**

11 Q. Okay. And do you know if you put Willie

12 Hunt before the commission to be deputy chief prior

13 to Hunt telling you that Passwater was a racist?

14 **A. Willie Hunt before the commission?**

15 MR. MCGRATH: You said commission. City

16 council?

17 MR. HERBERT: Thank you. It won't be the

18 last time I screw up.

19 THE WITNESS: I would say deputy chiefs don't

20 go before the Police and Fire Board.

21 You asked me did I put Willie Hunt

22 before the city council?

23 BY MR. HERBERT:

24 Q. For the position of acting chief.

Page 78

1 **A. Willie Hunt was never acting chief.**

2 Q. I'm sorry. Deputy chief?

3 **A. Okay.**

4 Q. You put Willie Hunt before the city

5 council for the position of deputy chief?

6 **A. Yes.**

7 Q. The conversation that you had with Willie

8 Hunt where he accused Passwater of being a racist,

9 was it before or after you had put Willie Hunt before

10 the board for the position of deputy chief?

11 **A. Before.**

12 Q. Okay. How much before?

13 **A. I don't recall.**

14 Q. Was it before or after you appointed

15 Price Dumas?

16 **A. I don't recall. It was -- I don't**

17 **recall. The police chief thing was a lot.**

18 Q. Okay. Did you do anything to -- did you

19 speak with anyone else other than Willie Hunt and

20 Paul Miller who indicated that Passwater was a

21 racist?

22 **A. I was going to say Jason Berg is the**

23 **biracial officer that told me about the comment with**

24 **fade to black, but I don't recall when that**

Page 79

**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02317-CSB-EIL # 174 Page 23 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

conversation happened.

Q. But was he talking about Passwater being a racist?

A. I'm not sure.

Q. Okay. Can you think of anyone else that told you that Passwater was a racist?

A. Community members.

Q. Okay. Who told you that?

A. Priscilla Stampley.

Q. How do you spell the last name?

A. S-t-a-m-p-l-e-y.

Q. When did Priscilla Stampley tell you that Passwater is a racist?

A. I don't recall.

Q. Do you know if it was before or after Passwater resigned?

A. It would have been before. I believe there had been some run-ins with her sons.

Q. Do you know if it was before or after you appointed Passwater to be acting chief?

A. I don't recall.

Q. And is Priscilla, is she female black?

A. Yes.

Q. What did she tell you about Passwater?

A. There were white racist cops on the force and that he was one of them.

Q. Okay. That's what she told you?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. And do you remember anything about this conversation, where it took place?

A. I don't.

Q. Did you know her before you had that conversation?

A. Yes.

Q. How did you know her?

A. I had met her at church, and she worked my campaign.

Q. Okay. Did she tell you this before you were elected mayor?

A. I don't recall.

Q. Is it possible she told you this during --

A. Probably not.

Q. -- during your campaign?

A. I don't recall.

Q. Did anyone tell you that Passwater is a

racist at any point before you were elected mayor?

A. I don't -- I don't think so. I don't recall. I don't think so.

Q. Okay. So you worked with -- Priscilla worked on your campaign, correct?

A. Yes.

Q. And the campaign ran for how many months?

A. At least six. I don't recall -- hold on. Yes, I do. I think I launched in August of '16, I think.

Q. Okay.

A. Around August of '16.

Q. Okay.

A. The election was April. Eight months.

Q. Okay. And it's possible Priscilla told you that -- this information about Passwater and other white males being racist during the campaign?

A. So let me clarify. There may have been a conversation about racism in our police department but not his name specifically.

Q. And when you say conversations about racism in your police department, that was conversations during the campaign?

A. Campaign.

Q. And who did you have those conversations with?

A. I mean, I had meetings all over the city of Kankakee and listened to constituents which is what you do during a campaign.

Q. And at the point during your campaign, did you believe that there was racism within the Kankakee Police Department?

A. Yes.

Q. And obviously based on your definition, that would be racists by white police officers, correct?

A. Yes.

Q. Against the black community, correct?

A. Yes.

Q. And that was part of your campaign, was to --

A. No, it wasn't a platform. My platform was to be a mayor for all people and to address issues that affect all people.

Q. But during your campaign you did talk about changing the nature of the police department if you were elected mayor, correct?

A. I wanted to improve the relationship



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  # 174  Page 24 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

Page 84

1  between the department and the community, and I
2  wanted the department to reflect in terms of
3  personnel what the community looked like.
4      Q.  And that was something that you had
5  mentioned during your campaign at various events,
6  correct?
7      A.  I guess it would be fair to say that.
8      Q.  Okay.  And you wanted to have the police
9  department reflect the community, right?
10     A.  Correct.
11     Q.  And you wanted to get rid of racist
12  police officers within the police department?
13     A.  If there were officers that were
14  inappropriate, I did not want them policing residents
15  in Kankakee.
16     Q.  And you wanted to get rid of racist cops.
17  That was something that you had mentioned during your
18  campaign, correct?
19     A.  I never said those words.
20     Q.  Okay.  Did you say anything along the
21  lines of that?
22     A.  No.
23     Q.  Did you say anything about the police
24  department in Kankakee having racist officers?

Page 85

1      A.  I did not.
2      Q.  Did you say anything about the police in
3  Kankakee mistreating the black community?
4      A.  I said that I wanted the department to
5  have a better relationship with the community.  I did
6  not use the word racism or racist.
7      Q.  Okay.  And what did you mean by better
8  relationship with the community?
9      A.  I wanted the community to feel like they
10  could trust police officers.
11     Q.  Because you didn't believe that the
12  community --
13     A.  Some of the community --
14     Q.  Just let me finish the question.
15     A.  Okay.
16     Q.  You didn't believe that the community
17  members -- that certain parts of the community did
18  not trust the police department?
19     A.  Correct.
20     Q.  And included in those parts of the
21  community was the African American community,
22  correct?
23     A.  Not exclusively.
24     Q.  Right.

Page 86

1      A.  But, yes.
2      Q.  Okay.  The African American community did
3  not trust the police department.  That was your
4  view --
5      A.  That's not a blanket statement.  Some
6  African Americans may trust the police and have good
7  relationships but some don't.  Some white people
8  don't either.
9      Q.  When you were talking about improving the
10  relationships within the community between the police
11  and the community --
12     A.  Uh-huh.
13     Q.  -- part of that was improving the
14  relationships in the African American community,
15  right?
16     A.  Correct.
17     Q.  And that was a big part of it, correct?
18     A.  Correct.
19     Q.  Because that was the community that was
20  most vocal about being mistreated by the police?
21     A.  Most vocal to me, correct.
22     Q.  Okay.  And their complaints were about
23  white police officers, right?
24     A.  Correct, and the system.

Page 87

1      Q.  Right.  And the system in general?
2      A.  Correct.
3      Q.  That was run by white people?
4      A.  And the system in general.
5      Q.  That was run by white people?
6      A.  That was not the comment.  No one said to
7  me and the system in general run by white people.
8  They said the system.
9      Q.  What did you take that to mean when they
10  said the system?
11     A.  The criminal justice system.
12     Q.  Okay.  And did you believe that the
13  criminal justice system was run by white males?
14     A.  Yes, usually -- yes, in lots of
15  communities.
16     Q.  And in Kankakee?
17     A.  Yes.
18     Q.  And did you believe that the police
19  department was run by white males, the Kankakee
20  Police?
21     A.  Predominantly our force was white males,
22  yes.
23     Q.  Okay.  Was it run by white males though?
24     A.  Yes.  The chief was white, the deputy

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 25 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 chief was white, the commanders were white. That's
2 correct.
3    Q.  Okay.  And you indicated that you wanted
4 to change the police department to better reflect the
5 community?
6    A.  Correct.
7    Q.  And part of that change was having more
8 African Americans involved in the police department?
9    A.  Involved?
10   Q.  As police officers.
11   A.  And women and other minorities.
12   Q.  Okay.  And also have more African
13 American involved in the leadership of the Kankakee
14 Police Department?
15   A.  Yes.
16   Q.  Because the leadership was all male
17 whites, correct?
18   A.  Correct.
19   Q.  Okay.  And you mentioned that frequently
20 during your campaign, correct?
21   A.  I did not.
22   Q.  Okay.  But it was mentioned during your
23 campaign?
24   A.  About the structure of the police

1 department, no, it was not.
2    Q.  Okay.
3    A.  Never mentioned.
4    Q.  But when you were running for mayor, that
5 was one of your goals was to improve the relationship
6 by changing the command staff of the police
7 department?
8    A.  My goal was to improve the relationship.
9 There was no steps of how that was going to happen.
10   Q.  But you just said that one of the ways in
11 which you could improve the relationships with the
12 African American community was by having more black
13 police officers?
14   A.  I did say that, but that was not said
15 during my campaign.  During my campaign I said I
16 would like to improve the relationship between the
17 police and the community.  That's what I said.
18   Q.  All right.  And then after you became
19 mayor, you did change the command staff at the police
20 department, correct?
21   MR. MCGRATH:  Objection.  Form of the
22 question, an incomplete hypothetical, it calls for
23 speculation, and foundation.
24

1 BY MR. HERBERT:
2    Q.  You can answer.
3    A.  I appointed a white deputy chief.  That
4 was the first thing I did in the police department.
5    Q.  Who was the white deputy chief that you
6 appointed?
7    A.  Robin Passwater.
8    Q.  But he was already the deputy chief,
9 correct?
10   A.  Right, and I appointed him as acting
11 chief.
12   Q.  Okay.  But you didn't formally appoint
13 him as acting chief?
14   A.  He was the acting chief.
15   Q.  I understand that, but you appointed him
16 differently than you appointed Willie Hunt to be
17 deputy chief, correct?
18   A.  Robin Passwater quit.
19   Q.  I understand that.
20   A.  In three weeks.
21   Q.  But you have to listen to my question
22 though.
23   A.  I don't recall if he went before the city
24 council.  He may have quit before he was put before

1 city council.  Willie Hunt did not quit, so he went
2 before city council.
3    Q.  Okay.
4    MR. MCGRATH:  You know, can we just take a --
5    MR. HERBERT:  Yeah.  As long as you want.
6    MR. MCGRATH:  We've been going about two
7 hours.
8         (Whereupon, a short break
9          was taken.)
10   MR. HERBERT:  All right.  Back on the record.
11 BY MR. HERBERT:
12   Q.  Robin Passwater quit after you told him
13 that people accused him of being a racist, right?
14   A.  Are you asking me what initiated his
15 resignation?  Is that what you're asking?
16   Q.  Yeah.
17   A.  Okay.  So after this incident with Pasal,
18 the sergeant that punched the man in the face.
19   Q.  That was -- the incident you're talking
20 about is what you testified to the people in your
21 office?
22   A.  Correct.  Pasal left with his union rep.
23 Commander Kidwell and I were in the office with
24 Passwater, my office.  They tried to come back,



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-0231 CSB-EIL #1-24  Page 26 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 92**

1  Klopp, the union rep and Pasal -- no, Klopp came

2  back. Excuse me. Scratch that. Sergeant Klopp came

3  back who was the union rep. They wanted to

4  apologize, and I sent them away and said, "Let's just

5  take some space. The holiday weekend is coming up."

6        I went back in my office to talk

7  with Passwater and Kidwell and I explained to them

8  that my approach is not to be punitive, however, I

9  have some concerns. It is evident to me that he has

10  an anger management problem and we need to address

11  that because this is not okay.

12        We went home. I think there was a

13  shooting or something that happened. I texted

14  Passwater. It had been weighing heavily on me.

15    Q.  What had been weighing heavily?

16    A.  The way Pasal was talking to me in the

17  office when he first -- he was very aggressive and

18  disrespectful.

19    Q.  Okay.

20    A.  And I was very concerned about it because

21  I said, "If he talks to me like that when I'm the

22  mayor, how is he talking to people on the street?

23  How is he talking to Sarah and Pedro and Tyrell,

24  okay?" I was concerned about it. So I texted

**Page 93**

1  Passwater and I said, "Can you please identify if we

2  have any resources for our police officers because I

3  really want him to at least have an assessment and to

4  see if there's an anger management issue. I have a

5  social work background, and I would like him to get

6  some support."

7    Q.  Okay.

8    A.  He then, I believe, e-mailed me.

9    Q.  Who's he?

10    A.  Passwater.

11    Q.  All right.

12    A.  And said that he thought about my

13  request. He felt like this could be considered

14  disciplinary and that I was going outside the chain

15  of discipline. He was not going to make a

16  recommendation. In fact, he was resigning from the

17  position, and he said that I was creating a hostile

18  work -- no, I don't know if he said hostile. I think

19  he did. I think he said that I was creating a

20  hostile work environment and he was going to contact

21  the EEOC and file a complaint against me. Passwater

22  was going to do that.

23    Q.  And this was all done in an e-mail?

24    A.  I believe so. I don't have access to the

**Page 94**

1  e-mail. It's on the city e-mail.

2    Q.  All right. I'm going to ask for that

3  e-mail because I have never seen that e-mail. I

4  mean, it should be --

5    A.  I believe it was an e-mail.

6    Q.  Okay. And when would this have been in

7  relation to the meeting that you testified to?

8    A.  I believe it was around Memorial Day.

9    MR. MCGRATH:  May of '17?

10    THE WITNESS:  Yeah, of '17.

11  BY MR. HERBERT:

12    Q.  Would it have been the next day, the same

13  day, weeks later?

14    A.  No, I think it was like --

15    Q.  Well, let me ask this. You said he

16  resigned right before Memorial Day?

17    A.  I think it was before Memorial Day, so in

18  my mind, if I'm remembering this correctly, we would

19  have had the holiday weekend off. He and I had an

20  interaction because they'd let me know when there's a

21  shooting or something, Passwater and I because he was

22  the acting chief. So I'm assuming it would have been

23  after Memorial Day, like maybe within the first week

24  of June. And I think he gave me a week's notice that

**Page 95**

1  he was resigning from the position.

2    Q.  And the meeting that you had with --

3    A.  The four?

4    Q.  The four, it sounded like it was a pretty

5  contentious meeting.

6    A.  It started out that way. I felt like --

7  I was pissed off, honestly. I was pissed at the way

8  he talked to me. I was pissed about the incident.

9  This elderly man had a black eye.

10    Q.  Okay. Did you ever meet with the elderly

11  man?

12    A.  I didn't meet with him.

13    Q.  Okay. You just had a phone call?

14    A.  No, my administrative person, I believe,

15  got the call.

16    Q.  So you never even spoke with this

17  individual before the meeting?

18    A.  Now I've got to think. Did I talk to

19  him? I had his picture on my work phone somehow. I

20  saw his face. I don't recall if I spoke with him.

21    Q.  When was that meeting in relation to when

22  you received the e-mail from Passwater?

23    A.  The meeting with the four of them in my

24  office?



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL #17-4  Page 27 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 96**

1    Q.  Yes.

2    A.  That happened before.

3    Q.  Before the e-mail from Passwater?

4    A.  Saying that he was leaving, yes.

5    Q.  Right, I get that, but how long before

6  was it?

7    A.  It had to be pretty close because this

8  incident happened, I had them in the office.  It was,

9  I think, like Memorial Day weekend.  During that time

10  we had a shooting, and Passwater and I were

11  interacting, and I said, "By the way, what resources

12  are available?"

13    Q.  Got it.

14    A.  So it would have had to have been --

15    Q.  Within a day, two days, three days?

16    A.  Yes, I think so.

17    Q.  Okay.

18    A.  I think so.

19    Q.  And it was at that meeting that you

20  informed Passwater that people said he was a racist?

21    A.  Yes.  So he got upset and he denied any

22  issues in the department, he said that nobody in the

23  department had ever brought anything to his

24  attention.

**Page 97**

1    Q.  Was Kidwell in that meeting as well?

2    A.  Yes, Kidwell was there.  Klopp left with

3  Pasal, and then the three of us stayed, Kidwell

4  Passwater, and myself in my office.

5    Q.  And you said Passwater became upset when

6  you told him that people thought he was a racist?

7    A.  Yes.

8    Q.  Did you tell him who thought he was a

9  racist?

10    A.  No.

11    Q.  Did you tell him maybe not names but --

12    A.  No, I didn't tell him.

13    Q.  Did you say people in the police

14  department accused him of being a racist?

15    A.  I don't know if I said police department

16  or not, but I just said there were some concerns in

17  the community, and I told him there was incidents

18  that had been reported to me by officers of things

19  that were offensive and racially, you know, sensitive

20  things.

21    Q.  And that would have been the information

22  that Paul Miller told you?

23    A.  Yeah.  Uh-huh.

24    Q.  Okay.  But did you tell him about any

**Page 98**

1  other instances?

2    A.  The fade to black comment, uh-huh.

3    Q.  Okay.  Anything else?

4    A.  I don't recall.

5    Q.  And Passwater became upset?

6    A.  Yes.

7    Q.  And --

8    A.  He was defensive.

9    Q.  And Passwater believed that you were

10  referring to him as a racist?

11    A.  I don't know what he believed.  I can't

12  speak to that.

13    Q.  Well, he accused you of calling him a

14  racist, right?

15    A.  No.  I don't know.  I don't know what he

16  thought.

17    Q.  Did you see the EEOC that he filed?

18    A.  He didn't file anything.  He just

19  threatened me, unless I don't know about it.

20    Q.  Did you ever insinuate that you believed

21  that Passwater was a racist?

22    A.  I did not.

23    Q.  Did you believe that Passwater was a

24  racist?

**Page 99**

1    A.  I did not.  I didn't know.  I was trying

2  to get to know him as the acting chief.

3    Q.  Were you concerned that he was a racist?

4    A.  Yes.  I'm concerned, yeah, because the

5  community was concerned.

6    Q.  Okay.

7    A.  And officers.  So, yeah, when something

8  like that is brought to you as a mayor, you have to

9  be concerned.

10    Q.  Is it possible that Passwater assumed

11  that you were expressing your opinion that he was a

12  racist during that conversation?

13    A.  I don't know what he assumed.  I'm not in

14  his mind.

15    MR. MCGRATH:  Objection.  It calls for

16  speculation.

17  BY MR. HERBERT:

18    Q.  Well, he got mad at you, correct?

19    A.  I don't know that he was directly mad at

20  me.  I think he was upset about the situation.

21    Q.  Well, it's a horrible allegation to make

22  against somebody.  Would you agree?

23    A.  Yeah.  I can understand he'd be upset,

24  yeah.

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02311-CSB-EIL #174 Page 28 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Okay.  And you had no reason to believe
2  he was a racist other than those conversations that
3  you had with those individuals?
4      A.  I didn't have any personal.  He wasn't
5  very personable towards me I will say that, so I
6  didn't know what -- I don't know.
7      Q.  Do you think that he was not personable
8  towards you because you were black?
9      A.  It could have been.  I don't know.
10     Q.  Well, is that one of the thoughts that
11  you had?
12     A.  I'm a woman.  It could be a number of
13  things.
14     Q.  Did you believe that the police
15  department, the white males in the police department
16  were not happy to have you as a mayor?  Was that one
17  of your beliefs?
18     A.  Some of them.  Some of them.  Yes, I
19  would agree with that.
20     Q.  Okay.  And why was it your belief that
21  some of them were not happy that you were the mayor?
22     A.  Well, the fact that the chief left and
23  didn't even give me the personal courtesy to talk
24  about his plans.  The fact that there was no

Page 100

1  communication at all.  The fact that there was no
2  transition between the administrations from the
3  chief.  And this is common with black women who get
4  elected to mayors in this country.  It's very common
5  that chiefs just walk out.
6      Q.  Okay.  Why?  Why do you think it's
7  common?
8      A.  I think it's common because of racial
9  dynamics and gender dynamics.
10     Q.  Okay.  And you think that was the reason
11  why the chief left was because you were a black
12  female that was elected to mayor?
13     A.  I don't know that.
14     Q.  But that was one of the things you
15  thought perhaps?
16     A.  It could have been a possibility.  I also
17  was very intentional on building relationships,
18  having a focus on building relationships with the
19  community.  That had not necessarily been his focus,
20  so it could have been -- it's very common when
21  administrations change there's different
22  philosophies, and he certainly had served his time
23  and I respect that.  I think he had served 30 years,
24  and that may have just been his reason, that I've

Page 101

1  done my 30 years, I'm -- you know.
2      Q.  But he never expressed any --
3      A.  He never had a conversation with me.
4      MR. MCGRATH:  Can we state like who the he
5  is?
6      MR. HERBERT:  Yeah.
7      THE WITNESS:  Regnier, Chief Regnier.
8  BY MR. HERBERT:
9      Q.  All right.  We have to make sure we go --
10     MR. MCGRATH:  We need to slow down.
11     THE WITNESS:  I'm sorry.
12  BY MR. HERBERT:
13     Q.  Chief Regnier, you never had a
14  conversation with him, so he never said he's leaving
15  because you're a black female?
16     A.  I've never had a conversation with him.
17     Q.  Okay.  And nobody else told you that
18  Regnier left because you're a black female?
19     A.  No.
20     Q.  So it was just something that you
21  thought was perhaps the reason because of a black
22  female is being elected mayor and people -- not being
23  uncommon for white males to resign based upon that?
24     A.  It could have been a number of things.

Page 102

1      Q.  Including the reason --
2      A.  Including that.  Including that he had
3  done 30 years and he was ready to go.  It could have
4  been a number of things.
5      Q.  Okay.  Did you meet with the top command
6  staff of the police department at some time prior to
7  Passwater leaving?
8      A.  I'm trying to recall who was the top
9  command staff.
10     Q.  Well, I would imagine --
11     A.  Prior to him leaving.
12     Q.  Let me ask you this.  I would imagine as
13  a mayor one of the first things you do is you meet
14  with the department heads of all the various units?
15     A.  Correct.
16     Q.  And you did that in this case?
17     A.  Yes.
18     Q.  And talked about any problems, issues,
19  concerns, correct?
20     A.  Yes.
21     Q.  And do you know if -- so Passwater would
22  be included in that group?
23     A.  Yes.
24     Q.  Okay.  And do you know if you met with

Page 103



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  #174  Page 29 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 him alone or with other people?

2 A. Just in my time being the mayor?

3 Q. Let's say your first meeting.

4 A. I don't recall.

5 Q. Okay. Did you ever meet with the command

6 staff of the police department --

7 A. Like separate?

8 Q. -- shortly after you became mayor to just

9 get a general feel of what was going on in the police

10 department?

11 A. I don't recall if I met -- had a meeting

12 just specifically with command staff.

13 Q. Okay. You said earlier about the chief

14 appointing people to positions, and you said with the

15 blessing of the mayor. Do you remember saying

16 something along those lines?

17 A. No, because the chief doesn't appoint.

18 Q. Okay. The chief can choose individuals

19 for exempt rank spots, correct?

20 A. For commander and for deputy chief,

21 correct.

22 Q. Okay. And then that goes before the

23 board of the Police and Fire Commission for approval?

24 A. No, it does not.

Page 104

1 Q. City council?

2 A. Yes. For deputy chief and command -- for

3 deputy chief it goes before city council. The

4 commanders do not. The chief selects those.

5 Q. Okay.

6 A. Lieutenants and sergeants it's a testing

7 process and patrol, and that's handled through the

8 Police and Fire Commission.

9 Q. Got it. So the chief makes those choices

10 with the blessing from the mayor, correct?

11 A. That is not correct.

12 Q. Okay. Do you remember saying something

13 about with your blessing when you were talking about

14 promotions -- or I'm sorry, appointments by the chief

15 earlier in the deposition?

16 A. No.

17 Q. Okay.

18 THE WITNESS: Can I say something?

19 MR. MCGRATH: Just wait for a question.

20 THE WITNESS: Okay. Okay.

21 BY MR. HERBERT:

22 Q. You took some steps to address a lack of

23 diversity within the Kankakee Police Department,

24 right?

Page 105

1 A. Correct.

2 Q. And you had conversations with the

3 department heads about your concerns about lack of

4 diversity within the various units in Kankakee?

5 A. Correct.

6 Q. And you had discussions with the command

7 staff of the police department regarding your

8 concerns about a lack of diversity within the police

9 department, correct?

10 A. Correct.

11 Q. And that would have been Willie Hunt,

12 correct?

13 A. Correct.

14 Q. Commander Austin?

15 A. No.

16 Q. Price Dumas?

17 A. Yes.

18 Q. Frank Kosman?

19 A. Yes.

20 Q. You chose Price Dumas to be the police

21 chief, correct?

22 A. Acting chief, yes.

23 Q. Okay. And your intention when you chose

24 him to be acting chief was that he become the chief,

Page 106

1 correct?

2 A. Correct.

3 Q. And did you -- was this position opened

4 up for applications?

5 A. Yes.

6 Q. Tell me about that. Tell me what the

7 process was.

8 A. The position was posted. Several people

9 sent resumés.

10 Q. Where was it posted?

11 A. I don't recall.

12 Q. Did you post it?

13 A. No, I don't post it, the mayor.

14 Q. Okay. But you directed somebody to post

15 an opening for mayor -- I'm sorry, for police chief?

16 (Whereupon, a discussion

17 was had off the record.)

18 BY MR. HERBERT:

19 Q. I forget what I asked you now.

20 THE WITNESS: Ms. Brenda, help us, please.

21 (Whereupon, the record was

22 read as requested.)

23 THE WITNESS: Yes.

24

Page 107



Mayor Chasity Wells-Armstrong Backwrite   -   3/24/2022
2:20-cv-02310-CSB-EIL #174   Page 30 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

BY MR. HERBERT:

Q.  And who was -- who did this post go out to, was it just out to the community in general, or was it sent to departments?

A.  **I don't recall.  I don't.**

Q.  Okay.  And how many people applied for that position?

A.  **I don't recall.  There were a number.**

Q.  Okay.  Price Dumas was one of them, correct?

A.  **Yes.  There was some internal.**

Q.  Okay.  Donell Austin was one of them?

A.  **I believe he did.  Lieutenant Skelly, Dave Skelly.  I'm trying to think was there anybody else internal.  And then there was some external.**

Q.  And when I'm talking about posting for the position, this is before because I know that you posted for the position when Frank Kosman eventually got it, so.

A.  **Yes.  We did a search.**

Q.  Okay.  So did you do a search when you appointed Dumas as an acting chief?

A.  **I did not.**

Q.  Okay.  Well, when you were talking about

the posting, that was after Dumas was not certified by the -- or was not approved by the city council, correct?

A.  **Yes, because Passwater left so abruptly, yes.  That's correct.**

Q.  And Dumas resigned, correct?

A.  **As acting chief, yes.**

Q.  Okay.  And he resigned after a number of attempts were not successful before the city council to get him approved?

A.  **Correct.**

Q.  And you were frustrated by that, correct?

A.  **Correct.**

Q.  And so when you appointed Dumas, did you speak with --

(Whereupon, the deponent's cell phone went off.)

THE WITNESS:  Would you excuse me for a minute?

MR. HERBERT:  Sure.

THE WITNESS:  It's my daughter.  I just want to make sure.

MR. HERBERT:  No, no, go ahead.  If you need some privacy, you can go in my office.

THE WITNESS:  Thank you.

(Short interruption.)

BY MR. HERBERT:

Q.  Were there any other candidates other than Dumas that you had in mind for chief?

A.  **Acting -- oh, no.  At the time I appointed --**

Q.  Yeah.

A.  **No, I don't think so.**

Q.  Well, how about prior to you appointing him?  Did you speak with anyone else about being chief other than Price Dumas?

A.  **I don't think so.**

Q.  Why didn't you do a search for a chief in that case the same way you did a search for a chief with Frank Kosman?

A.  **So I'm just going to be very frank.**

Q.  Why not.

A.  **I was a brand new mayor.  Nobody teaches you how to be the mayor.  I got sworn in on May 1.  I had a lot of chaos going on in the police department.**

Q.  Like what?

A.  **We had had -- one officer was involved in an illegal pursuit that resulted in the death of**

someone.

Q.  While you were the mayor?

A.  **Yes, in the first month.**

Q.  Okay.

A.  **You know, I was starting to hear concerns from the community about the police department.  Of course this incident happened with the gentleman that was punched in the face by a sergeant.**

Q.  And the concerns you heard from the community were the ones that you talked about earlier about --

A.  **Yes.**

Q.  -- the black community being mistreated by the white officers?

A.  **I mean, that was since I was a little girl.**

Q.  Okay.  But that was part of the concerns that you're talking about, yes?

A.  **Yes.**

Q.  Okay.

A.  **There was a lot going on.  So I wanted to get somebody -- when Passwater left so abruptly, I didn't have a lot of time to get somebody in charge of the department and so I contacted Price, so I did**



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 31 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 **not do a search.**

2  Q.  Okay.  So you contacted Price about that

3 position after Passwater resigned?

4   **A.  I don't recall the exact timing, but he**

5 **became -- obviously became acting chief after**

6 **Passwater resigned.**

7  Q.  Right, but I'm asking you, did you reach

8 out to him, Price Dumas, about whether or not he

9 wanted to be chief, did you do that as a result of

10 Passwater resigning, or did you do that before

11 Passwater resigned?

12   **A.  I don't recall.**

13  Q.  It's possible you did it before Passwater

14 resigned?

15   **A.  There's a lot of things that are**

16 **possible.**

17  Q.  Is that one of them?

18   **A.  Yes.**

19  Q.  Okay.  Is it possible that you reached

20 out to Price Dumas about being chief before you were

21 elected mayor?

22   **A.  Possibly, yes.**

23  Q.  Well, did you?

24   **A.  I don't recall.**

Page 112

1  Q.  Do you know if you reached out to anyone

2 about being police chief other than Price Dumas?

3   **A.  When?**

4  Q.  Prior to you appointing Price Dumas.

5   **A.  The question was, had I talked to anybody**

6 **else about becoming police chief?**

7  Q.  Yeah, other than Price Dumas.

8   **A.  Before Passwater left?**

9  Q.  Yes.

10   **A.  I don't recall.**

11  Q.  Did you talk to anyone other than Price

12 Dumas about being police chief at any point --

13   **A.  Yes.**

14  Q.  -- prior to you appointing Dumas as

15 chief?

16   **A.  I don't recall.**

17  Q.  Well, certainly you would recall if you

18 were interested in a candidate other than Price Dumas

19 to be police chief, correct?

20   **A.  I've had conversations with other people,**

21 **but I don't recall the sequence of the conversations**

22 **if that makes sense.**

23  Q.  The opening that Price Dumas filled, did

24 you speak with anyone other than Price Dumas for that

Page 113

1 opening?

2   **A.  I don't recall.**

3  Q.  Okay.  You cannot think of a single

4 person that you spoke with about that position other

5 than Price Dumas as we sit here today?

6   **A.  Correct.**

7  Q.  And is that likely because you didn't

8 speak to anyone other than Price Dumas about that

9 position?

10   **A.  I don't recall.**

11  Q.  Did you reach out to Price Dumas first,

12 or did he reach out to you first?

13   **A.  I believe I reached out.**

14  Q.  Okay.  And would that have been before or

15 after you were mayor?

16   **A.  I don't recall.**

17  Q.  Do you know how it is that you reached

18 out to Price Dumas?

19   **A.  I don't recall.**

20  Q.  Do you remember reaching out to anyone

21 else other than Price Dumas?

22   **A.  Regarding what?**

23  Q.  The reason you were reaching out to Price

24 Dumas to be chief.

Page 114

1   **A.  Do I recall reaching out to anyone else?**

2  Q.  Yes.

3   **A.  I do not.**

4  Q.  Okay.  And why is it that you chose to

5 reach out to Price Dumas?

6   **A.  Because I trusted him.**

7  Q.  Why did you trust him?

8   **A.  Because I have worked with him before in**

9 **the schools.  He handled the children well.  He was a**

10 **person of integrity.  He had went on to work for the**

11 **governor, so that communicated to me that he was**

12 **trustworthy, you know, to even be around a governor.**

13 **He was familiar with Kankakee**

14 **because he had worked there for 11 years.  I knew he**

15 **would move and live within the community.**

16  Q.  How did you know that?

17   **A.  He lived in the community before.**

18  Q.  Okay.

19   **A.  When he worked here before, worked in**

20 **Kankakee before, so I knew he valued that.  I think**

21 **that's probably -- I could trust him.**

22  Q.  And how long was it before -- at the

23 point in which you reached out to Price Dumas, do you

24 remember when the earliest was that you had reached

Page 115



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  #174  Page 32 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 out to him before at any point?
2     **A. I don't recall.**
3     Q. Would it have been days, months, years?
4     **A. I don't recall.**
5     Q. It could have been years?
6     **A. I don't recall.**
7     MR. MCGRATH: Objection. Form of the
8 question, asked and answered.
9 BY MR. HERBERT:
10     Q. Were those all the reasons why you
11 trusted Price Dumas?
12     **A. The reasons that I had watched him around**
13 **the youth in the high school?**
14     Q. Yeah.
15     **A. Yes.**
16     Q. How about him being --
17     **A. He was a certified police officer.**
18     Q. Got it.
19     **A. Yeah.**
20     Q. How about him being black, was that part
21 of the reason why you reached out to him?
22     **A. No.**
23     Q. Did you want to have a black police
24 chief?

Page 116

1     **A. I was open to it. It didn't have to be a**
2 **black chief, no.**
3     Q. And the only person you reached out to
4 was a black male, correct?
5     **A. Yes. Well, I don't know if I -- he was**
6 **one of the people I reached out to. I don't know. I**
7 **don't recall if I talked to anybody else.**
8     Q. Okay. Did you believe that putting a
9 black chief in there would serve to better the
10 relationship between the police department and the
11 community?
12     **A. I believed that it could help, yes.**
13     Q. Okay. Just give me one second here.
14     **A. Okay.**
15        (Short interruption.)
16 BY MR. HERBERT:
17     Q. Did you speak with anyone about your
18 decision to appoint Chief Dumas as acting chief prior
19 to you putting him in as acting chief?
20     **A. Did I speak to anyone? I don't recall.**
21     Q. Okay. And how is it that he became
22 acting chief? You reached out to him, and then tell
23 me what happened after that.
24     **A. I think I put out a press release.**

Page 117

1     Q. Announcing that you had hired him as --
2     **A. I announced that Passwater had stepped**
3 **down and that Chief Price Dumas was going to be the**
4 **acting chief.**
5     Q. And that you were trying -- your goal was
6 to make him the chief, correct?
7     **A. I don't know if I said that in the press**
8 **release.**
9     Q. Okay. But that certainly was your goal,
10 correct?
11     **A. Yes.**
12     Q. Okay. And then how is it that you chose
13 him as the acting chief to be the chief?
14     **A. What do you mean?**
15     Q. Well, did you have a meeting with him
16 after you reached out to him at that one point?
17     MR. MCGRATH: Objection. Form of the
18 question, foundation.
19     THE WITNESS: We had a conversation, yeah.
20 BY MR. HERBERT:
21     Q. Okay. So you reach out to him, so I'm
22 assuming that's a phone call?
23     **A. Yes.**
24     Q. And then you had a conversation with him

Page 118

1 after that phone call?
2     **A. I believe we had -- yeah, there was more**
3 **than one conversation, yes.**
4     Q. Okay. And were those conversations in
5 person?
6     **A. I don't believe so, no.**
7     Q. They were all over the telephone?
8     **A. I believe so.**
9     Q. How many conversations do you think you
10 had?
11     **A. I don't recall.**
12     Q. How long did these conversations take
13 place before you issued the press release?
14     **A. I don't recall the dates.**
15     Q. So it would have been some time in
16 between when you were elected mayor and shortly after
17 Passwater resigned?
18     **A. I believe he -- I believe he came**
19 **on-board in June of '17.**
20     Q. Okay.
21     **A. Price Dumas came on-board as acting chief**
22 **I believe during June of '17.**
23     Q. Okay. And tell me about the process of
24 getting his approval to chief.

Page 119



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 33 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 120**

1    A.  The mayor puts it on the agenda, the city

2  council agenda.

3    Q.  Right.  Tell me what you did, not just

4  generally.  I'm asking more specific.  Tell me what

5  happened with Price Dumas, that whole process.  Do

6  you understand what I'm saying?

7    A.  He came on-board to work.  He got sworn

8  in as the chief.  He reported to his office, and he

9  became the -- he started fulfilling the duties as a

10  chief.

11    Q.  Okay.  And were there any other command

12  changes other than Price Dumas within the police

13  department at that point?

14    A.  When you say at that point, are you

15  talking under the time that he served, or are you

16  talking the month that he came?

17    Q.  Yeah, that's a fair question.

18        Was there any changes to the command

19  staff of the police department other than Passwater

20  resigning and Dumas, you appointing Dumas?  Were

21  there any other changes to the command staff other

22  than those at the point in which you appointed him?

23    A.  I don't believe so.

24    Q.  Okay.  Were any changes made after that?

**Page 121**

1    A.  Yes.

2    Q.  Tell me about those.

3    A.  Willie Hunt became the deputy chief.

4    Q.  And do you know when that was in

5  relationship to Dumas being appointed?

6    A.  I do not.

7    Q.  Tell me about the process of Hunt being

8  promoted to deputy chief.

9    A.  Well, when the chief comes in, they look

10  at their structure, the force.

11    Q.  Again I'm not asking generally.  I'm

12  asking what happened in this case just so I'm clear.

13    A.  He would have had conversations with

14  Willie Hunt.

15    Q.  Are you aware of him having conversations

16  with Willie Hunt?

17    A.  Yeah, the chief usually will give me a

18  heads-up that they're getting ready to do promotions

19  or whatever.

20    Q.  Okay.  Again I'm talking about this

21  situation.  Did Dumas tell you that he was going to

22  appoint Willie Hunt to deputy chief?

23    A.  He can't appoint.  That's his

24  recommendation.

**Page 122**

1    Q.  Got it.  Did Price Dumas tell you that he

2  was going to choose Willie Hunt --

3    A.  Yes.

4    Q.  -- to be deputy chief?

5    A.  Yes.

6    Q.  Okay.  Did he tell you what the process

7  was for him making that decision to make Willie Hunt

8  deputy chief?

9    A.  I knew that he looked at his education.

10    Q.  Did he tell you that?

11    A.  Yes.  I think Willie was the most

12  educated person.  He was working on a doctorate,

13  actually.  I know he had 20 something years on the

14  force, so I know he looked at that.  You know, trust,

15  the relationship.  He felt like Willie was somebody

16  he could work with and that would work with him.

17    Q.  Did he indicate why he thought he could

18  work with Willie?

19    A.  I believe they had worked together before

20  when Price was here as officer -- sorry, in Kankakee

21  as an officer.

22    Q.  Who was the deputy chief at the point

23  Dumas was brought in?

24    A.  I don't think we had one.

**Page 123**

1    Q.  Okay.

2    A.  I don't think we had appointed an acting

3  or anything.

4    Q.  So there would have been two other

5  commanders?

6    A.  Yes.

7    Q.  Okay.  Who were the commanders?  Do you

8  remember?

9    A.  I don't recall.  Under Passwater I think

10  it was Kidwell, but I don't recall who the other

11  person was.

12    Q.  And Willie Hunt was what?

13    A.  He was a lieutenant.

14    Q.  Okay.  So do you know if Dumas spoke with

15  Kidwell about possibly becoming a deputy chief?

16    A.  I don't recall.  I think he made Kidwell

17  the director over KAMEG I think is what he did.

18    Q.  Okay.  Well, he demoted Kidwell to

19  lieutenant at one point, correct?

20    A.  Kidwell was always a lieutenant.

21    Q.  Okay.  But he had the position as

22  commander, correct?

23    A.  Correct, at one point.

24    Q.  His career service rank was lieutenant, I

Mayor Chasity Wells-Armstrong Backwrite   -   3/24/2022
2:20-cv-02310-CSB-EIL   #1-74   Page 34 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1  get that, but he was a commander, correct?

2  **A.  Right, and then he made him the director**

3  **over KAMEG.**

4  Q.  Right.  And he went back to lieutenant

5  rank, correct?

6  **A.  I don't know if the director at KAMEG**

7  **received a stipend or not.**

8  Q.  Okay.  And Kidwell left because Donell

9  Austin was promoted to his position, correct?

10  **A.  I'm not sure.**

11  Q.  Well, Donell Austin at some point took

12  over the commander position that Kidwell had served

13  in, correct?

14  **A.  I don't recall what Commander Kidwell**

15  **was.**

16  THE WITNESS:  There was a patrol commander

17  and I think -- oh, I can't talk to you.

18  I think investigations.  I know

19  there's a patrol commander.  I don't recall what the

20  other commander is.

21  BY MR. HERBERT:

22  Q.  Austin became the --

23  **A.  Patrol.**

24  Q.  Patrol commander, correct?

Page 124

1  **A.  I think so.**

2  Q.  And part of that move was Austin came in

3  and Kidwell left that position, correct?

4  **A.  I don't know if he was the patrol**

5  **commander.**

6  Q.  Okay.

7  **A.  If Kidwell was the patrol commander.  I**

8  **don't know which commander he was.**

9  Q.  And was Donell Austin appointed to

10  commander before or after Willie Hunt was appointed

11  to deputy chief?

12  **A.  I don't recall.  And to be clear,**

13  **commanders are not appointed.**

14  Q.  Okay.  Well, then what are they?  How do

15  they get in that position?

16  **A.  The chief chooses them.**

17  Q.  Okay.  They're chosen?

18  **A.  Selected.**

19  Q.  Selected.  And Willie Hunt was selected

20  as deputy chief?

21  **A.  But he has to go before the council.**

22  Q.  I understand that.

23  **A.  Yes, for the appointment.**

24  Q.  And no other individuals were selected as

Page 125

1  deputy chief at the point in which Willie Hunt was

2  selected as deputy chief, correct?

3  **A.  Correct.**

4  Q.  And no other individuals were considered

5  for that position other than Willie Hunt?

6  **A.  I don't know that.**

7  Q.  Okay.  Do you know of any other

8  individuals that were considered for that position

9  other than Willie Hunt?

10  **A.  I believe Lieutenant Skelly.**

11  Q.  Why do you believe that?

12  **A.  Because he had expressed interest in --**

13  **he was a lieutenant, and he had expressed interest in**

14  **becoming the chief.  I believe he was -- I believe**

15  **Price spoke with him as well.  I think he spoke with**

16  **all of them, Kidwell, Passwater, Skelly, and Hunt.  I**

17  **think he spoke with all the lieutenants.**

18  Q.  Okay.

19  **A.  Or seen the lieutenants.**

20  Q.  And then when did Dumas -- strike that.

21  Dumas told you that he chose Willie

22  Hunt to be deputy chief?

23  **A.  That that was what he wanted, correct.**

24  Q.  And what did you say?

Page 126

1  **A.  I asked him why, and I supported his**

2  **decision as my chief.**

3  Q.  Okay.  And then after that, what

4  happened?  Did it go to the city council?

5  **A.  It went to city council.  We put it on**

6  **the agenda, and it went before the body for approval.**

7  Q.  Did Dumas ever give you somebody that you

8  said, no, I'm not going -- he never gave you any

9  other names other than Willie Hunt for deputy chief,

10  right?

11  **A.  I believe he spoke about other people,**

12  **but he informed me that that was who he was**

13  **comfortable with and that was his selection.**

14  Q.  Okay.  And you gave him your blessing?

15  **A.  I told him if that's who he wanted, I**

16  **would support that and put it on the agenda for**

17  **approval by the board.**

18  Q.  Did you support it?

19  **A.  Yes.  I supported my chief.**

20  Q.  Okay.  What if Dumas had put forth

21  somebody that you didn't support, would you have told

22  him he couldn't make that move?

23  **A.  I don't know what I would have done back**

24  **then.**

Page 127

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 35 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   What if he said he wanted to put forth
2 Passwater for the position, would you have allowed
3 him to choose Passwater?
4    **A.   I would have had some strong concerns**
5 **because Passwater quit.**
6    Q.   And because he was considered to be a
7 racist?
8    **A.   No, you are putting words in my mouth.**
9 **My concern is that he's a quitter.  I don't quit.**
10    Q.   Well, you were concerned about him being
11 racist though?
12    **A.   I would have been concerned about him**
13 **quitting on the city.**
14    Q.   Okay.  Did you ever have any
15 conversations with Dumas about the selection of
16 Willie Hunt prior to him telling you that's who he
17 chose?
18    **A.   No.**
19    Q.   Did you ever tell him that you wanted
20 to -- him to choose a black person?
21    **A.   No.**
22    Q.   Did you ever tell him that you wanted to
23 change the culture in the police department?
24    **A.   Yes.**

Page 128

1 what he witnessed growing up.
2    Q.   All right.  But fair to say you made it
3 clear to him you wanted a different police
4 department?
5    **A.   I wanted a better police department,**
6 **better relationships in the community, a force that**
7 **reflected our diverse community, yes.**
8    Q.   And that was a condition of you hiring
9 him, correct, that he agreed with your vision?
10    **A.   Our visions were aligned.**
11    Q.   And that was certainly a reason why you
12 chose him?
13    **A.   That was a reason, yes.  That's fair.**
14    Q.   And your visions were aligned on probably
15 a number of issues, correct?
16    MR. MCGRATH:  Objection.  Form of the
17 question, it calls for speculation.
18 BY MR. HERBERT:
19    Q.   Your visions were certainly aligned on
20 the belief that the Kankakee Police Department was
21 too white?
22    **A.   Wow.  You ought to be ashamed of**
23 **yourself.**
24    Q.   You've got to say that you're saying that

Page 130

1    Q.   Did you tell him that you wanted to
2 increase the number of African Americans in the
3 police department?
4    **A.   Diversity which includes gender,**
5 **ethnicity, sexual orientation.**
6    Q.   Did you tell him that you wanted to
7 change the command staff of the police department to
8 be more diverse?
9    **A.   Yes.**
10    Q.   And did you tell him that you wanted to
11 have more -- did you tell him that there was problems
12 with the African American community?
13    **A.   I don't know that we specifically talked**
14 **about that because Price had lived in the community**
15 **for 11 years and been a part of the department, so he**
16 **was aware of some of the community's concerns.**
17    Q.   Okay.  And did you talk to Dumas about
18 the African American community concerns prior to you
19 choosing him as chief?
20    **A.   I probably did.**
21    Q.   Okay.  And did he have kind of the same
22 concerns that you had as an African American that
23 grew up witnessing what you spoke about?
24    **A.   We didn't talk about how he grew up and**

Page 129

1 jokingly otherwise it's going to read poorly.
2    **A.   No, I'm not going to say it jokingly.**
3    Q.   All right.  I'm sorry.  I'm not putting
4 words in your mouth.
5    **A.   You ought to be ashamed of yourself.  I**
6 **want it on the record.  Diversity.**
7    Q.   And just so we're clear --
8    **A.   It's 2:47.**
9    Q.   We have a discrimination lawsuit here,
10 so.
11    **A.   Oh, okay.**
12    Q.   And you know what the allegations are
13 here, that my two clients, Berge and Kreissler, were
14 passed over on the promotional list because they were
15 white by a black police officer.  You know those are
16 the allegations?
17    **A.   They were passed over by a black police**
18 **officer?**
19    Q.   Yes.  A black sergeant.
20    **A.   Okay.  So the chief complied with the**
21 **Illinois statute that allows him to pick from the top**
22 **three on the list and he chose the officer, the**
23 **African American officer.**
24    Q.   Yeah.  We might as well get into this.

Page 131

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 36 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1   A.  Yeah, let's get into it.

2   Q.  Let's do it.

3   A.  Let's do it.  I'm ready to go.  I'm ready

4  to eat.  We have to pay some more money for the cars.

5   Q.  Do you need to do that now?

6   A.  Probably, yes.

7   MR. HERBERT:  Why don't we take a break then.

8           (Whereupon, a short break

9           was had.)

10  BY MR. HERBERT:

11  Q.  All right.  So let me just ask you about

12  before we get into the promotional process, we talked

13  about Commander Dumas being promoted to commander?

14  A.  Commander Dumas was never a commander.

15  Q.  I'm sorry.  You're right.  It's in my

16  notes I took down incorrectly.

17          Commander Austin was promoted to

18  commander from lieutenant?

19  A.  Here we go with that again.

20  Q.  Appointed, is that a better word?

21  Selected?

22  A.  Selected.

23  Q.  And he was selected by Price Dumas?

24  A.  Correct.

Page 132

1   Q.  And tell me about that.  How did that

2  happen?  Well, when did you become aware that Dumas

3  wanted to select Austin?

4   A.  I don't recall the date.

5   Q.  Okay.  Do you remember what he told you?

6   A.  I know he was educated, Austin had

7  education.  I know he had military service.  I know

8  that the community responds well to him.  That was...

9   Q.  Was it the same kind of scenario with

10  Hunt where Dumas came into the office and said, "Hey,

11  I want to select -- I want to select Austin to this

12  position"?

13  A.  I don't know that it was in the office,

14  but he made me aware at some point.

15  Q.  Okay.  And you gave your blessing to

16  select Austin?

17  MR. MCGRATH:  Objection.  The form of the

18  question.

19  THE WITNESS:  Yeah.

20          I supported his decision.

21  BY MR. HERBERT:

22  Q.  Okay.  And did you know Commander Kidwell

23  at that point?

24  A.  When Austin was?

Page 133

1   Q.  Promoted.

2   A.  I think I -- when you say know, I don't

3  have a relationship.  I mean, I knew he was on the

4  police force.

5   Q.  Did you know any -- were there any

6  reasons considered about lieutenant -- your Commander

7  Kidwell's work performance that factored into --

8   A.  I don't know.

9   Q.  -- the decision to demote him to

10  lieutenant and promote Austin?

11  A.  He was always a lieutenant, so you keep

12  doing that.

13  Q.  Remove him from his position?

14  A.  I don't know.

15  Q.  Okay.  None that you're aware of?

16  A.  I don't know.

17  Q.  Okay.  Do you know if Dumas considered

18  anyone else other than Austin for the position of

19  commander?

20  A.  I do not know.

21  Q.  Did he talk to you about anyone else

22  other than Austin for that position?

23  A.  I recall him planning to speak with the

24  lieutenants, so in terms of who he was considering,

Page 134

1  I'm not sure.

2   Q.  Okay.  And tell me, what was the working

3  relationship between you and Chief Dumas?  And I know

4  that's a very broad question, so I'll try and narrow

5  it.

6          With respect to running the police

7  department, did he have full autonomy to run the

8  police department?

9   A.  Yes.  He's a chief.

10  Q.  Okay.  Were you involved in any decisions

11  affecting the police department?

12  A.  I appointed the chief.

13  Q.  Other than that?

14  A.  No.

15  Q.  Okay.  Did you ever -- did he ever run

16  decisions by you prior to making any decisions?

17  A.  We would talk about -- if there was a

18  shooting, we would talk about that.

19  Q.  Okay.  Anything else?

20  A.  There was one particular incident where I

21  believe there were two youths shot and we coordinated

22  going out to the community to ask for help, but he

23  made the decisions.  He was the chief.

24  Q.  I understand.  The police chief is a

Page 135



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL #174 Page 37 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 department head. That's an important department head
2 when you were the mayor, correct?
3     **A.  Yes.**
4     Q.  Somebody you consulted with on a frequent
5 basis?
6     **A.  Yes.**
7     Q.  And that would be on a daily basis?
8     **A.  I don't know if it was every day but**
9 **frequently.**
10     Q.  How about every day that you were working
11 and he was working, fair to say that you --
12     **A.  I don't know.**
13     Q.  He had your cell phone, correct?
14     **A.  Yes.**
15     Q.  You had his cell phone, correct?
16     **A.  Yes.**
17     Q.  And you've probably had hundreds of phone
18 calls with him during the time that he was the chief?
19     **A.  Hundreds? We had a lot.**
20     Q.  Okay. And it was on a lot of different
21 issues, correct?
22     **A.  Public safety issues.**
23     Q.  Okay. All police related issues,
24 correct?

1     **A.  Every conversation? Are you asking me**
2 **was every conversation we had related to police? Is**
3 **that what you're asking me?**
4     Q.  Sure.
5     **A.  No.**
6     Q.  Okay. You had personal conversations as
7 well?
8     **A.  Yes.**
9     Q.  Okay. You were his boss?
10     **A.  Yes.**
11     Q.  Okay. You were the boss of all the
12 department heads, right?
13     **A.  Yes.**
14     Q.  And you expected certain things out of
15 your department heads?
16     **A.  Yes.**
17     Q.  You expected certain things out of the
18 chief of police, correct?
19     **A.  Yes.**
20     Q.  You expected that he run the police
21 department consistent with your vision of how the
22 police department should be run, correct?
23     **A.  What are you asking me?**
24     Q.  Just what I asked you.

1     **A.  Clarify, please.**
2     Q.  You wanted to make sure -- you had ideas
3 about how you wanted the police department to be run,
4 fair to say?
5     **A.  I don't think that is fair to say.**
6     Q.  Okay. You had ideas about how you wanted
7 the police department to look, correct?
8     **A.  I wanted a more diverse department. I**
9 **wanted better relationships with the community. I**
10 **wanted us to address gun violence in the community.**
11     Q.  Okay. And Price Dumas, you expressed
12 those desires to Price Dumas, correct?
13     **A.  Yes.**
14     Q.  And part of your job as the mayor was to
15 make sure that he was fulfilling his duties with
16 respect to your desires, correct?
17     MR. MCGRATH: Objection. Form of the
18 question, it's leading, an incomplete hypothetical.
19         You can answer it if you can answer
20 it.
21     THE WITNESS: I can't.
22 BY MR. HERBERT:
23     Q.  Why not?
24     **A.  Because I can't.**

1     Q.  You've got to do better than that.
2     **A.  I don't have an answer.**
3     Q.  What about the question causes you not to
4 be able to answer it?
5     **A.  It's not clear.**
6     Q.  Okay.
7     MR. HERBERT: Brenda, I'm sorry. Would you
8 mind reading that question back?
9
10         (Whereupon, the record was
11         read as requested.)
12     THE WITNESS: I don't like that question.
13 BY MR. HERBERT:
14     Q.  As mayor you wanted to make sure that the
15 chief was running the police department properly,
16 correct?
17     **A.  Yes.**
18     Q.  You wanted to make sure that he was -- he
19 recognized your concerns that you expressed to him,
20 correct?
21     **A.  Yes.**
22     Q.  And you wanted to make sure that he was
23 running the police department in a way that was
24 addressing the concerns that you raised to him,

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02314-CSB-EIL #174 Page 38 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 140**

1 correct?

2     **A. Yes.**

3     Q. And if he wasn't running the police

4 department consistent with the desires that you had,

5 you would have taken action against him, correct?

6     MR. MCGRATH: Objection. It calls for

7 speculation, incomplete hypothetical.

8     THE WITNESS: I have no answer for that.

9 BY MR. HERBERT:

10     Q. Okay. Did you ever tell Price Dumas, did

11 you ever tell him about things that he needed to do a

12 better job of as a police chief?

13     **A. Maybe projecting when he speaks.**

14     Q. Okay. Anything else?

15     **A. He kind of mumbles a little bit. I don't**

16 **think so.**

17     Q. Okay. Did you ever have conversations

18 with him about any concerns that you had with the

19 personnel in the police department?

20     **A. Who do you mean?**

21     Q. Did you ever have concerns about anyone

22 in the police department that you brought to the

23 attention of Dumas or that you and Dumas had

24 conversations about?

**Page 141**

1     **A. I don't recall the name of the person.**

2 **There was some activity going on on social media with**

3 **police officers.**

4     Q. Okay. And what happened with that? What

5 did you tell him?

6     **A. I was just concerned about people --**

7 **what's the word I'm looking for, being derogatory**

8 **towards the city.**

9     Q. Okay. And we talked a lot about that in

10 the last deposition, and there was a lot of posts on

11 the social media account that was critical of you as

12 the mayor, correct?

13     **A. I never saw -- I don't think I ever saw**

14 **the pages. I just heard things.**

15     Q. Right. And you heard that they were

16 critical of you, of Dumas?

17     **A. Hunt.**

18     Q. Correct? You, Dumas, Hunt, your command

19 staff, correct?

20     **A. Yes.**

21     Q. Okay. And you directed Dumas to look

22 into that, correct?

23     **A. I believe I raised it to his attention**

24 **that that was going on in the department.**

**Page 142**

1     Q. Okay.

2     **A. Yeah, that I had heard about it.**

3     Q. Did you tell him take --

4     **A. I didn't give him any direction, no.**

5     Q. Did you expect him to take care of that?

6     **A. As the leader in the department, I would**

7 **expect him to find out what's going on.**

8     Q. And that's why you told him that. You

9 didn't tell him that just in conversation. You told

10 him that to say, "Hey, you're the police chief. Take

11 care of this"?

12     **A. That's not what I said, Dan Herbert,**

13 **America's top 100 attorneys. That's not what I said.**

14     MR. HERBERT: Get that on the record.

15     THE WITNESS: Scratch that part, the top 100.

16     I was concerned about the

17 relationship between the department and the

18 community.

19 BY MR. HERBERT:

20     Q. Got it. And I mean, you certainly

21 told -- you told Dumas to do certain tasks in his

22 role as a police officer, right?

23     MR. MCGRATH: Objection. It misstates the

24 prior testimony, facts not in evidence, leading,

**Page 143**

1     THE WITNESS: You're trying to put words in

2 my mouth.

3     MR. MCGRATH: Foundation.

4 BY MR. HERBERT:

5     Q. Go ahead. You can answer.

6     **A. I have no answers for you.**

7     Q. As his boss, is it your testimony that

8 you never directed him to do anything?

9     **A. When I made him chief, his job was to**

10 **lead the police department. But, I mean, I didn't**

11 **like -- I don't recall like saying, you need to**

12 **appoint a commander this week, or you need to appoint**

13 **-- I mean, his job was to be the chief.**

14     Q. And your job was to make sure that he was

15 doing an appropriate job leading the police

16 department, correct?

17     **A. Yes.**

18     Q. And certainly you as the mayor could tell

19 him what steps you thought needed to be taken in

20 certain situations to help the police department?

21     **A. I didn't run day-to-day operations in the**

22 **police department if that's what you're getting at.**

23     Q. I'm not asking you that.

24     **A. We talked sometimes about ideas, you**



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 39 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1  know, things to address like gun violence.

2  Q.  Okay.

3  A.  But I didn't give him directives to run

4  the day-to-day operations of the police department.

5  Q.  Did you tell him to look into that

6  Facebook issue?

7  A.  I made him aware of it.

8  Q.  And the reason that you made him aware of

9  it, were you expecting him to look into it?

10  A.  I expected him to use his judgment and do

11  what he thought was best as the chief.

12  Q.  What did you expect him to do?

13  A.  I don't have an answer for that.

14  Q.  Did he look into it?

15  A.  I'm not sure what he did.

16  Q.  Well, you know that the Illinois State

17  Police conducted an investigation regarding Price

18  Dumas conducting an investigation, correct?

19  A.  Is this related to checking out people

20  who were making threats towards me?

21  Q.  Yes.

22  A.  So I don't know if Price -- my

23  understanding was that people who were -- is this on

24  LEADS?  They were running background checks?

Page 144

1  Everybody was doing them under the

2  chief's credentials was my understanding, so I don't

3  know if he actually did it or if another staff member

4  did it, but I did raise my concerns about my safety

5  to him about a couple of individuals.

6  Q.  And that was on that Facebook post,

7  people that were being critical of you?

8  A.  No, I don't -- no, this was separate.  My

9  license plate was -- a picture of my license plate

10  was taken where I was somewhere in the community.

11  Q.  And where was that posted?

12  A.  That was posted on Facebook somewhere.

13  Q.  But you're not saying it's by the group

14  that was critical --

15  A.  I don't know that it was -- it was in the

16  police -- I don't know if it was police -- I don't

17  thin it was -- it wasn't police officers that posted

18  it.

19  Q.  Did you tell him that, or did he tell you

20  that your license plate appeared in this post?

21  A.  I think somebody brought it to my

22  attention.  I don't think it was Price.

23  Q.  Okay.  And then you told Price?

24  A.  Uh-huh.

Page 145

1  Q.  Yes?

2  A.  Yes.  Sorry.

3  Q.  And did you tell him to find out who was

4  behind this?

5  A.  I believe the post indicated the name of

6  the person.

7  Q.  Okay.  But you became aware of the fact

8  that the Illinois State Police was conducting an

9  investigation --

10  A.  I did become aware.

11  Q.  -- into actions by Price Dumas, correct?

12  A.  Yes.

13  Q.  Okay.  And that was related to the

14  investigation that you told him.  It involved the

15  investigation of the incident in which you told him

16  about, correct?

17  MR. MCGRATH:  Objection.  Misstates the prior

18  testimony, foundation, form.

19  THE WITNESS:  I feel like these are getting

20  crossed.  There were individuals in the community who

21  were attacking me on Facebook and saying -- making

22  threatening statements.  I actually spoke, it was

23  with my fire department and mentioned the name of

24  this person, and one of my firefighters said, "You

Page 146

1  need to have him looked into.  I worked in another

2  municipality, and I believe he's got domestics."

3  So I told Price because I was concerned for my

4  safety.  It had nothing to do with people disagreeing

5  with me or not liking me or saying things about me.

6  It was my safety that I was concerned about.

7  BY MR. HERBERT:

8  Q.  Okay.

9  A.  So I told Price about it, and he looked

10  into this person.

11  Q.  And him looking into this person, is it

12  your understanding that that was what the Illinois

13  State Police was looking into Price Dumas for?

14  A.  That was my understanding, but the LEADS.

15  But I don't know if Price actually ran it because my

16  understanding is that several people were using the

17  chief's credentials.

18  Q.  Well, what is your understanding of why

19  the Illinois State Police was involved in a criminal

20  investigation?

21  A.  I don't know.

22  Q.  Well, you said it had something to do

23  with the LEADS, right?

24  A.  I think someone accused Price of misusing

Page 147

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 40 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 the system.

2 Q. The LEAD system?

3 A. Correct.

4 Q. And that was using --

5 A. There was nothing founded.

6 Q. It was using the LEAD system for a

7 non-police related reason. That's what the

8 accusations were?

9 A. I don't know. I really don't know.

10 Q. Well, you became aware of the fact

11 that -- hold on. You've got to let me finish.

12 A. Let me answer my question.

13 Q. Okay. Go ahead.

14 A. What I heard was that I was having people

15 investigated who didn't like me which would have been

16 like probably a third of my police department if that

17 was true. That was not the case. I was concerned

18 about my safety.

19 Q. Okay.

20 A. That's what I had heard.

21 Q. You had heard that a third of the police

22 department that -- or strike that.

23     You believed that a third of the

24 police department didn't like you?

Page 148

1 A. I was just throwing out a number.

2 Q. Okay. But you believe that --

3 A. There were some people in the police

4 department that were not happy that I was the mayor.

5 I believe that, yes.

6 Q. And those individuals were male whites,

7 correct?

8 MR. MCGRATH: Objection. It calls for

9 speculation.

10 THE WITNESS: Some of them.

11 BY MR. HERBERT:

12 Q. Were any of them not male whites?

13 A. I don't know.

14 Q. Did you suspect anyone other than male

15 whites of not being supportive of you as a mayor?

16 A. Yes.

17 Q. Who?

18 A. I don't remember her name.

19 Q. Was it a female black?

20 A. White.

21 Q. Anyone other than the female white and

22 white males did you?

23 A. I think there were a couple female

24 whites, maybe three.

Page 149

1 Q. Okay. All white police officers you

2 believed were not happy about you being the mayor?

3 A. I don't know if they were happy or not.

4 Q. But you said that you believed that these

5 people were not happy about you being the mayor,

6 correct?

7 A. That's fair to say, yes.

8 Q. Okay. And why did you think they weren't

9 happy about you being the mayor?

10 A. Oh, lord. I can't speculate on their

11 happiness. I don't know.

12 Q. Well, why did you believe that though? I

13 mean, there had to be a reason why you believed that

14 these white people were not happy about you being the

15 mayor?

16 A. Well, some of the things on social media

17 that I had heard about, the way Chief Regnier left,

18 people that supported him.

19 Q. Do you think that because --

20 A. When Sneed was promoted, I think there

21 were 10 or 12 white officers that came into council

22 and protested. What did they do?

23     What did they do? What did they do?

24 They read a statement that they didn't have

Page 150

1 confidence in the chief and his command. They were

2 all white officers.

3 Q. Okay. So you believe that there was --

4 that there was a significant portion of white

5 officers that were not happy that you were the mayor,

6 correct?

7 A. Correct.

8 Q. Not happy that Price Dumas was the police

9 chief, correct?

10 A. Correct.

11 Q. Not happy that Willie Hunt was a deputy

12 chief?

13 A. That's correct.

14 Q. Not happy that Austin, Mr. Austin was not

15 the commander?

16 A. He was the commander.

17 Q. Not happy that he was the commander?

18 Thank you.

19 A. It was more focused on Price and Willie

20 and me. There was some comments about Austin too.

21 Q. Did you think it was racial bias?

22 A. I think all of us have some racial bias.

23 Q. You included?

24 A. I can sometimes.

Page 151



Mayor Chasity Wells-Armstrong Backwrite    3/24/2022
2:20-cv-02310-CSB-EIL   # 174   Page 41 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Against white people?

2  A.  Yes.

3  Q.  Did you have any racial bias against

4  white police officers in Kankakee?

5  A.  No.

6  Q.  None?

7  A.  I am aware of the issues between police

8  officers and minority communities.

9  Q.  Tell me about that.

10  A.  I don't know that I have bias, that's

11  defined as bias.

12  Q.  Well, tell me about what you mean by

13  you're aware of the issues between police officers

14  and the community?

15  A.  Some police officers.  Not all police

16  officers.  I mean, we had, you know, Ferguson.

17  George Floyd was murdered while I was the mayor.  I

18  mean, the policing started out as slave patrols in

19  this country, so I think it's safe to say that most

20  African Americans have a fear of the police.  I think

21  it's safe to say that and myself included.  If I'm

22  stopped, I'm nervous, you know.  We're starting to

23  see women now be killed by the police.

24  Q.  And when you say black people nervous

*Page 152*

1  about the police, especially with white police?

2  A.  Yes.  People tend to feel comfortable --

3  now I'm going into my social work.  I think in my

4  experience, people tend to feel comfortable around

5  people who are similar to them.

6  Q.  Similar in ethnicity?

7  A.  That's one way.  There's other ways.

8  Q.  And that's one of the reasons why you

9  wanted to have a black police chief?

10  A.  You're putting words in my mouth.

11  Q.  Well, is it?

12  A.  The chief did not have to be black.  The

13  chief -- I wanted the chief to have a similar vision

14  of policing the community, but it didn't have to be a

15  black chief.  It could have been -- go ahead.

16  Q.  Did you feel that a black chief would

17  better relate with the African American community?

18  A.  Yes.

19  Q.  Did you think that a black police chief

20  would better improve the relationship between the

21  police and the black community?

22  A.  Yes.

23  Q.  And that was one of the things that you

24  wanted to change when you became mayor, correct?

*Page 153*

1  A.  What did I want to change?

2  Q.  You wanted to improve the relationship

3  between the police and the community.

4  A.  Yes.

5  Q.  And the fact that Price Dumas was black,

6  you believed that making him your chief would

7  potentially improve the relationship between your

8  police department and the community?

9  A.  That was not the only reason.

10  Q.  I understand that.

11  A.  It was a factor.

12  Q.  That was one of them?

13  A.  Yes.

14  Q.  Okay.  And the same thing with Deputy

15  Chief Hunt, you thought that it was -- that if there

16  was -- the two heads of the police department, No. 1

17  and 2 being African American --

18  A.  No.  Don't go there.  Don't do it.  Don't

19  get shamed.

20  Q.  Hold on.  Just let me ask the question.

21  And you're smiling and eating a taco at the point in

22  which you're asking this -- or answering.

23         The fact that you had under your

24  leadership, that the two heads of the department had

*Page 154*

1  gone from white males to black males, did you believe

2  that that was potentially a factor that could help

3  improve the relationships between the police and the

4  community?

5  A.  Not necessarily because my community was

6  diverse.

7  Q.  Right.  Did you think that it would go

8  towards improving the relationship within the black

9  community and the police department?

10  A.  Not because they were black.  Willie Hunt

11  is well-loved in Kankakee.  He's grown up, he's been

12  there, an officer for a long time.  He's worked with

13  a lot of kids and their families.  People trust him.

14  Q.  Well, let's talk about Willie.

15  MR. MCGRATH:  Are you done answering?

16  THE WITNESS:  Yes.

17  BY MR. HERBERT:

18  Q.  Let's talk about Willie Hunt.  Not

19  everyone would agree with your -- hold on.

20  A.  I was referring to African Americans.

21  Q.  Okay.  You said African Americans in the

22  community love Willie Hunt, correct?

23  A.  Not everybody, but there were a lot of

24  people, African Americans, minorities that loved

*Page 155*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 42 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Willie Hunt.**

1  Willie Hunt.
2  Q.  How about within the white community in
3  the Kankakee Police Department --
4  A.  Well, there was --
5  Q.  Hold on.  Do you think that Willie Hunt
6  had that same type of love as he did in the African
7  American community?
8  A.  In the police department there were
9  officers that respected him tremendously for his
10  work, for his service, for his military service, for
11  his education, for his community involvement and his
12  love for his family.  There were white officers in
13  the department that despised him.
14  Q.  And why do you say that?
15  A.  Some officers accused him -- some white
16  officers accused him of being a racist.
17  Q.  Did they make those accusations to you?
18  A.  I don't recall that those accusations
19  were made directly to me.
20  Q.  But they were made while you were the
21  mayor?
22  A.  Yes.
23  Q.  And what were those accusations?  Were
24  they just blanket statements, or did people give

Page 156

1  because he was black?
2  A.  What I was concerned about was the fact
3  that he posted this and it was offensive, and I
4  didn't think -- Hunt was interested in becoming
5  chief.  At some point we had a conversation, and I
6  told him that I could not in good conscience make him
7  the police chief because I used the example, I said,
8  "If a white officer had posted that black people
9  derive from monkeys and I then made that white
10  officer the chief of police, what does that look
11  like?"
12  Q.  If a white person had made that post
13  about black people being derived from monkeys, would
14  that be a racist post?
15  A.  The intent -- I don't know what the
16  intent was.  Willie Hunt told me that was not his
17  intention.  I don't know what the intention of -- if
18  a white officer had done that.  I can't speak to
19  that.  I don't know what their intention would have
20  been.
21  Q.  What would you think -- hold on.
22  MR. MCGRATH:  She's trying to answer.
23  THE WITNESS:  I think a lot of black people
24  would think that it was racist because black people

Page 158

1  reasons as to why they thought Willie Hunt was a
2  racist?
3  A.  There was some reasons.
4  Q.  Tell me about those.
5  A.  One was mostly his Facebook post.
6  Q.  Tell me about those.
7  A.  He made a Facebook post.  I think it was
8  a rhesus monkey, and he said that white people were
9  derived from a rhesus monkey.
10  Q.  Okay.  What else?
11  A.  That's all I recall.  That happened, I
12  don't know, years ago.  I don't recall anything else.
13  Q.  Any other reasons that you thought that
14  the white police officers had about Hunt being a
15  racist other than stuff he posted on his Facebook?
16  A.  Not that I'm aware of.
17  Q.  Did you have any concerns that Hunt was a
18  racist?
19  A.  I didn't have any concerns -- I've
20  already told you my philosophy on who can be a
21  racist, but I did have concerns about the post when
22  it was brought to my attention.
23  Q.  So since -- based upon your definition,
24  you weren't concerned about Hunt being a racist

Page 157

1  have been called monkeys and porch monkeys and those
2  have been derogatory terms used towards black people.
3  BY MR. HERBERT:
4  Q.  So wouldn't you think it would be
5  reasonable for white people to think that Hunt was
6  racist based upon those posts?
7  A.  I did think it was reasonable that they
8  thought that which is why I told him he couldn't be
9  the chief even though he said that wasn't his
10  intention.
11  Q.  And you didn't have any reason to believe
12  that Hunt was a racist other than those posts?
13  A.  I had not viewed anything about Willie
14  that would indicate that he was racist.
15  Q.  Okay.  Did you have any reason to believe
16  that Hunt had a general dislike for white people?
17  A.  No.
18  Q.  When did Hunt express a desire to be a
19  police chief?  Would it have been after Price Dumas
20  was resigned?
21  A.  After Price resigned, I don't think so.
22  At that point I was doing a search.  I'm thinking.
23  Q.  Well, he didn't come to you before Price
24  was --

Page 159



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 43 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 160**

1     A. I'm trying to think if he did. We had a

2 conversation.

3     Q. Go ahead. Take your time.

4     A. I know we had a conversation about it.

5 It had to be before Price became acting chief.

6     Q. Okay.

7     A. I think, yeah.

8     Q. Was it before you had reached out to

9 Price?

10     A. I don't recall that.

11     Q. So the only two people that you would

12 have had conversations with about becoming chief

13 would have been Willie Hunt and Price Dumas?

14     A. No, Skelly.

15     Q. You spoke to Lieutenant Skelly about

16 being the police chief?

17     A. Uh-huh.

18     Q. Is that a yes?

19     A. Yeah, sorry.

20     Q. When did you do that?

21     A. I don't remember. I don't remember the

22 sequence of all of this.

23     Q. I'm talking about the sequence that led

24 to Price Dumas becoming the active chief?

**Page 161**

1     A. I think those conversations happened

2 after he was acting because Passwater left abruptly

3 and I remember thinking we cannot go into the weekend

4 with no chief in charge of the department, so I made

5 a decision to put Price in as acting, but he was

6 acting so then other people were interested and

7 wanted to become chief, so I believe --

8     MR. MCGRATH: You said Price. Did you mean

9 Passwater?

10     THE WITNESS: No, Price.

11     MR. HERBERT: No, Price.

12     MR. MCGRATH: Okay.

13     MR. HERBERT: Pay attention, Mike.

14 BY MR. HERBERT:

15     Q. Go ahead.

16     A. Yeah.

17     Q. So I'm confused by that though. You said

18 that Hunt expressed a desire to be the chief at the

19 point prior to you appointing Dumas to chief?

20     A. (Shaking head.)

21     Q. No?

22     A. I think it was after.

23     Q. After you appointed Dumas to chief?

24     A. I think so.

**Page 162**

1     Q. Okay.

2     A. Because he was never the chief. He was

3 the acting chief.

4     Q. Right.

5     A. And so we didn't have -- the chief

6 position wasn't filled, so people were interested in

7 filling it as the permanent chief, and I believe

8 that's when I talked to Willie.

9     Q. Got it.

10     A. I think that's when.

11     Q. So it would have been during the time

12 that Price was the acting chief, correct?

13     A. I don't know if he had arrived yet. I

14 don't remember when he started.

15     Q. That's okay.

16     A. But Price was the selected person, yeah.

17     Q. Got it. And you said that there was

18 other people interested in being the chief during

19 that time period that Price was selected?

20     A. I don't know if it was during the time

21 period. I know that Skelly had sent and resumé over.

22 I know that Austin had sent a resumé over, Donell

23 Austin. I can't remember everybody else. I don't

24 remember the sequence.

**Page 163**

1     Q. But Austin sent over a resumé as part of

2 that search that you opened up -- hold on, that led

3 to Frank Kosman being selected chief, correct?

4     A. I know he did, yes. He was part of that.

5 I don't recall if he was part of both.

6     Q. And forgive me, but I would think that

7 one of your first jobs as mayor was selecting a very

8 important department member and that was chief of

9 police, so I would think that you would remember if

10 there were any other candidates that you considered

11 other than Price Dumas.

12     A. Well, coming in as mayor, I was again

13 inheriting a department where Regnier left abruptly.

14 I put Passwater in. I didn't have any idea that he

15 was going to leave abruptly the way that he did in a

16 short amount of time.

17     Q. Okay. That doesn't answer my question

18 though.

19     A. What's your question?

20     Q. My question is: You would agree with me

21 that it would be reasonable for you to remember --

22     A. No, it's not reasonable.

23     Q. Okay. But as you sit here today -- as

24 you sit here today, you can't think of anyone else

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 44 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 that you considered for the position of chief that
2 eventually Dumas went into that role pending
3 approval, you can't think of anyone else that you
4 considered other than Dumas. Is that fair to say?
5     MR. MCGRATH: Objection. It misstates the
6 prior testimony, foundation.
7     THE WITNESS: I don't recall. What year is
8 this '22? This was 2017.
9 BY MR. HERBERT:
10     Q. Okay. Tell me about what happened with
11 Price Dumas and him not receiving the approval from
12 city council.
13     **A. They wouldn't approve. We didn't have**
14 **enough votes to approve his appointment.**
15     Q. Okay. And when you say we didn't have
16 enough votes, who are you referring to?
17     **A. Me and -- well, I didn't have enough**
18 **votes to get the approval.**
19     Q. Okay. How many times did you seek his
20 approval?
21     **A. I think three.**
22     Q. And that would be you sought his approval
23 through city council?
24     **A. Yes.**

Page 164

1     Q. And what was needed to get his approval?
2     **A. A majority vote. Eight votes.**
3     Q. So there was what, 15 people?
4     **A. 14.**
5     Q. 14 people on the committee?
6     **A. On the city council.**
7     Q. And the first time that you brought him
8 before the committee, you brought him there to be
9 approved as chief by the city council, right?
10     **A. Uh-huh.**
11     Q. You have to say yes.
12     **A. Yes.**
13     Q. And he didn't receive the votes, correct?
14     **A. He didn't receive enough votes.**
15     Q. Okay. Do you remember what the breakdown
16 was?
17     **A. I don't.**
18     Q. Do you remember if it was -- if the votes
19 were across party lines or across racial lines?
20     **A. The majority of people that supported him**
21 **were African American. There were some African**
22 **Americans that did not support him, and eventually**
23 **one of the white city council members supported him.**
24     Q. Okay. But basically it was along racial

Page 165

1 lines, the majority of blacks supported Price Dumas,
2 the majority of whites did not support Price Dumas on
3 the city council, fair to say?
4     **A. Fair to say.**
5     Q. Okay. And then after this first attempt,
6 you didn't open up a search committee for a chief,
7 did you?
8     **A. No.**
9     Q. You instead tried to get him appointed at
10 a second meeting, correct?
11     **A. Yes.**
12     Q. How long after the first meeting
13 approximately?
14     **A. I don't recall.**
15     Q. Weeks, months, years?
16     **A. It wasn't years. I don't recall.**
17     Q. Had anything changed with respect to you
18 bringing him before the city council a second time?
19 Were there any other new circumstances that were
20 brought to the council?
21     **A. Just having conversations with the**
22 **council and him having, you know, a meeting with the**
23 **council.**
24     Q. And then the second vote didn't go his

Page 166

1 way either?
2     **A. Correct.**
3     Q. The same situation, kind of along racial
4 lines?
5     **A. I don't recall.**
6     Q. Well, do you think that it was, as you
7 sit here today? Did it change at some point where --
8     **A. Majority white, no. He never got**
9 **majority white, correct.**
10     Q. And he got majority black all three
11 times?
12     **A. Yes, but there were -- but there were**
13 **blacks on the council that did not support him.**
14     Q. Okay.
15     **A. And then there was a white council member**
16 **that did support him.**
17     Q. And then you brought him there -- you
18 took a third bite at the apple. You brought him
19 there a third time to get him approved as the chief,
20 correct?
21     **A. Correct.**
22     Q. And again he wasn't?
23     **A. Correct.**
24     Q. And you were upset about that?

Page 167

Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL # 174   Page 45 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    A.  Yes.
2    Q.  And you were upset because the city
3  council was not approving your choice for mayor,
4  correct?
5    MR. MCGRATH:  For chief.
6  BY MR. HERBERT:
7    Q.  Chief?  Excuse me.
8    A.  You're asking me why I was upset?
9    Q.  Yeah.
10   A.  I was upset because they would not give
11  him an opportunity.  I was upset because I wanted
12  stability in the police department.  I wanted us to
13  have closure on the issue.
14   Q.  Okay.  And did you believe that there was
15  city council members that weren't voting for him
16  simply because he was black?
17   A.  I can't speculate to that.  I don't know.
18   Q.  Was that one of the reasons you were
19  angry though?
20   A.  No.  I wasn't angry.  Don't make me the
21  angry black woman.  I was frustrated.
22   Q.  Okay.  Was that part of the reason for
23  your frustration?
24   MR. MCGRATH:  Objection.  The form of the
Page 168

1  question.
2  BY MR. HERBERT:
3    Q.  Were you frustrated in part because you
4  believed the vote was along racial lines?
5    A.  No.
6    Q.  Did you think that the white people
7  weren't supporting your choice for chief was related
8  to either you being black or the chief -- or
9  Mr. Dumas being black?  Did you think that could have
10  been a factor?
11   A.  It could have been a factor.
12   Q.  Okay.  And in fact you thought it was a
13  factor, right?
14   A.  It could have been a factor.
15   Q.  I understand that, but you thought that
16  was the reason that was --
17   A.  No, you're saying that.
18   Q.  Okay.  But you thought it was a reason
19  because you already talked about earlier how black
20  women that are elected as mayors, they have a
21  difficult time because of the fact that they're black
22  and because of the fact that they're females,
23  correct?
24   A.  And in my case younger, my age.  I had
Page 169

1  only been on city council two years before I became
2  the mayor, so there were a lot of factors.
3    Q.  Did you think that there was racism
4  within the city council?
5    A.  Yes.
6    Q.  Did you think that there was racism
7  within the white city council members that voted
8  against Price Dumas?
9    A.  Yes.
10   Q.  Did you think that they were racist
11  towards you?
12   A.  Yes.
13   Q.  Okay.  And Price Dumas resigned?
14   A.  Yes.  You've asked this already.
15   Q.  Right.  I'm just framing the question
16  here.  It's like a heading to a chapter.
17    When he resigned, he was currently
18  under investigation with the Illinois State Police,
19  correct?
20   A.  I don't know.
21   Q.  Well, you know that he was under
22  investigation with the Illinois State Police,
23  correct?
24   A.  I know there was an investigation, yes.
Page 170

1    Q.  Okay.  And you were made aware of that,
2  correct, as the mayor?
3    A.  Yes.
4    Q.  And did you bring him before the city
5  council to be the chief while he was under
6  investigation by the Illinois State Police?
7    A.  I don't recall the timing.
8    Q.  It could have been?
9    Were you concerned that you
10  appointed a chief that was now being investigated by
11  the Illinois State Police?
12   A.  No.
13   Q.  That didn't concern you?
14   A.  No.
15   Q.  Okay.  Let's talk about Michael Sneed.
16  You know Michael Sneed?
17   A.  Yes.
18   Q.  And he was promoted to -- he was promoted
19  to sergeant at one point in the Kankakee Police
20  Department, correct?
21   A.  Yes.
22   Q.  But I believe that was before you were
23  the mayor?
24   A.  That's correct.
Page 171



Mayor Chasity Wells-Armstrong Backwrite    3/24/2022
2:20-cv-02312-CSB-EIL #1-74   Page 46 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.   And while you were the mayor, he was
2  promoted to lieutenant, correct?
3    **A.   Correct.**
4    Q.   And while you were the mayor, what was
5  your involvement in the promotional process within
6  the police department other than the command staff
7  that we already spoke of?
8    **A.   I don't have involvement in promotions.**
9    Q.   Okay.  You agree with me that Stanard &
10  Associates was the vendor that was responsible for
11  running the promotional process for the lieutenants'
12  promotion in which Sneed was promoted?
13    **A.   I do not agree with you.**
14    Q.   Okay.  Tell me why.
15    **A.   I don't know.  I have no idea who ran it.**
16  **I don't remember that.**
17    Q.   All right.  Well, I'll represent to you
18  that it was Stanard & Associates.
19    **A.   Well, that's what you say.**
20    Q.   Okay.  Do you disbelieve what I'm saying?
21    **A.   I don't know if I can trust you or not.**
22    Q.   Do you have any reason to think that it
23  was a different company that was running the testing
24  process?

Page 172

1    **A.   I don't know.**
2    Q.   Okay.  Do you know that commander -- or
3  I'm sorry, Deputy Chief Hunt works for Stanard &
4  Associates?
5    **A.   Do I know that?**
6    Q.   Yeah.
7    **A.   Now I do.**
8    Q.   Okay.  When did you become aware of the
9  fact that --
10    MR. MCGRATH:  You're getting into
11  attorney-client communications.
12  BY MR. HERBERT:
13    Q.   When.  I'm not saying how, but when did
14  you become aware of the fact that Hunt worked for
15  Stanard & Associates?
16    **A.   I don't recall the exact time.**
17    Q.   Okay.  But here, I'm assuming it was from
18  your lawyer, and I don't want to ask --
19    **A.   Then stop.  Let's go to the next**
20  **question.**
21    Q.   Is it fair to say that you just found out
22  about this in the last several days?
23    **A.   I'm not sure.**
24    Q.   Were you aware of it at the point in

Page 173

1  which you were the mayor?
2    **A.   I don't recall if this came up in**
3  **another -- what is this we're doing?**
4    Q.   A deposition.
5    **A.   I don't recall.  I don't recall.**
6    Q.   So as you sit here today, you don't
7  recall if you knew that Willie Hunt worked for
8  Stanard & Associates who was a vendor for the City of
9  Kankakee at the point in which you were mayor.  Is
10  that your testimony?
11    MR. MCGRATH:  Objection.  Form of the
12  question, assumes facts not in evidence, it's
13  leading, foundation, and form of the question.
14    THE WITNESS:  Do I have to answer that?
15  BY MR. HERBERT:
16    Q.   Yes, you do.
17    **A.   I don't know.  I really don't.**
18    Q.   Well, what was the policy while you were
19  mayor about one of your employees working for a
20  vendor?
21    **A.   The only policy that I recall for police,**
22  **and I think -- I know from my department heads is**
23  **that if they were going to have secondary employment,**
24  **it had to be approved, but mayors are not into the**

Page 174

1  **like -- we're not like selecting who's doing the**
2  **testing, like that's not what we're doing.**
3    Q.   But you're responsible for selecting and
4  approving the vendors?
5    **A.   No, I'm not.**
6    Q.   Well, you're responsible for bringing
7  selected vendors for approval before the city
8  council, correct?
9    **A.   You're mixing up appointments --**
10    Q.   Well, tell me then.
11    **A.   -- and consultants.  Department heads**
12  **work with vendors.  I don't approve every vendor that**
13  **the department heads are working with.**
14    Q.   But you're aware of every vendor that the
15  department heads are working with?
16    **A.   I mean, I can't sit here and tell you I'm**
17  **aware of every vendor.  I mean, I saw a list of**
18  **checks as the mayor that got put on the packet for**
19  **the council to approve.**
20    Q.   Okay.  Do you remember seeing any checks
21  or invoices from Stanard & Associates during the time
22  that you were mayor?
23    **A.   I can't definitely confirm that.  I don't**
24  **recall confidently.**

Page 175



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 47 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Okay.  Was there any policy that you had
2  within Kankakee about employees working for a vendor?
3  **A.  Not that I'm aware of.**
4  Q.  Are you aware of any -- any requirements
5  or restrictions about an employee working for a
6  vendor in Kankakee while you were the mayor?
7  **A.  I don't recall any specific policies**
8  **related to that.  If you have a conflict, the council**
9  **and the mayor of course has to disclose a conflict.**
10 **At the department level I'm not sure of a policy.**
11 **The one I recall is the secondary employment.**
12 Q.  Okay.  And you said that if there was a
13 conflict of interest, the mayor and the council would
14 have to disclose that, right?
15 **A.  We're supposed to disclose that, yeah.**
16 Q.  And that's pursuant to Kankakee
17 department policy, correct?
18 **A.  I believe it's the State policy, statute.**
19 Q.  It's a State statute right?
20 **A.  Uh-huh.  You have to do the statement of**
21 **economic --**
22 Q.  You've got to say yes.
23 **A.  Yes.**
24 Q.  Okay.  Yes to my question?  It's a State
Page 176

1  statute?
2  **A.  Correct.**
3  MR. MCGRATH:  But you were answering.  Go
4  ahead.  It's a statement of what?
5  THE WITNESS:  Economic interest.
6  BY MR. HERBERT:
7  Q.  Okay.  And what is your requirement for
8  disclosure in those situations?
9  **A.  Well, all the council members and the**
10 **mayor would have to complete a statement of economic**
11 **interest I believe by May 1st every year, and then if**
12 **you had a conflict, then you would -- I didn't vote**
13 **as the mayor unless there was a tie.  If there's a**
14 **conflict, a council member would need to disclose, I**
15 **have a conflict, and not vote on the particular**
16 **issue.**
17 Q.  Okay.  And somebody working for the City
18 of Kankakee and a vendor that does business with the
19 City of Kankakee, is that a potential for a conflict?
20 MR. MCGRATH:  Objection.  Form of the
21 question, an incomplete hypothetical.
22 THE WITNESS:  I don't know.
23 BY MR. HERBERT:
24 Q.  Could it be a conflict?
Page 177

1  MR. MCGRATH:  The same objection.
2  THE WITNESS:  The employee doesn't have the
3  authority to approve payment.  I'm trying to think of
4  an example.  So if I was a police officer, but I
5  also --
6  BY MR. HERBERT:
7  Q.  Let me give you an example.
8  **A.  Okay.**
9  Q.  Let's say I'm a police officer and I own
10 an automobile repair shop and it's under my wife's
11 name, and my wife goes into you as the mayor and
12 says, "I want to be the exclusive dealer for all the
13 Kankakee vehicles."
14 **A.  Uh-huh.**
15 Q.  "And we're going to do all the repairs
16 for them."  The fact that I'm a police officer --
17 let's say I'm a high ranking police officer.  Let's
18 say I'm a deputy chief.  Would you be concerned about
19 a conflict of interest in that scenario?
20 **A.  Yes, because you are financially -- if**
21 **you two are married, you are probably financially**
22 **benefiting, No. 1, and No. 2, that was not my**
23 **approach as the mayor to have any exclusive person**
24 **but to share --**
Page 178

1  Q.  Okay.
2  **A.  -- our work with various people in the**
3  **community.**
4  Q.  Okay.
5  **A.  Not to have just one vendor doing all of**
6  **the work.**
7  Q.  Did you expect employees under your
8  command to identify any potential conflicts of
9  interest with respect to businesses that are vendors
10 for the city?
11 **A.  They wouldn't have done that with me.**
12 **They would have done that with the department head.**
13 Q.  Okay.  And that would be a requirement,
14 correct?
15 **A.  I don't know if it was a requirement.**
16 Q.  Well, what is your understanding of what
17 needed to be done?
18 **A.  If they had secondary employment, they**
19 **were to get permission from their department head.**
20 Q.  If an employee had a potential for a
21 conflict of interest because of a business interest
22 that he or she had with a vendor for the city, what
23 was your understanding of what that employee needed
24 to do?
Page 179



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 48 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1    A.  Discuss it with their department head.

2    Q.  Okay.  Anything else?

3    A.  The department head would have to

4 investigate and determine if there is a true conflict

5 or...

6    Q.  So the department head can just say, "No,

7 I don't think that's a conflict."  Is that your

8 testimony?

9    A.  No, that's not my testimony.

10   Q.  The department head would have to run

11 that past you as the mayor, correct?

12   A.  Probably legal.

13   Q.  Okay.  He'd have to run it past the legal

14 department within the City of Kankakee, correct?

15   A.  You're saying have to.  When you say have

16 to, I don't know that there's a policy.

17   Q.  What did you expect?

18   A.  This didn't come up when I was the mayor.

19   Q.  Would you expect one of your department

20 heads to disclose a potential conflict of interest to

21 you regarding one of his employees?

22   A.  Yes, or to the attorney.

23   Q.  Okay.  And would you, upon receiving that

24 information, would you bring that to the board?

Page 180

1    A.  I don't.

2    Q.  If he informed you of that, what would

3 you have done?

4    A.  If it was a true conflict, if it was

5 confirmed to be a conflict, then he would have

6 been -- then the employee would have had to have been

7 told that it's a conflict and they can't do it.

8    Q.  Okay.  Did you ever tell Willie Hunt that

9 he couldn't work for Stanard & Associates?

10   A.  No, I don't think I -- I don't know that

11 I knew about this.

12   Q.  Well, if you knew about it, you certainly

13 would have looked into it to determine whether or not

14 there was a conflict, correct?

15   A.  If someone brought to my attention that

16 they thought there may be a conflict then, yes, I

17 would have had the attorneys look into it.

18   Q.  And you never had the attorneys look into

19 a potential conflict of interest about Willie Hunt

20 being employed by the city vendor Stanard &

21 Associates?

22   A.  I don't think so.

23   Q.  And that's because you were never made

24 aware of it, correct?

Page 182

1    A.  I probably would have called the attorney

2 and then taken the advice of the attorney.

3    Q.  Okay.  Because you want to make sure that

4 there is no potential for a conflict of interest

5 between one of your employees and a vendor with the

6 City of Kankakee?

7    A.  Correct.

8    Q.  Because there certainly could be --

9 strike that.

10       Well, Deputy Chief Hunt, while he

11 worked for you, he was employed by Stanard &

12 Associates.  You know that now, correct?

13   A.  And this is the company that does

14 testing?

15   Q.  Yes.

16   A.  Okay.

17   Q.  You know that?

18   A.  Yes.

19   Q.  Okay.  And did Frank Kosman ever tell you

20 that Deputy Chief Hunt was employed by a vendor for

21 the City of Kankakee?

22   A.  I don't recall.

23   Q.  You don't recall if he informed you of

24 that?

Page 181

1    A.  I don't think I was.  I don't believe so.

2    Q.  And you never brought that issue to the

3 city council that there was a potential for a

4 conflict of interest with the deputy chief in the

5 police department and a vendor that was doing

6 business with the police department, did you?

7    A.  If I wasn't aware of it, then I couldn't

8 have brought it before the city council.

9    Q.  So you never brought it before the city

10 council?

11   A.  I don't know.

12   Q.  As deputy chief, you would agree with me

13 that the Deputy Chief Willie Hunt under your command,

14 he worked for various vendors for the City of

15 Kankakee?

16       MR. MCGRATH:  Objection.  Form of the

17 question, under her command.

18       THE WITNESS:  Thank you.

19 BY MR. HERBERT:

20   Q.  Under your leadership?

21   A.  In my administration.

22   Q.  In your administration.  Part of his

23 duties were to work with vendors, correct?

24       MR. MCGRATH:  Objection.  It calls for

Page 183

Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  # 117-4  Page 49 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 speculation, foundation.

2    If you know if he did.

3    THE WITNESS:  Yeah, I don't have his job

4 description.  I mean, I'm sure he talked to people

5 about cars.  I don't know the depth of the work with

6 vendors.

7 BY MR. HERBERT:

8    Q.  He talked to companies about business

9 with the Kankakee Police Department?

10    MR. MCGRATH:  Objection.  Foundation.

11    THE WITNESS:  I don't recall.  I don't know

12 that.  You're getting into operations.

13 BY MR. HERBERT:

14    Q.  Well, who would -- who under your

15 administration in the police department, who would be

16 authorized to select vendors for approval for city

17 business?

18    **A.  Ultimately I believe it would be the**

19 **chief, and if he delegated, you know, that would be**

20 **under his purview.**

21    Q.  Okay.  Anyone other than the chief?  I

22 mean, could a patrolman select this, or would it have

23 to go through the chief?

24    **A.  I don't know.**

                                      Page 184

1    Q.  As you sit here today, do you have any

2 concerns that your deputy chief was employed by a

3 vendor that did -- that did work for the Kankakee

4 Police Department paid for by the dollars of the

5 Kankakee Community?  Does that cause you any concern?

6    **A.  The question is am I concerned that**

7 **Willie Hunt who was employed by the City of**

8 **Kankakee --**

9    Q.  As a deputy chief of the police

10 department.

11    **A.  Also worked for?**

12    Q.  A vendor.

13    **A.  Okay, Stanard & Associates you're saying.**

14 **I would have to know if there's a conflict.  I don't**

15 **know that there's a conflict of him having another**

16 **job.**

17    Q.  Okay.  And you don't know if there was a

18 conflict?

19    **A.  I don't know.**

20    Q.  You would agree with me that there is a

21 potential for a conflict in that situation?

22    MR. MCGRATH:  Objection.  Form of the

23 question.

24    THE WITNESS:  I don't agree with you.

                                      Page 185

1 BY MR. HERBERT:

2    Q.  You're saying that the fact that Willie

3 Hunt, the deputy chief, was employed by a vendor for

4 the City of Kankakee that was contracted to do

5 business for the police department, you're saying

6 that that scenario alone does not create any

7 potential for a conflict?

8    MR. MCGRATH:  Objection.  Form of the

9 question, it calls for speculation, an incomplete

10 hypothetical, foundation.

11    THE WITNESS:  I'm not saying that.

12 BY MR. HERBERT:

13    Q.  So you're saying the opposite then.  It

14 could cause concern about a conflict of interest,

15 fair to say?

16    **A.  Fair to say.**

17    Q.  And do you know what Willie Hunt's role

18 was in the process for Michael Sneed to be promoted

19 to lieutenant?

20    **A.  No.**

21    Q.  Do you know if Willie Hunt had any say in

22 the promotional process in which Michael Sneed was

23 selected as lieutenant?

24    **A.  No.**

                                      Page 186

1    Q.  You know that Michael Sneed was ranked in

2 rank order No. 3 on that list, correct?

3    **A.  I believe so, yes.**

4    Q.  And you were aware of that when you were

5 the mayor, correct?

6    **A.  Yes.**

7    Q.  And you're aware of the fact that the

8 other two higher ranking individuals was Tim

9 Kreissler ranked No. 1, correct?

10    **A.  I believe so.**

11    Q.  And he was a white male?

12    **A.  Yes.**

13    Q.  And the second ranked individual was Paul

14 Berge, correct?

15    **A.  I believe so.**

16    Q.  And he was a white male, correct?

17    **A.  Yes.**

18    Q.  And you knew that Sneed was a black male,

19 correct?

20    **A.  Yes.**

21    Q.  And you knew that Sneed was promoted over

22 the two higher ranked white candidates, correct?

23    **A.  As a sergeant or a lieutenant because it**

24 **happened both when he became a sergeant and a**

                                      Page 187

Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 50 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 lieutenant.

2 Q. It did, but you weren't the mayor back

3 when he was a sergeant?

4 **A. No.**

5 Q. But you're aware of the fact that he was

6 promoted twice over higher ranked white officers,

7 correct?

8 **A. Correct.**

9 Q. Including under your administration in

10 2017, correct?

11 **A. Yes.**

12 Q. Were you concerned about Michael Sneed

13 being promoted over the two higher ranked candidates?

14 **A. No.**

15 Q. Why not?

16 **A. Because the Illinois statute allows the**

17 **chief to choose from the top three on the list.**

18 Q. And what's your understanding of what is

19 allowed pursuant to that statute? What can the chief

20 do?

21 **A. The chief can select from the top three,**

22 **and there was also a memo that was put out by the**

23 **former chief, Larry Regnier, advising the force that**

24 **they were not going to be promoted just based on**

Page 188

1 **their rank, that they were going to be taking other**

2 **factors into consideration.**

3 Q. But those factors are taken into

4 consideration in the chief's points, right, that

5 portion --

6 **A. I'm not sure.**

7 Q. Okay. Were you aware of anyone else that

8 was ranked No. 3 on a final list that was promoted

9 over two higher ranked individuals while you were

10 mayor?

11 **A. Our first promotion in my administration**

12 **was Gary Tyson who was a white male. I don't**

13 **remember where he was ranked. I don't think he was**

14 **No. 1 on the list.**

15 Q. Okay. Is it your testimony that he was

16 ranked -- that he was selected over a higher ranked

17 individual?

18 **A. I don't recall.**

19 Q. Okay. He certainly wasn't selected over

20 a higher ranked black individual, was he?

21 **A. I don't recall --**

22 Q. Okay.

23 **A. -- the names on the list.**

24 Q. All right. How many promotions took

Page 189

1 place in the police department under your

2 administration?

3 **A. So Hunt became deputy chief.**

4 Q. And I get all those. I don't mean to cut

5 you off, but I'm focusing on the career service

6 ranks.

7 **A. Gary Tyson was promoted to sergeant, a**

8 **white male, Jose Martinez was promoted to sergeant,**

9 **the first Latinx in the history of the city. Lacy, I**

10 **don't remember Lacy's last name, the first woman in**

11 **the city's history promoted to sergeant.**

12 Q. Was she a black woman?

13 **A. A white woman.**

14 Q. Okay. And anyone else?

15 **A. I'm trying to think. Steve Hunter. Did**

16 **Steve get promoted under my -- I think Steve Hunter**

17 **got promoted.**

18 Q. He did.

19 **A. He did?**

20 Q. Uh-huh.

21 **A. Is he a lieutenant?**

22 Q. A sergeant.

23 **A. Sergeant. Okay. A sergeant. He's**

24 **African American.**

Page 190

1 Q. Right. He was promoted over higher

2 ranked white individuals, Steven Hunter, correct?

3 **A. I don't know.**

4 Q. Okay. But the other individuals that you

5 spoke of, they were not African American, correct?

6 **A. Lacy is a white female. Jose Martinez is**

7 **a Latinx male. Gary Tyson is a white male.**

8 Q. Okay. And those individuals were

9 promoted based upon their rank order in the list,

10 correct?

11 **A. I believe so. I don't -- the police and**

12 **fire do the promotions with the patrol.**

13 Q. I get it.

14 **A. I don't know what all they take into**

15 **account.**

16 Q. In your administration, the only

17 promotions that were done out of rank order were

18 Hunter and Michael Sneed, correct?

19 **A. I can't confirm that.**

20 Q. Well, can you think of any promotions

21 that were done out of rank order other than Hunter

22 and Sneed?

23 **A. I don't have the rank list in front of**

24 **me. I don't remember. Sneed I do remember was**

Page 191



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 51 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

No. 3.

Q. Okay. And you know that Sneed was promoted over higher ranked white applicants, correct?

A. Correct.

MR. MCGRATH: Objection. Asked and answered.

BY MR. HERBERT:

Q. And you know that Sneed was promoted over two --

A. Right. Go back. Who did you just say?

Q. I said Sneed. You caught me. I'm sorry. Hunter was the first one.

A. Okay. Hunter I don't recall the ranking on the list. Sneed I recall was No. 3 on the list, but the chief under the law can promote from the top three on the list.

Q. Okay. And can the chief -- does the chief have to disclose what his reasons are for choosing that individual?

A. When you say has to, you mean is there a law or a policy?

Q. Well, yeah.

A. No.

Q. What's your understanding of the law? Is

Page 192

it required that the reasons be given?

A. I don't think it's spelled out in the statute.

Q. What about your policy when you were the mayor?

A. I don't recall the policy, anything in writing that I read.

Q. Did you ever check with the chief to determine why Hunter was promoted, and I'll represent to you that he was promoted over higher ranked white candidates. Did you ever check with the chief as to why he promoted Hunter over the higher ranked white candidates?

A. We never had a conversation over someone being promoted over higher ranked white candidates. The conversation would have been why this person was being selected.

Q. Did you have a conversation about why Hunter was selected?

A. I know that he selected Hunter because he's very good at his job.

Q. And that was --

A. He was in investigations, I think.

Q. And was that Price Dumas that made that

Page 193

promotion?

A. I think so.

Q. And do you know why Sneed was selected over the two higher ranked white candidates?

A. I don't know, but I know that Chief Kosman -- Sneed is very educated. I believe he has a master's. He had been deputy director in KAMEG, the drug enforcement unit, you know, good community relationships, lived in the community.

Q. Did Chief Kosman discuss the promotion of Sneed with you in any way?

A. He let me know that that's who he was looking at, yeah.

MR. MCGRATH: Can I -- I have to go feed.

MR. HERBERT: Okay.

MR. MCGRATH: What do you think?

MR. HERBERT: I'd say 20 minutes.

(Whereupon, a short break was taken.)

BY MR. HERBERT:

Q. All right. So Michael Sneed, did the chief talk to you about his decision to promote Michael Sneed?

A. Yes.

Page 194

Q. And then after that you gave him your approval?

A. I don't approve.

Q. Okay. But you didn't disapprove of it, correct?

A. I was fine with his decision. I supported his decision.

Q. Do you know what factors he considered in making his decision?

A. He shared with me that he thought Sneed was a great officer.

Q. Okay. Did he talk about the other two officers though?

A. No. I don't recall who Berge and -- well, you said Kreissler. I don't recall.

Q. Had you ever talked to him about that promotion prior to him telling you that he wanted to make Sneed the lieutenant?

A. Had I talked to the chief, Chief Kosman?

Q. Yeah.

A. About the promotion?

Q. Yeah.

A. No.

Q. At the time in which he told you he was

Page 195



**Mayor Chasity Wells-Armstrong Backwrite** - 3/24/2022
2:20-cv-02310-CSB-EIL # 117-4 Page 52 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 taking Sneed or he was going to recommend Sneed, you
2 knew that he was ranked below two white police
3 officers, correct?
4    **A. Yes.**
5    Q. And did that cause you any concern?
6    **A. Not for the reasons that he wanted to**
7 **select Sneed, so no.**
8    Q. Did you ever look in to see whether or
9 not that had ever been done in Kankakee before?
10    **A. That if a lower ranked had been promoted,**
11 **yes, I did.**
12    Q. Okay. And what did you find out when you
13 looked into it?
14    **A. I knew that Sneed had been promoted as**
15 **sergeant. I pulled I think four years maybe. I**
16 **don't recall the other years.**
17    Q. Okay. Did you ever tell the two white
18 candidates that were passed over why they were not
19 selected?
20    **A. No, because that's not my role.**
21    Q. Do you know if Kosman ever told them?
22    **A. I don't know.**
23    Q. Do you know if Kosman --
24    **A. I was -- I don't know.**

Page 196

1    Q. Do you know if Sneed being black was a
2 factor that was considered by Kosman?
3    **A. I don't know.**
4    Q. Did you ever ask him?
5    **A. No.**
6    Q. Did you ever tell him that you wanted the
7 command staff of the police department to be more
8 diverse?
9    **A. I don't think I -- I don't recall saying**
10 **the command staff.**
11    Q. Okay.
12    **A. But certainly diversity, equity, and**
13 **inclusion, and diversity is not just ethnicity for**
14 **me. It means a lot of things for me, so Kosman was**
15 **aware of my vision for the department.**
16    Q. Kosman was aware of your vision to have
17 more diversity in the police department?
18    **A. Yes.**
19    Q. And more diversity in the supervisor
20 roles in the police department?
21    MR. MCGRATH: Objection. It misstates the
22 prior testimony.
23 BY MR. HERBERT:
24    Q. Was that part of your vision?

Page 197

1    **A. Part of my vision was more diversity in**
2 **the police department.**
3    Q. Throughout the police department?
4    **A. Yes.**
5    Q. Okay. And more diversity included more
6 African Americans, correct?
7    **A. One component, yes. Women, Latinx. We**
8 **even had an Asian.**
9    Q. And the chief worked for you, correct?
10    **A. Yes. He worked for the community, but I**
11 **hired him with the approval of the council.**
12    Q. Do you think it's possible that the chief
13 knowing your vision chose Sneed because he was black?
14    MR. MCGRATH: Objection. It calls for
15 speculation.
16    THE WITNESS: I think he chose Sneed because
17 he was qualified and he was -- he had great traits as
18 an officer.
19 BY MR. HERBERT:
20    Q. Okay. And I'm not necessarily disputing
21 that, but my question is more specific. Do you think
22 that the fact that Sneed was black, do you think that
23 he considered that factor in his decision to select
24 Sneed?

Page 198

1    MR. MCGRATH: Objection. It calls for
2 speculation.
3    THE WITNESS: I can't speak to what the chief
4 considered.
5 BY MR. HERBERT:
6    Q. Okay. But certainly you were pleased
7 that Sneed was selected as the lieutenant, correct?
8    **A. Yes.**
9    Q. And part of it is because it showed a
10 more diverse police department?
11    **A. Sneed is a great person.**
12    Q. And I'm not saying he's not, but you
13 would agree with me that part of it is because under
14 your administration Sneed being promoted to
15 lieutenant showed more diversity in the upper ranks
16 in the police department?
17    **A. That's correct.**
18    MR. HERBERT: I'm done. No further
19 questions.
20         EXAMINATION
21 BY MR. MCGRATH:
22    Q. I have no questions as far as follow-up
23 to any of the questions because I think you answered
24 them very well. But typically at the beginning of a

Page 199

**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL #174 Page 53 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1 deposition, you give some background information. I
2 wasn't there for the Shreffler deposition.
3    MR. HERBERT: Yeah, feel free to ask that or
4 you can adopt it or however you want to do it.
5    MR. MCGRATH: I don't have what she said.
6 BY MR. MCGRATH:
7    Q.   But if you could just go over where you
8 grew up, your family, education, job, if you're
9 married just to get it on the record. Take as much
10 time as you want or go as quickly as you want.
11    A.   Okay. I grew up in the City of Kankakee,
12 Illinois. I was raised with both of my parents.
13 They were married. I'm the oldest of five children,
14 four girls and one boy. I attended Kankakee High
15 School, the public school system. I became a runaway
16 at about 15, and I had my first child at 18, my son.
17         My parents always stressed the
18 importance of education. They always instilled in me
19 that I had to work twice as hard as my white and male
20 counterparts. And so I worked my way through
21 college. It took me 11 years to get my associate's
22 degree because I went part time. I worked two jobs
23 most of my life. Sometimes I would a class,
24 sometimes I couldn't afford it and I had to sit out.

Page 200

1    I serve on a number of
2 organizations. I have two children, a son and a
3 daughter, three grandchildren, all grandsons. They
4 are all biracial. Their fathers are white, and I
5 love them dearly. I call them my little sugar
6 babies.
7         I currently work for the Village of
8 Maywood as the Village Manager, so I oversee the
9 operations of the municipality.
10    Q.   I think just -- while you were mayor,
11 what was the criminal activity like in the City of
12 Kankakee?
13    A.   So Kankakee is very challenged with gun
14 violence, particularly among African American males
15 under the age of 25, so I brought an initiative to
16 the city from Cities United that was started by two
17 mayors, Mitch Landrieu and Michael Nutter, New
18 Orleans and Philadelphia respectively, and their goal
19 is to reduce gun violence in half by year 2025 as we
20 see it as an epidemic in this country.
21         And that was one of the initiatives
22 that I started to address, the gun violence, because
23 our population in Kankakee fit the exact map of
24 Cities United, and what their data was showing was

Page 202

1    So I graduated from Kankakee
2 Community College with my associate's in liberal
3 studies and then I started pursuing my undergrad
4 social work degree at Governors State University,
5 graduated in 2007 with my bachelor's and became a
6 policy fellow, national fellow and went out to D.C.
7 for nine weeks in 2007, and I was doing my master's
8 simultaneously and I completed that in 2008, a
9 master's in social work.
10         I've also worked as an addictions
11 counselor. A lot of the work that I've done has been
12 around helping people in the community, so I've
13 worked in the school district. I worked as a
14 substance abuse counselor with various populations,
15 adolescents, males, unemployment office for the
16 State, and I worked for two members of congress after
17 I got my degrees in my study.
18         I then ran for city council in 2015.
19 I was the first African American to represent the 5th
20 Ward. I've served on a number of community
21 organizations, our domestic violence, NAACP. I was
22 on the school board for the Catholic High School, and
23 then I ran for mayor in 2017 and became the first
24 African American mayor in our city.

Page 201

1 that about 80 percent of all shootings that happen in
2 the United States are African American males under
3 25, and we fit right into that. Ours was very
4 similar in terms of the numbers.
5         So that was really a big challenge,
6 a big issue, very heavy to deal with as a community
7 member and especially as a mayor, and of course I was
8 blamed for every shooting that happened, every
9 shooting. The mayor I work for now, nobody blames
10 him for shootings. I got blamed for every shooting.
11 It was hard.
12    Q.   And while you were mayor, you were part
13 of some national organizations?
14    A.   Yes. I served -- one of the 50 in the
15 country on the Board of Directors for the National
16 League of Cities. I served on the Resolutions
17 Committee for the Illinois Municipal League. I am a
18 steering committee member for the Mayors Innovation
19 Project.
20    Q.   Do you still live in Kankakee?
21    A.   No.
22    Q.   Where do you currently live?
23    A.   Do I have to disclose where I live?
24    Q.   You don't have to the address, but what

Page 203



**Mayor Chasity Wells-Armstrong Backwrite** - 3/24/2022
2:20-cv-02310-CSB-EIL # 174 Page 54 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

1  municipality?

2  **A.  I'm in Will County.**

3  Q.  That's fine.

4  MR. HERBERT:  That's not Maywood.

5  THE WITNESS:  I don't want people to know

6  where I live.  I'm not living in Maywood.

7  BY MR. MCGRATH:

8  Q.  In your current position, you don't have

9  to live within the municipality?

10  **A.  They have a residency requirement, and**

11  **I'm within the jurisdiction.**

12  Q.  Okay.  There's a mileage distance?

13  **A.  Yes.  They have a map.  But after being**

14  **mayor, I need peace and I need my space and privacy.**

15  Q.  Very good.  Excellent.

16  **A.  Anything else?**

17  Q.  That's it.

18  MR. MCGRATH:  Waived.

19   (Deposition concluded at 4:23 p.m.)

20

21

22

23

24

*Page 204*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 174 Page 55 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

```
 1                   REPORTER'S CERTIFICATE

 2

 3           I, Brenda S. Hall, CSR No. 084-003359,

 4   Certified Shorthand Reporter of said state, do hereby

 5   certify:

 6           That previous to the commencement of the

 7   examination of the witness, the witness was duly

 8   sworn to testify the whole truth concerning the

 9   matters herein;

10           That the foregoing deposition transcript was

11   reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true record of the testimony given

14   and the proceedings had;

15           That the said deposition was taken before me

16   at the time and place specified;

17           That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in the

21   outcome of this action.

22

23

24
```



Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  # 174    Page 56 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

1          IN WITNESS WHEREOF, I do hereunto set my hand

2     at Chicago, Illinois, this 12th day of April, 2022.

3

4

5                 _____

6                 Certified Shorthand Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 1-74 Page 57 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

**WORD INDEX**

**< 0 >**
**084-003359** 1:*17*
205:*3*

**< 1 >**
**1** 47:*13* 55:*20*
63:*8* 110:*20*
154:*16* 178:*22*
187:*9* 189:*14*
**10** 150:*21*
**100** 1:*19* 2:*3*
142:*13, 15*
**11** 115:*14* 129:*15*
200:*21*
**12** 150:*21*
**12:30** 1:*18*
**12th** 206:*2*
**14** 165:*4, 5*
**15** 165:*3* 200:*16*
**16** 82:*9, 12*
**17** 9:*24* 10:*1*
45:*17* 94:*9, 10*
119:*19, 22*
**17th** 10:*7*
**18** 10:*9, 10* 200:*16*
**18th** 9:*4*
**199** 3:*1*
**1994** 54:*13*
**1st** 177:*11*

**< 2 >**
**2** 154:*17* 178:*22*
**2:45** 5:*16*
**2:47** 131:*8*
**2:50** 5:*17*
**20** 5:*15* 10:*1, 10*
122:*13* 194:*17*
**2007** 201:*5, 7*
**2008** 201:*8*
**2015** 201:*18*
**2016** 45:*3*
**2017** 47:*13* 55:*7,*
*11* 164:*8* 188:*10*
201:*23*
**2018** 10:*13*
**2020** 10:*12, 13*
**2021** 9:*4, 7, 10*
**2022** 1:*18* 206:*2*

**2025** 202:*19*
**206** 1:*18* 2:*3*
**20-cv-2310** 1:*5* 4:*18*
**20th** 10:*8, 11*
**22** 164:*8*
**24** 1:*18*
**24th** 18:*7*
**25** 202:*15* 203:*3*

**< 3 >**
**3** 32:*24* 187:*2*
189:*8* 192:*1, 14*
**3:02** 5:*16*
**30** 101:*23* 102:*1*
103:*3*
**312** 2:*4*
**3318** 2:*8*

**< 4 >**
**4:23** 204:*19*
**424-5678** 2:*9*

**< 5 >**
**5** 3:*1*
**50** 203:*14*
**501(c)(3** 25:*4*
**5th** 201:*19*

**< 6 >**
**60** 56:*17* 59:*22*
**60661** 2:*4*
**60805** 2:*9*
**655-7660** 2:*4*
**6th** 9:*8*

**< 7 >**
**708** 2:*9*
**7th** 9:*7*

**< 8 >**
**80** 203:*1*
**8th** 8:*16*

**< 9 >**
**94** 54:*10*
**95th** 2:*8*
**9th** 8:*17*

**< A >**
**able** 139:*4*

**above-entitled** 1:*15*
**abrupt** 44:*22*
**abruptly** 68:*1*
109:*4* 111:*22*
161:*2* 163:*13, 15*
**abuse** 201:*14*
**access** 73:*19, 20*
93:*24*
**account** 25:*8*
141:*11* 191:*15*
**accuracy** 38:*2*
**accusations** 148:*8*
156:*17, 18, 23*
**accuse** 70:*1*
**accused** 61:*9* 69:*19*
74:*24* 79:*8* 91:*13*
97:*14* 98:*13*
147:*24* 156:*15, 16*
**acting** 46:*5, 10, 11,*
*13, 14, 15, 23, 24*
47:*6, 8, 14, 18* 48:*2,*
*4, 10* 49:*24* 53:*3,*
*10, 23* 54:*4* 56:*7,*
*11, 12, 14* 61:*22, 24*
62:*11, 15, 21* 63:*18,*
*21* 64:*2, 4, 11, 16*
65:*1, 6, 21* 66:*1, 11,*
*20* 67:*6, 8, 21, 24*
69:*9, 16* 75:*14*
78:*24* 79:*1* 80:*20*
90:*10, 13, 14* 94:*22*
99:*2* 106:*22, 24*
108:*22* 109:*7*
110:*6* 112:*5*
117:*18, 19, 22*
118:*4, 13* 119:*21*
123:*2* 160:*5* 161:*2,*
*5, 6* 162:*3, 12*
**action** 140:*5*
205:*21*
**actions** 146:*11*
**active** 14:*1* 160:*24*
**activity** 141:*2*
202:*11*
**addictions** 201:*10*
**address** 83:*19*
92:*10* 105:*22*
138:*10* 144:*1*
202:*22* 203:*24*
**addressing** 139:*24*
**administered** 35:*1*

**administration**
19:*22, 24* 20:*3*
44:*14* 46:*7, 19*
49:*2* 50:*8* 52:*23*
183:*21, 22* 184:*15*
188:*9* 189:*11*
190:*2* 191:*16*
199:*14*
**administrations**
101:*2, 21*
**administrative**
27:*23* 95:*14*
**adolescents** 201:*15*
**adopt** 200:*4*
**advice** 181:*2*
**advising** 188:*23*
**affect** 83:*20*
**afford** 200:*24*
**African** 13:*3, 5, 7, 9,*
*23, 24* 14:*4, 13, 20*
15:*1* 24:*3, 5, 11*
26:*9, 16, 24* 33:*22*
34:*1* 41:*21* 45:*24*
46:*4* 49:*15, 17*
50:*9* 60:*3, 21* 61:*2*
74:*21* 85:*21* 86:*2,*
*6, 14* 88:*8, 12*
89:*12* 129:*2, 12, 18,*
*22* 131:*23* 152:*20*
153:*17* 154:*17*
155:*20, 21, 24*
156:*6* 165:*21*
190:*24* 191:*5*
198:*6* 201:*19, 24*
202:*14* 203:*2*
**afternoon** 21:*17*
**age** 169:*24* 202:*15*
**agenda** 120:*1, 2*
127:*6, 16*
**aggressive** 59:*5*
92:*17*
**aggressively** 58:*16*
**ago** 23:*23* 39:*5*
42:*17, 19* 157:*12*
**agree** 20:*11, 13*
21:*24* 99:*22*
100:*19* 155:*19*
163:*20* 172:*9, 13*
183:*12* 185:*20, 24*
199:*13*
**agreed** 130:*9*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 172-4 Page 58 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

ahead 51:*4* 60:*9*
109:*23* 143:*5*
148:*13* 153:*15*
160:*3* 161:*15* 177:*4*
alarm 5:*8*
Alderman 28:*12*
aligned 130:*10, 14,*
*19*
allegation 99:*21*
allegations 131:*12,*
*16*
allow 4:*23*
allowed 128:*2*
188:*19*
allowing 19:*23*
allows 131:*21*
188:*16*
Alsberry 11:*23*
12:*1, 10, 15* 13:*7*
A-l-s-b-e-r-r-y 12:*15*
America 73:*24*
American 13:*3, 5, 7,*
*9, 23, 24* 14:*4, 13,*
*20* 15:*1* 24:*4, 5, 11,*
*12* 26:*9, 16* 27:*1*
33:*22* 34:*1* 41:*22*
46:*1, 4* 49:*15, 17*
60:*3, 21* 61:*2*
74:*21* 85:*21* 86:*2,*
*14* 88:*13* 89:*12*
129:*12, 18, 22*
131:*23* 153:*17*
154:*17* 156:*7*
165:*21* 190:*24*
191:*5* 201:*19, 24*
202:*14* 203:*2*
Americans 50:*9*
86:*6* 88:*8* 129:*2*
152:*20* 155:*20, 21,*
*24* 165:*22* 198:*6*
America's 142:*13*
Amita 29:*3, 4*
amount 35:*24*
38:*15* 56:*16* 57:*7*
163:*16*
anger 92:*10* 93:*4*
angry 168:*19, 20, 21*
announce 61:*23*
announced 62:*11*
118:*2*
Announcing 118:*1*

answer 4:*24* 5:*6*
8:*1, 2* 42:*8* 90:*2*
138:*19* 139:*2, 4*
140:*8* 143:*5*
144:*13* 148:*22*
158:*22* 163:*17*
174:*14*
answered 116:*8*
192:*6* 199:*23*
answering 59:*16*
154:*22* 155:*15*
177:*3*
answers 4:*20* 6:*11,*
*13, 14* 143:*6*
anticipate 4:*22*
anybody 58:*23*
65:*22* 108:*14*
113:*5* 117:*7*
apologize 39:*10*
92:*4*
Appeared 2:*6, 11*
145:*20*
apple 167:*18*
applicants 192:*3*
applications 24:*7*
107:*4*
applied 108:*6*
apply 17:*12*
appoint 41:*14*
43:*12* 47:*5, 20*
48:*5, 17* 50:*19*
64:*24* 90:*12*
104:*17* 117:*18*
121:*22, 23* 143:*12*
Appointed 8:*9, 10,*
*16* 10:*24* 15:*16, 21*
16:*6* 17:*8* 31:*24*
32:*9, 15* 34:*1, 5*
35:*10* 36:*5* 40:*3,*
*10, 24* 41:*17* 42:*2*
44:*10, 11* 45:*4, 9,*
*19* 46:*3, 15* 48:*1, 4,*
*7, 10, 15* 49:*1, 22*
50:*21* 51:*11* 52:*12*
53:*1, 9* 63:*21* 64:*2*
65:*6* 67:*6, 8* 69:*16*
75:*14* 77:*11* 79:*14*
80:*20* 90:*3, 6, 10,*
*15, 16* 108:*22*
109:*14* 110:*7*
120:*22* 121:*5*

123:*2* 125:*9, 10, 13*
132:*20* 135:*12*
161:*23* 166:*9*
171:*10*
appointing 32:*2, 5*
43:*10* 46:*14, 21*
48:*20* 49:*7* 51:*2,*
*19* 52:*6* 53:*23*
54:*3* 64:*11* 104:*14*
110:*10* 113:*4, 14*
120:*20* 161:*19*
appointment 15:*21*
45:*6* 46:*22* 77:*17*
125:*23* 164:*14*
appointments 53:*5*
105:*14* 175:*9*
appoints 22:*4*
43:*23*
approach 92:*8*
178:*23*
appropriate 143:*15*
approval 37:*17*
47:*17* 56:*10*
104:*23* 119:*24*
127:*6, 17* 164:*3, 11,*
*18, 20, 22* 165:*1*
175:*7* 184:*16*
195:*2* 198:*11*
approve 37:*4, 9, 11*
38:*5* 164:*13, 14*
175:*12, 19* 178:*3*
195:*3*
approved 35:*14*
36:*3, 8, 9* 38:*4*
43:*8, 11* 53:*14*
109:*2, 10* 165:*9*
167:*19* 174:*24*
approves 37:*6*
approving 168:*3*
175:*4*
approximately 56:*6*
63:*18* 166:*13*
April 9:*7, 8, 10*
82:*14* 206:*2*
area 35:*16*
arrived 162:*13*
ashamed 130:*22*
131:*5*
Asian 198:*8*
aside 27:*3* 40:*11*
45:*1*

asked 24:*6* 55:*9*
58:*15* 64:*21, 23*
66:*4* 68:*8, 17*
78:*21* 107:*19*
116:*8* 127:*1*
137:*24* 170:*14*
192:*6*
asking 4:*23* 13:*16*
91:*14, 15* 112:*7*
120:*4* 121:*11, 12*
137:*1, 3, 23* 143:*23*
154:*22* 168:*8*
assessment 93:*3*
assistant 52:*23*
Associates 34:*20, 21*
35:*5* 38:*24* 39:*2*
50:*24* 172:*10, 18*
173:*4, 15* 174:*8*
175:*21* 181:*12*
182:*9, 21* 185:*13*
associate's 200:*21*
201:*2*
Association 14:*1, 5*
assume 55:*4*
assumed 99:*10, 13*
assumes 174:*12*
assuming 94:*22*
118:*22* 173:*17*
attacking 146:*21*
attempt 166:*5*
attempts 109:*9*
attend 24:*5*
attended 200:*14*
attention 96:*24*
140:*23* 141:*23*
145:*22* 157:*22*
161:*13* 182:*15*
attorney 43:*17, 18,*
*21, 23* 52:*1, 11, 18,*
*20, 23, 24* 64:*20*
180:*22* 181:*1, 2*
205:*18, 19*
attorney-client
173:*11*
attorneys 142:*13*
182:*17, 18*
attributing 72:*18*
August 82:*9, 12*
Austin 19:*6, 12*
21:*11, 14* 23:*1, 9*
106:*14* 108:*12*



**Mayor Chasity Wells-Armstrong Backwrite** - 3/24/2022
2:20-cv-02310-CSB-EIL # 174 Page 59 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

124:*9, 11, 22* 125:*2,*
*9* 132:*17* 133:*3, 6,*
*11, 16, 24* 134:*10,*
*18, 22* 151:*14, 20*
162:22, *23* 163:*1*
**authority** 37:22
47:7 178:*3*
**authorized** 184:*16*
**automobile** 178:*10*
**autonomy** 135:7
**available** 96:*12*
**award** 24:*24*
**aware** 37:*16, 20*
57:*8* 121:*15*
129:*16* 133:2, *14*
134:*15* 144:7, *8*
146:7, *10* 148:*10*
152:7, *13* 157:*16*
171:*1* 173:*8, 14, 24*
175:*14, 17* 176:*3, 4*
182:*24* 183:*7*
187:*4, 7* 188:*5*
189:*7* 197:*15, 16*

**< B >**
**babies** 202:*6*
**baby** 54:*11*
**bachelor's** 201:*5*
**back** 7:*20* 37:*23*
43:*6* 58:*19* 59:*11*
60:*11* 91:*10, 24*
92:2, *3, 6* 124:*4*
127:*23* 139:*8*
188:2 192:*10*
**background** 93:*5*
144:*24* 200:*1*
**banks** 72:*15*
**Baron** 28:*13*
**B-a-r-r-o-n** 28:*14*
**based** 28:*11* 63:*20,*
*24* 83:*10* 102:*23*
157:*23* 159:*6*
188:*24* 191:*9*
**Basically** 14:*9* 59:*4*
165:*24*
**basis** 136:*5, 7*
**beat** 16:*10*
**becoming** 29:*17*
31:*21* 33:*8, 19*
55:*10* 61:*15* 76:*21*
77:*6* 113:*6* 123:*15*

126:*14* 158:*4*
160:*12, 24*
**beginning** 43:*8*
199:*24*
**behalf** 2:*6, 11*
**behavior** 60:*12*
**belief** 100:*20*
130:*20*
**beliefs** 100:*17*
**believe** 6:*24* 12:*13,*
*17* 14:*1* 17:*24*
19:*20* 20:*17, 20*
21:*6, 13, 17* 22:*20*
23:*12* 30:*8, 14*
32:*18* 39:*4* 49:*12*
50:*15* 54:*11* 55:*12*
56:*15* 59:*6* 64:*6, 8*
70:*24* 71:*4* 74:*19*
80:*17* 83:*7* 85:*11,*
*16* 87:*12, 18* 93:*8,*
*24* 94:*5, 8* 95:*14*
98:*23* 100:*1, 14*
108:*13* 114:*13*
117:*8* 119:*2, 6, 8,*
*18, 22* 120:*23*
122:*19* 126:*10, 11,*
*14* 127:*11* 135:*21*
141:*23* 146:*5*
147:*2* 149:*2, 5*
150:*12* 151:*3*
155:*1* 157:*13*
159:*11, 15* 161:*7*
162:*7* 168:*14*
171:*22* 176:*18*
177:*11* 183:*1*
184:*18* 187:*3, 10,*
*15* 191:*11* 194:*6*
**believed** 69:*19, 22*
98:*9, 11, 20* 117:*12*
148:*23* 150:*2, 4, 13*
154:*6* 169:*4*
**belong** 14:*21*
**benefiting** 178:*22*
**Berg** 79:*22*
**BERGE** 1:*3* 4:*15*
131:*13* 187:*14*
195:*14*
**Bernard** 12:*11*
**Bessant** 41:*1, 2*
**B-e-s-s-a-n-t** 41:*2*

**best** 7:*17, 18*
144:*11*
**better** 29:22, *24*
30:*1* 39:*11* 40:*16*
59:*12* 85:*5, 7* 88:*4*
117:*9* 130:*5, 6*
132:*20* 138:*9*
139:*1* 140:*12*
153:*17, 20*
**bias** 151:*21, 22*
152:*3, 10, 11*
**bidding** 31:*9*
**big** 86:*17* 203:*5, 6*
**bigger** 40:*18*
**bill** 37:*10, 11, 22*
**billed** 38:*24*
**bills** 36:*21* 37:*1, 4,*
*7, 12, 13, 19* 38:*1, 4,*
*5, 7, 9, 18, 19* 39:*1*
**biracial** 42:*5, 6*
60:*20* 79:*23* 202:*4*
**bit** 140:*15*
**bite** 167:*18*
**black** 24:*13* 26:*15*
42:*6* 57:*21* 60:22,
*23* 61:*3* 68:*16*
72:22 79:*24* 80:22
83:*14* 85:*3* 89:*12*
95:*9* 98:*2* 100:*8*
101:*3, 11* 102:*15,*
*18, 21* 111:*13*
116:*20, 23* 117:*2, 4,*
*9* 128:20 131:*15,*
*17, 19* 149:*19*
152:24 153:*9, 12,*
*15, 16, 19, 21* 154:*5*
155:*1, 8, 10* 158:*1,*
*8, 13, 23, 24* 159:*2*
167:*10* 168:*16, 21*
169:*8, 9, 19, 21*
187:*18* 189:*20*
190:*12* 197:*1*
198:*13, 22*
**Blacks** 73:*10* 166:*1*
167:*13*
**blamed** 203:*8, 10*
**blames** 203:*9*
**blanket** 86:*5*
156:*24*

**blessing** 77:*14*
104:*15* 105:*10, 13*
127:*14* 133:*15*
**board** 8:*11, 12, 14*
15:20, *21, 22* 16:22,
*23* 25:*10, 12* 78:*20*
79:*10* 104:*23*
127:*17* 180:*24*
201:22 203:*15*
**body** 127:*6*
**Booker** 9:*2, 11*
10:*14* 12:22 13:*8*
15:*4, 18* 16:*10*
**Booker's** 16:*6, 18*
**boss** 137:*9, 11*
143:*7*
**boy** 200:*14*
**brand** 65:*15*
110:*19*
**break** 5:*4, 7* 91:*8*
132:*7, 8* 194:*18*
**breakdown** 165:*15*
**Brenda** 1:*16*
107:*20* 139:*7* 205:*3*
**bring** 56:*19, 22*
171:*4* 180:*24*
**bringing** 65:*15*
166:*18* 175:*6*
**broad** 135:*4*
**Broadview** 11:*12*
**brought** 43:*16, 17*
53:*16, 19* 56:*21, 24*
57:*6, 7* 96:*23* 99:*8*
122:*23* 140:*22*
145:*21* 157:*22*
165:*7, 8* 166:*20*
167:*17, 18* 182:*15*
183:*2, 8, 9* 202:*15*
**Brown** 28:*12*
**building** 101:*17, 18*
**business** 28:*19*
43:*14* 177:*18*
179:*21* 183:*6*
184:*8, 17* 186:*5*
**businesses** 179:*9*

**< C >**
**call** 57:*13, 17*
60:22 61:22 95:*13,*
*15* 118:22 119:*1*
202:*5*



Mayor Chasity Wells-Armstrong Backwrite   -   3/24/2022
2:20-cv-02310-CSB-EIL   #   174     Page 60 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

called  5:*19*  11:*1, 8*
44:*4*  57:22  62:2, *9*
159:*1*  181:*1*
calling  98:*13*
calls  14:*17*  89:22
99:*15*  130:*17*
136:*18*  140:*6*
149:*8*  183:*24*
186:*9*  198:*14*  199:*1*
campaign  16:*18, 21*
30:*7, 9, 11, 12, 13*
54:22  55:*3*  77:*9*
81:*15, 22*  82:5, *7,*
*17, 23, 24*  83:*5, 6,*
*16, 21*  84:5, *18*
88:*20, 23*  89:*15*
candidate  113:*18*
candidates  67:*17*
110:*4*  163:*10*
187:22  188:*13*
193:*11, 13, 15*
194:*4*  196:*18*
Capacity  1:*10*
66:*11*
Captain  49:*8*
captains  49:*9, 15*
care  142:*5, 11*
career  20:22
123:*24*  190:*5*
Carl  28:*12*
cars  132:*4*  184:*5*
Casagrande  49:*13*
case  4:*10, 18*  6:*3,*
*18*  8:*3*  17:*19*
103:*16*  110:*15*
121:*12*  148:*17*
169:*24*
category  72:*19*
Catholic  28:*23*
29:*1*  201:22
Caucasian  42:*1*
46:*6, 12, 16*  49:*21*
caught  192:*11*
cause  1:*15*  185:*5*
186:*14*  196:*5*
causes  139:*3*
celebration  26:*15*
cell  109:*17*  136:*13,*
*15*
certain  13:*12*  25:*6*
35:*24*  38:*6*  43:*16*

56:*16, 19*  57:*7*
85:*17*  137:*14, 17*
142:*21*  143:*20*
certainly  101:22
113:*17*  118:*9*
130:*11, 19*  142:*20*
143:*18*  181:*8*
182:*12*  189:*19*
197:*12*  199:*6*
CERTIFICATE
205:*1*
Certified  1:*16*
109:*1*  116:*17*
205:*4*  206:*6*
certify  205:*5*
chain  93:*14*
challenge  203:*5*
challenged  202:*13*
Chalmers  11:*20*
13:*4*
C-h-a-l-m-e-r-s
11:*20*
Chalmers-Currin
11:*16*
chamber  61:*23*
62:*12, 16*  63:*4*
change  29:*19*
44:*18*  88:*4, 7*
89:*19*  101:*21*
128:*23*  129:*7*
153:*24*  154:*1*  167:*7*
changed  20:*9*
166:*17*
changes  120:*12, 18,*
*21, 24*
changing  28:*24*
83:22  89:*6*
chaos  110:*21*
chapter  170:*16*
charge  111:*23*
161:*4*
charitable  25:*4, 20*
CHASITY  1:*14*
3:*1*  5:*18*
CHASTITY  1:*8*
4:*18*
check  11:2  38:*14,*
*15*  193:*8, 11*
checked  12:22
checking  12:*19*
144:*19*

checks  18:*12*
144:*24*  175:*18, 20*
Chicago  1:*19*  2:*4*
206:2
chicken  39:*14*
CHIEF  1:*8*  21:2, *7,*
*8*  22:*4, 11, 12, 13,*
*15*  23:*7, 11, 13, 14*
44:*3, 21, 22*  45:*1, 2,*
*4, 5*  46:*3, 6, 9, 10,*
*11, 13, 14, 15, 18, 22,*
*23, 24*  47:*4, 6, 8, 14,*
*15, 18, 21*  48:2, *5, 8,*
*10, 11, 14, 19, 21*
49:*7, 23, 24*  53:2,
*10, 13, 17, 20, 23*
54:*1, 4, 16*  55:*10*
56:*7, 14*  57:*10*
61:22, *24*  62:*11, 15,*
*21*  63:*18, 22*  64:2,
*4, 11, 16, 17*  65:*1, 2,*
*3, 7, 18, 21*  66:*1, 15,*
*17, 20*  67:*6, 9, 12,*
*14*  69:*16*  75:*14*
77:*12, 13*  78:*12, 24*
79:*1, 2, 5, 10, 17*
80:*20*  87:*24*  88:*1*
90:*3, 5, 8, 11, 13, 14,*
*17*  94:22  99:2
100:22  101:*3, 11*
102:*7, 13*  104:*13,*
*17, 18, 20*  105:2, *3,*
*4, 9, 14*  106:*21, 22,*
*24*  107:*15*  108:22
109:*7*  110:*5, 12, 14,*
*15*  112:*5, 9, 20*
113:2, *6, 12, 15, 19*
114:*24*  116:*24*
117:2, *9, 18, 19, 22*
118:*3, 4, 6, 13*
119:*21, 24*  120:*8,*
*10*  121:*3, 8, 9, 17,*
*22*  122:*4, 8, 22*
123:*15*  125:*11, 16,*
*20*  126:*1, 2, 14, 22*
127:2, *9, 19*  129:*19*
131:*20*  135:*3, 9, 12,*
*23, 24*  136:*18*
137:*18*  139:*15*
140:*12*  142:*10*
143:*9, 13*  144:*11*

150:*17*  151:*1, 9, 12*
153:*9, 12, 13, 15, 16,*
*19*  154:*6, 15*  158:*5,*
*7, 10*  159:*9, 19*
160:*5, 12, 16, 24*
161:*4, 7, 18, 19, 23*
162:*2, 3, 5, 7, 12, 18*
163:*3, 8*  164:*1*
165:*9*  166:*6*
167:*19*  168:*5, 7*
169:*7, 8*  171:*5, 10*
173:*3*  178:*18*
181:*10, 20*  183:*4,*
*12, 13*  184:*19, 21,*
*23*  185:*2, 9*  186:*3*
188:*17, 19, 21, 23*
190:*3*  192:*15, 17,*
*18*  193:*8, 11*  194:*5,*
*10, 22*  195:*19*
198:*9, 12*  199:*3*
chiefs  78:*19*  101:*5*
chief's  65:2  77:*15*
145:2  147:*17*  189:*4*
child  200:*16*
children  115:*9*
200:*13*  202:2
choice  77:*14*  168:*3*
169:*7*
choices  105:*9*
choose  104:*18*
122:2  128:*3, 20*
188:*17*
chooses  77:*13*
125:*16*
choosing  66:*19*
129:*19*  192:*19*
chose  106:*20, 23*
115:*4*  118:*12*
126:*21*  128:*17*
130:*12*  131:22
198:*13, 16*
chosen  125:*17*
church  81:*14*
CIRCUIT  1:*1*
circumstances  68:2
166:*19*
Cities  9:*19*  10:*21*
13:*12, 15*  202:*16,*
*24*  203:*16*
CITY  1:*6, 7*  6:*18*
7:*6*  28:*15, 19*  29:*5,*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 61 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

*8, 14, 16* 30:*17, 19*
35:*2, 14, 22* 36:*2, 4,
9, 13, 18* 37:*6, 8, 16*
38:*7, 10, 17* 43:*9*
47:*17* 52:*9, 22, 24*
56:*10* 61:*11* 62:*10*
63:*2, 5* 77:*24* 78:*6,
15, 22* 79:*4* 83:*3*
90:*23* 91:*1, 2* 94:*1*
105:*1, 3* 109:*2, 9*
120:*1* 127:*4, 5*
128:*13* 141:*8*
164:*12, 23* 165:*6, 9,
23* 166:*3, 18* 168:*2,
15* 170:*1, 4, 7*
171:*4* 174:*8* 175:*7*
177:*17, 19* 179:*10,
22* 180:*14* 181:*6,
21* 182:*20* 183:*3, 8,
9, 14* 184:*16* 185:*7*
186:*4* 190:*9*
200:*11* 201:*18, 24*
202:*11, 16*
**city's** 24:*12* 190:*11*
**Civic** 24:*4*
**Civil** 26:*16*
**claiming** 70:*4*
**clarify** 7:*3* 13:*16*
82:*18* 138:*1*
**clarifying** 28:*7*
**class** 200:*23*
**clear** 67:*23* 121:*12*
125:*12* 130:*3*
131:*7* 139:*5*
**clients** 131:*13*
**Cliff** 45:*14, 16*
51:*20*
**close** 10:*9* 96:*7*
**closing** 44:*7*
**closure** 168:*13*
**code** 44:*4, 5* 45:*5,
6, 7, 18* 50:*2*
**colleagues** 12:*20*
**collect** 27:*11*
**college** 200:*21*
201:*2*
**color** 60:*14*
**come** 15:*8, 13, 19*
51:*24* 91:*24*
159:*23* 180:*18*

**ComEd** 29:*7* 31:*5*
35:*15* 43:*13*
**comes** 121:*9*
**comfortable** 127:*13*
153:*2, 4*
**coming** 92:*5*
163:*12*
**command** 23:*2, 7*
61:*15, 17* 89:*6, 19*
103:*5, 9* 104:*5, 12*
105:*2* 106:*6*
120:*11, 18, 21*
129:*7* 141:*18*
151:*1* 172:*6* 179:*8*
183:*13, 17* 197:*7, 10*
**commander** 20:*4, 6,
12* 21:*1, 4, 9, 12, 19,
22* 22:*1* 23:*1, 9, 10*
58:*4, 19* 59:*9*
61:*19* 91:*23*
104:*20* 106:*14*
123:*22* 124:*1, 12,
14, 16, 19, 20, 24*
125:*5, 7, 8, 10*
132:*13, 14, 17, 18*
133:*22* 134:*6, 19*
143:*12* 151:*15, 16,
17* 173:*2*
**Commanders** 20:*9,
15* 21:*8* 22:*5, 14,
16, 18* 88:*1* 105:*4*
123:*5, 7* 125:*13*
**commencement**
205:*6*
**comment** 79:*23*
87:*6* 98:*2*
**comments** 60:*16, 18*
68:*17* 151:*20*
**COMMISSION** 1:*7*
40:*4, 7, 11, 22, 24*
78:*12, 14, 15*
104:*23* 105:*8*
**committee** 24:*7*
39:*9, 12, 17, 20, 23*
40:*16* 42:*10, 14*
165:*5, 8* 166:*6*
203:*17, 18*
**common** 101:*3, 4, 7,
8, 20*
**communicate** 28:*8*

**communicated**
115:*11*
**communication**
19:*11* 101:*1*
**communications**
173:*11*
**communities** 44:*5*
87:*15* 152:*8*
**Community** 24:*20*
25:*22* 27:*7* 28:*9,
10* 34:*16* 44:*16, 17*
45:*17* 58:*1* 59:*23*
60:*13* 71:*1* 80:*7*
83:*14* 84:*1, 3, 9*
85:*3, 5, 8, 9, 12, 13,
16, 17, 21* 86:*2, 10,
11, 14, 19* 88:*5*
89:*12, 17* 97:*17*
99:*5* 101:*19* 108:*3*
111:*6, 10, 13*
115:*15, 17* 117:*11*
129:*12, 14, 18*
130:*6, 7* 133:*8*
135:*22* 138:*9, 10*
142:*18* 145:*10*
146:*20* 152:*14*
153:*14, 17, 21*
154:*3, 8* 155:*4, 5, 9,
22* 156:*2, 7, 11*
179:*3* 185:*5* 194:*8,
9* 198:*10* 201:*2, 12,
20* 203:*6*
**community's** 129:*16*
**Companies** 32:*24*
33:*1, 2* 184:*8*
**company** 31:*4, 20*
35:*1* 172:*23* 181:*13*
**complaint** 93:*21*
**complaints** 86:*22*
**complete** 71:*17*
177:*10*
**completed** 201:*8*
**complied** 131:*20*
**component** 198:*7*
**comptroller** 37:*12,
14* 38:*11, 13* 44:*3*
50:*5*
**comptroller's** 50:*10*
**concern** 128:*9*
171:*13* 185:*5*
186:*14* 196:*5*

**concerned** 59:*13*
61:*4* 92:*20, 24*
99:*3, 4, 5, 9* 128:*10,
12* 141:*6* 142:*16*
147:*3, 6* 148:*17*
157:*24* 158:*2*
171:*9* 178:*18*
185:*6* 188:*12*
**concerning** 60:*14*
205:*8*
**concerns** 58:*22*
59:*20* 68:*7, 9, 10*
69:*9* 92:*9* 97:*16*
103:*19* 106:*3, 8*
111:*5, 9, 17* 128:*4*
129:*16, 18, 22*
139:*19, 24* 140:*18,
21* 145:*4* 157:*17,
19, 21* 185:*2*
**concluded** 204:*19*
**condition** 130:*8*
**conducted** 144:*17*
**conducting** 144:*18*
146:*8*
**conference** 9:*15, 16*
10:*19*
**conferences** 10:*19*
14:*11* 16:*16*
**confidence** 151:*1*
**confidently** 175:*24*
**confirm** 175:*23*
191:*19*
**Confirmed** 53:*14*
182:*5*
**conflict** 176:*8, 9, 13*
177:*12, 14, 15, 19,
24* 178:*19* 179:*21*
180:*4, 7, 20* 181:*4*
182:*4, 5, 7, 14, 16,
19* 183:*4* 185:*14,
15, 18, 21* 186:*7, 14*
**conflicts** 179:*8*
**confused** 161:*17*
**confusing** 28:*4*
**congratulate** 11:*1*
**congress** 201:*16*
**conscience** 158:*6*
**consideration** 189:*2,
4*
**considered** 93:*13*
126:*4, 8* 128:*6*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL #174 Page 62 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

134:*6*, *17* 163:*10*
164:*1*, *4* 195:*8*
197:*2* 198:*23* 199:*4*
**considering** 134:*24*
**consistent** 137:*21*
140:*4*
**constituents** 83:*4*
**constitutes** 205:*13*
**consultant** 31:*17*
52:*10*
**consultants** 31:*10*,
*11* 32:*22*, *23* 33:*10*
36:*3* 43:*13* 175:*11*
**consulted** 136:*4*
**consulting** 44:*8*
**contact** 93:*20*
**contacted** 111:*24*
112:*2*
**contentious** 95:*5*
**continuity** 62:*20*
65:*10*, *17* 66:*7*
**contract** 35:*21*, *23*
**contracted** 186:*4*
**control** 72:*12*, *14*
73:*7*, *18*, *19*
**conversation** 11:*3*
19:*14* 24:*1* 44:*23*
66:*3* 70:*10*, *23*
74:*20* 76:*1*, *2*, *6*, *15*
79:*7* 80:*1* 81:*8*, *11*
82:*19* 99:*12* 102:*3*,
*14*, *16* 118:*19*, *24*
119:*3* 137:*1*, *2*
142:*9* 158:*5* 160:*2*,
*4* 193:*14*, *16*, *18*
**conversations** 12:*4*
15:*18* 61:*12*, *13*
76:*23* 82:*21*, *23*
83:*1* 100:*2* 106:*2*
113:*20*, *21* 119:*4*, *9*,
*12* 121:*13*, *15*
128:*15* 137:*6*
140:*17*, *24* 160:*12*
161:*1* 166:*21*
**COOK** 1:*1*
**coordinated** 135:*21*
**cops** 81:*1* 84:*16*
**correct** 7:*5*, *22*
13:*21* 16:*11* 17:*20*
18:*2* 20:*4*, *5*, *7*, *23*
21:*2*, *3*, *5*, *12*, *15*, *19*,

22 22:*16*, *19*, *21*, *22*,
*24* 23:*11*, *14*, *15*, *17*
25:*17* 26:*12*, *14*
29:*6* 30:*23* 33:*16*,
*19*, *20* 35:*7*, *11*, *14*
36:*6*, *9*, *10*, *22*
38:*18* 39:*18* 40:*4*
41:*18*, *22*, *23* 42:*4*
44:*12*, *13* 45:*20*
46:*1*, *4* 47:*21*, *24*
48:*2*, *3*, *6*, *8*, *9*
50:*14* 52:*9* 53:*2*,
*11*, *13*, *17*, *18* 54:*1*,
*2*, *22* 57:*1*, *2* 58:*11*,
*12* 63:*22*, *23* 64:*22*
65:*7* 66:*11*, *12*, *14*
67:*9*, *11* 74:*7*, *21*
77:*12*, *24* 78:*9*, *10*
82:*5* 83:*12*, *14*, *23*
84:*6*, *10*, *18* 85:*19*,
*22* 86:*16*, *17*, *18*, *21*,
*24* 87:*2* 88:*2*, *6*, *17*,
*18*, *20* 89:*20* 90:*9*,
*17* 91:*22* 99:*18*
103:*15*, *19* 104:*19*,
*21* 105:*10*, *11*
106:*1*, *5*, *9*, *10*, *12*,
*13*, *21* 107:*1*, *2*
108:*10* 109:*3*, *5*, *6*,
*11*, *12*, *13* 113:*19*
114:*6* 117:*4* 118:*6*,
*10* 123:*19*, *22*, *23*
124:*1*, *5*, *9*, *13*, *24*
125:*3* 126:*2*, *3*, *23*
130:*9*, *15* 132:*24*
136:*2*, *13*, *15*, *21*, *24*
137:*18*, *22* 138:*7*,
*12*, *16* 139:*16*, *20*
140:*1*, *5* 141:*12*, *18*,
*19*, *22* 143:*16*
144:*18* 146:*11*, *16*
148:*3* 149:*7* 150:*6*
151:*6*, *7*, *9*, *10*, *13*
153:*24* 155:*22*
162:*12* 163:*3*
165:*13* 166:*10*
167:*2*, *9*, *20*, *21*, *23*
168:*4* 169:*23*
170:*19*, *23* 171:*2*,
*20*, *24* 172:*2*, *3*
175:*8* 176:*17*

177:*2* 179:*14*
180:*11*, *14* 181:*7*,
*12* 182:*14*, *24*
183:*23* 187:*2*, *5*, *9*,
*14*, *16*, *19*, *22* 188:*7*,
*8*, *10* 191:*2*, *5*, *10*,
*18* 192:*4*, *5* 195:*5*
196:*3* 198:*6*, *9*
199:*7*, *17*
**correctly** 94:*18*
**Cortney** 41:*1* 42:*4*
**council** 35:*14*, *22*
36:*2*, *4*, *9* 37:*6*, *8*,
*17* 38:*8*, *10*, *17*
43:*9* 47:*9*, *17*
53:*14*, *17*, *20* 56:*10*,
*18*, *20*, *21*, *23*, *24*
57:*6*, *8* 61:*23*
62:*10*, *15*, *16* 63:*2*,
*5* 77:*15*, *16*, *24*
78:*6*, *16*, *22* 79:*5*
90:*24* 91:*1*, *2*
105:*1*, *3* 109:*2*, *9*
120:*2* 125:*21*
127:*4*, *5* 150:*21*
164:*12*, *23* 165:*6*, *9*,
*23* 166:*3*, *18*, *20*, *22*,
*23* 167:*13*, *15*
168:*3*, *15* 170:*1*, *4*,
*7* 171:*5* 175:*8*, *19*
176:*8*, *13* 177:*9*, *14*
183:*3*, *8*, *10* 198:*11*
201:*18*
**counsel** 52:*19*
205:*18*, *19*
**counselor** 201:*11*, *14*
**counterparts** 200:*20*
**country** 72:*16*, *20*,
*22* 73:*8*, *23* 101:*4*
152:*19* 202:*20*
203:*15*
**COUNTY** 1:*1* 27:*8*
204:*2*
**couple** 15:*19* 145:*5*
149:*23*
**course** 33:*23* 57:*8*,
*15* 60:*13* 111:*7*
176:*9* 203:*7*
**COURT** 1:*1*
**courtesy** 100:*23*

**Courtney** 41:*1*
**COVID** 14:*2*, *10*
**create** 32:*10* 186:*6*
**created** 45:*5*
**creating** 93:*17*, *19*
**credentials** 145:*2*
147:*17*
**Crest** 12:*13*, *17*
**criminal** 87:*11*, *13*
147:*19* 202:*11*
**critical** 141:*11*, *16*
145:*7*, *14*
**Cross** 45:*14* 51:*20*
**crossed** 146:*20*
**CSR** 1:*17* 205:*3*
**culture** 128:*23*
**current** 204:*8*
**currently** 7:*23*
170:*17* 202:*7*
203:*22*
**Currin** 11:*21*
**C-u-r-r-i-n** 11:*21*
**cut** 190:*4*

**< D >**
**D.C** 201:*6*
**daily** 136:*7*
**Damon** 48:*18*, *20*
49:*3*, *10*, *20* 50:*3*
**Dan** 4:*14* 142:*12*
**dan.herbert@danher**
**bertlaw.com** 2:*5*
**DANIEL** 2:*2*
**data** 202:*24*
**date** 64:*1* 133:*4*
**dates** 63:*14*, *16*
119:*14*
**daughter** 109:*21*
202:*3*
**Dave** 108:*14*
**Davis** 41:*7*, *19*, *21*
42:*13*
**Dawn** 41:*12*, *20*, *24*
**day** 55:*17*, *23*
62:*13* 63:*19* 94:*8*,
*12*, *13*, *16*, *17*, *23*
96:*9*, *15* 136:*8*, *10*
206:*2*
**days** 56:*17* 63:*9*
96:*15* 116:*3* 173:*22*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 63 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

day-to-day 143:*21*
144:*4*
deal 203:*6*
dealer 178:*12*
dearly 202:*5*
death 110:*24*
decided 62:*14*
deciding 65:*20*
decision 61:*21*
62:*13, 19* 117:*18*
122:*7* 127:*2*
133:*20* 134:*9*
161:*5* 194:*22*
195:*6, 7, 9* 198:*23*
decisions 135:*10, 16,
23*
dedicated 45:*16*
Defendant 18:*1*
Defendants 1:*11*
2:*11* 4:*17* 17:*18, 19*
defensive 58:*15*
98:*8*
defined 152:*11*
definitely 175:*23*
definition 83:*10*
157:*23*
degree 200:*22*
201:*4*
degrees 201:*17*
delegated 184:*19*
demote 134:*9*
demoted 123:*18*
denied 96:*21*
Dennis 28:*12*
deny 37:*4, 9*
dep 6:*17*
DEPARTMENT
1:*1* 20:*23* 23:*3*
43:*24* 44:*1* 45:*5*
49:*4, 10, 18* 51:*6*
58:*1* 59:*14, 21*
60:*5, 6, 16* 61:*7, 23*
62:*3, 10, 18* 65:*10*
66:*19* 68:*8* 69:*8*
71:*20* 76:*12* 82:*19,
22* 83:*8, 22* 84:*1, 2,
9, 12, 24* 85:*4, 18*
86:*3* 87:*19* 88:*4, 8,
14* 89:*1, 7, 20* 90:*4*
96:*22, 23* 97:*14, 15*
100:*15* 103:*6, 14*

104:*6, 10* 105:*23*
106:*3, 7, 9* 110:*21*
111:*6, 24* 117:*10*
120:*13, 19* 128:*23*
129:*3, 7, 15* 130:*4,
5, 20* 135:*7, 8, 11*
136:*1* 137:*12, 15,
21, 22* 138:*3, 7, 8*
139:*15, 23* 140:*4,
19, 22* 141:*24*
142:*6, 17* 143:*10,
16, 20, 22* 144:*4*
146:*23* 148:*16, 22,
24* 149:*4* 154:*8, 16,
24* 155:*9* 156:*3, 8,
13* 161:*4* 163:*8, 13*
168:*12* 171:*20*
172:*6* 174:*22*
175:*11, 13, 15*
176:*10, 17* 179:*12,
19* 180:*1, 3, 6, 10,
14, 19* 183:*5, 6*
184:*9, 15* 185:*4, 10*
186:*5* 190:*1* 197:*7,
15, 17, 20* 198:*2, 3*
199:*10, 16*
departments 61:*17*
108:*4*
deponent's 109:*16*
deposed 7:*12*
deposition 1:*14*
3:*10* 4:*9, 16, 19*
5:*23* 6:*5, 7, 12, 13,
15* 7:*5* 17:*16*
18:*24* 105:*15*
141:*10* 174:*4*
200:*1, 2* 204:*19*
205:*10, 15*
depth 184:*5*
deputy 21:*2, 8*
22:*11, 13, 15* 23:*7,
11* 46:*6, 9, 18* 47:*4*
62:*20* 64:*17* 65:*2,
7, 18* 77:*12, 13*
78:*12, 19* 79:*2, 5,
10* 87:*24* 90:*3, 5, 8,
17* 104:*20* 105:*2, 3*
121:*3, 8, 22* 122:*4,
8, 22* 123:*15*
125:*11, 20* 126:*1, 2,
22* 127:*9* 151:*11*

154:*14* 173:*3*
178:*18* 181:*10, 20*
183:*4, 12, 13* 185:*2,
9* 186:*3* 190:*3*
194:*7*
derive 158:*9*
derived 157:*9*
158:*13*
derogatory 141:*7*
159:*2*
describe 28:*17*
description 184:*4*
desire 57:*9* 159:*18*
161:*18*
desires 138:*12, 16*
140:*4*
desk 61:*4* 71:*13*
despised 156:*13*
determination 64:*15*
determine 180:*4*
182:*13* 193:*9*
development 44:*16,
17* 45:*17*
different 26:*18, 22*
35:*17* 44:*5* 73:*12*
101:*21* 130:*3*
136:*20* 172:*23*
differently 90:*16*
difficult 169:*21*
directed 107:*14*
141:*21* 143:*8*
direction 142:*4*
205:*12*
directives 144:*3*
directly 21:*2* 99:*19*
156:*19* 205:*20*
director 26:*2*
27:*21* 44:*16*
123:*17* 124:*2, 6*
194:*7*
directors 25:*10*
203:*15*
disagreeing 147:*4*
disapprove 195:*4*
disbelieve 172:*20*
disburse 27:*13*
disciplinary 93:*14*
discipline 93:*15*
disclose 176:*9, 14,
15* 177:*14* 180:*20*

192:*18* 203:*23*
disclosure 177:*8*
discovery 1:*14* 4:*16*
discrimination
131:*9*
Discuss 180:*1*
194:*10*
Discussion 33:*12*
107:*16*
discussions 106:*6*
dislike 159:*16*
disputing 198:*20*
disrespectful 60:*12*
92:*18*
distance 204:*12*
District 54:*9*
201:*13*
disturbing 59:*8*
diverse 129:*8*
130:*7* 138:*8* 155:*6*
197:*8* 199:*10*
diversity 74:*10*
105:*23* 106:*4, 8*
129:*4* 131:*6*
197:*12, 13, 17, 19*
198:*1, 5* 199:*15*
DIVISION 1:*1*
doctorate 122:*12*
documents 5:*24*
doing 4:*5* 7:*23*
12:*5* 62:*8* 134:*12*
143:*15* 145:*1*
159:*22* 174:*3*
175:*1, 2* 179:*5*
183:*5* 201:*7*
doll 61:*4* 68:*16*
71:*13, 14*
dollar 35:*24*
dollars 185:*4*
domestic 201:*21*
domestics 147:*2*
donate 16:*20*
24:*17* 32:*4* 33:*21*
34:*5* 35:*3* 55:*3*
77:*8*
donated 28:*11, 20*
30:*6, 15, 20* 34:*1*
54:*21*
donating 39:*6*
donations 24:*18*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL  #117-4  Page 64 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

Donell 19:6 21:11,
14 108:12 124:8,
11 125:9 162:22
Dr 41:7 42:13
drug 194:8
duly 4:2 205:7
Dumas 17:19, 23
18:5 23:13 53:1, 9,
12, 16, 22 54:16, 21
55:3, 9 67:16, 18
79:15 106:16, 20
108:9, 22 109:1, 6,
14 110:5, 12 112:8,
20 113:2, 4, 7, 12,
14, 18, 23, 24 114:5,
8, 11, 18, 21, 24
115:5, 23 116:11
117:18 118:3
119:21 120:5, 12,
20 121:5, 21 122:1,
23 123:14 126:20,
21 127:7, 20
128:15 129:17
132:13, 14, 23
133:2, 10 134:17
135:3 138:11, 12
140:10, 23 141:16,
18, 21 142:21
144:18 146:11
147:13 151:8
154:5 159:19
160:13, 24 161:19,
23 163:11 164:2, 4,
11 166:1, 2 169:9
170:8, 13 193:24
duties 120:9
138:15 183:23
dynamics 60:16
101:9

< E >
earlier 6:5 51:9
68:6 104:13
105:15 111:10
169:19
earliest 115:24
early 5:15
eat 132:4
eating 154:21
economic 176:21

177:5, 10
economics 73:18
educated 122:12
133:6 194:6
education 122:9
133:7 156:11
200:8, 18
Edwina 16:13
EEOC 93:21 98:17
eight 50:18 82:14
165:2
either 10:18 36:8
86:8 167:1 169:8
elderly 95:9, 10
elected 8:8 9:24
24:12 49:1 54:19
63:3 76:24 81:17
82:1 83:23 101:4,
12 102:22 112:21
119:16 169:20
election 9:5 11:9
14:17 16:4 19:12
32:18, 19 82:14
elections 11:2
electricity 31:5
35:19
Elizabeth 50:4
51:21
e-mail 93:23 94:1,
3, 5 95:22 96:3
e-mailed 93:8
employed 52:5
181:11, 20 182:20
185:2, 7 186:3
employee 176:5
178:2 179:20, 23
182:6 205:17, 18
employees 174:19
176:2 179:7
180:21 181:5
employment 174:23
176:11 179:18
ended 9:5 58:2
endowed 24:23
enforcement 64:18
65:19 194:8
engineer 43:24
51:5, 6, 11
Engineering 31:12,
16, 17 33:1 52:7, 8

environment 93:20
epidemic 202:20
equity 74:10
197:12
especially 153:1
203:7
essentially 23:2
established 72:21
ethnicity 129:5
153:6 197:13
Etzberg 13:6
event 70:20
events 61:11 84:5
eventually 53:24
108:18 164:2
165:22
Evergreen 2:9
everybody 62:1
145:1 155:23
162:23
evidence 142:24
174:12
evident 92:9
exact 112:4 173:16
202:23
EXAMINATION
3:1 5:21 199:20
205:7
examinations 35:2
examined 5:19
example 158:7
178:4, 7
Excellent 204:15
exclusive 178:12, 23
exclusively 85:23
Excuse 92:2
109:18 168:7
executive 26:2
27:21
exempt 104:19
Exhibit 3:10
EXHIBITS 3:10
existed 27:7
existence 26:10
expect 142:5, 7
144:12 179:7
180:17, 19
expected 137:14, 17,
20 144:10
expecting 144:9

experience 74:1
153:4
explained 58:20
92:7
express 159:18
expressed 58:21
59:12 61:5 68:7
74:6, 9 102:2
126:12, 13 138:11
139:19 161:18
expressing 69:9
99:11
external 108:15
eye 57:21 95:9
eyes 44:7

< F >
face 57:15, 24 59:3
91:18 95:20 111:8
Facebook 144:6
145:6, 12 146:21
157:5, 7, 15
fact 93:16 100:22,
24 101:1 146:7
148:10 154:5, 23
158:2 169:12, 21,
22 173:9, 14
178:16 186:2
187:7 188:5 198:22
factor 154:11
155:2 169:10, 11,
13, 14 197:2 198:23
factored 134:7
factors 170:2
189:2, 3 195:8
facts 142:24 174:12
fade 60:22, 23
79:24 98:2
fair 26:11 33:24
38:2 43:16 67:1, 6
84:7 120:17 130:2,
13 136:11 138:4, 5
150:7 164:4 166:3,
4 173:21 186:15, 16
familiar 16:15
35:6, 8 65:13
115:13
families 155:13
family 156:12
200:8



**Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022**
2:20-cv-02310-CSB-EIL  # 17-4   Page 65 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

far  4:*19*  17:*13*
22:*10*  199:*22*
fast  42:*24*
fathers  202:*4*
fear  152:*20*
Feed  5:*17*  194:*14*
Feel  5:*3*  85:*9*
104:*9*  146:*19*
153:*2, 4, 16*  200:*3*
fellow  201:*6*
felt  93:*13*  95:*6*
122:*15*
female  50:*5*  73:*6*
80:*22*  101:*12*
102:*15, 18, 22*
149:*19, 21, 23*  191:*6*
females  73:*13*
169:*22*
Ferguson  152:*16*
file  93:*21*  98:*18*
filed  18:*22*  19:*2*
98:*17*
filled  113:*23*  162:*6*
filling  162:*7*
final  189:*8*
financially  178:*20,*
*21*
find  142:*7*  146:*3*
196:*12*
fine  5:*5*  7:*14*  51:*9*
195:*6*  204:*3*
finish  4:*23*  14:*13*
62:*7*  65:*4*  74:*15*
85:*14*  148:*11*
finished  71:*17*
FIRE  1:*7*  40:*4, 6,*
*11*  44:*3*  45:*2, 4*
48:*14*  49:*4, 10, 18*
50:*4*  78:*20*  104:*23*
105:*8*  146:*23*
191:*12*
firefighters  146:*24*
FIRM  2:*2*  7:*7*
32:*14*  33:*1, 11, 15,*
*21*  52:*7, 8*
first  9:*21*  10:*14, 23*
14:*6*  19:*20*  24:*11*
39:*22*  46:*5, 22*
54:*6, 15*  55:*16*
90:*4*  92:*17*  94:*23*
103:*13*  104:*3*

111:*3*  114:*11, 12*
163:*7*  165:*7*  166:*5,*
*12*  189:*11*  190:*9,*
*10*  192:*12*  200:*16*
201:*19, 23*
fit  202:*23*  203:*3*
five  41:*8, 9, 13*
49:*12*  200:*13*
Floyd  152:*17*
focus  101:*18, 19*
focused  151:*19*
focusing  34:*17*
190:*5*
follows  5:*20*
follow-up  199:*22*
force  65:*13, 16*
81:*1*  87:*21*  121:*10*
122:*14*  130:*6*
134:*4*  188:*23*
forced  44:*21*
foregoing  205:*10*
forget  39:*7*  107:*19*
forgive  55:*8*  163:*6*
forgot  44:*16*  52:*10*
form  23:*4*  89:*21*
116:*7*  118:*17*
130:*16*  133:*17*
138:*17*  146:*18*
168:*24*  174:*11, 13*
177:*20*  183:*16*
185:*22*  186:*8*
formal  78:*8*
formally  67:*20*
90:*12*
former  4:*17*  43:*18*
44:*22*  46:*19*  188:*23*
forth  127:*20*  128:*1*
found  14:*10*  66:*13*
173:*21*
Foundation  24:*20*
25:*22, 23*  26:*4*
27:*3, 6, 7, 9, 11*
40:*15*  89:*23*
118:*18*  143:*3*
146:*18*  164:*6*
174:*13*  184:*1, 10*
186:*10*
founded  72:*20*
148:*5*

four  49:*12*  58:*7*
95:*3, 4, 23*  196:*15*
200:*14*
framing  170:*15*
FRANK  1:*8*
106:*18*  108:*18*
110:*16, 17*  163:*3*
181:*19*
FRAZIER  2:*6*
free  5:*3*  200:*3*
frequent  136:*4*
frequently  88:*19*
136:*9*
friends  11:*1, 8*
front  191:*23*
frustrated  109:*12*
168:*21*  169:*3*
frustration  168:*23*
f's  50:*23*
fulfilling  120:*9*
138:*15*
full  53:*13*  135:*7*
fund  24:*9*  30:*13,*
*14*  32:*8*  34:*6*
fundraiser  55:*5, 6*
funds  24:*3, 23*
further  199:*18*
future  15:*5*

< G >
gap  32:*19*
garbage  35:*21, 23*
Gary  189:*12*  190:*7*
191:*7*
Gas  30:*8, 14*  31:*2,*
*4, 5*  35:*19*
gender  101:*9*  129:*4*
general  52:*19*  87:*1,*
*4, 7*  104:*9*  108:*3*
159:*16*
generally  120:*4*
121:*11*
gentleman  57:*14*
111:*7*
George  152:*17*
getting  27:*6*  38:*17*
119:*24*  121:*18*
143:*22*  146:*19*
173:*10*  184:*12*
girl  111:*16*
girls  200:*14*

give  4:*24*  77:*14*
100:*23*  117:*13*
121:*17*  127:*7*
142:*4*  144:*3*
156:*24*  168:*10*
178:*7*  200:*1*
given  193:*1*  205:*13*
gives  38:*13*
giving  17:*16*
go  4:*11*  14:*11*
24:*19, 20*  36:*2*
37:*12, 16*  38:*7, 10,*
*20*  51:*4*  60:*9*
78:*20*  102:*9*  103:*3*
108:*2*  109:*23, 24*
125:*21*  127:*4*
132:*3, 19*  143:*5*
148:*13*  153:*15*
154:*18*  155:*7*
160:*3*  161:*3, 15*
166:*24*  173:*19*
177:*3*  184:*23*
192:*10*  194:*14*
200:*7, 10*
goal  89:*8*  118:*5, 9*
202:*18*
goals  89:*5*
goes  4:*19*  22:*10*
35:*21*  38:*17*  42:*24*
104:*22*  105:*3*
178:*11*
going  4:*22*  5:*2, 8,*
*15*  16:*6*  22:*5*
36:*11*  37:*19*  43:*6*
57:*23*  79:*22*  89:*9*
91:*6*  93:*14, 15, 20,*
*22*  94:*2*  104:*9*
110:*17, 21*  111:*21*
118:*3*  121:*21*
122:*2*  127:*8*  131:*1,*
*2*  135:*22*  141:*2, 24*
142:*7*  153:*3*
163:*15*  174:*23*
178:*15*  188:*24*
189:*1*  196:*1*
golf  57:*15*
Good  4:*3, 5, 6, 8*
15:*15*  25:*2*  58:*23*
67:*4*  86:*6*  158:*6*
193:*21*  194:*8*



**Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022**
2:20-cv-02310-CSB-EIL #174   Page 66 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

204:*15*

**governor** 115:*11, 12*
**Governors** 201:*4*
**graduated** 201:*1, 5*
**grandchildren** 202:*3*
**grandsons** 202:*3*
**Great** 25:2 62:*8*
195:*11* 198:*17*
199:*11*
**grew** 129:*23, 24*
200:8, *11*
**group** 14:7 17:*3*
27:*19* 35:7, *8*
103:*22* 145:*13*
**growing** 130:*1*
**grown** 155:*11*
**guess** 5:2 52:*21*
64:*3* 84:7
**gun** 138:*10* 144:*1*
202:*13, 19, 22*
**guy** 59:*6*
**guys** 32:*12*

**< H >**
**half** 202:*19*
**Hall** 1:*16* 205:*3*
**hand** 206:*1*
**handled** 105:7
115:*9*
**happen** 89:*9* 133:2
203:*1*
**happened** 58:*13*
80:*1* 92:*13* 96:2, *8*
111:7 117:*23*
120:*5* 121:*12*
127:*4* 141:*4*
157:*11* 161:*1*
164:*10* 187:*24*
203:*8*
**happens** 24:*22*
**happiness** 150:*11*
**happy** 100:*16, 21*
149:*4* 150:2, *3, 5, 9,*
*14* 151:*5, 8, 11, 14,*
*17*
**hard** 200:*19* 203:*11*
**Hazel** 12:*13, 17*
**head** 4:*21* 27:*17*
51:6 59:*11* 136:*1*
161:*20* 179:*12, 19*

180:*1, 3, 6, 10*

**heading** 170:*16*
**heads** 43:*24* 44:*1*
103:*14* 106:*3*
137:*12, 15* 154:*16,*
*24* 174:*22* 175:*11,*
*13, 15* 180:*20*
**heads-up** 121:*18*
**Health** 29:*3*
**Healthcare** 28:*22*
**hear** 60:*19* 111:*5*
**heard** 58:*23* 60:*10*
68:*9, 18, 20* 111:*9*
141:*14, 15* 142:*2*
148:*14, 20, 21*
150:*17*
**heavily** 92:*14, 15*
**heavy** 203:*6*
**he'd** 99:*23* 180:*13*
**Heidi** 33:*4, 5*
**help** 16:*17* 50:*14*
107:*20* 117:*12*
135:*22* 143:*20*
155:*2*
**helping** 201:*12*
**HERBERT** 2:*2*
3:*1* 4:*3, 6, 8, 14*
5:*10, 12, 22* 7:*15*
8:*5* 11:*18* 12:*2*
18:2, *3* 23:*8* 33:*14*
36:*14, 16* 53:*8*
56:*13* 59:*19* 71:*21*
78:*17, 23* 90:*1*
91:*5, 10, 11* 94:*11*
99:*17* 102:*6, 8, 12*
105:*21* 107:*18*
108:*1* 109:*20, 23*
110:*3* 116:*9*
117:*16* 118:*20*
124:*21* 130:*18*
132:*7, 10* 133:*21*
138:*22* 139:*7, 13*
140:*9* 142:*12, 14,*
*19* 143:*4* 147:*7*
149:*11* 155:*17*
159:*3* 161:*11, 13,*
*14* 164:*9* 168:*6*
169:*2* 173:*12*
174:*15* 177:*6, 23*
178:*6* 183:*19*
184:*7, 13* 186:*1, 12*

192:7 194:*15, 17,*
*20* 197:*23* 198:*19*
199:*5, 18* 200:*3*
204:*4*
**hereto** 205:*20*
**hereunto** 206:*1*
**Hey** 133:*10* 142:*10*
**high** 54:*9, 14*
116:*13* 178:*17*
200:*14* 201:*22*
**higher** 20:*12* 22:*1*
187:*8, 22* 188:*6, 13*
189:*9, 16, 20* 191:*1*
192:*3* 193:*10, 12,*
*15* 194:*4*
**highest** 20:*21* 64:*22*
**hired** 9:*12* 118:*1*
198:*11*
**hiring** 130:*8*
**Hispanic** 72:*24*
**history** 24:*13*
26:*15* 59:*23* 60:*2*
190:*9, 11*
**Hoffman** 50:*23*
51:*2*
**Hold** 52:*3* 82:*8*
148:*11* 154:*20*
155:*19* 156:*5*
158:*21* 163:*2*
**holiday** 92:*5* 94:*19*
**home** 92:*12*
**honestly** 95:*7*
**horrible** 99:*21*
**hospital** 28:*23* 29:*2*
**hospitals** 28:*22*
**hostile** 93:*17, 18, 20*
**hours** 5:*14* 91:7
**housing** 72:*15*
**human** 60:*13*
**hundreds** 136:*17, 19*
**HUNT** 1:*9* 18:*13,*
*14, 22* 19:*4* 23:*11*
75:*5, 6, 8, 19* 76:*15,*
*20, 24* 77:*8, 11, 16*
78:*5, 12, 13, 14, 21*
79:*1, 4, 8, 9, 19*
90:*16* 91:*1* 106:*11*
121:*3, 7, 14, 16, 22*
122:*2, 7* 123:*12*
125:*10, 19* 126:*1, 5,*
*9, 16, 22* 127:*9*

128:*16* 133:*10*
141:*17, 18* 151:*11*
154:*15* 155:*10, 18,*
*22* 156:*1, 5* 157:*1,*
*14, 17, 24* 158:*4, 16*
159:*5, 12, 16, 18*
160:*13* 161:*18*
173:*3, 14* 174:7
181:*10, 20* 182:*8,*
*19* 183:*13* 185:7
186:*3, 21* 190:*3*
**Hunter** 190:*15, 16*
191:*2, 18, 21*
192:*12, 13* 193:*9,*
*12, 19, 20*
**Hunt's** 186:*17*
**hyphen** 11:*20* 16:*8*
**hypothetical** 23:*5*
89:*22* 138:*18*
140:7 177:*21*
186:*10*

**< I >**
**ID** 3:*10*
**idea** 163:*14* 172:*15*
**ideas** 138:2, *6*
143:*24*
**identified** 66:*15*
71:*23*
**identify** 67:*9, 12, 14*
93:*1* 179:*8*
**illegal** 110:*24*
**ILLINOIS** 1:*1, 17,*
*19* 2:*4, 9* 9:*17*
10:*20* 11:*21* 13:*14*
14:*14* 131:*21*
144:*16* 146:*8*
147:*12, 19* 170:*18,*
*22* 171:*6, 11*
188:*16* 200:*12*
203:*17* 206:*2*
**imagine** 103:*10, 12*
**importance** 200:*18*
**important** 136:*1*
163:*8*
**improper** 12:*5*
**improve** 83:*24*
89:*5, 8, 11, 16*
153:*20* 154:*2, 7*
155:*3*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL #174 Page 67 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**improving** 86:*9*, *13*
155:*8*
**inappropriate** 84:*14*
**incident** 68:*4*, *5*
91:*17*, *19* 95:*8*
96:*8* 111:*7* 135:*20*
146:*15*
**incidents** 97:*17*
**included** 85:*20*
103:*22* 151:*23*
152:*21* 198:*5*
**includes** 129:*4*
**Including** 103:*1*, *2*
188:*9*
**inclusion** 74:*11*
197:*13*
**incoming** 16:*5*
**incomplete** 23:*5*
89:*22* 138:*18*
140:*7* 177:*21* 186:*9*
**incorrect** 6:*14*
**incorrectly** 132:*16*
**increase** 30:*4* 129:*2*
**incumbent** 16:*10*, *12*
**indicate** 72:*4*, *6*
122:*17* 159:*14*
**indicated** 79:*20*
88:*3* 146:*5*
**indirectly** 205:*20*
**individual** 4:*17*
17:*19* 95:*17*
187:*13* 189:*17*, *20*
192:*19*
**Individually** 1:*10*
17:*3*
**individuals** 12:*21*
14:*16* 16:*1* 27:*18*
40:*11* 41:*15* 42:*3*
44:*11*, *18* 50:*20*
51:*18* 62:*24* 72:*3*
100:*3* 104:*18*
125:*24* 126:*4*, *8*
145:*5* 146:*20*
149:*6* 187:*8* 189:*9*
191:*2*, *4*, *8*
**informal** 16:*24*
17:*1*
**information** 82:*16*
97:*21* 180:*24* 200:*1*

**informed** 96:*20*
127:*12* 181:*23*
182:*2*
**inherited** 43:*13*, *14*
**inheriting** 163:*13*
**initially** 41:*17*
**initiate** 71:*5*
**initiated** 71:*8*
76:*14* 91:*14*
**initiative** 202:*15*
**initiatives** 202:*21*
**Innovation** 13:*18*
203:*18*
**insinuate** 98:*20*
**instances** 98:*1*
**instilled** 200:*18*
**Institutions** 72:*14*,
*15*, *21* 73:*19*
**instrumental** 27:*5*
**integrity** 115:*10*
**intent** 158:*15*, *16*
**intention** 106:*23*
158:*17*, *19* 159:*10*
**intentional** 101:*17*
**interacting** 96:*11*
**interaction** 94:*20*
**interactions** 59:*24*
60:*2*
**interest** 126:*12*, *13*
176:*13* 177:*5*, *11*
178:*19* 179:*9*, *21*
180:*20* 181:*4*
182:*19* 183:*4*
186:*14*
**interested** 113:*18*
158:*4* 161:*6* 162:*6*,
*18* 205:*20*
**interject** 53:*4*
**internal** 108:*11*, *15*
**interruption** 110:*2*
117:*15*
**interviewed** 32:*14*,
*16*
**introduced** 61:*19*
**invested** 24:*24*
**investigate** 180:*4*
**investigated** 148:*15*
171:*10*
**investigation**
144:*17*, *18* 146:*9*,

*14*, *15* 147:*20*
170:*18*, *22*, *24* 171:*6*
**investigations**
124:*18* 193:*23*
**invited** 15:*18*
**invoices** 38:*20*
39:*1* 175:*21*
**involved** 10:*23*
13:*11*, *20* 14:*6*, *18*
15:*1* 26:*7* 27:*2*, *4*
28:*1* 88:*8*, *9*, *13*
110:*23* 135:*10*
146:*14* 147:*19*
**involvement** 14:*7*
156:*11* 172:*5*, *8*
**issue** 93:*4* 144:*6*
168:*13* 177:*16*
183:*2* 203:*6*
**issued** 119:*13*
**issues** 83:*20* 96:*22*
103:*18* 130:*15*
136:*21*, *22*, *23*
152:*7*, *13*

**< J >**
**Jason** 79:*22*
**Jefferson** 1:*19* 2:*3*
**Jim** 64:*20*, *21*
65:*20* 66:*23* 69:*3*
**job** 15:*5* 67:*20*
138:*14* 140:*12*
143:*9*, *13*, *14*, *15*
184:*3* 185:*16*
193:*21* 200:*8*
**jobs** 163:*7* 200:*22*
**jokingly** 131:*1*, *2*
**Jones** 16:*3*
**Jose** 190:*8* 191:*6*
**Jr** 8:*22*
**judgment** 144:*10*
**June** 8:*16*, *17*
94:*24* 119:*19*, *22*
**junior** 8:*24*
**jurisdiction** 204:*11*
**justice** 87:*11*, *13*
**justified** 59:*7*

**< K >**
**KAMEG** 123:*17*
124:*3*, *6* 194:*7*

**KANKAKEE** 1:*6*, *7*
6:*19* 13:*11* 20:*15*,
*22* 23:*2* 24:*5*, *21*
27:*8* 28:*16* 29:*14*,
*17* 30:*18*, *19* 31:*18*
33:*18* 35:*2* 36:*19*
40:*7* 49:*4* 51:*19*
52:*22* 54:*8*, *13*
55:*10* 59:*23* 60:*1*
65:*12* 68:*19* 83:*4*,
*8* 84:*15*, *24* 85:*3*
87:*16*, *19* 88:*13*
105:*23* 106:*4*
115:*13*, *20* 122:*20*
130:*20* 152:*4*
155:*11* 156:*3*
171:*19* 174:*9*
176:*2*, *6*, *16* 177:*18*,
*19* 178:*13* 180:*14*
181:*6*, *21* 183:*15*
184:*9* 185:*3*, *5*, *8*
186:*4* 196:*9*
200:*11*, *14* 201:*1*
202:*12*, *13*, *23*
203:*20*
**Katrina** 11:*10* 13:*2*
**keep** 134:*11*
**keeps** 28:*23*
**kick** 37:*22* 59:*10*
**kid** 60:*10*
**kids** 59:*1*, *2* 155:*13*
**Kidwell** 58:*4*, *8*, *19*
59:*9*, *12* 61:*8*, *18*
62:*23* 68:*18* 91:*23*
92:*7* 97:*1*, *2*, *3*
123:*10*, *15*, *16*, *18*,
*20* 124:*8*, *12*, *14*
125:*3*, *7* 126:*16*
133:*22*
**Kidwell's** 134:*7*
**killed** 152:*23*
**kind** 38:*16* 43:*7*
57:*24* 58:*20* 61:*3*
77:*14* 129:*21*
133:*9* 140:*15* 167:*3*
**Klopp** 58:*6*, *8* 63:*1*
92:*1*, *2* 97:*2*
**knew** 11:*3* 12:*20*
64:*12* 71:*15* 72:*7*
76:*22* 115:*14*, *20*
122:*9* 134:*3* 174:*7*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 174 Page 68 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

182:*11, 12* 187:*18, 21* 196:2, *14*
**know** 4:*10* 6:*11, 12, 13* 7:6, *10, 20* 9:*3, 11, 14* 16:*14* 17:*13, 18* 18:*21* 25:7, *13, 19* 27:8, *19, 22* 32:*1* 34:23 35:*4, 5* 37:*15* 38:*14* 40:8 42:8 53:22 54:*3* 57:22 59:*11* 60:*11* 61:*11, 21* 62:*18, 19* 64:*10, 12* 65:*16* 67:*23* 70:*12, 15, 18, 20, 22, 24* 71:*15* 76:8, *11, 14, 17, 20* 78:*11* 80:*15, 19* 81:*10, 13* 91:*4* 93:*18* 94:*20* 97:*15, 19* 98:*11, 15, 19* 99:*1, 2, 13, 19* 100:*6, 9* 101:*13* 102:*1* 103:*21, 24* 108:*17* 111:*5* 113:*1* 114:*17* 115:*12, 16* 117:*5, 6* 118:*7* 121:*4* 122:*13, 14* 123:*14* 124:6, *18* 125:*4, 8* 126:6, *7* 127:*23* 129:*13* 131:*12, 15* 133:6, *7, 13, 22* 134:*2, 5, 8, 14, 16, 17, 20* 135:*3* 136:*8, 12* 144:*1, 16, 22* 145:*3, 15, 16* 147:*15, 21* 148:*9* 149:*13* 150:*3, 11* 152:*10, 16, 22* 157:*12* 158:*15, 17, 19* 160:*4* 162:*13, 20, 21, 22* 163:*4* 166:22 168:*17* 170:*20, 21, 24* 171:*16* 172:*15, 21* 173:*1, 2, 5* 174:*17, 22* 177:22 179:*15* 180:*16* 181:*12, 17* 182:*10* 183:*11* 184:*2, 5, 11, 19, 24* 185:*14, 15, 17, 19*

186:*17, 21* 187:*1* 191:*3, 14* 192:*2, 8* 193:*20* 194:*3, 5, 8, 12* 195:*8* 196:*21, 22, 23, 24* 197:*1, 3* 204:*5*
**knowing** 198:*13*
**knowledge** 7:*9, 13, 17, 18* 14:*19* 17:*14* 23:*18*
**KOSMAN** 1:*8* 23:*14* 106:*18* 108:*18* 110:*16* 163:*3* 181:*19* 194:*6, 10* 195:*19* 196:*21, 23* 197:*2, 14, 16*
**KREISSLER** 1:*3* 131:*13* 187:*9* 195:*15*
**Kubal** 50:*4*
**K-u-b-a-l** 50:*4*

**< L >**
**labor** 10:*19*
**lack** 105:*22* 106:*3, 8*
**Lacy** 190:*9* 191:*6*
**Lacy's** 190:*10*
**Landrieu** 202:*17*
**Landwehr** 41:*12, 20, 24*
**L-a-n-d-w-e-h-r** 41:*12*
**Larry** 46:*18* 188:*23*
**lateral** 20:*8*
**Latinx** 42:*4* 190:*9* 191:*7* 198:*7*
**launched** 82:*9*
**LAW** 1:*1* 2:*2* 7:*7* 33:*11, 15, 21* 64:*18* 65:*19* 192:*15, 21, 24*
**lawsuit** 6:*2* 18:*22, 23* 19:*1, 4* 42:*20* 131:*9*
**lawyer** 4:*14* 12:*4* 17:*16* 173:*18*
**lead** 143:*10* 148:*2, 6*
**Leader** 26:*16* 142:*6*

**Leadership** 24:*4* 58:*24* 65:*17* 88:*13, 16* 154:*24* 183:*20*
**leading** 15:*16* 138:*18* 142:*24* 143:*15* 174:*13*
**LEADS** 144:*24* 147:*14, 23*
**League** 9:*18* 10:*20, 21* 13:*15* 203:*16, 17*
**leave** 163:*15*
**leaving** 68:*3* 96:*4* 102:*14* 103:*7, 11*
**led** 160:*23* 163:*2*
**left** 44:*24* 48:*21, 24* 59:*9* 61:*4* 68:*1* 91:*22* 97:*2* 100:*22* 101:*11* 102:*18* 109:*4* 111:*22* 113:*8* 124:*8* 125:*3* 150:*17* 161:*2* 163:*13*
**legal** 180:*12, 13*
**letters** 40:*18*
**level** 176:*10*
**liberal** 201:*2*
**License** 1:*17* 145:*9, 20*
**lieutenant** 20:*7, 12, 21* 21:*14* 22:*2, 4, 6* 108:*13* 123:*13, 19, 20, 24* 124:*4* 126:*10, 13* 132:*18* 134:*6, 10, 11* 160:*15* 172:*2* 186:*19, 23* 187:*23* 188:*1* 190:*21* 195:*18* 199:*7, 15*
**lieutenants** 20:*9, 16, 18* 21:*4* 22:*19* 49:*18* 105:*6* 126:*17, 19* 134:*24* 172:*11*
**life** 200:*23*
**Lightford** 16:*3*
**liking** 147:*5*
**lines** 84:*21* 104:*16* 165:*19* 166:*1* 167:*4* 169:*4*
**list** 38:*14, 19* 131:*14, 22* 175:*17*

187:2 188:*17* 189:*8, 14, 23* 191:*9, 23* 192:*14, 16*
**listen** 90:*21*
**listened** 83:*4*
**little** 111:*15* 140:*15* 202:*5*
**live** 115:*15* 203:*20, 22, 23* 204:*6, 9*
**lived** 115:*17* 129:*14* 194:*9*
**living** 204:6
**long** 9:*3* 27:8 52:*16* 55:2 63:2 64:*4* 91:*5* 96:*5* 115:22 119:*12* 155:*12* 166:*12*
**Look** 39:*14* 43:*9* 121:*9* 138:7 141:*21* 144:*5, 9, 14* 158:*10* 182:*17, 18* 196:*8*
**looked** 59:*9* 84:*3* 122:*9, 14* 147:*1, 9* 182:*13* 196:*13*
**looking** 4:*11* 48:*11* 61:*4* 141:*7* 147:*11, 13* 194:*13*
**lord** 150:*10*
**lose** 11:*13*
**lot** 43:*14* 79:*17* 110:*21* 111:*21, 23* 112:*15* 136:*19, 20* 141:*9, 10* 155:*13, 23* 158:*23* 170:*2* 197:*14* 201:*11*
**lots** 87:*14*
**love** 155:*22* 156:*6, 12* 202:*5*
**loved** 155:*24*
**lower** 196:*10*

**< M >**
**mad** 99:*18, 19*
**main** 74:*13*
**majority** 165:*2, 20* 166:*1, 2* 167:*8, 9, 10*
**making** 61:*24* 64:*15* 122:*7* 135:*16* 144:*20* 146:*21* 154:*6* 195:*9*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #117-4 Page 69 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**male** 46:*16* 50:*24*
51:*5, 17* 52:*11*
72:*1, 8* 88:*16*
117:*4* 149:*6, 12, 14*
187:*11, 16, 18*
189:*12* 190:*8*
191:*7* 200:*19*
**males** 58:*10* 60:*3*
82:*17* 87:*13, 19, 21,*
*23* 100:*15* 102:*23*
149:*22* 155:*1*
201:*15* 202:*14*
203:*2*
**man** 91:*18* 95:*9, 11*
**management** 92:*10*
93:*4*
**manager** 8:*4, 6, 19*
9:*12* 10:*24* 33:*6*
202:*8*
**map** 202:*23* 204:*13*
**March** 1:*18* 43:*2*
**Mario** 41:*4* 42:*4*
**Mario's** 41:*4, 5*
**MARKED** 3:*10*
**married** 178:*21*
200:*9, 13*
**Martinez** 190:*8*
191:*6*
**Mary's** 29:*4*
**master's** 194:*7*
201:*7, 9*
**matters** 205:*9*
**MAYOR** 1:*8* 4:*17*
9:*1, 3, 23* 11:*7, 10,*
*11, 15* 12:*13* 13:*11*
15:*1, 18* 16:*6*
18:*19* 19:*10, 18, 19,*
*21* 20:*14, 24* 23:*3,*
*19* 24:*12* 26:*14, 20*
29:*14, 17, 20* 30:*4*
31:*23* 32:*11, 13, 15,*
*17* 33:*8, 19* 35:*11*
38:*5* 43:*7, 19, 23*
44:*11, 20* 46:*8, 20*
47:*7* 49:*1, 11*
50:*11* 54:*19, 23, 24*
55:*2, 5, 18, 19* 56:*1,*
*11* 57:*6* 60:*14*
61:*15* 63:*3* 68:*19*
74:*7, 12, 18* 75:*2*
76:*21, 24* 77:*6, 10*

81:*17* 82:*1* 83:*19,*
*23* 89:*4, 19* 92:*22*
99:*8* 100:*16, 21*
101:*12* 102:*22*
103:*13* 104:*2, 8, 15*
105:*10* 107:*13, 15*
110:*19, 20* 111:*2*
112:*21* 114:*15*
119:*16* 120:*1*
136:*2* 138:*14*
139:*14* 141:*12*
143:*18* 149:*4, 15*
150:*2, 5, 9, 15*
151:*5* 152:*17*
153:*24* 156:*21*
163:*7, 12* 168:*3*
170:*2* 171:*2, 23*
172:*1, 4* 174:*1, 9,*
*19* 175:*18, 22*
176:*6, 9, 13* 177:*10,*
*13* 178:*11, 23*
180:*11, 18* 187:*5*
188:*2* 189:*10*
193:*5* 201:*23, 24*
202:*10* 203:*7, 9, 12*
204:*14*
**mayors** 13:*12, 16,*
*18, 24* 14:*4, 13*
101:*4* 169:*20*
174:*24* 202:*17*
203:*18*
**mayor's** 43:*18, 21*
**Maywood** 8:*7* 9:*1*
15:*19* 202:*8* 204:*4,*
*6*
**MCGRATH** 2:*6, 8*
3:*1* 7:*6, 10* 8:*2*
17:*24* 23:*4* 36:*11,*
*15* 53:*4* 56:*12*
59:*16, 18* 71:*17*
78:*15* 89:*21* 91:*4,*
*6* 94:*19* 95:*15*
102:*4, 10* 105:*19*
116:*7* 118:*17*
130:*16* 133:*17*
138:*17* 140:*6*
142:*23* 143:*3*
146:*17* 149:*8*
155:*15* 158:*22*
161:*8, 12* 164:*5*
168:*5, 24* 173:*10*

174:*11* 177:*3, 20*
178:*1* 183:*16, 24*
184:*10* 185:*22*
186:*8* 192:*6*
194:*14, 16* 197:*21*
198:*14* 199:*1, 21*
200:*5, 6* 204:*7, 18*
**mean** 11:*5* 27:*4*
34:*14* 60:*1* 65:*11*
83:*3* 85:*7* 87:*9*
94:*4* 111:*15*
118:*14* 134:*3*
140:*20* 142:*20*
143:*10, 13* 150:*13*
152:*12, 16, 18*
161:*8* 175:*16, 17*
184:*4, 22* 190:*4*
192:*20*
**meaning** 44:*1*
72:*13*
**means** 197:*14*
**meant** 10:*11* 30:*13*
**media** 141:*2, 11*
150:*16*
**meet** 17:*2* 95:*10,*
*12* 103:*5, 13* 104:*5*
**meeting** 16:*23, 24*
58:*2* 61:*8* 62:*10,*
*12, 15, 16, 23* 63:*2,*
*4, 5* 71:*5, 9* 94:*7*
95:*2, 5, 17, 21, 23*
96:*19* 97:*1* 104:*3,*
*11* 118:*15* 166:*10,*
*12, 22*
**meetings** 61:*10, 12,*
*14* 83:*3*
**member** 64:*22*
145:*3* 163:*8*
167:*15* 177:*14*
203:*7, 18*
**members** 15:*20, 22*
16:*23* 28:*9, 10*
34:*16* 58:*7* 61:*7*
62:*2, 9* 80:*7* 85:*17*
165:*23* 168:*15*
170:*7* 177:*9* 201:*16*
**memo** 188:*22*
**Memorial** 55:*23*
63:*19* 94:*8, 16, 17,*
*23* 96:*9*

**men** 72:*14, 19* 73:*7,*
*11*
**mentioned** 35:*6*
84:*5, 17* 88:*19, 22*
89:*3* 146:*23*
**message** 19:*12*
**met** 9:*15, 20* 10:*7,*
*14* 15:*19, 23* 16:*2,*
*22* 17:*4, 5, 6* 32:*6,*
*12* 33:*15* 54:*6, 7*
61:*6, 16* 81:*14*
103:*24* 104:*11*
**meter** 5:*13, 17*
**Mia** 27:*22*
**MICHAEL** 2:*8*
6:*17* 171:*15, 16*
186:*18, 22* 187:*1*
188:*12* 191:*18*
194:*21, 23* 202:*17*
**Mike** 50:*23* 51:*2*
161:*13*
**mileage** 204:*12*
**military** 133:*7*
156:*10*
**Miller** 69:*11, 12*
70:*7, 22* 71:*5, 9, 11,*
*18, 23* 72:*4* 74:*21*
79:*20* 97:*22*
**mind** 67:*18* 74:*16*
94:*18* 99:*14* 110:*5*
139:*8*
**Mine** 26:*24*
**minorities** 59:*24*
60:*2* 88:*11* 155:*24*
**minority** 59:*22*
152:*8*
**minute** 109:*19*
**minutes** 5:*15* 78:*3*
194:*17*
**missing** 41:*9*
**misstates** 142:*23*
146:*17* 164:*5*
197:*21*
**mistreated** 86:*20*
111:*13*
**mistreating** 85:*3*
**misusing** 147:*24*
**Mitch** 202:*17*
**mix** 34:*14, 15*
**mixing** 175:*9*



**Mayor Chasity Wells-Armstrong Backwrite    3/24/2022**
2:20-cv-02310-CSB-EIL  #  174    Page 70 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

mmcgrath@osmfm.c
om  2:*10*
money  16:*20*  20:*15*
24:*15, 16, 22*  25:*7*
27:*11*  28:*2, 3, 8, 11,
20*  32:*4, 8*  132:*4*
monies  24:*24*
monkey  157:*8, 9*
monkeys  158:*9, 13*
159:*1*
month  18:*12*  23:*23*
24:*13*  37:*21*  39:*5*
42:*19*  111:*3*  120:*16*
months  42:*17*  55:*5*
82:*7, 14*  116:*3*
166:*15*
morning  4:*3, 5*
mouth  128:*8*  131:*4*
143:*2*  153:*10*
move  115:*15*  125:*2*
127:*22*
moved  68:*19*
mumbles  140:*15*
Municipal  9:*17*
10:*20*  13:*14*  203:*17*
municipality  147:*2*
202:*9*  204:*1, 9*
murdered  152:*17*
MURPHEY  2:*6*

**< N >**
NAACP  201:*21*
name  11:*19*  12:*14*
14:*3*  27:*23*  28:*23*
33:*5*  38:*15*  41:*4, 5*
52:*14*  80:*10*  82:*20*
141:*1*  146:*5, 23*
149:*18*  178:*11*
190:*10*
named  27:*22*
names  27:*18*  71:*24*
97:*11*  127:*9*  189:*23*
narrow  135:*4*
Nathaniel  9:*2, 11*
10:*14*  11:*6, 7*
12:*22*  13:*8*  16:*10,
17*
National  9:*18*
10:*20*  13:*15*  201:*6*
203:*13, 15*

natural  64:*24*
nature  83:*22*
necessarily  61:*10*
101:*19*  155:*5*
198:*20*
need  4:*20*  5:*4*
92:*10*  102:*10*
109:*23*  132:*5*
143:*11, 12*  147:*1*
177:*14*  204:*14*
needed  140:*11*
143:*19*  165:*1*
179:*17, 23*
negative  59:*23*  60:*2*
negotiated  29:*22*
Neil  31:*19, 20*
32:*12*  51:*5, 12, 22,
24*  52:*3*
Nelson  45:*10, 12,
20, 24*  50:*1*
nervous  152:*22, 24*
never  53:*19*  54:*1*
77:*23*  79:*1*  84:*19*
89:*3*  94:*3*  95:*16*
102:*2, 3, 13, 14, 16*
127:*8*  132:*14*
141:*13*  143:*8*
162:*2*  167:*8*
182:*18, 23*  183:*2, 9*
193:*14*
new  65:*16*  110:*19*
166:*19*  202:*17*
NICKEY  1:*19*
23:*21, 22*  24:*1*
39:*4, 16, 22*  40:*3,
12, 24*  41:*7, 10, 19,
22*  42:*10, 19, 23*
Nicole  26:*1, 8, 11*
27:*3, 19*
N-i-c-o-l-e  26:*1*
Nicor  30:*8, 14*
31:*2*  35:*15*  43:*13*
nine  201:*7*
Nodding  27:*17*
non-police  148:*7*
Norfleet  8:*22*
N-o-r-f-l-e-e-t  8:*24*
N-o-r-t-h-f-l  8:*23*
notes  39:*11*  40:*16,
17*  132:*16*
notice  1:*20*  94:*24*

November  45:*3*
55:*6*
NUMBER  3:*10*
14:*8*  15:*17*  32:*24*
38:*15*  72:*6*  77:*5*
100:*12*  102:*24*
103:*4*  108:*8*  109:*8*
129:*2*  130:*15*
149:*1*  201:*20*  202:*1*
numbers  203:*4*
Nutter  202:*17*

**< O >**
object  36:*11*
Objection  23:*4*
89:*21*  99:*15*  116:*7*
118:*17*  130:*16*
133:*17*  138:*17*
140:*6*  142:*23*
146:*17*  149:*8*
164:*5*  168:*24*
174:*11*  177:*20*
178:*1*  183:*16, 24*
184:*10*  185:*22*
186:*8*  192:*6*
197:*21*  198:*14*
199:*1*
obviously  4:*20*
35:*10, 13, 17*  36:*12*
63:*21*  66:*2*  83:*10*
112:*5*
October  55:*6*
ODELSEN  2:*6*
33:*11, 16*  43:*18, 20*
Odelsen's  33:*21*
offensive  97:*19*
158:*3*
offered  15:*8, 13*
office  50:*10*  57:*14*
58:*3, 14*  70:*18*
76:*17*  91:*21, 23, 24*
92:*6, 17*  95:*24*
96:*8*  97:*4*  109:*24*
120:*8*  133:*10, 13*
201:*15*
officer  44:*4, 6*
54:*10, 13*  58:*22*
79:*23*  110:*23*
116:*17*  122:*20, 21*
131:*15, 18, 22, 23*
142:*22*  155:*12*

158:*8, 10, 18*  178:*4,
9, 16, 17*  195:*11*
198:*18*
officers  21:*18*
22:*23*  59:*2*  60:*15,
17, 20, 21*  69:*8*
71:*19, 22*  72:*8*
74:*24*  83:*11*  84:*12,
13, 24*  85:*10*  86:*23*
88:*10*  89:*13*  93:*2*
97:*18*  99:*7*  111:*14*
141:*3*  145:*17*
150:*1, 21*  151:*2, 5*
152:*4, 8, 13, 15, 16*
156:*9, 12, 15, 16*
157:*14*  188:*6*
195:*13*  196:*3*
Official  1:*10*  45:*6,
18*
Oh  31:*3*  41:*12*
52:*1*  55:*14*  110:*6*
124:*17*  131:*11*
150:*10*
Okay  5:*10, 17*  6:*9,
15, 17, 20, 23*  7:*1, 8,
16, 19, 23*  8:*6*  9:*9,
11, 20*  10:*5, 11, 13,
22*  11:*5, 22*  12:*16,
18, 21*  13:*8, 10, 19*
14:*12, 16, 20*  15:*4,
10, 15, 22*  16:*17*
17:*2, 7, 10, 15, 18*
18:*10, 13, 18, 21*
19:*3, 6, 9, 23*  20:*11,
14, 18, 21*  21:*1, 14*
22:*7*  23:*1, 9, 19*
24:*8, 15, 18*  25:*7,
16, 24*  26:*3, 9, 18,
22*  28:*1, 20*  29:*1,
13, 24*  30:*6, 18, 21*
31:*20*  32:*1, 7*  33:*2,
7*  34:*4, 8, 10, 11, 13,
20*  35:*4, 13, 23*
36:*5, 15, 19*  37:*3, 8*
38:*1, 9, 16*  39:*4*
40:*1, 10*  41:*3, 6, 10,
21*  42:*2, 6, 8, 14, 18*
43:*3, 6, 15, 22*  44:*1,
8, 10, 15*  45:*13, 15,
24*  46:*24*  47:*3, 10,
16*  48:*14*  49:*3, 6, 9,*

**Mayor Chasity Wells-Armstrong Backwrite** - 3/24/2022
2:20-cv-02310-CSB-EIL # 174 Page 71 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

20 50:*1, 13* 51:*4, 8,
10, 15, 18* 52:*4, 8,
12* 53:*1, 9, 12, 22*
54:*15* 55:*2, 16, 21,
24* 56:*5* 57:*5, 20*
58:*7, 10, 13* 59:*15,
18* 60:*7* 61:*1, 6*
63:*7, 15, 20* 64:*7,
14, 24* 65:*14* 66:*6,
16* 67:*1, 4, 8, 17*
68:*1, 2, 5, 23* 69:*18,
22* 71:*16, 22* 72:*11,
17* 73:*21* 74:*15, 17*
75:*6, 16* 76:*2, 23*
77:*11, 18, 23* 78:*2,
5, 11* 79:*3, 12, 18*
80:*5, 8* 81:*3, 16*
82:*4, 11, 13, 15*
84:*8, 20* 85:*7, 15*
86:*2, 22* 87:*12, 23*
88:*3, 12, 19, 22*
89:*2* 90:*12* 91:*3,
17* 92:*11, 19, 24*
93:*7* 94:*6* 95:*10,
13* 96:*17* 97:*24*
98:*3* 99:*6* 100:*1,
20* 101:*6, 10*
102:*17, 20* 103:*5,
24* 104:*5, 13, 18, 22*
105:*5, 12, 17, 20*
106:*23* 107:*14*
108:*6, 9, 12, 21, 24*
109:*8* 111:*4, 17, 20*
112:*2, 19* 114:*3, 14*
115:*4, 18* 117:*8, 13,
14, 21* 118:*9, 12, 21*
119:*4, 20, 23*
120:*11, 24* 121:*20*
122:*6* 123:*1, 7, 14,
18, 21* 124:*8* 125:*6,
14, 17* 126:*7, 18*
127:*3, 14, 20*
128:*14* 129:*17, 21*
131:*7, 11, 20* 133:*5,
15, 22* 134:*15, 17*
135:*2, 10, 15, 19*
136:*20, 23* 137:*6, 9,
11* 138:*6, 11* 139:*6*
140:*10, 14, 17*
141:*4, 9, 21* 142:*1*
144:*2* 145:*23*

146:*7, 13* 147:*8*
148:*13, 19* 149:*2*
150:*1, 8* 151:*3*
154:*14* 155:*21*
157:*10* 159:*15*
160:*6* 161:*12*
162:*1, 15* 163:*17,
23* 164:*10, 15, 19*
165:*15, 24* 166:*5*
167:*14* 168:*14, 22*
169:*12, 18* 170:*13*
171:*1, 15* 172:*9, 14,
20* 173:*2, 8, 17*
175:*20* 176:*1, 12,
24* 177:*7, 17* 178:*8*
179:*1, 4, 13* 180:*2,
13, 23* 181:*3, 16, 19*
182:*8* 184:*21*
185:*13, 17* 189:*7,
15, 19, 22* 190:*14,
23* 191:*4, 8* 192:*2,
13, 17* 194:*15*
195:*4, 12* 196:*12,
17* 197:*11* 198:*5,
20* 199:*6* 200:*11*
204:*12*
**old** 48:*23*
**older** 57:*14*
**oldest** 200:*13*
**on-board** 119:*19,
21* 120:*7*
**once** 18:*12*
**ones** 11:*2* 13:*20*
43:*15* 51:*9* 111:*10*
**open** 67:*20* 74:*11*
117:*1* 166:*6*
**opened** 107:*3* 163:2
**opening** 107:*15*
113:*23* 114:*1*
**operations** 143:*21*
144:*4* 184:*12* 202:*9*
**opinion** 64:*23* 72:*9,
22* 73:*15* 99:*11*
**opportunity** 19:*13,
16* 20:2 168:*11*
**opposite** 48:*23*
186:*13*
**order** 187:2 191:*9,
17, 21*

**organization** 14:*18*
25:*5, 19, 21* 28:*4*
31:*7* 39:*6, 8*
**organizations** 13:*10,
16, 22, 23* 14:*21*
15:*2* 28:*2* 31:*8*
201:*21* 202:*2*
203:*13*
**orientation** 129:*5*
**Orleans** 202:*18*
**ought** 130:*22* 131:*5*
**outcome** 205:*21*
**outside** 93:*14*
**oversee** 202:*8*

**< P >**
**p.m** 1:*18* 204:*19*
**packet** 175:*18*
**P-a-g-a** 51:*13*
**pages** 141:*14*
**paid** 185:*4*
**parents** 52:*1*
200:*12, 17*
**Park** 2:*9* 11:*17, 21*
**parking** 5:*9*
**part** 24:*6* 27:*19*
39:*6, 17, 19, 23*
40:*15* 42:*9, 14*
50:*17* 60:*20* 83:*16*
86:*13, 17* 88:*7*
111:*17* 116:*20*
125:*2* 129:*15*
138:*14* 142:*15*
163:*1, 4, 5* 168:*22*
169:*3* 183:*22*
197:*24* 198:*1*
199:*9, 13* 200:*22*
203:*12*
**particular** 135:*20*
177:*15*
**particularly** 202:*14*
**parties** 205:*19*
**parts** 85:*17, 20*
**party** 8:*3* 165:*19*
**Pasal** 58:*9, 14* 63:*1*
68:*4* 91:*17, 22*
92:*1, 16* 97:*3*
**passed** 131:*14, 17*
196:*18*
**Passwater** 46:*16, 21,
23* 47:*1, 5, 17*

53:*19* 55:*14, 21*
56:*5* 57:*10, 22*
58:*3, 8* 59:*12* 61:*8,
22* 62:*11, 23* 63:*17*
64:*10, 16, 22* 65:*6,
21, 24* 66:*19* 67:*5,
15* 68:*1, 22, 23*
69:*3, 4, 6, 13* 71:*12,
20* 72:*3, 5* 74:*24*
75:*4, 8, 17, 20*
77:*21, 22, 23* 78:*13*
79:*8, 20* 80:*2, 6, 13,
16, 20, 24* 81:*24*
82:*16* 90:*7, 18*
91:*12, 24* 92:*7, 14*
93:*1, 10, 21* 94:*21*
95:*22* 96:*3, 10, 20*
97:*4, 5* 98:*5, 9, 21,
23* 99:*10* 103:*7, 21*
109:*4* 111:*22*
112:*3, 6, 10, 11, 13*
113:*8* 118:*2*
119:*17* 120:*19*
123:*9* 126:*16*
128:*2, 3, 5* 161:*2, 9*
163:*14*
**Pat** 52:*1, 11, 15, 16*
**patrol** 21:*9, 11, 18*
22:*23* 105:*7*
124:*16, 19, 23, 24*
125:*4, 7* 191:*12*
**patrolman** 184:*22*
**patrols** 152:*18*
**PAUL** 1:*3* 4:*15*
69:*11, 12* 70:*7, 22*
71:*5, 9, 11, 18, 23*
74:*21* 79:*20* 97:*22*
187:*13*
**pay** 132:*4* 161:*13*
**paying** 37:*23*
**payment** 178:*3*
**peace** 204:*14*
**Pedro** 92:*23*
**pending** 5:*6* 164:*2*
**people** 23:*16* 24:*17*
28:*19* 34:*15* 43:*14*
57:*23* 59:*3* 60:*11*
64:*18* 68:*20, 23*
69:*19, 21* 70:*4*
72:*9, 23, 24* 73:*16,
17, 20, 21* 74:*2*

**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 174 Page 72 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

83:*19*, *20* 86:7
87:*3*, *5*, *7* 91:*13*, *20*
92:22 96:*20* 97:6,
*13* 102:22 104:*1*,
*14* 107:8 108:*6*
113:*20* 117:6
127:*11* 141:6
144:*19*, *23* 145:7
147:*4*, *16* 148:*14*
149:*3* 150:5, *14*, *18*
152:*1*, *24* 153:2, *4*,
*5* 155:*13*, *24*
156:24 157:8
158:8, *13*, *23*, *24*
159:2, *5*, *16* 160:*11*
161:6 162:6, *18*
165:*3*, *5*, *20* 169:6
179:2 184:*4*
201:*12* 204:*5*
**Peppers** 16:*5*
**percent** 59:22
*203:1*
**perform** 31:8
**performance** 134:7
**performs** 31:7
**period** 56:*6*, *9*
162:*19*, *21*
**Perkins** 16:*13*
**permanent** 66:*17*
162:7
**permission** 179:*19*
**person** 27:*23* 45:7,
*9* 60:*13* 70:*13*
76:*9* 95:*14* 114:*4*
115:*10* 117:*3*
119:*5* 122:*12*
123:*11* 128:*20*
141:*1* 146:*6*, *24*
147:*10*, *11* 158:*12*
162:*16* 178:*23*
193:*16* 199:*11*
**personable** 100:*5*, *7*
**personal** 100:*4*, *23*
137:*6* 205:*12*
**personnel** 84:*3*
140:*19*
**Pete** 51:*16*, *20*
**Philadelphia** 202:*18*
**philosophies** 101:22
**philosophy** 157:*20*

**phone** 5:*9* 11:*4*
14:*17* 57:*13* 76:8
77:*5* 95:*13*, *19*
109:*17* 118:22
119:*1* 136:*13*, *15*, *17*
**phonetic** 13:*6*
**physically** 38:*20*
**pick** 131:*21*
**picture** 95:*19* 145:*9*
**Piggush** 31:*12*, *15*,
*19*, *20* 32:*13* 51:5,
*12*, *22* 52:*3*
**P-i-g-g-u-s-h** 31:*14*
51:*14*
**pissed** 95:7, *8*
**place** 70:*10* 76:*3*
81:8 119:*13* 190:*1*
205:*16*
**Plaintiffs** 1:*4* 2:*6*
4:*15*
**Planner** 44:*7*, *8*
50:*21*, *22* 51:*1* 53:7
**planning** 134:*23*
**plans** 100:*24*
**plate** 145:*9*, *20*
**platform** 83:*18*
**platforms** 74:*13*
**please** 93:*1* 107:*20*
138:*1*
**pleased** 199:*6*
**P-l-u-m-m-e-r** 16:*9*
**point** 5:5 9:*23*
14:24 26:*6* 29:*20*
32:7 38:*16* 44:*19*
49:*6* 50:*10* 53:2
75:2, *3* 82:*1* 83:*6*
113:*12* 115:*23*
116:*1* 118:*16*
120:*13*, *14*, *22*
122:22 123:*19*, *23*
124:*11* 126:*1*
133:*14*, *23* 154:*21*
158:*5* 159:22
161:*19* 167:7
171:*19* 173:*24*
174:*9*
**points** 189:*4*
**POLICE** 1:*6* 20:22
23:*3* 40:*4*, *6*, *11*
44:*3*, *21* 45:*1* 46:*3*
49:22 53:2 54:*16*

55:*10* 58:*1* 59:2,
*13*, *21* 60:*4*, *6* 61:7,
*14*, *23* 62:2, *10*
67:*9*, *12*, *14* 68:*8*
70:*15* 76:*11* 78:*20*
79:*17* 82:*19*, *22*
83:8, *11*, *22* 84:*8*,
*12*, *23* 85:2, *10*, *18*
86:*3*, *6*, *10*, *20*, *23*
87:*18*, *20* 88:*4*, *8*,
*10*, *14*, *24* 89:*6*, *13*,
*17*, *19* 90:*4* 93:2
97:*13*, *15* 100:*14*,
*15* 103:6 104:*6*, *9*,
*23* 105:8, *23* 106:7,
*8*, *20* 107:*15*
110:*21* 111:*6*
113:2, *6*, *12*, *19*
116:*17*, *23* 117:*10*
120:*12*, *19* 128:*23*
129:*3*, 7 130:*3*, *5*,
*20* 131:*15*, *17*
134:*4* 135:*6*, *8*, *11*,
*24* 136:*23* 137:2,
*18*, *20*, *22* 138:*3*, 7
139:*15*, *23* 140:*3*,
*12*, *19*, *22* 141:*3*
142:*10*, *22* 143:*10*,
*15*, *20*, *22* 144:*4*, *17*
145:*16*, *17* 146:8
147:*13*, *19* 148:*16*,
*21*, *24* 149:*3* 150:*1*
151:8 152:*4*, 7, *13*,
*15*, *20*, *23* 153:*1*, *9*,
*19*, *21* 154:*3*, *8*, *16*
155:*3*, *9* 156:*3*, *8*
157:*14* 158:*7*, *10*
159:*19* 160:*16*
163:*9* 168:*12*
170:*18*, *22* 171:*6*,
*11*, *19* 172:*6*
174:*21* 178:*4*, *9*, *16*,
*17* 183:*5*, *6* 184:*9*,
*15* 185:*4*, *9* 186:*5*
190:*1* 191:*11*
196:2 197:7, *17*, *20*
198:2, *3* 199:*10*, *16*
**policies** 176:7
**policing** 84:*14*
152:*18* 153:*14*

**policy** 174:*18*, *21*
176:*1*, *1*, *10*, *17*, *18*
180:*16* 192:*21*
193:*4*, *6* 201:6
**political** 30:*12*
54:*21* 55:*3* 77:8
**poorly** 131:*1*
**population** 202:*23*
**populations** 201:*14*
**porch** 159:*1*
**portion** 151:*4*
189:*5*
**position** 8:8, *15*
17:*12* 20:7, *8*
25:*14*, *15* 45:*14*
52:*17* 78:*24* 79:*5*,
*10* 93:*17* 95:*1*
107:*3*, *8* 108:*7*, *17*,
*18* 112:*3* 114:*4*, *9*
123:*21* 124:*9*, *12*
125:*3*, *15* 126:*5*, *8*
128:*2* 133:*12*
134:*13*, *18*, *22*
162:*6* 164:*1* 204:*8*
**positions** 44:*12*, *19*
104:*14*
**possibility** 101:*16*
**possible** 81:*19*
82:*15* 99:*10*
112:*13*, *16*, *19*
198:*12*
**possibly** 55:*10*
112:22 123:*15*
**post** 107:*12*, *13*, *14*
108:*2* 145:6, *20*
146:*5* 157:*5*, 7, *21*
158:*12*, *14*
**posted** 107:*8*, *10*
108:*18* 145:*11*, *12*,
*17* 157:*15* 158:*3*, 8
**posting** 108:*16*
109:*1*
**posts** 141:*10* 159:*6*,
*12*
**potential** 177:*19*
179:8, *20* 180:*20*
181:*4* 182:*19*
183:*3* 185:*21* 186:7
**potentially** 154:7
155:2



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL #174 Page 73 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

Power 52:2, *11, 15, 16* 73:7, *11, 17*
PowerPoint 17:*11*
Predominantly 87:*21*
pregnant 54:*11*
prejudiced 73:*10, 11*
preparation 17:*8*
prepared 5:*23* 17:9
PRESENT 2:*1*
presentation 17:*11*
press 117:*24* 118:7 119:*13*
pretty 95:*4* 96:7
previous 4:*10* 6:*12* 8:*18* 20:7 26:*14, 20* 43:*21* 44:*14* 46:6 49:2 50:7 52:23 205:6
previously 65:*18*
Price 17:*19, 23* 18:*4* 29:24 53:*1, 9, 12, 16, 22* 54:*16, 21* 55:*3, 9* 67:*15, 18* 79:*15* 106:*16, 20* 108:9 110:*12* 111:*24* 112:2, *8, 20* 113:2, *4, 7, 11, 18, 23, 24* 114:5, *8, 11, 18, 21, 23* 115:5, *23* 116:*11* 118:*3* 119:*21* 120:5, *12* 122:*1, 20* 126:*15* 129:*14* 132:*23* 138:*11, 12* 140:*10* 144:*17, 22* 145:22, *23* 146:*11* 147:*3, 9, 13, 15, 24* 151:8, *19* 154:5 159:*19, 21, 23* 160:5, *9, 13, 24* 161:5, *8, 10, 11* 162:*12, 16, 19* 163:*11* 164:*11* 166:*1, 2* 170:8, *13* 193:24
pricing 30:*1*
prior 9:*12* 15:*11* 29:*17, 21* 31:*21* 32:*1, 5* 33:7, *19* 46:*13* 48:*19* 49:7 51:*1, 19* 52:5

53:22 54:*3* 55:*10* 61:7 62:22 63:22 64:*10, 15* 65:20 66:*19* 70:22 71:2 76:20, *24* 77:5 78:*12* 103:6, *11* 110:*10* 113:*4, 14* 117:*18* 128:*16* 129:*18* 135:*16* 142:*24* 146:*17* 161:*19* 164:6 195:*17* 197:22
Priscilla 80:9, *12, 22* 82:*4, 15*
privacy 109:*24* 204:*14*
private 12:*4*
probably 5:*15* 18:*12, 15* 23:*23* 28:5 42:*17* 81:*21* 115:*21* 129:20 130:*14* 132:6 136:*17* 148:*16* 178:*21* 180:*12* 181:*1*
problem 92:*10*
problems 103:*18* 129:*11*
proceedings 205:*14*
process 10:*23* 15:*16* 31:9 43:7, *9* 105:7 107:7 119:*23* 120:5 121:7 122:6 132:*12* 172:5, *11, 24* 186:*18, 22*
program 26:*10*
Project 13:*18* 33:5 203:*19*
projecting 140:*13*
projects 31:*18*
promote 134:*10* 192:*15* 194:22
promoted 19:*19, 21* 20:6 23:*1, 10* 46:8 121:8 124:9 132:*13, 17* 134:*1* 150:20 171:*18* 172:2, *12* 186:*18* 187:*21* 188:6, *13, 24* 189:8 190:7, 8,

*11, 16, 17* 191:*1, 9* 192:*3, 8* 193:9, *10, 12, 15* 196:*10, 14* 199:*14*
promotion 172:*12* 189:*11* 194:*1, 10* 195:*17, 21*
promotional 35:2 131:*14* 132:*12* 172:5, *11* 186:22
promotions 105:*14* 121:*18* 172:8 189:*24* 191:*12, 17, 20*
properly 139:*15*
proponent 74:*10*
protested 150:22
Provena 29:*4*
provide 32:7
providing 18:*24*
Public 136:22 200:*15*
pulled 196:*15*
punched 57:*15* 91:*18* 111:8
punching 57:*23* 59:2
punitive 92:*8*
pursuant 1:*20* 176:*16* 188:*19*
pursuing 201:*3*
pursuit 110:*24*
purview 184:2*0*
pushed 59:6
put 15:*21* 17:*11* 46:5 47:8 56:18 71:*14* 77:*15, 16, 21, 23* 78:*11, 21* 79:*4, 9* 90:24 117:*24* 127:5, *16, 20* 128:*1* 143:*1* 161:5 163:*14* 175:*18* 188:22
puts 120:*1*
putting 40:*18* 78:6 117:8, *19* 128:8 131:*3* 153:*10*

**< Q >**
qualified 198:*17*

question 4:*22, 24* 5:*2, 6* 13:*13* 23:5 47:*23* 62:7 63:*20, 24* 65:*5* 73:9, *12* 74:*15* 85:*14* 89:22 90:*21* 105:*19* 113:5 116:8 118:*18* 120:*17* 130:*17* 133:*18* 135:*4* 138:*18* 139:*3, 8, 12* 148:*12* 154:20 163:*17, 19, 20* 169:*1* 170:*15* 173:20 174:*12, 13* 176:24 177:*21* 183:*17* 185:6, *23* 186:9 198:*21*
questions 8:*3* 199:*19, 22, 23*
quickly 4:*12* 200:*10*
quit 46:7, *12* 47:22 55:*14, 21* 57:5 67:*15* 90:*18, 24* 91:*1, 12* 128:5, *9*
quite 59:*8*
quitter 128:9
quitting 128:*13*

**< R >**
race 13:2 41:2*4* 49:20 73:3, *21*
races 12:*20*
racial 60:*16, 18* 68:*13, 14* 101:8 151:2*1, 22* 152:*3* 165:*19, 24* 167:*3* 169:*4*
racially 97:*19*
racism 74:6 82:*19, 22* 83:7 85:*6* 170:3, *6*
racist 68:*20, 21, 24* 69:*4, 7, 13, 20, 21, 23* 70:*1, 4, 5, 8* 71:*19, 22* 72:*10, 23* 73:*1, 4, 6, 13, 16, 22* 74:2 75:*1, 7, 9, 20, 21* 78:*13* 79:8, *21* 80:*3, 6, 13* 81:*1* 82:*1, 17* 84:*11, 16,*



Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022
2:20-cv-02310-CSB-EIL # 174 Page 74 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**24** 85:6 91:*13*
96:20 97:6, *9, 14*
98:*10, 14, 21, 24*
99:*3, 12* 100:2
128:7, *11* 156:*16*
157:2, *15, 18, 21, 24*
158:*14, 24* 159:*6,
12, 14* 170:*10*
**racists** 72:4 83:*11*
**raise** 28:8 145:4
**raised** 24:*15, 16*
28:*3* 139:*24*
141:*23* 200:*12*
**raising** 24:*3* 28:*1*
**ran** 74:*18* 82:7
147:*15* 172:*15*
201:*18, 23*
**rank** 20:*12, 22*
22:*1, 3, 4, 6* 104:*19*
123:24 124:5
187:2 189:*1* 191:*9,
17, 21, 23*
**ranked** 187:*1, 9, 13,
22* 188:*6, 13* 189:*8,
9, 13, 16, 20* 191:2
192:*3* 193:*10, 12,
15* 194:*4* 196:*2, 10*
**ranking** 64:22
178:*17* 187:*8*
192:*13*
**ranks** 190:6 199:*15*
**rate** 29:22
**Ray** 58:*9*
**reach** 25:*24* 41:*11*
42:*9, 16* 54:*15*
112:7 114:*11, 12*
115:5 118:2*1*
**reached** 25:*18*
26:*11* 112:*19*
113:*1* 114:*13, 17*
115:*23, 24* 116:2*1*
117:*3, 6, 22* 118:*16*
160:*8*
**reaching** 114:*20, 23*
115:*1*
**read** 6:6, *23* 7:4
39:*15* 107:22
131:*1* 139:*11*
150:*24* 193:7
**reading** 139:*8*

**ready** 5:*17* 103:*3*
121:*18* 132:*3*
**really** 18:*16* 93:*3*
148:9 174:*17* 203:*5*
**reason** 37:5 100:*1*
101:*10, 24* 102:2*1*
103:*1* 114:2*3*
116:2*1* 130:*11, 13*
144:*8* 148:7
150:*13* 154:9
159:*11, 15* 168:22
169:*16, 18* 172:22
**reasonable** 159:5, *7*
163:2*1, 22*
**reasons** 65:*8, 9*
66:7 116:*10, 12*
134:*6* 153:*8* 157:*1,
3, 13* 168:*18*
192:*18* 193:*1* 196:*6*
**recall** 6:*8* 10:*6*
18:*16, 20* 19:*1, 8,
14* 25:*9* 30:5 33:*4*
34:7, *19, 22* 39:*3*
40:*8* 54:*17* 62:*1*
63:*10, 14, 16* 65:22
66:2*1, 22* 67:*3*
69:*14* 70:*9, 11, 14,
17, 19, 21* 71:7, *8,
10, 24* 75:*12, 18*
76:*4, 5, 10, 13, 16,
19* 77:*4, 19* 78:*1*
79:*13, 16, 17, 24*
80:*14, 21* 81:*18, 23*
82:*3, 8* 90:*23*
95:20 98:*4* 103:*8*
104:*4, 11* 107:*11*
108:*5, 8* 112:*4, 12,
24* 113:*10, 16, 17,
21* 114:*2, 10, 16, 19*
115:*1* 116:*2, 4, 6*
117:*7, 20* 119:*11,
14* 123:*9, 10, 16*
124:*14, 19* 125:*12*
133:*4* 134:2*3*
141:*1* 143:*11*
156:*18* 157:*11, 12*
160:*10* 163:*5*
164:7 166:*14, 16*
167:*5* 171:*7*
173:*16* 174:*2, 5, 7,
21* 175:*24* 176:*7,*

*11* 181:22, *23*
184:*11* 189:*18, 21*
192:*13, 14* 193:*6*
195:*14, 15* 196:*16*
197:*9*
**receive** 20:*15*
57:*17* 165:*13, 14*
**received** 20:*17, 19*
57:*13* 67:*4, 19*
95:22 124:7
**receives** 37:*12*
**receiving** 164:*11*
180:2*3*
**recognized** 139:*19*
**recommend** 196:*1*
**recommendation**
93:*16* 121:2*4*
**record** 33:*13* 57:*1,
2, 3* 78:*4* 91:*10*
107:*17, 21* 131:*6*
139:*10* 142:*14*
200:*9* 205:*13*
**reduce** 202:*19*
**reduced** 29:2*3*
205:*12*
**referring** 6:*15*
98:*10* 155:*20*
164:*16*
**reflect** 84:2, *9* 88:*4*
**reflected** 130:*7*
**regarding** 11:*9*
106:7 114:22
144:*17* 180:2*1*
**Regnier** 46:*19*
102:7, *13, 18*
150:*17* 163:*13*
188:2*3*
**relate** 153:*17*
**related** 136:2*3*
137:2 144:*19*
146:*13* 148:7
169:7 176:*8*
**relation** 47:*11*
57:*18* 94:7 95:2*1*
**relationship** 54:7
57:24 64:*13* 71:*1*
83:24 85:5, *8* 89:5,
8, *16* 117:*10* 121:5
122:*15* 134:*3*
135:*3* 142:*17*

153:2*0* 154:2, *7*
155:*8*
**relationships** 86:7,
*10, 14* 89:*11*
101:*17, 18* 130:*6*
138:9 155:*3* 194:*9*
**relative** 205:*17, 18*
**release** 117:2*4*
118:*6* 119:*13*
**remember** 12:7
15:22 19:*11* 21:*9*
38:2*3* 41:5 55:*16*
56:*17* 61:*18* 75:2*3,
24* 76:*1* 78:5 81:7
104:*15* 105:*12*
114:2*0* 115:2*4*
123:*8* 133:5
149:*18* 160:2*1*
161:*3* 162:*14, 23,
24* 163:*9, 21*
165:*15, 18* 172:*16*
175:2*0* 189:*13*
190:*10* 191:2*4*
**remembering** 94:*18*
**Remove** 134:*13*
**rep** 58:*4, 18* 59:9
61:*9* 91:22 92:*1, 3*
**repair** 178:*10*
**repairs** 178:*15*
**repeat** 5:*4*
**replace** 8:*18* 50:6
**replaced** 47:*1*
**report** 23:*19*
**reported** 21:2*1*
23:*10, 13, 17* 58:2*1*
97:*18* 120:8 205:*11*
**Reporter** 1:*16*
205:4 206:*6*
**REPORTER'S**
205:*1*
**reports** 67:5
**represent** 172:*17*
193:9 201:*19*
**represented** 7:7
**Republic** 29:7, *8, 11*
30:24 31:*1*
**request** 28:*11*
93:*13*
**requested** 107:22
139:*11*
**required** 193:*1*

Mayor Chasity Wells-Armstrong Backwrite  -  3/24/2022
2:20-cv-02310-CSB-EIL  # 174  Page 75 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

**requirement** 177:*7*
179:*13*, *15* 204:*10*
**requirements** 176:*4*
**residency** 204:*10*
**residents** 30:*2*
84:*14*
**resign** 102:*23*
**resignation** 91:*15*
**resigned** 63:*17*, *21*
64:*1*, *5* 75:*4*, *17*
80:*16* 94:*16* 109:*6*,
*8* 112:*3*, *6*, *11*, *14*
119:*17* 159:*20*, *21*
170:*13*, *17*
**resigning** 93:*16*
95:*1* 112:*10* 120:*20*
**Resolutions** 203:*16*
**resource** 54:*10*, *13*
**resources** 93:*2*
96:*11*
**respect** 101:*23*
135:*6* 138:*16*
166:*17* 179:*9*
**respected** 156:*9*
**respectively** 202:*18*
**responds** 133:*8*
**responsible** 172:*10*
175:*3*, *6*
**restaurant** 17:*5*, *6*
**restrictions** 176:*5*
**result** 112:*9*
**resulted** 110:*24*
**resumé** 17:*9*
162:*21*, *22* 163:*1*
**resumés** 67:*19*
107:*9*
**retained** 44:*13* 50:*7*
**retire** 18:*18*
**retired** 18:*16*, *17*
44:*22* 45:*2*, *3*
**review** 7:*11* 24:*7*
37:*1*
**reviewed** 6:*2*, *21*
36:*22*, *24* 37:*3*
38:*1*, *10*, *18*
**reviewing** 5:*24*
39:*1*
**reviews** 38:*13*
**Reyes** 16:*8*
**R-e-y-e-s** 16:*8*

**Reyes-Plummer**
16:*8*
**rhesus** 157:*8*, *9*
**rid** 84:*11*, *16*
**right** 5:*12* 12:*8*
14:*21* 22:*10* 25:*18*
29:*11* 30:*22* 32:*21*
33:*15* 34:*17* 35:*17*
45:*1*, *19* 49:*22*
55:*22* 63:*19* 64:*23*
65:*2* 78:*4* 84:*9*
85:*24* 86:*15*, *23*
87:*1* 89:*18* 90:*10*
91:*10*, *13* 93:*11*
94:*2*, *16* 96:*5*
98:*14* 102:*9*
105:*24* 112:*7*
120:*3* 124:*2*, *4*
127:*10* 130:*2*
131:*3* 132:*11*, *15*
137:*12* 141:*15*
142:*22* 147:*23*
155:*7* 162:*4* 165:*9*
169:*13* 170:*15*
172:*17* 176:*14*, *19*
189:*4*, *24* 191:*1*
192:*10* 194:*21*
203:*3*
**River** 24:*21*
**Riverside** 28:*22*
**Robin** 46:*16*, *23*
47:*1*, *5* 64:*10* 90:*7*,
*18* 91:*12*
**Rod** 48:*22*
**role** 19:*17*, *24* 20:*3*
37:*18* 65:*3* 142:*22*
164:*2* 186:*17*
196:*20*
**roles** 197:*20*
**Ron** 48:*21*, *23*, *24*
**R-o-n** 48:*23*
**room** 58:*19*
**roughed** 60:*12*
**Roughing** 60:*3*
**Rowe** 64:*20*, *21*
65:*20* 66:*23* 69:*3*
**rules** 4:*10*
**run** 87:*3*, *5*, *7*, *13*,
*19*, *23* 135:*7*, *15*
137:*20*, *22* 138:*3*

143:*21* 144:*3*
180:*10*, *13*
**runaway** 200:*15*
**run-ins** 80:*18*
**running** 11:*3*
16:*21* 32:*17* 74:*12*
89:*4* 135:*6* 139:*15*,
*23* 140:*3* 144:*24*
172:*11*, *23*

**< S >**
**safe** 152:*19*, *21*
**safety** 136:*22*
145:*4* 147:*4*, *6*
148:*18*
**Sanchez** 16:*2*
**Sarah** 92:*23*
**saw** 19:*18* 95:*20*
141:*13* 175:*17*
**saying** 12:*5* 96:*4*
104:*15* 105:*12*
120:*6* 130:*24*
143:*11* 145:*13*
146:*21* 147:*5*
169:*17* 172:*20*
173:*13* 180:*15*
185:*13* 186:*2*, *5*, *11*,
*13* 197:*9* 199:*12*
**says** 178:*12*
**scenario** 133:*9*
178:*19* 186:*6*
**Schiel** 51:*17*
**S-c-h-i-e-l** 51:*17*
**Scholarship** 24:*4*, *7*,
*8*, *14* 25:*8* 26:*10*,
*15*, *17* 27:*2*, *10*
28:*2*, *3* 30:*13*, *14*
32:*8*, *11* 33:*22*
34:*2*, *6* 39:*9*, *12*, *17*,
*19*, *23* 40:*15*
**scholarships** 25:*1*
26:*19* 27:*13*
**School** 54:*8*, *9*, *13*,
*14* 59:*1* 116:*13*
200:*15* 201:*13*, *22*
**schools** 24:*6* 115:*9*
**Schuldt** 48:*18*, *20*
49:*3*, *10*, *12*, *20* 50:*3*
**S-c-h-u-l-d-t** 48:*18*
**scratch** 39:*14* 92:*2*

142:*15*
**screw** 78:*18*
**search** 108:*20*, *21*
110:*14*, *15* 112:*1*
159:*22* 163:*2* 166:*6*
**seat** 16:*7* 58:*15*
**second** 117:*13*
166:*10*, *18*, *24*
187:*13*
**secondary** 174:*23*
176:*11* 179:*18*
**see** 44:*7* 48:*12*, *13*
93:*4* 98:*17* 152:*23*
196:*8* 202:*20*
**seeing** 38:*23*
175:*20*
**seek** 56:*10* 164:*19*
**seen** 9:*18* 16:*15*
57:*3* 61:*11* 70:*24*
94:*3* 126:*19*
**select** 133:*3*, *11*, *16*
184:*16*, *22* 188:*21*
196:*7* 198:*23*
**Selected** 125:*18*, *19*,
*24* 126:*2* 132:*21*,
*22*, *23* 162:*16*, *19*
163:*3* 175:*7*
186:*23* 189:*16*, *19*
193:*17*, *19*, *20*
194:*3* 196:*19* 199:*7*
**selecting** 163:*7*
175:*1*, *3*
**selection** 127:*13*
128:*15*
**selects** 105:*4*
**sense** 113:*22*
**sensitive** 97:*19*
**sent** 7:*10* 92:*4*
107:*9* 108:*4*
162:*21*, *22* 163:*1*
**separate** 27:*9*
104:*7* 145:*8*
**sequence** 113:*21*
160:*22*, *23* 162:*24*
**sergeant** 19:*20*
58:*3*, *5*, *9* 61:*9*
69:*11* 91:*18* 92:*2*
111:*8* 131:*19*
171:*19* 187:*23*, *24*
188:*3* 190:*7*, *8*, *11*,
*22*, *23* 196:*15*



**Mayor Chasity Wells-Armstrong Backwrite  -   3/24/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL # 174   Page 76 of 80

sergeants  21:*18*
22:*21*  57:*16, 23*
61:*2*  105:*6*
serve  19:*17, 24*
47:*17*  117:*9*  202:*1*
served  101:*22, 23*
120:*15*  124:*12*
201:*20*  203:*14, 16*
service  20:*22*  31:*7,*
*9*  123:*24*  133:*7*
156:*10*  190:*5*
Services  29:*7, 9, 11,*
*19, 21*  35:*16*
set  5:*8, 15, 16*
61:*12*  72:*16*  73:*24*
206:*1*
sexual  129:*5*
shaking  4:*20*
161:*20*
shamed  154:*19*
share  178:*24*
shared  60:*15*
195:*10*
Sheila  11:*15, 20*
13:*4*
shift  21:*17*
shoot  59:*7*
shooting  92:*13*
94:*21*  96:*10*
135:*18*  203:*8, 9, 10*
shootings  203:*1, 10*
shop  178:*10*
short  91:*8*  110:*2*
117:*15*  132:*8*
163:*16*  194:*18*
Shorthand  1:*16*
205:*4*  206:*6*
shortly  47:*13*
57:*20, 21*  63:*7*
104:*8*  119:*16*
shot  60:*11*  135:*21*
shoulders  4:*21*
showed  199:*9, 15*
showing  202:*24*
Shreffler  6:*18*
200:*2*
S-h-r-e-f-f-l-e-r  6:*18*
shrug  4:*21*
side  58:*20*  59:*4*
significant  151:*4*

similar  153:*5, 6, 13*
203:*4*
simply  168:*16*
simultaneously
201:*8*
single  114:*3*
sit  7:*19*  58:*17*
114:*5*  163:*23, 24*
167:*7*  174:*6*
175:*16*  185:*1*
200:*24*
sit-down  61:*10*
situation  99:*20*
121:*21*  167:*3*
185:*21*
situations  143:*20*
177:*8*
six  43:*2*  55:*5*  82:*8*
Skelly  108:*13, 14*
126:*10, 16*  160:*14,*
*15*  162:*21*
slave  152:*18*
slow  102:*10*
small  27:*15, 16*
smiling  154:*21*
Smolcovich  26:*1*
27:*3, 20*
S-m-o-l-c-o-v-i-c-h
26:*2*
Sneed  150:*20*
171:*15, 16*  172:*12*
186:*18, 22*  187:*1,*
*18, 21*  188:*12*
191:*18, 22, 24*
192:*2, 8, 11, 14*
194:*3, 6, 11, 21, 23*
195:*10, 18*  196:*1, 7,*
*14*  197:*1*  198:*13,*
*16, 22, 24*  199:*7, 11,*
*14*
social  70:*20*  93:*5*
141:*2, 11*  150:*16*
153:*3*  201:*4, 9*
socially  43:*4*
somebody  41:*8*
65:*15*  66:*13*  99:*22*
107:*14*  111:*22, 23*
122:*15*  127:*7, 21*
136:*4*  145:*21*
177:*17*

son  200:*16*  202:*2*
sons  80:*18*
Sorry  10:*17*  11:*19*
13:*1*  22:*11*  30:*9*
31:*13*  56:*14*  62:*6*
72:*4*  79:*2*  102:*11*
105:*14*  107:*15*
122:*20*  131:*3*
132:*15*  139:*7*
146:*2*  160:*19*
173:*3*  192:*11*
sought  47:*16*
164:*22*
sounded  95:*4*
sounds  61:*6*
South  1:*18*  2:*3*
space  92:*5*  204:*14*
speak  15:*4*  26:*3*
40:*1*  64:*19*  65:*20,*
*24*  66:*18*  67:*2*
74:*23*  79:*19*  98:*12*
109:*15*  110:*11*
113:*24*  114:*8*
117:*17, 20*  134:*23*
158:*18*  199:*3*
speaks  140:*13*
specific  10:*2*  75:*24*
76:*1*  120:*4*  176:*7*
198:*21*
specifically  26:*24*
39:*3*  82:*20*  104:*12*
129:*13*
specified  205:*16*
speculate  150:*10*
168:*17*
speculation  89:*23*
99:*16*  130:*17*
140:*7*  149:*9*  184:*1*
186:*9*  198:*15*  199:*2*
spell  80:*10*
spelled  193:*2*
spend  38:*6*
split  45:*5*
spoke  17:*22*  18:*5,*
*8, 14, 21*  19:*7*
23:*22*  39:*5*  62:*23*
64:*17*  65:*22*  66:*22*
68:*5*  95:*16, 20*
114:*4*  123:*14*
126:*15, 17*  127:*11*

129:*23*  146:*22*
160:*15*  172:*7*  191:*5*
spoken  17:*15*
18:*11, 15, 17*  19:*3,*
*10*  69:*2*  77:*1, 2*
sponsorships  34:*15*
spots  104:*19*
St  29:*4*
stability  168:*12*
Staff  30:*15, 16, 17,*
*18*  61:*15, 17, 19*
89:*6, 19*  103:*6, 9*
104:*6, 12*  106:*7*
120:*19, 21*  129:*7*
141:*19*  145:*3*
172:*6*  197:*7, 10*
staffer  27:*22*
Stampley  80:*9, 12*
S-t-a-m-p-l-e-y
80:*11*
Stanard  34:*20, 21*
35:*5*  38:*23*  39:*1*
172:*9, 18*  173:*3, 15*
174:*8*  175:*21*
181:*11*  182:*9, 20*
185:*13*
standing  58:*16, 18,*
*20*
started  8:*16*  14:*10*
24:*4, 9, 13*  25:*17*
26:*13, 16, 23*  27:*6*
43:*18, 20*  95:*6*
120:*9*  152:*18*
162:*14*  201:*3*
202:*16, 22*
starting  111:*5*
152:*22*
State  1:*17*  14:*14*
102:*4*  144:*16*
146:*8*  147:*13, 19*
170:*18, 22*  171:*6,*
*11*  176:*18, 19, 24*
201:*4, 16*  205:*4*
stated  69:*21*
statement  86:*5*
150:*24*  176:*20*
177:*4, 10*
statements  146:*22*
156:*24*
States  14:*15*  73:*24*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02374-CSB-EIL # 174 Page 77 of 80
Paul Berge, et al. vs. City of Kankakee, et al.

203:2
**State's** 64:20
**station** 70:16
**statute** 131:21
176:18, 19 177:1
188:16, 19 193:3
**stayed** 45:7, 16
97:3
**steering** 203:18
**stenographically**
205:11
**step** 62:14 65:3
66:5, 10, 13
**stepped** 118:2
**steps** 64:14 89:9
105:22 143:19
**STERK** 2:6 33:11
43:19, 20
**Steve** 190:15, 16
**Steven** 191:2
**stick** 18:4 52:3
**stickers** 50:16
**stipend** 20:17, 18
124:7
**stop** 173:19
**stopped** 152:22
**stories** 60:10
**story** 59:5
**Street** 1:19 2:3, 8
92:22
**stressed** 200:17
**strike** 40:2 53:24
74:19 126:20
148:22 181:9
**strong** 128:4
**structure** 21:7, 16
22:8, 10 88:24
121:10
**students** 24:5, 11
27:1
**studies** 201:3
**study** 201:17
**stuff** 157:15
**substance** 201:14
**successful** 109:9
**sugar** 202:5
**Suite** 1:19 2:3
**Summer** 50:14
**superintendent**
44:6, 8 51:16

**supervisor** 197:19
**supplies** 31:5
**supply** 31:5
**support** 93:6
127:16, 18, 21
165:22 166:2
167:13, 16
**supported** 127:1, 19
133:20 150:18
165:20, 23 166:1
195:7
**supporting** 169:7
**supportive** 149:15
**supposed** 176:15
**Sure** 13:17 21:6,
10 23:6 30:10
32:23 34:3 37:15
57:9 60:7 64:3
80:4 102:9 109:20,
22 124:10 135:1
137:4 138:2, 15
139:14, 18, 22
143:14 144:15
173:23 176:10
181:3 184:4 189:6
**suspect** 149:14
**sworn** 4:2 9:4
16:4 32:20 44:24
47:13 55:20 56:1
57:20 63:8 110:20
120:7 205:8
**system** 86:24 87:1,
4, 7, 8, 10, 11, 13
148:1, 2, 6 200:15
**systems** 72:15, 21
73:18

**< T >**
**T-a** 45:11
**taco** 154:21
**take** 5:4 12:8
34:8 39:11 40:16
70:10 76:2 87:9
91:4 92:5 119:12
132:7 142:3, 5, 10
160:3 191:14 200:9
**taken** 1:15 91:9
140:5 143:19
145:10 181:2
189:3 194:19
205:15

**talk** 12:3 36:17
42:19 43:15 55:8,
9 59:15 83:21
92:6 95:18 100:23
113:11 124:17
129:17, 24 134:21
135:17, 18 155:14,
18 171:15 194:22
195:12
**talked** 6:5 12:7
39:16 42:18, 22
55:15 71:2 95:8
103:18 111:10
113:5 117:7
129:13 132:12
141:9 143:24
162:8 169:19
184:4, 8 195:16, 19
**talking** 18:23
34:23 35:20 36:12,
17 58:16 60:4
72:7 80:2 86:9
91:19 92:16, 22, 23
105:13 108:16, 24
111:18 120:15, 16
121:20 160:23
**talks** 92:21
**tasks** 142:21
**teaches** 110:19
**team** 33:4
**telephone** 15:17
70:12 119:7
**tell** 15:7, 15 16:1
23:24 24:8, 10
27:18 28:10 40:23
54:6 64:14 66:3
68:12, 14 69:3, 12,
22 70:7 71:11, 14
75:6, 11, 19 80:12,
24 81:16, 24 97:8,
11, 12, 24 107:6
117:22 119:23
120:3, 4 121:2, 7,
21 122:1, 6, 10
128:19, 22 129:1, 6,
10, 11 133:1 135:2
140:10, 11 141:5
142:3, 9 143:18
144:5 145:19
146:3 152:9, 12
157:4, 6 164:10

172:14 175:10, 16
181:19 182:8
196:17 197:6
**telling** 78:13
128:16 195:17
**tend** 72:19 153:2, 4
**tends** 73:11, 20
**terms** 84:2 134:24
159:2 203:4
**Teska** 50:23 53:6
**testified** 5:20 76:6
91:20 94:7
**testify** 205:8
**testimony** 142:24
143:7 146:18
164:6 174:10
180:8, 9 189:15
197:22 205:13
**testing** 35:9 105:6
172:23 175:2
181:14
**text** 19:12
**texted** 92:13, 24
**Thank** 4:7, 8 25:3
66:8 78:17 110:1
151:18 183:18
**thanked** 19:23
**thanking** 19:13, 15
20:2
**Thanks** 28:7
**thin** 145:17
**thing** 79:17 90:4
154:14
**things** 44:5 58:24
59:1 97:18, 20
100:13 101:14
102:24 103:4, 13
112:15 137:14, 17
140:11 141:14
144:1 147:5
150:16 153:23
197:14
**think** 5:16 9:7, 20
11:23 12:1 14:4
18:8, 10 19:18
21:7, 8 27:22, 23
28:4 29:3 31:6
34:4, 9 40:9, 21
41:8, 9 42:22
43:19 44:4 50:18
53:6, 7 55:4, 6



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 175-4 Page 78 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

56:*17, 19* 61:*17*
72:22, *24* 73:*3, 6*
80:*5* 82:2, *3, 9, 10*
92:*12* 93:*18, 19*
94:*14, 17, 24* 95:*18*
96:*9, 16, 18* 99:*20*
100:*7* 101:6, *8, 10,*
*23* 108:*14* 110:*9,*
*13* 114:*3* 115:*20*
117:*24* 119:*9*
122:*11, 24* 123:2, *9,*
*16, 17* 124:*17, 18*
125:*1* 126:*15, 17*
134:*2* 138:*5*
140:*16* 141:*13*
145:*21, 22* 147:*24*
149:*23* 150:*8, 19,*
*20* 151:*21, 22*
152:*19, 20* 153:*3,*
*19* 155:*7* 156:*5*
157:*7* 158:*4, 21, 23,*
*24* 159:*4, 5, 7, 21*
160:*1, 7* 161:*1, 22,*
*24* 162:*10* 163:*6, 9,*
*24* 164:*3, 21* 167:*6*
169:*6, 9* 170:*3, 6,*
*10* 172:*22* 174:*22*
178:*3* 180:*7*
182:*10, 22* 183:*1*
189:*13* 190:*15, 16*
191:*20* 193:2, *23*
194:2, *16* 196:*15*
197:*9* 198:*12, 16,*
*21, 22* 199:*23*
202:*10*
**thinking** 21:*16*
42:24 56:*15*
159:22 161:*3*
**third** 23:2, *6*
148:*16, 21, 23*
167:*18, 19*
**Thompson** 11:*10*
13:*2*
**thought** 93:*12* 97:*6,*
*8* 98:*16* 101:*15*
102:*21* 122:*17*
143:*19* 144:*11*
154:*15* 157:*1*
159:8 169:*12, 15,*
*18* 182:*16* 195:*10*

**thoughts** 100:*10*
**thousand** 9:*24*
**threatened** 98:*19*
**threatening** 146:*22*
**threats** 144:*20*
**Three** 5:*14* 41:*17*
47:*15* 55:*24* 56:*6*
63:*18* 90:*20* 96:*15*
97:*3* 131:*22*
149:*24* 164:*21*
167:*10* 188:*17, 21*
192:*16* 202:*3*
**three-week** 56:*6, 9*
64:*1*
**threshold** 38:*6*
**throwing** 149:*1*
**Thursday** 1:*18*
18:*8*
**ticket** 5:*11*
**tie** 177:*13*
**Tim** 58:*6* 187:*8*
**time** 5:*13, 16*
17:22 18:*5, 14*
19:*7, 14* 23:22
34:*7, 8, 12* 39:22
41:*15* 42:*24* 50:*17*
56:*16, 17, 19* 57:*7*
62:*21* 78:*18* 96:*9*
101:*22* 103:*6*
104:*2* 110:*6*
111:*23* 119:*15*
120:*15* 136:*18*
155:*12* 160:*3*
162:*11, 19, 20*
163:*16* 165:*7*
166:*18* 167:*19*
169:*21* 173:*16*
175:*21* 195:*24*
200:*10, 22* 205:*16*
**times** 15:*19* 18:*10*
42:22 43:*2* 77:2
164:*19* 167:*11*
**timing** 112:*4* 171:*7*
**TIMOTHY** 1:*3*
**title** 14:*8* 49:*6*
52:*20*
**today** 7:*19* 17:*15*
18:*6* 114:*5* 163:*23,*
*24* 167:*7* 174:*6*
185:*1*

**told** 58:*17, 22* 68:*9,*
*13, 16, 18, 20, 23*
69:*6, 10, 19* 71:*11,*
*13, 18* 75:*8* 79:*23*
80:*6, 8* 81:*3, 19*
82:*15* 91:*12* 97:*6,*
*17, 22* 102:*17*
126:*21* 127:*15, 21*
133:*5* 142:*8, 9, 21*
145:*23* 146:*14, 15*
147:*3, 9* 157:*20*
158:*6, 16* 159:*8*
182:*7* 195:*24*
196:*21*
**Tomora** 45:*10, 17,*
*19, 24* 50:*1* 51:*20*
**T-o-m-o-r-a** 45:*12*
**top** 44:*2* 103:*5, 8*
131:*21* 142:*13, 15*
188:*17, 21* 192:*15*
**traits** 198:*17*
**transcript** 6:*6, 21*
205:*10*
**transition** 44:*23*
101:*2*
**Trash** 29:*12*
**tremendously** 156:*9*
**tried** 53:*12* 91:*24*
166:*9*
**trouble** 58:*23*
**true** 7:*17, 21*
148:*17* 180:*4*
182:*4* 205:*13*
**trust** 85:*10, 18*
86:*3, 6* 115:*7, 21*
122:*14* 155:*13*
172:*21*
**trusted** 115:*6*
116:*11*
**Trustee** 16:*2, 3, 5, 7*
**Trustees** 8:*13, 14*
**trustworthy** 115:*12*
**truth** 205:*8*
**try** 135:*4*
**Trying** 12:*7* 21:*7*
40:*21* 44:*4* 58:*23*
99:*1* 103:*8* 108:*14*
118:*5* 143:*1*
158:22 160:*1*
178:*3* 190:*15*

**twenty** 55:*7*
**twice** 188:*6* 200:*19*
**two** 9:*23* 10:*18*
17:*4, 5* 21:*8* 22:*14,*
*15* 26:*18* 42:*3, 17*
50:*15* 62:*24* 67:*24*
91:*6* 96:*15* 123:*4*
131:*13* 135:*21*
154:*16, 24* 160:*11*
170:*1* 178:*21*
187:*8, 22* 188:*13*
189:*9* 192:*9* 194:*4*
195:*12* 196:2, *17*
200:*22* 201:*16*
202:2, *16*
**type** 25:*19* 156:*6*
**types** 60:*18*
**typewriting** 205:*12*
**typically** 199:*24*
**Tyrell** 92:*23*
**Tyson** 189:*12*
190:*7* 191:*7*

**< U >**
**Uh-huh** 10:*15* 11:*7*
12:*23* 39:*13* 45:*21*
56:*2* 60:*24* 62:*4*
74:*3* 81:*4* 86:*12*
97:*23* 98:*2* 145:*24*
160:*17* 165:*10*
176:*20* 178:*14*
190:*20*
**Ultimately** 184:*18*
**uncommon** 102:*23*
**undergrad** 201:*3*
**understand** 5:*1, 3*
13:*13* 63:*15* 90:*15,*
*19* 99:*23* 120:*6*
125:22 135:*24*
154:*10* 169:*15*
**understanding**
144:*23* 145:*2*
147:*12, 14, 16, 18*
179:*16, 23* 188:*18*
192:*24*
**Understood** 12:*10*
38:*21* 63:*6*
**undertones** 68:*13,*
*15*
**unemployment**
201:*15*



**Mayor Chasity Wells-Armstrong Backwrite - 3/24/2022**
2:20-cv-02310-CSB-EIL # 174 Page 79 of 80
**Paul Berge, et al. vs. City of Kankakee, et al.**

union 58:*4*, *18*
59:*9* 61:*9* 91:*22*
92:*1*, *3*
unit 31:*18* 194:*8*
United 14:*15*
73:*23* 202:*16*, *24*
203:*2*
units 103:*14* 106:*4*
University 11:*17*,
*21* 201:*4*
upper 199:*15*
upset 57:*22* 58:*15*
96:*21* 97:*5* 98:*5*
99:*20*, *23* 167:*24*
168:*2*, *8*, *10*, *11*
use 24:*24* 85:*6*
144:*10*
usually 87:*14*
121:*17*
utility 44:*6* 51:*16*

< V >
V3 32:*24* 33:*2*
vacant 45:*3*
Valley 24:*21*
valued 115:*20*
various 61:*7* 84:*5*
103:*14* 106:*4*
179:*2* 183:*14*
201:*14*
vehicle 50:*15*
vehicles 178:*13*
vendor 28:*21* 29:*8*,
*16* 31:*3* 33:*7*, *18*,
*24* 37:*23* 38:*24*
43:*8*, *10* 172:*10*
174:*8*, *20* 175:*12*,
*14*, *17* 176:*2*, *6*
177:*18* 179:*5*, *22*
181:*5*, *20* 182:*20*
183:*5* 185:*3*, *12*
186:*3*
vendors 28:*15*, *17*,
*20* 29:*5* 30:*6*, *21*,
*24* 31:*6*, *21*, *23*
32:*9*, *21* 34:*4*, *13*,
*18* 35:*11*, *13*, *15*, *20*,
*24* 36:*5*, *12*, *17*, *18*,
*21* 43:*6*, *12*, *16*
52:*9* 175:*4*, *7*, *12*

179:*9* 183:*14*, *23*
184:*6*, *16*
verbal 4:*20*
Vernard 11:*23*
12:*1*, *10*, *12* 13:*7*
Vernell 13:*6*
victory 12:*12* 32:*24*
view 86:*4*
viewed 68:*20*, *21*,
*24* 159:*13*
views 74:*6*
village 8:*4*, *6*, *7*, *18*
9:*12* 10:*24* 43:*24*
52:*20*, *21* 202:*7*, *8*
villages 13:*12*
violence 138:*10*
144:*1* 201:*21*
202:*14*, *19*, *22*
vision 130:*9*
137:*21* 153:*13*
197:*15*, *16*, *24*
198:*1*, *13*
visions 130:*10*, *14*,
*19*
vocal 86:*20*, *21*
voodoo 61:*3*
vote 57:*1*, *4* 78:*8*
165:*2* 166:*24*
169:*4* 177:*12*, *15*
voted 170:*7*
votes 164:*14*, *16*, *18*
165:*2*, *13*, *14*, *18*
voting 168:*15*
vs 1:*5*

< W >
wait 4:*23* 105:*19*
Waived 204:*18*
walk 101:*5*
want 24:*10* 30:*10*
62:*19* 84:*14* 91:*5*
93:*3* 109:*21*
116:*23* 131:*6*
133:*11* 154:*1*
173:*18* 178:*12*
181:*3* 200:*4*, *10*
204:*5*
wanted 26:*6* 48:*12*,
*13* 60:*7* 66:*1*
83:*24* 84:*2*, *8*, *11*,
*16* 85:*4*, *9* 88:*3*

92:*3* 111:*21* 112:*9*
126:*23* 127:*15*
128:*1*, *19*, *22* 129:*1*,
*6*, *10* 130:*3*, *5*
133:*3* 138:*2*, *3*, *6*, *8*,
*9*, *10* 139:*14*, *18*, *22*
153:*9*, *13*, *24* 154:*2*
161:*7* 168:*11*, *12*
195:*17* 196:*6* 197:*6*
wanting 57:*22*
Ward 201:*20*
waste 29:*12*, *13*
watch 23:*10*
watched 116:*12*
way 5:*24* 16:*18*
19:*4* 22:*8*, *17*
29:*19* 73:*23* 92:*16*
95:*6*, *7* 96:*11*
110:*15* 139:*23*
150:*17* 153:*7*
163:*15* 167:*1*
194:*11* 200:*20*
ways 89:*10* 153:*7*
week 18:*9* 56:*6*
94:*23* 143:*12*
weekend 92:*5*
94:*19* 96:*9* 161:*3*
weeks 47:*15* 50:*18*
55:*24* 63:*11*, *13*, *18*
64:*3*, *6*, *9* 90:*20*
94:*13* 166:*15* 201:*7*
week's 94:*24*
weighing 92:*14*, *15*
well 4:*5* 12:*21*
18:*4* 21:*11* 27:*5*
28:*21* 32:*5* 37:*11*
41:*22* 43:*17* 50:*14*
55:*14* 57:*13* 59:*22*
61:*18* 74:*19* 75:*3*
77:*21* 94:*15* 97:*1*
98:*13* 99:*18*, *21*
100:*10*, *22* 103:*10*
108:*24* 110:*10*
112:*23* 113:*17*
115:*9* 117:*5*
118:*21* 121:*9*
123:*18* 124:*11*
125:*14* 126:*15*
128:*10* 131:*24*
133:*2*, *8* 137:*7*
144:*16* 147:*18*, *22*

148:*10* 150:*12*, *16*
152:*12* 153:*11*
155:*14* 156:*4*
159:*23* 163:*12*
164:*17* 167:*6*
170:*21* 172:*17*, *19*
174:*18* 175:*6*, *10*
177:*9* 179:*16*
181:*10* 182:*12*
184:*14* 191:*20*
192:*22* 195:*15*
199:*24*
well-loved 155:*11*
WELLS-
ARMSTRONG 1:*9*,
*15* 3:*1*, *10* 4:*4*, *18*
5:*18*
went 32:*6* 56:*10*
61:*16* 90:*23* 91:*1*
92:*6*, *12* 109:*17*
115:*10* 124:*4*
127:*5*, *6* 164:*2*
200:*22* 201:*6*
we're 4:*11* 37:*23*
131:*7* 152:*22*
174:*3* 175:*1*, *2*
176:*15* 178:*15*
We've 91:*6*
WHEREOF 206:*1*
White 42:*1*, *6* 50:*5*,
*24* 51:*5*, *17* 52:*11*
57:*14* 58:*10* 60:*21*
72:*8*, *14*, *18*, *19*
73:*4*, *7*, *11*, *12*, *15*,
*17*, *20*, *21* 74:*2*
81:*1* 82:*17* 83:*11*
86:*7*, *23* 87:*3*, *5*, *7*,
*13*, *19*, *21*, *23*, *24*
88:*1* 90:*3*, *5*
100:*15* 102:*23*
111:*14* 130:*21*
131:*15* 149:*20*, *21*,
*22* 150:*1*, *14*, *21*
151:*2*, *4* 152:*1*, *4*
153:*1* 155:*1* 156:*2*,
*12*, *15* 157:*8*, *14*
158:*8*, *9*, *12*, *18*
159:*5*, *16* 165:*23*
167:*8*, *9*, *15* 169:*6*
170:*7* 187:*11*, *16*,
*22* 188:*6* 189:*12*



2:20-cv-02310-CSB-EIL # 174 Page 80 of 80

190:*8, 13* 191:2, *6,
7* 192:*3* 193:*10, 12,
15* 194:*4* 196:2, *17*
200:*19* 202:*4*
**whites** 72:*1, 9* 73:6
88:*17* 149:*6, 12, 15,
24* 166:2
**wife** 178:*11*
**wife's** 178:*10*
**WILLIE** 1:*9* 8:22
18:*13, 14, 15, 22*
19:*3* 41:*7, 19, 21*
42:*13* 75:5, *6, 8, 19*
76:20, *24* 77:8, *11,
16* 78:5, *11, 14, 21*
79:*1, 4, 7, 9, 19*
90:*16* 91:*1* 106:*11*
121:*3, 14, 16, 22*
122:2, *7, 11, 15, 18*
123:*12* 125:*10, 19*
126:*1, 5, 9, 21*
127:9 128:*16*
151:*11, 19* 155:*10,
14, 18, 22* 156:*1, 5*
157:*1* 158:*16*
159:*13* 160:*13*
162:8 174:7 182:*8,
19* 183:*13* 185:7
186:2, *17, 21*
**willing** 66:*4*
**win** 11:*13*
**winning** 9:*6*
**WITNESS** 3:*1* 4:*1,
5, 7, 13* 5:8, *11, 14,
19* 7:*4, 8, 13* 8:1, *4*
11:*15, 23* 23:6
53:6 59:*17* 71:*19*
78:*19* 94:*10* 102:7,
*11* 105:*18, 20*
107:*20, 23* 109:*18,
21* 110:*1* 118:*19*
124:*16* 133:*19*
138:*21* 139:*12*
140:8 142:*15*
143:*1* 146:*19*
149:*10* 155:*16*
158:*23* 161:*10*
164:7 174:*14*
177:5, *22* 178:2
183:*18* 184:*3, 11*
185:*24* 186:*11*

198:*16* 199:*3*
204:5 205:7 206:*1*
**witnessed** 130:*1*
**witnessing** 129:*23*
**woman** 19:*20*
100:*12* 168:*21*
190:*10, 12, 13*
**women** 19:*19*
88:*11* 101:*3*
152:*23* 169:*20*
198:*7*
**won** 11:*14* 16:*3, 7*
32:*18*
**word** 85:6 132:*20*
141:*7*
**words** 84:*19* 128:8
131:*4* 143:*1* 153:*10*
**work** 7:*24* 15:*8, 13*
20:*1, 2* 25:*20*
27:*10, 14* 33:2
48:*12, 13* 49:*3*
54:*8* 58:*24* 64:*4*
93:*5, 18, 20* 95:*19*
115:*10* 120:7
122:*16, 18* 134:*7*
153:*3* 156:*10*
175:*12* 179:2, *6*
182:9 183:*23*
184:5 185:*3*
200:*19* 201:*4, 9, 11*
202:7 203:*9*
**worked** 15:*10*
21:*19* 31:*18* 54:*9*
56:5, *7* 65:*12*
81:*14* 82:*4, 5*
115:8, *14, 19*
122:*19* 147:*1*
155:*12* 173:*14*
174:7 181:*11*
183:*14* 185:*11*
198:9, *10* 200:*20,
22* 201:*10, 13, 16*
**working** 21:*15*
50:*10* 51:*18*
122:*12* 135:2
136:*10, 11* 174:*19*
175:*13, 15* 176:2, *5*
177:*17*
**workload** 30:*3, 4*
**works** 173:*3*

**Wow** 130:22
**writing** 193:*7*

**< Y >**
**YATES** 1:*9* 23:*21,
22* 39:*4, 16, 23*
40:*3, 12, 24* 41:*10,
19, 22* 42:*10, 19, 23*
**Yeah** 13:22 20:*1*
31:*4* 35:*19, 20*
37:*15* 38:7 52:*21*
54:*12* 55:7 60:8
63:*16* 91:5, *16*
94:*10* 97:*23* 99:*4,
7, 23, 24* 102:6
110:8 113:*7*
116:*14, 19* 118:*19*
119:2 120:*17*
121:*17* 131:24
132:*1* 133:*19*
142:2 160:7, *19*
161:*16* 162:*16*
168:9 173:6
176:*15* 184:*3*
192:22 194:*13*
195:*20, 22* 200:*3*
**year** 10:2 18:*11*
25:*1* 40:*19* 42:*23*
43:*20* 164:7
177:*11* 202:*19*
**years** 45:*18* 101:*23*
102:*1* 103:*3*
115:*14* 116:*3, 5*
122:*13* 129:*15*
157:*12* 166:*15, 16*
170:*1* 196:*15, 16*
200:*21*
**Young** 48:*21, 23, 24*
**younger** 169:*24*
**youth** 116:*13*
**youths** 135:*21*