Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  # 47-6   Page 1 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

E-FILED
Friday, 17 June, 2022  10:54:57 AM
Clerk, U.S. District Court, ILCD

1         IN THE UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF ILLINOIS

2                   URBANA DIVISION

3

    PAUL BERGE and TIMOTHY        )
4   KREISSLER,                    )
                                  )
5        Plaintiffs,              )
                                  )
6        vs.                      ) No. 20-cv-2310
                                  )
7   CITY OF KANKAKEE, POLICE      )
    AND FIRE COMMISSION OF        )
8   THE CITY OF KANKAKEE,         )
    CHIEF FRANK KOSMAN,           )
9   MAYOR CHASTITY                )
    WELLS-ARMSTRONG, WILLIE       )
10  HUNT, NICKEY F. YATES,        )
    Individually and in           )
11  their Official Capacity,     )
                                  )
12       Defendants.              )

13

14          The discovery deposition of NICKEY F.

15  YATES, taken in the above-entitled cause, before

16  Brenda S. Hall, Certified Shorthand Reporter of the

17  State of Illinois, CSR License No. 084-003359, on

18  Tuesday, March 15, 2022, at 12:00 p.m., 206 South

19  Jefferson Street, Suite 100, Chicago, Illinois,

20  pursuant to notice.

21

22

23

24



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL   #17-6   Page 2 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

```
 1    PRESENT:

 2

               HERBERT LAW FIRM
 3             BY:  MR. DANIEL Q. HERBERT
               206 South Jefferson Street
 4             Suite 100
               Chicago, Illinois  60661
 5             (312)655-7660
               dan.herbert@danherbertlaw.com
 6
                   Appeared on behalf of Plaintiffs;
 7
               ODELSEN, STERK, MURPHEY, FRAZIER, MCGRATH
 8             BY:  MR. MICHAEL MCGRATH
               3318 W. 95th Street
 9             Evergreen Park, Illinois  60805
               (708) 424-5678
10             mmcgrath@osmfm.com

11                 Appeared on behalf of Defendants.

12

13

14

15

16

17

18

19
                        *     *     *
20

21

22

23

24
```



Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL   #17-6   Page 3 of 82

```
1                        I N D E X
     WITNESS                              EXAMINATION
2
     NICKEY YATES
3
          By Mr. Herbert                        6
4

5

6

7

8

9                     E X H I B I T S
     NUMBER                              MARKED FOR ID
10
     Defendant Yates Deposition Exhibit
11
          No. 1      Complaint                28
12
          No. 2      Answers                 106
13
          No. 3      Article                 137
14
          No. 4      Document                146
15
          No. 5      Sign-in sheet           169
16
          No. 6      Sneed's file            170
17

18

19

20

21

22

23

24
```



Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL   #17-6   Page 4 of 82

1    (Whereupon, the witness was

2    duly sworn.)

3    MR. HERBERT:  Good afternoon, Mr. Yates.  How

4    are you?

5    THE WITNESS:  Yeah, I'm all right.  How about

6    yourself?

7    MR. HERBERT:  Good.  As I said off the

8    record, my name is Dan Herbert, and I am representing

9    the Plaintiffs in this case, Paul Berge and Timothy

10    Kreissler.

11    And this is the discovery deposition

12    being taken of one of the individual Defendants,

13    Mr. Nickey Yates in Case No. 20-cv-2310.

14    Mr. Yates, have you given a

15    deposition in the past?

16    THE WITNESS:  Negative.

17    MR. HERBERT:  Okay.  And let me just give you

18    a couple of ground rules.  Obviously we have a court

19    reporter here, so you have to give verbal answers.  A

20    shaking of the head and shrugging of the shoulders,

21    that's not going to be enough.  We have to have a

22    verbal yes or no or some type of answer, okay?

23    THE WITNESS:  Roger that.

24    MR. HERBERT:  And if you want to take a break

*Page 4*

1    at any point, feel free.  I just ask that if there's

2    a question pending that we get an answer to the

3    question and then you can take a break, okay?

4    THE WITNESS:  Yep.

5    MR. HERBERT:  And, you know, a lot of the

6    times you might anticipate what my question is going

7    to be before I finish saying the entire question.

8    It's natural, but I just need you to kind of hold

9    back, let me finish the question and then give the

10    answer, okay?

11    THE WITNESS:  And vice versa, I take it?

12    MR. HERBERT:  Exactly.

13    THE WITNESS:  Roger that.

14    MR. HERBERT:  And if I cut you off, I don't

15    mean to do it intentionally and feel free to tell me.

16    You know, I might ask you questions you don't

17    understand, feel free to say you don't understand.

18    I'm asking you for answers to questions to the best

19    of your knowledge as we sit here today, all right?

20    THE WITNESS:  Uh-huh.

21    MR. HERBERT:  Okay.  Uh-huh.  That's okay.

22    I'm just reminding you though.

23

24    NICKEY F. YATES,

*Page 5*

1    called as a witness herein, was examined and

2    testified as follows:

3    EXAMINATION

4    BY MR. HERBERT:

5    Q.  So, Mr. Yates, have you looked at any

6    documents in preparation for your deposition today?

7    **A.  Just some paperwork that was forwarded to**

8    **the attorney and the documents you sent to me.**

9    Q.  Okay.  And that would be the -- like the

10    questions that I asked you, some interrogatories and

11    requests to produce, correct?

12    **A.  Correct.  Yes.**

13    Q.  And then I assume you looked at the

14    lawsuit as well?

15    **A.  Exactly.**

16    Q.  Okay.  Did you have any conversations

17    with anyone about today's testimony other than your

18    attorney, Mr. McGrath?

19    **A.  Just we would normally -- well, we have**

20    **our Police and Fire Commission meeting tonight, so I**

21    **informed the chair, the president that I may or may**

22    **not be there this evening for this very reason.**

23    Q.  Okay.  And who is the president?

24    **A.  Dr. Willie Davis.**

*Page 6*

1    Q.  Okay.  Did you tell him that you were

2    providing a deposition in this case?

3    **A.  Correct.**

4    Q.  Okay.  Anything else that you told him

5    other than that?

6    **A.  No.**

7    Q.  Did you talk about your testimony at all?

8    **A.  No, other than the fact that I've been**

9    **called, singled out of the commission to be here.**

10    Q.  Okay.  Anyone else on the commission that

11    you spoke to about this case?

12    **A.  No.**

13    Q.  How about any of the -- anyone else other

14    than Mr. Davis and your attorney that you've spoken

15    to about this case in any way?

16    **A.  I let my family members know that I was**

17    **going to be here.**

18    Q.  Okay.  How about any of the individuals

19    involved with Kankakee at the time, such as the Mayor

20    Chasity Wells-Armstrong, have you spoken with her

21    about your deposition in this case?

22    **A.  No.**

23    Q.  Have you spoken with her about any of the

24    facts alleged in the complaint in this case?

*Page 7*



**Nickey Yates Backwrite** - **3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 5 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1    **A.  No.**

2    Q.  Have you spoken to her at all about this

3 case?

4    **A.  No.**

5    Q.  When was the last time you spoke with

6 her?

7    **A.  Maybe two weeks ago.**

8    Q.  Okay.  And was that in person or on the

9 telephone?

10    **A.  Telephone.**

11    Q.  And what was the substance of the

12 conversation?

13    **A.  She has an African American Civic Leader**

14 **scholarship that I contributed to.**

15    Q.  Tell me about that.

16    **A.  It's just a scholarship she does.  She**

17 **initiated it.  I don't know if it was already**

18 **enforced, but she certainly promoted, supported it**

19 **while she was the chair -- or the mayor rather, and I**

20 **funded it.  I funded it.  I made donations to it**

21 **every year.**

22    Q.  Okay.  It's a scholarship for whom?  I

23 imagine African American students?

24    **A.  Civic leaders, yes.**

1    Q.  Okay.  Is it for students or is it for --

2    **A.  Students.**

3    Q.  Okay.  What grade level?

4    **A.  College students.  High school students**

5 **going into college and in college already.**

6    Q.  Okay.  And this is a charity that was

7 started by the former mayor?

8    **A.  I believe she started it.  I moved back**

9 **here from Florida in December of 2016.  She took**

10 **office 2017, and 2018 is the first I ever heard of**

11 **it, so I assume she started it.**

12    Q.  What's your relationship like now with

13 the former mayor, Ms. Wells-Armstrong?

14    **A.  I had a phone call with her again**

15 **approximately two weeks ago.  She called me when she**

16 **told me she got her new employment.  That's it.**

17    Q.  Okay.  Would you consider yourself

18 friends with her?

19    **A.  There's certainly no reason to say I'm**

20 **not a friend.**

21    Q.  Okay.  Have you been out socially with

22 her in the past?

23    **A.  Negative.**

24    Q.  Have you gone to any events that she has

1 been at?

2    **A.  As in while she was the mayor or since?**

3    Q.  Let's say since.

4    **A.  No.**

5    Q.  How about when she was a mayor, did you

6 go to any events that she was --

7    **A.  She asked me to be the guest speaker at**

8 **one of the scholarship events one year.**

9    Q.  Okay.  When was that, do you remember?

10    **A.  She left office in '21, so it would have**

11 **been August of 2020.  Don't hold me exact on the**

12 **date, but it was approximately August of 2020.**

13    Q.  All right.  And this scholarship fund

14 that you had contributed to, you spoke at an event?

15    **A.  The last one, yes.**

16    Q.  Okay.  For that scholarship fund,

17 correct?

18    **A.  (Nodding head.)  Yes.**

19    Q.  Okay.  And this is a scholarship for

20 African American kids, correct?

21    **A.  College students, yes.**

22    Q.  Okay.  It's not for anyone other than

23 African American students, correct?

24    **A.  By name I take that to be the case, yes.**

1    Q.  Okay.  You've donated to Ms. Wells's

2 campaign in past?

3    **A.  Campaign, no.**

4    Q.  Have you donated to a political fund that

5 involved Ms. Chasity Wells-Armstrong?

6    **A.  I don't think so.  I don't recall so, no.**

7    Q.  Okay.  Would it surprise you if she said

8 that you had donated to her in the past?

9    **A.  I'd be surprised.  I don't know.  I don't**

10 **recall.**

11    Q.  Did you ever go to any of her

12 fundraisers?

13    **A.  She had a -- I think I went to one event,**

14 **a dinner, a birthday party that somebody had had for**

15 **her.  I wouldn't call it a fundraiser.**

16    Q.  Okay.  Were you involved in her campaign

17 to become mayor in any way?

18    **A.  I moved from Tallahassee in**

19 **December 2016.  She ran for office and got elected in**

20 **April of 2017.  I had nothing to do with her campaign**

21 **whatsoever.**

22    Q.  Did you know her at the point in which --

23 hold on.  Just let me finish.

24        Did you know her at the point -- or



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02330-CSB-EIL    #17-6    Page 6 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

1 strike that.

2    How long have you known Ms. Chasity

3 Wells?

4    **A.  It depends on how you define known.  My**

5 **oldest brother and her father were running partners,**

6 **car buddies, fishing buddies and all of that.  I last**

7 **saw Chasity prior to 2017 when I -- I saw her at a**

8 **fundraiser, not a -- somebody's fundraiser in**

9 **December.  It was a food, fun and festival event for**

10 **the holidays in December 16th or so of 2016, days**

11 **after I returned from Tallahassee.  I was introduced**

12 **to her there.  Prior to that, I last saw her, she may**

13 **have been eight years old.**

14    Q.  Okay.  And how about Willie Hunt?  Do you

15 know Willie Hunt?

16    **A.  Yes.**

17    Q.  And how would you characterize your

18 relationship with Willie Hunt?

19    **A.  When he was deputy police chief, we**

20 **interacted professionally.  I know him.  I know of**

21 **him.  We've never hung out together or anything.**

22    Q.  Yeah.  When was the last time you spoke

23 to Willie Hunt?

24    **A.  Probably a text message -- a Facebook**

1 comment rather.  They may have been on a cruise, and

2 I texted nice pictures, he and his wife.

3    Q.  When was that?

4    **A.  That may have been a couple weeks ago.**

5    Q.  Okay.  How about before that, when was

6 the last time you communicated with him?

7    **A.  Again, an occasional Facebook post.  He**

8 **usually posts something like every morning or**

9 **something.  Every now and again I'll say, hey, good**

10 **morning.**

11    Q.  Other than Facebook posts, have you had

12 any conversations with Willie Hunt in the last year?

13    **A.  No.**

14    Q.  Have you had any phone calls with Willie

15 Hunt in the last year?

16    **A.  I asked him a question once.**

17    Q.  Tell me about that.  When did you ask him

18 a question?

19    **A.  I'm trying to think of the nature of the**

20 **question.  I'm the Secretary of the Police and Fire**

21 **Commission, and we took on a new member, and I called**

22 **him to ask, hey, there was another, an additional**

23 **badge that was set aside.  Where was that badge left,**

24 **and he told me the new deputy chief had it.**

1    Q.  Okay.

2    **A.  That was the nature of that call which**

3 **had been easy seven, eight months ago.**

4    Q.  Did you ever talk to Willie Hunt about

5 this lawsuit in any way?

6    **A.  No.**

7    Q.  Did you ever talk to Willie --

8    **A.  Well, let me take that back.  I asked**

9 **him -- your initial document had a date which**

10 **everybody needed to reply by.  I'm talking the very**

11 **first memorandum or whatever was sent, and I texted**

12 **him and asked him, Hey, have you responded to that**

13 **event?**

14    Q.  Okay.  To that event meaning the lawsuit?

15    **A.  The lawsuit.**

16    Q.  Okay.  And what was his response, do you

17 know?

18    **A.  He didn't respond.**

19    Q.  How about chief -- former Chief Frank

20 Kosman, what's your relationship like with him?

21    **A.  It was a working relationship.  He lives**

22 **maybe two blocks from me, and I seen his car pass a**

23 **couple times.  One day last summer he said, it's hot.**

24 **You get a chance, come hop in the pool or whatever he**

1 said, and it never happened.

2    Q.  Okay.  Where do you live, Mr. Yates?

3    **A.  My address?**

4    Q.  Do you mind if I call you Mr. Yates?  Is

5 that acceptable?

6    **A.  Yes.**

7    Q.  Okay.  Yeah, your address, please.

8    **A.  1395 East Emory Street E-m-o-r-y Street**

9 **in Kankakee, 60901.**

10    Q.  And how long have you lived there?

11    **A.  I bought the place October 1st, 2018.**

12    Q.  Okay.  Who do you live with?

13    **A.  Myself.**

14    Q.  Okay.  And are you single?

15    **A.  Yes.**

16    Q.  Do you have children?

17    **A.  Two adults in North Carolina.**

18    Q.  Do you have an ex-wife?

19    **A.  Ex-wife.**

20    Q.  Okay.  And what's her name?

21    **A.  Lorraine.**

22    Q.  And when did you guys separate?

23    **A.  28 June, 2003.**

24    Q.  Okay.  And what's her maiden name?

Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL  #17-6  Page 7 of 82

**Page 16**

1    A.   Williams.

2    Q.   Does she go by Williams now or does she

3  use your --

4    A.   It's Yates.

5    Q.   Okay.  Where were you living before your

6  address on Emory?

7    A.   I lived with my sister Prodder (phonetic)

8  when I first moved from Florida.

9    Q.   And your sister's name is?

10    A.   Inell I-n-e-l-l Yates.

11    Q.   Okay.  And I'm sorry.  Where did you live

12  with her?

13    A.   The address?

14    Q.   Yeah.

15    A.   In Kankakee.

16    Q.   In Kankakee, that's fine.  How long did

17  you live there approximately?

18    A.   Two years.

19    Q.   Okay.  Just the two of you?

20    A.   Well, her grandson lived there.

21    Q.   Okay.  And before that you were in

22  Florida?

23    A.   Correct.

24    Q.   How long were you in Florida?

**Page 17**

1    A.   Seven years.

2    Q.   And where were you at in Florida?

3    A.   Tallahassee.

4    Q.   And if I can ask you, what was the nature

5  of your --

6    A.   The Marine Corps sent me to teach at

7  Florida State University and Florida A&M University.

8  This was 1993 to '96.  A typical Marine Corps --

9    Q.   Hold on.  I didn't understand the last

10  part, you said a typical Marine --

11    A.   A typical Marine Corps move, pack your

12  trash -- well, Marine Corps term, "Pack your trash,

13  Yates.  We need you to get to Quantico," so I didn't

14  get a chance to sell my house, so I rented it out.

15  And I ended up renting the house out for the next 14

16  years.

17    Q.   Okay.

18    A.   And so I went back down to Tallahassee to

19  do repairs and stayed seven years.

20    Q.   Were you working there?

21    A.   No, going to school.

22    Q.   Where were you going to school at?

23    A.   Florida, A&M University.

24    Q.   Okay.  And prior to moving to Florida --

**Page 18**

1  well, let's start, you were born and raised in

2  Kankakee, right?

3    A.   Correct.

4    Q.   Where did you go to high school?

5    A.   Kankakee Eastridge.

6    Q.   Okay.  And what's your educational

7  background?

8    A.   I graduated from Eastridge in 1978.  I

9  graduated from Illinois State University in 1982.  I

10  was chair of the student assembly -- the chair of the

11  Student Association Assembly at ISU.  I have a

12  master's degree from Florida A&M University in Public

13  Administration, and God willing the creek don't rise

14  this summer, I'll have my Ph.D. also from Florida A&M

15  University.

16    Q.   Good for you.  When did you go into the

17  Marine Corps?

18    A.   May 1980.

19    Q.   And was that before you graduated

20  college?

21    A.   Yes.

22    Q.   Okay.  So were you doing it --

23    A.   I did a couple years of Reserve until I

24  graduated.

**Page 19**

1    Q.   All right.  And when you graduated

2  college?

3    A.   I went active duty.

4    Q.   Okay.  Tell me about that, where you were

5  at and how long.

6    A.   I recruited -- extended TAD is what it's

7  called.  I recruited -- reserve recruited October

8  through December of '83, and I went active duty

9  January of '84.  I went to Millington, Tennessee to

10  study aircraft -- aviation ordinance, quite frankly.

11  I did that, went from there, finished the school in

12  Millington, went to El Toro.  I was stationed in

13  El Toro from '84, April '84 through August '87, and

14  then I got a set of orders.  I went to San Diego and

15  became a drill instructor for the Marine Corps.

16         After serving as a drill instructor

17  -- while serving as a drill instructor, I put in my

18  packet for OCS, and then that's when I went to

19  officer candidate school and completed OCS, and the

20  basic school and amphibious warfare school, and

21  became an infantry officer, 7th Battalion, 8th

22  Marines.

23    Q.   Okay.

24    A.   I did a Mediterranean float seven months

Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL   #17-6   Page 8 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 20**

1  at sea.  I went to Iraq.  We came back, I became a
2  company commander in infantry, infantry training
3  school.  From there I got the orders to go to
4  Tallahassee and teach at Florida A&M, Florida State,
5  and Tallahassee Community College students.
6          From there to -- back to Quantico
7  amphibious warfare school, a nine-month school in
8  Quantico, and then back to the fleet where I served
9  as a weapons company commander to 7th battalion, 6th
10  Marines and after that tour of 2, 6 I went to the
11  division staff.  I was action officer for the
12  infantry division or the Marine Corps division, the
13  entire division.  An action officer rotating infantry
14  battalions everything six months to Okinawa, Japan,
15  back and forth to Okinawa, Japan.
16          And as the action officer, I was the
17  head of logistics and getting those battalions to and
18  from.  I also rotated infantry companies of 200
19  Marines back and forth to Haiti on a rotating basis.
20          From there I went to -- I became the
21  executive officer of weapons training battalion, the
22  Scout Sniper School.  From there I got orders to
23  Kansas City as a regimental operations officer, the
24  24th Marine regiment training reserves and it was

**Page 21**

1  there I retired April.  Well, next month it will be
2  19 years.
3     Q.   Okay.  You've been retired 19 years?
4     A.   Yes.
5     Q.   Okay.  So that would have been like?
6     A.   2003.
7     Q.   Okay.  And were you honorably discharged?
8     A.   Of course.
9     Q.   Okay.  And what did you do, did you have
10  any other -- or strike that.
11          Did you have employment from 2003
12  until now?
13     A.   No.
14     Q.   Okay.  You've been retired ever since,
15  correct?
16     A.   Yes.
17     Q.   Okay.  And have you ever worked for the
18  Village of Kankakee in any capacity?
19     A.   Police and Fire Commission from May
20  of 2017 to present.
21     Q.   Okay.  And how is it that you became
22  involved in the Police and Fire Committee?
23     A.   That's when I was asked by -- at the time
24  an alderman asked if I would consider serving on the

**Page 22**

1  Police and Fire Commission and I said yes.
2     Q.   Who was the alderman that asked you?
3     A.   Fred Tetter.
4     Q.   T-e-t-t-e-r?
5     A.   E-r.
6     Q.   And what year was that, do you think?
7     A.   2017.  Shortly after the mayor was
8  elected.
9     Q.   Okay.  And is Fred Tetter black?
10     A.   Yes.
11     Q.   And what was the makeup of the city
12  council racially at the time in which Fred Tetter
13  asked you to be part of the Police and Fire
14  Committee?
15     A.   I don't know.  Two, four, five, maybe six
16  blacks, and eight white.
17     Q.   And was that it, was it 14 members?
18     A.   14 members, yes.
19     Q.   And they were all aldermen.  Is that
20  correct?
21     A.   Aldermen and women, yes.
22     Q.   Okay.  And the Police and Fire Commission
23  when you became involved, did you take somebody's
24  place, or was there an opening?  Do you know how it

**Page 23**

1  is that you became part of it?
2     A.   All three positions were open.
3     Q.   Okay.  So you were hired, correct?
4     A.   Yes.
5     Q.   And who else was hired?
6     A.   Dr. Willie Davis and Attorney Dawn
7  Landwehr.
8     Q.   And Dawn, how do you spell that last
9  name?
10     A.   Landwehr L-a-n-d-w-e-h-r.
11     Q.   And did you know who was on the Police
12  and Fire Committee that you replaced?
13     A.   And I laugh because I asked for minutes
14  or something to go off from the previous commission,
15  and I got April and January of 2017 minutes and that
16  was it.  That was a Jill Pristak who was the
17  secretary at the time.
18     Q.   Jill?
19     A.   Jill Pristak.  I don't know how to spell
20  her last name.
21     Q.   P-r-i-s-t-a-k, is that --
22     A.   Something to that effect.  And she was
23  the secretary.  I asked her for copies.  My concern
24  was to give me something to go off, if there's any

Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL   #17-6   Page 9 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 24**

1 actions already in effect or ongoing events or
2 whatever scenario it may be.  She gave me minutes of
3 January and April of 2017.  That was it.
4     Q.  Is Jill white?
5     A.  Yes.  She told me that --
6     Q.  Hold on one second.  Let me just ask this
7 question.  Aside from Jill Pristak, who else was on
8 the Police and Fire Committee prior to you becoming
9 involved?
10     A.  There was a Willie Ames who was the
11 president.
12     Q.  A-m --
13     A.  A-m-e-s.
14     Q.  Okay.  And do you know why it is that he
15 was replaced, Willie Ames?
16     A.  I don't.
17     Q.  Okay.  Who else was on the commission, if
18 you know?
19     A.  I don't know the other.  There were a
20 couple other names.  I don't know them at all.
21     Q.  Was Willie Ames the only black individual
22 that was part of the Police and Fire Committee --
23     A.  That I'm aware of.
24     Q.  Okay.

**Page 25**

1     A.  I don't know who the others -- two others
2 I think.
3     Q.  And do you know why it is that these
4 individuals were replaced?  Was that told to you?
5     A.  No.  I assume just regular turnover.
6     Q.  And had you known -- or I'm sorry.  Had
7 you had any conversations with the mayor at the point
8 in which you became involved with the Police and Fire
9 Committee?
10     A.  Well, she thanked me for being willing to
11 take the position.
12     Q.  Well, she appointed you, correct?
13     A.  Well, yes, with the approval of city
14 council.
15     Q.  Okay.  And Willie Davis, did you know
16 Willie Davis prior to you serving on the committee
17 with him?
18     A.  I knew him in passing.  We attended the
19 same church.  I knew of his reputation as a
20 superintendent in school district -- Thornton School
21 District, somewhere in the south suburbs.
22     Q.  What church do you belong to?
23     A.  Used to of for me.  Morning Star
24 Missionary Baptist Church, Kankakee.

**Page 26**

1     Q.  And now you do not belong there?
2     A.  No.
3     Q.  Can I ask you why?
4     A.  When I left in 2009, moved back to
5 Tallahassee, I just never went back.
6     Q.  Okay.  Do you know if Mayor Chasity Wells
7 was a member of Morning Star?
8     A.  I don't think she was a member, but
9 she -- I recall her being at the church one Sunday,
10 but I think she visited all the churches from what I
11 understand.
12     Q.  Was her family, were they members at
13 Morning Star?
14     A.  Not to my knowledge.
15     Q.  What about Willie Hunt, was he a member?
16     A.  No, not to my knowledge.
17     Q.  Okay.  And you're currently still on the
18 board?
19     A.  Yes.
20     Q.  Okay.  And who is on the board with you?
21     A.  Willie Davis remains, Dawn Landwehr
22 remains.  We were the original three, consisted of
23 three people.  We petitioned the mayor and city
24 council to have two other members added.

**Page 27**

1     Q.  Dawn Landwehr, is she black or white?
2     A.  She's white.
3     Q.  Okay.  And so you petitioned the city
4 council that two more individuals --
5     A.  Because three wasn't -- if any one person
6 couldn't make the meeting, the other two were
7 required to be there.  We didn't see that as a proper
8 way to do business.
9     Q.  So how many members are there currently?
10     A.  Five.
11     Q.  And who are the other two members?
12     A.  The other two are Cortney Bessant
13 B-e-s-s-a-n-t.
14     Q.  Okay.
15     A.  And Mike Spilsbury S-p-i-l-s-b-u-r-y.
16     Q.  And when did they become involved in the
17 commission?
18     A.  Soon after -- soon after the Sneed
19 promotion, we took on a fourth member.  I can't think
20 of his name.  We took on a fourth member and he's
21 since left and that's when -- and was replaced by
22 Mike Spilsbury.
23     Q.  What race is Mike Spilsbury?
24     A.  He's white.



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL # 17-6 Page 10 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

Page 28

1  Q.  And Cortney Bessant, what race is she?

2  A.  I don't know.  I'd say mixed I guess,

3  whatever that means.

4  Q.  Mixed black and white?

5  A.  Presumably.

6  Q.  Okay.  And you said that the fourth and

7  fifth people became involved after the Sneed

8  promotion, correct?

9  A.  Right.  At the time of the Sneed

10  promotion, there were only three of us.

11  Q.  Okay.  So it was you, Willie Davis, and

12  Dawn Landwehr, correct?

13  A.  Correct.

14  Q.  And the Sneed promotion, did that have

15  anything to do with you making a request to add two

16  more individuals?

17  A.  No, we were already pushing that request

18  and it hadn't been finalized at the time.

19  Q.  Okay.  If I can show you what I'm going

20  to mark as Yates 1.

21       (Whereupon, Yates

22       Deposition Exhibit No. 1

23       was marked for

24       identification.)

Page 29

1  BY MR. HERBERT:

2  Q.  If you want to take a look at that.

3  That's the Complaint in this case, and it also has

4  your --

5  MR. HERBERT:  I'm sorry, Mike.  Do you need a

6  copy?

7  MR. MCGRATH:  Yes, thanks.

8  BY MR. HERBERT:

9  Q.  It's also the Answers to the Complaint.

10  My question is, you've seen that document before?

11  A.  Not with all these answers in it, but the

12  basic -- the portion that pertains to me, yes.

13  Q.  So if we can go on that, if we can go to

14  page 5 and starting right at the top, paragraph 19.

15  "Defendant, Police and Fire Commission of the City of

16  Kankakee along with the Mayor, are responsible for

17  the full management and control of the Police

18  Department, and all regulations and orders thereof

19  shall be promulgated through the Chief of Police."

20       The answer that was provided was

21  that "Defendants admit that the Police and Fire

22  Commission of the City of Kankakee, the Mayor and the

23  Chief of Police had the duties and responsibilities

24  as set forth in city council -- or I'm sorry, City of

Page 30

1  Kankakee Municipal Code and state and federal law."

2  Do you see that?

3  A.  Yes.

4  Q.  You would agree that as a member on the

5  Police and Fire Commission, your duties are defined

6  by statute, correct?

7  A.  Uh-huh.

8  Q.  By Illinois law?  You have to say yes.

9  A.  Yes, and the city's rules and

10  regulations.

11  Q.  Okay.  And what rules and regulations

12  from the city governs your role on the Police and

13  Fire Commission?

14  A.  I want to say it's chapter twenty --

15  don't quote me on this, 22 or 23 from the municipal

16  code talks about the Police and Fire Commission and

17  it's a very basic document, but it just lays out how

18  many members, and at the time was three, and just

19  basic rules, promotions, hiring, discipline and

20  firing of police and fire personnel.

21  Q.  Okay.  And you would agree that as a

22  member of the board, you're required to follow the

23  rules with respect to terminating a police officer,

24  correct?

Page 31

1  A.  Uh-huh.

2  Q.  You have to say yes.

3  A.  Yes.

4  Q.  With respect to hiring a police officer,

5  correct?

6  A.  Yes.

7  Q.  With respect to --

8  A.  Discipline.

9  Q.  Discipline?

10  A.  Yes.

11  Q.  Approving a particular chief?

12  A.  Yes.  No, no, no, no.  We had no role in

13  that.  No, we have no role in picking the chief.

14  That's solely done by the mayor.

15  Q.  Okay.  So Frank Kosman was selected as a

16  chief in this case.  So my question is, you didn't

17  have any role on the Police and Fire Commission in

18  the selection of Frank Kosman as the chief?

19  A.  Not at all.

20  Q.  Okay.  And you know Price Dumas?

21  A.  Yes.

22  Q.  Did you have any role in Price Dumas with

23  respect to his duties as a chief or an acting chief

24  in the Village of Kankakee at any point?



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #172-6   Page 11 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

1   A.  Only in meetings, but we had no role in
2  his being appointed or anything else.
3   Q.  Okay.  What's your relationship like with
4  Price Dumas?
5   A.  It's a professional relationship.  That's
6  all.
7   Q.  Are you friends with him?
8   A.  I've got no -- never had a disagreement.
9  Friends is an interesting term.  I don't just throw
10  that around lightly.  I associate with people.
11   Q.  How long have you known Price Dumas?
12   A.  I knew of him when he was on the city
13  police department back in 2006, 2007.  He and Hunt
14  and a number of officers were suing the city, and
15  that's where I recognized his name from.
16   Q.  Were you involved in a lawsuit with those
17  officers?
18   A.  No, I just retired from the Marine Corps
19  and came back home and just went down to Urbana just
20  to sit in on the trial.
21   Q.  Okay.  Why is it that you sat in on the
22  trial?
23   A.  Because I like to know what's going on
24  around me.

1   Q.  Were you supporting the plaintiffs in
2  that case?
3   A.  I wasn't supporting anybody.  I was just
4  sitting in on the trial.
5   Q.  Okay.  Did you know any of the
6  plaintiffs?
7   A.  I knew of -- there was an Officer Upton,
8  and there was an officer, I want to say Baptist.  I
9  knew of them from the past.  Kankakee is a pretty
10  small city.  A village I think you called it once.
11   Q.  Yeah.  Oh, they do call it a city.
12   A.  It's a city, our population.
13   Q.  I'm sorry.  My apologies.  It won't be
14  the last mistake I make today.
15       And those plaintiffs, they were --
16  they filed a lawsuit because they felt they were
17  discriminated against in the promotional process,
18  right?
19   A.  Yes.  They alleged that the shift
20  commander was taking the white officers aside and
21  giving them -- showing them the test.
22   Q.  Okay.  And you supported the -- and they
23  were all black officers, right?
24   A.  Yes.  I didn't support anybody.  I just,

1  like I said, just went.
2   Q.  Well, you spoke to the media about the
3  case, right?
4   A.  Did I?
5   Q.  Well, we'll get into that.  We're going
6  to wait on that a little bit, all right?
7   A.  Okay.
8   Q.  Chasity Wells-Armstrong was elected in
9  April 2017.  Does that sound about right?
10   A.  Yes.
11   Q.  And would that have been before or after
12  you had been appointed to the Police and Fire
13  Committee?
14   A.  After.
15   Q.  She was elected --
16   A.  She was elected before.  I'm sorry.  She
17  was elected before, and then we were appointed after
18  her election.
19   Q.  Okay.  How long have you known Price
20  Dumas?
21   A.  I knew of him again from the trial, just
22  seeing him during that hearing, the trial, whatever
23  it was.  I actually never had a conversation with
24  him, I don't think.  Maybe in passing, hey, how are

1  you doing, until he became the interim police chief.
2   Q.  Okay.  And when was the last time you
3  talked to him?
4   A.  I don't know.  Probably weeks before he
5  resigned.
6   Q.  Okay.
7   A.  And that's been some years ago.
8   Q.  Okay.  And do you know why he resigned as
9  a police chief?
10   A.  No, I don't.
11   Q.  Did you ever hear any rumors as to why he
12  resigned as a police chief?
13   A.  Well, my speculation was, I mean, trying
14  to do a job and every 30 days you have to be
15  reappointed.  How do you do a job like that and feel
16  fulfilled about it?
17   Q.  And he had to be reappointed because --
18   A.  City council voted against him.  The
19  mayor's obligated to have a police chief.
20   Q.  So the mayor chose Price Dumas as her
21  selected candidate to be the police chief.  Is that
22  fair to say?
23   A.  The morning after Mayor Wells-Armstrong
24  was elected, April 2017, the next morning the police

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL # 17-6 Page 12 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 36**

1 chief quit, and then chief -- Lieutenant, I think he
2 may have been at the time, Passwater became the
3 interim police chief.
4    Q. Who was the police chief that quit?
5    A. Regnier I think his name was.
6    Q. Okay. R-e-g-n-i-e-r?
7    A. N-i-e-r.
8    Q. Okay. And he quit the day after --
9    A. The morning after she won the election.
10    Q. Okay. And he was white, correct?
11    A. White.
12    Q. And do you know why he quit?
13    A. He just said the morning after the
14 election he was done. Timing was interesting.
15    Q. Were you involved in Chasity Wells's
16 campaign in any way?
17    A. No. I had -- again, I moved back in
18 December 2016 and I was asked to help people blah,
19 blah, blah because I'd run for -- I was politically
20 involved 2005 to '09.
21    Q. Tell me about that.
22    A. In 2005 I ran for mayor of the City of
23 Kankakee.
24    Q. Okay. And what party were you?

**Page 37**

1    A. The Democratic party.
2    Q. Okay. And Chasity Wells, she's a
3 Democratic candidate as well?
4    A. Yes.
5    Q. And were you elected?
6    A. No. They say we lost by 262 votes.
7    Q. And when you say they say we lost --
8    A. We were watching the --
9    Q. Hold on. Who's they that you're
10 referring to?
11    A. The county clerk, the county officials.
12    Q. And when you say we, who are you talking
13 about?
14    A. Those working with my committee and
15 helping me in the campaign.
16    Q. Okay. And --
17    A. We were watching --
18    Q. Hold on. There's no question pending.
19      Who were you running against in
20 2005?
21    A. Don Green, the current -- well, at the
22 time the incumbent mayor.
23    Q. And Don Green is white, correct?
24    A. Yes.

**Page 38**

1    Q. And you said that they said you lost by
2 262 votes. I'm guessing you don't believe that that
3 tally is accurate?
4    A. No.
5    Q. You think that the election was stolen
6 from you?
7    A. Yes.
8    Q. Why?
9    A. Again, that night as we were watching on
10 public access television the results, the tabulation
11 was being ran real-time and then with three -- and
12 we're tracking the precincts as they're registered,
13 the votes are registered, and then with three
14 precincts left, remaining supposedly uncounted the
15 television went off. When it came back on three
16 hours later -- or maybe an hour or so later, we had
17 lost by some 262 votes. There's no combination of
18 any three precinct's votes that would have tallied up
19 to that to. We were winning when the TV went down.
20    Q. And when you say we, I just want to make
21 it clear.
22    A. My campaign. I don't --
23    Q. Hold on. Yeah, you didn't have a ticket
24 where you had a bunch of people running with you.

**Page 39**

1 When you say we, you're talking about the people that
2 worked on your campaign?
3    A. Yes. There were those who, quite
4 frankly, worked with us running for alderman, a
5 couple of people running for alderman. We were all
6 on the same ticket, so in that sense yes.
7    Q. Okay. Who was your campaign manager?
8    A. I really didn't have one.
9    Q. The people that worked on your campaign,
10 fair to say that they were African American?
11    A. White, Hispanic, everybody. A cross
12 section of the whole community. I had veterans
13 working with me.
14    Q. How many people worked on your campaign?
15    A. I couldn't begin to tell you the numbers.
16    Q. Who do you think stole the election from
17 you, was it Don Green or people in his
18 administration?
19    A. We got a copy of the voting roster after
20 the election from the county clerk. Now, for
21 candidates running for office, you rate a free copy
22 of whatever jurisdiction you're running for. So I'm
23 running for alderman, I'd get a copy of the precinct
24 for that district.

**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 13 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Remember the question.  I don't mean to
2  cut you off, but I want to be able to get through
3  this.
4      My question that I asked you though
5  was, who do you think was responsible for stealing
6  the election?
7  A.  I understand that.
8  Q.  Okay.  You're doing great.  I just wanted
9  to make sure that you --
10  A.  I appreciate that.
11  Q.  Yeah.
12  A.  We got a copy of the voting roster.
13  Again, you rate a free copy.  If you're running for
14  alderman you rate -- you get one for your ward.  I'm
15  running for mayor, I get a free copy of the city, the
16  entire city's voting roster.  We won it -- we, again
17  I don't say I.  We ran a campaign.  I.
18      Got a copy, we got a copy of the
19  city voting roster, but we wanted it on disk so that
20  we can manipulate, and if we want to run this
21  precinct alphabetically or by street name, highest
22  and lowest, however we wanted to cue the system.  And
23  when we got -- and we paid $110 for that copy from
24  the county clerk's office.  We got that disc, and as

Page 40

1  we were running out, printing out one particular
2  precinct, the 9th precinct to be exact, we were
3  printing it out, the first name on the list --
4  THE WITNESS:  Is it proper to say a name?
5  MR. MCGRATH:  Sure.
6  THE WITNESS:  Emily middle initial E. as in
7  echo, last name Amoth.  Emily E. Amoth A-m-o-t-h.
8  And it prints out two pages, then it started over.
9  It printed out two pages, it started over.  We're
10  trying to figure out what's going on.  So we cue the
11  system again and it prints out -- now it shows us
12  there are nine people named Emily middle initial E.
13  and last name Amoth.  The first one has a real voter
14  registration number and the street address is 1022
15  South 4th Avenue.  The other eight Emily middle
16  initial E. Amoths had fictitious voter registration
17  numbers and their street addresses were nine pound
18  sign star ampersand dash star.
19  BY MR. HERBERT:
20  Q.  Do you know Emily Amoth?
21  A.  I have no idea.  You've never seen that
22  on a mailbox.
23  Q.  Hold on.  Hold on.  I've got to ask
24  another question.

Page 41

1      So Don Green, you believe that Don
2  Green and his administration was responsible for
3  this.  Is that fair to say?
4  A.  I'm talking about -- the roster I got
5  came from the county clerk.
6  Q.  Okay.  The county clerk worked for the
7  mayor, correct?
8  A.  No.
9  Q.  Okay.  Do you believe that the county
10  clerk was responsible for stealing the election from
11  you?
12  A.  Yes.
13  Q.  Okay.  Who was the county clerk?
14  A.  Bruce Clark.
15  Q.  Bruce Clark was white, correct?
16  A.  Yeah.
17  Q.  Do you believe anyone else was
18  responsible for --
19  A.  Dan Henderson.
20  Q.  Hold on.  Hold on.  You've got to let me
21  -- you're doing good.
22      MR. MCGRATH:  Just let him finish.
23  BY MR. HERBERT:
24  Q.  Was there anyone else that you believe

Page 42

1  was responsible for stealing the election other than
2  Bruce Clark?
3  A.  Dan Henderson.
4  Q.  And what was his position?
5  A.  He was the assistant, now he's the
6  current.  He's the actual city clerk now.
7  Q.  Okay.  And Dan Henderson is white?
8  A.  Yes.
9  MR. MCGRATH:  Is he city or county?
10  THE WITNESS:  He's county.  County clerk.
11  BY MR. HERBERT:
12  Q.  Anyone else that you believe was involved
13  in stealing the election?  Just those two?
14  A.  It could have been a whole slew of
15  individuals.
16  Q.  Do you think Don Green was involved in
17  it?
18  A.  I can't say.  I can't pinpoint him, no.
19  Q.  Okay.  Do you think that anyone in Don
20  Green's administration was working in conspiracy with
21  Clark and Henderson to steal the election from you?
22  A.  Sir, yes.
23  Q.  Okay.  Why?
24  A.  You know, again, may I finish with the

Page 43

**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 14 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 roster because it all points to why I'm saying what
2 I'm saying?
3      Q.  You know what, I don't need to -- your
4 lawyer can ask you that if you want, and I don't mean
5 to be disrespectful, but I don't need the actual
6 details.  You believe that the election was stolen
7 from you because --
8      A.  Because there are nine people with the
9 exact same name.  Half of them male -- four women,
10 four men named Mary on the same street.
11      Q.  All right.  Mr. Yates, no question
12 pending.
13          You would agree with me that you
14 believe that part of the reason that the election was
15 stolen from you is because you're black?
16      A.  Yes.
17      Q.  Okay.  And you believe it was stolen from
18 you because you were black by white people, correct?
19      A.  Come on.  It was stolen from me because I
20 was winning the election and they didn't want me in
21 there.
22      Q.  And when you say they, you're talking
23 about the --
24      A.  The current administration.

1      Q.  And the current administration was at the
2 time?
3      A.  Lilly White.
4      Q.  Lilly White?
5      A.  That's what you're getting at.
6      Q.  And you were angry about that?
7      A.  Damn right.
8      Q.  And how about the administration, did it
9 ever change from Lilly White?
10      MR. MCGRATH:  Object to the form of the
11 question.
12 BY MR. HERBERT:
13      Q.  Do you understand the question?
14      A.  I have no idea what that means.
15      Q.  I'll withdraw it.
16          Did you complain about -- did you
17 make any complaints about you believed that the
18 election was stolen from you because you were black?
19      A.  I took my rosters to the FBI.
20      Q.  Okay.  You went to the FBI and complained
21 that the election was stolen from you partly because
22 of your race?
23      A.  No, because the voter registration
24 rosters.

1      Q.  What happened with the FBI, did they --
2      A.  Nobody wanted to touch it.
3      Q.  Nobody wanted to touch it?  Do you know
4 why?  Who did you make complaints to the FBI about,
5 which persons, Henderson, Clark?
6      A.  No individual.  I complained about the
7 rosters themselves, the fictitious nature of those
8 rosters.
9      Q.  Did you make any complaints to anyone
10 else other than the FBI about -- hold on, other than
11 the FBI about your belief that you think the election
12 was stolen from you because you were black?
13      A.  No, I didn't say because I was black.
14 You said that.
15      Q.  Okay.  Did you make any complaints about
16 the election being stolen from you by the white
17 administration --
18      A.  I didn't say --
19      Q.  -- other than the FBI?
20      MR. MCGRATH:  Objection to the form of the
21 question.
22 BY MR. HERBERT:
23      Q.  Do you understand the question?  And
24 again, your lawyer is going to make objections and he

1 certainly has every right to do so, but unless he
2 instructs you not to answer --
3      A.  My complaint was that the election -- the
4 rosters that I was given that came from the county
5 clerk's office were fictitious, and I made it known
6 to Dan Henderson that his election rosters were
7 doctored up.
8      Q.  Did you go to the media with this?
9      A.  No.
10      Q.  You're still angry about --
11      A.  Damn skippy.  That means right.  Yes,
12 I am.
13      MR. MCGRATH:  Just wait until there's a
14 question.
15 BY MR. HERBERT:
16      Q.  And you're angry because --
17      A.  I don't appreciate being cheated.
18      Q.  You were cheated, and the reason you were
19 cheated is in part because you were black.  You agree
20 that's one of the reasons you're angry?
21      A.  You said that, I didn't.
22      Q.  I'm asking you now.
23      A.  No.
24      Q.  So the fact that you were discriminated

**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #172-6  Page 15 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 against because you were black with respect --
2 **A. You said that.**
3 Q. Did you run for any other political
4 office?
5 **A. I sat on the -- I was elected to the**
6 **county board.**
7 Q. When was that?
8 **A. 2006.**
9 Q. Okay. And you said you were elected?
10 **A. Yes.**
11 Q. And that was an election by the residents
12 of Kankakee?
13 **A. Correct.**
14 Q. Okay. And part of the Democratic party
15 at the time when you were elected?
16 **A. Yes.**
17 Q. Okay. And how long did you serve on that
18 board?
19 **A. Three years.**
20 Q. And did you have an opponent in that
21 race?
22 **A. In the primary.**
23 Q. Okay. And who was that?
24 **A. I can't remember her name. She's passed.**

Page 48

1 Q. Were you part of a ticket when you ran
2 for county board?
3 **A. No.**
4 Q. Okay. And so you served for three years,
5 yes?
6 **A. Yes.**
7 Q. And then what happened after three years?
8 **A. I moved to Tallahassee to fix my house.**
9 Q. Okay. Were you -- did you run for a
10 second term?
11 **A. No. I resigned my commission and moved**
12 **to Tallahassee.**
13 Q. Okay. As part of your campaign, did you
14 mention anything about the administration being --
15 **A. What campaign?**
16 Q. Either campaign. Well, that's a good
17 point. The mayor campaign. Did you mention anything
18 in flyers or at events where you mentioned that you
19 believed that the administration in Kankakee was too
20 white?
21 **A. No.**
22 Q. How about when you ran for county board?
23 **A. No.**
24 Q. Did you ever make race an issue as part

Page 49

1 of your campaign in any way?
2 **A. Well, they made it an issue with me.**
3 Q. And who's they?
4 **A. The members of the county board.**
5 Q. Okay. They made an issue about race.
6 About your race?
7 **A. Yes.**
8 Q. How so?
9 **A. The county board, full board meets on the**
10 **second Tuesday of every month, and that particular**
11 **Tuesday happened to be in conjunction with**
12 **St. Patrick's Day, so however that worked and,**
13 **"Yates, you're not wearing -- Mr. Yates, you're not**
14 **wearing anything green."**
15 Q. Who said that?
16 **A. Whoever, the members of the board. They**
17 **were just talking about it being St. Patrick's Day.**
18 Q. Was the board white? Was it filled with
19 white members?
20 **A. 28 members on the board. Maybe four**
21 **black.**
22 Q. Okay. Go ahead.
23 **A. And they said, Yates, you're not wearing**
24 anything green. It's St. Patrick's Day, so you're

Page 50

1 wrong, blah, blah, blah. My response to shut them
2 all up. They told me, you're name is Yates. You do
3 know Yates is an Irish name. I told them, no, the
4 man that owned my family when us got us free, he was
5 Irish. But if you think I'm Irish, then I invite you
6 to kiss my Blarney Stone.
7 Q. Okay. So it sounds like there was some
8 tension between you and the other board members?
9 **A. It's Kankakee.**
10 Q. Okay. And Kankakee meaning it was -- the
11 other administrative people were mostly white and you
12 were having problems with them, fair to say, correct?
13 **A. I wasn't having problems with them. They**
14 **were just doing what they always do.**
15 MR. MCGRATH: Object to foundation because
16 I'm not sure what time period.
17 BY MR. HERBERT:
18 Q. And when you say they, they do what they
19 always do, you're talking about the county
20 administration, right?
21 MR. MCGRATH: The same objection, foundation.
22 BY MR. HERBERT:
23 Q. Right? When you just said they do what
24 they always do, you're talking about the county's

Page 51

**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #17-6  Page 16 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

**Page 52**

1  administration, right, back when you were involved in
2  politics, 2005 through 2009, yes?  You've got to
3  answer.
4      A.  I guess you can say that.
5      Q.  Okay.  Well, let's -- I mean, the
6  administration, they always do that.  They always do
7  that.  They always were -- discriminated against
8  people because they were black in the administration.
9  Is that what you were talking about?
10     A.  I didn't say that.
11     Q.  Well, tell me.  Did you believe that
12  blacks were treated unfairly in the county
13  administration during the time periods that you ran
14  for mayor and when you were on the board?
15     A.  In the city and the county.
16     Q.  Okay.  In the city and the county you
17  believe blacks were being treated unfairly?
18     A.  Yes.
19     Q.  And why?  Give me all the reasons why you
20  believe they did, and I'm not judging you.
21     A.  In my campaign for mayor, we won the
22  primary on the Democratic side with 83 percent of the
23  vote, and the guy 17 percent, 16, whatever he got.
24  And then we shifted to the actual election itself and

**Page 53**

1  suddenly the post office -- the postmaster is sending
2  me letters saying, hey, we found your literature in
3  this box and you're going to be held accountable
4  blah, blah, blah because there was no -- my
5  literature was not -- is not placed in mailboxes, but
6  they kept doing that.  The postmaster kept doing
7  that.
8      Q.  They were placing -- they were
9  intentionally --
10     A.  The postmaster was simply saying that my
11  literature was being placed in mailboxes.
12     Q.  And the postmaster, that was part of the
13  administration, the government administration?
14     A.  No, not the government administration,
15  just part of the community.  Kankakee I told you has
16  a history of discrimination thing.
17         So I got the postmaster asking me
18  about --
19     Q.  Hold on.  Hold on.  Discrimination
20  against blacks?
21     A.  Yes.
22     Q.  And discrimination by whites?
23     A.  That's who there, yes.
24     Q.  Okay.  So it's your belief that Kankakee

**Page 54**

1  during this time period, the county administration,
2  the city administration, and the City of Kankakee in
3  general discriminated against blacks, correct?
4      A.  It's known in the City of Kankakee.  It's
5  -- yes.
6      Q.  Okay.  And do you believe that it's still
7  like that today?
8      A.  Yes.  May I speak?  There was a report --
9      Q.  Hold on one second.  And I get it, but
10  we've just got to -- we've got to do our jobs here,
11  and you're doing great.
12         Go ahead.  I'll let you say what you
13  have to say.  Why is it that you believe that blacks
14  are still being mistreated by the whites in Kankakee?
15     A.  May I preempt this with a statement?
16     Q.  It's your dep.  Go ahead.
17     A.  Three years ago the former fueler,
18  President Trump made the statement, America should
19  stop letting immigrants from the S-hole countries.  Do
20  you remember that statement?
21     Q.  Yeah.
22     A.  In reference to black -- Africa.  And he
23  said, instead America should be getting more
24  immigrants from the Scandinavian countries, Norway,

**Page 55**

1  Sweden, Denmark, the Netherlands, those types of
2  countries, and he went on to say because they're
3  smarter.  They're more educated.  They have harder
4  work ethics, higher ethics.  They're better people,
5  blah, blah, blah.
6          Well, fast forward, an organization
7  called World Population Foundation released their
8  annual report on world populations.  Three, four
9  months ago in November, their annual report came out.
10  They're from the Netherlands, some of these smarter,
11  more better people, and their report found -- they
12  list in the portion that zeroes in on the United
13  States population, they list as the ninth most racist
14  city in America Kankakee, Illinois.  Those smarter
15  people went and dug Kankakee out of nowhere to make
16  it a racist city, not because the Klan marches down
17  the street or not because of cross burnings, but
18  because of the every day, all day, regular routine
19  decision making that is done in that city.
20     Q.  Done by the white administration, yes?
21     A.  You can say that.
22     Q.  Well, I'm asking you though.
23     MR. MCGRATH:  Objection.  Form of the
24  question, foundation.



Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL  #172-6  Page 17 of 82

1    If you know.
2  BY MR. HERBERT:
3    Q.  Well, let me ask you this.  Do you think
4  that the Kankakee Police Department
5  discriminated against -- discriminates against the
6  citizens of Kankakee while you've been a resident
7  there?
8    A.  No, I can't say that.
9    Q.  Okay.  You never -- it was never your
10 belief --
11   A.  The police department was accused of
12 discriminating against those five black officers by
13 giving the white officers the samples of the exam.
14   Q.  Okay.  And do you believe that they did
15 discriminate against those five black officers?
16   A.  Wouldn't that be discrimination by
17 definition?
18   Q.  I'm sorry?
19   A.  Wouldn't that be discrimination by
20 definition?
21   Q.  I don't know.
22   A.  You show the white officers, but you
23 don't show the black officers, and then the white
24 officers are the only ones getting promoted.  The

Page 56

1  black officers never get promoted to sergeant?
2    Q.  Okay.  So you believe that the black
3  officers were discriminated against by the white
4  police administration in that case?
5    A.  Yes.  That's the comment I made to the
6  newspaper I think you're talking about.
7    Q.  What was the comment that you made?
8    A.  I don't know.  Something to the effect
9  of, well, they had something to say now that you
10 remind me.  Hey, how I sat in on the trial a couple
11 days, and it was a pretty interesting trial.
12   Q.  Do you think any -- other than those five
13 black officers, do you think that the police
14 department has discriminated against any other black
15 officers during the time that you've been involved in
16 Kankakee?
17   A.  The reason why we're here today, yes.
18   Q.  Okay.
19   A.  That's a big part of why we're here
20 today.
21   Q.  All right.  You think that the police
22 department discriminated against officers in this
23 case?
24   A.  The black mayor, the black deputy police

Page 57

1  chief, the black patrol commander, and again why am I
2  singled -- the only one singled out of the commission
3  to be listed here?
4    Q.  So you believe that the black mayor, the
5  black police commissioner, that they discriminated
6  against officers in this case?
7    A.  No, they're being singled out as the ones
8  being reverse discrimination, I guess.  I don't know.
9    Q.  Okay.  But other than those five officers
10 that you spoke of, do you believe that any other
11 police officers have been discriminated against by
12 the Kankakee --
13   A.  I can't speak to that.  I don't know.
14   Q.  Okay.  So you don't know of any other
15 officers in your opinion that have been discriminated
16 against by the Kankakee Police Department other than
17 those five?
18   A.  That I know of specifically.
19   Q.  Okay.  Do you think the Kankakee Police
20 Department has enough black officers?
21   A.  I don't know.  I don't base that on
22 black.
23   Q.  Do you think that the Kankakee Police
24 Department has enough black supervisors?

Page 58

1    A.  I don't know.  I don't base that on race.
2    Q.  Do you believe the Kankakee Police
3  Department discriminates against the black community
4  in Kankakee?
5    A.  I don't know.
6    Q.  Okay.  No opinion one way or the other?
7    A.  I do my job on the Police and Fire
8  Commission.  I zero in on what's going on around me,
9  but.
10   Q.  Okay.  After Mayor Chasity Wells became
11 the mayor, you would agree with me that she took
12 steps to include more blacks in the leadership
13 position in the Kankakee Police Department, correct?
14   MR. MCGRATH:  Objection.
15   THE WITNESS:  I can't say that.
16   MR. MCGRATH:  Form of the question,
17 foundation.
18 BY MR. HERBERT:
19   Q.  You're aware of the fact that she chose
20 Price Dumas to be her --
21   A.  Because the two white guys quit on her.
22 The two white guys quit on her, both of them.  The
23 current chief and then the one that came on after
24 her.  Two weeks after the interim, the first one

Page 59

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 18 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 quit. The second one stepped in, two weeks later he
2 quit and said he would want to sue her for
3 discrimination. So if everybody is quitting on you,
4 who do you go to? Somebody you can trust.
5     Q. And that was --
6     A. Isn't that the American way though, you
7 go to somebody you trust?
8     Q. And that's somebody -- so she went to a
9 black police officer that was somebody she can trust?
10    A. She went to someone she trusts.
11    Q. Which was a black officer?
12    A. By chance.
13    Q. Okay. So she couldn't trust the white
14 officers. Is that what you're saying?
15    A. They quit on her. They quit on her.
16    Q. Okay. And other than Price Dumas being a
17 black officer that she could -- that she thought she
18 could trust, right, also she promoted Willie Hunt,
19 correct?
20    MR. MCGRATH: Objection. Form of the
21 question, foundation.
22 BY MR. HERBERT:
23    Q. Do you understand the question?
24    A. She promoted Willie Hunt to what? I'm

Page 60

1 asking.
2     Q. To lieutenant, or I'm sorry, no. To
3 deputy chief?
4     A. Not right away.
5     Q. Were you involved in Willie Hunt's
6 promotion at any point?
7     A. None of that.
8     Q. Okay. And then she promoted Donell
9 Austin as well, correct?
10    MR. MCGRATH: Objection. Form of the
11 question, foundation.
12 BY MR. HERBERT:
13    Q. You're aware of the fact that she
14 promoted Donell Austin to commander from lieutenant?
15    A. He was a commander when I came on-board.
16    Q. Okay. And you're aware of the fact that
17 she demoted a white lieutenant by the name of Kidwell
18 K-i-d-w-e-l-l and replaced him with Austin, correct?
19    MR. MCGRATH: Objection. Form of the
20 question, foundation.
21 BY MR. HERBERT:
22    Q. Correct?
23    A. I don't know anything about that.
24    Q. Okay. There was a promotion that was

Page 61

1 announced and it pertains to the subject of this
2 complaint. It was announced for a lieutenant
3 position, and it sounds like around January 2018.
4 Does that sound about right to you is when that
5 promotion was announced?
6     A. I guess. I don't know.
7     Q. Okay. And the Police and Fire
8 Commission, what was your role -- what if any role
9 did the Police and Fire Commission play in the
10 January 2018 promotion from sergeant to lieutenant in
11 which Officer Sneed eventually got the position?
12    A. We were tasked with the list, of those
13 already on the promotion list, and they go down the
14 list who gets -- the next person is the one on the
15 list. That's the next one in sequence who gets
16 promoted.
17        The chief can pick between the top
18 three, any one of the top three. That's by State
19 statute, any one of the top three. So I don't know
20 who, maybe Lieutenant Skelly. I don't know if
21 somebody left or resigned or retired rather. If it
22 was Skelly, he retired which opened up a lieutenant
23 position.
24    Q. Does the board -- is the board

Page 62

1 responsible for sending out notice about a test for
2 this position?
3     A. The department sends it out.
4     Q. Okay. Is the board -- there was a
5 company that was brought in to administer the test?
6     A. Standard & Associates.
7     Q. Were you involved in retaining that group
8 in any way for the administration of that test?
9     A. We authorized the police department.
10 They give us names of who, different agencies,
11 Standard & Associates, ONS, somebody Solutions. I
12 can't remember.
13    Q. I guess the board chose Standard to --
14    A. We just give the police department the
15 option to pick.
16    Q. Okay. And the board provided Standard
17 with that option -- or I'm sorry?
18    A. We provide the police department with the
19 option to go with Standard & Associates.
20    Q. Okay. Did you know anyone at Standard &
21 Associates at the time in which --
22    A. I still don't. Standard.
23    Q. Standard.
24    A. Not d, nard n-a-r-d.

Page 63



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL  #17-6  Page 19 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Okay.  And were you involved in the --
2  any of the questions that were involved in the test?
3  **A.  The test, no.**
4  Q.  Were you involved in the test in any way?
5  **A.  Test, absolutely not.  We were given**
6  **scores after they take the test.**
7  Q.  Okay.  And you said it's your
8  understanding that they would go off of --
9  sequentially?
10  **A.  From the list.**
11  Q.  From the list?
12  **A.  That list is calculated not just from a**
13  **test score.  They take into account education.**
14  Q.  Education, veteran status?
15  **A.  Uh-huh.**
16  Q.  Yes?
17  **A.  Yes.**
18  Q.  And that's all designated by statute,
19  correct?
20  **A.  Absolutely.**
21  Q.  And you have to follow -- you as a member
22  of the board had to follow this statute when you made
23  your selection, and when I say you, I'm talking about
24  the board, yes?

Page 64

1  **A.  Yes.**
2  Q.  Okay.  And it is in fact the board that
3  makes the selection for who gets promoted, correct?
4  **A.  Yes.**
5  MR. MCGRATH:  Objection.  Form of the
6  question, foundation.
7  Do you understand the question?
8  BY MR. HERBERT:
9  Q.  And in this case --
10  MR. MCGRATH:  Did you understand that
11  question?
12  THE WITNESS:  Who makes the final decision
13  based on the parameters in which we make our
14  decision?
15  BY MR. HERBERT:
16  Q.  Yeah.
17  THE WITNESS:  Was that the question?
18  MR. MCGRATH:  Yeah.  Who selects off the
19  list?
20  THE WITNESS:  We go from that list, yes.
21  BY MR. HERBERT:
22  Q.  Okay.  So the chief can't make the final
23  selection.  It has to be done by the board, correct?
24  **A.  The chief makes the recommendation.**

Page 65

1  Q.  Okay.  And that's all it is is a
2  recommendation, correct?
3  **A.  Yes.**
4  Q.  And the board can either follow that
5  recommendation or choose not to follow that
6  recommendation?
7  **A.  Correct.**
8  Q.  But the board, regardless if it follows
9  the recommendation, it's required to follow all the
10  rules, regulations, and laws in place when making its
11  decision, correct?
12  **A.  Yes.**
13  Q.  Okay.  And was that done in this case --
14  **A.  Yes.**
15  Q.  -- with respect to Michael Sneed?
16  **A.  Yes.**
17  Q.  And you said it's your understanding that
18  the chief could pick from any of the top three?
19  **A.  Yes.**
20  Q.  And it's your understanding that you as
21  the board could pick from any of the top three?
22  **A.  Yes.**
23  Q.  Okay.  And where do you get that
24  understanding from?

Page 66

1  **A.  The State statutes.**
2  Q.  Was that information, was that
3  information included in the notice of the test for
4  sergeant to lieutenant?
5  **A.  I don't know.**
6  Q.  Do you know if anyone -- when you made
7  the selection of Michael Sneed, did you provide any
8  reasoning for why the other officers were bypassed?
9  There was two officers ahead of Michael Sneed,
10  correct?
11  **A.  On the test score, yes.**
12  Q.  Okay.  And you personally chose Michael
13  Sneed to be the representative for that promotion,
14  correct?
15  **A.  I as an individual from the board, yes.**
16  Q.  Okay.  And your other board members,
17  there was two other board members, correct?
18  **A.  Yes.**
19  Q.  And they agreed with your decision?
20  **A.  It wasn't my decision.**
21  Q.  They agreed with your opinion to promote
22  Michael Sneed?  In other words, was it unanimous?
23  **A.  I didn't make the -- you're making it**
24  **sound like I made the recommendation.  I was a part**

Page 67

**Nickey Yates Backwrite - 3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL #17-6 Page 20 of 82

1 of a board of three. We went off time in uniform,
2 Sneed 22 years, I think Berge may -- or Kreissler may
3 have had 17, and Berge may have had 14. We went off
4 -- and that was all part of the issue in the past.
5 It was all based on the test score, and the test
6 score came down to if you show the white officers the
7 test beforehand, they're probably going to score
8 higher, and that was a determining factor. So that's
9 what they had grown accustom to. We evaluated a
10 person -- I bet you know somebody who's smart as a
11 whip academically but has zero personal
12 communication, personal relation skills. All right.
13 That's not a question. I'm sure you do.
14    Q.  I do.
15    A.  And we looked at the entire -- we wanted
16 to look at the entire person.
17    Q.  Okay.
18    A.  The whole person, not just the test
19 score.
20    Q.  Got you. The two individuals that scored
21 first and second on the list were Tim Kreissler and
22 Paul Berge, correct?
23    A.  Yes.
24    Q.  And Michael Sneed scored third, correct?

Page 68

1    A.  Yes.
2    Q.  And Kreissler and Berge are white,
3 correct?
4    A.  Yes.
5    Q.  And Sneed is black, correct?
6    A.  Yes.
7    Q.  And you mentioned that you and the other
8 board members looked at a number of criteria in
9 making the decision to bypass the top two individuals
10 on the list for Michael Sneed, correct?
11    A.  After taking into consideration all the
12 other variables, yes.
13    Q.  Okay. Was one of the reasons considered
14 the fact that Michael Sneed was black?
15    A.  No.
16    Q.  At the time in which Michael Sneed -- or
17 before this promotion took place, did you have any
18 opinions about whether or not there needed to be more
19 black --
20    A.  No.
21    Q.  -- leaders within the Kankakee Police
22 Department?
23    A.  No.
24    Q.  Okay. The fact that Tim Kreissler and

Page 69

1 Paul Berge were bypassed by a black officer by you
2 and the other board members, did any of the reasons
3 include the fact that Berge and Kreissler were white?
4    A.  No.
5    Q.  Give me all the reasons why you bypassed
6 two white officers who scored higher --
7    A.  On paper.
8    Q.  Hold on, who scored higher than Michael
9 Sneed in all components of the test for a black
10 police officer. Give me all the reasons.
11    MR. MCGRATH:  I'm just going to object to the
12 form of the question, foundation.
13    You can answer.
14    THE WITNESS:  We looked at test score.
15 BY MR. HERBERT:
16    Q.  Right now I'm asking you for your reason
17 for bypassing the two white officers with the black
18 officer.
19    A.  Time in uniform. We looked at leadership
20 capacity. Sneed -- or Kreissler had, to the best of
21 our knowledge, my knowledge, you're talking about me,
22 my knowledge he had been in no leadership positions.
23 Berge had been in no leadership positions.
24    Q.  Let me just break down your answer.

Page 70

1    MR. MCGRATH:  He's trying to answer.
2    MR. HERBERT:  I know.
3    MR. MCGRATH:  I'd let him answer and then you
4 can follow up but -- otherwise it's going to read
5 like you cut him off.
6 BY MR. HERBERT:
7    Q.  All right. Go ahead. Go ahead. Or do
8 you want me to ask another question?
9    A.  No, let's finish that question if you
10 may. May I?
11    Q.  Yes, go ahead.
12    A.  No leadership capacity to the best of my
13 -- I had nothing that indicated Kreissler had been in
14 a leadership position, nothing to indicate that Berge
15 had been in a leadership position.
16    Sneed had served in a leadership
17 position capacity on the gang union. Sneed had been
18 in a leadership capacity in the drug unit. And then
19 we also looked at, again, time in service, 22 years
20 for Sneed, 17 for Kreissler. I may not be exact on
21 the years. Sneed had 22. I want to say Kreissler
22 17, and Berge may have had 14, there about.
23    So we looked at time in service, if
24 you will. I'm saying service in a uniform. I looked

Page 71



Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL  #112-6  Page 21 of 82

1 at that. I looked at leadership capacity. I took
2 into account also test scores, but then I also looked
3 at the recommendation from the police chief, and then
4 with all of those four factors taken into account, if
5 there's nothing, and nothing was presented that would
6 be derogative to count against that, so with all of
7 those five factors taken into account, Sneed got the
8 promotion.
9     Q.  Are those all the reasons for --
10    A.  Race had nothing to do with it.
11    Q.  All right.  Are those all the reasons, as
12 you sit here today, that you can think of as to
13 why --
14    A.  Those are the reasons.
15    Q.  -- why you selected the police officer
16 ranked third over the two higher ranked police
17 officers?  Have you provided all the reasons that you
18 took into account when making that decision?
19    A.  Yes.
20    Q.  Okay.  And you said that the police chief
21 recommended Michael Sneed?
22    A.  Yes.
23    Q.  And tell me about that.  How did you know
24 that the police chief recommended Sneed?

1     A.  He sent a letter, a memorandum.  He
2 identified there were two sergeants -- a couple
3 people up for sergeant promotions, and he made a
4 recommendation for them, I think Brad Latham.  And
5 then he also for the lieutenants, he pointed out
6 three and he laid out his reasons why he felt Sneed
7 should get the promotion.
8     Q.  Okay.  Did the chief ever address anyone
9 in the board directly as to why he believed Sneed was
10 the appropriate choice?
11    A.  What do you mean directly?  He spoke to
12 the board.  We were all sitting there together.
13    Q.  All right.  That's what I'm asking
14 because you talked about a letter that he sent.
15         Did he speak to the board in
16 addition to the letter?
17    A.  He read the letter, portions of it.
18    Q.  Okay.  Was there discussion during that
19 reading of the letter?
20    A.  No.
21    Q.  When did that take place, do you know?
22    A.  That was at the Police and Fire
23 Commission.  This would have been, I don't know, that
24 second Tuesday in August of 2019.

1     Q.  Okay.  And when was the vote made by the
2 board?
3     A.  At that meeting.
4     Q.  Okay.  And was there an executive session
5 held prior to the vote?
6     A.  I think it -- we may have had an
7 executive session to go over the private -- or the
8 personal backgrounds of each one or whatever may have
9 been discussed, and I say may have because if there
10 was -- there was no one in the room, so if we were
11 in a public meeting and we're going to talk
12 personnel, then we'll go into executive session.
13 There was no one in the room.
14    Q.  Okay.  But the decision was made in one
15 day, correct?
16    A.  Yes.
17    Q.  The chief came in, told you who he
18 believed should be promoted, and the board signed off
19 on that promotion in the same day, correct?
20    A.  Yes.
21    Q.  And did you review any of the respective
22 files of any of the three police officers, Kreissler,
23 Berge, or Sneed prior to signing off on Sneed's
24 promotion?

1     A.  I didn't individually, no.
2     Q.  Did you review any disciplinary files
3 regarding Mr. Sneed?
4     A.  I wish I would have, but no.
5     Q.  Okay.  And you say you wish you would
6 have?
7     A.  I wish I would have, yes.
8     Q.  And why is that?
9     A.  Because Berge came up for a hearing soon
10 after that in reference to another issue, and at that
11 hearing it turns out the guy had all these DUIs, he
12 had a hit and run where he damaged two parked cars
13 and drove away.  He beat up a lieutenant on the
14 police force, on his own police force.  He beat the
15 crap out of this lieutenant, and then he harassed
16 some fifth grade kids during a Black Lives Matter
17 march, but he also was kicked off a drug unit for
18 using drugs.
19    Q.  Do you believe Berge is a racist after --
20    A.  I don't know anything about that.
21    Q.  Okay.  How about Sneed, did you find out
22 if he had any discipline?
23    A.  That's just it.  We were given none of
24 that, nothing negative about any of them, so that --




Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL  #117-6  Page 22 of 82

1 the negative complaints or issues didn't factor into
2 the whole decision of any of the three.
3     Q.  Were any of them allowed to submit
4 letters of recommendation?
5     A.  I don't recall anyone submitting to us,
6 not to me anyway.
7     Q.  Did you ever reach out to anyone on
8 behalf of Officer Sneed --
9     A.  No.
10    Q.  -- to write a letter of recommendation?
11    A.  Negative.  I don't do that.
12    Q.  What information did you review other
13 than listening to the chief to make your decision?
14    A.  He laid out -- the chief does the
15 background, was doing the background information on
16 all three, so he laid out his background bullets, if
17 you will, on each of the three.
18    Q.  Okay.
19    A.  And that's what we based -- I based mine
20 and all of us, quite frankly, based the decision on.
21    Q.  Were you aware of the fact that at the
22 time of the decision that Sergeant Kreissler had more
23 time as a sergeant than Sergeant Sneed had at that
24 time?

Page 76

1 white -- or is black except for the white guy who
2 promoted the black guy.  Everybody else is black.
3     Q.  But you promoted the black guy, right,
4 the board?
5     A.  Yes, the commission.  So where are the
6 other two commissioners in this list?  They're not
7 listed.
8     Q.  Okay.
9     A.  Only the black guys.  The black mayor,
10 the black deputy chief, and me.
11    MR. HERBERT:  How are you doing?  Are you
12 doing good?  Do you need a break?  I'm fine.  I'm
13 just asking you or anyone else.
14    MR. MCGRATH:  Any time you want to take a
15 break, we can.
16    THE WITNESS:  You know, I spent a whole bunch
17 of years in the Marine Corps.  I was an infantry
18 officer, and bouncing around we were defending
19 liberty, justice, democracy, and freedom.  I can hang
20 where a monkey can't hang.
21 BY MR. HERBERT:
22    Q.  Were you ever discriminated against in
23 the Marine Corps?
24    A.  Yes, I was.

Page 78

1     A.  No.
2     Q.  No, you were not aware of that?
3     A.  I wasn't aware of that.
4     Q.  Would that have factored into your
5 decision in any way?
6     A.  Not particularly.
7     Q.  Do you believe that Kreissler is a racist
8 in any way?
9     A.  I don't know.  I have no reason to
10 believe otherwise beyond my being here.
11    Q.  You believe that you being here --
12    A.  They're playing a race card on me, yeah.
13    Q.  And when you say they, you're talking
14 about?
15    A.  I'm talking about Kreissler and Berge.
16    Q.  Okay.  You think that they're playing the
17 race card on you?
18    A.  Yes, I do.
19    Q.  Why do you think that?
20    A.  Why am I here?  Why aren't the other
21 members identified?
22    Q.  I understand that.  But why do you think
23 that they're playing a race card?
24    A.  Because everybody in their lawsuit is

Page 77

1     Q.  By --
2     A.  Commanders, yes.
3     Q.  By white commanders?
4     A.  Yes.  Would you like to hear one, one of
5 many?
6     Q.  You believe that you were systemically
7 discriminated against throughout your career in the
8 Marine Corps by white people?
9     A.  Yes.
10    Q.  Okay.  And do you have some animosity
11 towards white people in general?
12    A.  I hate being cheated by anybody.
13    Q.  Have you been cheated by anyone other
14 than white people?
15    A.  Yes.
16    Q.  Okay.  Do you have animosity towards
17 white people in general?
18    A.  I hate being cheated by anybody.  I treat
19 every individual with dignity and respect.
20    Q.  I get it, but you've got to answer my
21 question.
22    A.  I treat every individual with dignity and
23 respect.
24    Q.  I get it, but my question is, do you have

Page 79



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 23 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 have animosity towards white people in general?

2    **A. No.**

3    Q. Do you have animosity towards the white

4 people in Kankakee?

5    **A. Not particularly.**

6    Q. What do you mean by that, not

7 particularly?

8    **A. My animosity is against the individuals**

9 **who cheat me.**

10    Q. And you believe that white people in

11 Kankakee have cheated you in the past?

12    **A. Yes. Yes. Have cheated me, what was**

13 **that last word?**

14    Q. In the past.

15    **A. Yes.**

16    Q. And you believe the white administration

17 has cheated you in the past?

18    **A. What administration?**

19    Q. White administration.

20    **A. I'm asking you which administration?**

21    Q. Oh, I'm sorry. In Kankakee.

22    **A. White individuals. I can't speak for the**

23 **administration.**

24    Q. And you believe that aside from you being

1 discriminated against by white people, you think that

2 the entire black community in Kankakee has been

3 discriminated against by white people?

4    **A. I suspect that that world population just**

5 **pulled Kankakee out of a hat. Those smarter white**

6 **people saw what goes on in Kankakee on a routine**

7 **basis.**

8    Q. So you agree that white people have

9 been -- discriminated against black people --

10    **A. Yes, in Kankakee for a long time.**

11    Q. Okay. And as a member of the -- a

12 commissioner, is it your position that you don't want

13 to see a more diverse leadership role in the Kankakee

14 Police Department?

15    **A. I want to see righteousness done. I want**

16 **to see things done right.**

17    Q. And part of that being done right, is it

18 to stop discriminating against African Americans?

19    **A. Stop discriminating against anybody.**

20    Q. And included in there you believe that

21 there was discrimination against African Americans?

22    **A. Definitely.**

23    Q. Certainly in the Kankakee Police

24 Department?

1    **A. Yes.**

2    Q. Okay. And part of your role as a

3 commissioner is you want to see a more diverse --

4    **A. I'd just say I want to see things done**

5 **right.**

6    Q. And by being done right --

7    **A. That doesn't necessarily mean white folk**

8 **-- everybody put a bunch of black people in position.**

9    Q. By being done right, that includes whites

10 not getting an advantage during the promotional

11 process in the police department, correct?

12    **A. An unfair advantage, no. I don't want to**

13 **see that.**

14    Q. And in fact, you want to see -- you want

15 to see more blacks in a leadership role -- hold on.

16    **A. I want to see equality.**

17    Q. Hold on. You've just got to let me ask

18 the question. You want to see more blacks in a

19 leadership role because you believe that they can

20 more --

21    **A. I didn't say that.**

22    Q. You know Mike Shreffler, correct?

23    **A. I know the name.**

24    Q. Okay. And in fact, you were on the board

1 when Mike Shreffler was terminated, correct?

2    **A. Yes.**

3    Q. And you had been on the board for a

4 couple of years at that point in which Mike Shreffler

5 was terminated?

6    **A. Yes.**

7    Q. And while you've sat on the board, you

8 have been involved in hearings of --

9    **A. In what?**

10    Q. In hearings for police officers that

11 their discipline was being sought? Do you understand

12 the question?

13    **A. Hearings. You're talking about hearings?**

14    Q. Hearings, yeah, meaning trials.

15    **A. Got you.**

16    Q. Yes. You've been involved in trials

17 where officers had the right to present evidence on

18 their behalf and the chief has to present evidence on

19 his behalf regarding the disciplinary status of the

20 police officer, correct?

21    **A. Yes.**

22    Q. And you would agree with me that Mike

23 Shreffler, he did not have one of those hearings,

24 correct?

**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #17-6  Page 24 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1    A.  He didn't want a hearing.

2    MR. McGRATH:  I'm just going to object, the

3 form of the question.  If you'll slow down.  I

4 sometimes need to object, but foundation, form of the

5 question, relevance.

6

7 BY MR. HERBERT:

8    Q.  And what is your belief for why Mike

9 Shreffler did not want a hearing?

10    A.  I don't know.  He just didn't want a

11 hearing.  He chose arbitration or whatever he chose.

12 I don't know.  He didn't come to us.

13    Q.  Where did you get that information from?

14    A.  Because he didn't come to the board.

15    Q.  And you as the -- as a board member, you

16 signed off on his termination, correct?

17    A.  As secretary, yes.

18    Q.  Give me one second.

19       Are you aware of the fact that

20 Kreissler, Kreissler was upset when he got passed

21 over on the list for lieutenant?

22    MR. McGRATH:  Objection.  Foundation.  I

23 think there's a couple lists.

24       But you can answer if you know.

Page 84

1    MR. HERBERT:  I'm talking about the list

2 that --

3    THE WITNESS:  I had no idea who Kreissler

4 was.  I saw him in Walmart, in a couple different

5 places, he spoke, I spoke, and I had no clue that was

6 the person that was suing me.

7 BY MR. HERBERT:

8    Q.  When did you see Kreissler in Walmart,

9 and what did he say to you, and what did you say to

10 him?

11    A.  Periodically I'd walk in Walmart.  That's

12 where I recognized him from, just seeing him in the

13 store and knowing he was a police officer, and I'd

14 speak, hey, how are you doing, and he'd speak back,

15 and that was it.

16    Q.  Did you ever hear Mayor Chasity Wells

17 while she was in office or running for office make

18 any statements that the police department, the high

19 ranking members of the police department were too

20 white?

21    A.  Too white, no.

22    Q.  Okay.  Did you ever hear the mayor make

23 any statements that she believed that there was a

24 problem in Kankakee with the way white officers treat

Page 85

1 people in Kankakee?

2    A.  People or black people?

3    Q.  Black people.

4    A.  Yes.

5    Q.  Okay.  You heard her say that she

6 believed that the white supervisors were mistreating

7 black people in Kankakee, correct?

8    A.  I know how one treated her.

9    Q.  But I'm not asking that right now.  You

10 heard her make statements to that effect, that the

11 white supervisors were mistreating members of the

12 black community in the City of Kankakee?

13    A.  That's not what I heard.

14    Q.  Okay.  But you believe that the white

15 supervisors were mistreating members of the black

16 community in Kankakee?

17    A.  White supervisors mistreated the mayor.

18    Q.  How so?

19    A.  A week after she took office, the Monday

20 following the week after she took -- after the day

21 she took office, that Monday morning when she came to

22 work, there was an elderly white gentleman in her

23 office waiting for her.  He came into her office, he

24 pointed out to her that that weekend they were at a

Page 86

1 bowling -- or a golf course and this it turned out to

2 be off-duty police officer felt that that white guy

3 was moving too slow and he beat him up.

4       So that old guy sitting in the

5 mayor's office when she comes in, he tells her what

6 happened, his face is all bruised up, she calls the

7 police department chief, the interim Chief Passwater

8 and that officer and their union rep, I think

9 Lombardi or whatever his name might be.

10       The three of them went to the

11 mayor's office and at which time that officer that

12 beat this elderly gentleman up walked into the office

13 barking at the mayor in that manner in her office,

14 and the chief and the union rep did nothing.

15    Q.  And the union rep was white, correct?

16    A.  They said nothing.  Yes.

17    Q.  And Passwater is white, correct?

18    A.  Yes.

19    Q.  And the officer that came in -- and for

20 the record you were -- you were poking your finger in

21 a pointing manner towards me not threatening but you

22 were demonstrating, correct?

23    A.  He was upset with her for questioning

24 him.

Page 87

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 25 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1    Q.  And who was the white police officer?
2    A.  I don't recall his name.
3    Q.  And you weren't there for this
4  interaction, were you?
5    A.  I wasn't in the room, no.
6    Q.  Okay.  How did you hear about this?
7    A.  She eventually told me.
8    Q.  The mayor?
9    A.  She eventually told me, yes.
10   Q.  Okay.  What other reasons do you believe
11 that the white police officers were mistreating the
12 mayor?  Is that the only instance why you believe
13 that they were mistreating her?
14   A.  Mistreating her -- I mean, that's the
15 only thing I heard on that note, but that so-call
16 vote of no confidence wasn't a good move.
17   Q.  Tell me about that.
18   A.  It was a vote of no confidence.  They
19 pushed a vote of no confidence.
20   Q.  Who's they?
21   A.  They as in the police department.  The
22 senior members of the police department.  They didn't
23 allow the junior officers to vote.  So just the
24 senior officers did a vote of no confidence against

Page 88

1 BY MR. HERBERT:
2    Q.  Is that fair to say, your belief?  I'm
3 asking you though.  Do you believe it was white
4 police officers behind this vote of no confidence?
5    A.  There were no black officers involved
6 that I'm aware of.  They came to the city council
7 meeting and they all stood in front of the mayor.
8 Not one of them was black.
9    Q.  Okay.  And --
10   A.  Not one was black.
11   Q.  And you think that they were motivated by
12 the race of the individuals that they voted no
13 confidence towards?
14   A.  The comment, we're taking the department
15 back suggested that.  Taking it back from who?
16   Q.  Any other reason that you believed that
17 they were motivated by the race of these individuals
18 when they voted no confidence other than that
19 comment?
20   A.  I don't know who they would have been
21 taking it back from.
22   Q.  I mean other than that comment though.
23 Is there any other reason why you thought this was a
24 racial vote of no confidence?

Page 90

1 the chief, the deputy chief, the patrol commander,
2 and Sneed.
3    Q.  Okay.  And the --
4    A.  Who happened to all be black except for
5 the white chief who promoted the black guy, Sneed.
6    Q.  And you think that the vote was motivated
7 by the fact that all those individuals were black?
8    A.  When Sneed -- when --
9    Q.  Hold on.  You've got to answer that
10 question though.
11   A.  Yes.
12   Q.  Okay.  And you believe that it was white
13 police officers that were part of the decision to
14 have that vote of no confidence.  Is that correct?
15   A.  Berge's comment that we're taking that
16 department back suggested a race thing.
17   Q.  Okay.  But the vote of no confidence, you
18 said it was just the older officers and they didn't
19 get the vote from the younger officers, so it was the
20 white officers that were making this vote of no
21 confidence?
22   A.  Well, I don't know.
23   MR. MCGRATH:  Objection.  Form of the
24 question, it misstates the evidence.

Page 89

1    A.  I don't know.
2    Q.  Okay.  They never mentioned race as a
3 reason?
4    A.  White people never mention race.  White
5 people play the race card on black people every day,
6 but by not mentioning it, all of a sudden it's not
7 what it is.
8    Q.  And you think that the white people in
9 the police department were playing the race card when
10 they had this vote of no confidence?
11   A.  Yes.
12   Q.  Okay.  And why is it that you believe
13 that they were playing the race card?
14   A.  They want their department back.  That's
15 what Berge said.
16   Q.  Other than that comment?
17   A.  We're taking our department back.  From
18 who?  Taking it back from who, the black guys.  The
19 black people in charge.  That's how I interpreted
20 that.
21   Q.  Because the blacks, when the mayor came
22 in, she had changed the dynamics of the command staff
23 within the police department.  Do you agree with me
24 on that?

Page 91



**Nickey Yates Backwrite  -  3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL   #17-6   Page 26 of 82

**Page 92**

1    MR. MCGRATH:  Objection.  Foundation, form of
2  the question.
3         If you know if the mayor -- if she's
4  able to change.
5    THE WITNESS:  Every administration does
6  changes, don't they?  Isn't that normal?
7  BY MR. HERBERT:
8    Q.  Yeah.  Well, you agree with me on that
9  statement then, right?
10   **A.  Not about race.  Every mayor makes**
11 **changes.**
12   Q.  No, I'm saying the mayor in this case,
13 shortly after she was elected, she changed the top
14 levels of the command staff, correct?
15   **A.  I don't know what it was before, but I**
16 **know what it was when I got there, when I came on the**
17 **Police and Fire Commission.  I have no idea who was**
18 **in charge of what --**
19   Q.  Right.  You got there before the mayor
20 did, correct?
21   **A.  No.  No, I got there after the mayor.**
22 **She appointed me.**
23   Q.  Okay.  And she appointed you shortly
24 after she became the mayor, correct?

**Page 93**

1    **A.  Correct.**
2    Q.  And you would agree with me that shortly
3  after she became the mayor, she made changes within
4  the command staff of the police department, correct?
5    MR. MCGRATH:  Objection.  Foundation, form of
6  the question.
7  BY MR. HERBERT:
8    Q.  You can answer.
9    **A.  The changes -- everybody that -- when I**
10 **came into office on the Police and Fire Commission,**
11 **everybody was in place to the best of my knowledge.**
12 **I wasn't aware of any changes that occurred**
13 **afterwards, so that was in place when I got there.**
14 **So that's why I assume maybe some of them were**
15 **already in position beforehand.**
16   MR. MCGRATH:  Could we take a five-minute
17 break?
18   MR. HERBERT:  Yeah.  Yeah.  Let's take
19 however long as you guys need.  Five minutes?
20   MR. MCGRATH:  Yeah.
21        (Whereupon, a short break
22        was taken.)
23   MR. HERBERT:  Back on the record.
24

**Page 94**

1  BY MR. HERBERT:
2    Q.  All right.  We just had a little, brief
3  discussion off the record, and I asked you if you
4  would be willing to talk about some of that on the
5  record and you said yes, so I would let you go ahead
6  and speak to what you were just speaking to.
7    **A.  You know, 9/11, and 9/11 stirs up**
8  **patriotism and all those types of things amongst**
9  **people.  Patriots Day, September 11th, all this**
10 **stuff.  Well, it has an entirely different meaning**
11 **for me.  9/11 means something completely different**
12 **for me.**
13        **I was in Kankakee on leave.  I**
14 **attended a conference in San Antonio while I was on**
15 **leave.  I just went because who better to brief my**
16 **four million dollar budget and training plan but the**
17 **one who wrote it and that was me.**
18        **So I go to this conference, and as**
19 **soon as the conference is over, I leave my Master**
20 **Guns, 26 years in the Marine Corps, my fiscal clerk**
21 **who handles all these pots of money, I leave them in**
22 **San Antonio for the next day's -- the final portion,**
23 **a wrap-up session the next day which is nothing more**
24 **than to get phone numbers, communicate with whoever**

**Page 95**

1  you might want to talk to, but the business was done.
2    Q.  Got it.
3    **A.  I catch the first thing smoking back to**
4  **Midway Airport.  I want to get back home and be with**
5  **my family, and then I get a call, hey, we need you**
6  **back.  The colonel wants you to brief him on the**
7  **conference.  All right.  Well, nothing has changed**
8  **since I briefed you before I went on leave.**
9  **Absolutely nothing has changed.**
10   Q.  And then what happened?
11   **A.  He demands that I come back, so I did.  I**
12 **just got on the western outskirts of St. Louis when I**
13 **get a phone call that a plane flew into a building,**
14 **and then another plane, and then the third one.**
15 **Okay.  My twin brother works in the Pentagon, and it**
16 **turned in that section of the building, but he wasn't**
17 **there.  I hadn't heard from him yet, so I was -- the**
18 **stress level was running pretty high.**
19        **The next morning I go in to brief**
20 **the colonel at 7:30, I go in to brief the colonel,**
21 **the lieutenant colonel is in there, I lay out all my**
22 **materials and I start my brief, less than five**
23 **minutes into my brief the colonel stops me, turns to**
24 **the lieutenant colonel and says, hey, let's go run**



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 27 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

1 three miles, and I'm shocked.

2    Q. Why did that bother you?

3    **A. Because he called me back off leave to**

4 **come back and give what turned out to be an**

5 **unimportant five-minute brief. And oh, by the way, I**

6 **was on leave in Kankakee because my mother died.**

7    Q. Why do you think he did that?

8    **A. That's the race factor.**

9    MR. MCGRATH: Objection. It calls for

10 speculation.

11 BY MR. HERBERT:

12    Q. But you used the N word a couple of

13 times?

14    **A. Yeah. And I don't use -- this concept N**

15 **word. I'd rather call it exactly what it is because**

16 **it's a very egregious concept. It's a very egregious**

17 **concept, and there's never a proper time for the**

18 **black guy to talk about it makes white people**

19 **uncomfortable. So now we're talking, oh, a critical**

20 **race theory. Don't mess with my statues, that's our**

21 **heritage. Well, slavery is part of the same**

22 **heritage, wasn't it, but how dare this Negroes talk**

23 **about how us good white guys being Christians treated**

24 **them like crap for 400 years. What kind of balance**

1 is that? If I have to act like the boy in life and

2 white people get to act like the man, how is that a

3 balance? What's so equal about that?

4    Q. You've got strong feelings on this issue?

5    **A. I've got very strong feelings. I've got**

6 **some very strong feelings -- if we're talking about**

7 **baseball, I'm going to be on the ground knees and**

8 **toes twisted sideways because I'm serious about**

9 **everything I talk about, but the one thing that will**

10 **never change is the color of my skin.**

11    Q. And you believe that the color of your

12 skin has caused a lot of discrimination in your past?

13    **A. In my everyday existence. Not a day**

14 **passes where I don't encounter in some way, shape or**

15 **form. So they say, well, just get over it. So I go**

16 **in the store and get followed like a common thief.**

17 **Well, just get over it. I get stopped and followed**

18 **and harassed by police officers solely because I made**

19 **eye contact with that police officer sitting there**

20 **running a radar or whatever the case. I look over**

21 **and make contact and I guarantee I'm likely to get**

22 **stopped for that reason alone.**

23    Q. Do you think that your feelings about

24 racism, do you think that that affects your ability

1 to do your job?

2    **A. No, it doesn't. No, it doesn't. I lead**

3 **3500 infantry Marines going into Iraq and all of a**

4 **sudden I come back to Kankakee, Illinois and I'm not**

5 **qualified to be the assistant manager at Burger King**

6 **because some white guy with a GED maybe is more**

7 **qualified than me.**

8    Q. But it sounds to me like you have

9 animosity towards white people in general?

10    **A. I have animosity towards being cheated by**

11 **anybody.**

12    Q. But would you agree with me that you have

13 animosity towards the white race?

14    **A. No. No.**

15    Q. Okay.

16    **A. No.**

17    Q. And -- never mind. You talked about Paul

18 Berge making this statement about how we need to take

19 our department back, and you thought that he was

20 talking about we need to make it more white and get

21 rid of the blacks essentially, correct?

22    **A. I didn't understand who he was taking it**

23 **back from.**

24    Q. Okay. But what was your belief?

1    **A. My assumption, because all the commanders**

2 **were black.**

3    Q. And that was at the point in which the no

4 confidence vote was taken by the white officers

5 against the black command staff, correct?

6    **A. Yes.**

7    Q. And the black mayor, correct?

8    **A. Yes.**

9    Q. Okay. And after that happened, Paul

10 Berge came in front of the board for a disciplinary

11 case, correct?

12    **A. Yes.**

13    Q. And you were part of that board, correct?

14    **A. Yes.**

15    Q. And you voted on that case, correct?

16    **A. Yes.**

17    Q. And you voted to discharge Paul Berge,

18 correct?

19    **A. Terminate, yes.**

20    Q. Okay. And did part of the reason for you

21 voting to terminate, was that based upon the comments

22 that you heard Berge make that you just spoke of?

23    **A. No.**

24    Q. Did you tell anyone else on the board



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #17-6  Page 28 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

**Page 100**

1  that Berge had made those comments?
2  **A.  He made the comments to the entire board,**
3  **but I didn't have to.**
4  Q.  So the entire board that sat on Berge's
5  disciplinary hearing heard those comments made by
6  Berge?
7  **A.  It's in the record, yes.**
8  Q.  Was there any discussion by the board
9  members about those comments at any point during
10  Berge's hearing?
11  **A.  I don't recall.**
12  Q.  I'm certain it would have been a big
13  issue with the board, so that's why I'm asking the
14  question.  Was there any discussion about -- amongst
15  the board members about Berge making those what you
16  believe to be discriminatory comments?
17  MR. MCGRATH:  Objection.  Form of the
18  question, foundation, incomplete hypothetical, calls
19  for speculation.
20  BY MR. HERBERT:
21  Q.  You can answer.
22  **A.  I don't recall.  It's in the record, the**
23  **transcript.**
24  Q.  Do you think Berge had a fair hearing

**Page 101**

1  based upon the evidence that was in the record?
2  **A.  Yes.**
3  Q.  The information about Berge making that
4  statement, that wasn't part of his disciplinary case,
5  was it?
6  **A.  No.**
7  Q.  But yet you knew about Berge making that
8  statement during his disciplinary case, correct?
9  **A.  He said it during his trial, his hearing,**
10  **yes.**
11  Q.  But you knew about it before that,
12  correct?
13  **A.  No.  He said it during his trial, during**
14  **his hearing.  It's in the transcript.**
15  Q.  But the vote, the no confidence vote,
16  that was taken well before Berge's hearing, correct?
17  **A.  Some time before, yes.**
18  Q.  So he would have made that comment to the
19  board members well before his hearing, correct?
20  **A.  No.  He made that comment during the**
21  **hearing.  The vote had already been conducted.  His**
22  **hearing was for the discipline issue.**
23  Q.  Are you saying that the first time that
24  you heard Berge make that comment about we need to

**Page 102**

1  take the department back was during his disciplinary
2  hearing?
3  **A.  Yes.  I had no clue who Berge was.**
4  Q.  But you knew somebody had made that
5  comment --
6  **A.  No.**
7  Q.  Okay.  And you said that when Berge made
8  this comment, that the vote had already been done to
9  terminate him?
10  **A.  No.  He made that comment at the very**
11  **start of questioning for him or against him or in**
12  **lieu of his hearing.  As soon as he was -- what do**
13  **you call it, put on the stand, if you will, he made**
14  **that comment then.**
15  Q.  He made the comment -- he admitted that
16  he was the one that said, "We need to take this
17  department back"?
18  **A.  He didn't admit he said it.  He just said**
19  **it, "We're taking our department back."**
20  Q.  And that statement, how did that make you
21  feel?
22  **A.  It just raised the question, take it back**
23  **from who?**
24  Q.  You believe he was talking about from the

**Page 103**

1  blacks, right?
2  **A.  Yes.  Who else would he -- yes.**
3  Q.  And that was -- his statement was part of
4  the reason why he got fired, right?
5  **A.  Nope, not at all.  Don't put words in my**
6  **mouth.  No, that's not what I said.**
7  Q.  Okay.  Shortly after Sneed was promoted
8  to lieutenant from sergeant, there was a list
9  generated for the promotion to the rank of sergeant,
10  correct?
11  **A.  They may have been promoted -- generated**
12  **at the same time.**
13  Q.  Do you remember who was promoted off that
14  list to sergeant?
15  **A.  Brad Latham.  Bradley Latham.**
16  Q.  And is he black or white?
17  **A.  White.  I voted for him too.**
18  Q.  That was taken in rank order, correct?
19  **A.  Yes.**
20  Q.  In other words --
21  **A.  He was the top of the list.**
22  Q.  Since you've been on the board, how many
23  promotions have you voted on?
24  **A.  I can't -- too many to count.  A lot.**

**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 117-6 Page 29 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q. Okay. And other than Sneed, were any of
2  those promotions based on individuals that were
3  ranked lower than individuals, other individuals?
4  **A. Yes.**
5  Q. Who else?
6  **A. Brad Latham being promoted to lieutenant.**
7  **He was promoted to lieutenant over Amaladine**
8  (phonetic) who got the promotion, the same promotion
9  a few months later, but Latham was promoted over him,
10 and that was the recommendation of the current chief.
11 Q. Okay. And who was he promoted over, a
12 black or white?
13 **A. White. Both white.**
14 Q. Did you vote for Latham to be promoted to
15 lieutenant?
16 **A. Yes.**
17 Q. And other than Latham and Sneed?
18 **A. And Latham, if I can say, had been a**
19 **sergeant maybe two years when he was promoted to**
20 **lieutenant, so the length of time as a sergeant**
21 **didn't factor in per se.**
22 Q. Okay. Other than Latham and Sneed while
23 you've been on the commission, have you voted to --
24 for a candidate to bypass other candidates that were

Page 104

---

1  higher than them on the list other than Sneed and
2  Latham?
3  **A. On the fire side we did I recall once,**
4  **but it was -- there is different reasons. This**
5  **individual was leaving or he was hinting that he had**
6  **applied for a couple different departments and he was**
7  **hinting he was going to go somewhere else, so we**
8  **bypassed him and then we still came back to him and**
9  **asked him again, are you sure you don't want to try**
10 **here, but circumstances were different.**
11 Q. So the first time that somebody -- when
12 you were on the commission, the first time that
13 somebody that was ranked lower than an individual or
14 was promoted over that individual or individuals
15 would have been Michael Sneed, correct?
16 **A. I believe so.**
17 Q. Okay. And you had signed off on other
18 promotions prior to that?
19 **A. Yes.**
20 Q. And all of those promotions were done
21 based upon rank order, correct?
22 **A. I'm pretty sure they were, yes.**
23 Q. Okay. If we can go to -- I'll take that
24 back. We're going to go to Yates No. 2.

Page 105

---

1         (Whereupon, Yates
2         Deposition Exhibit No. 2
3         was marked for
4         identification.)
5  MR. HERBERT: Here you go, Mike.
6  BY MR. HERBERT:
7  Q. All right. And if you go to the last
8  page of that document, it appears to be your
9  signature. Is that correct?
10 **A. Yes.**
11 Q. Okay. And you signed this, correct?
12 **A. Yes.**
13 Q. And these are the answers to our
14 interrogatories, correct?
15 **A. Uh-huh. Yes.**
16 Q. And you reviewed the answers, correct?
17 **A. Yes.**
18 Q. Okay. And in the first question on
19 page 1, "Please describe your involvement in the
20 promotional process for the lieutenant promotional
21 exam, specifically (a) state all the reasons that
22 Sneed was promoted over the top scorers on the list,
23 Kreissler and Berge."
24        Your answer, "Defendant Yates

Page 106

---

1  objects to this interrogatory on the basis that it is
2  overly broad and more appropriately suited for a
3  deposition subject to and without waiving the
4  foregoing objection and answering in summary, I voted
5  to promote Sneed based upon his skills, knowledge,
6  and experience, Chief Kosman's recommendation."
7        Do you see that?
8  **A. Yes.**
9  Q. And that's your answer, correct?
10 **A. Yes.**
11 Q. Okay. And as you sit here today, is
12 there -- is that answer complete?
13 **A. Yes.**
14 Q. Okay. And you agree with that answer?
15 **A. Yes.**
16 Q. Okay. And then (b), "Identify each
17 person who made the decision to promote Sneed to
18 lieutenant, and you indicate yourself, Willie Davis,
19 and Dawn Landwehr, correct?
20 **A. Correct.**
21 Q. And that answer is accurate, correct?
22 **A. Yes.**
23 Q. And then (c) we ask for -- I'm sorry.
24 We'll skip down to (d). That was duplicative. (D),

Page 107

---



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  #17-6  Page 30 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 Identify all the documents replied upon, and in there
2 you put a letter from Chief Kosman and personnel
3 files of Kreissler, Berge, and Sneed.  Do you see
4 that?
5     A.  Yes.
6     Q.  As well as the promotional testing
7 documents, correct?
8     A.  Yes.
9     Q.  I thought when you testified earlier, and
10 if you made a mistake, you made a mistake, but I
11 thought I heard you say that you did not take a
12 look --
13     A.  And I did not.  When I say personnel
14 files, that was based on chiefs informing us of the
15 file.
16     Q.  Okay.  So just so we're clear, you never
17 reviewed any of the candidates' personnel file,
18 correct?
19     A.  I, no.
20     Q.  Okay.  And the decision to promote Sneed
21 was made on August 8th, correct?
22     A.  I believe that to be the date.
23     Q.  And you never communicated with Kreissler
24 and/or Berge about the decision to bypass them?

Page 108

1 performance issues that were being raised about Sneed
2 by any source?
3     A.  No.
4     Q.  Okay.  Are you aware of the fact that
5 then Sergeant Sneed had several of his cases with the
6 State's Attorney's office, those cases were dismissed
7 based upon some apparent misconduct by Sergeant Sneed
8 at the time.  Are you aware of that?
9     A.  No.
10     Q.  There was some illegal recording
11 supposedly made by Sergeant Sneed in cases where
12 there was no conventional or -- what is a COH?
13 Conventional overhear?
14     A.  No.
15     Q.  Consensual overhear?
16     A.  No.  I wasn't familiar with that.
17     Q.  Okay.  Do you know Detective Troy
18 Jacobson?
19     A.  No.
20     Q.  I believe Troy Jacobson was terminated?
21     A.  That name I've never heard before.
22     Q.  Okay.  All right.
23     A.  Does it indicate when he was terminated?
24     Q.  I don't know.

Page 110

1     A.  No.
2     Q.  Did you ever communicate with Sneed about
3 his promotion?
4     A.  Negative.
5     Q.  Okay.  So question No. 2 you indicated
6 that -- or let me ask you this.  Was the decision to
7 promote Sneed over Berge and Kreissler, was it based
8 in any way on Berge and Kreissler's work performance?
9     A.  More the lack thereof.  Again, they
10 hadn't been in leadership capacities.
11     Q.  And you said they hadn't been in
12 leadership capacities.  They've both been sergeants,
13 correct?
14     A.  They had both been sergeants, so they
15 were doing whatever typical sergeant duties they do,
16 but they had not been in a leadership capacity like
17 Sneed who had leadership in a gang and leadership in
18 a drug unit.
19     Q.  Did you become aware of any performance
20 issues with Officer Sneed while he was in the gang
21 unit?
22     A.  No negative comments were made, were sent
23 to us about anything.
24     Q.  But did you become aware of any negative

Page 109

1     So question No. 3 we ask, Identify
2 each person who complained of Berge and/or Kreissler,
3 and you say see their personnel files.
4     So is it fair to say that nobody
5 complained about the work performance of Berge and/or
6 Kreissler to you or any members of the board on the
7 date that you made the decision?
8     A.  No, no one informed us anything.
9     Q.  Okay.  And obviously prior to you making
10 that decision nobody informed you of anything either?
11     A.  No.
12     Q.  Okay.  And other than the chief, did
13 anyone else make any recommendations on who should be
14 promoted off of that list?
15     A.  No.
16     Q.  Did you speak with anyone other than the
17 chief and your fellow board members about your
18 decision on who should be promoted off that list?
19     A.  No.
20     Q.  And you'd agree with me that if Sneed was
21 allowed to have character letters or letters of
22 recommendation written on his behalf and the other
23 two officers were not provided that same opportunity,
24 you would agree with me that the selection process

Page 111

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 31 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 would not have been fair?

2     **A. I would have raised the question of why**

3 **he was the only one.**

4     Q. And as you sit here today, you're not

5 aware of a single person recommending Sneed other

6 than the chief?

7     **A. No.**

8     Q. You're not aware of a single letter on

9 behalf of Sneed recommending him in any way?

10     **A. I wasn't made aware of anything, not to**

11 **me.**

12     Q. Okay. Have you ever been accused other

13 than in this lawsuit, have you ever been accused of

14 discriminating against anyone?

15     MR. MCGRATH: I would object, form of the

16 question, foundation.

17       Are you talking about in litigation?

18     MR. HERBERT: A loud chuckle, for the record,

19 by the deponent. Yeah.

20 BY MR. HERBERT:

21     Q. Other than the complaints in this case,

22 has anyone ever accused you of discriminating against

23 them in any way?

24     **A. No.**

Page 112

---

1     Q. And have you ever made formal complaints

2 about anyone discriminating against you?

3     **A. Yes.**

4     Q. Tell me about those.

5     **A. Again, I moved back to Kankakee**

6 **December of '16. November of '17, 2017, a position**

7 **opened up, the Veterans Assistance Commission for the**

8 **county, a position opened up. Again I mentioned**

9 **earlier, I haven't worked a day since I retired in**

10 **2003, April of 2003, so I wasn't interested in**

11 **working, but I was told -- constantly pushed, hey,**

12 **you really need to apply for this position. My thing**

13 **was, if I'm going to help, give back in this**

14 **community, the best way for me to give back might be**

15 **to help veterans, so I applied for the position.**

16     **I got a letter back -- and the**

17 **current supervisor was taking the same VAC position**

18 **somewhere in Michigan. I got a letter from that**

19 **individual saying, we found so many more qualified**

20 **applicants that you don't rate an interview, and then**

21 **the letter went on to say, and in the future you**

22 **should apply for a job that you qualify for.**

23     **So me in my 23 years in the Marine**

24 **Corps leading 3500 Marines transferring -- transiting**

Page 113

---

1 a thousand Marines, transporting back and forth 200

2 **Marines, I'm not now suddenly qualified to get five**

3 **Marines on a bus to go to Hines Hospital.**

4     Q. Who did you make a complaint to?

5     **A. To the -- my complaint, it wasn't**

6 **written. I took my complaint to the executive**

7 **committee of the county board who oversees the budget**

8 **for the VAC, Veterans Assistance Commission. That**

9 **individual again wrote the letter saying that I'm not**

10 **qualified blah, blah, blah, but then they hired a**

11 **furniture salesman. The white furniture salesman is**

12 **more qualified than me. So I went to the county**

13 **board --**

14     Q. If I can, but your complaint was that --

15     **A. Nepotism was my complaint. My complaint**

16 **was nepotism. I went to the executive committee --**

17     Q. Hold on. Hold on. Just let me ask a

18 question. Was it also based upon race in any way?

19     **A. Yes.**

20     Q. Okay. So you complained that you were

21 discriminated against because you were black,

22 correct?

23     **A. Uh-huh.**

24     Q. You have to say yes.

Page 114

---

1     **A. Yes.**

2     Q. And you were discriminated against, your

3 belief, by white people, correct?

4     **A. Yes. No, not white people, that**

5 **individual.**

6     Q. Okay. Who was white?

7     **A. That individual who was white.**

8     Q. Other than that complaint, what other

9 formal complaints have you made about discrimination

10 against you?

11     **A. To that colonel I told you about earlier.**

12     Q. Okay. The situation you talked about

13 earlier, you made a formal complaint against that

14 colonel?

15     **A. Yes.**

16     Q. And that colonel was white, correct?

17     **A. Yes.**

18     Q. And you alleged that you were

19 discriminated against by that colonel partially

20 because you were black?

21     **A. Yes.**

22     Q. Okay. Any other complaints that you've

23 made formal?

24     **A. One other colonel.**

Page 115

---

**Nickey Yates Backwrite - 3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**

2:20-cv-02310-CSB-EIL   #17-6   Page 32 of 82

1  Q.  In the Army or in the Marines?
2  A.  Marine Corps, yes.
3  Q.  Okay.  And was that colonel white?
4  A.  Yes.
5  Q.  And the basis of your complaint was that
6  this white colonel discriminated against you in part
7  because you were black?
8  A.  Yes.
9  Q.  And other than those formal complaints,
10 any other formal complaints?
11 A.  In addition to the not being hired
12 because I'm not qualified crap that they threw out,
13 April 13th which is a Friday of 2018, that same VAC
14 who hadn't filled that position for the last five
15 months or whatever many months.
16 Q.  But is this a different complaint?  I
17 don't want to go off on something we've already
18 talked about.
19 A.  It's a second complaint on the same
20 issue.
21 Q.  Okay.  Go ahead.
22 A.  So four, five months later, they still
23 hadn't filled that position.  They filled it for
24 three weeks.  When I'm making my complaint to the

1  executive committee of the county board, they fired
2  that person three weeks into the job and said he lied
3  on his application.  My complaint to the county board
4  was nepotism based on you're going to hire somebody
5  white and it's going to be somebody who's related to
6  somebody who works in this building, and that's what
7  happened.
8  Q.  Okay.  How about, have you ever made
9  complaints against white police officers in Kankakee
10 against you?
11 A.  I did.
12 Q.  Okay.  Tell me about that because you
13 didn't mention that one.
14 A.  Can I finish what I was just saying first
15 though?
16 Q.  Sure.
17 A.  So they had an executive committee
18 meeting on Friday, April 13.  It was a Friday.  The
19 board, VAC, Veterans Assistance Commission, the board
20 meets I think on Tuesdays.  That was vague.  They
21 didn't want to tell me the real answer, what day they
22 meet.  A simple question, what day do you meet, a
23 simple question.  What day do you meet?  They
24 wouldn't tell me, but they're having this meeting on

1  that Friday.
2  Q.  You're doing great, just go slow.
3  A.  The only thing on the agenda was the
4  executive session.  Knowing that, I took a book
5  because they're going to put me out as soon as this
6  meeting starts.  So they asked if I wanted to make a
7  comment, no comments.  Okay.  They do roll call, ask
8  me again, do I want to make comments, no.
9      So they go into executive session.
10 I go down to the end of the hall, it's the fourth
11 floor of the county building.  I'm at the end of the
12 hall reading a book, sitting on a bench by the
13 elevators reading a book, and they started filing out
14 maybe 30 minutes later.  So I peeked back in the
15 building, hey, the meeting's over?  Yeah.  Well, you
16 didn't come out of the executive session.  Yeah, we
17 did.  Ah, no biggy.  I go back down to the end of the
18 hall, finished reading the section that I was
19 reading, and this one individual came over and he
20 stood next to me.  The wall is two feet away from me
21 and I'm sitting against the bench with my back to
22 that wall, and this guy came and just stood in my
23 space like that.  I looked at him.  He didn't say
24 anything.  I didn't say anything.  I continued to

1  read.  Then he walked off, he stood there for about a
2  full minute, he walked off, and maybe five minutes
3  later he came back and stood there again, but then as
4  if on cue he started screaming, see, that's why we
5  didn't select you and blah, blah, blah, the way
6  you're acting.  Man, who are you and what are you
7  talking about?
8  Q.  And you made another complaint about
9  that?
10 A.  I told this guy, hey, man, I don't know
11 who you are, but I'm not going to let you just stand
12 over me talking this trash.
13 Q.  Was he white?
14 A.  Yes.  I stood up after a while because he
15 wouldn't shut up, I stood up, I still had a book in
16 my hand, I said, hey, man, look, I don't know who you
17 are, and that gesture, this other white guy grabs my
18 wrist in a forceful manner.  Hey, man, get your hand
19 off of me.
20 Q.  When did this happen approximately?
21 A.  April 13, 2018.
22 Q.  Okay.
23 A.  And he won't let go of my wrist.
24 Q.  I'm sorry.  We're not talking about the



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  #17-6  Page 33 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 police incident now, are we?
2     A.  Yes.
3     Q.  Oh, okay.  So why don't we just make sure
4 it's clear for the record.  So when you're talking
5 about April 13, 2018, that was the --
6     A.  It started from the Veterans Assistance
7 Commission issue.
8     Q.  Okay.  Tell us about the complaint you
9 made regarding the police officers.
10     A.  On cue this guy starts barking and the
11 other elderly guy, elderly guy grabs my wrist in a
12 forceful matter.
13     Q.  And those are two police officers?
14     A.  No, these are just two regular veterans,
15 and then on cue the doors open up, three police
16 officers get out.  They called the cops on me.
17     Q.  Who called the cops on you, the veterans?
18     A.  The woman -- Karen Matasky (phonetic)
19 she's the at the time acting supervisor of the
20 Veterans Assistance Commission.
21     Q.  All right.  And were all these people
22 with the Veterans Committee, were they white people?
23     A.  All white, yes.
24     Q.  Okay.  And then you said three police

1 officers come in?
2     A.  Yes.
3     Q.  And were they white police officers?
4     A.  Two white and one black.
5     Q.  And were those police officers from
6 Kankakee?
7     A.  Yes.
8     Q.  Do you know those police officers' names?
9     A.  Sergeant Klopp.
10     Q.  K-l-o-p-p?
11     A.  K-l-o-p-p.  Officer Johnson, I think they
12 call him CJ Johnson, and the Patrol Officer Koerner
13 or Kirshner or something to that effect was the third
14 one.  And they point out, they asked what happened.
15 I told them what happened.  They asked the guy that
16 came barking at me what happened and he turned into
17 this angel.
18     Q.  Do you know what month this was?
19     A.  April 13, 2018.
20     Q.  Okay.  Go ahead.
21     A.  Ha, ha for the record.  I get quite
22 spirited, but it's not I'm losing control.
23     Q.  No, you're fine.
24     A.  I'm just saying what I'm saying because I

1 mean it.  They came on and asked for my version of
2 the story.  I say, but I want to file a complaint
3 against this guy who grabbed me.  I have no idea who
4 he is.
5     Q.  All right.  But when you say they, just
6 because we have two different parties here.
7     A.  These three police officers.
8     Q.  Okay.  So the three police officers
9 talked to you?
10     A.  And I told them my version of the story.
11 This other guy, whoever he was told his version of
12 the story.  And I said I want to file a complaint
13 against this guy who grabbed me.
14     Q.  Meaning the guy from --
15     A.  The elderly guy.
16     Q.  -- from the veterans association?
17     A.  Yes, very elderly.  It was almost
18 humorous.
19     Q.  And by the way, you're 61 years old,
20 correct?
21     A.  Yes.
22     Q.  Go ahead.
23     A.  So this guy is probably almost 80.  I
24 said, I want to file a complaint against this guy.

1     Q.  You told the police that?
2     A.  I told the police that, and then they
3 allowed these three -- they ushered them onto --
4 those two white guys and a couple of others, ushered
5 them onto the elevator, and as I took a step towards
6 the elevator thinking they was ushering all of us
7 onto the elevator, the young officer, Kirshner or
8 Koerner or whatever his name is, he blocked my -- he
9 got in my way and blocked me to allow them to leave.
10         And once they left, then he told me
11 that I can't file a complaint because I didn't know
12 this guy's name.  They didn't ask his name.
13     Q.  Who told you that?
14     A.  Kirshner, the youngest of the police
15 officers.
16     Q.  And he is white?
17     A.  Yes.  He said I couldn't file a complaint
18 because I didn't know his name.
19     Q.  So did you then make a complaint against
20 the police officers?
21     A.  I went to the police department to make a
22 complaint and then --
23     Q.  Did you go that same day?
24     A.  As soon as I left there.  They escorted

**Nickey Yates Backwrite  -  3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**

2:20-cv-02310-CSB-EIL  # 17-6  Page 34 of 82

**Page 124**

1 me off the elevator through the first floor of the
2 county building like a common thief.  And then as
3 soon as we got outside, they just walked away.  The
4 officers just walked away.  They were called.  They
5 called them and set that up for me hoping I would be
6 irate or whatever the case to give them a reason to
7 arrest me.  It was a setup.
8    Q.  You believe that these three police
9 officers mistreated you, correct?
10    A.  I'm gauging what you mean by mistreat.
11    Q.  Well, you went and made a complaint to
12 the police station, correct?  You've got to say yes?
13    A.  Yes.
14    Q.  And that was a complaint against the
15 police officers, correct?
16    A.  Yes.
17    Q.  Tell me about that.  What did you
18 complain about?  To whom did you make it as well?
19    A.  Well, I went there and the way the office
20 is set up, the department is ran, after hours the
21 front desk is not manned by anyone, so you push a
22 button and it rings to whoever the patrol, lead
23 patrol officer or whoever on duty is, and that person
24 showed up and that was the same young officer that

**Page 125**

1 had just said I couldn't file a complaint because I
2 didn't know a name, so I then called the chief at the
3 time, Dumas.
4    Q.  You called Chief Dumas?
5    A.  Chief Dumas.
6    Q.  How did you call Chief Dumas?
7    A.  On the telephone.
8    Q.  On your cell phone?
9    A.  Yes.
10    Q.  You had his personal number?
11    A.  Yes -- well, not personal.  His office --
12 work cell phone number.
13    Q.  Okay.  He was at home when he got the
14 call?
15    A.  I don't know where he was.
16    Q.  He wasn't in the station when he got the
17 call?
18    A.  I don't know where he was again.
19    Q.  Do you know if he was in the station?
20    A.  I don't know.
21    Q.  And what happened after you called Chief
22 Dumas?
23    A.  He just told me that there's really
24 nothing they can do about it, that I can do about it.

**Page 126**

1    Q.  Did he show up and have this conversation
2 in person?
3    A.  No.  No.
4    Q.  This was done over the telephone?
5    A.  Yes.
6    Q.  Did you inform or tell him that you
7 wanted to make a complaint against these three
8 officers?
9    A.  Yes.
10    Q.  And he told you that he would not take a
11 complaint?
12    A.  He said basically there's nothing you can
13 do about it.  It's wrong, it's messed up, but there's
14 nothing that can really be done about it.
15    Q.  And what happened after that?
16    A.  Nothing.
17    Q.  Did you take your complaint anywhere
18 else?
19    A.  There was nowhere else.  I left it alone
20 again.
21    Q.  Okay.  Did you talk to anyone else about
22 what happened to you other than Chief Dumas when you
23 called?
24    A.  No.

**Page 127**

1    Q.  And do you believe that these three
2 police officers treated you like this in part because
3 you were black?
4    A.  Because I'm who I am.  I'm the black guy
5 that they don't like.
6    Q.  Okay.  And one of those police officers
7 was Tim Kirshner?
8    A.  Sergeant Klopp.
9    Q.  Sergeant Klopp.  And Sergeant Klopp was
10 the one that was part of that no confidence vote that
11 was taken, correct?
12    A.  Yes.  He may have been the head of the
13 union at the time.
14    Q.  Was Kreissler involved in that no
15 confidence vote?
16    A.  I don't know.  Yes, well, he -- he stood
17 with them at the city council meeting when they all
18 walked up front.
19    Q.  Okay.  And obviously Berge was there as
20 well?
21    A.  I don't know.  I didn't know who Berge
22 was at the time.
23    Q.  Well, you know now that Berge was there?
24    A.  I don't.  I don't know if Berge was there



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 35 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 or not.
2 Q. Okay. And this no confidence vote when
3 they came before city council, that was before the
4 promotional process involving Kreissler and --
5 A. No, that was after.
6 Q. It was after?
7 A. Yes.
8 Q. When was it?
9 A. I don't know. Maybe the first of
10 September, that first meeting in September, city
11 council meeting in September maybe.
12 Q. What year?
13 A. '19.
14 Q. Would it have been before or after this
15 incident that you had with the three police officers?
16 A. That was after. This was after that.
17 Q. Okay. So it's your testimony that -- and
18 was there -- did you do any meeting minutes for that
19 -- when that no confidence vote was taken?
20 A. No, the -- no, I had nothing to do with
21 that. I had absolutely nothing to do with that. I
22 just happened to be at the city council meeting when
23 they came before the committee and before the council
24 to express their results of that vote, and that was

Page 128

1 just a public meeting, a single city council meeting.
2 Q. Okay. And you're only aware of one no
3 confidence vote that was taken against the black
4 administration, correct?
5 A. Yes.
6 Q. Okay.
7 A. And it was taken against -- well, the
8 leadership. I can't say the black administration.
9 Leadership who by chance happened to be mostly black.
10 Q. Okay. We talked about your formal
11 complaints. Are there any other formal complaints
12 that you made about discrimination towards you other
13 than the ones that you mentioned?
14 A. I don't know.
15 Q. Take your time.
16 A. Again, in the Marine Corps.
17 Q. Okay. Let me ask you this. We'll move
18 on then. How about informal complaints? Have you
19 ever made any informal complaints about being
20 discriminated against?
21 A. What do you call informal?
22 Q. Well, let me ask you this. It's probably
23 not a good question. I agree with you.
24 Other than the complaint that you

Page 129

1 spoke of against those three Kankakee police
2 officers, did you ever complain about any other
3 police officers?
4 A. Yeah. Yeah, I did informally, if you
5 will. I was coming from the community college. This
6 was years ago. I was coming from the community
7 college. This may have been like maybe 2006, maybe
8 '07, and they were doing road construction, some
9 construction company was doing road construction, so
10 this gentleman out -- standing out holding the flag
11 and there's only one lane of traffic, so one shuts
12 down, the other one goes and vice versa. And so
13 there's a tow truck in front of me hauling dirt from
14 wherever they were doing the actual construction.
15 They were building housing down the way.
16 And as I was approaching this truck,
17 the truck is stopped. The guy with the sign for our
18 side to stop, so the truck is stopped. And as I'm
19 approaching, I'm slowing down and I stop. And there
20 was some white guy behind me who got out of his truck
21 and started raising hell complaining, talking all
22 this trash, and I could see him waving his hands in
23 his vehicle. That didn't mean anything to me. But
24 then when he got out of his vehicle, I got out of

Page 130

1 mine. Whatever is going to happen, I'm not going to
2 be sitting in a car when it happens, and he
3 complained about why I stopped so far back. I don't
4 want that tow truck to dump all that crap on me if
5 anything happens.
6 Q. Okay. And I'm not concerned about really
7 what happened.
8 A. I went to the police department after
9 that, you know. It's sometimes all part of the
10 issue.
11 Q. Well, what --
12 A. I went to the police department because
13 that white guy made the statement, I'm going to call
14 officer -- I can't think of the officer's name. It
15 starts with an M. I'm going to call sergeant
16 whatever his name is and he's going to have your
17 black ass arrested in a week -- within an hour. This
18 is a complete stranger. I don't know him from Adam.
19 Q. And did you know the police officer that
20 he was talking about?
21 A. No.
22 Q. Did you know if it was a white guy?
23 A. I know he's white.
24 Q. Okay.

Page 131



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL   #172-6   Page 36 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  A.  But I left there and went to the police
2  department.  I'm like, hey, I just left this accident
3  -- incident, event, and this guy just says he's going
4  to call his buddy and his buddy on the police force,
5  he's just going to arrest me within the hour.
6      Q.  And what happened with that complaint?
7      A.  Nothing.  They let it go.  They never
8  said anything about it.
9      Q.  Do you believe that they didn't take your
10 complaint seriously?
11     A.  I'm convinced of that.
12     Q.  And was it white officers that didn't
13 take your complaint seriously?
14     A.  Well, it was about four or five of them
15 came out.  I want to say the then Chief Regnier.  He
16 may have been the deputy chief at the time.
17     Q.  I don't want to know their names, but
18 were they all white officers?
19     A.  I want to say there was one black -- I
20 want to say sergeant -- or lieutenant -- he wasn't.
21 He was an officer, just a regular officer.  Hunt came
22 out as well.  There were four or five of them that
23 came out.
24     Q.  And do you believe that Hunt didn't take

Page 132

1  your complaint seriously?
2      A.  I don't know.
3      Q.  But you believe that the chief didn't
4  take your complaint seriously?
5      A.  Deputy chief, yes.
6      Q.  Okay.  And he was white, correct?
7      A.  Yes.
8      Q.  And do you believe that part of the
9  reason was because you were black making the
10 complaint that he didn't take it seriously?
11     A.  I can't put it on that, but that's what
12 it was.
13     Q.  It was based on race, yes?
14     A.  Yeah.  I'm tired of dancing around this
15 issue.  See, here's the whole part of the problem.
16 You white folk think as soon as the black person
17 mentions the issue of race, we're -- I spent 23 years
18 in the Marine Corps defending America and all that
19 crap, and then I come back home and then -- and
20 suddenly I'm supposed to fall back into nigger status
21 and I'm supposed to be happy about it.
22         America is ready to march off to war
23 for white folks in Europe, but they wouldn't come
24 together I guarantee my damn black ass the right to

Page 133

1  vote.  How should I consider that?
2      Q.  Well, you're considered that -- you have
3  strong feelings against white people?
4      A.  No, I have strong feelings against being
5  cheated.
6      Q.  And you've been cheated by white people?
7      A.  Consistently.
8      Q.  Okay.  You've got strong feelings about
9  -- hold on.  Hold on.
10     A.  But I don't hate white folks.
11     Q.  Okay.  But you've got strong feelings
12 about being cheated by white people?
13     A.  And white people do it all the time on a
14 routine, daily basis.
15     Q.  Okay.
16     A.  I'm not biting my tongue.  I'm sick of
17 biting my tongue.  It's all part of the problem.
18 There's never the right time to talk about it.  Well,
19 we shouldn't talk about that right now.  When should
20 we?  My 61-year-old ass, when do I talk about it?
21     Q.  Well, here.  These white guys are
22 claiming that they were discriminated against by you.
23     A.  No shit.  No kidding.  Imagine that.
24 Imagine that.  They're the ones in charge.  You

Page 134

1  didn't want to hear the problem I told about the
2  eight people --
3      Q.  Who's in charge?
4      A.  White folk.  They're in charge of
5  everything.  You and I know, both know that and I
6  guess I shouldn't say it.
7      Q.  In Kankakee?
8      A.  Yeah.  So those other smart white people
9  from the Scandinavian country, Netherlands in this
10 case, they just picked Kankakee out of the blue.
11     Q.  And your role on the board, you want to
12 get some revenge against the white people that --
13     A.  I didn't say shit about revenge.
14     Q.  But you wanted to get -- hold on.  You
15 wanted to get this department -- you wanted more
16 blacks in there?
17     A.  No, I didn't say that, and I never made
18 no attempt to put it that way either.  I stand for
19 what's right, and I'm going to continue to stand for
20 what's right.
21     Q.  And what's right is blacks get --
22     A.  Bullshit.  That's not what I said.
23 Excuse my language.  That's not what I said.  I'm
24 getting sick of you putting words in my mouth.

Page 135



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  #17-6  Page 37 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Do you want to take a break?

2  A.  Based on race.  I don't need to take a

3  break.

4  Q.  All right.  I'm not trying to make you

5  angry.

6  A.  You're offending the fuck out of me

7  though.  You're the one playing the race card, and

8  the nigger is never supposed to say anything.  Just

9  be docile and quiet.  Oh, please, Mr. white man,

10  don't hurt me.  Fuck out of here.

11  Q.  Mr. Yates, you would agree I've treated

12  you fair during this thing?

13  A.  What do you call fair?  Insinuating that

14  I hate white people?  That's fair, right, by your

15  standard?

16  Q.  It sounds to me like you have some strong

17  negative feelings --

18  A.  I've got strong feelings about being

19  cheated by anybody.

20  Q.  By white people?

21  A.  You said that.

22  Q.  Well, I'm asking you.  You would agree

23  with me?

24  A.  I said no.  I despise being cheated by

Page 136

1  anybody.

2  Q.  All right.  For the record, you are

3  yelling very loudly right now which I understand,

4  you're upset.

5  THE WITNESS:  I need to go pay this ticket,

6  put some money on this ticket.

7  MR. HERBERT:  Okay.  So why don't we take a

8  break.  Off the record.

9  (Whereupon, a short break

10  was taken.)

11  BY MR. HERBERT:

12  Q.  I'm going to show you what I'm marking as

13  Yates No. 3.

14  MR. HERBERT:  Here, Mike.

15  MR. MCGRATH:  Thanks.

16  BY MR. HERBERT:

17  Q.  If you can take a look at this, and what

18  I'm talking about is the article that has your

19  picture on it to the right of the page.  My first

20  question is, is that you in that picture?

21  A.  Yes.

22  Q.  Okay.  Have you seen this article before?

23  A.  I have.

24  Q.  Okay.  And this is an article, and this

Page 137

1  is about the discrimination lawsuit that you spoke of

2  earlier about the five black police officers that had

3  sued, correct?

4  A.  Yes.

5  Q.  And that was the trial that you talked

6  about how you went to it to see what was going on,

7  correct?

8  A.  Yes.

9  Q.  And then if you can see that second

10  paragraph.  It has a quote there, it says, "I have a

11  vested interest in this case.  We all do, Yates

12  said."  Do you see that?

13  A.  Yes.

14  Q.  Do you remember making that comment?

15  A.  As I read it, yes.

16  Q.  Okay.  And what was your vested interest

17  in that case?

18  A.  As a citizen of Kankakee.

19  Q.  Okay.  And when you said, we all do, who

20  were you referring to?

21  A.  The citizens of Kankakee.

22  Q.  Okay.  You were not on the board at that

23  point, correct?

24  A.  No.

Page 138

1  Q.  You were not employed by the City of

2  Kankakee at that point, correct?

3  A.  No.  Correct.

4  MR. MCGRATH:  I'm just going to object to

5  foundation.  I don't see a date anywhere, but.

6  BY MR. HERBERT:

7  Q.  Well, do you remember what year that

8  lawsuit was filed?

9  A.  Again it was '06, maybe '07.  2006, 2007.

10  Q.  Okay.  And so your vested interest was as

11  a citizen, correct?

12  A.  If this was '05 -- I got on the county

13  board in December 2006.

14  Q.  Well, at the top you see it says, former

15  candidate intrigued by trial.  Do you think that

16  would mean that it was after --

17  A.  No, it was after the '05 election.

18  Q.  Okay.  So your vested interest was as a

19  citizen?

20  A.  Yes.

21  Q.  Okay.  And you were interested in the

22  case because it was alleging discrimination in the

23  police department, right?

24  A.  Because it was newsworthy.

Page 139

Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  #17-6  Page 38 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  Well, it's newsworthy because it was

2  alleging discrimination?

3  **A.  It was newsworthy.**

4  Q.  Okay.  And your vested interest was

5  because it was black plaintiffs claiming that they

6  were discriminated against by --

7  **A.  My vested interest as a resident of the**

8  **City of Kankakee.**

9  Q.  Okay.  But what about the case did you

10  believe you have a vested interest in?

11  **A.  What city did I just come home to?**

12  Q.  Kankakee, I'm assuming.

13  **A.  Yes.**

14  Q.  Okay.  Anything about the nature of the

15  allegations?  Was that particularly inflammatory

16  towards you?

17  **A.  No.**

18  Q.  But it's fair to say you were on the side

19  of the black police officers that were suing?

20  **A.  I didn't say that, no.**

21  Q.  Did you believe that there was merit to

22  their case?

23  **A.  I didn't know.  That's why I went.**

24  Q.  Okay.

1  **A.  I wanted to hear it for myself.  I knew**

2  **nothing about this until this came up.**

3  Q.  And then what about after hearing the

4  case, did you form any opinions on the case?

5  **A.  No.**

6  Q.  So as you sit here today, do you believe

7  that there was any merit to the plaintiffs' lawsuit

8  where they alleged discrimination?

9  **A.  It begs the question about testing that**

10  **you keep asking me, about testing.**

11  Q.  What do you mean by that?

12  **A.  Because the test score, according to**

13  **Berge and Kreissler, the test scores are critical to**

14  **promotion.**

15  Q.  Right.  How does --

16  **A.  Their complaint was in reference to the**

17  **promotion, to the test scoring.**

18  Q.  You're talking about the complaint by the

19  five African Americans?

20  **A.  Yes.**

21  Q.  And their complaint was about scoring of

22  the test, correct?

23  **A.  The test itself I guess, yes.**

24  Q.  Okay.  And you're saying that that's

1  related to Berge and Kreissler's complaint about the

2  test?

3  **A.  They're complaining about their test**

4  **scores, having the higher scores, right?**

5  Q.  That's what they claim, that they had

6  higher scores, yes.

7  **A.  Well, they did have higher scores.**

8  Q.  Okay.

9  **A.  But that was the nature of their**

10  **complaint, why they argued that they should have got**

11  **promoted.**

12  Q.  Right.  And do you believe that the

13  testing process for Berge and Kreissler was flawed in

14  some way that gave them a score higher than other

15  individuals?

16  **A.  I had no role in the testing.**

17  Q.  Okay.  But do you have any belief that

18  there was --

19  **A.  I had no reason to believe the test was**

20  **scrutinized in any way.**

21  Q.  Okay.  But you have reason to believe

22  that there was allegations about the test scores

23  being manipulated or the process being flawed in the

24  case with the five police officers here, correct?

1  **A.  That's what they alleged, yes.**

2  Q.  Okay.  And are you aware of any other

3  situations in which black police officers have

4  complained about the testing process for promotion in

5  the Kankakee Police Department?

6  **A.  No.**

7  Q.  All right.  If you can go down to the

8  next, the paragraph, two paragraphs down where it

9  says, "The impact of this case is far reaching, Yates

10  told the Daily Journal during a court recess."

11  Do you remember making that

12  statement?

13  **A.  Yes, I guess.**

14  Q.  And do you remember what you meant by

15  that?

16  **A.  Yeah, that the police officers are not**

17  **all being given the same opportunity to take a test.**

18  **Wouldn't that have far reaching implications?**

19  Q.  Okay.  And you believed when you made

20  this statement that the black police offices did not

21  have the same opportunity to take the test as the

22  white police officers?

23  **A.  That's not how I see it.**

24  Q.  Okay.  Did you believe that at the time



Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL #17-6 Page 39 of 82

1 you made that statement?

2    **A. I believe that if the test wasn't being**

3 **done consistently the same way, that's a problem.**

4 **When I say far reaching implications, that's a**

5 **problem.**

6    Q. But when you made that statement, did you

7 believe that there was truth to that?

8    **A. I didn't know anything about it, no.**

9    Q. As you sit here today, do you believe

10 there was any truth to that -- that the testing

11 process was flawed in any way?

12    **A. Well, that's only because I'm here today.**

13    Q. I don't understand what --

14    **A. I'm here today because two white officers**

15 **are saying, hey, they scored high and should have got**

16 **promoted, so testing obviously mattered.**

17    Q. I'm talking about this 2006 lawsuit that

18 you're looking at it?

19    **A. I knew nothing about this case.**

20    Q. Okay. Then you sat through it?

21    **A. I sat through a couple days of it, yes.**

22    Q. Okay. And do you, as you sit here today,

23 believe that there was problems with the testing

24 process that were raised by these five black

Page 144

1 individuals?

2    **A. I don't know. I have no reason to know.**

3 **That's why I went to the trial because I didn't know**

4 **anything about it.**

5    Q. All right. And despite you not knowing

6 anything about it and not having any opinion about

7 it, the following paragraph, it says, "We're talking

8 about individuals who have the awe inspiring duty of

9 enforcing the laws. If a climate of discrimination

10 is allowed to permeate within their department, how

11 can they enforce the laws and not display some of the

12 same behavior, Yates asked." Do you remember making

13 that statement?

14    **A. It's here.**

15    Q. I'm sorry?

16    **A. It's here. I guess I did.**

17    Q. Okay. And you make the statement that,

18 if a climate of discrimination is allowed to permeate

19 within the department. When you made that statement,

20 did you believe that climate of discrimination was

21 present in the Kankakee Police Department?

22    **A. Let's put it in the form of a question**

23 **because I didn't know, so I was asking, rhetorically**

24 **asking.**

Page 145

1    Q. Okay. Did you ever make any statements

2 supporting the testing process in this lawsuit?

3    **A. I knew nothing about any of this at the**

4 **time.**

5    Q. Okay. If I can show you now what I'm

6 going to mark as -- I'm sorry. Give me a minute.

7 We'll mark this as Defendant Group 4 -- or not

8 Defendant. Yeah, Defendant, Yates.

9           (Whereupon, Yates

10           Deposition Exhibit No. 4

11           was marked for

12           identification.)

13 BY MR. HERBERT:

14    Q. All right. If you can take a look at

15 this. For the record, I'm showing what is -- it's

16 five pages, but some of them are double-sided.

17 Actually, all of them except for the first page are

18 double-sided.

19      If I can ask you to take a look at

20 these documents, Mr. Yates, and tell me if you've

21 ever seen these documents before.

22    **A. Pages 2 and 3 I've never seen before.**

23    Q. Okay. So Defendants -- if you look at

24 the Bates stamp on the bottom, 03080 you've never --

Page 146

1 your testimony is you've never seen that document,

2 correct?

3    **A. These documents are new to me. I've**

4 **never seen them.**

5    Q. All of them or...

6    **A. Pages 2 and 3.**

7    Q. Okay. So Bates stamp 80 and 81?

8    **A. What are these may I ask?**

9    Q. I don't know. They're sign-in sheets it

10 looks like. But you haven't seen those, so that's

11 fine. How about 84, the first page. Have you seen

12 that document before? Maybe we'll do it one at a

13 time.

14    **A. 84.**

15    Q. The first page.

16    **A. I think I've seen these scores as part of**

17 **the total score. This page itself, this document,**

18 **no.**

19    Q. Do you know what those scores, what they

20 represent?

21    **A. The chief's points.**

22    Q. And do you know how the chief awarded

23 points in this case?

24    **A. Not specifically.**

Page 147

Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  # 17-6  Page 40 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  Q.  What do you know about the chief awarding
2  points in this case?
3  A.  The chief tends to look at awards,
4  acknowledgements.
5  Q.  Discipline?
6  A.  Particularly noteworthy, and presumably
7  that too.
8  Q.  Were you ever made aware of how these
9  points were calculated?
10  A.  Informally.
11  Q.  How so?
12  A.  Well, just that they added it up and told
13  me that this is how we do this.
14  Q.  And this was at the meeting in which you
15  signed off on the promotion, correct?
16  A.  No.  No.
17  Q.  When did you have this informal
18  conversation?
19  A.  As we were going over these documents
20  (indicating).
21  Q.  All right.
22  A.  As we were going over these documents.
23  Q.  You're pointing to pages 3, 4 --
24  A.  And 5.

Page 148

1  Q.  -- and 5 of Defendants' Exhibit 4.  And
2  you're saying that you --
3  MR. MCGRATH:  Are you going by this number?
4  THE WITNESS:  Yes.  I'm saying 3085, I'm
5  familiar with that document, and this document
6  entails all this other information that's on the page
7  that I've never seen before.
8  BY MR. HERBERT:
9  Q.  Okay.  So is it your testimony that you
10  have seen the last three pages of that document 385,
11  which I guess is four pages, 386, 3087, 3088, and
12  3074 and 75?
13  A.  Yes.
14  Q.  And when did you see those documents?
15  A.  The scores are presented to us.  When the
16  scores are presented to us, I post the scores to the
17  city clerk, stamped by the city clerk, and I post
18  these scores.  Every time they have ten days to
19  provide their military record of points, and they
20  have one opportunity to do that, and those who want
21  to pursue their military points, three and a half
22  points at that point, they have one chance to do it
23  throughout the entire time in the police department.
24  So once this document is presented, I file this with

Page 149

1  the city clerk.  They give me ten days.
2  Q.  And when you say this, you're pointing
3  to --
4  A.  Test scores.
5  Q.  3085?
6  A.  3085, yes.
7  Q.  My question is, when were you presented
8  with these documents, 3085 through 3075 that we
9  talked about?
10  A.  Presented with this at -- once testing is
11  completed, the chief and however he goes about doing
12  it, they evaluate and get whatever way the scores
13  they come up with.  They do all the other
14  calculations and then present us with this version of
15  the testing, of the scores.
16  Q.  Okay.
17  A.  And I get the document at a Police and
18  Fire Commission meeting.  We go over the scores, and
19  then I post it through the city clerk, file it and
20  post it with the city clerk.  They have ten days to
21  then show up and get their DB214 military service
22  records documented, and then based on that I'll
23  submit -- they have ten days to do that, and after
24  that ten-day period, another list comes out and that

Page 150

1  list then has military points for anyone who applies
2  to military points.  Here's the document.  And that's
3  when this list comes out and we adjust the list
4  you're looking on the back side, then that list is
5  then adjusted to add in military points for those
6  that it's applicable for, and then I re-post that
7  list through the city clerk.
8  Q.  Okay.  So when you receive the first
9  documents -- or strike that.
10  You said that when the chief
11  presented his recommendation that you and the other
12  members voted on the chief's recommendation the same
13  day, correct?
14  A.  Yes.
15  Q.  Okay.  So if I understand your testimony
16  correct, you're saying --
17  A.  This list was already out long before
18  then.  This list is out before we ever vote on it.
19  Once this list is created, that's the list that then
20  starts working from the people's promotions coming
21  up.
22  Q.  Got it.  So fair to say that you or the
23  other board members, you have nothing to do with
24  creating the list in any way, correct?

Page 151

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 41 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  A.  No.  No.

2  Q.  You have nothing to do with inputting any
3  of the scores in here, correct?

4  A.  The way the assessment, we started -- for
5  this we had nothing to do with it.  After this we
6  decided -- we as in the Police and Fire Commission,
7  after this one was -- is the date January '17, was
8  it?  What's the date on it?

9  Q.  Yeah.  Well, you're looking at 03085,
10  right?

11  A.  Yes.

12  Q.  And you're saying that the board had
13  nothing to do with the weighted exam percentage as
14  of -- for purposes of this test, 2017 test?

15  A.  Correct.  And after that we decided, the
16  board decided we ought to have some say-so in the
17  assessments, and that's when as opposed to whoever
18  was doing the interviews, we decided we as a
19  commission ought to be more involved in the interview
20  process, but we're promoting people and have no idea
21  who we're promoting.

22  Q.  Do you know who's doing the -- so the
23  weighted category which is that second category?

24  A.  For each one, yes.

Page 152

1  Q.  That was based on the assessment center?

2  A.  Yes.

3  Q.  Okay.  And that was based upon -- is that
4  like an oral interview?

5  A.  Yes.

6  Q.  And who -- to whom was this oral
7  interview given?  Was it members of the police
8  department?

9  A.  It was to those that are applying for
10  promotion.

11  Q.  Okay.  But who were they giving the
12  interview to?  Who's conducting the interview?

13  A.  That was being done by Stanard &
14  Associates.

15  Q.  Okay.  And after this test you and the
16  other board members decided that you no longer wanted
17  Stanard & Associates to conduct that assessment
18  portion, you wanted the board to conduct the
19  assessment portion?

20  A.  Yes.

21  Q.  And in fact, that became the policy after
22  this 2017 lieutenants promotion, correct?

23  A.  Yes.

24  Q.  Okay.  And if you look at 3085, the --

Page 153

1  Timothy Kreissler and Paul Berge had the top two
2  scores for the weighted assessment portion, correct?

3  A.  Yes.

4  Q.  And Sneed had what was ten points less
5  than Kreissler, correct?

6  A.  If that's what it says.

7  Q.  Yeah.  Well, it says Tim Kreissler was
8  40.50 and Berge 40.00 and Sneed was 30.50?

9  A.  Yes.

10  Q.  And you and the other board members made
11  the decision to no longer utilize Stanard for the
12  assessment portion after this examination in 2017,
13  correct?

14  A.  Correct.

15  Q.  And was that -- what were all the reasons
16  why you and the other board members decided that you
17  would conduct the assessment portion going forward?

18  A.  We're promoting them and going to be held
19  accountable and sued about people we don't know, we
20  don't know a thing about.

21  Q.  So you would agree with me that you
22  didn't know a thing about Michael Sneed when you
23  agreed to promote him?

24  A.  You're twisting my words.

Page 154

1  Q.  No, no.  I'm not trying --

2  A.  That's a ploy.

3  Q.  I'm not trying to.  But you said you
4  changed the process, you and the other board members
5  because --

6  A.  We had had time.  By the time he got
7  promoted, it was a year and a half later.  We had
8  some time to have some understanding of who's on the
9  police force and who we're promoting.

10  Q.  But the scores for the assessment in this
11  case, the way that the scoring was done, that caused
12  you and the other board members to decide to change
13  the process, correct?

14  A.  We wanted more say-so in the process.
15  We're promoting people and have no idea who we're
16  dealing with.

17  Q.  Did you believe that Kreissler and Berge
18  were unfairly given the top two scores in the
19  assessment on this 2017 lieutenant promotion?

20  A.  No.

21  Q.  Did you believe that Sneed was unfairly
22  given a score of 30.50 in the assessment portion of
23  that?

24  A.  No.

Page 155

Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL #17-6 Page 42 of 82

1  MR. MCGRATH:  I would just object to the form
2  of the question.  I think you're reading from the
3  weighted assessment.
4      MR. HERBERT:  Yeah.
5      MR. MCGRATH:  But he's actually the weighted
6  written exam percentage of -- so the written exam is
7  what you're talking about, not the weighted
8  assessment.  I might have misheard you.  What column
9  are you on?
10     MR. HERBERT:  What column are you looking
11 at --
12     MR. MCGRATH:  I'm looking at 30.5, so that's
13 based on the written exam.
14     MR. HERBERT:  I think he just said it was the
15 opposite though.  That's why I'm asking.
16     MR. MCGRATH:  But the weighted assessment
17 phase percent is two columns over.  There's no 30.50.
18 BY MR. HERBERT:
19     Q.  Do you know, what portion did you take
20 away in these boxes, and you're looking at what?
21     A.  85.
22     Q.  Looking at 85.  What section was taken
23 away going forward for promotional exams away from
24 Stanard to the --

1      A.  The overall assessment and the weighted
2  assessment.  That's the interview portion.  The first
3  two portions written -- the first two are just the
4  written test.
5      Q.  So categories three and four?
6      A.  Yes.
7      Q.  Okay.  And do you know what the
8  difference is between overall assessment and weighted
9  assessment?
10     A.  It was based on a percentage.  The
11 weighted or -- I can't recall how they did it.
12 45 percent or some percentage of the actual score.
13 The weighted assessment counts for 45 -- or the
14 written score counts for, I think it was 45 percent.
15 The over -- the interview assessment, if you will,
16 accounted for, I don't know, 15 percent or 20 percent
17 or whatever the actual percentages were and down the
18 line, and that's how we came up with the 100 percent
19 score that you're talking about, the 81 and all that.
20     Q.  Okay.  And looking at this weighted
21 assessment, you would agree there's five names on the
22 list and Michael Sneed is four out of five for
23 scoring on that assessment portion?
24     A.  Four out of five, or is it three out of

1  five?
2      A.  Well, overall assessment he had 69.50.
3  Only one person had less than that, and that was Ivy
4  Avory, correct?
5      A.  Yes.
6      Q.  Who had 68.17.  Is Ivy Avory, is he black
7  or white?
8      MR. MCGRATH:  Avory Ivy.
9      MR. HERBERT:  Oh, I'm sorry.
10     THE WITNESS:  White or Hispanic.  I don't
11 know.
12 BY MR. HERBERT:
13     Q.  Okay.  And then the weighted assessment,
14 Sneed had 13.90, and the only one below that was Ivy
15 at 13.63.  Do you see that?
16     A.  Yes.
17     Q.  So Sneed's score in this area, was that a
18 motivating factor in you and the other board members'
19 decision to take over that portion of the
20 examination?
21     A.  That wasn't a factor.  We just wanted
22 more so-say.  It wasn't based on any particular
23 scores here.  That's not what we look at.  We're
24 looking at the final score at this end.  That's what

1  we based our determinations on.  That's the final
2  determination of the ranking.
3      Q.  Okay.  And in looking at that final
4  determination, you would agree with me that Sneed
5  was --
6      A.  Three out of five.
7      Q.  Yeah, but he was more than ten points
8  below Timothy Kreissler, correct?
9      A.  Yes.
10     Q.  And he was nine points below Paul Berge,
11 correct?
12     A.  If that's what it says, yes.
13     Q.  And he was only percentage points above
14 the other two individuals, correct?
15     A.  Uh-huh.
16     Q.  Yes?
17     A.  Yes.
18     Q.  So the fact that he was ten points below
19 the top scoring individual --
20     A.  In the test.  In the written.
21     Q.  Hold on, hold on.  On the overall
22 promotional composite, the category that you looked
23 at, the fact that Sneed was more than ten points
24 below Tim Kreissler, did that factor into your



**Nickey Yates Backwrite** - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 43 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

1 decision to promote Sneed over Kreissler?
2     **A.** That he was ten points below?
3     **Q.** Yes.
4     **A.** No.
5     **Q.** What if he was 30 points below, would
6 that have factored into your decision?
7     **A.** I don't know. I would have to look at
8 it. I don't know.
9     **Q.** Well, you would agree with me that this
10 test, the overall promotional composite score, that's
11 based on all the tests that are done throughout the
12 entire promotional process, correct? Correct?
13     **A.** All the tests, yes.
14     **Q.** And it's also done after the chief gets
15 to provide points to certain officers for certain
16 criteria, correct?
17     **A.** That's the department merit, yes.
18     **Q.** And it's done after the military points
19 are added, correct?
20     **A.** No. The military points are added last.
21     **Q.** And in this case, only one candidate had
22 military points, correct?
23     **A.** Correct. Kreissler.
24     **Q.** And that was Timothy Kreissler, correct?

1     **A.** Yes.
2     **Q.** Were you aware of the fact that he had
3 military points at the time at which you bypassed him
4 for Michael Sneed?
5     **A.** Yes. His list was already out. Yes.
6     **Q.** Okay. And didn't the fact that Timothy
7 Kreissler had military experience --
8     **A.** It didn't mean anything to me. I've got
9 a shit load of military experience. What's it mean
10 to me being in the military?
11     **Q.** Well, then why do they provide points for
12 people that have military experience? Don't they
13 credit that in some way, shape or form?
14     **A.** Obviously, yes.
15     **Q.** But in your opinion, you don't think that
16 it's --
17     **A.** That's not true.
18     **Q.** Your belief is that somebody's having
19 military experience --
20     **A.** I didn't say that.
21     **Q.** Hold on. You have to let me finish
22 though. The fact that Kreissler had military
23 experience, that didn't -- that didn't compel you to
24 choose him over Sneed in any way?

1     **A.** It wasn't the determining factor, no.
2     **Q.** Did you consider that factor?
3     **A.** I did. I also considered who had been in
4 leadership, who had been leading other officers.
5 Then I looked at the chief's recommendation. What
6 else is there to do unless, unless it's all based on
7 who has the best test scores which goes back to,
8 okay, but what if these other guys are getting their
9 test scores from a questionable process.
10     **Q.** And you're pointing at the 2006 --
11     **A.** Where those officers were accused --
12     **Q.** Hold on. You're referring to the 2006
13 lawsuit where the black officers sued the department,
14 correct?
15     **A.** Yes.
16     **Q.** Okay. So it's your belief that the test
17 scores --
18     **A.** Is one factor.
19     **Q.** Is one factor, but you believe that the
20 test scores might not be accurate, correct?
21     **A.** No, I didn't say accurate. I said one
22 factor is the scoring.
23     **Q.** But you compared the test scores in
24 this -- hold on. You compared the test scores in

1 this case with Berge and Kreissler, you compared them
2 to the test scores in the lawsuit in 2006 where the
3 five black police officers sued.
4     So my question based on that is, do
5 you believe that the test scores or the process was
6 in some way favoritive toward Kreissler and Berge
7 and/or discriminatory towards Sneed?
8     MR. MCGRATH: Objection to the form of the
9 question, compound, speculation, foundation.
10     If you understand it, you can
11 answer.
12 BY MR. HERBERT:
13     **Q.** As part of your decision to choose the
14 candidate for promotion, you indicated that you look
15 at the documents, some of the documents that we
16 mentioned in Yates Exhibit 4, correct?
17     **A.** That was what, this?
18     **Q.** Yes.
19     **A.** Yes.
20     **Q.** You also mentioned that the chief read a
21 letter to you guys, correct?
22     **A.** Yes.
23     **Q.** Any other documents that you reviewed in
24 making your decision to promote Sneed over the two



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 44 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 white officers?

2 **A. That would be discriminating. No.**

3 Q. Okay. Are you aware of the fact that the

4 City of Kankakee Police Department puts out a

5 description of the essential functions for the

6 lieutenants position in which you were deciding on

7 that promoted candidate?

8 **A. Yes.**

9 Q. Did you see those documents prior to you

10 making the decision to promote Officer Sneed in this

11 case?

12 **A. When I first got on the commission, I**

13 **just perused through all those documents to help me**

14 **understand, help me as an individual understand**

15 **what's expected prior to a promotion.**

16 Q. All right. And that was in 2017, right?

17 **A. Yes.**

18 Q. Did you peruse that at any point after

19 2017?

20 **A. No.**

21 Q. Do you know if those essential functions

22 changed at any point from 2017 until, say, 2018?

23 **A. I'm not sure.**

24 Q. Are you aware of the fact that the City

1 of Kankakee Police Department as part of the testing

2 process put out documents that listed specifically

3 the essential functions for the lieutenant promotion?

4 **A. I knew they did, yes.**

5 Q. But you didn't look at those documents?

6 **A. I didn't realize it had changed from the**

7 **last time when I initially looked at it.**

8 Q. So you would agree with me you did not in

9 making your decision, you did not review what the

10 City of Kankakee's testing process identified as

11 being essential functions for --

12 **A. That's not true.**

13 Q. Hold on. Hold on.

14 **A. I said I looked at it the first time.**

15 Q. Hold on. You've got to let me finish the

16 question. You would agree with me that when you made

17 the decision to promote Sergeant Sneed to lieutenant

18 that you had not reviewed --

19 **A. I said --**

20 Q. Hold on.

21 MR. MCGRATH: He's got to finish.

22 BY MR. HERBERT:

23 Q. -- that you had not reviewed the

24 documents produced by the Kankakee Police Department

1 for that testing process wherein it described the

2 essential functions for the lieutenant position in

3 which you made the deciding vote?

4 **A. Not true.**

5 Q. What documents did you receive?

6 **A. I didn't receive any documents. When I**

7 **first took over the position, got in this position, I**

8 **perused through all the things that go into -- what's**

9 **expected of lieutenants and what's expected of**

10 **sergeants and expected of patrol officers, and if it**

11 **hasn't changed, tell me why I should have looked at**

12 **it again.**

13 Q. So you looked --

14 **A. Did it change overnight?**

15 Q. Hold on. So you looked at the functions,

16 the essential functions of a lieutenant in 2017,

17 correct?

18 **A. Yes.**

19 Q. And you didn't look at the essential

20 functions of a lieutenant any time after that,

21 correct?

22 **A. I have a pretty descent memory.**

23 Q. Okay. And are you aware of the fact that

24 Kankakee as part of its lieutenant testing process

1 provided a specific list of the essential functions

2 of a lieutenant that were to be considered for

3 promotion?

4 **A. Was I aware of that?**

5 Q. Yeah.

6 **A. Yes.**

7 Q. But you didn't look at it?

8 **A. I read it the first time.**

9 MR. MCGRATH: Objection. It misstates the

10 testimony. He testified that he saw it, but he

11 didn't need to look at it again.

12 BY MR. HERBERT:

13 Q. You're not understanding my question.

14 You're aware of the fact that as

15 part of the 2017 lieutenant promotion, the city put

16 out notice about the vacancy, correct? Correct?

17 **A. They put out notice about testing.**

18 Q. Okay. And also they put out what the

19 process was going to be for taking the test, correct,

20 where to show up, correct?

21 **A. Yes.**

22 Q. And also the company that was hired,

23 Stanard, they put out a study guide for the officers,

24 correct?



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL  #17-6  Page 45 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1    **A.  Yes.**

2    Q.  And as part of that -- and included in

3    that, the City of Kankakee put out for the 2017

4    lieutenants test, they put out a list of the

5    essential functions of a lieutenant for that

6    particular test.  You're aware of that?

7    **A.  I don't know.**

8    Q.  You didn't look at anything that was

9    produced listing the essential functions that were

10   part of the 2017 lieutenant test process prior to you

11   making your decision, correct?

12   MR. MCGRATH:  Objection.  It misstates the

13   testimony in the record.  He said he didn't know if

14   there was one with that particular test.

15   BY MR. HERBERT:

16   Q.  You can answer.

17   **A.  I looked at it when I first got on-board.**

18   Q.  Yeah, but this wasn't involved -- hold

19   on.  I just want to make sure you understood my

20   question.

21       When you came on in 2017, there was

22   no packet and application process for the two

23   thousand -- what turned out to be the 2018 promotion.

24   You agree with me on that, correct?

1    **A.  I don't know.**

2    Q.  Okay.

3    **A.  I don't know what documents you're**

4    **talking about right now.**

5    Q.  All right.

6    **A.  Once I learned to tie my shoes --**

7    MR. MCGRATH:  There's no question.

8    MR. HERBERT:  We'll mark this as -- all

9    right.  I'll mark this as Yates 5.

10           (Whereupon, Yates

11            Deposition Exhibit No. 5

12            was marked for

13            identification.)

14   BY MR. HERBERT:

15   Q.  Have you ever seen this document before?

16   Oh, you know what, you can give me 4 if you're done

17   looking at that.  Thank you.

18   **A.  Yes.**

19   MR. MCGRATH:  Take your time and look through

20   that.

21   THE WITNESS:  Okay.

22   BY MR. HERBERT:

23   Q.  All right.  Tell me when you're done

24   looking at that.  Have you ever seen that document

1    before?

2    **A.  I've seen page 1 of these.  All this**

3    **other information, well, 1 and 2, this no.  This no.**

4    MR. MCGRATH:  He's still going through the

5    document.

6    THE WITNESS:  The first two pages I've seen.

7    3, 4, and 5 I've never seen before.  And then page 6

8    is the same as page 1 except it's for sergeants.  The

9    first two pages and the last page I've seen before.

10   The others I've never seen.

11   BY MR. HERBERT:

12   Q.  Okay.  If we can take a look at

13   Defendants' Exhibit 6, and I'm going to ask you to

14   take a look at that and I'll preface it by saying it

15   is the disciplinary file of Lieutenant Sneed.

16           (Whereupon, Yates

17            Deposition Exhibit No. 6

18            was marked for

19            identification.)

20   BY MR. HERBERT:

21   Q.  And I believe you already testified you

22   never saw the disciplinary file of Lieutenant Sneed

23   prior to making the decision to promote him to

24   lieutenant, correct?

1    **A.  And none of the others either.**

2    Q.  Okay.  So the discipline of Sneed and/or

3    Berge or Kreissler did not factor into your decision

4    because you had not reviewed any of it, correct?

5    **A.  Correct.**

6    Q.  All right.  Do you know -- Lieutenant

7    Sneed is no longer on the police department, correct?

8    **A.  Correct.  He retired.**

9    Q.  And was he on -- was he injured prior to

10   retiring?

11   **A.  I don't know.**

12   Q.  Okay.  Do you know what the circumstances

13   were regarding his retirement?

14   **A.  He just retired.**

15   Q.  Okay.  Are you aware of the fact that he

16   submitted for FMLA time --

17   **A.  No.**

18   Q.  -- in 2021 and then he never came back?

19   Are you aware of that?

20   **A.  No.**

21   MR. HERBERT:  Okay.  I'm going to need like

22   two minutes because I'm just going to get one other

23   document and then I might have a couple more

24   questions.  Do you guys just want to hang here and



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 46 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 I'll be right back or you can take five minutes,
2 whatever you want.
3     MR. MCGRATH:  All right.
4         (Whereupon, a short break
5             was taken.)
6 BY MR. HERBERT:
7     Q.  Lieutenant Sneed, his promotion was, I
8 believe you said it was announced at a board meeting.
9 Is that correct?
10     **A.  Yes, his actual ceremony, if you will,**
11 **was at a city council meeting.**
12     Q.  And when was that in relation to when you
13 had voted for him to bypass the two white sergeants?
14     **A.  Maybe a week after he was promoted.**
15     Q.  Okay.  The day in which you voted for
16 Sneed, was that a formal proceeding, or was that
17 just -- you know what I'm getting at?  It wasn't a
18 city council meeting.  Is that correct?
19     **A.  It was a Police and Fire Commission**
20 **meeting.**
21     Q.  Got it.  So the police and fire, do they
22 meet on a certain day of a certain week of every
23 month?
24     **A.  The second Tuesday of the month after the**
Page 172

1 **first Monday of the month.**
2     Q.  Okay.  And then the city council, do they
3 meet?
4     **A.  First and third Monday.**
5     Q.  Okay.  So the third Monday would have
6 been, I'll represent to you, September 16th -- or I'm
7 sorry -- yes, September 16, 2019, and I'm looking at
8 a newspaper article.  They're talking about how Sneed
9 was formally promoted at the city council meeting.
10 Does that date sound about right?
11     **A.  I guess.**
12     Q.  Okay.  And were you there?
13     **A.  Yes.**
14     Q.  Okay.  And he read a poem or something?
15     **A.  Yes.**
16     Q.  Okay.  And so then the Police and Fire
17 Committee would have been before that --
18     **A.  Yes.**
19     Q.  That September 16th date, correct?
20     **A.  Yes.**
21     Q.  Okay.  And the -- you talked about a no
22 confidence vote that was brought before a public
23 hearing?
24     **A.  The same night he was promoted.**
Page 173

1     Q.  Got it.  Okay.  And that was the night
2 that you testified to earlier, correct?
3     **A.  About?**
4     Q.  When you spoke about how Kreissler was
5 there in the front and Berge, you weren't sure if he
6 was there I believe you said?
7     **A.  Correct.  Correct.**
8     Q.  And do you prepare the minutes for all
9 the Police and Fire Commission meetings?
10     **A.  Yes.**
11     Q.  Okay.  And so there should be minutes for
12 that meeting that took place where you signed off on
13 the vote for Sneed to be promoted?
14     **A.  Yes.**
15     Q.  Okay.  So that would have been -- that
16 would have been -- I'm sorry, what did you say, the
17 second?
18     **A.  Tuesday of the month.**
19     Q.  The second Tuesday of the month?
20     **A.  After the first Monday.  If Monday is --**
21 **if the month starts on -- say, the 2nd or the 3rd is**
22 **on a Tuesday or a Wednesday, then city council will**
23 **meet the following Monday, and then we'll meet the**
24 **Tuesday after -- the week, the Tuesday after that.**
Page 174

1     Q.  Okay.  So September 2019 police and fire
2 meeting --
3     MR. HERBERT:  And, Mike, I'm going to say I
4 don't think I've seen that.  I will check if I don't
5 have it, but if I don't, I'll send you something
6 formal.
7     MR. MCGRATH:  Sure.
8     MR. HERBERT:  And I don't know if you know
9 off-hand if you produced it.
10     MR. MCGRATH:  I don't.  What was the date of
11 the article, the newspaper article?
12     MR. HERBERT:  The date of the article is
13 September 17th.
14     MR. MCGRATH:  So it would have been the
15 September 16th meeting.
16     MR. HERBERT:  That would be the city council
17 meeting.
18     MR. MCGRATH:  I just pulled up, it's a 2019
19 calendar of September.
20         What would have been the date of
21 the -- city council met on the 16th, would you have
22 met on the 9th or did you get meet on Thursday?
23     THE WITNESS:  It would have been on the 10th
24 but that meeting was in August.
Page 175

Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL #17-6 Page 47 of 82

BY MR. HERBERT:

Q. Would there have been one in September as well?

A. Yeah, there was a meeting in September, but the Sneed promotion, that was an August meeting if I remember correctly. So it was maybe a month later when Sneed was actually promoted.

MR. HERBERT: I'm going to ask for August and September 2019 based on the statements.

BY MR. HERBERT:

Q. Were you a member of a fraternity group when you were in college?

A. No.

Q. Are you the member of any organizations right now?

A. The American Legion, Marine Corps League, Montford Point Marine Association.

Q. Are you associated with any groups that are affiliated with African Americans?

A. Montford Point Marine Association. The first blacks that joined the Marine Corps in 1942.

Q. Anything else?

A. I said the American Legion, the Marine Corps League.

Page 176

---

A. Of Austin?

Q. Of Austin.

A. No.

Q. Do you know why Kidwell was dumped?

MR. MCGRATH: Objection.

THE WITNESS: We have no role -- the Police and Fire Commission has no role in the day-to-day operations of the police department.

BY MR. HERBERT:

Q. Okay. Lieutenant Hunt, are you aware of a disciplinary case against him where he put some information on Facebook?

A. I heard about it.

Q. Okay. Were you friends with Lieutenant Hunt on Facebook in -- are you friends with him now on Facebook?

A. Yes. We have a connection, if you will. Friends is a relative word.

MR. MCGRATH: No, he's talking about Facebook specifically.

BY MR. HERBERT:

Q. Like you know how you click on friends. You mentioned earlier that you communicate with him on Facebook, correct?

Page 178

---

Q. How about that black law enforcement executives group?

A. I don't know anything about that, nothing about that.

Q. Okay. Do you know Lieutenant Kidwell?

A. Yes.

Q. Were you -- you know that he was demoted from his commander position and that spot was taken by Donell Austin?

A. I didn't know that.

Q. Okay. But you know it now, correct?

A. Yes.

Q. Okay. And Kidwell is white, correct?

A. Uh-huh. Yes.

Q. And Austin is black, correct?

A. Yes.

Q. And this would have taken place shortly after the Mayor Chasity Wells became the mayor, correct?

A. I guess.

Q. And did you have any role in that demotion?

A. No.

Q. Did you have any role in that promotion?

Page 177

---

A. Uh-huh.

Q. Yes?

A. Yes.

Q. And how long have you been friends with him?

A. I don't know. Since I got on the Police and Fire Commission, since '17.

Q. How about before that?

A. No.

Q. Did you ever see the posts that Hunt was accused of posting?

A. I heard about it. I've never seen it.

Q. What do you know about those posts?

A. I was told he posted something about -- what was it? White people -- I don't know. I was living in Florida.

Q. 25 percent of white people were born with a tail. Does that sound right?

A. Something to that effect I guess, yes.

Q. He talked about white supremacy, correct?

A. I know a lot about that, yes.

Q. You know a lot about white supremacy?

A. I sure do.

Q. And what about the comment about the

Page 179

---



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  # 17-6   Page 48 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1  25 percent white people born with a tail?
2      A.  I've never heard that before.  I've heard
3  the -- my brother served in Germany and was always
4  told whites were saying that about blacks in Germany.
5      MR. MCGRATH:  No, no.  But he's just asking
6  about what you see on Facebook with Hunt.
7      THE WITNESS:  No.
8  BY MR. HERBERT:
9      Q.  Do you believe 25 percent of white people
10  were born with a tail?
11      A.  I don't know anything about that.
12      Q.  You believe white supremacy exists?
13      A.  Yes.
14      Q.  And you believe it exists in Kankakee?
15      A.  Yes.
16      Q.  And you believe it exists in the Kankakee
17  Police Department?
18      A.  I don't know.
19      Q.  It could exist in the Kankakee Police
20  Department, right?
21      MR. MCGRATH:  Don't speculate.  If you know.
22      THE WITNESS:  I don't know.
23  BY MR. HERBERT:
24      Q.  Are you aware of that Facebook page that
Page 180

1  was titled You're Probably From Kankakee where it was
2  critical of the mayor?  Are you aware of that?
3      A.  And me too, yes.
4      Q.  And you as well?
5      A.  Yes.
6      Q.  Okay.  And how did you become aware of
7  the critical comments being made about you?
8      A.  The end of May 2017 there was a promotion
9  to sergeant of a Gary Tyson, and Tyson was promoted
10  to sergeant.  He had been on the force approximately
11  19 years, and I put on a suit and I went just to
12  watch to the chief's office to see him being
13  promoted.
14      Q.  I'm sorry.  Were you part of the
15  commission?
16      A.  I just joined maybe tens days before.
17      Q.  Okay.  Go ahead.
18      A.  I went for his promotion, and there was
19  no deputy chief at the time.  And then, I don't know,
20  November maybe of '17 there was a Steven Hunter who
21  got promoted to sergeant.  Steven Hunter is black.
22  Tyson's white.  So when Steven Hunter got promoted,
23  the deputy chief -- Hunt was deputy chief at that
24  point, and the deputy chief would always take
Page 181

1  pictures of people who were getting promoted, when
2  they're promoted and put it on the police page,
3  Facebook page.
4      Well, that crowd that you're talking
5  about from you're from Kankakee and all of that, they
6  chimed in saying congratulations to Gary Tyson, but
7  curious.  Where was the mayor when -- oh,
8  congratulations Steve Hunter in November I think of
9  that year, but where was the mayor and Yates when
10  Tyson was promoted because there was no deputy chief,
11  so there was no picture posted of Gary being
12  promoted.  So it went on to read, they're probably at
13  some ribbon cutting for a chicken joint.
14      Q.  And so Hunter --
15      A.  Tyson chimed in and said, actually, the
16  mayor and Yates were at my promotion.  It was the
17  best day of my life, and they were there to help me
18  celebrate.
19      Q.  So Hunter is black?
20      A.  Yes.
21      Q.  So the Facebook post was accusing you of
22  going to the black promotion and not going to the
23  white person's promotion?
24      A.  Yes, and the white guy chimed in and
Page 182

1  said, actually he was there.  That same page said,
2  well, Yates has all those people thinking he's one of
3  them.  Again, the sly on words, thinking he's one of
4  them.  They can't afford to go back and forth to
5  Florida.  I went to Florida to sell my house, but
6  they posted Yates has all these people thinking he's
7  one of them.
8      Q.  What did you interpret that to mean?
9      A.  One of them is what, the poor Negroes?  I
10  don't know.  One of them as in what?  You tell me.
11      Q.  I don't know.  What was your thought?
12      A.  My take was just like the chicken joint
13  comment.  White person commented about the black
14  person, and then he's got those people, whoever those
15  people are, the black folk thinking he's one of them.
16  He's not the typical black person.  They can't afford
17  to go back and forth to Florida.
18      And then those same people you're
19  talking about went on Facebook and went somewhere and
20  posted a picture, I ran the voting precinct at
21  Florida State University.  They went and pulled --
22  somehow pulled my information, my voting information
23  from Florida and posted that saying, Yates isn't even
24  from here.  He lives in Florida.  I moved here a year
Page 183

Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL #17-6 Page 49 of 82

1  before that. They go out of their way with their
2  race stuff.
3      Q. And when you say they, do you know who
4  was behind these posts?
5      A. I can't think of his name right now.
6      Q. Do you know what --
7      A. No.
8      Q. Anything about that individual that might
9  help us?
10     A. The post about them thinking he's one of
11 them, that was the form of VAC, the Veterans
12 Assistance Commission guy, the one who said I'm not
13 qualified to help veterans. He posted that.
14     Q. Okay. That was the white guy that you
15 spoke of earlier?
16     A. Yes. The one who said I'm not qualified,
17 yes.
18     Q. But when I said do you know who's behind
19 that Facebook page that was --
20     A. I can't think of his name right now.
21     Q. Hold on. Was it a member of the police
22 department?
23     A. Not by name.
24     Q. What do you mean by not by name?

Page 184

1      A. The name is not associated with anybody
2  I'm thinking of being on the police department.
3      Q. But the person you're thinking of, you
4  can't think of their name, but you have a person in
5  mind, yes?
6      A. Yes.
7      Q. And can you tell me anything about that
8  person? Is it a male or female?
9      A. Because you can just post a name and
10 assume that that's based on a name male or female, it
11 could be either one, we don't know, but it posted as
12 a male name.
13     Q. All right. I guess I'm confused. When I
14 asked you think that you know who's behind it. Do
15 you think that -- did somebody post their real name
16 and you can't think of that name, or you think
17 somebody was behind it using a fictitious name?
18     A. I don't know. Well, with Facebook you
19 don't have to go off your real name. You can just
20 create a name. But the name that was posted on that
21 site was a male name, and that male name, I never
22 thought I'd forget this character, but I can't think
23 of it right off the top. I haven't seen anything
24 posted about him or from him in recent years.

Page 185

1      Q. Okay. And so --
2      A. And that individual.
3      MR. MCGRATH: Just wait for the next
4  question.
5  BY MR. HERBERT:
6      Q. Well, who is that individual as far as
7  you can remember?
8      A. That individual post, I recall the post
9  saying, hey, I'm backing away from this for a while.
10 I think he...
11     Q. Any other posts that were derogatory
12 towards you on that?
13     A. Yes.
14     Q. Tell me about those, please. And first
15 of all, when I say any other posts, I'm talking about
16 posts from this group, You're Probably From Kankakee.
17 Is that fair to say? Those were the only negative --
18 that was the only negative group that was posting
19 things about you?
20     A. Yes. Well, to the best of my knowledge.
21     Q. Okay.
22     A. There was a -- oh, I can't think of their
23 names who said who posted -- that same person who I
24 think of about that site posted some crap because I

Page 186

1  commented, you know, you guys sit behind the computer
2  and talk all that trash, and then that got translated
3  into, Yates invited me -- again they think I live in
4  Florida. Yates invited me to Florida for a fight.
5  Okay. Where are they getting this from? And there's
6  some other character, Adam Phillips is his name. He
7  chimes in and says, if I see Yates, I want to kick
8  his ass.
9      Q. Do you still have these posts?
10     A. I do, actually.
11     Q. Would you mind producing them to your
12 lawyer so I can look at them?
13     MR. MCGRATH: If you have them.
14     THE WITNESS: Yeah, I've got them.
15 BY MR. HERBERT:
16     Q. Okay. Tell me about the other posts.
17 First of all, who is Adam Phillips, do you know?
18     A. I don't know him from Adam. I ran into
19 him at a city council meeting one night.
20     Q. Is he a white guy?
21     A. Yes.
22     Q. Do you know what he does for a living?
23     A. Somebody told me he works at WGN. I
24 don't know anything about him. I see he was having

Page 187



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 50 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 an issue with the city about some property or
2 something, and I had spoke on something at a city
3 council meeting and they were passing around a list,
4 and I signed the list thinking it was an attendance
5 roster, but they say, no, these are people who want
6 to speak. I didn't have anything to say. I stood up
7 and -- you know, I didn't have anything to say. I
8 was thinking this was because it was being -- the
9 sign-in list to speak normally sits by the door.
10 This list was being passed around, so I just took it
11 as a sign-in roster. Okay, I'll sign this, but I
12 don't know why. And then they asked me to come up
13 and speak, and I have nothing to say, but as I'm
14 walking back to my seat after standing up to say
15 that, that's when I see this guy, Adam Phillips. He
16 introduced himself to me, I'm Adam Phillips. And,
17 oh, you're the guy that wants to kick my... and at
18 which time, well, you're a stand-up guy.
19     Q. These negative posts about you from this
20 group, what years did this take place?
21     A. '17, '18. 2017, 2018.
22     Q. Okay. And they stopped at some point?
23     A. I don't even know if that site is still
24 up. That gentleman posted, said he was having

1 breakdowns and blah, blah, blah and that site
2 disappeared.
3     Q. Were the posts negative towards anyone
4 other than you?
5     A. Well, they were ridiculing the mayor,
6 about her and always in a photo op or whatever it was
7 saying.
8     Q. Anyone else other than you two?
9     A. (Shaking head.) That I'm familiar with.
10     Q. Were they discriminatory racially, these
11 posts?
12     A. Yes.
13     Q. How so?
14     A. The chicken joint comment.
15     Q. And I get that. I wouldn't dispute that.
16     A. And I've got people thinking that I'm one
17 of them comment.
18     Q. And I get that, but anything else that
19 you haven't mentioned that you can think of? And if
20 you can't, that's fine.
21     A. Well, there was a post once talking -- I
22 don't know. It was saying something -- again the
23 deputy chief wasn't in place when Tyson got promoted,
24 but then the deputy chief was taking photos once he

1 got in position every time there was a promotion, and
2 this person chimed in again with one of these
3 comments, it was to the effect of they ought to be
4 paying more attention to crime or whatever the case
5 may be.
6     Q. And that was Deputy Chief Hunt, right?
7     A. That was in reference to -- he was the
8 one that started taking pictures.
9     Q. Got it.
10     A. But I guess it was in reference to, they
11 need to be focused on crime rather than blah, blah,
12 blah.
13     Q. And you took they to mean the black
14 police leaders, right?
15     A. Yes.
16     Q. Because it was critical of the mayor,
17 right?
18     A. The deputy chief.
19     Q. Deputy Chief Hunt?
20     A. The Patrol Commander Austin, and me.
21     Q. And you. And it was critical of you --
22     A. And Kosman, Chief Kosman.
23     Q. The nature of the complaints, did it seem
24 like it was coming from maybe some police officers

1 that might have had some knowledge about what was
2 going on?
3     MR. MCGRATH: Don't speculate. Answer only
4 if you know.
5     THE WITNESS: Shreffler was on record making
6 comments that I understand was why he got suspended I
7 think it was.
8 BY MR. HERBERT:
9     Q. It's your standing that he got -- well,
10 he got fired?
11     A. Initially he was suspended for making
12 comments and told to stop making the derogatory
13 comments on Facebook about the department.
14     Q. Did Shreffler make negative comments
15 about you?
16     A. I don't know.
17     Q. But you know he had made negative
18 comments about the department?
19     A. And about the mayor.
20     Q. When did you know that?
21     A. Once we were presented with information
22 that he was being given a last chance agreement or
23 that he was under scrutiny for not complying with the
24 mayor's policy to stop his Facebook criticism of the



Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 51 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 city.

2 Q. And that was before you signed off on his

3 termination, correct?

4 A. Yes. That was, yes. And he did it even

5 after he was initially told that.

6 Q. Are you aware of any investigations that

7 were conducted by anyone in the police department to

8 determine the identity of who was behind this

9 Facebook page?

10 A. I don't know.

11 Q. Well, do you know that Chief Dumas was

12 running -- was accused of running license plates on

13 an official department computer in violation of

14 policy?

15 MR. MCGRATH: I just object to foundation,

16 relevance, speculation.

17 THE WITNESS: I heard that.

18 BY MR. HERBERT:

19 Q. And you heard that the Illinois State

20 Police was conducting a criminal investigation

21 against him?

22 A. That was rumored.

23 Q. And that's why he left the police

24 department, correct?

Page 192

1 A. No.

2 MR. MCGRATH: Objection.

3 BY MR. HERBERT:

4 Q. Do you know why he left?

5 A. He was given a last chance agreement and

6 he decided to -- and was told, hey, look, if you'll

7 just...

8 Q. Chief Dumas was given a last chance

9 agreement?

10 A. No, Chief Dumas gave Shreffler.

11 Q. I'm talking about Dumas. Why did he

12 leave?

13 A. Oh, I don't know why he left. I don't

14 know.

15 Q. Well, are you aware of the fact that

16 Willie Hunt was conducting an investigation into who

17 was behind these posts?

18 A. I'm not familiar with that.

19 Q. You're not familiar with it at all?

20 A. No.

21 Q. Did you conduct any investigation to

22 determine --

23 A. Hell, no.

24 Q. Do you know of anyone that conducted an

Page 193

1 investigation?

2 A. No. I had nothing to do with any

3 investigation on anything.

4 Q. Do you know Larry Fullmer?

5 A. I have no idea who that is.

6 Q. Do you know Ward Louis Fullmer?

7 A. I don't know who that is.

8 Q. Do you know the Auto-Lab that's located

9 in Kankakee?

10 A. I'm familiar with that office, with that

11 business.

12 Q. Okay. And did you become aware of the

13 fact that Commander Austin made a report to the FBI

14 where he accused the Mayor Chasity Wells, Price

15 Dumas, and Willie Hunt of criminal conduct related to

16 city awards for Auto-Lab?

17 A. I heard a rumor. I heard a rumor.

18 Q. Tell me about what you heard.

19 A. Just that.

20 MR. MCGRATH: Object to the line of the

21 questions. Foundation, relevancy, it calls for

22 speculation.

23 You can answer.

24 THE WITNESS: I just heard rumors about some

Page 194

1 investigation. Again, back on that page that you

2 were talking about, if you're from Kankakee page.

3 BY MR. HERBERT:

4 Q. There was talk about a criminal

5 investigation on the Kankakee page?

6 A. Yes.

7 Q. And a criminal investigation into the

8 mayor, and Willie Hunt, and Dumas?

9 A. I don't know about Dumas.

10 Q. Okay. And it was related to a deal with

11 the Auto-Lab?

12 A. I guess. I don't know.

13 Q. You saw the posts, right?

14 A. I'm sure I did. I know I saw it at the

15 time, yes.

16 Q. Does that sound about right, that it was

17 talking about the shady deals with Auto-Lab by those

18 participates?

19 A. By the same people who accused me of

20 being at chicken dinners, yeah.

21 Q. As you sit here today, who do you think

22 was responsible for posting the negative information

23 about you?

24 A. I have no clue except the names that were

Page 195

Nickey Yates Backwrite - 3/15/2022
2:20-cv-02310-CSB-EIL #17-6 Page 52 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1 thrown at me.
2 Q. What names were thrown at you?
3 A. The previous Veterans Assistance
4 Commission chief or supervisor.
5 Q. Okay. Shreffler's name was thrown as
6 being involved, correct?
7 A. No.
8 Q. I thought you said that Shreffler was
9 involved in some of those posts.
10 A. He was making disparaging comments about
11 the mayor. You're talking about me?
12 Q. Yeah, about you.
13 A. No.
14 Q. Who do you believe was behind the
15 negative posts about the mayor or Austin or Willie
16 Hunt?
17 MR. MCGRATH: Don't speculate. If you know.
18 THE WITNESS: Just the name that was on that
19 site.
20 BY MR. HERBERT:
21 Q. Okay. Do you believe that Kankakee
22 police officers were involved in those posts?
23 A. I have no idea.
24 Q. All right. Did you ever hear the mayor,
Page 196

1 and I might have asked you this before, but express
2 any belief that she believed that the department in
3 general was too white?
4 A. Never.
5 Q. Okay. Do you know if Dumas was promoted
6 in part related to him being black?
7 A. I don't know.
8 Q. Okay. Did you call Shreffler a racist at
9 some point?
10 A. I don't even know Shreffler.
11 Q. Okay.
12 A. Now, does he get to accuse me of that and
13 I don't get to say anything?
14 Q. Did the police come to a city council
15 meeting and have a discussion with you because they
16 believed you were making a disturbance? Do you know
17 what I'm talking about?
18 A. Yeah, that was this Adam Phillips
19 character, when he made the comment, so you're the
20 guy who wants to whip my ass.
21 Q. And the Kankakee police were called to
22 the council meeting?
23 A. I don't know about that. Not from me.
24 This is in the back -- we're exiting the building and
Page 197

1 there was always an officer there, at least one, and
2 that person, he's, hey, no big deal, and I left. So
3 if the cops were called, I wasn't there.
4 Q. And when was this, was it in 2018, 2017?
5 A. It would have most likely been 2017,
6 towards the end of '17, I guess.
7 Q. But police were there, not just ones that
8 were assigned to the city council meeting?
9 A. I didn't know anything about anybody
10 else.
11 Q. Okay. Did you call somebody a racist at
12 that meeting?
13 A. No. I'm not familiar with that.
14 Q. Okay. Is it possible that you called
15 someone a racist?
16 A. If I did I meant it, but I don't recall
17 that.
18 Q. Okay.
19 A. So this is the part I'm talking about.
20 People throw all this bullshit at me and I don't get
21 to say nothing.
22 MR. MCGRATH: Hold on. There's no question.
23 He was asking you if you said it at a meeting. You
24 said no.
Page 198

1 BY MR. HERBERT:
2 Q. Willie Hunt was promoted to lieutenant at
3 some point. You're familiar with that?
4 A. I wasn't here.
5 Q. Okay. Do you remember ever making a
6 comment at a public meeting about a vacancy for a
7 particular promotional spot where you said, that is a
8 black lieutenant's spot?
9 A. Nope. I never said some crap like that.
10 Q. But you know that you were accused of
11 saying something like that?
12 A. I didn't know that either.
13 Q. Okay. Did you ever -- did you ever say
14 at a city council meeting in the presence of aldermen
15 that a particular promotional spot on the Kankakee
16 Police Department --
17 A. Never, never.
18 Q. -- was a black person's spot?
19 A. No, never.
20 Q. Okay. Do you believe that there are
21 certain spots that are for black police officers?
22 A. No.
23 MR. HERBERT: I think I'm done.
24 MR. MCGRATH: Okay. That's it. We'll waive
Page 199



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 53 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

1  signature.
2       (Deposition concluded at 3:47 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 200



Nickey Yates Backwrite  -  3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL  # 17-6   Page 54 of 82

```
 1                REPORTER'S CERTIFICATE

 2

 3         I, Brenda S. Hall, CSR No. 084-003359,

 4   Certified Shorthand Reporter of said state, do hereby

 5   certify:

 6         That previous to the commencement of the

 7   examination of the witness, the witness was duly

 8   sworn to testify the whole truth concerning the

 9   matters herein;

10         That the foregoing deposition transcript was

11   reported stenographically by me, was thereafter

12   reduced to typewriting under my personal direction

13   and constitutes a true record of the testimony given

14   and the proceedings had;

15         That the said deposition was taken before me

16   at the time and place specified;

17         That I am not a relative or employee or

18   attorney or counsel, nor a relative or employee of

19   such attorney or counsel for any of the parties

20   hereto, nor interested directly or indirectly in the

21   outcome of this action.

22

23

24
```



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310-CSB-EIL  v. #17-6  Page 55 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

1          IN WITNESS WHEREOF, I do hereunto set my hand

2     at Chicago, Illinois, this 13th day of April, 2022.

3

4

5                    _____

6                    Certified Shorthand Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Nickey Yates Backwrite  -  3/15/2022
2:20-cv-02310 CSB-EIL  #17-6  Page 56 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

## WORD INDEX

**< $ >**
**$110**  40:*23*

**< 0 >**
**03080**  146:*24*
**03085**  152:*9*
**05**  139:*12, 17*
**06**  139:*9*
**07**  130:8  139:*9*
**084-003359**  1:*17*
*201:3*
**09**  36:*20*

**< 1 >**
**1**  3:*9*  28:20, *22*
*106:19  170:2, 3, 8*
**100**  1:*19*  2:*4*
*157:18*
**1022**  41:*14*
**106**  3:*9*
**10th**  175:*23*
**11th**  94:*9*
**12:00**  1:*18*
**13**  117:*18*  119:*21*
*120:5  121:19*
**13.63**  158:*15*
**13.90**  158:*14*
**137**  3:*9*
**1395**  15:*8*
**13th**  116:*13*  202:2
**14**  17:*15*  22:*17, 18*
*68:3  71:22*
**146**  3:*9*
**15**  1:*18*  157:*16*
**16**  52:23  113:6
*173:7*
**169**  3:*9*
**16th**  12:*10*  173:*6,*
*19  175:15, 21*
**17**  52:23  68:*3*
*71:20, 22  113:6*
*152:7  179:7*
*181:20  188:21*
*198:6*
**170**  3:*9*
**17th**  175:*13*
**18**  188:*21*
**19**  21:2, *3*  29:*14*

**128:**13  181:*11*
**1942**  176:*21*
**1978**  18:8
**1980**  18:*18*
**1982**  18:*9*
**1993**  17:8
**1st**  15:*11*

**< 2 >**
**2**  3:*9*  20:*10*
*105:24  106:2*
*109:5  146:22*
*147:6  170:3*
**20**  157:*16*
**200**  20:*18*  114:*1*
**2003**  15:*23*  21:*6,*
*11  113:10*
**2005**  36:*20, 22*
*37:20  52:2*
**2006**  32:*13*  48:*8*
*130:7  139:9, 13*
*144:17  162:10, 12*
*163:2*
**2007**  32:*13*  139:*9*
**2009**  26:*4*  52:2
**2016**  9:*9*  11:*19*
*12:10  36:18*
**2017**  9:*10*  11:*20*
*12:7  21:20  22:7*
*23:15  24:3  34:9*
*35:24  113:6*
*152:14  153:22*
*154:12  155:19*
*164:16, 19, 22*
*166:16  167:15*
*168:3, 10, 21  181:8*
*188:21  198:4, 5*
**2018**  9:*10*  15:*11*
*62:3, 10  116:13*
*119:21  120:5*
*121:19  164:22*
*168:23  188:21*
*198:4*
**2019**  73:*24*  173:7
*175:1, 18  176:9*
**2020**  10:*11, 12*
**2021**  171:*18*
**2022**  1:*18*  202:2
**206**  1:*18*  2:*3*
**20-cv-2310**  1:*6*  4:*13*
**21**  10:*10*

**22**  30:*15*  68:2
*71:19, 21*
**23**  30:*15*  113:*23*
*133:17*
**24th**  20:*24*
**25**  179:*17*  180:*1, 9*
**26**  94:*20*
**262**  37:6  38:2, *17*
**28**  3:*9*  15:*23*  50:*20*
**2nd**  174:*21*

**< 3 >**
**3**  3:*9*  111:*1*
*137:13  146:22*
*147:6  148:23  170:7*
**3:47**  200:*2*
**30**  35:*14*  118:*14*
*160:5*
**30.5**  156:*12*
**30.50**  154:8  155:*22*
*156:17*
**3074**  149:*12*
**3075**  150:8
**3085**  149:*4*  150:*5,*
*6, 8  153:24*
**3087**  149:*11*
**3088**  149:*11*
**312)655-7660**  2:*5*
**3318**  2:*8*
**3500**  98:*3*  113:*24*
**385**  149:*10*
**386**  149:*11*
**3rd**  174:*21*

**< 4 >**
**4**  3:*9*  146:*7, 10*
*148:23  149:1*
*163:16  169:16*
*170:7*
**40.00**  154:8
**40.50**  154:8
**400**  96:*24*
**424-5678**  2:*9*
**45**  157:*12, 13, 14*
**4th**  41:*15*

**< 5 >**
**5**  3:*9*  29:*14*
*148:24  149:1*
*169:9, 11  170:7*

**22**  30:*15*  68:2

**< 6 >**
**6**  3:*1, 9*  20:*10*
*170:7, 13, 17*
**60661**  2:*4*
**60805**  2:*9*
**60901**  15:*9*
**61**  122:*19*
**61-year-old**  134:*20*
**68.17**  158:6
**69.50**  158:2
**6th**  20:*9*

**< 7 >**
**7:30**  95:*20*
**708**  2:*9*
**75**  149:*12*
**7th**  19:*21*  20:*9*

**< 8 >**
**80**  122:*23*  147:7
**81**  147:7  157:*19*
**83**  19:8  52:22
**84**  19:*9, 13*  147:*11,*
*14*
**85**  156:*21, 22*
**87**  19:*13*
**8th**  19:*21*  108:*21*

**< 9 >**
**9/11**  94:*7, 11*
**95th**  2:*8*
**96**  17:8
**9th**  41:2  175:*22*

**< A >**
**A&M**  17:*7, 23*
*18:12, 14  20:4*
**ability**  97:*24*
**able**  40:2  92:*4*
**above-entitled**  1:*15*
**absolutely**  64:*5, 20*
*95:9  128:21*
**academically**  68:*11*
**acceptable**  15:*5*
**access**  38:*10*
**accident**  132:2
**account**  64:*13*  72:2,
*4, 7, 18*
**accountable**  53:*3*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL   # 117-4   Page 57 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

154:*19*

**accounted** 157:*16*

**accurate** 38:*3*
107:*21* 162:*20, 21*

**accuse** 197:*12*

**accused** 56:*11*
112:*12, 13, 22*
162:*11* 179:*11*
192:*12* 194:*14*
195:*19* 199:*10*

**accusing** 182:*21*

**accustom** 68:*9*

**acknowledgements**
148:*4*

**act** 97:*1, 2*

**acting** 31:*23* 119:*6*
120:*19*

**action** 20:*11, 13, 16*
201:*21*

**actions** 24:*1*

**active** 19:*3, 8*

**actual** 43:*6* 44:*5*
52:*24* 130:*14*
157:*12, 17* 172:*10*

**Adam** 131:*18*
187:*6, 17, 18*
188:*15, 16* 197:*18*

**add** 28:*15* 151:*5*

**added** 26:*24*
148:*12* 160:*19, 20*

**addition** 73:*16*
116:*11*

**additional** 13:*22*

**address** 15:*3, 7*
16:*6, 13* 41:*14* 73:*8*

**addresses** 41:*17*

**adjust** 151:*3*

**adjusted** 151:*5*

**administer** 63:*5*

**Administration**
18:*13* 39:*18* 42:*2*
43:*20* 44:*24* 45:*1,*
8 46:*17* 49:*14, 19*
51:*20* 52:*1, 6, 8, 13*
53:*13, 14* 54:*1, 2*
55:*20* 57:*4* 63:*8*
80:*16, 18, 19, 20, 23*
92:*5* 129:*4, 8*

**administrative**
51:*11*

**admit** 29:*21* 102:*18*

**admitted** 102:*15*

**adults** 15:*17*

**advantage** 82:*10, 12*

**affiliated** 176:*19*

**afford** 183:*4, 16*

**Africa** 54:*22*

**African** 8:*13, 23*
10:*20, 23* 39:*10*
81:*18, 21* 141:*19*
176:*19*

**afternoon** 4:*3*

**agencies** 63:*10*

**agenda** 118:*3*

**ago** 8:*7* 9:*15* 13:*4*
14:*3* 35:*7* 54:*17*
55:*9* 130:*6*

**agree** 30:*4, 21*
44:*13* 47:*19* 59:*11*
81:*8* 83:*22* 91:*23*
92:*8* 93:*2* 98:*12*
107:*14* 111:*20, 24*
129:*23* 136:*11, 22*
154:*21* 157:*21*
159:*4* 160:*9* 165:*8,*
16 168:*24*

**agreed** 67:*19, 21*
154:*23*

**agreement** 191:*22*
193:*5, 9*

**Ah** 118:*17*

**ahead** 50:*22* 54:*12,*
16 67:*9* 71:*7, 11*
94:*5* 116:*21*
121:*20* 122:*22*
181:*17*

**aircraft** 19:*10*

**Airport** 95:*4*

**alderman** 21:*24*
22:*2* 39:*4, 5, 23*
40:*14*

**aldermen** 22:*19, 21*
199:*14*

**allegations** 140:*15*
142:*22*

**alleged** 7:*24* 33:*19*
115:*18* 141:*8* 143:*1*

**alleging** 139:*22*
140:*2*

**allow** 88:*23* 123:*9*

**allowed** 76:*3*
111:*21* 123:*3*
145:*10, 18*

**alphabetically** 40:*21*

**A-m** 24:*12*

**Amaladine** 104:*7*

**America** 54:*18, 23*
55:*14* 133:*18, 22*

**American** 8:*13, 23*
10:*20, 23* 39:*10*
60:*6* 176:*16, 23*

**Americans** 81:*18,*
21 141:*19* 176:*19*

**Ames** 24:*10, 15, 21*

**A-m-e-s** 24:*13*

**Amoth** 41:*7, 13, 20*

**A-m-o-t-h** 41:*7*

**Amoths** 41:*16*

**ampersand** 41:*18*

**amphibious** 19:*20*
20:*7*

**and/or** 108:*24*
111:*2, 5* 163:*7*
171:*2*

**angel** 121:*17*

**angry** 45:*6* 47:*10,*
16, 20 136:*5*

**animosity** 79:*10, 16*
80:*1, 3, 8* 98:*9, 10,*
13

**announced** 62:*1, 2,*
5 172:*8*

**annual** 55:*8, 9*

**answer** 4:*22* 5:*2,*
10 29:*20* 47:*2*
52:*3* 70:*13, 24*
71:*1, 3* 79:*20*
84:*24* 89:*9* 93:*8*
100:*21* 106:*24*
107:*9, 12, 14, 21*
117:*21* 163:*11*
168:*16* 191:*3*
194:*23*

**answering** 107:*4*

**Answers** 3:*9* 4:*19*
5:*18* 29:*9, 11*
106:*13, 16*

**anticipate** 5:*6*

**Antonio** 94:*14, 22*

**anybody** 33:*3, 24*
79:*12, 18* 81:*19*

**allowed** 98:*11* 136:*19*
137:*1* 185:*1* 198:*9*

**anyway** 76:*6*

**apologies** 33:*13*

**apparent** 110:*7*

**Appeared** 2:*5, 11*

**appears** 106:*8*

**applicable** 151:*6*

**applicants** 113:*20*

**application** 117:*3*
168:*22*

**applied** 105:*6*
113:*15*

**applies** 151:*1*

**apply** 113:*12, 22*

**applying** 153:*9*

**appointed** 25:*12*
32:*2* 34:*12, 17*
92:*22, 23*

**appreciate** 40:*10*
47:*17*

**approaching**
130:*16, 19*

**appropriate** 73:*10*

**appropriately** 107:*2*

**approval** 25:*13*

**Approving** 31:*11*

**approximately** 9:*15*
10:*12* 16:*17*
119:*20* 181:*10*

**April** 11:*20* 19:*13*
21:*1* 23:*15* 24:*3*
34:*9* 35:*24* 113:*10*
116:*13* 117:*18*
119:*21* 120:*5*
121:*19* 202:*2*

**arbitration** 84:*11*

**area** 158:*17*

**argued** 142:*10*

**Army** 116:*1*

**arrest** 124:*7* 132:*5*

**arrested** 131:*17*

**Article** 3:*9* 137:*18,*
22, 24 173:*8*
175:*11, 12*

**aside** 13:*23* 24:*7*
33:*20* 80:*24*

**asked** 6:*10* 10:*7*
13:*16* 14:*8, 12*
21:*23, 24* 22:*2, 13*
23:*13, 23* 36:*18*



**Nickey Yates Backwrite - 3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL # 17-16 Page 58 of 82

40:*4* 94:*3* 105:*9* 118:*6* 121:*14, 15* 122:*1* 145:*12* 185:*14* 188:*12* 197:*1*

**asking** 5:*18* 47:*22* 53:*17* 55:22 61:*1* 70:*16* 73:*13* 78:*13* 80:20 86:*9* 90:*3* 100:*13* 136:22 141:*10* 145:*23, 24* 156:*15* 180:*5* 198:23

**ass** 131:*17* 133:*24* 134:*20* 187:*8* 197:*20*

**assembly** 18:*10, 11*

**assessment** 152:*4* 153:*1, 17, 19* 154:*2, 12, 17* 155:*10, 19, 22* 156:*3, 8, 16* 157:*1, 2, 8, 9, 13, 15, 21, 23* 158:*2, 13*

**assessments** 152:*17*

**assigned** 198:*8*

**Assistance** 113:*7* 114:*8* 117:*19* 120:*6, 20* 184:*12* 196:*3*

**assistant** 43:*5* 98:*5*

**associate** 32:*10*

**associated** 176:*18* 185:*1*

**Associates** 63:*6, 11, 19, 21* 153:*14, 17*

**Association** 18:*11* 122:*16* 176:*17, 20*

**assume** 6:*13* 9:*11* 25:*5* 93:*14* 185:*10*

**assuming** 140:*12*

**assumption** 99:*1*

**attempt** 135:*18*

**attendance** 188:*4*

**attended** 25:*18* 94:*14*

**attention** 190:*4*

**attorney** 6:*8, 18* 7:*14* 23:*6* 201:*18, 19*

**Attorney's** 110:*6*

**August** 10:*11, 12* 19:*13* 73:*24* 108:*21* 175:*24* 176:*5, 8*

**Austin** 61:*9, 14, 18* 177:*9, 15* 178:*1, 2* 190:*20* 194:*13* 196:*15*

**authorized** 63:*9*

**Auto-Lab** 194:*8, 16* 195:*11, 17*

**Avenue** 41:*15*

**aviation** 19:*10*

**Avory** 158:*4, 6, 8*

**awarded** 147:*22*

**awarding** 148:*1*

**awards** 148:*3* 194:*16*

**aware** 24:*23* 59:*19* 61:*13, 16* 76:*21* 77:*2, 3* 84:*19* 90:*6* 93:*12* 109:*19, 24* 110:*4, 8* 112:*5, 8, 10* 129:*2* 143:*2* 148:*8* 161:*2* 164:*3, 24* 166:*23* 167:*4, 14* 168:*6* 171:*15, 19* 178:*10* 180:*24* 181:*2, 6* 192:*6* 193:*15* 194:*12*

**awe** 145:*8*

< B >

**back** 5:*9* 9:*8* 14:*8* 17:*18* 20:*1, 6, 8, 15, 19* 26:*4, 5* 32:*13, 19* 36:*17* 38:*15* 52:*1* 85:*14* 89:*16* 90:*15, 21* 91:*14, 17, 18* 93:*23* 95:*3, 4, 6, 11* 96:*3, 4* 98:*4, 19, 23* 102:*1, 17, 19, 22* 105:*8, 24* 113:*5, 13, 14, 16* 114:*1* 118:*14, 17, 21* 119:*3* 131:*3* 133:*19, 20* 151:*4* 162:*7* 171:*18* 172:*1* 183:*4, 17* 188:*14* 195:*1* 197:*24*

**background** 18:*7* 76:*15, 16*

**backgrounds** 74:*8*

**backing** 186:*9*

**badge** 13:*23*

**balance** 96:*24* 97:*3*

**Baptist** 25:*24* 33:*8*

**barking** 87:*13* 120:*10* 121:*16*

**base** 58:*21* 59:*1*

**baseball** 97:*7*

**based** 65:*13* 68:*5* 76:*19, 20* 99:*21* 101:*1* 104:*2* 105:*21* 107:*5* 108:*14* 109:*7* 110:*7* 114:*18* 117:*4* 133:*13* 136:*2* 150:22 153:*1, 3* 156:*13* 157:*10* 158:22 159:*1* 160:*11* 162:*6* 163:*4* 176:*9* 185:*10*

**basic** 19:*20* 29:*12* 30:*17, 19*

**basically** 126:*12*

**basis** 20:*19* 81:*7* 107:*1* 116:*5* 134:*14*

**Bates** 146:*24* 147:*7*

**Battalion** 19:*21* 20:*9, 21*

**battalions** 20:*14, 17*

**beat** 75:*13, 14* 87:*3, 12*

**becoming** 24:*8*

**begs** 141:*9*

**behalf** 2:*5, 11* 76:*8* 83:*18, 19* 111:22 112:*9*

**behavior** 145:*12*

**belief** 46:*11* 53:*24* 56:*10* 84:*8* 90:*2* 98:*24* 115:*3* 142:*17* 161:*18* 162:*16* 197:*2*

**believe** 9:*8* 38:*2* 42:*1, 9, 17, 24* 43:*12* 44:*6, 14, 17* 52:*11, 17, 20* 54:*6, 13* 56:*14* 57:*2*

58:*4, 10* 59:*2* 75:*19* 77:*7, 10, 11* 79:*6* 80:*10, 16, 24* 81:*20* 82:*19* 86:*14* 88:*10, 12* 89:*12* 90:*3* 91:*12* 97:*11* 100:*16* 102:*24* 105:*16* 108:22 110:*20* 124:*8* 127:*1* 132:*9, 24* 133:*3, 8* 140:*10, 21* 141:*6* 142:*12, 19, 21* 143:*24* 144:*2, 7, 9, 23* 145:*20* 155:*17, 21* 162:*19* 163:*5* 170:*21* 172:*8* 174:*6* 180:*9, 12, 14, 16* 196:*14, 21* 199:*20*

**believed** 45:*17* 49:*19* 73:*9* 74:*18* 85:*23* 86:*6* 90:*16* 143:*19* 197:*2, 16*

**belong** 25:22 26:*1*

**bench** 118:*12, 21*

**BERGE** 1:*2* 4:*9* 68:*2, 3, 22* 69:*2* 70:*1, 3, 23* 71:*14, 22* 74:*23* 75:*9, 19* 77:*15* 91:*15* 98:*18* 99:*10, 17, 22* 100:*1, 6, 15, 24* 101:*3, 7, 24* 102:*3, 7* 106:*23* 108:*3, 24* 109:*7, 8* 111:*2, 5* 127:*19, 21, 23, 24* 141:*13* 142:*1, 13* 154:*1, 8* 155:*17* 159:*10* 163:*1, 6* 171:*3* 174:*5*

**Berge's** 89:*15* 100:*4, 10* 101:*16*

**Bessant** 27:*12* 28:*1*

**B-e-s-s-a-n-t** 27:*13*

**best** 5:*18* 70:*20* 71:*12* 93:*11* 113:*14* 162:*7* 182:*17* 186:*20*

**bet** 68:*10*

**better** 55:*4, 11*

**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 59 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

94:*15*
**beyond** 77:*10*
**big** 57:*19* 100:*12*
198:*2*
**biggy** 118:*17*
**birthday** 11:*14*
**bit** 34:*6*
**biting** 134:*16, 17*
**black** 22:9 24:*21*
27:*1* 28:*4* 33:*23*
44:*15, 18* 45:*18*
46:*12, 13* 47:*19*
48:*1* 50:*21* 52:8
54:*22* 56:*12, 15, 23*
57:*1, 2, 13, 14, 24*
58:*1, 4, 5, 20, 22, 24*
59:*3* 60:*9, 11, 17*
69:*5, 14, 19* 70:*1, 9,*
*17* 75:*16* 78:*1, 2, 3,*
*9, 10* 81:*2, 9* 82:8
86:*2, 3, 7, 12, 15*
89:*4, 5, 7* 90:*5, 8,*
*10* 91:*5, 18, 19*
96:*18* 99:*2, 5, 7*
103:*16* 104:*12*
114:*21* 115:*20*
116:*7* 121:*4* 127:*3,*
*4* 129:*3, 8, 9*
131:*17* 132:*19*
133:*9, 16, 24* 138:*2*
140:*5, 19* 143:*3, 20*
144:*24* 158:*6*
162:*13* 163:*3*
177:*1, 15* 181:*21*
182:*19, 22* 183:*13,*
*15, 16* 190:*13*
197:*6* 199:*8, 18, 21*
**blacks** 22:*16* 52:*12,*
*17* 53:*20* 54:*3, 13*
59:*12* 82:*15, 18*
91:*21* 98:*21* 103:*1*
135:*16, 21* 176:*21*
180:*4*
**blah** 36:*18, 19*
51:*1* 53:*4* 55:*5*
114:*10* 119:*5*
189:*1* 190:*11, 12*
**Blarney** 51:*6*
**blocked** 123:*8, 9*
**blocks** 14:*22*
**blue** 135:*10*

**board** 26:*18, 20*
30:*22* 48:*6, 18*
49:*2, 22* 50:*4, 9, 16,*
*18, 20* 51:8 52:*14*
62:*24* 63:*4, 13, 16*
64:*22, 24* 65:*2, 23*
66:*4, 8, 21* 67:*15,*
*16, 17* 68:*1* 69:8
70:*2* 73:*9, 12, 15*
74:*2, 18* 78:*4*
82:*24* 83:*3, 7*
84:*14, 15* 99:*10, 13,*
*24* 100:*2, 4, 8, 13,*
*15* 101:*19* 103:*22*
111:*6, 17* 114:*7, 13*
117:*1, 3, 19* 135:*11*
138:*22* 139:*13*
151:*23* 152:*12, 16*
153:*16, 18* 154:*10,*
*16* 155:*4, 12*
158:*18* 172:8
**book** 118:*4, 12, 13*
119:*15*
**born** 18:*1* 179:*17*
180:*1, 10*
**bother** 96:*2*
**bottom** 146:*24*
**bought** 15:*11*
**bouncing** 78:*18*
**bowling** 87:*1*
**box** 53:*3*
**boxes** 156:*20*
**boy** 97:*1*
**Brad** 73:*4* 103:*15*
104:*6*
**Bradley** 103:*15*
**break** 4:*24* 5:*3*
70:*24* 78:*12, 15*
93:*17, 21* 136:*1, 3*
137:*8, 9* 172:*4*
**breakdowns** 189:*1*
**Brenda** 1:*16* 201:*3*
**brief** 94:*2, 15* 95:*6,*
*19, 20, 22, 23* 96:*5*
**briefed** 95:8
**broad** 107:*2*
**brother** 12:*5* 95:*15*
180:*3*
**brought** 63:*5*
173:*22*

**Bruce** 42:*14, 15*
43:*2*
**bruised** 87:*6*
**buddies** 12:*6*
**buddy** 132:*4*
**budget** 94:*16* 114:*7*
**building** 95:*13, 16*
117:*6* 118:*11, 15*
124:*2* 130:*15*
197:*24*
**bullets** 76:*16*
**Bullshit** 135:*22*
198:*20*
**bunch** 38:*24* 78:*16*
82:8
**Burger** 98:*5*
**burnings** 55:*17*
**bus** 114:*3*
**business** 27:8 95:*1*
194:*11*
**button** 124:*22*
**bypass** 69:*9*
104:*24* 108:*24*
172:*13*
**bypassed** 67:8
70:*1, 5* 105:8 161:*3*
**bypassing** 70:*17*

**< C >**
**calculated** 64:*12*
148:*9*
**calculations** 150:*14*
**calendar** 175:*19*
**call** 9:*14* 11:*15*
14:*2* 15:*4* 33:*11*
95:*5, 13* 96:*15*
102:*13* 118:*7*
121:*12* 125:*6, 14,*
*17* 129:*21* 131:*13,*
*15* 132:*4* 136:*13*
197:8 198:*11*
**called** 6:*1* 7:*9*
9:*15* 13:*21* 19:*7*
33:*10* 55:*7* 96:*3*
120:*16, 17* 124:*4, 5*
125:*2, 4, 21* 126:*23*
197:*21* 198:*3, 14*
**calls** 13:*14* 87:*6*
96:*9* 100:*18* 194:*21*
**campaign** 11:*2, 3,*
*16, 20* 36:*16* 37:*15*

38:*22* 39:*2, 7, 9, 14*
40:*17* 49:*13, 15, 16,*
*17* 50:*1* 52:*21*
**candidate** 19:*19*
35:*21* 37:*3* 104:*24*
139:*15* 160:*21*
163:*14* 164:*7*
**candidates** 39:*21*
104:*24* 108:*17*
**capacities** 109:*10,*
*12*
**Capacity** 1:*11*
21:*18* 70:*20* 71:*12,*
*17, 18* 72:*1* 109:*16*
**car** 12:*6* 14:*22*
131:*2*
**card** 77:*12, 17, 23*
91:*5, 9, 13* 136:*7*
**career** 79:*7*
**Carolina** 15:*17*
**cars** 75:*12*
**case** 4:*9, 13* 7:*2, 11,*
*15, 21, 24* 8:*3*
10:*24* 29:*3* 31:*16*
33:*2* 34:*3* 57:*4, 23*
58:*6* 65:*9* 66:*13*
92:*12* 97:*20* 99:*11,*
*15* 101:*4, 8* 112:*21*
124:*6* 135:*10*
138:*11, 17* 139:*22*
140:*9, 22* 141:*4*
142:*24* 143:*9*
144:*19* 147:*23*
148:*2* 155:*11*
160:*21* 163:*1*
164:*11* 178:*11*
190:*4*
**cases** 110:*5, 6, 11*
**catch** 95:*3*
**categories** 157:*5*
**category** 152:*23*
159:*22*
**cause** 1:*15*
**caused** 97:*12*
155:*11*
**celebrate** 182:*18*
**cell** 125:*8, 12*
**center** 153:*1*
**CENTRAL** 1:*1*
**ceremony** 172:*10*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL   # 17-6   Page 60 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

certain 100:*12*
160:*15* 172:*22*
199:*21*
certainly 8:*18* 9:*19*
47:*1* 81:*23*
**CERTIFICATE**
201:*1*
Certified 1:*16*
201:*4* 202:*6*
certify 201:*5*
chair 6:*21* 8:*19*
18:*10*
chance 14:*24*
17:*14* 60:*12* 129:*9*
149:*22* 191:*22*
193:*5, 8*
change 45:*9* 92:*4*
97:*10* 155:*12*
166:*14*
changed 91:*22*
92:*13* 95:*7, 9*
155:*4* 164:*22*
165:*6* 166:*11*
changes 92:*6, 11*
93:*3, 9, 12*
chapter 30:*14*
character 111:*21*
185:*22* 187:*6*
197:*19*
characterize 12:*17*
charge 91:*19*
92:*18* 134:*24*
135:*3, 4*
charity 9:*6*
Chasity 7:*20* 11:*5*
12:2, *7* 26:*6* 34:*8*
36:*15* 37:*2* 59:*10*
85:*16* 177:*18*
194:*14*
**CHASTITY** 1:*9*
cheat 80:*9*
cheated 47:*17, 18,*
*19* 79:*12, 13, 18*
80:*11, 12, 17* 98:*10*
134:5, *6, 12* 136:*19,*
*24*
check 175:*4*
Chicago 1:*19* 2:*4*
202:*2*

chicken 182:*13*
183:*12* 189:*14*
195:*20*
**CHIEF** 1:*8* 12:*19*
13:*24* 14:*19* 29:*19,*
*23* 31:*11, 13, 16, 18,*
*23* 35:*1, 9, 12, 19,*
*21* 36:*1, 3, 4* 58:*1*
59:*23* 61:*3* 62:*17*
65:*22, 24* 66:*18*
72:*3, 20, 24* 73:*8*
74:*17* 76:*13, 14*
78:*10* 83:*18* 87:*7,*
*14* 89:*1, 5* 104:*10*
107:*6* 108:*2*
111:*12, 17* 112:*6*
125:2, *4, 5, 6, 21*
126:*22* 132:*15, 16*
133:*3, 5* 147:*22*
148:*1, 3* 150:*11*
151:*10* 160:*14*
163:*20* 181:*19, 23,*
*24* 182:*10* 189:*23,*
*24* 190:*6, 18, 19, 22*
192:*11* 193:*8, 10*
196:*4*
chiefs 108:*14*
chief's 147:*21*
151:*12* 162:*5*
181:*12*
children 15:*16*
chimed 182:*6, 15,*
*24* 190:*2*
chimes 187:*7*
choice 73:*10*
choose 66:*5* 161:*24*
163:*13*
chose 35:*20* 59:*19*
63:*13* 67:*12* 84:*11*
Christians 96:*23*
chuckle 112:*18*
church 25:*19, 22,*
*24* 26:*9*
churches 26:*10*
circumstances
105:*10* 171:*12*
citizen 138:*18*
139:*11, 19*
citizens 56:*6*
138:*21*

**CITY** 1:*7, 8* 20:*23*
22:*11* 25:*13* 26:*23*
27:*3* 29:*15, 22, 24*
30:*12* 32:*12, 14*
33:*10, 11, 12* 35:*18*
36:*22* 40:*15, 19*
43:*6, 9* 52:*15, 16*
54:*2, 4* 55:*14, 16,*
*19* 86:*12* 90:*6*
127:*17* 128:*3, 10,*
*22* 129:*1* 139:*1*
140:*8, 11* 149:*17*
150:*1, 19, 20* 151:*7*
164:*4, 24* 165:*10*
167:*15* 168:*3*
172:*11, 18* 173:*2, 9*
174:*22* 175:*16, 21*
187:*19* 188:*1, 2*
192:*1* 194:*16*
197:*14* 198:*8*
199:*14*
city's 30:*9* 40:*16*
Civic 8:*13, 24*
CJ 121:*12*
claim 142:*5*
claiming 134:*22*
140:*5*
Clark 42:*14, 15*
43:*2, 21* 46:*5*
clear 38:*21* 108:*16*
120:*4*
clerk 37:*11* 39:*20*
42:5, *6, 10, 13* 43:*6,*
*10* 94:*20* 149:*17*
150:*1, 19, 20* 151:*7*
clerk's 40:*24* 47:*5*
click 178:*22*
climate 145:*9, 18, 20*
clue 85:*5* 102:*3*
195:*24*
Code 30:*1, 16*
COH 110:*12*
College 9:*4, 5*
10:*21* 18:*20* 19:*2*
20:*5* 130:*5, 7*
176:*12*
colonel 95:*6, 20, 21,*
*23, 24* 115:*11, 14,*
*16, 19, 24* 116:*3, 6*
color 97:*10, 11*

column 156:*8, 10*
columns 156:*17*
combination 38:*17*
come 14:*24* 44:*19*
84:*12, 14* 95:*11*
96:*4* 98:*4* 118:*16*
121:*1* 133:*19, 23*
140:*11* 150:*13*
188:*12* 197:*14*
comes 87:*5* 150:*24*
151:*3*
coming 130:*5, 6*
151:*20* 190:*24*
command 91:*22*
92:*14* 93:*4* 99:*5*
commander 20:2, *9*
33:*20* 58:*1* 61:*14,*
*15* 89:*1* 177:*8*
190:*20* 194:*13*
Commanders 79:*2,*
*3* 99:*1*
commencement
201:*6*
comment 13:*1*
57:*5, 7* 89:*15*
90:*14, 19, 22* 91:*16*
101:*18, 20, 24*
102:*5, 8, 10, 14, 15*
118:*7* 138:*14*
179:*24* 183:*13*
189:*14, 17* 197:*19*
199:*6*
commented 183:*13*
187:*1*
comments 99:*21*
100:*1, 2, 5, 9, 16*
109:*22* 118:*7, 8*
181:*7* 190:*3* 191:*6,*
*12, 13, 14, 18* 196:*10*
**COMMISSION** 1:*7*
6:*20* 7:*9, 10* 13:*21*
21:*19* 22:*1, 22*
23:*14* 24:*17* 27:*17*
29:*15, 22* 30:*5, 13,*
*16* 31:*17* 49:*11*
58:*2* 59:*8* 62:*8, 9*
73:*23* 78:*5* 92:*17*
93:*10* 104:*23*
105:*12* 113:*7*
114:*8* 117:*19*
120:*7, 20* 150:*18*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 61 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

152:*6, 19* 164:*12*
172:*19* 174:*9*
178:*7* 179:*7*
181:*15* 184:*12*
196:*4*

**commissioner** 58:*5*
81:*12* 82:*3*

**commissioners** 78:*6*

**Committee** 21:*22*
22:*14* 23:*12* 24:*8,
22* 25:*9, 16* 34:*13*
37:*14* 114:*7, 16*
117:*1, 17* 120:*22*
128:*23* 173:*17*

**common** 97:*16*
124:*2*

**communicate** 94:*24*
109:*2* 178:*23*

**communicated** 13:*6*
108:*23*

**communication**
68:*12*

**Community** 20:*5*
39:*12* 53:*15* 59:*3*
81:*2* 86:*12, 16*
113:*14* 130:*5, 6*

**companies** 20:*18*

**company** 20:*2, 9*
63:*5* 130:*9* 167:*22*

**compared** 162:*23,
24* 163:*1*

**compel** 161:*23*

**complain** 45:*16*
124:*18* 130:*2*

**complained** 45:*20*
46:*6* 111:*2, 5*
114:*20* 131:*3* 143:*4*

**complaining** 130:*21*
142:*3*

**Complaint** 3:*9*
7:*24* 29:*3, 9* 47:*3*
62:*2* 114:*4, 5, 6, 14,
15* 115:*8, 13* 116:*5,
16, 19, 24* 117:*3*
119:*8* 120:*8* 122:*2,
12, 24* 123:*11, 17,
19, 22* 124:*11, 14*
125:*1* 126:*7, 11, 17*
129:*24* 132:*6, 10,
13* 133:*1, 4, 10*

141:*16, 18, 21*
142:*1, 10*

**complaints** 45:*17*
46:*4, 9, 15* 76:*1*
112:*21* 113:*1*
115:*9, 22* 116:*9, 10*
117:*9* 129:*11, 18,
19* 190:*23*

**complete** 107:*12*
131:*18*

**completed** 19:*19*
150:*11*

**completely** 94:*11*

**complying** 191:*23*

**components** 70:*9*

**composite** 159:*22*
160:*10*

**compound** 163:*9*

**computer** 187:*1*
192:*13*

**concept** 96:*14, 16,
17*

**concern** 23:*23*

**concerned** 131:*6*

**concerning** 201:*8*

**concluded** 200:*2*

**conduct** 153:*17, 18*
154:*17* 193:*21*
194:*15*

**conducted** 101:*21*
192:*7* 193:*24*

**conducting** 153:*12*
192:*20* 193:*16*

**conference** 94:*14,
18, 19* 95:*7*

**confidence** 88:*16,
18, 19, 24* 89:*14, 17,
21* 90:*4, 13, 18, 24*
91:*10* 99:*4* 101:*15*
127:*10, 15* 128:*2,
19* 129:*3* 173:*22*

**confused** 185:*13*

**congratulations**
182:*6, 8*

**conjunction** 50:*11*

**connection** 178:*17*

**Consensual** 110:*15*

**consider** 9:*17*
21:*24* 134:*1* 162:*2*

**consideration** 69:*11*

**considered** 69:*13*
134:*2* 162:*3* 167:*2*

**consisted** 26:*22*

**Consistently** 134:*7*
144:*3*

**conspiracy** 43:*20*

**constantly** 113:*11*

**constitutes** 201:*13*

**construction** 130:*8,
9, 14*

**contact** 97:*19, 21*

**continue** 135:*19*

**continued** 118:*24*

**contributed** 8:*14*
10:*14*

**control** 29:*17*
121:*22*

**conventional**
110:*12, 13*

**conversation** 8:*12*
34:*23* 126:*1* 148:*18*

**conversations** 6:*16*
13:*12* 25:*7*

**convinced** 132:*11*

**copies** 23:*23*

**cops** 120:*16, 17*
198:*3*

**copy** 29:*6* 39:*19,
21, 23* 40:*12, 13, 15,
18, 23*

**Corps** 17:*6, 8, 11,
12* 18:*17* 19:*15*
20:*12* 32:*18* 78:*17,
23* 79:*8* 94:*20*
113:*24* 116:*2*
129:*16* 133:*18*
176:*16, 21, 24*

**correct** 6:*11, 12*
7:*3* 10:*17, 20, 23*
16:*23* 18:*3* 21:*15*
22:*20* 23:*3* 25:*12*
28:*8, 12, 13* 30:*6,
24* 31:*5* 36:*10*
37:*23* 42:*7, 15*
44:*18* 48:*13* 51:*12*
54:*3* 59:*13* 60:*19*
61:*9, 18, 22* 64:*19*
65:*3, 23* 66:*2, 7, 11*
67:*10, 14, 17* 68:*22,
24* 69:*3, 5, 10*
74:*15, 19* 82:*11, 22*

83:*1, 20, 24* 84:*16*
86:*7* 87:*15, 17, 22*
89:*14* 92:*14, 20, 24*
93:*1, 4* 98:*21* 99:*5,
7, 11, 13, 15, 18*
101:*8, 12, 16, 19*
103:*10, 18* 105:*15,
21* 106:*9, 11, 14, 16*
107:*9, 19, 20, 21*
108:*7, 18, 21*
109:*13* 114:*22*
115:*3, 16* 122:*20*
124:*9, 12, 15*
127:*11* 129:*4*
133:*6* 138:*3, 7, 23*
139:*2, 3, 11* 141:*22*
142:*24* 147:*2*
148:*15* 151:*13, 16,
24* 152:*3, 15*
153:*22* 154:*2, 5, 13,
14* 155:*13* 158:*4*
159:*8, 11, 14*
160:*12, 16, 19, 22,
23, 24* 162:*14, 20*
163:*16, 21* 166:*17,
21* 167:*16, 19, 20,
24* 168:*11, 24*
170:*24* 171:*4, 5, 7,
8* 172:*9, 18* 173:*19*
174:*2, 7* 177:*11, 13,
15, 19* 178:*24*
179:*20* 192:*3, 24*
196:*6*

**correctly** 176:*6*

**Cortney** 27:*12* 28:*1*

**council** 22:*12*
25:*14* 26:*24* 27:*4*
29:*24* 35:*18* 90:*6*
127:*17* 128:*3, 11,
22, 23* 129:*1*
172:*11, 18* 173:*2, 9*
174:*22* 175:*16, 21*
187:*19* 188:*3*
197:*14, 22* 198:*8*
199:*14*

**counsel** 201:*18, 19*

**count** 72:*6* 103:*24*

**countries** 54:*19, 24*
55:*2*

**country** 135:*9*

**counts** 157:*13, 14*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL   # 117-6   Page 62 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

county  37:*11*
39:*20*  40:*24*  42:*5*,
*6*, *9*, *13*  43:*9*, *10*
47:*4*  48:*6*  49:*2*, *22*
50:*4*, *9*  51:*19*
52:*12*, *15*, *16*  54:*1*
113:*8*  114:*7*, *12*
117:*1*, *3*  118:*11*
124:*2*  139:*12*
county's  51:*24*
couple  4:*18*  13:*4*
14:*23*  18:*23*  24:*20*
39:*5*  57:*10*  73:*2*
83:*4*  84:*23*  85:*4*
96:*12*  105:*6*  123:*4*
144:*21*  171:*23*
course  21:*8*  87:*1*
COURT  1:*1*  4:*18*
143:*10*
crap  75:*15*  96:*24*
116:*12*  131:*4*
133:*19*  186:*24*
199:*9*
create  185:*20*
created  151:*19*
creating  151:*24*
credit  161:*13*
creek  18:*13*
crime  190:*4*, *11*
criminal  192:*20*
194:*15*  195:*4*, *7*
criteria  69:*8*
160:*16*
critical  96:*19*
141:*13*  181:*2*, *7*
190:*16*, *21*
criticism  191:*24*
cross  39:*11*  55:*17*
crowd  182:*4*
cruise  13:*1*
CSR  1:*17*  201:*3*
cue  40:*22*  41:*10*
119:*4*  120:*10*, *15*
curious  182:*7*
current  37:*21*  43:*6*
44:*24*  45:*1*  59:*23*
104:*10*  113:*17*
currently  26:*17*
27:*9*
cut  5:*14*  40:*2*  71:*5*

cutting  182:*13*

< D >
daily  134:*14*
143:*10*
damaged  75:*12*
Damn  45:*7*  47:*11*
133:*24*
Dan  4:*8*  42:*19*
43:*3*, *7*  47:*6*
dan.herbert@danher
bertlaw.com  2:*5*
dancing  133:*14*
DANIEL  2:*3*
dare  96:*22*
dash  41:*18*
date  10:*12*  14:*9*
108:*22*  111:*7*
139:*5*  152:*7*, *8*
173:*10*, *19*  175:*10*,
*12*, *20*
Davis  6:*24*  7:*14*
23:*6*  25:*15*, *16*
26:*21*  28:*11*  107:*18*
Dawn  23:*6*, *8*
26:*21*  27:*1*  28:*12*
107:*19*
day  14:*23*  36:*8*
50:*12*, *17*, *24*  55:*18*
74:*15*, *19*  86:*20*
91:*5*  94:*9*, *23*
97:*13*  113:*9*
117:*21*, *22*, *23*
123:*23*  151:*13*
172:*15*, *22*  182:*17*
202:*2*
days  12:*10*  35:*14*
57:*11*  144:*21*
149:*18*  150:*1*, *20*,
*23*  181:*16*
day's  94:*22*
day-to-day  178:*7*
DB214  150:*21*
deal  195:*10*  198:*2*
dealing  155:*16*
deals  195:*17*
December  9:*9*
11:*19*  12:*9*, *10*
19:*8*  36:*18*  113:*6*
139:*13*
decide  155:*12*

decided  152:*6*, *15*,
*16*, *18*  153:*16*
154:*16*  193:*6*
deciding  164:*6*
166:*3*
decision  55:*19*
65:*12*, *14*  66:*11*
67:*19*, *20*  69:*9*
72:*18*  74:*14*  76:*2*,
*13*, *20*, *22*  77:*5*
89:*13*  107:*17*
108:*20*, *24*  109:*6*
111:*7*, *10*, *18*
154:*11*  158:*19*
160:*1*, *6*  163:*13*, *24*
164:*10*  165:*9*, *17*
168:*11*  170:*23*
171:*3*
Defendant  3:*9*
29:*15*  106:*24*
146:*7*, *8*
Defendants  1:*12*
2:*11*  4:*12*  29:*21*
146:*23*  149:*1*
170:*13*
defending  78:*18*
133:*18*
define  12:*4*
defined  30:*5*
Definitely  81:*22*
definition  56:*17*, *20*
degree  18:*12*
demands  95:*11*
democracy  78:*19*
Democratic  37:*1*, *3*
48:*14*  52:*22*
demonstrating
87:*22*
demoted  61:*17*
177:*7*
demotion  177:*22*
Denmark  55:*1*
dep  54:*16*
Department  29:*18*
32:*13*  56:*4*, *11*
57:*14*, *22*  58:*16*, *20*,
*24*  59:*3*, *13*  63:*3*, *9*,
*14*, *18*  69:*22*  81:*14*,
*24*  82:*11*  85:*18*, *19*
87:*7*  88:*21*, *22*
89:*16*  90:*14*  91:*9*,

*14*, *17*, *23*  93:*4*
98:*19*  102:*1*, *17*, *19*
123:*21*  124:*20*
131:*8*, *12*  132:*2*
135:*15*  139:*23*
143:*5*  145:*10*, *19*,
*21*  149:*23*  153:*8*
160:*17*  162:*13*
164:*4*  165:*1*, *24*
171:*7*  178:*8*
180:*17*, *20*  184:*22*
185:*2*  191:*13*, *18*
192:*7*, *13*, *24*  197:*2*
199:*16*
departments  105:*6*
depends  12:*4*
deponent  112:*19*
deposition  1:*14*
3:*9*  4:*11*, *15*  6:*6*
7:*2*, *21*  28:*22*
106:*2*  107:*3*
146:*10*  169:*11*
170:*17*  200:*2*
201:*10*, *15*
deputy  12:*19*
13:*24*  57:*24*  61:*3*
78:*10*  89:*1*  132:*16*
133:*5*  181:*19*, *23*,
*24*  182:*10*  189:*23*,
*24*  190:*6*, *18*, *19*
derogative  72:*6*
derogatory  186:*11*
191:*12*
descent  166:*22*
describe  106:*19*
described  166:*1*
description  164:*5*
designated  64:*18*
desk  124:*21*
despise  136:*24*
despite  145:*5*
details  44:*6*
Detective  110:*17*
determination
159:*2*, *4*
determinations
159:*1*
determine  192:*8*
193:*22*
determining  68:*8*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  # 17-6  Page 63 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

162:*1*
**died**  96:*6*
**Diego**  19:*14*
**difference**  157:*8*
**different**  63:*10*
85:*4*  94:*10, 11*
105:*4, 6, 10*  116:*16*
122:*6*
**dignity**  79:*19, 22*
**dinner**  11:*14*
**dinners**  195:*20*
**direction**  201:*12*
**directly**  73:*9, 11*
201:*20*
**dirt**  130:*13*
**disagreement**  32:*8*
**disappeared**  189:*2*
**disc**  40:*24*
**discharge**  99:*17*
**discharged**  21:*7*
**disciplinary**  75:*2*
83:*19*  99:*10*  100:*5*
101:*4, 8*  102:*1*
170:*15, 22*  178:*11*
**discipline**  30:*19*
31:*8, 9*  75:*22*
83:*11*  101:*22*
148:*5*  171:*2*
**discovery**  1:*14*  4:*11*
**discriminate**  56:*15*
**discriminated**
33:*17*  47:*24*  52:*7*
54:*3*  56:*5*  57:*3, 14,
22*  58:*5, 11, 15*
78:*22*  79:*7*  81:*1, 3,
9*  114:*21*  115:*2, 19*
116:*6*  129:*20*
134:*22*  140:*6*
**discriminates**  56:*5*
59:*3*
**discriminating**
56:*12*  81:*18, 19*
112:*14, 22*  113:*2*
164:*2*
**discrimination**
53:*16, 19, 22*  56:*16,
19*  58:*8*  60:*3*
81:*21*  97:*12*  115:*9*
129:*12*  138:*1*
139:*22*  140:*2*
141:*8*  145:*9, 18, 20*

**discriminatory**
100:*16*  163:*7*
189:*10*
**discussed**  74:*9*
**discussion**  73:*18*
94:*3*  100:*8, 14*
197:*15*
**disk**  40:*19*
**dismissed**  110:*6*
**disparaging**  196:*10*
**display**  145:*11*
**dispute**  189:*15*
**disrespectful**  44:*5*
**DISTRICT**  1:*1*
25:*20, 21*  39:*24*
**disturbance**  197:*16*
**diverse**  81:*13*  82:*3*
**DIVISION**  1:*2*
20:*11, 12, 13*
**docile**  136:*9*
**doctored**  47:*7*
**Document**  3:*9*
14:*9*  29:*10*  30:*17*
106:*8*  147:*1, 12, 17*
149:*5, 10, 24*
150:*17*  151:*2*
169:*15, 24*  170:*5*
171:*23*
**documented**  150:*22*
**documents**  6:*6, 8*
108:*1, 7*  146:*20, 21*
147:*3*  148:*19, 22*
149:*14*  150:*8*
151:*9*  163:*15, 23*
164:*9, 13*  165:*2, 5,
24*  166:*5, 6*  169:*3*
**doing**  18:*22*  35:*1*
40:*8*  42:*21*  51:*14*
53:*6*  54:*11*  76:*15*
78:*11, 12*  85:*14*
109:*15*  118:*2*
130:*8, 9, 14*  150:*11*
152:*18, 22*
**dollar**  94:*16*
**Don**  37:*21, 23*
39:*17*  42:*1*  43:*16,
19*
**donated**  11:*1, 4, 8*
**donations**  8:*20*
**Donell**  61:*8, 14*

177:*9*
**door**  188:*9*
**doors**  120:*15*
**double-sided**
146:*16, 18*
**Dr**  6:*24*  23:*6*
**drill**  19:*15, 16, 17*
**drove**  75:*13*
**drug**  71:*18*  75:*17*
109:*18*
**drugs**  75:*18*
**dug**  55:*15*
**DUIs**  75:*11*
**duly**  4:*2*  201:*7*
**Dumas**  31:*20, 22*
32:*4, 11*  34:*20*
35:*20*  59:*20*  60:*16*
125:*3, 4, 5, 6, 22*
126:*22*  192:*11*
193:*8, 10, 11*
194:*15*  195:*8, 9*
197:*5*
**dump**  131:*4*
**dumped**  178:*4*
**duplicative**  107:*24*
**duties**  29:*23*  30:*5*
31:*23*  109:*15*
**duty**  19:*3, 8*
124:*23*  145:*8*
**dynamics**  91:*22*

**< E >**
**earlier**  108:*9*  113:*9*
115:*11, 13*  138:*2*
174:*2*  178:*23*
184:*15*
**East**  15:*8*
**Eastridge**  18:*5, 8*
**easy**  14:*3*
**echo**  41:*7*
**educated**  55:*3*
**education**  64:*13, 14*
**educational**  18:*6*
**effect**  23:*22*  24:*1*
57:*8*  86:*10*  121:*13*
179:*19*  190:*3*
**egregious**  96:*16*
**eight**  12:*13*  14:*3*
22:*16*  41:*15*  135:*2*
**Either**  49:*16*  66:*4*
111:*10*  135:*18*

171:*1*  185:*11*
199:*12*
**El**  19:*12, 13*
**elderly**  86:*22*
87:*12*  120:*11*
122:*15, 17*
**elected**  11:*19*  22:*8*
34:*8, 15, 16, 17*
35:*24*  37:*5*  48:*5, 9,
15*  92:*13*
**election**  34:*18*  36:*9,
14*  38:*5*  39:*16, 20*
40:*6*  42:*10*  43:*1,
13, 21*  44:*6, 14, 20*
45:*18, 21*  46:*11, 16*
47:*3, 6*  48:*11*
52:*24*  139:*17*
**elevator**  123:*5, 6, 7*
124:*1*
**elevators**  118:*13*
**Emily**  41:*6, 7, 12,
15, 20*
**Emory**  15:*8*  16:*6*
**E-m-o-r-y**  15:*8*
**employed**  139:*1*
**employee**  201:*17, 18*
**employment**  9:*16*
21:*11*
**encounter**  97:*14*
**ended**  17:*15*
**enforce**  145:*11*
**enforced**  8:*18*
**enforcement**  177:*1*
**enforcing**  145:*9*
**entails**  149:*6*
**entire**  5:*7*  20:*13*
40:*16*  68:*15, 16*
81:*2*  100:*2, 4*
149:*23*  160:*12*
**entirely**  94:*10*
**equal**  97:*3*
**equality**  82:*16*
**E-r**  22:*5*
**escorted**  123:*24*
**essential**  164:*5, 21*
165:*3, 11*  166:*2, 16,
19*  167:*1*  168:*5, 9*
**essentially**  98:*21*
**ethics**  55:*4*
**Europe**  133:*23*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL   # 17-16   Page 64 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

evaluate 150:*12*
evaluated 68:*9*
evening 6:*22*
event 10:*14* 11:*13*
12:*9* 14:*13, 14*
132:*3*
events 9:*24* 10:*6, 8*
24:*1* 49:*18*
eventually 62:*11*
88:7, *9*
Evergreen 2:*9*
everybody 14:*10*
39:*11* 60:*3* 77:*24*
78:*2* 82:*8* 93:*9, 11*
everyday 97:*13*
evidence 83:*17, 18*
89:*24* 101:*1*
exact 10:*11* 41:*2*
44:*9* 71:*20*
Exactly 5:*12* 6:*15*
96:*15*
exam 56:*13* 106:*21*
152:*13* 156:6, *13*
**EXAMINATION**
3:*1* 6:*3* 154:*12*
158:*20* 201:7
examined 6:*1*
exams 156:*23*
Excuse 135:*23*
executive 20:*21*
74:*4, 7, 12* 114:*6,*
*16* 117:*1, 17* 118:*4,*
*9, 16*
executives 177:*2*
Exhibit 3:*9* 28:*22*
106:*2* 146:*10*
149:*1* 163:*16*
169:*11* 170:*13, 17*
exist 180:*19*
existence 97:*13*
exists 180:*12, 14, 16*
exiting 197:*24*
expected 164:*15*
166:9, *10*
experience 107:*6*
161:*7, 9, 12, 19, 23*
express 128:*24*
197:*1*
extended 19:*6*
ex-wife 15:*18, 19*

eye 97:*19*

**< F >**
face 87:*6*
Facebook 12:*24*
13:*7, 11* 178:*12, 15,*
*16, 19, 24* 180:*6, 24*
182:*3, 21* 183:*19*
184:*19* 185:*18*
191:*13, 24* 192:*9*
fact 7:*8* 47:*24*
59:*19* 61:*13, 16*
65:*2* 69:*14, 24*
70:*3* 76:*21* 82:*14,*
*24* 84:*19* 89:*7*
110:*4* 153:*21*
159:*18, 23* 161:*2, 6,*
*22* 164:*3, 24*
166:*23* 167:*14*
171:*15* 193:*15*
194:*13*
factor 68:*8* 76:*1*
96:*8* 104:*21*
158:*18, 21* 159:*24*
162:*1, 2, 18, 19, 22*
171:*3*
factored 77:*4* 160:*6*
factors 72:*4, 7*
facts 7:*24*
fair 35:*22* 39:*10*
42:*3* 51:*12* 90:*2*
100:*24* 111:*4*
112:*1* 136:*12, 13,*
*14* 140:*18* 151:*22*
186:*17*
fall 133:*20*
familiar 110:*16*
149:*5* 189:*9*
193:*18, 19* 194:*10*
198:*13* 199:*3*
family 7:*16* 26:*12*
51:*4* 95:*5*
far 131:*3* 143:*9, 18*
144:*4* 186:*6*
fast 55:*6*
father 12:*5*
favoritive 163:*6*
FBI 45:*19, 20* 46:*1,*
*4, 10, 11, 19* 194:*13*
federal 30:*1*

feel 5:*1, 15, 17*
35:*15* 102:*21*
feelings 97:*4, 5, 6,*
*23* 134:*3, 4, 8, 11*
136:*17, 18*
feet 118:*20*
fellow 111:*17*
felt 33:*16* 73:*6*
87:*2*
female 185:*8, 10*
festival 12:*9*
fictitious 41:*16*
46:*7* 47:*5* 185:*17*
fifth 28:*7* 75:*16*
fight 187:*4*
figure 41:*10*
file 3:*9* 108:*15, 17*
122:*2, 12, 24*
123:*11, 17* 125:*1*
149:*24* 150:*19*
170:*15, 22*
filed 33:*16* 139:*8*
files 74:*22* 75:*2*
108:*3, 14* 111:*3*
filing 118:*13*
filled 50:*18* 116:*14,*
*23*
final 65:*12, 22*
94:*22* 158:*24*
159:*1, 3*
finalized 28:*18*
find 75:*21*
fine 16:*16* 78:*12*
121:*23* 147:*11*
189:*20*
finger 87:*20*
finish 5:*7, 9* 11:*23*
42:*22* 43:*24* 71:*9*
117:*14* 161:*21*
165:*15, 21*
finished 19:*11*
118:*18*
**FIRE** 1:*7* 6:*20*
13:*20* 21:*19, 22*
22:*1, 13, 22* 23:*12*
24:*8, 22* 25:*8*
29:*15, 21* 30:*5, 13,*
*16, 20* 31:*17* 34:*12*
59:*7* 62:*7, 9* 73:*22*
92:*17* 93:*10* 105:*3*
150:*18* 152:*6*

172:*19, 21* 173:*16*
174:*9* 175:*1* 178:*7*
179:*7*
fired 103:*4* 117:*1*
191:*10*
firing 30:*20*
**FIRM** 2:*1*
first 9:*10* 14:*11*
16:*8* 41:*3, 13*
59:*24* 68:*21* 95:*3*
101:*23* 105:*11, 12*
106:*18* 117:*14*
124:*1* 128:*9, 10*
137:*19* 146:*17*
147:*11, 15* 151:*8*
157:*2, 3* 164:*12*
165:*14* 166:*7*
167:*8* 168:*17*
170:*6, 9* 173:*1, 4*
174:*20* 176:*21*
186:*14* 187:*17*
fiscal 94:*20*
fishing 12:*6*
five 22:*15* 27:*10*
56:*12, 15* 57:*12*
58:*9, 17* 72:*7*
93:*19* 95:*22* 114:*2*
116:*14, 22* 119:*2*
132:*14, 22* 138:*2*
141:*19* 142:*24*
144:*24* 146:*16*
157:*21, 22, 24*
158:*1* 159:*6* 163:*3*
172:*1*
five-minute 93:*16*
96:*5*
fix 49:*8*
flag 130:*10*
flawed 142:*13, 23*
144:*11*
fleet 20:*8*
flew 95:*13*
float 19:*24*
floor 118:*11* 124:*1*
Florida 9:*9* 16:*8,*
*22, 24* 17:*2, 7, 23,*
*24* 18:*12, 14* 20:*4*
179:*16* 183:*5, 17,*
*21, 23, 24* 187:*4*
flyers 49:*18*



**Nickey Yates Backwrite** - 3/15/2022
2:20-cv-02310-CSB-EIL # 17-6 Page 65 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

**FMLA** 171:*16*
**focused** 190:*11*
**folk** 82:*7* 133:*16*
135:*4* 183:*15*
**folks** 133:*23* 134:*10*
**follow** 30:22 64:*21,
22* 66:*4, 5, 9* 71:*4*
**followed** 97:*16, 17*
**following** 86:*20*
145:*7* 174:*23*
**follows** 6:2 66:*8*
**food** 12:*9*
**force** 75:*14* 132:*4*
155:*9* 181:*10*
**forceful** 119:*18*
120:*12*
**foregoing** 107:*4*
201:*10*
**forget** 185:22
**form** 45:*10* 46:*20*
55:*23* 59:*16* 60:*20*
61:*10, 19* 65:*5*
70:*12* 84:*3, 4*
89:*23* 92:*1* 93:*5*
97:*15* 100:*17*
112:*15* 141:*4*
145:*22* 156:*1*
161:*13* 163:*8*
184:*11*
**formal** 113:*1*
115:*9, 13, 23* 116:*9,
10* 129:*10, 11*
172:*16* 175:*6*
**formally** 173:*9*
**former** 9:*7, 13*
14:*19* 54:*17* 139:*14*
**forth** 20:*15, 19*
29:*24* 114:*1* 183:*4,
17*
**forward** 55:*6*
154:*17* 156:*23*
**forwarded** 6:*7*
**found** 53:2 55:*11*
113:*19*
**foundation** 51:*15,
21* 55:*7, 24* 59:*17*
60:*21* 61:*11, 20*
65:*6* 70:*12* 84:*4,
22* 92:*1* 93:*5*
100:*18* 112:*16*

**139:*5* 163:*9**
192:*15* 194:*21*
**four** 22:*15* 44:*9, 10*
50:*20* 55:*8* 72:*4*
94:*16* 116:*22*
132:*14, 22* 149:*11*
157:*5, 22, 24*
**fourth** 27:*19, 20*
28:*6* 118:*10*
**FRANK** 1:*8* 14:*19*
31:*15, 18*
**frankly** 19:*10* 39:*4*
76:*20*
**fraternity** 176:*11*
**FRAZIER** 2:*5*
**Fred** 22:*3, 9, 12*
**free** 5:*1, 15, 17*
39:*21* 40:*13, 15*
51:*4*
**freedom** 78:*19*
**Friday** 116:*13*
117:*18* 118:*1*
**friend** 9:*20*
**friends** 9:*18* 32:*7,
9* 178:*14, 15, 18, 22*
179:*4*
**front** 90:*7* 99:*10*
124:*21* 127:*18*
130:*13* 174:*5*
**fuck** 136:*6, 10*
**fueler** 54:*17*
**fulfilled** 35:*16*
**full** 29:*17* 50:*9*
119:*2*
**Fullmer** 194:*4, 6*
**fun** 12:*9*
**functions** 164:*5, 21*
165:*3, 11* 166:*2, 15,
16, 20* 167:*1* 168:*5,
9*
**fund** 10:*13, 16* 11:*4*
**funded** 8:*20*
**fundraiser** 11:*15*
12:*8*
**fundraisers** 11:*12*
**furniture** 114:*11*
**future** 113:*21*

**< G >**
**gang** 71:*17* 109:*17,
20*

**Gary** 181:*9* 182:*6,
11*
**gauging** 124:*10*
**GED** 98:*6*
**general** 54:*3* 79:*11,
17* 80:*1* 98:*9* 197:*3*
**generated** 103:*9, 11*
**gentleman** 86:*22*
87:*12* 130:*10*
188:*24*
**Germany** 180:*3, 4*
**gesture** 119:*17*
**getting** 20:*17* 45:*5*
54:*23* 56:*24* 82:*10*
135:*24* 162:*8*
172:*17* 182:*1* 187:*5*
**give** 4:*17, 19* 5:*9*
23:*24* 52:*19* 63:*10,
14* 70:*5, 10* 84:*18*
96:*4* 113:*13, 14*
124:*6* 146:*6* 150:*1*
169:*16*
**given** 4:*14* 47:*4*
64:*5* 75:*23* 143:*17*
153:*7* 155:*18, 22*
191:*22* 193:*5, 8*
201:*13*
**giving** 33:*21* 56:*13*
153:*11*
**go** 10:*6* 11:*11*
16:*2* 18:*4, 16* 20:*3*
23:*14, 24* 29:*13*
47:*8* 50:*22* 54:*12,
16* 60:*4, 7* 62:*13*
63:*19* 64:*8* 65:*20*
71:*7, 11* 74:*7, 12*
94:*5, 18* 95:*19, 20,
24* 97:*15* 105:*7, 23,
24* 106:*5, 7* 114:*3*
116:*17, 21* 118:*2, 9,
10, 17* 119:*23*
121:*20* 122:*22*
123:*23* 132:*7*
137:*5* 143:*7*
150:*18* 166:*8*
181:*17* 183:*4, 17*
184:*1* 185:*19*
**God** 18:*13*
**goes** 81:*6* 130:*12*
150:*11* 162:*7*

**going** 4:*21* 5:*6*
7:*17* 9:*5* 17:*21, 22*
28:*19* 32:*23* 34:*5*
41:*10* 46:*24* 53:*3*
59:*8* 68:*7* 70:*11*
71:*4* 74:*11* 84:*2*
97:*7* 98:*3* 105:*7,
24* 113:*13* 117:*4, 5*
118:*5* 119:*11*
131:*1, 13, 15, 16*
132:*3, 5* 135:*19*
137:*12* 138:*6*
139:*4* 146:*6*
148:*19, 22* 149:*3*
154:*17, 18* 156:*23*
167:*19* 170:*4, 13*
171:*21, 22* 175:*3*
176:*8* 182:*22* 191:*2*
**golf** 87:*1*
**Good** 4:*3, 7* 13:*9*
18:*16* 42:*21* 49:*16*
78:*12* 88:*16* 96:*23*
129:*23*
**government** 53:*13,
14*
**governs** 30:*12*
**grabbed** 122:*3, 13*
**grabs** 119:*17*
120:*11*
**grade** 9:*3* 75:*16*
**graduated** 18:*8, 9,
19, 24* 19:*1*
**grandson** 16:*20*
**great** 40:*8* 54:*11*
118:*2*
**Green** 37:*21, 23*
39:*17* 42:*1, 2*
43:*16* 50:*14, 24*
**Green's** 43:*20*
**ground** 4:*18* 97:*7*
**group** 63:*7* 146:*7*
176:*11* 177:*2*
186:*16, 18* 188:*20*
**groups** 176:*18*
**grown** 68:*9*
**guarantee** 97:*21*
133:*24*
**guess** 28:*2* 52:*4*
58:*8* 62:*6* 63:*13*
135:*6* 141:*23*
143:*13* 145:*16*



**Nickey Yates Backwrite  -  3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL    # 17-6    Page 66 of 82

149:*11*  173:*11*
177:*20*  179:*19*
185:*13*  190:*10*
195:*12*  198:*6*
**guessing**  38:*2*
**guest**  10:*7*
**guide**  167:*23*
**Guns**  94:*20*
**guy**  52:*23*  75:*11*
78:*1, 2, 3*  87:*2, 4*
89:*5*  96:*18*  98:*6*
118:*22*  119:*10, 17*
120:*10, 11*  121:*15*
122:*3, 11, 13, 14, 15,*
*23, 24*  127:*4*
130:*17, 20*  131:*13,*
*22*  132:*3*  182:*24*
184:*12, 14*  187:*20*
188:*15, 17, 18*
197:*20*
**guys**  15:*22*  59:*21,*
*22*  78:*9*  91:*18*
93:*19*  96:*23*  123:*4*
134:*21*  162:*8*
163:*21*  171:*24*
187:*1*
**guy's**  123:*12*

**< H >**
**Ha**  121:*21*
**Haiti**  20:*19*
**Half**  44:*9*  149:*21*
155:*7*
**Hall**  1:*16*  118:*10,*
*12, 18*  201:*3*
**hand**  119:*16, 18*
202:*1*
**handles**  94:*21*
**hands**  130:*22*
**hang**  78:*19, 20*
171:*24*
**happen**  119:*20*
131:*1*
**happened**  15:*1*
46:*1*  49:*7*  50:*11*
87:*6*  89:*4*  95:*10*
99:*9*  117:*7*  121:*14,*
*15, 16*  125:*21*
126:*15, 22*  128:*22*
129:*9*  131:*7*  132:*6*

**happens**  131:*2, 5*
**happy**  133:*21*
**harassed**  75:*15*
97:*18*
**harder**  55:*3*
**hat**  81:*5*
**hate**  79:*12, 18*
134:*10*  136:*14*
**hauling**  130:*13*
**head**  4:*20*  10:*18*
20:*17*  127:*12*  189:*9*
**hear**  35:*11*  79:*4*
85:*16, 22*  88:*6*
135:*1*  141:*1*  196:*24*
**heard**  9:*10*  86:*5,*
*10, 13*  88:*15*  95:*17*
99:*22*  100:*5*
101:*24*  108:*17*
110:*21*  178:*13*
179:*12*  180:*2*
192:*17, 19*  194:*17,*
*18, 24*
**hearing**  34:*22*  75:*9,*
*11*  84:*1, 9, 11*
100:*5, 10, 24*  101:*9,*
*14, 16, 19, 21, 22*
102:*2, 12*  141:*3*
173:*23*
**hearings**  83:*8, 10,*
*13, 14, 23*
**he'd**  85:*14*
**held**  53:*3*  74:*5*
154:*18*
**hell**  130:*21*  193:*23*
**help**  36:*18*  113:*13,*
*15*  164:*13, 14*
182:*17*  184:*9, 13*
**helping**  37:*15*
**Henderson**  42:*19*
43:*3, 7, 21*  46:*5*
47:*6*
**HERBERT**  2:*1, 3*
3:*1*  4:*3, 7, 8, 17, 24*
5:*5, 12, 14, 21*  6:*4*
29:*1, 5, 8*  41:*19*
42:*23*  43:*11*  45:*12*
46:*22*  47:*15*  51:*17,*
*22*  56:*2*  59:*18*
60:*22*  61:*12, 21*
65:*8, 15, 21*  70:*15*
71:*2, 6*  78:*11, 21*

84:*7*  85:*1, 7*  90:*1*
92:*7*  93:*7, 18, 23*
94:*1*  96:*11*  100:*20*
106:*5, 6*  112:*18, 20*
137:*7, 11, 14, 16*
139:*6*  146:*13*
149:*8*  156:*4, 10, 14,*
*18*  158:*9, 12*
163:*12*  165:*22*
167:*12*  168:*15*
169:*8, 14, 22*
170:*11, 20*  171:*21*
172:*6*  175:*3, 8, 12,*
*16*  176:*1, 8, 10*
178:*9, 21*  180:*8, 23*
186:*5*  187:*15*
191:*8*  192:*18*
193:*3*  195:*3*
196:*20*  199:*1, 23*
**hereto**  201:*20*
**hereunto**  202:*1*
**heritage**  96:*21, 22*
**hey**  13:*9, 22*  14:*12*
34:*24*  53:*2*  57:*10*
85:*14*  95:*5, 24*
113:*11*  118:*15*
119:*10, 16, 18*
132:*2*  144:*15*
186:*9*  193:*6*  198:*2*
**High**  9:*4*  18:*4*
85:*18*  95:*18*  144:*15*
**higher**  55:*4*  68:*8*
70:*6, 8*  72:*16*
105:*1*  142:*4, 6, 7, 14*
**highest**  40:*21*
**Hines**  114:*3*
**hinting**  105:*5, 7*
**hire**  117:*4*
**hired**  23:*3, 5*
114:*10*  116:*11*
167:*22*
**hiring**  30:*19*  31:*4*
**Hispanic**  39:*11*
158:*10*
**history**  53:*16*
**hit**  75:*12*
**hold**  5:*8*  10:*11*
11:*23*  17:*9*  24:*6*
37:*9, 18*  38:*23*
41:*23*  42:*20*  46:*10*
53:*19*  54:*9*  70:*8*

82:*15, 17*  89:*9*
114:*17*  134:*9*
135:*14*  159:*21*
161:*21*  162:*12, 24*
165:*13, 15, 20*
166:*15*  168:*18*
184:*21*  198:*22*
**holding**  130:*10*
**holidays**  12:*10*
**home**  32:*19*  95:*4*
125:*13*  133:*19*
140:*11*
**honorably**  21:*7*
**hop**  14:*24*
**hoping**  124:*5*
**Hospital**  114:*3*
**hot**  14:*23*
**hour**  38:*16*  131:*17*
132:*5*
**hours**  38:*16*  124:*20*
**house**  17:*14, 15*
49:*8*  183:*5*
**housing**  130:*15*
**humorous**  122:*18*
**hung**  12:*21*
**HUNT**  1:*10*  12:*14,*
*15, 18, 23*  13:*12, 15*
14:*4*  26:*15*  32:*13*
60:*18, 24*  132:*21,*
*24*  178:*10, 15*
179:*10*  180:*6*
181:*23*  190:*6, 19*
193:*16*  194:*15*
195:*8*  196:*16*  199:*2*
**Hunter**  181:*20, 21,*
*22*  182:*8, 14, 19*
**Hunt's**  61:*5*
**hurt**  136:*10*
**hypothetical**  100:*18*

**< I >**
**ID**  3:*9*
**idea**  41:*21*  45:*14*
85:*3*  92:*17*  122:*3*
152:*20*  155:*15*
194:*5*  196:*23*
**identification**  28:*24*
106:*4*  146:*12*
169:*13*  170:*19*
**identified**  73:*2*
77:*21*  165:*10*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #17-6 Page 67 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

**Identify** 107:*16*
108:*1* 111:*1*
**identity** 192:*8*
**illegal** 110:*10*
**ILLINOIS** 1:*1, 17,*
*19* 2:*4, 9* 18:*9*
30:*8* 55:*14* 98:*4*
192:*19* 202:*2*
**imagine** 8:*23*
134:*23, 24*
**immigrants** 54:*19,*
*24*
**impact** 143:*9*
**implications** 143:*18*
144:*4*
**incident** 120:*1*
128:*15* 132:*3*
**include** 59:*12* 70:*3*
**included** 67:*3*
81:*20* 168:*2*
**includes** 82:*9*
**incomplete** 100:*18*
**incumbent** 37:*22*
**indicate** 71:*14*
107:*18* 110:*23*
**indicated** 71:*13*
109:*5* 163:*14*
**indicating** 148:*20*
**indirectly** 201:*20*
**individual** 4:*12*
24:*21* 46:*6* 67:*15*
79:*19, 22* 105:*5, 13,*
*14* 113:*19* 114:*9*
115:*5, 7* 118:*19*
159:*19* 164:*14*
184:*8* 186:*2, 6, 8*
**Individually** 1:*10*
75:*1*
**individuals** 7:*18*
25:*4* 27:*4* 28:*16*
43:*15* 68:*20* 69:*9*
80:*8, 22* 89:*7*
90:*12, 17* 104:*2, 3*
105:*14* 142:*15*
145:*1, 8* 159:*14*
**Inell** 16:*10*
**I-n-e-l-l** 16:*10*
**infantry** 19:*21*
20:*2, 12, 13, 18*
78:*17* 98:*3*

**inflammatory**
140:*15*
**inform** 126:*6*
**informal** 129:*18, 19,*
*21* 148:*17*
**informally** 130:*4*
148:*10*
**information** 67:2, *3*
76:*12, 15* 84:*13*
101:*3* 149:*6* 170:*3*
178:*12* 183:*22*
191:*21* 195:*22*
**informed** 6:*21*
111:*8, 10*
**informing** 108:*14*
**initial** 14:*9* 41:*6,*
*12, 16*
**initially** 165:*7*
191:*11* 192:*5*
**initiated** 8:*17*
**injured** 171:*9*
**inputting** 152:*2*
**Insinuating** 136:*13*
**inspiring** 145:*8*
**instance** 88:*12*
**instructor** 19:*15, 16,*
*17*
**instructs** 47:*2*
**intentionally** 5:*15*
53:*9*
**interacted** 12:*20*
**interaction** 88:*4*
**interest** 138:*11, 16*
139:*10, 18* 140:*4, 7,*
*10*
**interested** 113:*10*
139:*21* 201:*20*
**interesting** 32:*9*
36:*14* 57:*11*
**interim** 35:*1* 36:*3*
59:*24* 87:*7*
**interpret** 183:*8*
**interpreted** 91:*19*
**interrogatories** 6:*10*
106:*14*
**interrogatory** 107:*1*
**interview** 113:*20*
152:*19* 153:*4, 7, 12*
157:*2, 15*
**interviews** 152:*18*
**intrigued** 139:*15*

**introduced** 12:*11*
188:*16*
**investigation**
192:*20* 193:*16, 21*
194:*1, 3* 195:*1, 5, 7*
**investigations** 192:*6*
**invite** 51:*5*
**invited** 187:*3, 4*
**involved** 7:*19* 11:*5,*
*16* 21:*22* 22:*23*
24:*9* 25:*8* 27:*16*
28:*7* 32:*16* 36:*15,*
*20* 43:*12, 16* 52:*1*
57:*15* 61:*5* 63:*7*
64:*1, 2, 4* 83:*8, 16*
90:*5* 127:*14*
152:*19* 168:*18*
196:*6, 9, 22*
**involvement** 106:*19*
**involving** 128:*4*
**Iraq** 20:*1* 98:*3*
**irate** 124:*6*
**Irish** 51:*3, 5*
**issue** 49:*24* 50:*2, 5*
68:*4* 75:*10* 97:*4*
100:*13* 101:*22*
116:*20* 120:*7*
131:*10* 133:*15, 17*
188:*1*
**issues** 76:*1* 109:*20*
110:*1*
**ISU** 18:*11*
**its** 66:*10* 166:*24*
**Ivy** 158:*3, 6, 8, 14*

**< J >**
**Jacobson** 110:*18, 20*
**January** 19:*9*
23:*15* 24:*3* 62:*3,*
*10* 152:*7*
**Japan** 20:*14, 15*
**Jefferson** 1:*19* 2:*3*
**Jill** 23:*16, 18, 19*
24:*4, 7*
**job** 35:*14, 15* 59:*7*
98:*1* 113:*22* 117:*2*
**jobs** 54:*10*
**Johnson** 121:*11, 12*
**joined** 176:*21*
181:*16*

**joint** 182:*13*
183:*12* 189:*14*
**Journal** 143:*10*
**judging** 52:*20*
**June** 15:*23*
**junior** 88:*23*
**jurisdiction** 39:*22*
**justice** 78:*19*

**< K >**
**KANKAKEE** 1:*7, 8*
7:*19* 15:*9* 16:*15,*
*16* 18:*2, 5* 21:*18*
25:*24* 29:*16, 22*
30:*1* 31:*24* 33:*9*
36:*23* 48:*12* 49:*19*
51:*9, 10* 53:*15, 24*
54:*2, 4, 14* 55:*14,*
*15* 56:*4, 6* 57:*16*
58:*12, 16, 19, 23*
59:*2, 4, 13* 69:*21*
80:*4, 11, 21* 81:*2, 5,*
*6, 10, 13, 23* 85:*24*
86:*1, 7, 12, 16*
94:*13* 96:*6* 98:*4*
113:*5* 117:*9* 121:*6*
130:*1* 135:*7, 10*
138:*18, 21* 139:*2*
140:*8, 12* 143:*5*
145:*21* 164:*4*
165:*1, 24* 166:*24*
168:*3* 180:*14, 16,*
*19* 181:*1* 182:*5*
186:*16* 194:*9*
195:*2, 5* 196:*21*
197:*21* 199:*15*
**Kankakee's** 165:*10*
**Kansas** 20:*23*
**Karen** 120:*18*
**keep** 141:*10*
**kept** 53:*6*
**kick** 187:*7* 188:*17*
**kicked** 75:*17*
**kidding** 134:*23*
**kids** 10:*20* 75:*16*
**Kidwell** 61:*17*
177:*5, 13* 178:*4*
**K-i-d-w-e-l-l** 61:*18*
**kind** 5:*8* 96:*24*
**King** 98:*5*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 68 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

**Kirshner** 121:*13*
123:7, *14* 127:7
**kiss** 51:*6*
**Klan** 55:*16*
**Klopp** 121:*9* 127:*8,
9*
**K-l-o-p-p** 121:*10, 11*
**knees** 97:*7*
**knew** 25:*18, 19*
32:*12* 33:7, *9*
34:*21* 101:7, *11*
102:*4* 141:*1*
144:*19* 146:*3* 165:*4*
**know** 5:*5, 16* 7:*16*
8:*17* 11:*9, 22, 24*
12:*15, 20* 14:*17*
22:*15, 24* 23:*11, 19*
24:*14, 18, 19, 20*
25:*1, 3, 15* 26:*6*
28:*2* 31:*20* 32:*23*
33:*5* 35:*4, 8* 36:*12*
41:*20* 43:*24* 44:*3*
46:*3* 51:*3* 56:*1, 21*
57:*8* 58:*8, 13, 14,
18, 21* 59:*1, 5*
61:*23* 62:*6, 19, 20*
63:*20* 67:*5, 6*
68:*10* 71:*2* 72:*23*
73:*21, 23* 75:*20*
77:*9* 78:*16* 82:*22,
23* 84:*10, 12, 24*
86:*8* 89:*22* 90:*20*
91:*1* 92:*3, 15, 16*
94:*7* 110:*17, 24*
119:*10, 16* 121:*8,
18* 123:*11, 18*
125:*2, 15, 18, 19, 20*
127:*16, 21, 23, 24*
128:*9* 129:*14*
131:*9, 18, 19, 22, 23*
132:*17* 133:*2*
135:*5* 140:*23*
144:*8* 145:*2, 3, 23*
147:*9, 19, 22* 148:*1*
152:*22* 154:*19, 20,
22* 156:*19* 157:*7,
16* 158:*11* 160:*7, 8*
164:*21* 168:*7, 13*
169:*1, 3, 16* 171:*6,
11, 12* 172:*17*
175:*8* 177:*3, 5, 7,*

10, 11* 178:*4, 22*
179:*6, 13, 15, 21, 22*
180:*11, 18, 21, 22*
181:*19* 183:*10, 11*
184:*3, 6, 18* 185:*11,
14, 18* 187:*1, 17, 18,
22, 24* 188:*7, 12, 23*
189:*22* 191:*4, 16,
17, 20* 192:*10, 11*
193:*4, 13, 14, 24*
194:*4, 6, 7, 8* 195:*9,
12, 14* 196:*17*
197:*5, 7, 10, 16, 23*
198:*9* 199:*10, 12*
**knowing** 85:*13*
118:*4* 145:*5*
**knowledge** 5:*19*
26:*14, 16* 70:*21, 22*
93:*11* 107:*5*
186:*20* 191:*1*
**known** 12:2, *4*
25:*6* 32:*11* 34:*19*
47:*5* 54:*4*
**Koerner** 121:*12*
123:*8*
**KOSMAN** 1:*8*
14:*20* 31:*15, 18*
108:*2* 190:*22*
**Kosman's** 107:*6*
**KREISSLER** 1:*4*
4:*10* 68:2, *21* 69:*2,
24* 70:*3, 20* 71:*13,
20, 21* 74:*22* 76:*22*
77:*7, 15* 84:*20*
85:*3, 8* 106:*23*
108:*3, 23* 109:*7*
111:2, *6* 127:*14*
128:*4* 141:*13*
142:*13* 154:*1, 5, 7*
155:*17* 159:*8, 24*
160:*1, 23, 24* 161:*7,
22* 163:*1, 6* 171:*3*
174:*4*
**Kreissler's** 109:*8*
142:*1*

**< L >**
**lack** 109:*9*
**laid** 73:*6* 76:*14, 16*

**Landwehr** 23:*7, 10*
26:*21* 27:*1* 28:*12*
107:*19*
**L-a-n-d-w-e-h-r**
23:*10*
**lane** 130:*11*
**language** 135:*23*
**Larry** 194:*4*
**Latham** 73:*4*
103:*15* 104:*6, 9, 14,
17, 18, 22* 105:*2*
**laugh** 23:*13*
**LAW** 2:*1* 30:*1, 8*
177:*1*
**laws** 66:*10* 145:*9,
11*
**lawsuit** 6:*14* 14:*5,
14, 15* 32:*16* 33:*16*
77:*24* 112:*13*
138:*1* 139:*8* 141:*7*
144:*17* 146:*2*
162:*13* 163:*2*
**lawyer** 44:*4* 46:*24*
187:*12*
**lay** 95:*21*
**lays** 30:*17*
**lead** 98:*2* 124:*22*
**Leader** 8:*13*
**leaders** 8:*24* 69:*21*
190:*14*
**leadership** 59:*12*
70:*19, 22, 23* 71:*12,
14, 15, 16, 18* 72:*1*
81:*13* 82:*15, 19*
109:*10, 12, 16, 17*
129:*8, 9* 162:*4*
**leading** 113:*24*
162:*4*
**League** 176:*16, 24*
**learned** 169:*6*
**leave** 94:*13, 15, 19,
21* 95:*8* 96:*3, 6*
123:*9* 193:*12*
**leaving** 105:*5*
**left** 10:*10* 13:*23*
26:*4* 27:*21* 38:*14*
62:*21* 123:*10, 24*
126:*19* 132:*1, 2*
192:*23* 193:*4, 13*
198:*2*

**Legion** 176:*16, 23*
**length** 104:*20*
**letter** 73:*1, 14, 16,
17, 19* 76:*10* 108:*2*
112:*8* 113:*16, 18,
21* 114:*9* 163:*21*
**letters** 53:*2* 76:*4*
111:*21*
**level** 9:*3* 95:*18*
**levels** 92:*14*
**liberty** 78:*19*
**License** 1:*17*
192:*12*
**lied** 117:*2*
**lieu** 102:*12*
**Lieutenant** 36:*1*
61:*2, 14, 17* 62:*2,
10, 20, 22* 67:*4*
75:*13, 15* 84:*21*
95:*21, 24* 103:*8*
104:*6, 7, 15, 20*
106:*20* 107:*18*
132:*20* 155:*19*
165:*3, 17* 166:*2, 16,
20, 24* 167:*2, 15*
168:*5, 10* 170:*15,
22, 24* 171:*6* 172:*7*
177:*5* 178:*10, 14*
199:*2*
**lieutenants** 73:*5*
153:*22* 164:*6*
166:*9* 168:*4*
**lieutenant's** 199:*8*
**life** 97:*1* 182:*17*
**lightly** 32:*10*
**Lilly** 45:*3, 4, 9*
**line** 157:*18* 194:*20*
**list** 41:*3* 55:*12, 13*
62:*12, 13, 14, 15*
64:*10, 11, 12* 65:*19,
20* 68:*21* 69:*10*
78:*6* 84:*21* 85:*1*
103:*8, 14, 21* 105:*1*
106:*22* 111:*14, 18*
150:*24* 151:*1, 3, 4,
7, 17, 18, 19, 24*
157:*22* 161:*5*
167:*1* 168:*4* 188:*3,
4, 9, 10*
**listed** 58:*3* 78:*7*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  # 17-6  Page 69 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

165:2

**listening**  76:13
**listing**  168:9
**lists**  84:23
**literature**  53:2, 5, 11
**litigation**  112:17
**little**  34:6  94:2
**live**  15:2, 12  16:11,
17  187:3
**lived**  15:10  16:7, 20
**lives**  14:21  75:16
183:24
**living**  16:5  179:16
187:22
**load**  161:9
**located**  194:8
**logistics**  20:17
**Lombardi**  87:9
**long**  12:2  15:10
16:16, 24  19:5
32:11  34:19  48:17
81:10  93:19
151:17  179:4
**longer**  153:16
154:11  171:7
**look**  29:2  68:16
97:20  108:12
119:16  137:17
146:14, 19, 23
148:3  153:24
158:23  160:7
163:14  165:5
166:19  167:7, 11
168:8  169:19
170:12, 14  187:12
193:6
**looked**  6:5, 13
68:15  69:8  70:14,
19  71:19, 23, 24
72:1, 2  118:23
159:22  162:5
165:7, 14  166:11,
13, 15  168:17
**looking**  144:18
151:4  152:9
156:10, 12, 20, 22
157:20  158:24
159:3  169:17, 24
173:7
**looks**  147:10

**Lorraine**  15:21
**losing**  121:22
**lost**  37:6, 7  38:1, 17
**lot**  5:5  97:12
103:24  179:21, 22
**loud**  112:18
**loudly**  137:3
**Louis**  95:12  194:6
**lower**  104:3  105:13
**lowest**  40:22

**< M >**
**maiden**  15:24
**mailbox**  41:22
**mailboxes**  53:5, 11
**makeup**  22:11
**making**  28:15
55:19  66:10  67:23
69:9  72:18  89:20
98:18  100:15
101:3, 7  111:9
116:24  133:9
138:14  143:11
145:12  163:24
164:10  165:9
168:11  170:23
191:5, 11, 12
196:10  197:16
199:5
**male**  44:9  185:8,
10, 12, 21
**man**  51:4  97:2
119:6, 10, 16, 18
136:9
**management**  29:17
**manager**  39:7  98:5
**manipulate**  40:20
**manipulated**  142:23
**manned**  124:21
**manner**  87:13, 21
119:18
**March**  1:18  75:17
133:22
**marches**  55:16
**Marine**  17:6, 8, 10,
11, 12  18:17  19:15
20:12, 24  32:18
78:17, 23  79:8
94:20  113:23
116:2  129:16

133:18  176:16, 17,
20, 21, 23
**Marines**  19:22
20:10, 19  98:3
113:24  114:1, 2, 3
116:1
**mark**  28:20  146:6,
7  169:8, 9
**MARKED**  3:9
28:23  106:3
146:11  169:12
170:18
**marking**  137:12
**Mary**  44:10
**Master**  94:19
**master's**  18:12
**Matasky**  120:18
**materials**  95:22
**Matter**  75:16
120:12
**mattered**  144:16
**matters**  201:9
**MAYOR**  1:9  7:19
8:19  9:7, 13  10:2,
5  11:17  22:7  25:7
26:6, 23  29:16, 22
31:14  35:20, 23
36:22  37:22  40:15
42:7  49:17  52:14,
21  57:24  58:4
59:10, 11  78:9
85:16, 22  86:17
87:13  88:8, 12
90:7  91:21  92:3,
10, 12, 19, 21, 24
93:3  99:7  177:18
181:2  182:7, 9, 16
189:5  190:16
191:19  194:14
195:8  196:11, 15, 24
**mayor's**  35:19
87:5, 11  191:24
**MCGRATH**  2:5, 8
6:18  29:7  41:5
42:22  43:9  45:10
46:20  47:13  51:15,
21  55:23  59:14, 16
60:20  61:10, 19
65:5, 10, 18  70:11
71:1, 3  78:14  84:2,
22  89:23  92:1

93:5, 16, 20  96:9
100:17  112:15
137:15  139:4
149:3  156:1, 5, 12,
16  158:8  163:8
165:21  167:9
168:12  169:7, 19
170:4  172:3  175:7,
10, 14, 18  178:5, 19
180:5, 21  186:3
187:13  191:3
192:15  193:2
194:20  196:17
198:22  199:24
**mean**  5:15  35:13
40:1  44:4  52:5
73:11  80:6  82:7
88:14  90:22  122:1
124:10  130:23
139:16  141:11
161:8, 9  183:8
184:24  190:13
**meaning**  14:14
51:10  83:14  94:10
122:14
**means**  28:3  45:14
47:11  94:11
**meant**  143:14
198:16
**media**  34:2  47:8
**Mediterranean**
19:24
**meet**  117:22, 23
172:22  173:3
174:23  175:22
**meeting**  6:20  27:6
74:3, 11  90:7
117:18, 24  118:6
127:17  128:10, 11,
18, 22  129:1
148:14  150:18
172:8, 11, 18, 20
173:9  174:12
175:2, 15, 17, 24
176:4, 5  187:19
188:3  197:15, 22
198:8, 12, 23  199:6,
14
**meetings**  32:1
174:9

Nickey Yates Backwrite - 3/15/2022
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310 CSB-EIL #117-6 Page 70 of 82

**meeting's** 118:*15*
**meets** 50:*9* 117:*20*
**member** 13:*21*
26:*7, 8, 15* 27:*19,
20* 30:*4, 22* 64:*21*
81:*11* 84:*15*
176:*11, 14* 184:*21*
**members** 7:*16*
22:*17, 18* 26:*12, 24*
27:*9, 11* 30:*18*
50:*4, 16, 19, 20*
51:*8* 67:*16, 17*
69:*8* 70:2 77:*21*
85:*19* 86:*11, 15*
88:22 100:*9, 15*
101:*19* 111:6, *17*
151:*12, 23* 153:*7,
16* 154:*10, 16*
155:*4, 12* 158:*18*
**memorandum**
14:*11* 73:*1*
**memory** 166:22
**men** 44:*10*
**mention** 49:*14, 17*
91:*4* 117:*13*
**mentioned** 49:*18*
69:7 91:2 113:*8*
129:*13* 163:*16, 20*
178:*23* 189:*19*
**mentioning** 91:6
**mentions** 133:*17*
**merit** 140:*21* 141:7
160:*17*
**mess** 96:*20*
**message** 12:*24*
**messed** 126:*13*
**met** 175:*21, 22*
**MICHAEL** 2:*8*
66:*15* 67:*7, 9, 12,
22* 68:24 69:*10, 14,
16* 70:8 72:*21*
105:*15* 154:22
157:22 161:*4*
**Michigan** 113:*18*
**middle** 41:6, *12, 15*
**Midway** 95:*4*
**Mike** 27:*15, 22, 23*
29:*5* 82:22 83:*1, 4,
22* 84:8 106:*5*
137:*14* 175:*3*
**miles** 96:*1*

**military** 149:*19, 21*
150:*21* 151:*1, 2, 5*
160:*18, 20, 22*
161:*3, 7, 9, 10, 12,
19, 22*
**Millington** 19:*9, 12*
**million** 94:*16*
**mind** 15:*4* 98:*17*
185:*5* 187:*11*
**mine** 76:*19* 131:*1*
**minute** 119:2 146:6
**minutes** 23:*13, 15*
24:2 93:*19* 95:23
118:*14* 119:2
128:*18* 171:22
172:*1* 174:*8, 11*
**misconduct** 110:7
**misheard** 156:8
**Missionary** 25:24
**misstates** 89:*24*
167:*9* 168:*12*
**mistake** 33:*14*
108:*10*
**mistreat** 124:*10*
**mistreated** 54:*14*
86:*17* 124:9
**mistreating** 86:6, *11,
15* 88:*11, 13, 14*
**mixed** 28:2, *4*
**mmcgrath@osmfm.c
om** 2:*10*
**Monday** 86:*19, 21*
173:*1, 4, 5* 174:*20,
23*
**money** 94:*21* 137:6
**monkey** 78:*20*
**Montford** 176:*17,
20*
**month** 21:*1* 50:*10*
121:*18* 172:*23, 24*
173:*1* 174:*18, 19,
21* 176:6
**months** 14:*3* 19:24
20:*14* 55:9 104:9
116:*15, 22*
**morning** 13:*8, 10*
25:23 26:*7, 13*
35:23, *24* 36:9, *13*
86:*21* 95:*19*
**mother** 96:6

**motivated** 89:6
90:*11, 17*
**motivating** 158:*18*
**mouth** 103:6
135:24
**move** 17:*11* 88:*16*
129:*17*
**moved** 9:8 11:*18*
16:8 26:4 36:*17*
49:*8, 11* 113:5
183:24
**moving** 17:*24* 87:*3*
**Municipal** 30:*1, 15*
**MURPHEY** 2:*5*

**< N >**
**name** 4:8 10:*24*
15:*20, 24* 16:9
23:*9, 20* 27:20
32:*15* 36:5 40:*21*
41:*3, 4, 7, 13* 44:9
48:*24* 51:2, *3*
61:*17* 82:*23* 87:9
88:2 110:*21* 123:*8,
12, 18* 125:2
131:*14, 16* 184:5,
*20, 23, 24* 185:*1, 4,
9, 10, 12, 15, 16, 17,
19, 20, 21* 187:6
196:*5, 18*
**named** 41:*12* 44:*10*
**names** 24:20 63:*10*
121:*8* 132:*17*
157:*21* 186:23
195:24 196:2
**nard** 63:*24*
**n-a-r-d** 63:*24*
**natural** 5:*8*
**nature** 13:*19* 14:2
17:*4* 46:7 140:*14*
142:9 190:*23*
**necessarily** 82:7
**need** 5:*8* 17:*13*
29:*5* 44:*3, 5* 78:*12*
84:*4* 93:*19* 95:5
98:*18, 20* 101:24
102:*16* 113:*12*
136:2 137:5
167:*11* 171:*21*
190:*11*
**needed** 14:*10* 69:*18*

**Negative** 4:*16* 9:*23*
75:24 76:*1, 11*
109:*4, 22, 24*
136:*17* 186:*17, 18*
188:*19* 189:*3*
191:*14, 17* 195:22
196:15
**Negroes** 96:22
183:9
**Nepotism** 114:*15,
16* 117:*4*
**Netherlands** 55:*1,
10* 135:9
**never** 12:*21* 15:*1*
26:*5* 32:8 34:*23*
41:*21* 56:9 57:*1*
91:2, *4* 96:*17*
97:*10* 98:*17*
108:*16, 23* 110:*21*
132:7 134:*18*
135:*17* 136:*8*
146:22, *24* 147:*1, 4*
149:*7* 170:7, *10, 22*
171:*18* 179:*12*
180:2 185:*21*
197:*4* 199:*9, 17, 19*
**new** 9:*16* 13:*21, 24*
147:*3*
**newspaper** 57:6
173:8 175:*11*
**newsworthy** 139:*24*
140:*1, 3*
**nice** 13:2
**NICKEY** 1:*10, 14*
3:*1* 4:*13* 5:24
**N-i-e-r** 36:7
**nigger** 133:*20*
136:8
**night** 38:9 173:*24*
174:*1* 187:*19*
**nine** 41:*12, 17* 44:8
159:*10*
**nine-month** 20:7
**ninth** 55:*13*
**Nodding** 10:*18*
**Nope** 103:*5* 199:*9*
**normal** 92:6
**normally** 6:*19*
188:*9*
**North** 15:*17*



**Nickey Yates Backwrite - 3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310 CSB-EJL #47-6 Page 71 of 82

Norway 54:*24*
note 88:*15*
noteworthy 148:*6*
notice 1:*20* 63:*1*
  67:*3* 167:*16, 17*
November 55:*9*
  113:*6* 181:*20* 182:*8*
NUMBER 3:*9*
  32:*14* 41:*14* 69:*8*
  125:*10, 12* 149:*3*
numbers 39:*15*
  41:*17* 94:*24*

< O >
Object 45:*10*
  51:*15* 70:*11* 84:*2,*
  *4* 112:*15* 139:*4*
  156:*1* 192:*15*
  194:*20*
Objection 46:*20*
  51:*21* 55:*23* 59:*14*
  60:*20* 61:*10, 19*
  65:*5* 84:*22* 89:*23*
  92:*1* 93:*5* 96:*9*
  100:*17* 107:*4*
  163:*8* 167:*9*
  168:*12* 178:*5* 193:2
objections 46:*24*
objects 107:*1*
obligated 35:*19*
Obviously 4:*18*
  111:*9* 127:*19*
  144:*16* 161:*14*
occasional 13:*7*
occurred 93:*12*
OCS 19:*18, 19*
October 15:*11* 19:7
ODELSEN 2:*5*
off-duty 87:2
offending 136:*6*
off-hand 175:*9*
office 9:*10* 10:*10*
  11:*19* 39:*21* 40:*24*
  47:*5* 48:*4* 53:*1*
  85:*17* 86:*19, 21, 23*
  87:*5, 11, 12, 13*
  93:*10* 110:6
  124:*19* 125:*11*
  181:*12* 194:*10*
officer 19:*19, 21*
  20:*11, 13, 16, 21, 23*

30:*23* 31:*4* 33:*7, 8*
  60:*9, 11, 17* 62:*11*
  70:*1, 10, 18* 72:*15*
  76:*8* 78:*18* 83:*20*
  85:*13* 87:*2, 8, 11,*
  *19* 88:*1* 97:*19*
  109:*20* 121:*11, 12*
  123:*7* 124:*23, 24*
  131:*14, 19* 132:*21*
  164:*10* 198:*1*
officers 32:*14, 17*
  33:*20, 23* 56:*12, 13,*
  *15, 22, 23, 24* 57:*1,*
  *3, 13, 15, 22* 58:*6, 9,*
  *11, 15, 20* 60:*14*
  67:*8, 9* 68:*6* 70:*6,*
  *17* 72:*17* 74:*22*
  83:*10, 17* 85:*24*
  88:*11, 23, 24* 89:*13,*
  *18, 19, 20* 90:*4, 5*
  97:*18* 99:*4* 111:*23*
  117:*9* 120:*9, 13, 16*
  121:*1, 3, 5, 8* 122:*7,*
  *8* 123:*15, 20* 124:*4,*
  *9, 15* 126:*8* 127:*2,*
  *6* 128:*15* 130:*2, 3*
  132:*12, 18* 138:2
  140:*19* 142:*24*
  143:*3, 16, 22*
  144:*14* 160:*15*
  162:*4, 11, 13* 163:*3*
  164:*1* 166:*10*
  167:*23* 190:*24*
  196:*22* 199:*21*
officer's 131:*14*
offices 143:*20*
Official 1:*11*
  192:*13*
officials 37:*11*
Oh 33:*11* 80:*21*
  96:*5, 19* 120:*3*
  136:9 158:9
  169:*16* 182:*7*
  186:*22* 188:*17*
  193:*13*
Okay 4:*17, 22* 5:*3,*
  *10, 21* 6:*9, 16, 23*
  7:*1, 4, 10, 18* 8:*8,*
  *22* 9:*1, 3, 6, 17, 21*
  10:*9, 16, 19, 22*
  11:*1, 7, 16* 12:*14*

13:*5* 14:*1, 14, 16*
  15:*2, 7, 12, 14, 20,*
  *24* 16:*5, 11, 19, 21*
  17:*17, 24* 18:*6, 22*
  19:*4, 23* 21:*3, 5, 7,*
  *9, 14, 17, 21* 22:*9,*
  *22* 23:*3* 24:*14, 17,*
  *24* 25:*15* 26:*6, 17,*
  *20* 27:*3, 14* 28:*6,*
  *11, 19* 30:*11, 21*
  31:*15, 20* 32:*3, 21*
  33:*5, 22* 34:*7, 19*
  35:*2, 6, 8* 36:*6, 8,*
  *10, 24* 37:*2, 16*
  39:*7* 40:*8* 42:*6, 9,*
  *13* 43:*7, 19, 23*
  44:*17* 45:*20* 46:*15*
  48:*9, 14, 17, 23*
  49:*4, 9, 13* 50:*5, 22*
  51:*7, 10* 52:*5, 16*
  53:*24* 54:*6* 56:*9,*
  *14* 57:*2, 18* 58:*9,*
  *14, 19* 59:*6, 10*
  60:*13, 16* 61:*8, 16,*
  *24* 62:*7* 63:*4, 16,*
  *20* 64:*1, 7* 65:*2, 22*
  66:*1, 13, 23* 67:*12,*
  *16* 68:*17* 69:*13, 24*
  72:*20* 73:*8, 18*
  74:*1, 4, 14* 75:*5, 21*
  76:*18* 77:*16* 78:*8*
  79:*10, 16* 81:*11*
  82:*2, 24* 85:*22*
  86:*5, 14* 88:*6, 10*
  89:*3, 12, 17* 90:*9*
  91:*2, 12* 92:*23*
  95:*15* 98:*15, 24*
  99:*9, 20* 102:*7*
  103:*7* 104:*1, 11, 22*
  105:*17, 23* 106:*11,*
  *18* 107:*11, 14, 16*
  108:*16, 20* 109:*5*
  110:*4, 17, 22* 111:*9,*
  *12* 112:*12* 114:*20*
  115:*6, 12, 22* 116:*3,*
  *21* 117:*8, 12* 118:*7*
  119:*22* 120:*3, 8, 24*
  121:*20* 122:*8*
  125:*13* 126:*21*
  127:*6, 19* 128:*2, 17*
  129:*2, 6, 10, 17*

131:*6, 24* 133:*6*
  134:*8, 11, 15* 137:*7,*
  *22, 24* 138:*16, 19,*
  *22* 139:*10, 18, 21*
  140:*4, 9, 14, 24*
  141:*24* 142:*8, 17,*
  *21* 143:*2, 19, 24*
  144:*20, 22* 145:*17*
  146:*1, 5, 23* 147:*7*
  149:*9* 150:*16*
  151:*8, 15* 153:*3, 11,*
  *15, 24* 157:*7, 20*
  158:*13* 159:*3*
  161:*6* 162:*8, 16*
  164:*3* 166:*23*
  167:*18* 169:*2, 21*
  170:*12* 171:*2, 12,*
  *15, 21* 172:*15*
  173:*2, 5, 12, 14, 16,*
  *21* 174:*1, 11, 15*
  175:*1* 177:*5, 11, 13*
  178:*10, 14* 181:*6,*
  *17* 184:*14* 186:*1,*
  *21* 187:*5, 16*
  188:*11, 22* 194:*12*
  195:*10* 196:*5, 21*
  197:*5, 8, 11* 198:*11,*
  *14, 18* 199:*5, 13, 20,*
  *24*
Okinawa 20:*14, 15*
old 12:*13* 87:*4*
  122:*19*
older 89:*18*
oldest 12:*5*
on-board 61:*15*
  168:*17*
once 13:*16* 33:*10*
  105:*3* 123:*10*
  149:*24* 150:*10*
  151:*19* 169:*6*
  189:*21, 24* 191:*21*
ones 56:*24* 58:*7*
  129:*13* 134:*24*
  198:*7*
ongoing 24:*1*
ONS 63:*11*
op 189:*6*
open 23:2 120:*15*
opened 62:*22*
  113:*7, 8*
opening 22:*24*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL   # 17-6   Page 72 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

operations 20:*23*
178:*8*
opinion 58:*15* 59:*6*
67:*21* 145:*6* 161:*15*
opinions 69:*18*
141:*4*
opponent 48:*20*
opportunity 111:*23*
143:*17*, *21* 149:*20*
opposed 152:*17*
opposite 156:*15*
option 63:*15*, *17*, *19*
oral 153:*4*, *6*
order 103:*18*
105:*21*
orders 19:*14* 20:*3*,
*22* 29:*18*
ordinance 19:*10*
organization 55:*6*
organizations
176:*14*
original 26:*22*
ought 152:*16*, *19*
190:*3*
outcome 201:*21*
outside 124:*3*
outskirts 95:*12*
overall 157:*1*, *8*
158:*2* 159:*21*
160:*10*
overhear 110:*13*, *15*
overly 107:*2*
overnight 166:*14*
oversees 114:*7*
owned 51:*4*

**< P >**
p.m 1:*18* 200:*2*
pack 17:*11*, *12*
packet 19:*18*
168:*22*
page 29:*14* 106:*8*,
*19* 137:*19* 146:*17*
147:*11*, *15*, *17*
149:*6* 170:*2*, *7*, *8*, *9*
180:*24* 182:*2*, *3*
183:*1* 184:*19*
192:*9* 195:*1*, *2*, *5*
pages 41:*8*, *9*
146:*16*, *22* 147:*6*

148:*23* 149:*10*, *11*
170:*6*, *9*
paid 40:*23*
paper 70:*7*
paperwork 6:*7*
paragraph 29:*14*
138:*10* 143:*8* 145:*7*
paragraphs 143:*8*
parameters 65:*13*
Park 2:*9*
parked 75:*12*
part 17:*10* 22:*13*
23:*1* 24:*22* 44:*14*
47:*19* 48:*14* 49:*1*,
*13*, *24* 53:*12*, *15*
57:*19* 67:*24* 68:*4*
81:*17* 82:*2* 89:*13*
96:*21* 99:*13*, *20*
101:*4* 103:*3* 116:*6*
127:*2*, *10* 131:*9*
133:*8*, *15* 134:*17*
147:*16* 163:*13*
165:*1* 166:*24*
167:*15* 168:*2*, *10*
181:*14* 197:*6*
198:*19*
partially 115:*19*
participates 195:*18*
particular 31:*11*
41:*1* 50:*10* 158:*22*
168:*6*, *14* 199:*7*, *15*
particularly 77:*6*
80:*5*, *7* 140:*15*
148:*6*
parties 122:*6*
201:*19*
partly 45:*21*
partners 12:*5*
party 11:*14* 36:*24*
37:*1* 48:*14*
pass 14:*22*
passed 48:*24* 84:*20*
188:*10*
passes 97:*14*
passing 25:*18*
34:*24* 188:*3*
Passwater 36:*2*
87:*7*, *17*
Patrick's 50:*12*, *17*,
*24*

patriotism 94:*8*
Patriots 94:*9*
patrol 58:*1* 89:*1*
121:*12* 124:*22*, *23*
166:*10* 190:*20*
PAUL 1:*2* 4:*9*
68:*22* 70:*1* 98:*17*
99:*9*, *17* 154:*1*
159:*10*
pay 137:*5*
paying 190:*4*
peeked 118:*14*
pending 5:*2* 37:*18*
44:*12*
Pentagon 95:*15*
people 26:*23* 28:*7*
32:*10* 36:*18* 38:*24*
39:*1*, *5*, *9*, *14*, *17*
41:*12* 44:*8*, *18*
51:*11* 52:*8* 55:*4*,
*11*, *15* 73:*3* 79:*8*,
*11*, *14*, *17* 80:*1*, *4*,
*10* 81:*1*, *3*, *6*, *8*, *9*
82:*8* 86:*1*, *2*, *3*, *7*
91:*4*, *5*, *8*, *19* 94:*9*
96:*18* 97:*2* 98:*9*
115:*3*, *4* 120:*21*, *22*
134:*3*, *6*, *12*, *13*
135:*2*, *8*, *12* 136:*14*,
*20* 152:*20* 154:*19*
155:*15* 161:*12*
179:*15*, *17* 180:*1*, *9*
182:*1* 183:*2*, *6*, *14*,
*15*, *18* 188:*5*
189:*16* 195:*19*
198:*20*
people's 151:*20*
percent 52:*22*, *23*
156:*17* 157:*12*, *14*,
*16*, *18* 179:*17*
180:*1*, *9*
percentage 152:*13*
156:*6* 157:*10*, *12*
159:*13*
percentages 157:*17*
performance 109:*8*,
*19* 110:*1* 111:*5*
period 51:*16* 54:*1*
150:*24*
Periodically 85:*11*

periods 52:*13*
permeate 145:*10*, *18*
person 8:*8* 27:*5*
62:*14* 68:*10*, *16*, *18*
85:*6* 107:*17* 111:*2*
112:*5* 117:*2*
124:*23* 126:*2*
133:*16* 158:*3*
183:*13*, *14*, *16*
185:*3*, *4*, *8* 186:*23*
190:*2* 198:*2*
personal 68:*11*, *12*
74:*8* 125:*10*, *11*
201:*12*
personally 67:*12*
personnel 30:*20*
74:*12* 108:*2*, *13*, *17*
111:*3*
persons 46:*5*
person's 182:*23*
199:*18*
pertains 29:*12* 62:*1*
peruse 164:*18*
perused 164:*13*
166:*8*
petitioned 26:*23*
27:*3*
Ph.D 18:*14*
phase 156:*17*
Phillips 187:*6*, *17*
188:*15*, *16* 197:*18*
phone 9:*14* 13:*14*
94:*24* 95:*13* 125:*8*,
*12*
phonetic 16:*7*
104:*8* 120:*18*
photo 189:*6*
photos 189:*24*
pick 62:*17* 63:*15*
66:*18*, *21*
picked 135:*10*
picking 31:*13*
picture 137:*19*, *20*
182:*11* 183:*20*
pictures 13:*2*
182:*1* 190:*8*
pinpoint 43:*18*
place 15:*11* 22:*24*
66:*10* 69:*17* 73:*21*
93:*11*, *13* 174:*12*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL #112-6 Page 73 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

177:*17* 188:*20* 189:*23* 201:*16*
**placed** 53:*5, 11*
**places** 85:*5*
**placing** 53:*8*
**Plaintiffs** 1:*5* 2:*5* 4:*9* 33:*1, 6, 15* 140:*5* 141:*7*
**plan** 94:*16*
**plane** 95:*13, 14*
**plates** 192:*12*
**play** 62:*9* 91:*5*
**playing** 77:*12, 16, 23* 91:*9, 13* 136:*7*
**please** 15:*7* 106:*19* 136:*9* 186:*14*
**ploy** 155:*2*
**poem** 173:*14*
**point** 5:*1* 11:22, *24* 25:*7* 31:*24* 49:*17* 61:*6* 83:*4* 99:*3* 100:*9* 121:*14* 138:*23* 139:*2* 149:22 164:*18, 22* 176:*17, 20* 181:*24* 188:22 197:*9* 199:*3*
**pointed** 73:*5* 86:*24*
**pointing** 87:*21* 148:*23* 150:*2* 162:*10*
**points** 44:*1* 147:*21, 23* 148:2, *9* 149:*19, 21, 22* 151:*1, 2, 5* 154:*4* 159:*7, 10, 13, 18, 23* 160:*2, 5, 15, 18, 20, 22* 161:*3, 11*
**poking** 87:*20*
**POLICE** 1:*7* 6:*20* 12:*19* 13:20 21:*19, 22* 22:*1, 13, 22* 23:*11* 24:*8, 22* 25:*8* 29:*15, 17, 19, 21, 23* 30:*5, 12, 16, 20, 23* 31:*4, 17* 32:*13* 34:*12* 35:*1, 9, 12, 19, 21, 24* 36:*3, 4* 56:*4, 11* 57:*4, 13, 21, 24* 58:*5, 11, 16, 19, 23* 59:*2, 7, 13* 60:*9* 62:*7, 9* 63:*9, 14, 18*

69:*21* 70:*10* 72:*3, 15, 16, 20, 24* 73:22 74:22 75:*14* 81:*14, 23* 82:*11* 83:*10, 20* 85:*13, 18, 19* 87:*2, 7* 88:*1, 11, 21, 22* 89:*13* 90:*4* 91:*9, 23* 92:*17* 93:*4, 10* 97:*18, 19* 117:*9* 120:*1, 9, 13, 15, 24* 121:*3, 5, 8* 122:*7, 8* 123:*1, 2, 14, 20, 21* 124:*8, 12, 15* 127:*2, 6* 128:*15* 130:*1, 3* 131:*8, 12, 19* 132:*1, 4* 138:*2* 139:*23* 140:*19* 142:*24* 143:*3, 5, 16, 20, 22* 145:*21* 149:*23* 150:*17* 152:*6* 153:*7* 155:*9* 163:*3* 164:*4* 165:*1, 24* 171:*7* 172:*19, 21* 173:*16* 174:*9* 175:*1* 178:*6, 8* 179:*6* 180:*17, 19* 182:*2* 184:*21* 185:*2* 190:*14, 24* 192:*7, 20, 23* 196:22 197:*14, 21* 198:*7* 199:*16, 21*
**policy** 153:*21* 191:*24* 192:*14*
**political** 11:*4* 48:*3*
**politically** 36:*19*
**politics** 52:*2*
**pool** 14:*24*
**poor** 183:*9*
**population** 33:*12* 55:*7, 13* 81:*4*
**populations** 55:*8*
**portion** 29:*12* 55:*12* 94:22 153:*18, 19* 154:*2, 12, 17* 155:*22* 156:*19* 157:*2, 23* 158:*19*
**portions** 73:*17* 157:*3*
**position** 25:*11* 43:*4* 59:*13* 62:*3,*

*11, 23* 63:*2* 71:*14, 15, 17* 81:*12* 82:*8* 93:*15* 113:*6, 8, 12, 15, 17* 116:*14, 23* 164:*6* 166:*2, 7* 177:*8* 190:*1*
**positions** 23:*2* 70:22, *23*
**possible** 198:*14*
**post** 13:*7* 53:*1* 149:*16, 17* 150:*19, 20* 182:*21* 184:*10* 185:*9, 15* 186:*8* 189:*21*
**posted** 179:*14* 182:*11* 183:*6, 20, 23* 184:*13* 185:*11, 20, 24* 186:*23, 24* 188:*24*
**posting** 179:*11* 186:*18* 195:22
**postmaster** 53:*1, 6, 10, 12, 17*
**posts** 13:*8, 11* 179:*10, 13* 184:*4* 186:*11, 15, 16* 187:*9, 16* 188:*19* 189:*3, 11* 193:*17* 195:*13* 196:*9, 15, 22*
**pots** 94:*21*
**pound** 41:*17*
**precinct** 39:*23* 40:*21* 41:*2* 183:*20*
**precincts** 38:*12, 14*
**precinct's** 38:*18*
**preempt** 54:*15*
**preface** 170:*14*
**preparation** 6:*6*
**prepare** 174:*8*
**presence** 199:*14*
**PRESENT** 2:*1* 21:*20* 83:*17, 18* 145:*21* 150:*14*
**presented** 72:*5* 149:*15, 16, 24* 150:*7, 10* 151:*11* 191:*21*
**president** 6:*21, 23* 24:*11* 54:*18*
**Presumably** 28:*5* 148:*6*

**pretty** 33:*9* 57:*11* 95:*18* 105:22 166:22
**previous** 23:*14* 196:*3* 201:*6*
**Price** 31:*20, 22* 32:*4, 11* 34:*19* 35:*20* 59:20 60:*16* 194:*14*
**primary** 48:*22* 52:22
**printed** 41:*9*
**printing** 41:*1, 3*
**prints** 41:*8, 11*
**prior** 12:*7, 12* 17:*24* 24:*8* 25:*16* 74:*5, 23* 105:*18* 111:*9* 164:*9, 15* 168:*10* 170:*23* 171:*9*
**Pristak** 23:*16, 19* 24:*7*
**P-r-i-s-t-a-k** 23:*21*
**private** 74:*7*
**Probably** 12:*24* 35:*4* 68:*7* 122:*23* 129:22 181:*1* 182:*12* 186:*16*
**problem** 85:*24* 133:*15* 134:*17* 135:*1* 144:*3, 5*
**problems** 51:*12, 13* 144:*23*
**proceeding** 172:*16*
**proceedings** 201:*14*
**process** 33:*17* 82:*11* 106:*20* 111:*24* 128:*4* 142:*13, 23* 143:*4* 144:*11, 24* 146:*2* 152:*20* 155:*4, 13, 14* 160:*12* 162:*9* 163:*5* 165:*2, 10* 166:*1, 24* 167:*19* 168:*10, 22*
**Prodder** 16:*7*
**produce** 6:*11*
**produced** 165:*24* 168:*9* 175:*9*
**producing** 187:*11*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  #17-6  Page 74 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

professional 32:5
professionally 12:20
promote 67:21
  107:5, 17  108:20
  109:7  154:23
  160:1  163:24
  164:10  165:17
  170:23
promoted 8:18
  56:24  57:1  60:18,
  24  61:8, 14  62:16
  65:3  74:18  78:2, 3
  89:5  103:7, 11, 13
  104:6, 7, 9, 11, 14,
  19  105:14  106:22
  111:14, 18  142:11
  144:16  155:7
  164:7  172:14
  173:9, 24  174:13
  176:7  181:9, 13, 21,
  22  182:1, 2, 10, 12
  189:23  197:5  199:2
promoting 152:20,
  21  154:18  155:9, 15
promotion 27:19
  28:8, 10, 14  61:6,
  24  62:5, 10, 13
  67:13  69:17  72:8
  73:7  74:19, 24
  103:9  104:8  109:3
  141:14, 17  143:4
  148:15  153:10, 22
  155:19  163:14
  164:15  165:3
  167:3, 15  168:23
  172:7  176:5
  177:24  181:8, 18
  182:16, 22, 23  190:1
promotional 33:17
  82:10  106:20
  108:6  128:4
  156:23  159:22
  160:10, 12  199:7, 15
promotions 30:19
  73:3  103:23  104:2
  105:18, 20  151:20
promulgated 29:19
proper 27:7  41:4
  96:17
property 188:1

provide 63:18  67:7
  149:19  160:15
  161:17
provided 29:20
  63:16  72:17
  111:23  167:1
providing 7:2
Public 18:12  38:10
  74:11  129:1
  173:22  199:6
pulled 81:5  175:18
  183:21, 22
purposes 152:14
pursuant 1:20
pursue 149:21
push 124:21
pushed 88:19
  113:11
pushing 28:17
put 19:17  82:8
  102:13  103:5
  108:2  118:5
  133:11  135:18
  137:6  145:22
  165:2  167:15, 17,
  18, 23  168:3, 4
  178:11  181:11
  182:2
puts 164:4
putting 135:24

< Q >
qualified 98:5, 7
  113:19  114:2, 10,
  12  116:12  184:13,
  16
qualify 113:22
Quantico 17:13
  20:6, 8
question 5:2, 3, 6, 7,
  9  13:16, 18, 20
  24:7  29:10  31:16
  37:18  40:1, 4
  41:24  44:11  45:11,
  13  46:21, 23  47:14
  55:24  59:16  60:21,
  23  61:11, 20  65:6,
  7, 11, 17  68:13
  70:12  71:8, 9
  79:21, 24  82:18
  83:12  84:3, 5

89:10, 24  92:2
  93:6  100:14, 18
  102:22  106:18
  109:5  111:1  112:2,
  16  114:18  117:22,
  23  129:23  137:20
  141:9  145:22
  150:7  156:2  163:4,
  9  165:16  167:13
  168:20  169:7
  186:4  198:22
questionable 162:9
questioning 87:23
  102:11
questions 5:16, 18
  6:10  64:2  171:24
  194:21
quiet 136:9
quit 36:1, 4, 8, 12
  59:21, 22  60:1, 2, 15
quite 19:10  39:3
  76:20  121:21
quitting 60:3
quote 30:15  138:10

< R >
race 27:23  28:1
  45:22  48:21  49:24
  50:5, 6  59:1  72:10
  77:12, 17, 23  89:16
  90:12, 17  91:2, 4, 5,
  9, 13  92:10  96:8,
  20  98:13  114:18
  133:13, 17  136:2, 7
  184:2
racial 90:24
racially 22:12
  189:10
racism 97:24
racist 55:13, 16
  75:19  77:7  197:8
  198:11, 15
radar 97:20
raised 18:1  102:22
  110:1  112:2  144:24
raising 130:21
ran 11:19  36:22
  38:11  40:17  49:1,
  22  52:13  124:20
  183:20  187:18

rank 103:9, 18
  105:21
ranked 72:16
  104:3  105:13
ranking 85:19
  159:2
rate 39:21  40:13,
  14  113:20
reach 76:7
reaching 143:9, 18
  144:4
read 71:4  73:17
  119:1  138:15
  163:20  167:8
  173:14  182:12
reading 73:19
  118:12, 13, 18, 19
  156:2
ready 133:22
real 41:13  117:21
  185:15, 19
realize 165:6
really 39:8  113:12
  125:23  126:14
  131:6
real-time 38:11
reappointed 35:15,
  17
reason 6:22  9:19
  44:14  47:18  57:17
  70:16  77:9  90:16,
  23  91:3  97:22
  99:20  103:4  124:6
  133:9  142:19, 21
  145:2
reasoning 67:8
reasons 47:20
  52:19  69:13  70:2,
  5, 10  72:9, 11, 14,
  17  73:6  88:10
  105:4  106:21
  154:15
recall 11:6, 10
  26:9  76:5  88:2
  100:11, 22  105:3
  157:11  186:8
  198:16
receive 151:8
  166:5, 6
recess 143:10



**Nickey Yates Backwrite - 3/15/2022**
Paul Berge, et al. vs. City of Kankakee, et al.
2:20-cv-02310-CSB-EIL # 17-6 Page 75 of 82

**recognized** 32:*15*
85:*12*
**recommendation**
65:*24* 66:*2, 5, 6, 9*
67:*24* 72:*3* 73:*4*
76:*4, 10* 104:*10*
107:*6* 111:*22*
151:*11, 12* 162:*5*
**recommendations**
111:*13*
**recommended**
72:*21, 24*
**recommending**
112:*5, 9*
**record** 4:*8* 87:*20*
93:*23* 94:*3, 5*
100:*7, 22* 101:*1*
112:*18* 120:*4*
121:*21* 137:*2, 8*
146:*15* 149:*19*
168:*13* 191:*5*
201:*13*
**recording** 110:*10*
**records** 150:*22*
**recruited** 19:*6, 7*
**reduced** 201:*12*
**reference** 54:*22*
75:*10* 141:*16*
190:*7, 10*
**referring** 37:*10*
138:*20* 162:*12*
**regarding** 75:*3*
83:*19* 120:*9* 171:*13*
**regardless** 66:*8*
**regiment** 20:*24*
**regimental** 20:*23*
**registered** 38:*12, 13*
**registration** 41:*14,
16* 45:*23*
**Regnier** 36:*5*
132:*15*
**R-e-g-n-i-e-r** 36:*6*
**regular** 25:*5* 55:*18*
120:*14* 132:*21*
**regulations** 29:*18*
30:*10, 11* 66:*10*
**related** 117:*5*
142:*1* 194:*15*
195:*10* 197:*6*
**relation** 68:*12*
172:*12*

**relationship** 9:*12*
12:*18* 14:*20, 21*
32:*3, 5*
**relative** 178:*18*
201:*17, 18*
**released** 55:*7*
**relevance** 84:*5*
192:*16*
**relevancy** 194:*21*
**remaining** 38:*14*
**remains** 26:*21, 22*
**remember** 10:*9*
40:*1* 48:*24* 54:*20*
63:*12* 103:*13*
138:*14* 139:*7*
143:*11, 14* 145:*12*
176:*6* 186:*7* 199:*5*
**remind** 57:*10*
**reminding** 5:*22*
**rented** 17:*14*
**renting** 17:*15*
**rep** 87:*8, 14, 15*
**repairs** 17:*19*
**replaced** 23:*12*
24:*15* 25:*4* 27:*21*
61:*18*
**replied** 108:*1*
**reply** 14:*10*
**report** 54:*8* 55:*8, 9,
11* 194:*13*
**reported** 201:*11*
**Reporter** 1:*16*
4:*19* 201:*4* 202:*6*
**REPORTER'S**
201:*1*
**re-post** 151:*6*
**represent** 147:*20*
173:*6*
**representative** 67:*13*
**representing** 4:*8*
**reputation** 25:*19*
**request** 28:*15, 17*
**requests** 6:*11*
**required** 27:*7*
30:*22* 66:*9*
**Reserve** 18:*23* 19:*7*
**reserves** 20:*24*
**resident** 56:*6* 140:*7*
**residents** 48:*11*
**resigned** 35:*5, 8, 12*
49:*11* 62:*21*

**respect** 30:*23* 31:*4,
7, 23* 48:*1* 66:*15*
79:*19, 23*
**respective** 74:*21*
**respond** 14:*18*
**responded** 14:*12*
**response** 14:*16*
51:*1*
**responsibilities**
29:*23*
**responsible** 29:*16*
40:*5* 42:*2, 10, 18*
43:*1* 63:*1* 195:*22*
**results** 38:*10*
128:*24*
**retaining** 63:*7*
**retired** 21:*1, 3, 14*
32:*18* 62:*21, 22*
113:*9* 171:*8, 14*
**retirement** 171:*13*
**retiring** 171:*10*
**returned** 12:*11*
**revenge** 135:*12, 13*
**reverse** 58:*8*
**review** 74:*21* 75:*2*
76:*12* 165:*9*
**reviewed** 106:*16*
108:*17* 163:*23*
165:*18, 23* 171:*4*
**rhetorically** 145:*23*
**ribbon** 182:*13*
**rid** 98:*21*
**ridiculing** 189:*5*
**right** 4:*5* 5:*19*
10:*13* 18:*2* 19:*1*
28:*9* 29:*14* 33:*18,
23* 34:*3, 6, 9* 44:*11*
45:*7* 47:*1, 11*
51:*20, 23* 52:*1*
57:*21* 60:*18* 61:*4*
62:*4* 68:*12* 70:*16*
71:*7* 72:*11* 73:*13*
78:*3* 81:*16, 17*
82:*5, 6, 9* 83:*17*
86:*9* 92:*9, 19* 94:*2*
95:*7* 103:*1, 4*
106:*7* 110:*22*
120:*21* 122:*5*
133:*24* 134:*18, 19*
135:*19, 20, 21*
136:*4, 14* 137:*2, 3,*

**19** 139:*23* 141:*15*
142:*4, 12* 143:*7*
145:*5* 146:*14*
148:*21* 152:*10*
164:*16* 169:*4, 5, 9,
23* 171:*6* 172:*1, 3*
173:*10* 176:*15*
179:*18* 180:*20*
184:*5, 20* 185:*13,
23* 190:*6, 14, 17*
195:*13, 16* 196:*24*
**righteousness** 81:*15*
**rings** 124:*22*
**rise** 18:*13*
**road** 130:*8, 9*
**Roger** 4:*23* 5:*13*
**role** 30:*12* 31:*12,
13, 17, 22* 32:*1*
62:*8* 81:*13* 82:*2,
15, 19* 135:*11*
142:*16* 177:*21, 24*
178:*6, 7*
**roll** 118:*7*
**room** 74:*10, 13*
88:*5*
**roster** 39:*19* 40:*12,
16, 19* 42:*4* 44:*1*
188:*5, 11*
**rosters** 45:*19, 24*
46:*7, 8* 47:*4, 6*
**rotated** 20:*18*
**rotating** 20:*13, 19*
**routine** 55:*18* 81:*6*
134:*14*
**rules** 4:*18* 30:*9, 11,
19, 23* 66:*10*
**rumor** 194:*17*
**rumored** 192:*22*
**rumors** 35:*11*
194:*24*
**run** 36:*19* 40:*20*
48:*3* 49:*9* 75:*12*
95:*24*
**running** 12:*5*
37:*19* 38:*24* 39:*4,
5, 21, 22, 23* 40:*13,
15* 41:*1* 85:*17*
95:*18* 97:*20* 192:*12*

**< S >**



**Nickey Yates Backwrite  -  3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL   # 47-6   Page 76 of 82

**salesman** 114:*11*
**samples** 56:*13*
**San** 19:*14* 94:*14*, *22*
**sat** 32:*21* 48:*5* 57:*10* 83:*7* 100:*4* 144:*20*, *21*
**saw** 12:*7*, *12* 81:*6* 85:*4* 167:*10* 170:*22* 195:*13*, *14*
**saying** 5:*7* 44:*1*, *2* 53:*2*, *10* 60:*14* 71:*24* 92:*12* 101:*23* 113:*19* 114:*9* 117:*14* 121:*24* 141:*24* 144:*15* 149:*2*, *4* 151:*16* 152:*12* 170:*14* 180:*4* 182:*6* 183:*23* 186:*9* 189:*7*, *22* 199:*11*
**says** 95:*24* 132:*3* 138:*10* 139:*14* 143:*9* 145:*7* 154:*6*, *7* 159:*12* 187:*7*
**say-so** 152:*16* 155:*14*
**Scandinavian** 54:*24* 135:*9*
**scenario** 24:*2*
**scholarship** 8:*14*, *16*, *22* 10:*8*, *13*, *16*, *19*
**school** 9:*4* 17:*21*, *22* 18:*4* 19:*11*, *19*, *20* 20:*3*, *7*, *22* 25:*20*
**score** 64:*13* 67:*11* 68:*5*, *6*, *7*, *19* 70:*14* 141:*12* 142:*14* 147:*17* 155:*22* 157:*12*, *14*, *19* 158:*17*, *24* 160:*10*
**scored** 68:*20*, *24* 70:*6*, *8* 144:*15*
**scorers** 106:*22*
**scores** 64:*6* 72:*2* 141:*13* 142:*4*, *6*, *7*, *22* 147:*16*, *19* 149:*15*, *16*, *18* 150:*4*, *12*, *15*, *18*

**152**:*3* 154:*2* 155:*10*, *18* 158:*23* 162:*7*, *9*, *17*, *20*, *23*, *24* 163:*2*, *5*
**scoring** 141:*17*, *21* 155:*11* 157:*23* 159:*19* 162:*22*
**Scout** 20:*22*
**screaming** 119:*4*
**scrutinized** 142:*20*
**scrutiny** 191:*23*
**se** 104:*21*
**sea** 20:*1*
**seat** 188:*14*
**second** 24:*6* 49:*10* 50:*10* 54:*9* 60:*1* 68:*21* 73:*24* 84:*18* 116:*19* 138:*9* 152:*23* 172:*24* 174:*17*, *19*
**Secretary** 13:*20* 23:*17*, *23* 84:*17*
**section** 39:*12* 95:*16* 118:*18* 156:*22*
**see** 27:*7* 30:*2* 81:*13*, *15*, *16* 82:*3*, *4*, *13*, *14*, *15*, *16*, *18* 85:*8* 107:*7* 108:*3* 111:*3* 119:*4* 130:*22* 133:*15* 138:*6*, *9*, *12* 139:*5*, *14* 143:*23* 149:*14* 158:*15* 164:*9* 179:*10* 180:*6* 181:*12* 187:*7*, *24* 188:*15*
**seeing** 34:*22* 85:*12*
**seen** 14:*22* 29:*10* 41:*21* 137:*22* 146:*21*, *22* 147:*1*, *4*, *10*, *11*, *16* 149:*7*, *10* 169:*15*, *24* 170:*2*, *6*, *7*, *9*, *10* 175:*4* 179:*12* 185:*23*
**select** 119:*5*
**selected** 31:*15* 35:*21* 72:*15*
**selection** 31:*18* 64:*23* 65:*3*, *23*

**67**:*7* 111:*24*
**selects** 65:*18*
**sell** 17:*14* 183:*5*
**send** 175:*5*
**sending** 53:*1* 63:*1*
**sends** 63:*3*
**senior** 88:*22*, *24*
**sense** 39:*6*
**sent** 6:*8* 14:*11* 17:*6* 73:*1*, *14* 109:*22*
**separate** 15:*22*
**September** 94:*9* 128:*10*, *11* 173:*6*, *7*, *19* 175:*1*, *13*, *15*, *19* 176:*2*, *4*, *9*
**sequence** 62:*15*
**sequentially** 64:*9*
**sergeant** 57:*1* 62:*10* 67:*4* 73:*3* 76:*22*, *23* 103:*8*, *9*, *14* 104:*19*, *20* 109:*15* 110:*5*, *7*, *11* 121:*9* 127:*8*, *9* 131:*15* 132:*20* 165:*17* 181:*9*, *10*, *21*
**sergeants** 73:*2* 109:*12*, *14* 166:*10* 170:*8* 172:*13*
**serious** 97:*8*
**seriously** 132:*10*, *13* 133:*1*, *4*, *10*
**serve** 48:*17*
**served** 20:*8* 49:*4* 71:*16* 180:*3*
**service** 71:*19*, *23*, *24* 150:*21*
**serving** 19:*16*, *17* 21:*24* 25:*16*
**session** 74:*4*, *7*, *12* 94:*23* 118:*4*, *9*, *16*
**set** 13:*23* 19:*14* 29:*24* 124:*5*, *20* 202:*1*
**setup** 124:*7*
**seven** 14:*3* 17:*1*, *19* 19:*24*
**shady** 195:*17*
**shaking** 4:*20* 189:*9*
**shape** 97:*14* 161:*13*

**sheet** 3:*9*
**sheets** 147:*9*
**shift** 33:*19*
**shifted** 52:*24*
**shit** 134:*23* 135:*13* 161:*9*
**shocked** 96:*1*
**shoes** 169:*6*
**S-hole** 54:*19*
**short** 93:*21* 137:*9* 172:*4*
**Shorthand** 1:*16* 201:*4* 202:*6*
**Shortly** 22:*7* 92:*13*, *23* 93:*2* 103:*7* 177:*17*
**shoulders** 4:*20*
**show** 28:*19* 56:*22*, *23* 68:*6* 126:*1* 137:*12* 146:*5* 150:*21* 167:*20*
**showed** 124:*24*
**showing** 33:*21* 146:*15*
**shows** 41:*11*
**Shreffler** 82:*22* 83:*1*, *4*, *23* 84:*9* 191:*5*, *14* 193:*10* 196:*8* 197:*8*, *10*
**Shreffler's** 196:*5*
**shrugging** 4:*20*
**shut** 51:*1* 119:*15*
**shuts** 130:*11*
**sick** 134:*16* 135:*24*
**side** 52:*22* 105:*3* 130:*18* 140:*18* 151:*4*
**sideways** 97:*8*
**sign** 41:*18* 130:*17* 188:*11*
**signature** 106:*9* 200:*1*
**signed** 74:*18* 84:*16* 105:*17* 106:*11* 148:*15* 174:*12* 188:*4* 192:*2*
**Sign-in** 3:*9* 147:*9* 188:*9*, *11*
**signing** 74:*23*
**simple** 117:*22*, *23*
**simply** 53:*10*

**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 77 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

single 15:*14* 112:*5, 8* 129:*1*
singled 7:*9* 58:2, *7*
Sir 43:*22*
sister 16:*7*
sister's 16:*9*
sit 5:*19* 32:*20* 72:*12* 107:*11* 112:*4* 141:*6* 144:*9, 22* 187:*1* 195:*21*
site 185:*21* 186:*24* 188:*23* 189:*1* 196:*19*
sits 188:*9*
sitting 33:*4* 73:*12* 87:*4* 97:*19* 118:*12, 21* 131:2
situation 115:*12*
situations 143:*3*
six 20:*14* 22:*15*
Skelly 62:*20*, *22*
skills 68:*12* 107:*5*
skin 97:*10*, *12*
skip 107:*24*
skippy 47:*11*
slavery 96:*21*
slew 43:*14*
slow 84:*3* 87:*3* 118:*2*
slowing 130:*19*
sly 183:*3*
small 33:*10*
smart 68:*10* 135:*8*
smarter 55:*3*, *10*, *14* 81:*5*
smoking 95:*3*
Sneed 27:*18* 28:7, *9*, *14* 62:*11* 66:*15* 67:7, *9*, *13*, *22* 68:*2, 24* 69:*5*, *10*, *14*, *16* 70:*9*, *20* 71:*16*, *17, 20*, *21* 72:*7*, *21*, *24* 73:6, *9* 74:*23* 75:*3, 21* 76:*8*, *23* 89:*2*, *5, 8* 103:*7* 104:*1*, *17, 22* 105:*1*, *15* 106:*22* 107:*5*, *17* 108:*3*, *20* 109:*2, 7, 17*, *20* 110:*1*, *5*, *7, 11* 111:*20* 112:*5, 9* 154:*4*, *8*, *22* 155:*21*

157:*22* 158:*14* 159:*4*, *23* 160:*1* 161:*4*, *24* 163:*7*, *24* 164:*10* 165:*17* 170:*15*, *22* 171:*2*, *7* 172:*7*, *16* 173:*8* 174:*13* 176:*5*, *7*
Sneed's 3:*9* 74:*23* 158:*17*
Sniper 20:*22*
so-call 88:*15*
socially 9:*21*
solely 31:*14* 97:*18*
Solutions 63:*11*
somebody 11:*14* 60:*4*, *7*, *8*, *9* 62:*21* 63:*11* 68:*10* 102:*4* 105:*11*, *13* 117:*4*, *5, 6* 185:*15*, *17* 187:*23* 198:*11*
somebody's 12:*8* 22:*23* 161:*18*
Soon 27:*18* 75:*9* 94:*19* 102:*12* 118:*5* 123:*24* 124:*3* 133:*16*
sorry 16:*11* 25:*6* 29:*5*, *24* 33:*13* 34:*16* 56:*18* 61:*2* 63:*17* 80:*21* 107:*23* 119:*24* 145:*15* 146:*6* 158:*9* 173:*7* 174:*16* 181:*14*
so-say 158:*22*
sought 83:*11*
sound 34:*9* 62:*4* 67:*24* 173:*10* 179:*18* 195:*16*
sounds 51:*7* 62:*3* 98:*8* 136:*16*
source 110:*2*
South 1:*18* 2:*3* 25:*21* 41:*15*
space 118:*23*
speak 54:*8* 58:*13* 73:*15* 80:*22* 85:*14* 94:*6* 111:*16* 188:*6, 9*, *13*
speaker 10:*7*

speaking 94:*6*
specific 167:*1*
specifically 58:*18* 106:*21* 147:*24* 165:*2* 178:*20*
specified 201:*16*
speculate 180:*21* 191:*3* 196:*17*
speculation 35:*13* 96:*10* 100:*19* 163:*9* 192:*16* 194:*22*
spell 23:*8*, *19*
spent 78:*16* 133:*17*
Spilsbury 27:*15*, *22, 23*
S-p-i-l-s-b-u-r-y 27:*15*
spirited 121:*22*
spoke 7:*11* 8:*5* 10:*14* 12:*22* 34:*2* 58:*10* 73:*11* 85:*5* 99:*22* 130:*1* 138:*1* 174:*4* 184:*15* 188:*2*
spoken 7:*14*, *20*, *23* 8:*2*
spot 177:*8* 199:*7*, *8, 15*, *18*
spots 199:*21*
St 50:*12*, *17*, *24* 95:*12*
staff 20:*11* 91:*22* 92:*14* 93:*4* 99:*5*
stamp 146:*24* 147:*7*
stamped 149:*17*
Stanard 63:*6*, *11, 13*, *16*, *19*, *20*, *22*, *23* 153:*13*, *17* 154:*11* 156:*24* 167:*23*
stand 102:*13* 119:*11* 135:*18*, *19*
standard 136:*15*
standing 130:*10* 188:*14* 191:*9*
stand-up 188:*18*
Star 25:*23* 26:*7*, *13* 41:*18*
start 18:*1* 95:*22* 102:*11*

started 9:*7*, *8*, *11* 41:*8*, *9* 118:*13* 119:*4* 120:*6* 130:*21* 152:*4* 190:*8*
starting 29:*14*
starts 118:*6* 120:*10* 131:*15* 151:*20* 174:*21*
State 1:*17* 17:*7* 18:*9* 20:*4* 30:*1* 62:*18* 67:*1* 106:*21* 183:*21* 192:*19* 201:*4*
statement 54:*15*, *18, 20* 92:*9* 98:*18* 101:*4*, *8* 102:*20* 103:*3* 131:*13* 143:*12*, *20* 144:*1*, *6* 145:*13*, *17*, *19*
statements 85:*18*, *23* 86:*10* 146:*1* 176:*9*
STATES 1:*1* 55:*13*
State's 110:*6*
station 124:*12* 125:*16*, *19*
stationed 19:*12*
statues 96:*20*
status 64:*14* 83:*19* 133:*20*
statute 30:*6* 62:*19* 64:*18*, *22*
statutes 67:*1*
stayed 17:*19*
steal 43:*21*
stealing 40:*5* 42:*10* 43:*1*, *13*
stenographically 201:*11*
step 123:*5*
stepped 60:*1*
steps 59:*12*
STERK 2:*5*
Steve 182:*8*
Steven 181:*20*, *21, 22*
stirs 94:*7*
stole 39:*16*
stolen 38:*5* 44:*6*, *15*, *17*, *19* 45:*18*, *21*



46:*12, 16*

**Stone** 51:*6*

**stood** 90:*7* 118:*20, 22* 119:*1, 3, 14, 15* 127:*16* 188:*6*

**stop** 54:*19* 81:*18, 19* 130:*18, 19* 191:*12, 24*

**stopped** 97:*17, 22* 130:*17, 18* 131:*3* 188:*22*

**stops** 95:*23*

**store** 85:*13* 97:*16*

**story** 122:2, *10, 12*

**stranger** 131:*18*

**Street** 1:*19* 2:*3, 8* 15:*8* 40:*21* 41:*14, 17* 44:*10* 55:*17*

**stress** 95:*18*

**strike** 12:*1* 21:*10* 151:*9*

**strong** 97:*4, 5, 6* 134:*3, 4, 8, 11* 136:*16, 18*

**student** 18:*10, 11*

**students** 8:*23* 9:*1, 2, 4* 10:*21, 23* 20:*5*

**study** 19:*10* 167:*23*

**stuff** 94:*10* 184:*2*

**subject** 62:*1* 107:*3*

**submit** 76:*3* 150:*23*

**submitted** 171:*16*

**submitting** 76:*5*

**substance** 8:*11*

**suburbs** 25:*21*

**sudden** 91:*6* 98:*4*

**suddenly** 53:*1* 114:2 133:*20*

**sue** 60:*2*

**sued** 138:*3* 154:*19* 162:*13* 163:*3*

**suggested** 89:*16* 90:*15*

**suing** 32:*14* 85:*6* 140:*19*

**suit** 181:*11*

**Suite** 1:*19* 2:*4*

**suited** 107:*2*

**summary** 107:*4*

**summer** 14:*23*

18:*14*

**Sunday** 26:*9*

**superintendent** 25:*20*

**supervisor** 113:*17* 120:*19* 196:*4*

**supervisors** 58:*24* 86:*6, 11, 15, 17*

**support** 33:*24*

**supported** 8:*18* 33:*22*

**supporting** 33:*1, 3* 146:*2*

**supposed** 133:*20, 21* 136:*8*

**supposedly** 38:*14* 110:*11*

**supremacy** 179:*20, 22* 180:*12*

**sure** 40:*9* 41:*5* 51:*16* 68:*13* 105:*9, 22* 117:*16* 120:*3* 164:*23* 168:*19* 174:*5* 175:*7* 179:*23* 195:*14*

**surprise** 11:*7*

**surprised** 11:*9*

**suspect** 81:*4*

**suspended** 191:*6, 11*

**Sweden** 55:*1*

**sworn** 4:2 201:*8*

**system** 40:22 41:*11*

**systemically** 79:*6*

**< T >**

**tabulation** 38:*10*

**TAD** 19:*6*

**tail** 179:*18* 180:*1, 10*

**take** 4:*24* 5:*3, 11* 10:*24* 14:*8* 22:*23* 25:*11* 29:*2* 64:*6, 13* 73:*21* 78:*14* 93:*16, 18* 98:*18* 102:*1, 16, 22* 105:*23* 108:*11* 126:*10, 17* 129:*15* 132:*9, 13, 24* 133:*4, 10* 136:*1, 2* 137:*7, 17* 143:*17, 21* 146:*14, 19* 156:*19*

158:*19* 169:*19* 170:*12, 14* 172:*1* 181:*24* 183:*12* 188:*20*

**taken** 1:*15* 4:*12* 72:4, *7* 93:*22* 99:*4* 101:*16* 103:*18* 127:*11* 128:*19* 129:*3, 7* 137:*10* 156:*22* 172:*5* 177:*8, 17* 201:*15*

**talk** 7:*7* 14:*4, 7* 74:*11* 94:*4* 95:*1* 96:*18, 22* 97:*9* 126:*21* 134:*18, 19, 20* 187:*2* 195:*4*

**talked** 35:*3* 73:*14* 98:*17* 115:*12* 116:*18* 122:*9* 129:*10* 138:*5* 150:*9* 173:*21* 179:*20*

**talking** 14:*10* 37:*12* 39:*1* 42:*4* 44:*22* 50:*17* 51:*19, 24* 52:*9* 57:*6* 64:*23* 70:*21* 77:*13, 15* 83:*13* 85:*1* 96:*19* 97:*6* 98:*20* 102:*24* 112:*17* 119:*7, 12, 24* 120:*4* 130:*21* 131:*20* 137:*18* 141:*18* 144:*17* 145:*7* 156:*7* 157:*19* 169:*4* 173:*8* 178:*19* 182:*4* 183:*19* 186:*15* 189:*21* 193:*11* 195:*2, 17* 196:*11* 197:*17* 198:*19*

**talks** 30:*16*

**Tallahassee** 11:*18* 12:*11* 17:*3, 18* 20:*4, 5* 26:*5* 49:*8, 12*

**tallied** 38:*18*

**tally** 38:*3*

**tasked** 62:*12*

**teach** 17:*6* 20:*4*

**telephone** 8:*9, 10* 125:*7* 126:*4*

**television** 38:*10, 15*

**tell** 5:*15* 7:*1* 8:*15* 13:*17* 19:*4* 36:*21* 39:*15* 52:*11* 72:*23* 88:*17* 99:*24* 113:*4* 117:*12, 21, 24* 120:*8* 124:*17* 126:*6* 146:*20* 166:*11* 169:*23* 183:*10* 185:*7* 186:*14* 187:*16* 194:*18*

**tells** 87:*5*

**ten** 149:*18* 150:*1, 20, 23* 154:*4* 159:*7, 18, 23* 160:*2*

**ten-day** 150:*24*

**tends** 148:*3*

**Tennessee** 19:*9*

**tens** 181:*16*

**tension** 51:*8*

**term** 17:*12* 32:*9* 49:*10*

**Terminate** 99:*19, 21* 102:*9*

**terminated** 83:*1, 5* 110:*20, 23*

**terminating** 30:*23*

**termination** 84:*16* 192:*3*

**test** 33:*21* 63:*1, 5, 8* 64:2, *3, 4, 5, 6, 13* 67:*3, 11* 68:*5, 7, 18* 70:*9, 14* 72:*2* 141:*12, 13, 17, 22, 23* 142:*2, 3, 19, 22* 143:*17, 21* 144:*2* 150:*4* 152:*14* 153:*15* 157:*4* 159:*20* 160:*10* 162:*7, 9, 16, 20, 23, 24* 163:*2, 5* 167:*19* 168:*4, 6, 10, 14*

**testified** 6:2 108:*9* 167:*10* 170:*21* 174:*2*

**testify** 201:*8*

**testimony** 6:*17* 7:*7* 128:*17* 147:*1*



**Nickey Yates Backwrite - 3/15/2022**
2:20-cv-02310-CSB-EIL # 17-6 Page 79 of 82
Paul Berge, et al. vs. City of Kankakee, et al.

149:*9* 151:*15*
167:*10* 168:*13*
201:*13*
**testing** 108:*6* 141:*9,*
*10* 142:*13, 16*
*143:4* 144:*10, 16,*
*23* 146:2 150:*10,*
*15* 165:*1, 10* 166:*1,*
*24* 167:*17*
**tests** 160:*11, 13*
**Tetter** 22:*3, 9, 12*
**T-e-t-t-e-r** 22:*4*
**text** 12:*24*
**texted** 13:2 14:*11*
**Thank** 169:*17*
**thanked** 25:*10*
**thanks** 29:7 137:*15*
**theory** 96:*20*
**thereof** 29:*18* 109:*9*
**thief** 97:*16* 124:2
**thing** 53:*16* 88:*15*
89:*16* 95:*3* 97:*9*
*113:12* 118:*3*
*136:12* 154:*20, 22*
**things** 81:*16* 82:*4*
94:*8* 166:*8* 186:*19*
**think** 11:6, *13*
*13:19* 22:6 25:2
26:*8, 10* 27:*19*
33:*10* 34:*24* 36:*1,*
*5* 38:5 39:*16* 40:*5*
43:*16, 19* 46:*11*
51:*5* 56:*3* 57:*6, 12,*
*13, 21* 58:*19, 23*
68:2 72:*12* 73:*4*
74:6 77:*16, 19, 22*
81:*1* 84:*23* 87:*8*
89:*6* 90:*11* 91:*8*
96:*7* 97:*23, 24*
100:*24* 117:*20*
121:*11* 131:*14*
133:*16* 139:*15*
147:*16* 156:2, *14*
157:*14* 161:*15*
175:*4* 182:*8* 184:*5,*
*20* 185:*4, 14, 15, 16,*
*22* 186:*10, 22, 24*
187:*3* 189:*19*
191:7 195:*21*
199:*23*

**thinking** 123:*6*
183:2, *3, 6, 15*
184:*10* 185:2, *3*
188:*4, 8* 189:*16*
**third** 68:*24* 72:*16*
95:*14* 121:*13*
173:*4, 5*
**Thornton** 25:*20*
**thought** 60:*17*
90:*23* 98:*19* 108:*9,*
*11* 183:*11* 185:22
196:*8*
**thousand** 114:*1*
168:*23*
**threatening** 87:*21*
**three** 23:2 26:22,
*23* 27:5 28:*10*
30:*18* 38:*11, 13, 15,*
*18* 48:*19* 49:*4, 7*
54:*17* 55:*8* 62:*18,*
*19* 66:*18, 21* 68:*1*
73:6 74:22 76:2,
*16, 17* 87:*10* 96:*1*
116:*24* 117:2
120:*15, 24* 122:*7, 8*
123:*3* 124:*8* 126:*7*
127:*1* 128:*15*
130:*1* 149:*10, 21*
157:*5, 24* 159:6
**threw** 116:*12*
**throw** 32:*9* 198:*20*
**thrown** 196:*1, 2, 5*
**Thursday** 175:*22*
**ticket** 38:*23* 39:6
49:*1* 137:*5, 6*
**tie** 169:*6*
**Tim** 68:*21* 69:*24*
127:*7* 154:*7* 159:*24*
**time** 7:*19* 8:*5*
12:22 13:*6* 21:*23*
22:*12* 23:*17* 28:*9,*
*18* 30:*18* 35:2
36:2 37:22 45:2
48:*15* 51:*16* 52:*13*
54:*1* 57:*15* 63:*21*
68:*1* 69:*16* 70:*19*
71:*19, 23* 76:*22, 23,*
*24* 78:*14* 81:*10*
87:*11* 96:*17*
101:*17, 23* 103:*12*
104:*20* 105:*11, 12*

110:*8* 120:*19*
125:*3* 127:*13, 22*
129:*15* 132:*16*
134:*13, 18* 143:*24*
146:*4* 147:*13*
149:*18, 23* 155:*6, 8*
161:*3* 165:*7, 14*
166:*20* 167:*8*
169:*19* 171:*16*
181:*19* 188:*18*
190:*1* 195:*15*
201:*16*
**times** 5:*6* 14:*23*
96:*13*
**Timing** 36:*14*
**TIMOTHY** 1:*2*
4:*9* 154:*1* 159:*8*
160:*24* 161:*6*
**tired** 133:*14*
**titled** 181:*1*
**today** 5:*19* 6:*6*
33:*14* 54:7 57:*17,*
*20* 72:*12* 107:*11*
112:*4* 141:*6* 144:*9,*
*12, 14, 22* 195:*21*
**today's** 6:*17*
**toes** 97:*8*
**told** 7:*4* 9:*16*
13:*24* 24:*5* 25:*4*
51:2, *3* 53:*15*
74:*17* 88:*7, 9*
113:*11* 115:*11*
119:*10* 121:*15*
122:*10, 11* 123:*1, 2,*
*10, 13* 125:*23*
126:*10* 135:*1*
143:*10* 148:*12*
179:*14* 180:*4*
187:*23* 191:*12*
192:*5* 193:*6*
**tongue** 134:*16, 17*
**tonight** 6:*20*
**top** 29:*14* 62:*17,*
*18, 19* 66:*18, 21*
69:*9* 92:*13* 103:*21*
106:22 139:*14*
154:*1* 155:*18*
159:*19* 185:*23*
**Toro** 19:*12, 13*
**total** 147:*17*

**touch** 46:2, *3*
**tour** 20:*10*
**tow** 130:*13* 131:*4*
**tracking** 38:*12*
**traffic** 130:*11*
**training** 20:2, *21,*
*24* 94:*16*
**transcript** 100:*23*
101:*14* 201:*10*
**transferring** 113:*24*
**transiting** 113:*24*
**translated** 187:2
**transporting** 114:*1*
**trash** 17:*12* 119:*12*
130:22 187:2
**treat** 79:*18, 22*
85:*24*
**treated** 52:*12, 17*
86:*8* 96:*23* 127:2
136:*11*
**trial** 32:*20, 22* 33:*4*
34:*21, 22* 57:*10, 11*
101:*9, 13* 138:*5*
139:*15* 145:*3*
**trials** 83:*14, 16*
**Troy** 110:*17, 20*
**truck** 130:*13, 16, 17,*
*18, 20* 131:*4*
**true** 161:*17* 165:*12*
166:*4* 201:*13*
**Trump** 54:*18*
**trust** 60:*4, 7, 9, 13,*
*18*
**trusts** 60:*10*
**truth** 144:7, *10*
201:*8*
**try** 105:*9*
**trying** 13:*19* 35:*13*
41:*10* 71:*1* 136:*4*
155:*1, 3*
**Tuesday** 1:*18*
50:*10, 11* 73:*24*
172:*24* 174:*18, 19,*
*22, 24*
**Tuesdays** 117:*20*
**turned** 87:*1* 95:*16*
96:*4* 121:*16* 168:*23*
**turnover** 25:*5*
**turns** 75:*11* 95:*23*
**TV** 38:*19*

**Nickey Yates Backwrite  -  3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL   # 17-6   Page 80 of 82

**twenty**  30:*14*
**twin**  95:*15*
**twisted**  97:8
**twisting**  154:*24*
**two**  8:7  9:*15*
14:22  15:*17*  16:*18,*
*19*  22:15  25:*1*
26:*24*  27:*4, 6, 11,*
*12*  28:15  41:8, *9*
43:*13*  59:*21, 22, 24*
60:*1*  67:*9, 17*
68:20  69:*9*  70:6,
*17*  72:16  73:2
75:*12*  78:6  104:*19*
111:*23*  118:*20*
120:*13, 14*  121:*4*
122:6  123:*4*  143:*8*
144:*14*  154:*1*
155:18  156:*17*
157:*3*  159:*14*
163:*24*  168:22
170:6, *9*  171:22
172:*13*  189:8
**type**  4:*22*
**types**  55:*1*  94:8
**typewriting**  201:*12*
**typical**  17:8, *10, 11*
109:*15*  183:*16*
**Tyson**  181:*9*  182:*6,*
*10, 15*  189:*23*
**Tyson's**  181:*22*

**< U >**
**Uh-huh**  5:*20, 21*
30:7  31:*1*  64:*15*
106:*15*  114:*23*
159:*15*  177:*14*
179:*1*
**unanimous**  67:22
**uncomfortable**
96:*19*
**uncounted**  38:*14*
**understand**  5:*17*
17:*9*  26:*11*  40:7
45:*13*  46:*23*  60:*23*
65:7, *10*  77:22
83:*11*  98:22  137:*3*
144:*13*  151:*15*
163:*10*  164:*14*
191:6

**understanding**  64:8
66:*17, 20, 24*  155:8
167:*13*
**understood**  168:*19*
**unfair**  82:*12*
**unfairly**  52:*12, 17*
155:*18, 21*
**uniform**  68:*1*
70:*19*  71:*24*
**unimportant**  96:*5*
**union**  71:*17*  87:8,
*14, 15*  127:*13*
**unit**  71:*18*  75:*17*
109:*18, 21*
**UNITED**  1:*1*  55:*12*
**University**  17:*7, 23*
18:*9, 12, 15*  183:*21*
**upset**  84:2*0*  87:*23*
137:*4*
**Upton**  33:7
**URBANA**  1:2
32:*19*
**use**  16:*3*  96:*14*
**ushered**  123:*3, 4*
**ushering**  123:6
**usually**  13:8
**utilize**  154:*11*

**< V >**
**VAC**  113:*17*  114:8
116:*13*  117:*19*
184:*11*
**vacancy**  167:*16*
199:6
**vague**  117:2*0*
**variables**  69:*12*
**vehicle**  130:*23, 24*
**verbal**  4:*19, 22*
**versa**  5:*11*  130:*12*
**version**  122:*1, 10,*
*11*  150:*14*
**vested**  138:*11, 16*
139:*10, 18*  140:*4, 7,*
*10*
**veteran**  64:*14*
**veterans**  39:*12*
113:*7, 15*  114:8
117:*19*  120:6, *14,*
*17, 20, 22*  122:*16*
184:*11, 13*  196:*3*
**vice**  5:*11*  130:*12*

**Village**  21:*18*
31:*24*  33:*10*
**violation**  192:*13*
**visited**  26:*10*
**vote**  52:23  74:*1, 5*
88:*16, 18, 19, 23, 24*
89:6, *14, 17, 19, 20*
90:*4, 24*  91:*10*
99:*4*  101:*15, 21*
102:8  104:*14*
127:*10, 15*  128:*2,*
*19, 24*  129:*3*  134:*1*
151:*18*  166:*3*
173:22  174:*13*
**voted**  35:*18*  90:*12,*
*18*  99:*15, 17*
103:*17, 23*  104:*23*
107:*4*  151:*12*
172:*13, 15*
**voter**  41:*13, 16*
45:*23*
**votes**  37:6  38:*2, 13,*
*17, 18*
**voting**  39:*19*  40:*12,*
*16, 19*  99:*21*
183:2*0, 22*
**vs**  1:6

**< W >**
**wait**  34:6  47:*13*
186:*3*
**waiting**  86:*23*
**waive**  199:*24*
**waiving**  107:*3*
**walk**  85:*11*
**walked**  87:*12*
119:*1, 2*  124:*3, 4*
127:*18*
**walking**  188:*14*
**wall**  118:2*0, 22*
**Walmart**  85:*4, 8, 11*
**want**  4:*24*  29:2
30:*14*  33:8  38:*20*
40:*2, 20*  44:*4, 20*
60:*2*  71:8, *21*
78:*14*  81:*12, 15*
82:*3, 4, 12, 14, 16,*
*18*  84:*1, 9, 10*
91:*14*  95:*1, 4*
105:*9*  116:*17*
117:*21*  118:8

**122:*2, 12, 24*  131:*4*
132:*15, 17, 19, 20*
135:*1, 11*  136:*1*
149:2*0*  168:*19*
171:*24*  172:2
187:*7*  188:*5*
**wanted**  40:8, *19, 22*
46:*2, 3*  68:*15*
118:6  126:7
135:*14, 15*  141:*1*
153:*16, 18*  155:*14*
158:*21*
**wants**  95:6  188:*17*
197:2*0*
**war**  133:22
**ward**  40:*14*  194:6
**warfare**  19:2*0*  20:7
**watch**  181:*12*
**watching**  37:8, *17*
38:9
**waving**  130:22
**way**  7:*15*  11:*17*
14:*5*  27:8  36:16
50:*1*  59:6  60:6
63:8  64:*4*  77:5, *8*
85:*24*  96:*5*  97:*14*
109:8  112:*9, 23*
113:*14*  114:*18*
119:*5*  122:*19*
123:9  124:*19*
130:*15*  135:*18*
142:*14, 20*  144:*3,*
*11*  150:*12*  151:*24*
152:*4*  155:*11*
161:*13, 24*  163:6
184:*1*
**weapons**  20:*9, 21*
**wearing**  50:*13, 14,*
*23*
**Wednesday**  174:22
**week**  86:*19, 20*
131:*17*  172:*14, 22*
174:*24*
**weekend**  86:*24*
**weeks**  8:7  9:*15*
13:*4*  35:*4*  59:*24*
60:*1*  116:*24*  117:2
**weighted**  152:*13, 23*
154:2  156:*3, 5, 7,*
*16*  157:*1, 8, 11, 13,*
*20*  158:*13*



**Nickey Yates Backwrite  -  3/15/2022**
2:20-cv-02310-CSB-EIL  # 17-6  Page 81 of 82
**Paul Berge, et al. vs. City of Kankakee, et al.**

**well** 6:*14, 19* 14:*8*
16:*20* 17:*12* 18:*1*
21:*1* 25:*10, 12, 13*
34:*2, 5* 35:*13* 37:*3,
21* 49:*16* 50:*2*
52:*5, 11* 55:*6, 22*
56:*3* 57:*9* 61:*9*
89:*22* 92:*8* 94:*10*
95:*7* 96:*21* 97:*15,
17* 101:*16, 19*
108:*6* 118:*15*
124:*11, 18, 19*
125:*11* 127:*16, 20,
23* 129:*7, 22*
131:*11* 132:*14, 22*
134:*2, 18, 21*
136:*22* 139:*7, 14*
140:*1* 142:*7*
144:*12* 148:*12*
152:*9* 154:*7* 158:*2*
160:*9* 161:*11*
170:*3* 176:*3*
178:*18* 181:*4*
182:*4* 183:*2*
185:*18* 186:*6, 20*
188:*18* 189:*5, 21*
191:*9* 192:*11*
193:*15*
**Wells** 12:*3* 26:*6*
37:*2* 59:*10* 85:*16*
177:*18* 194:*14*
**WELLS-**
**ARMSTRONG** 1:*9*
7:*20* 9:*13* 11:*5*
34:*8* 35:*23*
**Wells's** 11:*1* 36:*15*
**went** 11:*13* 17:*18*
19:*3, 8, 9, 11, 12, 14,
18* 20:*1, 10, 20*
26:*5* 32:*19* 34:*1*
38:*15, 19* 45:*20*
55:*2, 15* 60:*8, 10*
68:*1, 3* 87:*10*
94:*15* 95:*8* 113:*21*
114:*12, 16* 123:*21*
124:*11, 19* 131:*8,
12* 132:*1* 138:*6*
140:*23* 145:*3*
181:*11, 18* 182:*12*
183:*5, 19, 21*

**We're** 34:*5* 38:*12*
41:*9* 57:*17, 19*
74:*11* 89:*15* 90:*14*
91:*17* 96:*19* 97:*6*
102:*19* 105:*24*
108:*16* 119:*24*
133:*17* 145:*7*
152:*20, 21* 154:*18*
155:*9, 15* 158:*23*
197:*24*
**western** 95:*12*
**We've** 12:*21* 54:*10*
116:*17*
**WGN** 187:*23*
**whatsoever** 11:*21*
**WHEREOF** 202:*1*
**whip** 68:*11* 197:*20*
**white** 22:*16* 24:*4*
27:*1, 2, 24* 28:*4*
33:*20* 36:*10, 11*
37:*23* 39:*11* 42:*15*
43:*7* 44:*18* 45:*3, 4,
9* 46:*16* 49:*20*
50:*18, 19* 51:*11*
55:*20* 56:*13, 22, 23*
57:*3* 59:*21, 22*
60:*13* 61:*17* 68:*6*
69:*2* 70:*3, 6, 17*
78:*1* 79:*3, 8, 11, 14,
17* 80:*1, 3, 10, 16,
19, 22* 81:*1, 3, 5, 8*
82:*7* 85:*20, 21, 24*
86:*6, 11, 14, 17, 22*
87:*2, 15, 17* 88:*1,
11* 89:*5, 12, 20*
90:*3* 91:*4, 8* 96:*18,
23* 97:*2* 98:*6, 9, 13,
20* 99:*4* 103:*16, 17*
104:*12, 13* 114:*11*
115:*3, 4, 6, 7, 16*
116:*3, 6* 117:*5, 9*
119:*13, 17* 120:*22,
23* 121:*3, 4* 123:*4,
16* 130:*20* 131:*13,
22, 23* 132:*12, 18*
133:*6, 16, 23* 134:*3,
6, 10, 12, 13, 21*
135:*4, 8, 12* 136:*9,
14, 20* 143:*22*
144:*14* 158:*7, 10*
164:*1* 172:*13*

177:*13* 179:*15, 17,
20, 22* 180:*1, 9, 12*
181:*22* 182:*23, 24*
183:*13* 184:*14*
187:*20* 197:*3*
**whites** 53:*22* 54:*14*
82:*9* 180:*4*
**wife** 13:*2*
**Williams** 16:*1, 2*
**WILLIE** 1:*9* 6:*24*
12:*14, 15, 18, 23*
13:*12, 14* 14:*4, 7*
23:*6* 24:*10, 15, 21*
25:*15, 16* 26:*15, 21*
28:*11* 60:*18, 24*
61:*5* 107:*18*
193:*16* 194:*15*
195:*8* 196:*15* 199:*2*
**willing** 18:*13*
25:*10* 94:*4*
**winning** 38:*19*
44:*20*
**wish** 75:*4, 5, 7*
**withdraw** 45:*15*
**WITNESS** 3:*1* 4:*1,
5, 16, 23* 5:*4, 11, 13,
20* 6:*1* 41:*4, 6*
43:*10* 59:*15* 65:*12,
17, 20* 70:*14* 78:*16*
85:*3* 92:*5* 137:*5*
149:*4* 158:*10*
169:*21* 170:*6*
175:*23* 178:*6*
180:*7, 22* 187:*14*
191:*5* 192:*17*
194:*24* 196:*18*
201:*7* 202:*1*
**woman** 120:*18*
**women** 22:*21* 44:*9*
**won** 36:*9* 40:*16*
52:*21*
**word** 80:*13* 96:*12,
15*
**words** 67:*22* 103:*5,
20* 135:*24* 154:*24*
183:*3*
**work** 55:*4* 86:*22*
109:*8* 111:*5* 125:*12*
**worked** 21:*17* 39:*2,
4, 9, 14* 42:*6* 50:*12*
113:*9*

**working** 14:*21*
17:*20* 37:*14* 39:*13*
43:*20* 113:*11*
151:*20*
**works** 95:*15* 117:*6*
187:*23*
**World** 55:*7, 8* 81:*4*
**wrap-up** 94:*23*
**wrist** 119:*18, 23*
120:*11*
**write** 76:*10*
**written** 111:*22*
114:*6* 156:*6, 13*
157:*3, 4, 14* 159:*20*
**wrong** 51:*1* 126:*13*
**wrote** 94:*17* 114:*9*

**< Y >**
**YATES** 1:*10, 15*
3:*1, 9* 4:*3, 13, 14*
5:*24* 6:*5* 15:*2, 4*
16:*4, 10* 17:*13*
28:*20, 21* 44:*11*
50:*13, 23* 51:*2, 3*
105:*24* 106:*1, 24*
136:*11* 137:*13*
138:*11* 143:*9*
145:*12* 146:*8, 9, 20*
163:*16* 169:*9, 10*
170:*16* 182:*9, 16*
183:*2, 6, 23* 187:*3,
4, 7*
**Yeah** 4:*5* 12:*22*
15:*7* 16:*14* 33:*11*
38:*23* 40:*11* 42:*16*
54:*21* 65:*16, 18*
77:*12* 83:*14* 92:*8*
93:*18, 20* 96:*14*
112:*19* 118:*15, 16*
130:*4* 133:*14*
135:*8* 143:*16*
146:*8* 152:*9* 154:*7*
156:*4* 159:*7* 167:*5*
168:*18* 176:*4*
187:*14* 195:*20*
196:*12* 197:*18*
**year** 8:*21* 10:*8*
13:*12, 15* 22:*6*
128:*12* 139:*7*
155:*7* 182:*9* 183:*24*



**Nickey Yates Backwrite - 3/15/2022**
**Paul Berge, et al. vs. City of Kankakee, et al.**
2:20-cv-02310-CSB-EIL # 17-6 Page 82 of 82

**years** 12:*13* 16:*18*
17:*1, 16, 19* 18:*23*
21:*2, 3* 35:*7* 48:*19*
49:*4, 7* 54:*17* 68:*2*
71:*19, 21* 78:*17*
83:*4* 94:*20* 96:*24*
104:*19* 113:*23*
122:*19* 130:*6*
133:*17* 181:*11*
185:*24* 188:*20*
**yelling** 137:*3*
**Yep** 5:*4*
**young** 123:*7*
124:*24*
**younger** 89:*19*
**youngest** 123:*14*

**< Z >**
**zero** 59:*8* 68:*11*
**zeroes** 55:*12*

