

**Police & Fire Commission**
385 East Oak Street
Kankakee, Illinois 60901
(815) 933-0480 – Fax (815) 933-0482

August 12, 2009

Kankakee Police Department
Attention: Patrolman Tim Kreissler
385 E. Oak Street
Kankakee, Illinois 60901

Dear Patrolman Kreissler:

    This is to advise you that the Police & Fire Commission has approved your promotion to the rank of Sergeant effective July 1, 2009.

    On behalf of the Police & Fire Commission, I congratulate you on this promotion.

Sincerely,

Robert B. LaBeau
Police & Fire Commissioner

cc: Mayor Nina Epstein
    Chief Michael Kincade
    Jess Gathing
    Willie Ames

**EXHIBIT F**          **DEFENDANTS 000291**