**City of Kankakee**

Police Department
385 East Oak Street
Kankakee, Illinois 60901
(815) 933-0401 – Fax (815) 936-3611
City Web Site: www.ci.kankakee.il.us

10-15-10

Sergeant Timothy Kreissler
Kankakee Police Department

# NOTICE OF SUSPENSION

This is to notify you that in accordance with the powers granted to me under the Illinois Compiled Statutes and the Rules of the Board of Fire and Police Commissioners of the City of Kankakee and elsewhere, I am hereby recommending to the Board of Fire and Police Commissioners that your employment with the Kankakee Police Department be suspended for 10 days.

The suspension of employment recommended is a result of your violation of the Rules and Regulations of the Kankakee Police Department which is made a part of this notice. The dates of suspension of employment are October 22, 2010 thru November 2, 2010.

The suspension recommendation is based on your conduct on September 17, 2010, between approximately 10:00pm and 4:00am, in a Kankakee Police Department squad car, in the City of Kankakee Illinois. During the above time period you had a "ride along" by the name of Catherine Buckley. During this "ride along" you engaged in conversation that was inappropriate and sexual in nature. You also compromised yourself, and Ms. Buckley by allowing yourself to be restrained in handcuffs, and restraining Ms. Buckley. The result of your interaction with Ms. Buckley was a Citizen's Complaint filed by Ms. Buckley. During the investigation of the complaint your statement of the accounts of the evening confirmed that these conversations and events took place. Your belief that Ms. Buckley was a willing participant, does not excuse your actions.

Based on your statement, and actions, I find that your conduct warrants suspension of employment for 10 days for violation of the following rules and regulations:

EXHIBIT G                    DEFENDANTS 000449

## CODE OF CONDUCT 27.1

This general order establishes the code of conduct of officers with the Kankakee Police Department. Department personnel will always conduct themselves in a professional manner so as not to disgrace or discredit the City of Kankakee or the Police Department.

## MANDATORY DUTY REQUIREMENTS 27.4

10. Bearing – Sworn employees will present themselves to the public in a professional manner with a military posture.

22. Conduct unbecoming an officer

    (24) Conduct tending to cast disrepute on the Police Department.
    (25) Indecent, profane, or un-necessary harsh language on duty.

## GRIEVANCE PROCEDURE 251.1

Grievance procedures for all full time sworn Sergeants are controlled by the written language established in the current collective bargaining agreement.

## DISCIPLINARY PROCEDURES 26.1 / DISCIPLINARY APPEALS PROCEDURES 26.1.6 A

Disciplinary appeals for all full time sworn personnel will be conducted according to the rules and regulations of the Kankakee Fire and Police Commission and the bargaining agreement.

Such notice of suspension was served upon you on the 17TH day of OCTOBER 2010, at 3:55 O'clock P m

_____
Chief of Police

I, Timothy R. Kreissler do hereby acknowledge receipt of the foregoing notice of suspension and recognize that I may appeal the suspension within a period of time set forth in the notice above

_____

DEFENDANTS 000450