# KANKAKEE

## OFFICIAL CITY BOND

KNOW ALL MEN BY THESE PRESENTS,

That I/We __PAUL M. BERGE__, as principal, and, __LARRY REGNIER__, __JOHN GERARD__ as sureties, are held and firmly bound unto the City of Kankakee, in the Sum of __500__ hundred dollars, which well and truly to be paid, I/We bind ourselves, my/our heirs, Executors and administrators, and each of them, firmly by these presents. Sealed with my/our seals and dated this __5th__ day of, __MAY__, 20__06__. The condition of the above obligation is that, whereas, the above __PAUL M. BERGE__, at a meeting of the City Council held On the __5__ day of, __MAY__, 20__06__, the above individual(s), was/were duly appointed to the office of __POLICE OFFICER__ in and for the said City of Kankakee. Now therefore, if the said __PAUL M. BERGE__, shall faithfully perform the duties of said office, and shall pay over all monies received by her/him as such officer, according to law and the ordinances of the City of Kankakee, then his obligation to be void; otherwise to remain in full force and effect.

_____ (seal)
_____ (seal)
_____ (seal)

STATE OF ILLINOIS,

ss.

KANKAKEE COUNTY,

I, _____, hereby certify that the _____, who are each personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered said instrument as their free and voluntary act for the uses and purposes set forth. Given under my hand and Notary seal this _____ day of _____ A.D. 20___

_____, Notary.

Approved this _____ day of _____, A.D. 20___, by the City Council.

_____, City Clerk
Anjanita Dumas

**EXHIBIT H**     **DEFENDANTS 000146**