E-FILED
Friday, 17 June, 2022 10:54:58 AM
Clerk, U.S. District Court, ILCD

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

PAUL BERGE and TIMOTHY )
KREISSLER, )
Plaintiffs, )
)
vs. ) No. 1:20 cv 2310
)
CITY OF KANKAKEE, POLICE )
AND FIRE COMMISSION OF )
THE CITY OF KANKAKEE, )
CHIEF FRANK KOSMAN, MAYOR )
CHASTITY WELLS-ARMSTRONG, )
WILLIE HUNT, NICKEY F. )
YATES, Individually and )
in their official )
capacities, )
Defendants. )

The deposition of PAUL BERGE, called by the
Defendants for examination, taken pursuant to notice
and pursuant to the Federal Rules of Civil Procedure
for the United States District Courts pertaining to
the taking of depositions, taken before Maureen K.
Nagle, Certified Shorthand Reporter and Notary
Public, at 3318 W. 95th Street, Evergreen Park,
Illinois, commencing at 9:03 a.m., on the 15th day of
December, 2021.

MAUREEN K. NAGLE, CSR, (708)837-9883

---

**Page 3**

I N D E X

WITNESS                                    PAGE
PAUL BERGE
  Examination by Mr. McGrath                 5
  Examination by Ms. Krauchun              232
  Further Examination by Mr. McGrath       240

E X H I B I T S

CITY DEPOSITION EXHIBIT                    PAGE
  1                    6
  2                   14
  3                   27
  4                   54
  5                   68
  6                   76
  7                   79
  8                   81
  9                   89
 10                   90
 11                   95
 12                   98
 13                   98
 14                  103
 15                  106
 16                  108
 17                  109
 18                  109
 19                  110
 20                  116
 21                  132
 22                  135
 23                  151
 24                  192

*  *  *  *  *

---

**Page 2**

APPEARANCES:

HERBERT LAW FIRM
BY: MS. KELLY A. KRAUCHUN
    206 S. Jefferson
    Suite 100
    Chicago, Illinois 60661
    Phone: (312)655-7660
    E-Mail: kelly.krauchun@danherbertlaw.com
    On behalf of the Plaintiffs;

ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD.
BY: MR. MICHAEL J. McGRATH
    3318 West 95th Street
    Evergreen Park, Illinois 60805
    Phone: (708)424-5678
    E-Mail: Mmcgrath@osmfm.com
    On behalf of the Defendants.

*  *  *  *  *

---

**Page 4**

(Witness sworn.)

THE WITNESS: Yes, I do.

MR. McGRATH: We are here to take the
deposition of Paul -- it's Berge?

09:03:42 THE WITNESS: Yes.

MR. McGRATH: -- Paul Berge in the matter of
Paul Berge and Timothy Kreissler versus the City of
Kankakee, the Police and Fire Commission, Chief Frank
Kosman, Mayor Chastity Wells-Armstrong, Willie Hunt,
09:03:55 and Nickey Yates in Case No. 20 cv 2310, which is
pending in the Central District of Illinois. We are
here pursuant to the Federal Rules of Civil Procedure
and the Federal Rules of Evidence.

Mr. Berge, if I can ask you to state
09:04:10 your full name and spell your last name.

THE WITNESS: First name is Paul, last name
is Berge, B-e-r-g-e.

MR. McGRATH: Obviously we are here to take
your deposition. You are a plaintiff in the case I
09:04:21 just went through. The basic rules are similar to in
court. You have to give all your answers verbally
because the court reporter is taking it down, and
then I would just ask that you not speak over me and
wait till I complete the question. Okay?

**EXHIBIT J**

5

1       THE WITNESS:  Yes, sir.

2       MR. McGRATH:  We are going to be here for

3   quite a while, so if you need to take a break, get

4   something, there is water there and the restroom.

09:04:42  5   Okay?

6       THE WITNESS:  Okay.

7   WHEREUPON:

8               PAUL BERGE,

9   called as a witness herein, having been first duly

10   sworn, was examined and testified as follows:

11               EXAMINATION

12   BY MR. McGRATH:

13       Q.   Have you ever been deposed before?

14       A.   One time.

09:04:48 15       Q.   Okay.  And when was that and what type of

16   case?

17       A.   It was -- I couldn't even tell you how many

18   years ago.  It was when I was in the drug unit, the

19   Kankakee Area Metropolitan Enforcement Group.  We got

09:05:00 20   sued for I believe it was -- I forgot what it was

21   for.

22       Q.   Hold on.  I actually have that.  I can let

23   you have this.

24           I'll just mark this as Kankakee 1,

6

1   City 1.

2           (Document so marked.)

3   BY MR. McGRATH:

4       Q.   I place before you what's been marked as

09:05:40   Kankakee City Exhibit 1.  Do you recognize that

5   document?

6

7       A.   Yes, sir.

8       Q.   And this is a document that you just

9   mentioned, KAMEG, and that's Kankakee Area

09:05:50 10   Metropolitan Enforcement Group, which we will talk

11   about a little bit later, but that's a group in the

12   Kankakee area comprised of officers from a few

13   different departments, correct?

14       A.   Yes, sir.  When I was in it, it was.

09:06:05 15       Q.   It's a specialized unit to primarily do drug

16   investigations, correct?

17       A.   Yes, sir.  It's a State Police task force.

18       Q.   City 1 is a document that's signed off by

19   you, correct, asking for representation in the James

09:06:19 20   Thompson versus Police Officer Joe English, et al.,

21   matter, correct?

22       A.   Yes, sir.

23       Q.   And is that the case that you were talking

24   about that you were in a deposition previously?

7

1       A.   Yes, sir.

2       Q.   Since we have this before you, were you

3   assigned legal representation on that case?

4       A.   Yes, sir.

09:06:38  5       Q.   Who represented you?

6       A.   I don't recall.  It was through the police

7   department.

8       Q.   Not an attorney from the police department;

9   you were assigned a defense attorney from some law

09:06:50 10   firm?

11       A.   Yes, sir.

12       Q.   All right.  Through the city or through --

13       A.   Through the police department.  That's why I

14   requested through the chief for legal representation.

09:06:58 15       Q.   And you don't remember who --

16       A.   I don't remember, sir.  I can't remember

17   that.

18       Q.   This was back in August of 2014?

19       A.   Yes, sir.

09:07:05 20       Q.   Can you just tell me a little bit about this

21   case; what were the allegations?

22       A.   Mr. Thompson, he was actually convicted of

23   aggravated battery against Officer English in court.

24   He said that -- there was a use-of-force lawsuit.

8

1       Q.   So during his arrest he was claiming that

2   there was excessive force by the defendant officers

3   in that case?

4       A.   Yes, sir.

09:07:32  5       Q.   And you were one of the defendant officers?

6       A.   Yes, sir, I was on scene.

7       Q.   Besides Joe English, who were the other

8   defendant officers, if you remember?

9       A.   I know that Ray Pasel, I know that he gave a

09:07:44 10   deposition.  I'm not sure about which other police

11   officers gave depositions in reference to that case.

12   I know that Joe did.  I know that Ray did.

13       Q.   Joe English, at the time, he was a Kankakee

14   police officer, correct?

09:07:56 15       A.   Yes, sir.  He still is.

16       Q.   He still is?

17       A.   Yeah.

18       Q.   And you were.  Were there any other Kankakee

19   police officers involved in this litigation?

09:08:04 20       A.   I know that Ray Pasel, I know that he was

21   questioned in reference to this.  I'm not sure if

22   anyone else was.

23       Q.   And can you spell Pasel?

24       A.   I think it's P-a-s-e-l.  Ray is retired now.

9

1    Q.   What happened on that case, in the civil
2  case?
3    A.   I think the city settled out of court, from
4  what I heard, for like $20,000 just to kind of make
5  it go away, I assume.
6    Q.   So there was never a trial --
7    A.   No, sir.  We gave our depositions, and then
8  we were notified at a later date that it was settled.
9    Q.   We are already speaking over each other a
10 little bit, --
11   A.   I'm sorry.
12   Q.   -- so if you could just wait for the full
13 question and maybe wait just half a second and then
14 answer.  That will make it easier for the  court
15 reporter, okay?
16        If you don't understand any of my
17 questions, just let me know and I'll try to rephrase
18 them.  If you don't ask me to rephrase any of the
19 questions, I'm just going to assume that you
20 understood the question and that's why you gave the
21 answer that you did.  Fair enough?
22   A.   Yes, sir.
23   Q.   Any other depositions other than the
24 Thompson versus Joe English matter?

10

1    A.   You know, I think I gave another one, now
2  that I'm thinking about it, it was over a car
3  accident at a school.  I remember I gave one in
4  downtown Kankakee.  I believe it was a deposition.  I
5  sat with some attorneys.  That was the first one I
6  ever did, I believe.
7    Q.   So that would have been before the KAMEG?
8    A.   Yeah, I think so.  I'm not a hundred percent
9  positive though.
10   Q.   A car accident, were you a driver or
11 passenger --
12   A.   No, sir --
13        MS. KRAUCHUN:  Let him finish.
14        THE WITNESS:  I'm sorry.
15 BY MR. McGRATH:
16   Q.   Were you involved in the accident
17 personally?
18   A.   No, sir.
19   Q.   All right.  Were you a police officer that
20 investigated the accident?
21   A.   Yes, sir.
22   Q.   Okay.  Any other depositions than those two?
23   A.   Nothing that I can think of right now, sir.
24   Q.   All right.  Prior to your termination from

11

1  the Kankakee Police Department, you were
2  interrogated, and actually I was there for the
3  interrogation, correct?
4        Other than that interrogation, had you
5  been previously interrogated at any time as a
6  Kankakee police officer?
7    A.   No, sir, nothing like what occurred between
8  us on that day.
9    Q.   All right.  Just to clarify, for that
10 interrogation back in 2020, which I handled, that was
11 pursuant to a notice that you received and then there
12 was a date and time set and we met in a conference
13 room and there was a court reporter and I asked you
14 questions similar to like a deposition and there was
15 police command staff there along with me, correct?
16   A.   Yes, sir.
17   Q.   All right.  So prior to that formal
18 interrogation based upon the events that occurred in
19 July of 2020, you had never been previously formally
20 interrogated by any police chief or command staff
21 during your career as a Kankakee police officer?
22   A.   No, sir, nothing like what happened with us.
23   Q.   You may have been called into an office and
24 asked some questions by a commanding officer or a

12

1  chief, but nothing formal like having a formal
2  written Notice of Interrogation, correct?
3    A.   Correct.
4    Q.   As a police officer, you went to court, I'm
5  sure, many, many times.  Ballpark idea of how many
6  times you've testified?
7    A.   I couldn't even tell you the number, sir.
8    Q.   Okay.
9    A.   It would be a guess.
10   Q.   We are here based upon the complaint that
11 you filed in federal court, which was filed on
12 November 5th of 2020; would you agree with that?
13   A.   Without actually seeing the dates, yes, if
14 that's the dates you have.
15   Q.   I can represent to you that the top of the
16 complaint will show you, and we will show you, but in
17 November of 2020 you filed this federal lawsuit.
18   A.   Yes, sir.
19   Q.   In your own words, can you tell me what you
20 are alleging in the lawsuit?
21   A.   That myself and another officer were skipped
22 for promotion for discriminatory reasons.
23   Q.   So you are alleging that you were skipped
24 over for a promotion based upon race?

13

1    A.   Yes.

2    Q.   Okay.  Are you making any claims based upon

3    gender?

4    A.   No, sir.

09:12:44  5    Q.   So it's strictly a race-based claim,

6    correct?

7    A.   Yes.  Yes, sir, that's part of it.  That's

8    one of the foundations for the case, yes, sir.

9    Q.   Okay.  Prior to coming here today, what did

09:12:56  10   you do to prepare for your deposition?

11   A.   I went over the -- I believe the -- it was

12   call interrogatory.  I went over those one time

13   really quick.

14   Q.   How long did you go through the

09:13:11  15   interrogatories?

16   A.   You want hours or days?

17   Q.   How many days ago?

18   A.   Probably a day ago.

19   Q.   All right.  So yesterday or the day before?

09:13:20  20   A.   Day before.

21   Q.   And how many hours did you spend going

22   through the interrogatories?

23   A.   Fifteen minutes, a quarter of an hour.

24   Q.   Any other documents did you review?

14

1    A.   No, sir.

2    Q.   All right.  Any photos?  Any videos?

3    A.   No, sir.

4    Q.   All right.  Did you have any conversations

09:13:37  5    with anyone regarding your deposition other than your

6    attorneys?

7    A.   No, sir.

8    Q.   I'm going to show you what I'll mark as City

9    Exhibit 2.

09:14:05  10        (Document so marked.)

11   BY MR. McGRATH:

12   Q.   Go ahead and you can page through that.

13   It's a number of pages.  It's not Bates stamped; but,

14   if you will see, it's the waiver of service of

09:14:35  15   summons on the first page, the second page, the third

16   page is notice of filing, and on the fifth page is

17   the actual complaint that you filed in this matter.

18   Do you see that?  You can go ahead and go through it.

19   A.   Yeah, this looks like the interrogatories.

09:14:53  20   Q.   No, if you look at the fifth page --

21   A.   Okay.  Page 5.

22   MS. KRAUCHUN:  Actually, the copy we have

23   just starts with the complaint, Mike.

24   MR. McGRATH:  Oh, I'm sorry.

15

1    BY MR. McGRATH:

2    Q.   Do you see that's the complaint you filed in

3    this matter, correct?

4    A.   Yes.

09:15:12  5    Q.   And on the top right corner it indicates it

6    was filed on November 5th of 2020?

7    A.   Yes, sir.

8    Q.   Did you review this complaint prior to it

9    being filed?

09:15:29  10   A.   I don't recall that.  If I did, it wasn't in

11   depth.

12   Q.   Was a draft of the complaint sent to you by

13   your attorneys to review, and did you make any

14   changes or corrections or additions to the complaint

09:15:46  15   prior to November 5th of 2020?

16   A.   I don't remember if I did.  I don't believe

17   I did.  I believe I just left that up to my attorneys

18   to handle.

19   Q.   If you can page through, and I apologize

09:16:00  20   that it's not numbered, but there is exhibits

21   attached to the complaint near the back.  If you can

22   find Exhibit A.

23         So you have turned to Exhibit A,

24   correct?

16

1    A.   Yes.

2    Q.   And the first page after Exhibit A is a

3    charge of discrimination, correct?

4    A.   Yes, sir, it says it on the page.

09:16:38  5    Q.   Is that your signature at the bottom left

6    corner above the date of January 6th, 2020?

7    A.   No.

8    Q.   Whose signature --

9    A.   I believe I told my attorney to sign for me.

09:16:52  10   Q.   Okay.  So that's not your signature, but you

11   authorized your attorney.  Which attorney did you

12   authorize to sign it?

13   A.   I don't remember.  The law firm.

14   Q.   Did you see this charge of discrimination

09:17:03  15   prior to January 6th of 2020 to check the accuracy of

16   the allegations?

17   A.   I don't remember if I did or not.

18   Q.   Do you see in the bottom third there is a

19   box that says the particulars are, and do you see in

09:17:23  20   that box that it looks like it's stamped "received

21   EEOC February 3rd of 2020, Chicago District Office"?

22   A.   Okay.

23   Q.   Would you agree that that is, based upon the

24   stamp, the date that the EEOC received your charge of

17

1 discrimination?

2 A. Based on the stamp, yes, sir.

3 Q. Do you know when this charge of

4 discrimination was mailed out or sent to the EEOC?

09:17:51 5 A. I do not know specifically, no, sir.

6 Q. You did not have anything to do with mailing

7 this out or sending it to the EEOC, correct?

8 A. I left it up to my attorneys.

9 Q. Attached to the charge of discrimination is

09:18:07 10 a complaint affidavit, correct?

11 A. Yes, sir.

12 Q. And there is a number of statements or

13 paragraphs, 1 through 20, going on to the second

14 page, correct?

09:18:20 15 A. Yes, sir.

16 Q. All right. And then there is a declaration

17 that states:

18 I, the undersigned, declare under

19 penalty of perjury that the statements made in

09:18:31 20 the above affidavit are true and correct to the

21 best of my knowledge, information, and belief.

22 Is that your signature?

23 A. No, sir.

24 Q. Okay. So you did not make a declaration to

18

1 the EEOC on November 25th of 2019?

2 A. I typed up this affidavit. It was sent

3 electronically to my attorney's office. I gave them

4 permission to sign it for me.

09:18:56 5 Q. Where did you type up this complaint

6 affidavit?

7 A. On my computer, my personal computer.

8 Q. The date of November 25th, 2019, what does

9 that mean to you, where it was signed off by your

09:19:15 10 attorney under the declaration?

11 Is that the approximate date that it

12 was prepared and you told your attorney to sign off

13 on your affidavit?

14 A. I assume so, yes, sir. I can't remember the

09:19:30 15 specific dates around that time. It's a year and a

16 half ago.

17 Q. So, again, the complaint affidavit was

18 signed on November 25th, and the charge was then

19 signed on January 6th of 2020, correct?

09:19:48 20 A. I'm unsure where you are getting

21 January 6th, 2020, from, sir.

22 Q. On the actual charge of discrimination, the

23 bottom left.

24 A. Okay.

19

1 Q. Do you see January 6th of 2020?

2 A. I do.

3 Q. So that's the date that the charge is

4 actually signed off on by your attorney. So there

5 was a lag period between November 25th of 2019 when

6 you had your attorney sign your complaint affidavit

7 through the date of January 6th of 2020 when the

8 charge of discrimination was signed off by your

9 attorney; fair enough?

09:20:24 10 A. Okay.

11 Q. During that time period of January -- Strike

12 that.

13 During the time period of November

14 25th, 2019, through January 6th, 2020, do you have

09:20:36 15 any information, knowledge, or belief that anyone

16 within the City of Kankakee had any information about

17 your complaint affidavit or the charge of

18 discrimination?

19 MS. KRAUCHUN: I'm just going to object it

09:20:48 20 calls for speculation.

21 BY MR. McGRATH:

22 Q. There is going to be a number of objections

23 through the deposition; but under federal rules, you

24 still have to answer the questions.

20

1 A. I understand, sir. I'm just contemplating

2 the question. If you could repeat it, I would

3 appreciate it.

4 MR. McGRATH: Maureen, could you repeat

09:21:03 5 that.

6 (Record read as requested.)

7 BY THE WITNESS:

8 A. About my specific complaint affidavit, no,

9 sir, this was private.

09:21:36 10 BY MR. McGRATH:

11 Q. What about the charge of discrimination at

12 the time of January 6, 2020, do you have any

13 knowledge, information, or belief that anyone at the

14 City of Kankakee had any information about your

09:21:48 15 charge of discrimination?

16 MS. KRAUCHUN: Same objection, calls for

17 speculation.

18 BY THE WITNESS:

19 A. I understand that Tim Kreissler would have

09:21:54 20 knowledge of the charge of discrimination.

21 BY MR. McGRATH:

22 Q. Because Tim Kreissler also filed a similar

23 charge of discrimination on the same date, correct?

24 A. I believe so. I'm not sure about the date,

21

1  sir.

2  Q.  To answer my question, do you know if anyone

3  at the City of Kankakee, the mayor; the chief of

4  police; Willie Hunt, the deputy chief; anyone with

09:22:16  5  the fire and police commission; human resources at

6  the City of Kankakee, was aware of your charge of

7  discrimination as of January 6th of 2020?

8  MS. KRAUCHUN:  Same objection.

9  Go ahead, Paul.

09:22:30 10  BY THE WITNESS:

11  A.  I believe the city was aware of the charge

12  of discrimination.  I'm unsure about any specific

13  people.  I believe the city would be notified.

14  BY MR. McGRATH:

09:22:39 15  Q.  That would be your assumption, that the

16  charge of discrimination would also be sent to the

17  City of Kankakee, correct?

18  A.  Correct.

19  Q.  All right.  Other than your assumption that

09:22:50 20  the charge would be sent to the City of Kankakee, do

21  you have any personal knowledge that the charge of

22  discrimination was sent to the City of Kankakee?

23  A.  That the actual charge was?

24  Q.  Correct.

22

1  A.  No, sir, I have no direct knowledge on that.

2  Q.  Okay.  And as you sit here today, do you

3  know if the charge of discrimination was ever sent to

4  the City of Kankakee and, if so, approximately when?

09:23:13  5  A.  I did not send it personally to the City of

6  Kankakee, so I do not know.

7  Q.  Following your charge of discrimination is

8  Timothy Kreissler's charge of discrimination.  His

9  charge of discrimination is also dated January 6th of

09:23:33 10  2020.  Do you see that on the bottom left corner of

11  his charge?

12  A.  Yes, sir.

13  Q.  Do you recognize that as being his

14  signature?

09:23:44 15  A.  I don't know what his signature looks like.

16  Q.  Attached to his charge of discrimination is

17  a complaint affidavit, and it's typed out just as

18  yours was typed out, correct, a number of paragraphs

19  and allegations?

09:24:03 20  A.  Yes, sir.

21  Q.  Did you assist Mr. Kreissler in preparing

22  his complaint affidavit?

23  A.  No, sir.  He completed this on his own.

24  Q.  Did you ever speak to him when you were

23

1  preparing or working on your complaint affidavit?

2  A.  While I was writing it?

3  Q.  Correct.

4  A.  Not while I was directly writing it, no.

09:24:27  5  Q.  How about during drafts of it or making

6  changes to it, did you have any conversations with

7  him regarding your complaint affidavit?

8  A.  I don't remember if I did or not.

9  Q.  Did he contact you or reach out to you or

09:24:40 10  communicate to you in any way about his complaint

11  affidavit making certain allegations, making sure the

12  dates were the same, or any drafts?

13  A.  It was a long -- I don't specifically

14  remember.  I saw Tim almost every day at work while I

09:24:55 15  was working, so I can't specifically remember any

16  days or time for that.

17  Q.  There is another exhibit attached to the

18  complaint, Exhibit B.  These are just -- there is two

19  pages both dated August 7th of 2020.  The first one

09:25:25 20  is to Timothy Kreissler -- am I pronouncing that

21  right?  It is Kreissler, right?

22  A.  Yes.

23  Q.  -- care of his attorney at the Herbert Law

24  Firm, correct?

24

1  A.  Yes, sir.

2  Q.  And the second page of Exhibit B is again

3  dated August 7th of 2020.  It's addressed to you care

4  of your attorney at the Herbert Law Firm, correct?

09:25:52  5  A.  Yes, sir.

6  Q.  And this is from the U.S. Department of

7  Justice Civil Rights Division.

8  Do you recognize this as being a

9  right-to-sue letter issued by the Department of

09:26:04 10  Justice?

11  A.  Yes.

12  Q.  Do you recall at your formal interrogation

13  that I took of you occurred on July 30th of 2020?

14  A.  I'm unsure of the exact date.  I recall the

09:26:25 15  interrogation though.

16  Q.  Okay.  Would you agree that the formal

17  interrogation occurred prior to this right-to-sue

18  letter being sent out to you and your attorney?

19  A.  2020 of August?  And you say it was July

09:26:50 20  30th I was interrogated?

21  Q.  Correct.

22  A.  So July 30th before August 7th, yes, sir.

23  Q.  Okay.  Do you recall being served with the

24  formal charges from Chief Kosman following your

25

1  interrogation about a week after that formal
2  interrogation?
3      A.    I recall my attorney advising me what was
4  going on.  I don't remember any specific time I was
09:27:12 5  actually given anything from the chief.
6      Q.    Were you hand delivered a set of the charges
7  by any police officer with the Kankakee Police
8  Department a few days after you were formally
9  interrogated?
09:27:28 10     A.    I know that at the time Jay Etzel
11  [phonetic], he's retired now, I know he came by my
12  house and gave me some paperwork.  I don't remember
13  specifically what that was, but it was in regards to
14  the situation that was going on.
09:27:41 15     Q.    Do you recall that being a few days after
16  the formal interrogation, within a week?
17     A.    It was around the same time period.  I can't
18  tell you the exact date sir, I'm sorry.
19     Q.    Okay.  Exhibit C attached to your complaint.
09:27:58 20     A.    Yes, sir.
21     Q.    This is an email from Donell Austin to
22  Donell Austin dated April 13th of 2018, correct?
23     A.    Yes, sir, that's what it says at the top.
24     Q.    And have you seen this email prior to

26

1  today's date?
2      A.    I actually read it for the first time the
3  other day at my attorney's office.
4      Q.    Okay.  So up until you met with your
09:28:24 5  attorney in preparation for your deposition within
6  the last couple weeks?
7      A.    I'm sorry?
8      Q.    When did you meet or go to your attorney's
9  office?
09:28:32 10     A.    Monday.
11     Q.    So two days ago, which would have been
12  December 13th of 2021, that was the first time that
13  you saw this email that Donell Austin sent to himself
14  back in April of 2018?
09:28:50 15     A.    Yes, sir, that's the first time I read it.
16     Q.    Did you have any knowledge about this email
17  prior to Monday of this week?
18     A.    Not direct knowledge.  I knew that there was
19  some sort of email that he sent to himself regarding
09:29:08 20  Auto Lab, but as far as the specific language in it,
21  no, sir.
22     Q.    Do you know how this copy of this email that
23  Donell Austin sent to himself back in 2018 was
24  obtained?

27

1      A.    I believe the law firm that's representing
2  me obtained it.
3      Q.    And then Exhibit D, the last exhibit to your
4  complaint, is just a portion of a transcript from the
09:29:43 5  hearing before the Fire and Police Commission.  This
6  portion is from September 30th of 2020, correct?
7      A.    Yes, sir, that's the date.
8      Q.    All right.  We are going to go through a
9  number of exhibits today.  I'm going to ask you to
09:29:58 10  just keep the complaint handy, and then we will go
11  through your interrogatory answers and keep that
12  handy, and the others we will pile up as we go
13  through.  Okay?
14     A.    Yes, sir.
09:30:29 15           (City Exhibit No. 3 marked
16           for I.D.)
17  BY MR. McGRATH:
18     Q.    I show you what's been marked as City
19  Exhibit No. 3.  You can go ahead and just page
09:30:40 20  through that.
21     A.    (Witness reviewing document.)
22     Q.    Tell me when you get to the second-to-last
23  page.  Are you on that page?
24     A.    Second-to-last page, yes.

28

1      Q.    The second-to-last page to this document,
2  which is City Exhibit No. 3, is the verification page
3  which states:
4           I, Paul Berge, state that I have read
09:31:19 5  defendants' first set of interrogatories and my
6  answers to those interrogatories, which are true
7  to the best of my knowledge, information, and
8  belief.  I declare under penalty of perjury that
9  the foregoing is true and correct.
09:31:31 10          It's dated May 12, 2021, and is that
11  your electronic signature next to that date under the
12  verification?
13     A.    Yes, sir.
14     Q.    You indicated earlier that you had reviewed
09:31:45 15  your answers to the interrogatories a day or so ago
16  and it took you 15 minutes, quarter of an hour, half
17  hour, to go through, correct?
18     A.    Approximately, yes, sir.
19     Q.    So these are basic questions that are sent
09:31:59 20  from the city defendants to you to get some
21  information.  This was sent to you by your attorneys.
22          Did you help and assist in filling out
23  the answers to these questions?
24     A.    I believe we sat down at my attorney's

29

1 office and went over them.

2     Q. There may have been a rough draft or a

3 number of rough drafts. Did you assist in making

4 those drafts and changes to these answers to the

5 interrogatories?

6     A. No, sir.

7     Q. All right. If you keep that next to the

8 complaint, we will go through that a little later in

9 your deposition, okay?

10         I would like to go over some of your

11 background.

12         As far as prior litigation, have you

13 ever been sued individually?

14     A. Not individually, no, sir.

15     Q. Have you ever filed a lawsuit individually

16 other than this lawsuit?

17     A. No, sir.

18     Q. Have you been sued as a police officer other

19 than the matter that we talked about earlier when you

20 were a member of KAMEG?

21     A. No, sir.

22     Q. Do you know if there have been citizen

23 complaints filed or lodged against you?

24     A. Yes, sir.

30

1     Q. All right. And when a citizen complaint is

2 brought to the police department, are you notified of

3 all citizen complaints or are all police officers

4 notified of all citizen complaints?

5     A. Yes. We are notified that a citizen came to

6 make a complaint specifically about myself or another

7 officer, yes, sir.

8     Q. And then what happens?

9     A. It goes through an internal investigation

10 process.

11     Q. And who handles that internal investigation?

12     A. It depends who the internal investigations

13 person is. I'm unsure of the process. I've never

14 been a part of that.

15     Q. So there have been citizen complaints filed

16 against you?

17     A. Yes, sir.

18     Q. Approximately how many?

19     A. I couldn't tell you.

20     Q. More than ten?

21     A. No, sir.

22     Q. More than five?

23     A. I don't know the specific number. Probably

24 not. Without actually seeing all the citizen

31

1 complaints in front of me, I couldn't tell you

2 exactly. It hasn't been very many.

3     Q. Between one and five?

4     A. I couldn't tell you a specific number

5 without actually having it in front of me, man. I'd

6 be guessing at this point.

7     Q. How is that process handled? There is

8 someone assigned to the citizen complaint review or

9 investigation. Would that be a command officer or a

10 specific assignment?

11     A. As far as my knowledge, because I haven't

12 been there for a while, obviously, a citizen would

13 come up to the police department, say they wanted to

14 file a citizen's complaint. A supervisor, whether

15 that be a sergeant or lieutenant, would speak to that

16 citizen, find the problem, try to mitigate the

17 situation as best as possible without filing a

18 citizen's complaint to make the citizen happy or feel

19 whole.

20         If that supervisor or that citizen

21 believes there is enough there to file a citizen's

22 complaint, then they are given a piece of paper to

23 fill out, I believe, or several, I'm unsure, to give

24 a statement. They sign it.

32

1         The officer involved in that citizen's

2 complaint is then notified of the incident date and

3 time of that occurrence. That officer needs to write

4 either an additional statement or pull up the

5 statements for that specific report for the

6 investigation.

7         I believe that paperwork, along with

8 the citizen's complaint paperwork, I believe that

9 would be forwarded through the chain of command to

10 the patrol commander, I believe; and then it gets

11 pushed up the chain of command, which I do not know

12 the -- how it works after that. I just know there is

13 an internal investigations person who investigates

14 the citizens' complaints.

15     Q. And then is there always a determination if

16 the citizen complaint is founded or unfounded or it

17 cannot be determined --

18     A. Yes, sir, once it's investigated, there is a

19 determination at the end of it.

20     Q. And do you recall what the determinations

21 were on the citizen complaints that were lodged

22 against you?

23     A. I know the very first one I got, citizen's

24 complaint, it was substantiated. The other

33

1    citizen -- I've never had any other citizens'
2    complaints substantiated against me.
3        Q.    What was the first one that was
4    substantiated against you; can you tell us what the
5    allegation was and --
6        A.    Unprofessional conduct.
7        Q.    Approximately what year was it?
8        A.    Man.  I was hired in 2006, I believe, so it
9    was between 2006 and 2008 probably, somewhere in
10   there.  I believe it was my very first one.
11              Long story short, we were on scene for
12   a -- it was a domestic battery call.  We had dealt
13   with this couple numerous times in the past.  Long
14   story short, after the original complainant, the wife
15   or girlfriend, I'm not sure if they were married or
16   not, I remember her name, Bonita McCullom [phonetic]
17   was her name, at first when I was speaking with her,
18   she wanted to sign a complaint against her husband or
19   boyfriend.  After going to speak with the husband or
20   boyfriend, she was there, she refused to sign the
21   complaint in front of him, she wanted to press
22   charges and then she didn't want to press charges, so
23   I told her when we were leaving the scene, I said --
24   excuse my language -- "don't fuckin' call us back

34

1    here for this," and we left.  Ms. McCullom came to
2    the police department and said I swore at her and
3    that it was unprofessional.
4        Q.    And then you were asked to give a written
5    report and you gave your version and it went up the
6    chain of command?
7        A.    I don't recall if I gave a written report.
8    I'm sorry for interrupting you.  I remember that I
9    spoke with, I believe he was a commander at the time,
10   Matt Adamson.  He asked me what happened, and I told
11   him I told her "don't fuckin' call us back here for
12   this" and he said, "oh, okay."  I don't remember if I
13   had to write a statement about that or not, but I
14   told him what happened.
15       Q.    And you indicated that that citizen
16   complaint was sustained.  Did you receive any
17   discipline or further training based upon that?
18       A.    I don't recall.  I believe the actual
19   complaint itself was sustained or substantiated.  The
20   police department agreed that it was unprofessional
21   for me to swear.
22       Q.    Have you ever filed for bankruptcy?
23       A.    No, sir.  I do know when I was younger I had
24   some credit card debt and my father at the time did

35

1    something.  I don't know if he -- I don't know what
2    the word is -- consolidated all the debt into a
3    one-time payment.  I'm not sure what he did.  I don't
4    think he filed for bankruptcy on my behalf.  I don't
5    believe so.  Not me personally.  I've never done
6    that.
7        Q.    Okay.  You have filed for workers'
8    compensation during your career as a Kankakee police
9    officer?
10       A.    Yes, sir.
11       Q.    How many times?
12       A.    Two times.
13       Q.    All right.  When was the first time?
14       A.    Man, I couldn't tell you the exact date,
15   sir.  It was early --
16       Q.    During your dep, I'm not looking for exact
17   dates.  If it helps, --
18       A.    It was early in my career, 2008, 2009.
19       Q.    -- you can say during the time you were a
20   patrol officer or when you were a sergeant.
21       A.    During my initial time as a patrol officer.
22       Q.    Can you tell me where and how and what type
23   of injury you sustained?
24       A.    It was -- man.  I think it was 500 North --

36

1    what is that -- Harrison, 500 North Harrison in the
2    west alley.  Long story short, it was a high-crime,
3    high-drug activity area.  I saw a vehicle that had a
4    specific note attached to the plate that said the
5    registered owner is a suspended driver.  I pulled up
6    next to this gentleman, and I looked at him.  As soon
7    as he looked at me, he turned off quickly.  I was new
8    so I was excited, and I was like, okay, I'm gonna go
9    get this guy.
10              So I remember I drove up an alley
11   northbound, and, not being aware of my surrounding or
12   the geography of the area as well as I should, I
13   accelerated down the alley, the alley ends, then
14   there is a section of grass, and then there is
15   railroad tracks.  So by the time that I realized that
16   the alley ended, I hit my brakes, I entered the
17   grass, and my vehicle hit the railroad tracks.
18       Q.    And you were injured?
19       A.    Yes, sir.
20       Q.    What were your injuries?
21       A.    You can probably still see the scar.  I hit
22   the visor, the roof of my vehicle, and it actually
23   scalped my head from here, ripped my skin back
24   probably to about there.

37

1    The fire department showed up on scene.
2 They actually had to hold my head closed being
3 transported to the hospital and at the hospital until
4 the doctors and nurses could give me medical
09:42:16 5 attention.
6    Q.   So, obviously, you received a number of
7 stitches on the top of your head?
8    A.   Yes, sir.
9    Q.   Were you hospitalized?
09:42:23 10    A.   Not overnight, no, sir.
11    Q.   All right.  How long were you off work based
12 upon that incident?
13    A.   Off of work I couldn't tell you the specific
14 amount of days.  I know that I did -- I worked in the
09:42:35 15 detective bureau for approximately a week while my
16 staples in my head were healing.
17    Q.   So you were not off any significant time?
18    A.   Nothing -- no, sir, nothing significant.
19    Q.   But you filed a workers' compensation claim
09:42:51 20 based upon that accident or incident?
21    A.   Based upon the permanent scarring, yes, sir,
22 and pain.
23    Q.   Did you hire an attorney for that case?
24    A.   Yes, sir.

38

1    Q.   Who was your attorney?
2    A.   Matthew Gubbins, G-u-b-b-i-n-s.
3    Q.   Did that case settle?
4    A.   Yes, sir.
09:43:08 5    Q.   Do you recall what the settlement amount was
6 approximately?
7    A.   Approximately $5,000.
8    Q.   Is it your understanding that worker
9 compensation claims, they are covered or the city has
09:43:24 10 insurance for those claims, correct?
11    A.   Yes, sir.
12    Q.   The city is insured if any of its employees
13 get injured on the job and they submit a workers'
14 compensation claim?
09:43:35 15    A.   Yes, sir.  The older officers, when I was
16 injured -- I was unaware of anything about that at
17 the time; but the older officers who had been around
18 longer than me, they basically guided me what to do.
19    Q.   When you filed that workers' compensation
09:43:50 20 claim, you didn't receive any discipline or demotion
21 based upon filing that claim based upon your injury,
22 correct?
23    A.   No, sir.
24    Q.   All right.  What was the second workers'

39

1 compensation claim that you filed?
2    A.   The second time I was attempting to
3 apprehend a suspect.  I was running down an alley.  I
4 tried jumping over a fence.  As I was pushing and
09:44:16 5 pulling myself up and over the fence, I injured my
6 left pec muscle, my left chest.  It was ruptured, the
7 tendon.
8    Q.   Was that as a patrol officer or while you
9 were a sergeant?
09:44:30 10    A.   I was a sergeant at the time.
11    Q.   Do you know the approximate year then?
12    A.   I believe the approximate year was 2018.  I
13 believe it was July 3, 2018, because that July 4th I
14 was in a lot of pain.
09:44:46 15    Q.   And were you hospitalized for that injury?
16    A.   No hospitalization.  I did have to have
17 surgery to reconnect the tendon into my shoulder.
18    Q.   And were you off work any length of time?
19    A.   Yes, sir.
09:45:07 20    Q.   For how long?
21    A.   Approximately six months.
22    Q.   When you came back to work after that six
23 months, were you on light duty or were you released
24 to full duty?

40

1    A.   I was released to full duty.
2    Q.   And you filed a workers' compensation claim
3 based upon that injury, correct?
4    A.   Yes, sir.
09:45:33 5    Q.   All right.  And did you have an attorney on
6 that case?
7    A.   Yes, sir.
8    Q.   Who did you have?
9    A.   Matt Gubbins.
09:45:38 10    Q.   And is that case still pending or is that
11 resolved?
12    A.   That's been resolved.
13    Q.   And was it settled?
14    A.   Yes, sir.
15    Q.   All right.  It didn't go to any hearing at
09:45:49 16 the Industrial Commission?
17    A.   No, sir.
18    Q.   What was the settlement on that case?
19    A.   Without the specific numbers, approximately
09:46:01 20 $50,000.
21    Q.   Do you know the approximate date or time
22 period when that workers' compensation case was
23 settled?
24    A.   It was actually -- I remember because I got

41

1  the phone call while I was still at the police
2  department.  I believe -- like I said, without going
3  back specifically, I believe it was right around the
4  time of my initial interrogation.
09:46:38  5     Q.   Do you believe that you received that phone
6  call before or after the formal interrogation?
7     A.   I believe it was after.
8     Q.   Were you sent settlement contracts by your
9  attorney Matt Gubbins?
09:46:57  10     A.   I was.
11     Q.   All right.  Was that after the formal
12  interrogation?
13     A.   I believe so.  Yes, sir.
14     Q.   Was that after you were served with the
09:47:03  15  charges that Chief Kosman filed against you?
16     A.   I don't remember the specific timeline for
17  that.
18     Q.   Did you receive the settlement contract or
19  execute the settlement contract before or after the
09:47:18  20  hearing started before the Fire and Police Commission
21  in 2020?
22     A.   Execute, do you mean sign the contract?
23     Q.   Yes.
24     A.   I don't remember the specific date when I

42

1  signed it.
2     Q.   Do you still have a copy of your settlement
3  contract?
4     A.   I'm not sure.  I don't know if I have a copy
09:47:38  5  of it or not because it was settled.  I may have just
6  deleted it --
7     Q.   The attorney you had, is it G-u-b-b-i-n-s?
8     A.   Yes, sir, G-u-b-b-i-n-s.
9     Q.   Where is his office located?
09:47:51  10     A.   Kankakee.  I think it's One or Two, I'm not
11  sure which number, on Dearborn Square.
12     Q.   Any other workers' compensation filings
13  other than the two that you just went over?
14     A.   As far as a lawsuit, no, sir.  I know that I
09:48:22  15  was having an issue -- man, when was that -- probably
16  March, I believe March of 2019, possibly.  I was
17  assisting another officer on an arrest; and during
18  the arrest, I felt something like get pulled or tear
19  in my hamstring.  This is while I was working,
09:48:45  20  obviously.  I went to the emergency room that night
21  just to be sure that nothing was torn, I received an
22  X-ray, and I was discharged, and I did not miss any
23  work.
24          The reason why I remember that is

43

1  because the city was refusing to pay that bill for a
2  very long time.  I kept getting that bill in the
3  mail.  I would call the hospital and tell them this
4  is a workmen's comp issue, and eventually the
09:49:14  5  hospital stopped sending it to me, and I haven't
6  received anything since the new administration took
7  over.
8     Q.   Who was the officer who you were assisting
9  in March of 2019 when you injured yourself?
09:49:28  10     A.   Kris Lombardi.
11     Q.   From what I can take from your testimony is
12  that you went to the emergency room, you were
13  evaluated, released, you didn't miss any time off of
14  work, and then the hospital sent bills to your house,
09:49:56  15  correct?
16     A.   Yes.
17     Q.   And then did you submit those bills to the
18  City of Kankakee?
19     A.   I advised the hospital that it was a
09:50:04  20  workmen's comp issue and that they needed to bill the
21  city or go through their process.
22     Q.   You never filed any workers' comp paperwork
23  with the city or the hospital, did you?
24     A.   On the initial -- when the initial incident

44

1  happened, I filled out the traditional packet of
2  paperwork that we had in the sergeant's office that
3  went through dates, times, where you were injured,
4  any witnesses.  I filled out that paperwork.
09:50:31  5     Q.   Who did you give that to?
6     A.   I put it in the shift commander's box, which
7  would be Donnell Lawson [phonetic].  Sergeant Steve
8  Hunter actually was a witness, and he saw that I was
9  injured, and he also filled out a statement also
09:50:48  10  about that night.
11     Q.   So you filled out the customary paperwork if
12  you are injured on duty and put it in the box, and it
13  should have went through the chain of command for
14  whoever handles that paperwork with the police
09:51:05  15  department, correct?
16     A.   Through the police department, yes, sir.
17  There is a specific box -- commander's box, first
18  shift box, second shift box, third shift box, and I
19  put it in that box.
09:51:12  20     Q.   So there is no question that you were
21  injured in March of 2019 while on duty, correct?
22     A.   I believe it was March, but yes.
23     Q.   And you filled out the paperwork and you did
24  what you were supposed to do as far as filling out

45

1 the paperwork giving notice to the department that
2 you were injured while on duty, correct?
3     A.    Yes, sir.
4     Q.    And then you don't know where the paperwork
5 went after you submitted it, although there was
6 officers -- at least one officer there who witnessed
7 you submitting that paperwork in the proper
8 procedure, correct?
9     A.    I can't tell you specifically who was in the
10 office when I put it in the box.
11     Q.    Oh, I thought you --
12     A.    Sergeant Steve Hunter, he was on scene.
13 When I was filling out paperwork, he said he was
14 filling out a statement also.  I never saw his
15 statement.  He said, yep, I saw you get hurt, and I'm
16 going to file a witness statement for you, and I
17 said, okay, thanks, Steve.
18     Q.    What was the invoice approximately?
19     A.    Oh, I don't know, $1500 maybe approximately.
20 I couldn't tell you specifically.
21     Q.    How many bills did the hospital send to your
22 house?
23     A.    I couldn't tell you how many specifically.
24 It was more than one, less than ten.  Five?

46

1     Q.    When you received those bills from the
2 hospital from the emergency room treatment in the
3 spring of 2019, did you call the hospital and tell
4 them that it's a workers' comp matter and should be
5 covered by the City of Kankakee?
6     A.    Yes, sir.
7     Q.    All right.  Did you ever contact anyone at
8 the City of Kankakee and say, hey, I'm getting these
9 bills from the hospital from when I was hurt on the
10 job back in March, can you take care of it?
11     A.    Not when I received the bill, no, sir.
12     Q.    So you received up to ten separate bills,
13 you just testified to, from the hospital; and after
14 receiving those ten invoices from the hospital for
15 $1500, is it your testimony that you never reached
16 out to human resources or anyone over at the city
17 administration to say, hey, this bill, I keep getting
18 it sent to me, you guys have to pay it because I was
19 injured while I was working back in the spring of
20 2019?
21     A.    Correct.  I was issued one to ten bills in
22 the mail -- I don't think it was ten.  It was five or
23 less.  I picked five, but I don't have any specific
24 bills in front of me.  I never called the city human

47

1 resources -- I never notified them of the bill
2 because I notified the hospital because I was aware
3 of other officers -- one specifically where human
4 resources wasn't very helpful and they were trying to
5 refuse paying for the bill because he got hurt on
6 duty.
7     Q.    What's the name of that officer?
8     A.    I filled out the proper paperwork.  I turned
9 it in the way I was supposed to.  This never happened
10 before when the city was refusing to pay a bill when
11 I got hurt on duty.
12     Q.    You mentioned there was another officer --
13     A.    Craig Zelhart.
14     Q.    Can you spell his last name?
15     A.    Z-e-l-h-a-r-t.
16     Q.    Do you know if Craig Zelhart's medical
17 bills, were they ever paid by the City of Kankakee?
18     A.    I don't know.
19     Q.    Is Craig Zelhart a friend of yours?
20     A.    He's an acquaintance.
21     Q.    Is he still with the department?
22     A.    No, sir.
23     Q.    When did he leave the police department?
24     A.    Man.  A couple years -- two years ago maybe.

48

1 I know it was before everything that has taken place
2 with my situation.
3     Q.    So, again, just to have a clear question and
4 answer, you never sent a copy of any of the invoices
5 for the emergency room treatment to anyone at the
6 city or the city administration to be paid, correct?
7     A.    I never sent a bill to the city from the
8 hospital, no, sir.
9     Q.    And you never called anyone over at the city
10 or the city administration to inquire why your
11 emergency room bill had not been paid by the city,
12 correct?
13     A.    No, sir, I didn't.
14     Q.    Do you know if the City of Kankakee received
15 any copies of that emergency room bill while you were
16 receiving bills from the emergency room?
17     A.    I have no specific knowledge of that.
18     Q.    And that bill has now been paid?
19     A.    I stopped getting it in the mail so...
20     Q.    When did you last receive a bill from the
21 emergency room for that treatment?
22     A.    I can't tell you.  I don't remember.
23     Q.    More than six months ago?
24     A.    Yeah.

49

1    Q.    More than a year?

2    A.    I don't remember.  It's been a while.

3    Q.    Was it sometime last year?

4    A.    I'm trying to think if I was working or not.

09:56:32  5  I can't tell you the specific date.  I know I spoke

6  with the hospital twice, and the second time I really

7  vented my frustrations to the woman on the phone, and

8  after that time I didn't receive a bill again.

9    Q.    When you say you vented your frustrations to

09:56:47  10  the woman on the phone, you were speaking to somebody

11  in the billing department at the hospital, correct?

12    A.    Yes, sir.

13    Q.    And when you vented your frustration, what

14  did you say to her and what did she say to you?

09:56:58  15    A.    I don't remember the specific language.  In

16  general terms I said that this is a workmen's comp

17  issue, I keep getting this bill in the mail, can you

18  help me because I don't understand why the city is

19  not paying for them, I don't know what you guys need

09:57:13  20  from me; but I gave her a general description of I

21  was injured at work, I shouldn't be getting this

22  bill, the city has got my paperwork, and can you

23  contact them.

24    Q.    After you had that conversation with the

50

1  woman in the billing department, you didn't receive

2  any further billings from the emergency department in

3  the mail?

4    A.    I don't remember receiving any.

09:57:37  5    Q.    Other than the complaint to the EEOC that's

6  attached to your federal complaint, have you ever

7  filed any other EEOC or Illinois Department of Human

8  Rights complaints?

9    A.    No, sir.

09:58:01  10    Q.    During your lifetime, have you ever been

11  arrested?

12    A.    Yes.

13    Q.    Approximately how many times?

14    A.    One, two, three -- three times.

09:58:19  15  Approximately.

16    Q.    Do you recall what police departments

17  arrested you?

18    A.    Elk Grove Police Department, Hoffman Estates

19  Police Department, and Chicago Police Department.

09:58:42  20    Q.    What was the arrest in the City of Chicago?

21    A.    It was for criminal trespass, I think.  I

22  was at a concert, I was a young kid, very

23  intoxicated, being a clown, and I wouldn't leave the

24  venue, -- and I forgot what venue it was -- and I ended

51

1  up getting arrested and taken to a -- I don't know

2  what they call it -- a precinct headquarters or

3  whatever, I was thrown in a cell, I got a court date,

4  I went to the court date, and then nothing happened.

09:59:21  5  I'm not sure if it was put down as an arrest or just

6  like a city ordinance type deal.  I'm not sure

7  exactly what it was.

8    Q.    You know what arrest is.  I mean you are

9  arrested and you are brought to the police station --

09:59:36  10    A.    Yes, sir, I was arrested, put in a jail

11  cell, I was booked.

12    Q.    So you were arrested, given your charges,

13  and then when you went to court, probably one of the

14  branch courthouses, the case was dropped that day?

09:59:48  15    A.    Yes, sir.

16    Q.    Have you ever been arrested for any crimes

17  of dishonesty, fraud, retail theft, stealing?

18    A.    No.

19    Q.    Have you ever been arrested for any type of

10:00:01  20  drug usage?

21    A.    Yes.

22    Q.    By what department?

23    A.    Elk Grove.  And if we are considering

24  alcohol a drug, Hoffman Estates.

52

1    Q.    Was that all prior to you becoming a police

2  officer?

3    A.    Yes, sir.

4    Q.    Elk Grove, you were arrested for what type

10:00:28  5  of a drug charge?

6    A.    It would show up on my criminal history as

7  dangerous drug, but it was possession of cannabis and

8  possession of paraphernalia.

9    Q.    And what was the paraphernalia that you were

10:00:44  10  arrested for?

11    A.    A mushroom-shaped bowl.

12    Q.    A pot pipe or something similar?

13    A.    Pot pipe, yes, sir.

14    Q.    And on that case were you given a deferred

10:01:01  15  prosecution or sent to drug school?

16    A.    Man, I was like 18 or 19 at the time.  I

17  don't remember what specific thing -- I was put on

18  probation or supervision, and I completed that

19  successfully.

10:01:27  20    Q.    Any arrests after you became a police

21  officer?

22    A.    No, sir.

23    Q.    Are you married?

24    A.    Currently, yes, sir.

53

1    Q.   You say that with some hesitation.  Are you
2  separated?
3    A.   We live in the same house.
4    Q.   Okay.  Who are you married to?
10:01:51 5    A.   Her first name is Heather.  Her last name is
6  Disosway, D-i-s-o-s-w-a-y.
7    Q.   How long have you been married to Heather?
8    A.   Since May 1st of 2019.
9    Q.   Do you have any children?
10:02:12 10    A.   Yes, we do.
11    Q.   How many children do you have?
12    A.   I've had two stepchildren and one child
13  that's my own.
14    Q.   Who are your two stepchildren?
10:02:27 15    A.   The oldest, his first name is Noah, his last
16  name is Barrera, B-a-r-r-e-r-a.
17    Q.   And who is his mother?
18    A.   Heather.
19    Q.   Does Noah live in the house that you
10:02:46 20  currently live in with Heather?
21    A.   As of today, no.  He was.  I'm going through
22  some criminal charges right now and some court issues
23  regarding my wife and my kid and my wife's
24  ex-husband, so he's not living with me as of right

54

1  now because of an order of protection.
2    Q.   So Noah is living with his father?
3    A.   As far as I know.  He's 18 now, so I believe
4  he's staying with his dad.  I'm unsure, though, where
10:03:22 5  he's staying.
6    Q.   I'm not going to ask you any specifics of
7  that matter other than do you currently have domestic
8  battery charges against you?
9    A.   Yes.
10:03:32 10    Q.   And you have an order of protection against
11  you on behalf of Noah?
12    A.   No, not on behalf -- it's not on behalf of
13  Noah.  Their dad, initially when our situation
14  happened with my wife and I and Noah, their dad
10:03:48 15  initially tried filing an order of protection.  I had
16  a court date.  The judge dismissed it.  Then it went
17  through a couple more court dates.  It was actually
18  the week that Ms. Krauchun had my petition to
19  dissolve my marriage, had that dismissed.
10:04:12 20        Two days later I had another court
21  date, and my wife's ex-husband, the -- my stepkids'
22  father, went to court, tried filing for another order
23  of protection with a different judge, and this judge,
24  without my testimony, issued an order of protection

55

1  against me, a criminal order of protection.
2    Q.   So you currently have an order of protection
3  against you on behalf of Noah?
4    A.   It's from their stepdad -- from their
10:04:41 5  father, --
6    Q.   What's his name?
7    A.   -- but he is obviously a protected party
8  along with Hannah.
9        His name is Peter Barrera.
10:04:54 10    Q.   Are all these matters pending down in
11  Kankakee County?
12    A.   Yes, sir.
13    Q.   And how old is Noah?
14    A.   18.
10:05:08 15    Q.   And your other stepchild?
16    A.   Hannah.
17    Q.   How old is Hannah?
18    A.   She's 16, just turned 16 July 21st, same
19  date that their father filed an order of protection.
10:05:22 20    Q.   Is Hannah living in the household that you
21  live in with Heather?
22    A.   No, not right now because of the order of
23  protection.  They were.
24    Q.   So both Noah and Hannah were living in the

56

1  house until the incident occurred that you now are
2  charged with domestic battery and you now have an
3  order of protection against you on behalf of Peter
4  Barrera, Noah Barrera, and Hannah Barrera?
10:05:49 5    A.   Well, the incident -- I'm sorry.
6        MS. KRAUCHUN:  Go ahead.
7  BY MR. McGRATH:
8    Q.   I don't want to hear about the incident
9  because you have pending charges.
10:05:56 10    A.   I understand.  I'm just telling you about
11  when my kids was living with me, the incident
12  occurred, I left for a while, I came back, the kids
13  came back, because they were staying with their dad:
14  so it was me, my wife, stepkids, and my daughter,
10:06:09 15  everything was fine.  Then, all of a sudden, the dad,
16  after I reconciled my marriage, went back to court
17  and filed an order of protection.  So they were
18  living with me, and now they are not because of the
19  order of protection.  They would be, however.
10:06:23 20    Q.   When did Heather file the petition to
21  dissolve your marriage?
22    A.   I filed it.
23    Q.   When did you file it?
24    A.   March 3rd, 20 -- this year, 2021.

57

1  Q.  What's the status of that?

2  A.  The original petition was dropped.

3  Q.  You dropped the petition?

4  A.  Yes.

10:06:55  5  Q.  Have you been undergoing marriage counseling

6  or family counseling?

7  A.  DCFS was involved because of their father

8  reporting the incident to them.  We did have a

9  gentleman coming to our house a few times.  I spoke

10:07:13  10  with him.  He spoke to my wife.  They haven't come

11  back for a week or two, so I'm unaware of any

12  continuing stuff.

13  Q.  If I can interrupt, that gentleman, was he

14  from DCFS?

10:07:25  15  A.  That's what they told me, yes, sir.

16  Q.  Did he give you any kind of card or

17  identification?

18  A.  No, sir.

19  Q.  And then have you withdrawn your petition

10:07:36  20  for dissolution of marriage?

21  A.  As of today, yes, sir.

22  Q.  Actually today you are doing it in court --

23  A.  No.  No.  I'm planning on after the holidays

24  to file it again; but as of today, there is no

58

1  petition to dissolve the marriage.

2  Q.  When did you withdraw the petition?

3  A.  July 19th maybe, ish, around there, a few

4  days before my stepdaughter's birthday.

10:08:02  5  Q.  And you intend on re-filing the petition for

6  dissolution of marriage in the near future?

7  A.  Yes, as soon as the holidays are over and --

8  Q.  And who is handling that for you?

9  A.  Ms. Krauchun will, I assume, the Herbert Law

10:08:22  10  Firm.

11  Q.  Okay.  And then you have one child between

12  you and Heather?

13  A.  Yes, sir.

14  Q.  What's the name of that child?

10:08:28  15  A.  Ava.

16  Q.  And how hold is Ava?

17  A.  Ava just turned six.

18  Q.  And Ava lives in the house with you and

19  Heather?

10:08:42  20  A.  Yes, sir.

21  Q.  At least currently, correct?

22  A.  Yes, sir.

23  Q.  What is the address of the house that you

24  live in currently?

59

1  A.  895 Sandstone.

2  Q.  Sand?

3  A.  Sandstone, yes, sir, Lane.  That's in

4  Manteno.

10:09:01  5  Q.  How long have you lived in that address?

6  A.  We moved in July of 2019.

7  Q.  Do you own or rent that house?

8  A.  Own.

9  Q.  Do you own that jointly with Heather?

10:09:19  10  A.  I'm sorry, sir?

11  Q.  Do you own that jointly with Heather; did

12  you both go in and purchase it together prior to

13  you -- it was just shortly after you got married to

14  Heather, correct?

10:09:31  15  A.  Yes, sir.  We were married and we purchased

16  the house together.

17  Q.  Does anyone else live in the house currently

18  besides you, Heather, and Ava?

19  A.  No, sir.

10:09:41  20  Q.  For your education, if you don't mind, I'm

21  going to lead you through it so we can speed this up

22  a little bit.

23  You went to James Conant High School in

24  Hoffman Estates, correct?

60

1  A.  Yes, sir.

2  Q.  And what year did you graduate?

3  A.  1997.

4  Q.  After high school you attended college in

10:10:04  5  Bourbonnais, correct?

6  A.  I graduated from college in Bourbonnais.  I

7  attended two other colleges.

8  Q.  And the two colleges, can you give me the

9  names of the colleges and the approximate years that

10:10:16  10  you attended those colleges?

11  A.  Augustana College in Rock Island, '97 till

12  the beginning of '98, it wasn't very long, and then

13  William Rainey Harper College, probably 2000 to 2003

14  approximately, I think.

10:10:39  15  Q.  And what did you major in?

16  A.  At William Rainey I got an associate's

17  degree, a general ed liberal arts degree; and then

18  Olivet, which I graduated with a bachelor's, was in

19  science with criminal justice.

10:10:58  20  Q.  Are you currently employed?

21  A.  No.

22  Q.  Have you been employed from the time that

23  you were terminated by the Kankakee Police Department

24  in 2020 through today's date?

61

1    A.    No.

2    Q.    You were terminated by the Kankakee Police

3    Department last year following a hearing before the

4    Fire and Police Commission, correct?

10:11:28    5    A.    Yes, sir.

6    Q.    Following your termination, did you apply to

7    any police departments to become a police officer?

8    A.    Yes, sir.

9    Q.    And according to your answers in the

10:11:42    10    discovery, it appears you applied to Bourbonnais and

11    Monee?

12    A.    Monee, yes, sir.

13    Q.    Did you apply to those departments around

14    the same time, in the winter or January, February of

10:12:04    15    2021?

16    A.    I know Bourbonnais was summertime of 2021,

17    and I believe Monee was maybe winter or spring.

18    Q.    Both after you were terminated though,

19    correct?

10:12:19    20    A.    Yes, both after I was terminated.

21    Q.    Bourbonnais and Monee, are those police

22    departments that are located generally in the same

23    area as the City of Kankakee?

24    A.    Generally, yes, sir.

62

1    Q.    Do you know any of the officers that work at

2    Bourbonnais or Monee through your experience of being

3    a Kankakee police officer or being involved with

4    KAMEG?

10:12:41    5    A.    Yes, sir.

6    Q.    Do you know any command staff, either the

7    chief, deputy chief, commanders, lieutenants, or

8    sergeants, at either Bourbonnais or Monee based upon

9    your prior experience as a police officer?

10:12:56    10    A.    Yes, sir.

11    Q.    And can you list out who you know at

12    Bourbonnais that is in a command position, a person

13    of authority or who might have any input in regards

14    to hiring police officers at Bourbonnais, based upon

10:13:14    15    your prior experience with them?

16    A.    Bourbonnais, I know I've interacted with,

17    I'm not sure what his name is, I think he's the

18    deputy chief there, I can't think of his name offhand

19    though; and I interacted with, I believe, their

10:13:36    20    patrol commander.  I think his last name is Berry.

21    I'm not sure what any other officers' ranks are at

22    this point.

23    MR. McGRATH:  I apologize, I don't have a

24    copy of the Bourbonnais application.  We subpoenaed

63

1    it, and I believe you received a copy of the

2    subpoena.  I don't know if you got a copy, but I can

3    send it to you.

4    MS. KRAUCHUN:  That's fine.

10:14:12    5    BY MR. McGRATH:

6    Q.    For Bourbonnais, correct me if I'm wrong,

7    you filled out an application which included some of

8    your background, criminal arrests, your criminal

9    background, and that you were terminated from the

10:14:24    10    Kankakee Police Department, correct?

11    A.    Yes, sir.

12    Q.    And then did you take a written test with

13    the Bourbonnais Police Department?

14    A.    Yes, sir.

10:14:37    15    Q.    And did you take -- or were you part of a

16    verbal examination with the Bourbonnais Police

17    Department?

18    A.    Yes, sir.

19    Q.    And was that before their Fire and Police

10:14:47    20    Commission or their police chief or was it a testing

21    agency that asked you questions?

22    A.    Chief, deputy chief, police and fire

23    commission.

24    Q.    For the oral portion of the testing,

64

1    correct?

2    A.    Chief, deputy chief, police and fire

3    commission, yes.

4    Q.    Are you aware of the results that you

10:15:06    5    received on the written and the oral portion of those

6    tests?

7    A.    Yes.

8    Q.    And were your scores tabulated, and then

9    were you placed on a patrol officer's hiring list?

10:15:20    10    A.    Yes.

11    Q.    Do you know where you rank on that list?

12    A.    Low.  I don't know what the specific number

13    is.

14    MR. McGRATH:  I'm going to mark this as City

10:15:37    15    Exhibit 4.

16    (Document so marked.)

17    BY MR. McGRATH:

18    Q.    Can I follow up as far as the oral portion

19    of the test with the Bourbonnais Police Department;

10:16:12    20    you indicated that you were asked questions by the

21    chief, deputy chief, and members of the fire and

22    police commission?

23    A.    I believe they were members of the police

24    and fire commission, yes.

65

1    Q.  And was that a process where you were called

2  in on a certain date and time in front of that body

3  where they would ask you a series of questions and

4  then give you an opportunity to give a verbal

10:16:34  5  response?

6    A.  Yes, sir.

7    Q.  All right.  Do you know if you were asked

8  the same questions as the other candidates during

9  that testing process?

10:16:42  10    A.  I'm unaware if I was or not.

11    Q.  What type of questions did they ask you?

12    A.  I don't remember, to be honest with you,

13  man.

14    Q.  I show you what's been marked as City No. 4,

10:17:00  15  which is Bates stamped 1599 through 1621.  If you

16  could just page through that and tell me if you

17  recognize that as being your application to the

18  Bourbonnais Police Department?

19    A.  (Witness reviewing document).  It looks like

10:17:36  20  it would be an application to the police department.

21    Q.  Is that an application that you supplied to

22  the Bourbonnais Police Department when you applied to

23  become a police officer with that department within

24  the last year?

66

1    A.  Yes, sir.

2    Q.  And the very last page, do you recognize

3  that as being the patrol officer's hiring list by the

4  Bourbonnais Fire and Police Commission?

10:17:53  5    A.  Yes, sir.

6    Q.  And what is the date on that list?  It's at

7  the top.

8    A.  It looks like it's the 15th of June, 2021.

9    Q.  Okay.  So June of this year they posted this

10:18:05  10  list after they had received who knows how many

11  applications and how many interviews and candidates

12  tested both in the written test and the verbal test

13  and then tabulated and then listed out the candidates

14  in order, correct?

10:18:21  15    A.  Yes, sir.

16    Q.  And it appears to have, I don't know,

17  approximately 20 individuals' names that are listed

18  from the best score to the lowest score, correct?

19    A.  Approximately 20, yes, sir.

10:18:33  20    Q.  And would you agree that you are the fourth

21  from the bottom of that list?

22    A.  Yes, sir.

23    Q.  Have you been contacted by the Bourbonnais

24  Police Department in regards to being hired as a

67

1  patrol officer?

2    A.  No, sir.

3    Q.  Do you know where they are on the list as

4  far as hiring off of that list for patrol officers?

10:18:57  5    A.  No, sir.

6    Q.  Because many times when there is testing

7  individuals apply to a number of departments and test

8  and are placed on different lists, and say somebody

9  on that list takes a job at another police

10:19:14  10  department, people would then be moved up or moved on

11  the list based upon some of those named individuals

12  taking jobs at other departments, correct?

13    A.  Yes, sir.

14    Q.  Do you know if you've been moved up on that

10:19:31  15  list at all?

16    A.  No, sir.

17    Q.  Since that list has been posted, have you

18  had any contact with the Bourbonnais Police

19  Department?

10:19:41  20    A.  No, sir.

21    Q.  Have you reached out to the deputy chief,

22  you didn't remember his name, but somebody that you

23  had had dealings with in KAMEG, or the Patrol

24  Commander Berry about the testing or the hiring of

68

1  patrol officers with the Bourbonnais Police

2  Department?

3    A.  No, sir.

4          (City Exhibit No. 5 marked

10:20:00  5          for I.D.)

6  BY MR. McGRATH:

7    Q.  I placed before you what is City Exhibit 5.

8  Do you recognize this as being the application that

9  you filled out --

10:20:28  10    A.  Yes, sir.

11    Q.  -- for the Monee Police Department?

12    A.  Yes, sir.

13    Q.  There is handwriting throughout this

14  application.  Do you recognize that as being your

10:20:43  15  application?

16    A.  Yes, sir.

17    Q.  In the first box under the top third of this

18  first page, applicant information, do you see the

19  question where it states, "have you ever been

10:20:59  20  convicted of a misdemeanor," and you checked off

21  "no," correct?

22    A.  Correct.

23    Q.  In the bottom of this first page, you list

24  out various references and you list out a Mike

69

```
 1    Shreffler, S-h-r-e-f-f-l-e-r, correct?
 2        A.   Correct.
 3        Q.   You indicate that he is a friend of yours
 4    and also a former co-worker, correct?
 5        A.   Correct.
 6        Q.   And is he now employed with the Monee Police
 7    Department?
 8        A.   Yes, sir.
 9        Q.   What position does he have with the Monee
10    Police Department?
11        A.   Patrolman.
12        Q.   How long has he been employed with the Monee
13    Police Department?
14        A.   I couldn't tell you exactly.  At least since
15    this date so more than a year.
16        Q.   The next reference you list is Kris
17    Lombardi, correct?
18        A.   Yes, sir.
19        Q.   And he is a member of the Kankakee Police
20    Department?
21        A.   Yes, sir.
22        Q.   And is he still employed with that
23    department?
24        A.   I believe so, yes, sir.
```

70

```
 1        Q.   The third individual is John -- is it
 2    Raimondo?
 3        A.   Raimondo, yes, sir.
 4        Q.   You indicate he is a retired Kankakee City
 5    police member, correct?
 6        A.   Correct.
 7        Q.   When he retired, what rank did he have?
 8        A.   Sergeant.
 9        Q.   And was he one of your supervisors and
10    co-workers at the Kankakee Police Department?
11        A.   Yes, sir.
12        Q.   On the second page of this application under
13    previous employment, you list the Kankakee City
14    Police Department, and there is a question that asks
15    your reason for leaving and you wrote down "pending
16    legal issues," correct?
17        A.   Correct.
18        Q.   And what did you mean by "pending legal
19    issues" as your reason for leaving the Kankakee City
20    Police Department?
21        A.   The administrative portion of my termination
22    was still pending.
23        Q.   At the bottom under disclaimer and
24    signature, "I certify that my answers are true and
```

71

```
 1    complete to the best of my knowledge," is that your
 2    signature?
 3        A.   Yes, sir.
 4        Q.   That is dated December 29th of 2020,
 5    correct?
 6        A.   Yes, sir.
 7        Q.   That's the approximate date that you
 8    submitted this application to this police department?
 9        A.   Yes, sir.
10        Q.   On the next page, it's Bates stamped 1636,
11    this is a consent to perform criminal history
12    background check by the Village of Monee, correct?
13        A.   Yes, sir.
14        Q.   Is that your handwriting on the top portion
15    of this document?
16        A.   Yes, sir.
17        Q.   And at the bottom there is a question:
18             Have you ever been convicted or plead
19    guilty before a court of any federal, state, or
20    municipal criminal offense, excluding minor
21    traffic violations, and you responded no.
22             Correct?
23        A.   Correct.
24        Q.   At the top of the next page, No. 2:
```

72

```
 1             Have you ever received deferred
 2    adjudication or similar disposition for any
 3    federal, state, or municipal criminal offense,
 4    and you responded no to that question.
 5             Correct?
 6        A.   Yes, sir.
 7        Q.   Again, above the signature at the bottom of
 8    this page, it reads:
 9             I hereby certify that all information
10    provided in this authorization is true, correct,
11    and complete.  I understand that if any
12    information proves to be inaccurate or
13    incomplete that grounds for the canceling of any
14    and all offers of employment or volunteer
15    positions will exist and may be used at the
16    discretion of the employer.
17             Did I read that correctly?
18        A.   Yes, sir.
19        Q.   You dated this on the 29th of December,
20    2020.  Is that your signature under where your name
21    is printed?
22        A.   Yes, sir.
23        Q.   Have you ever taken any written test or
24    verbal test with the Monee Police Department?
```

73

1    **A.**  No, sir.

2    **Q.**  Have you been contacted by anyone from the

3  Monee Police Department in regards to your

4  application for employment with the Monee Police

10:25:22  5  Department?

6    **A.**  No, sir.

7    **Q.**  Do you know if the Monee Police Department

8  has a patrol officer's eligibility list similar to

9  the Bourbonnais list?

10:25:37  10    **A.**  I don't know.

11    **Q.**  Have you ever inquired from anyone at Monee

12  on whether they have a list or if they are hiring?

13    **A.**  I have not.

14    **Q.**  Have you spoken to Mike Shreffler in regards

10:25:48  15  to being hired as a Monee police officer?

16    **A.**  Yes, sir.

17    **Q.**  And when was the last time you spoke with

18  him in regards to being hired by the Monee Police

19  Department?

10:26:01  20    **A.**  Man, probably February of 2020 in regards to

21  being hired.

22    **Q.**  Well, you filled out the application in

23  December of 2020.

24    **A.**  Oh, 2021, then, I'm sorry. I misspoke the

74

1  year.

2    **Q.**  And what did he tell you or what did you

3  learn from Mike Shreffler about your application with

4  the Monee Police Department?

10:26:30  5    **A.**  I didn't learn anything. He said he wasn't

6  aware if they were hiring or if chief was hiring.

7    **Q.**  Have you spoken to Mike Shreffler since

8  February of 2021?

9    **A.**  Yes.

10:26:42  10    **Q.**  Have you talked to him at all in regards to

11  your application with that police department?

12    **A.**  No, sir.

13    MR. McGRATH: We have been going for an hour

14  and a half. Anyone need to take --

10:27:02  15    MS. KRAUCHUN: I'm okay for a little bit.

16    THE WITNESS: I just got to maybe go to the

17  bathroom real quick.

18    MR. McGRATH: Yeah.

19    (A short recess was taken.)

10:30:41  20  BY MR. McGRATH:

21    **Q.**  If we can go back on the record, and let's

22  talk a little about your work history with the City

23  of Kankakee Police Department.

24    When did you apply to that department?

75

1    **A.**  2006 -- 2005 probably, end of 2005.

2    **Q.**  Can you explain the process, as you remember

3  it, how you become a Kankakee police officer?

4    **A.**  Fill out an application, there was an

10:31:11  5  orientation session at the community college, I

6  believe, and there was a testing process for a

7  written exam, there was the process for the power

8  test for the physical portion of it, and then I

9  believe that was it. Then the chief of police

10:31:32  10  notified me -- asked me if I wanted a job.

11    **Q.**  And were you placed on a list similar to the

12  list that Bourbonnais has?

13    **A.**  Yes, sir.

14    **Q.**  So there is a number of stages you go

10:31:46  15  through. First you fill out the application,

16  correct?

17    **A.**  Yes, sir.

18    **Q.**  Then does the department do a background

19  check on you?

10:31:52  20    **A.**  Yes, sir.

21    **Q.**  And you do a written test?

22    **A.**  Yes, sir.

23    **Q.**  Do you recall if that written test was

24  handled by an outside company or agency?

76

1    **A.**  I believe Stanard & Associates.

2    **Q.**  Okay. And then you are brought in for a

3  verbal portion of the testing?

4    **A.**  Yes, sir.

10:32:12  5    **Q.**  And was that done with the Fire and Police

6  Commission or with Stanard & Associates?

7    **A.**  To the best of my knowledge, Police and Fire

8  Commission.

9    **Q.**  When you completed all the testing, were you

10:32:25  10  placed on a list similar to the list that we went

11  through with Bourbonnais?

12    **A.**  Yes, sir.

13    **Q.**  Do you recall where you were on the

14  patrolman's list when you applied when that list was

10:32:37  15  put out?

16    **A.**  Third.

17    **Q.**  And do you know, if you applied in 2005, do

18  you know when that list was published or posted by

19  the Fire and Police Commission?

10:32:47  20    **A.**  I don't know the exact date.

21    (City Exhibit No. 6 marked

22    for I.D.)

23  BY MR. McGRATH:

24    **Q.**  I show you what's been marked as City No. 6.

77

1  Do you remember Detective Kenneth Lowman?

2      A.   Yes.

3      Q.   And was he assigned detective or

4  investigator to look into your background when you

10:33:29  5  applied to be a police officer with the City of

6  Kankakee?

7      A.   According to this, yes.

8      Q.   You see it's a three-page document, but I'm

9  staying on the first page.  In the middle do you see

10:33:49  10  where it says:

11          Berge was arrested for possession of

12  cannabis, 10 to 30 grams, and for possession of

13  drug paraphernalia by the Elk Grove Village

14  Police Department on June 27th of 1998.  He

10:34:02  15  plead guilty with a conviction on July 30th of

16  1998?

17      A.   That's what it says.  I don't remember ever

18  being convicted.

19      Q.   Do you see just below that:

10:34:13  20          Berge has a valid Illinois driver's

21  license along with the following infractions,

22  December 8th of 1998, a DUI?

23      A.   Yes.

24      Q.   And January 24th, 1999, statutory summary

78

1  suspension?

2      A.   Yes.

3      Q.   The statutory summary suspension, that was

4  part of your DUI arrest, correct?

10:34:35  5      A.   Yes.

6      Q.   Your driver's license was suspended for a

7  period of time?

8      A.   Yes, sir.

9      Q.   At the bottom above Detective Lowman's

10:34:46  10  signature, it states:

11          It is my recommendation that this

12  applicant be considered for employment as a

13  police officer for the Kankakee Police

14  Department.

10:34:58  15          Right?

16      A.   Yes, sir.

17      Q.   On the second page, is this a document that

18  you submitted during your application process with

19  the Kankakee Police Department to then Chief Kinkade?

10:35:13  20      A.   Yes, sir.

21      Q.   Chief Kinkade was the chief of the police

22  department while you were applying, correct?

23      A.   Yes, sir.

24      Q.   All right.  And on this page you indicate

79

1  that you were arrested and charged with DUI when you

2  were 19, you were not thinking about the consequences

3  of driving intoxicated, you were not convicted but

4  instead put on a two-year probation reporting monthly

10:35:34  5  to a probation officer, correct?

6      A.   Correct.

7      Q.   It also indicates that you had to do a

8  victim impact panel assigned to the SWAP program and

9  you had to complete an intensive outpatient drug

10:35:49  10  program, correct?

11      A.   Correct.

12      Q.   And on the third page you wrote to Chief

13  Kinkade about your possession of cannabis charge,

14  correct?

10:36:06  15      A.   Yes, sir.

16      Q.   Stating that in the same year, in 1998, you

17  were charged with possession of cannabis, you were

18  sent to 26th and California to see a judge, and you

19  were sent to drug classes in Chicago, and once those

10:36:22  20  were completed, the charges were dropped?

21      A.   Correct.  I forgot about that.

22          (City Exhibit No. 7 marked

23          for I.D.)

24

80

1  BY MR. McGRATH:

2      Q.   I show you City No. 7.  We will go through

3  this quickly.  It is a document dated January 4th of

4  2006 from Detective Lowman addressed to the Elk Grove

10:37:10  5  Village Police Department where he was asking for

6  information about your arrest from that department.

7  Do you see that?

8      A.   Yes.

9      Q.   The second page is a fax sent by Detective

10:37:25  10  Lowman to the Elk Grove Police Department, and the

11  third page is the response from the Elk Grove Police

12  Department listing out the charges that you were

13  charged with, and it has a date of conviction of

14  July 30, 1998, on the drug paraphernalia or cannabis

10:37:47  15  charge.

16      A.   That's what it says here, yes, sir.

17      Q.   It says under disposition:  Guilty, drug

18  rehab, Branch 40.

19          Did I read that correctly?

10:37:55  20      A.   That's what it says, yes, sir.

21      Q.   Another document that I'll mark as City

22  Exhibit No. 8.

23          (Document so marked.)

24

81

BY MR. McGRATH:

Q. This came from your personnel file based upon your applying to become a Kankakee police officer. Do you recognize this as being a driving abstract for your driver's license?

A. Yes, sir.

Q. And on the first page of this two-page exhibit there is a number 17, and that indicates that there is a statutory summary suspension on your driver's license, correct?

A. Yes, sir.

Q. And it indicates under -- by No. 55 that you were charged with DUI/alcohol and that this case was out of Cook Third. Is that the Rolling Meadows courthouse?

A. Yes, sir.

Q. Can I just ask you, on the DUI arrest, did you submit to a Breathalyzer?

A. I don't remember. I may have -- I don't remember specifically. I'm sure I did. I was young.

Q. Through your experience and training as a police officer, you are aware that if individuals are arrested for DUI and then requested to take a Breathalyzer, the implication of the suspension of

82

the driver's license depends if they take the Breathalyzer or don't take the Breathalyzer, correct?

A. I know that's the current way it works, yes, sir.

Q. So if you don't take the Breathalyzer test based upon a DUI arrest, your suspension is longer than if you do take the Breathalyzer and you are over the legal limit?

A. I'm unaware of what the law was at my -- at that point in time, my DUI.

Q. Do you recall how long your summary suspension was based upon your DUI arrest?

A. I think it was three months.

Q. Based upon your training and experience as a police officer, are you aware that DUI laws have changed over the years, correct?

A. Yes, sir.

Q. While you were a police officer with the City of Kankakee, would you agree that individuals are only allowed to get one supervision in a lifetime for a DUI?

A. I'm not sure of the law. I don't know.

Q. Okay. Do you know whether or not during the time that you were a Kankakee police officer, if you

83

arrested an individual for DUI and that individual had a prior DUI, if they were found guilty on the second DUI, it would be a conviction and they would lose their driver's license for a period of time?

MS. KRAUCHUN: I'm going to object, calls for a legal conclusion.

If you know, you can answer.

BY THE WITNESS:

A. I don't -- I don't know. I don't remember any specifics.

BY MR. McGRATH:

Q. Have you had training on DUI investigations and arrests?

A. Yes.

Q. Have you had any training on DUI proceedings in court?

A. Yes, a long time ago.

Q. When you say a long time ago, what year was your training?

A. I couldn't tell you. I don't remember. I would have to look at specific training records or whatever the police department would have on that.

Q. Did you handle DUI investigations while you were a Kankakee police officer?

84

A. Yes, sir, as the initial reporting officer.

Q. And were you involved in DUI investigations as a sergeant?

A. No, sir.

Q. Once you were hired by the Kankakee Police Department -- was that sometime in 2006?

A. Yes.

Q. Do you recall the month?

A. February.

Q. Of 2006 you were hired?

A. February 11, 2006.

Q. Were you hired along with any other officers that were on the patrolman's eligibility list?

A. Yes, sir.

Q. What other officers were in your class or hired along with you?

A. Josh Schneider, S-c-h-n-e-i-d-e-r.

Q. Okay. Anyone else?

A. He was in my academy class. We went to the academy together. There was another -- I couldn't tell you how many people on the list were hired.

Q. I'm just focusing on Kankakee's patrolman's eligibility list.

A. Yes.

85

1   Q.   Do you know, when you were chosen off of
2   that list, how many other individuals were chosen off
3   that list to be sent to the academy?
4   A.   One other one, Josh Schneider.
10:43:30 5   Q.   Where was Josh Schneider located on the
6   eligibility list when he was hired?
7   A.   I don't remember.
8   Q.   Was he higher or lower than you?
9   A.   He was ranked lower than me.
10:43:42 10   Q.   Do you know if the No. 1 candidate and the
11   No. 2 candidate that were placed on that eligibility
12   list, were they ever hired by the Kankakee Police
13   Department?
14   A.   I don't think so.
10:43:52 15   Q.   Do you know who was directly below you on
16   that list?
17   A.   Without seeing the list, I would only be
18   guessing.
19   Q.   Which police academy did you attend?
10:44:09 20   A.   The Police Training Institute in Champaign.
21   Q.   How long was that training?
22   A.   Approximately 11 weeks.
23   Q.   You graduated from the Police Training
24   Institute along with Josh Schneider?

86

1   A.   Yes, sir.
2   Q.   You both were then brought in, hired by the
3   police department, and sworn in as patrol officers,
4   correct?
10:44:38 5   A.   Yes, sir.
6   Q.   Were you then assigned to a field training
7   officer?
8   A.   Yes, sir.
9   Q.   How long were you assigned a field training
10:44:46 10   officer approximately?
11   A.   A month per phase.  There is three phases.
12   Q.   Once you completed the field training phases
13   with the Kankakee Police Department, you then were
14   assigned a shift and you worked in a patrol squad
10:45:17 15   car, correct?
16   A.   Correct.
17   Q.   After you were hired by the Kankakee Police
18   Department, did you receive ongoing training by the
19   department?
10:45:26 20   A.   Yes.
21   Q.   Would that be in-house training by the
22   department?
23   A.   Some in-house, some at different classes
24   not at the police department.

87

1   Q.   Where would you go for classes outside the
2   police department?
3   A.   Different police departments within the area
4   or facilities.
10:45:47 5   Q.   Was the ongoing training a mandatory portion
6   of being a member of the police department?
7   A.   Mandatory?  I wouldn't say it was mandatory.
8   I believe we were assigned classes by our
9   supervisors, and then we were told to go.  So as far
10:46:06 10   as being told to go, mandatory, yes.
11   Q.   Did you ever receive any training regarding
12   sexual harassment?
13   A.   I don't remember any specific classes.  I do
14   know that part of the ongoing training through our
10:46:27 15   Lexipol, I would have reviewed training on my
16   computer.
17   Q.   Can you explain what Lexipol is?
18   A.   It's a system that basically they give us
19   daily training bulletins or daily training questions,
10:46:44 20   do one a day for the month, and it goes over policy
21   review basically and scenario questions on the
22   specific policy.
23   Q.   So would it include rehashing or going over
24   what current policy is and, if there is any changes

88

1   to any policies, you would be notified; and Lexipol
2   is on a computer, I take it, --
3   A.   Yes.
4   Q.   -- and you read through it and then you
10:47:09 5   click off on answers to the changes to confirm that
6   you read what appears on the screen and that you
7   understood what appears on the screen, correct?
8   A.   Correct.
9   Q.   And you would have to do that every day
10:47:23 10   during certain months, or was it every day of every
11   shift?
12   A.   Per month they would give us 30 policies, I
13   believe, or a number of questions.  We were allowed
14   to take them on our own.  Some officers would do
10:47:39 15   multiple ones in a day.  Some officers would do one a
16   day.
17   Q.   But part of your job was to go on Lexipol
18   and make sure you are up to date on current policies
19   or changes of policies, and then you would sign off
10:47:57 20   on it and it would go to command staff or there would
21   be records that you had completed the Lexipol
22   training, correct?
23   A.   Correct.
24   Q.   All right.  So you had Lexipol training, and

89

1  then you also had in-house training where there would
2  be seminars or patrol officers or sergeants would be
3  brought into a conference room and policies,
4  procedures, or changes in the law would be taught to
5  the patrol officers?
6     A.   Yes, sir.
7     Q.   Would there then also be training going to
8  outside colleges or other police departments for
9  additional training?
10    A.   Yes, sir.
11    Q.   That ongoing training, was that always in
12 place from the time you were hired up until your
13 termination?
14    A.   Yes, sir.
15    Q.   I'm showing you what I'll mark as City
16 Exhibit 9.
17         (Document so marked.)
18 BY MR. McGRATH:
19    Q.   This is a certificate of achievement that
20 was given to you for an eight-hour training in
21 October of 2010.  Did I read that right?  This was
22 held at the Channahon Police Department.
23    A.   Yes, sir, that's what it says.
24    Q.   And this training for eight hours covered

90

1  workplace violence, ethics, and sexual harassment?
2     A.   Correct.
3     Q.   Do you recall this training?
4     A.   No.
5     Q.   Would you agree that a portion of this
6  training, based upon your certificate of achievement,
7  pertained to sexual harassment?
8     A.   Yes.
9         (City Exhibit No. 10 marked
10         for I.D.)
11 BY MR. McGRATH:
12    Q.   City 10.  This six-page document, do you
13 recognize this as being the City of Kankakee -- the
14 City Acceptable Use Policy?
15    A.   Yes, sir, that's what it says.
16    Q.   And is that your name next to 1.0, the
17 overview?
18    A.   That's my name, yes, sir.
19    Q.   Is that your handwriting?
20    A.   No.
21    Q.   If you go to the third page, is that your
22 signature at the bottom of the third page?
23    A.   Yes, sir.
24    Q.   If you turn to the fifth page where it has

91

1  Policy 328, discriminatory harassment.
2     A.   Yes, sir.
3     Q.   The very next page, again, is that your
4  signature by the date of June 5th of 2017?
5     A.   Yes, sir.
6     Q.   If you go to the first page of this two-page
7  policy, the first line, tell me if I'm reading it
8  right, it states:
9         The Kankakee Police Department is an
10 equal opportunity employer and is committed to
11 creating and maintaining a work environment that
12 is free of all forms of discriminatory
13 harassment, including sexual harassment, and
14 retaliation.
15         Did I read that correctly?
16    A.   That's what it says, yes, sir.
17    Q.   Is that the policy of the Kankakee Police
18 Department as of June '17?
19    A.   Yes, that was a policy in the policies.
20    Q.   Was this policy ever amended, changed, or
21 removed as a policy subsequent to June of 2017?
22    A.   I -- I don't know.
23    Q.   If you look to the second page of this
24 two-page policy at the very top, does it read:

92

1         The Kankakee Police Department, and
2  because of the way it's clipped, but I believe it
3  should read, the Kankakee Police Department strictly
4  prohibits any type of sexual harassment as defined by
5  the Federal Equal Opportunity Employment Commission,
6  the EEOC, and any other form of unlawful harassment
7  in the workplace.  Sexual harassment consists of
8  unwelcome sexual advances, requests for sexual
9  favors, or other verbal or physical acts of a sexual
10 or sex-based nature where, and then it lists out
11 various examples.
12         Did I read that correctly?
13    A.   Yes, sir.
14    Q.   Moving down to the middle portion of this
15 policy, does it state:
16         The Kankakee Police Department provides
17 employees with convenient, confidential, and
18 reliable mechanisms for reporting incidents of
19 harassment and discrimination.  When reporting
20 incidents of harassment or discrimination, the
21 employees will advise their immediate supervisor
22 of the incident.  If any supervisor is involved
23 in the incident, the employee will report the
24 incident directly to that supervisor's immediate

93

1    supervisor?
2             Did I read that correctly?
3        A.   Yes, sir.
4        Q.   As of June 5, 2017, were you aware of this
10:53:30 5    policy and procedure within the police department,
6    that there was convenient, confidential, and reliable
7    mechanisms for reporting incidents of sexual
8    harassment?
9        A.   That's what it says in the policy, yes, sir.
10:53:45 10      Q.   Who was the police chief in 2017?
11       A.   I don't remember.  It was either Larry
12   Regnier or Mike Kinkade.
13       Q.   Okay.
14       A.   Probably Regnier.
10:53:56 15      Q.   The following paragraph, the first sentence
16   reads:
17             The incident will be documented and all
18   correspondence will be collected by the affected
19   division commander and provided to the city
10:54:08 20   inspector for investigation.
21             Did I read that correctly?
22       A.   Yes, sir.
23       Q.   Based upon reading that, would you agree
24   that, if there is an incident of sexual harassment,

94

1    that it should be documented in a timely manner and
2    then given to the appropriate supervisor?
3        A.   It says division commander and city
4    inspector for investigation, yes, sir.
10:54:32 5        Q.   The question was:  Does this policy require
6    that any incident of sexual harassment should be
7    documented and all correspondence will be collected
8    by the affected division commander and then provided
9    to the city inspector for investigation?
10:54:51 10      A.   Yes, sir.
11       Q.   Above your signature:
12             By signing this form, I am
13   acknowledging that I have received a copy of
14   this policy.
10:54:59 15             And that's your signature on that date,
16   correct?
17       A.   Yes, sir.
18       Q.   During your term as a Kankakee police
19   officer and sergeant, did you ever make any complaint
10:55:14 20   of sexual harassment in writing to any of your
21   commanders?
22       A.   Not in writing, no, sir.
23       Q.   During your employment as a Kankakee police
24   officer and sergeant, did you ever report any sexual

95

1    harassment to any commander or any supervisory
2    officers within 72 hours of any type of sexual
3    harassment to have occurred?
4        A.   No, sir.
10:55:58 5        Q.   While you were a Kankakee police officer and
6    sergeant, you were disciplined on a few occasions,
7    correct?
8        A.   Yes, sir.
9             (City Exhibit No. 11 marked
10:56:08 10             for I.D.)
11   BY MR. McGRATH:
12       Q.   I show you what I've marked as City's
13   Exhibit No. 11.  Have you seen this document before?
14       A.   Yes, sir.
10:56:36 15      Q.   This document is dated November 8th of 2007
16   directed to you from then Chief Michael Kinkade,
17   correct?
18       A.   Yes, sir.
19       Q.   And Chief Kinkade was writing to you in
10:57:01 20   regards to an off-duty incident that occurred on
21   November 4, 2007, between you and Sergeant Jeff -- is
22   it Sais, S-a-i-s?
23       A.   Sounds good.  Yes, sir.
24       Q.   And this altercation occurred at a bar in

96

1    the City of Kankakee, correct?
2        A.   No -- I mean at a bar and then it would
3    be -- the actual incident was at a private residence.
4        Q.   Okay.  And you were out with Sergeant Jeff
10:57:44 5    Sais off duty, correct?
6        A.   Yes, sir.
7        Q.   And you were consuming alcohol for a number
8    of hours along with Sergeant Jeff Sais?
9        A.   Yes, sir.
10:57:54 10      Q.   And then the two of you got into a
11   confrontation?
12       A.   Correct.
13       Q.   And it ended up progressing into a fist
14   fight in front of a private residence?
10:58:09 15      A.   Yes, sir.
16       Q.   The police were called out along with an
17   ambulance, correct?
18       A.   I believe so.
19       Q.   Jeff Sais was seriously injured based upon
10:58:23 20   that confrontation, correct?
21       A.   Yes, sir.
22       Q.   And he was hospitalized?
23       A.   Yes, sir.
24       Q.   And what were his injuries?

97

1      A.    I don't have any direct knowledge of his
2   injuries.  I can only tell you what I've heard
3   through hearsay.
4      Q.    And what did you hear?
5      A.    That he had a punctured lung, broken ribs, I
6   think he had a ruptured eardrum, and a broken orbital
7   socket.
8      Q.    Did you receive any injuries?
9      A.    Nothing substantial.
10      Q.    Do you see on the first page, the fourth
11   paragraph, the last sentence, Chief Kinkade writes:
12          Your actions during this incident cause
13   me to question your readiness for duty as a
14   police officer?
15      A.    Yes, sir.
16      Q.    The top of the second page, Chief Kinkade
17   writes:
18          You will remain off duty on paid
19   administrative leave until which time my office has
20   received communication from Campion.
21      A.    Campion.
22      Q.    Who is Campion?
23      A.    I think they were an agency that does
24   fit-for-duty, readiness-for-duty evaluations.

98

1      Q.    Were you sent to Campion for a
2   fitness-for-duty evaluation?
3      A.    Yes.
4      Q.    I'm going to mark this as City Exhibit 12.
5          (Document so marked.)
6   BY MR. McGRATH:
7      Q.    Do you recognize this as being a letter sent
8   to you from Chief Kinkade on January 17th of 2008?
9      A.    Yes, sir.
10      Q.    And was this memo from the chief giving you
11   a written order requiring you to contact the Employee
12   Assistance Program to seek evaluation and assistance
13   for possible alcohol abuse and to participate in
14   anger management counseling?
15      A.    That's what it says, yes, sir.
16      Q.    And this memo and that written order was
17   based upon the incident of November 4, 2007, between
18   you and Sergeant Jeff Sais?
19      A.    Yes, sir.
20          (City Exhibit No. 13 marked
21          for I.D.)
22   BY MR. McGRATH:
23      Q.    I put before you what's been marked as City
24   Exhibit 13 --

99

1      A.    I don't know if you want to -- I don't know
2   if that's going to mess with anything, make that 12.
3      Q.    Yeah.
4      A.    And change that to 13 now.
5      Q.    City Exhibit 13, do you recognize this as a
6   notice of suspension --
7          MS. KRAUCHUN:  I'm sorry, Mike, but do you
8   have a copy for me?
9          MR. McGRATH:  Oh, sorry.
10   BY MR. McGRATH:
11      Q.    -- based upon the incident between you and
12   the sergeant?
13      A.    Sergeant Sais, yes.
14      Q.    Based upon that incident, you were given a
15   suspension of three days off, correct?
16      A.    Correct.
17      Q.    Did you appeal that suspension?
18      A.    Yes.
19      Q.    And what happened when you appealed that
20   suspension?
21      A.    The chief agreed that three days was too
22   much so he suspended me for two days, and I accepted
23   that punishment.
24      Q.    Again, that would be Chief Kinkade

100

1   reduced --
2      A.    Yes, sir.
3      Q.    -- your three-day suspension to a two-day
4   suspension?
5      A.    Yes, sir.
6      Q.    Did you go through the grievance procedure
7   with the union to have that suspension reduced from
8   three days to two days or was that based just on a
9   conversation you had with the chief?
10      A.    I had a conversation with the chief.  I was
11   brand new.  I know I had a representative from our
12   union, Scott Monfradini [phonetic] with me.  I didn't
13   know what I was doing.  I showed up with Scott,
14   talked to the chief, and the chief reduced it.
15      Q.    Do you know how long Sergeant Sais was
16   hospitalized or remained in the hospital based upon
17   his injuries?
18      A.    No, sir.
19      Q.    Is Sergeant Sais still with the police
20   department?
21      A.    No, sir.
22      Q.    Do you know when he left the police
23   department?
24      A.    He was fired for stealing I don't know how

101

1 many years ago now, eight years ago, ten years ago.
2 It's been a while.
3 Q. He was fired for stealing what?
4 A. He was stealing funds out of the -- at the
5 time I believe it was the P.B.P.A., the Police
6 Benevolent -- I'm not sure what the other initials
7 stand for. He was taking money out of that account
8 for his personal use.
9 Q. Was he on some sort of a committee or
10 commission --
11 A. Yes, sir, he was on the P.B.P.A. board.
12 Q. That's not the pension board, is it?
13 A. No. I think it's Police Protection
14 Benevolent Association, P.B.P. -- P.P.B.A.
15 MS. KRAUCHUN: My knowledge is that's
16 usually like the sergeant's union, at least that's
17 what it is in Chicago. P.B.P.A. is the
18 sergeant/lieutenant's union
19 THE WITNESS: No, not for us. They actually
20 dropped the P.B.P.A. They just have a Kankakee
21 Officer's Association or something like that.
22 BY MR. McGRATH:
23 Q. Is that where dues are paid into?
24 A. You pay dues into it, yes, sir.

102

1 Q. Do you know how much it was alleged to have
2 been stolen from the fund?
3 A. Thousands of dollars. I believe he was
4 prosecuted for it.
5 Q. So he was criminally charged?
6 A. I believe so, yes.
7 Q. Do you know the outcome of the criminal
8 prosecution?
9 A. No, sir.
10 Q. That would have been down in Kankakee
11 County?
12 A. Kankakee County, yes, sir.
13 Q. Did that happen under Chief Kinkade eight
14 years later, or was that another chief?
15 A. I believe it was Chief Kinkade.
16 Q. When you say he was fired, do you know if he
17 went before the Fire and Police Commission or an
18 arbitrator?
19 A. I don't know.
20 Q. Do you know if there was any type of a
21 hearing for him to be fired?
22 A. I don't know.
23 Q. How do you know that he was fired rather
24 than he just resigned?

103

1 A. Just from talking to the other guys. I
2 don't have specific knowledge if he resigned or was
3 fired.
4 Q. And at the time that he was fired or
5 resigned, was Jeff Sais a sergeant with the police
6 department?
7 A. Yes.
8 (City Exhibit No. 14 marked
9 for I.D.)
10 BY MR. McGRATH:
11 Q. I place before you City Exhibit No. 14,
12 which is a document dated January 28th of 2014. Have
13 you ever seen this document before?
14 A. You know what, I don't remember ever seeing
15 this, so not to my knowledge, no, sir. I mean I
16 signed off on it. I don't remember reading it
17 though.
18 Q. Let's go through it. This is, again, dated
19 January 28th of 2014 by the chief of police at that
20 time was Larry -- is it Regnier or Regnier?
21 A. Regnier.
22 Q. Regnier?
23 A. Yes, sir.
24 Q. Spelled R-e-g-n-i-e-r. Chief Regnier -- is

104

1 it Regnier?
2 A. We pronounced it Regnier, so I don't know.
3 You are the chief.
4 Q. Okay. This report in the first paragraph
5 states:
6 On January 27th of 2014 at about
7 1:00 p.m. Master Sergeant Aaron Harsey and
8 Lieutenant Chris Kidwell came to my office and
9 explained to me that Heather Disosway, the
10 estranged girlfriend of Patrolman Paul Berge,
11 had text Lieutenant Kidwell and told him that
12 Patrolman Berge was abusing steroids and other
13 medications.
14 A. Yes.
15 Q. And it goes on to list some medications that
16 Heather Disosway was indicating that you were abusing
17 at that time. Do you see that, those medications in
18 the first paragraph?
19 A. I see those medications. That's what she
20 said, yes.
21 Q. And she advised the master sergeant and
22 Lieutenant Kidwell of Trenbolon; Stanoxyl -- is that
23 how your pronounce it -- 10, which is a steroid;
24 Xanax; Ritalin; and Adderall, correct?

105

1    A.    That's what it says, correct.

2    Q.    Are you aware that the police department

3    then opened up an investigation based upon what

4    Heather Disosway reported to the department?

11:09:47 5    A.    Yes, sir.

6    Q.    Can you look at the bottom of the second

7    page, which is Bates stamped 1301.  Do you see where

8    it says:

9        At 1:30 p.m. I contacted Master

11:10:13 10        Sergeant Harsey -- and Master Sergeant Harsey,

11        he was part of KAMEG?

12    A.    Correct.

13    Q.    And KAMEG is K-A-M-E-G, and that's that

14    specialized drug unit in the Kankakee-Bourbonnais

11:10:25 15    area, correct?

16    A.    Correct.

17    Q.    And he was the master sergeant of KAMEG, and

18    the chief contacted him, and the master sergeant:

19        Advised that he was going to meet with

11:10:34 20        Ms. Disosway and retrieve the truck and get it

21        back from Patrolman Berge.  He also advised that

22        he was going to retrieve Patrolman Berge's KAMEG

23        credentials from him as he could not remain with

24        the unit under the circumstances.

106

1        Did I read that correct?

2    A.    Correct.

3    Q.    Following the investigation, there was then

4    a last-chance discipline agreement entered between

11:10:59 5    you and the police department, correct?

6    A.    Correct.

7    Q.    And you were represented by the union during

8    that investigation and that disciplinary process?

9    A.    Correct.

11:11:19 10    Q.    The last-chance agreement is the last two

11    pages of this exhibit -- I'm sorry, can you take that

12    off.  That shouldn't be part of this --

13    A.    Yeah, I was going to say, that's why I

14    didn't remember this.  I remember the last-chance

11:11:47 15    agreement.  I don't remember the report.

16    Q.    Would you agree with me that, based upon the

17    investigation, the allegation that you were using

18    steroids resulted in you being removed from KAMEG?

19    A.    Correct.

11:12:13 20    Q.    How long had you been using steroids without

21    a prescription?

22    A.    Oh, a short period of time, a month, couple

23    months.

24        (City Exhibit No. 15 marked

107

1        for I.D.)

2    BY MR. McGRATH:

3    Q.    I show you what's been marked as City

4    Exhibit 15.

11:13:12 5    A.    Is this part of this exhibit now?

6    Q.    You can just put that to the side.

7    A.    Okay.

8    Q.    City Exhibit 15 is from Riverside Medical

9    Center.  Were you sent for a drop in February of 2014

11:13:30 10    based upon the allegations made by Heather and

11    brought to the attention of the police department?

12    A.    Yes, sir.

13    Q.    And City Exhibit 15, at the bottom it's Bates

14    stamped 1294, does it indicate you tested positive on

11:13:47 15    that date for steroids?

16    A.    Yes, sir.

17    Q.    Were you then sent to be seen and

18    potentially counseled by a Susan D-a-s-c-e-n-z-i?

19    Her name appears on the second page of this exhibit.

11:14:08 20    Do you remember her?

21    A.    I don't remember her last name.  I remember

22    speaking with her.  If that's what it says, then

23    that's who I talked to.

24    Q.    The last page of this exhibit, Bates stamped

108

1    1296, do you recognize this as being a correspondence

2    from the police chief at the time, --

3    A.    Yes, sir.

4    Q.    -- which orders you to submit to another

11:14:32 5    drug screening on May 7th of 2014 and that you would

6    be subject to random drug tests for the next twelve

7    months?

8    A.    Yes, sir.

9    Q.    And based upon this investigation, you

11:14:45 10    received a 30-day suspension, correct?

11    A.    Correct.

12    Q.    Along with the removal from KAMEG?

13    A.    Correct.

14    Q.    And then you went back to the Kankakee

11:15:00 15    Police Department as a patrol sergeant?

16    A.    Patrolman.

17    Q.    Patrolman?

18    A.    Yes, sir.

19        (City Exhibit No. 16 marked

11:15:06 20        for I.D.)

21    Q.    I show you what I've marked as City 16.  Do

22    you recognize this as being a notice of suspension

23    based upon that investigation?  Again, it indicates

24    that you were going to be suspended for a period of

109

1   30 days.

2   **A.**  Yes.

3   **Q.**  Did you appeal this suspension?

4   **A.**  No, sir.

5       (City Exhibit No. 17 marked

6       for I.D.)

7   **Q.**  I show you what's been marked as City

8   Exhibit 17. Do you recognize this as being an

9   article in the *Daily Journal* regarding your

10  suspension for illegal steroid use?

11  **A.**  Yes, sir.

12  **Q.**  It shows a picture of you -- a photograph of

13  you inside of a store, correct?

14  **A.**  Correct.

15  **Q.**  Based upon this article, would you agree

16  that it was publicly known that you had been

17  suspended for illegal use of steroids and that you

18  were removed from KAMEG?

19  **A.**  Yes, sir.

20      (City Exhibit No. 18 marked

21      for I.D.)

22  BY MR. McGRATH:

23  **Q.**  I put before you City Exhibit No. 18. Do

24  you recall in October 3rd of 2014 the police chief

110

1   sending you this correspondence in regards to a

2   chargeable accident?

3   **A.**  Yes, sir.

4   **Q.**  This is the incident where you backed a

5   squad car into some sort of a street pole and you

6   damaged the vehicle, correct?

7   **A.**  Yes, sir.

8   **Q.**  You just received -- this is a written

9   reprimand that went into your personnel file?

10  **A.**  I don't recall it being called a written

11  reprimand because I know that when we are driving our

12  vehicles we are allowed, I believe, three chargeable

13  vehicle accidents within a year before any type of

14  disciplinary action was taken place.

15  **Q.**  You weren't placed on any type of

16  suspension, but this was written up and a copy of the

17  police report -- accident report was made part of

18  your file, right?

19  **A.**  Yes.

20      (City Exhibit No. 19 marked

21      for I.D.)

22  BY MR. McGRATH:

23  **Q.**  I put before you what's been marked City

24  Exhibit 19. Do you recognize this as being an

111

1   Illinois Traffic Crash Report?

2   **A.**  Yes, sir.

3   **Q.**  This is a report that's filled out by any

4   patrol officer or anyone within the police department

5   if there is any type of a motor vehicle accident,

6   correct?

7   **A.**  Correct.

8   **Q.**  It's a standard form that you fill in the

9   basic information such as the parties involved, the

10  vehicles involved, the date, location of the

11  accident; fair enough?

12  **A.**  Fair enough.

13  **Q.**  All right. Would you go through this

14  document with me. This states that the date of crash

15  for this incident was on April 14th of 2012?

16  **A.**  Yes, sir.

17  **Q.**  In the upper right and lower right is when

18  the police are notified on April 14th of 2012, and it

19  indicates that the time the police were notified on

20  that date was 10:39 a.m., correct?

21  **A.**  Correct.

22  **Q.**  The only vehicle involved in this Illinois

23  Traffic Crash Report was a Ford Mustang, 2005, with a

24  plate being X465034, belonging to you, correct?

112

1   **A.**  Correct.

2   **Q.**  And that vehicle had front end damage

3   according to the little picture where you indicate

4   where the damage is to the vehicle?

5   **A.**  Yes, sir.

6   **Q.**  And at the bottom this report is signed off

7   by a patrolman, it looks like -- is it Reed Wagner?

8   **A.**  Rod.

9   **Q.**  Rod Wagner?

10  **A.**  Wagner, yes, sir.

11  **Q.**  Who is the sergeant that signed off on this

12  report?

13  **A.**  I don't know.

14  **Q.**  Patrolman Rod Wagner, was he called to the

15  scene where you were at to fill out this report?

16  **A.**  Yes, sir.

17  **Q.**  The upper left portion of this report, it

18  says South Evergreen Avenue and Emory Street. Is

19  that where Patrolman Wagner reported to?

20  **A.**  Yes, sir.

21  **Q.**  And is that where the vehicle was when this

22  Illinois Traffic Crash Report was filled out?

23  **A.**  Yes, sir, that's where the vehicle was.

24  **Q.**  And what is located at South Evergreen

113

1  Avenue and Emory Street?

2  A.  Another police officer's residence.

3  Q.  And which police officer lives or lived

4  around that location?

5  A.  Joe English.

6  Q.  How did your car get to that location on

7  that date?

8  A.  I drove it.

9  Q.  Did you drive it to that location shortly

10  before Patrolman Wagner came to take and fill out the

11  Illinois Traffic Crash Report?

12  A.  No, sir.

13  Q.  When did you drive your vehicle to that

14  location?

15  A.  I'm not sure about the time, but it was the

16  late night, early morning of the 13th or the 14th of

17  April.

18  Q.  Of 2012?

19  A.  Yes, sir.

20  Q.  If you can look on the second page, this is

21  where there is like a diagram and it asks for a

22  narrative to be filled out to explain how the

23  accident took place, correct?

24  A.  Correct.

114

1  Q.  And you filled out these type of reports

2  throughout your career as a police officer?

3  A.  I have, yes, sir.

4  Q.  And in the diagram it shows, it looks like,

5  your vehicle is on the right side of the road and it

6  has damage to the front area of the vehicle, correct?

7  A.  Yes, sir.

8  Q.  And next to your vehicle is "900 block South

9  Evergreen Ave." Do you know whose handwriting or who

10  filled out that portion of the diagram?

11  A.  I don't know. I assume it was Rod Wagner.

12  Q.  It's not your handwriting?

13  A.  No, sir. No.

14  Q.  For Sergeant Wagner to fill out this report,

15  did he get information to fill out this report from

16  you?

17  A.  Patrolman Wagner, yes, sir.

18  Q.  I'm sorry, patrolman.

19  A.  Yes, sir, that's what I told him.

20  Q.  You told him. In the narrative, whose

21  handwriting is that, at least on the first six lines?

22  A.  I don't know.

23  Q.  And under the narrative, would you agree

24  that it was most likely filled out by Patrolman

115

1  Wagner?

2  A.  Yes, sir.

3  Q.  And it was filled out based upon the

4  information that you told Patrolman Wagner in 2012,

5  correct?

6  A.  Correct.

7  Q.  And it states:

8        Unit 2 was parked and unoccupied in the

9  900 block of South Evergreen Avenue.

10        Did I read that correctly?

11  A.  Yes, sir.

12  Q.  And then it says:

13        Unknown Unit 1 hit Unit 2's front

14  end. Unit 1 then fled area.

15        Did I read that correctly?

16  A.  Yes, sir.

17  Q.  And then it says:

18        Unit 2 will be towed later by an

19  unknown tow company.

20        And then below that it looks like a

21  little different type of handwriting. Do you know

22  whose handwriting that is?

23  A.  No, sir, I don't.

24  Q.  It says:

116

1        With the information provided, Unit No.

2  1 (the suspect vehicle) was unable to be

3  located. Report forwarded over to records.

4        Did I read that correctly?

5  A.  Yes, sir.

6  Q.  So based upon a review of this Illinois

7  Traffic Crash Report, it appears that you reported to

8  the Kankakee Police Department that your car was

9  parked at that location and it was struck by some

10  unknown other vehicle and your vehicle was damaged,

11  correct?

12  A.  That was my initial report, correct.

13  Q.  And that was information given to the

14  Kankakee Police Department, which would have started

15  the process of investigating a possible hit-and-run?

16  A.  Correct.

17        (City Exhibit No. 20 marked

18        for I.D.)

19  BY MR. McGRATH:

20  Q.  Now I'll show you City Exhibit 20. Do you

21  recognize this as being the last-chance discipline

22  agreement that was issued to you based upon a

23  subsequent investigation of the alleged hit-and-run

24  accident from April 14th of 2012?

117

1    A.    Yes.

2    Q.    And this last chance discipline agreement is

3    dated April 6th of 2015, approximately three years

4    after that accident was reported by you to the

5    Kankakee Police Department as being a hit-and-run,

6    correct?

7    A.    Correct.

8    Q.    In actuality, there was no hit-and-run, you

9    had been out in your vehicle and you caused the

10    damage to your vehicle, correct?

11    A.    Yes.  Correct.

12    Q.    So you did not report that to your police

13    department, that you caused the damage to your

14    vehicle, rather you reported it as somebody else

15    causing the damage to your vehicle, correct?

16    A.    Correct.  My initial report, that's what it

17    was.

18    Q.    Okay.  So this initial report from April

19    2012 was a false narrative and a false report given

20    to the Kankakee Police Department?

21    A.    Correct.  I got it filled out just for

22    insurance purposes.

23    Q.    And you submitted it to your insurance

24    company --

118

1    A.    No, sir, I didn't.

2    Q.    Okay.  Can you clarify that?  You filled it

3    out for insurance purposes --

4    A.    When it occurred, I panicked, it was the

5    only vehicle I had, it was totaled, so I had

6    insurance and I figured I'd get money from my

7    insurance for a down payment.  Once that was filled

8    out, I thought about it some more and I told myself

9    that, you know what, you were wrong.  I didn't report

10    it to my insurance company, and I just took the loss.

11    Q.    In 2012 did you bring it to the attention of

12    any of the command staff within the City of Kankakee

13    Police Department that you had submitted false

14    information that was put into the Illinois Traffic

15    Crash Report on April 14th of 2012?

16    A.    No, sir, not in 2012.

17    Q.    In 2013 did you submit any information to

18    the Kankakee Police Department command staff that you

19    had submitted false information on the Illinois

20    Traffic Crash Report in April 14th of 2012?

21    A.    No, sir.

22    Q.    In 2014 did you submit any information to

23    the Kankakee Police Department to let them know that

24    you had submitted false information on the Illinois

119

1    Traffic Crash Report dated April 14th of 2012?

2    A.    No, sir.

3    Q.    Did you submit information in 2015 that you

4    had supplied false information on the April 14, 2012,

5    Illinois Traffic Crash Report?

6    A.    Yes, sir.

7    Q.    And how did it come about three years later

8    that you had submitted false information on an

9    Illinois Traffic Crash Report three years earlier?

10    A.    I believe another officer, then

11    patrolman/now Sergeant Brooks, was getting

12    disciplined for an incident that occurred with him on

13    duty.  And during, I believe the meeting with the

14    then mayor and the then chief, I believe he

15    complained that I wasn't disciplined for my incident

16    off duty.  So once he said something, the chief was

17    notified of that and he opened an investigation.

18    Q.    Who was the mayor at the time?

19    A.    I believe it was Nina Epstein.

20    Q.    And who was the police chief at the time?

21    A.    I believe it was Regnier.

22    Q.    And Officer Brooks was complaining that you

23    weren't disciplined --

24    A.    That's my knowledge of what happened, yes.

120

1    Q.    Did you ever have a conversation with

2    Officer Brooks about you filling out a false traffic

3    crash report or what happened to your vehicle on

4    April 14th of 2012?

5    A.    No, sir.

6    Q.    How was it that Officer Brooks knew anything

7    about you filling out a false report or the

8    circumstances surrounding the damage to your vehicle

9    on April 14th of 2012?

10    MS. KRAUCHUN:  Objection, calls for

11    speculation, but you can answer if you know.

12    BY THE WITNESS:

13    A.    From what I heard was just through rumors.

14    BY MR. McGRATH:

15    Q.    Through rumors what?

16    A.    That he heard that I -- that the initial

17    incident that I reported to the police department

18    wasn't true.

19    Q.    And did you ever speak to anyone --

20    co-workers or anyone at the police department prior

21    to April of 2015 that you had filled out a false

22    Illinois Traffic Crash Report back in 2012?

23    A.    No, sir.

24    Q.    So if you didn't tell anyone that you filled

121

1   out a false traffic crash report, where would anyone

2   have received information to lead them to believe

3   that you had filled out a false traffic crash report?

4      A.   What I believe happened was that I was at a

5   local bar in town when I crashed the Mustang into the

6   Jewel, into a brick wall, so I didn't cause any

7   damage to that. I left the vehicle at 900 South

8   Evergreen overnight. I'm not sure. I went to go

9   collect it the next morning. I made that initial

10   report just because I panicked and for insurance

11   purposes. I left the vehicle sitting 900 South

12   Evergreen for several hours.

13           My understanding is that, while my

14   vehicle was sitting there, other police officers,

15   patrolmen, became curious of what had occurred and

16   curious of the damage to my vehicle because everyone

17   knew it was my vehicle just from the description and

18   from probably talking with Rod. So I believe other

19   officers went to the scene to see what happened to my

20   vehicle. My vehicle was parked and unoccupied

21   according to the report, however, my airbags were

22   deployed. So airbags cannot be deployed when the

23   vehicle was parked and not running, so that's where I

24   believe the initial rumors occurred.

122

1      Q.   Did you overhear any of these rumors, or

2   were you aware these rumors were circulating within

3   the police department in 2012, 2013, or 2014?

4      A.   I was aware after the initial occurrence

5   happened, I heard things; and then it just went away,

6   people stopped talking about it and moved on to

7   something else.

8      Q.   On April 13th or 14th of 2012 when you

9   crashed your car into the Jewel wall, do you believe

10   that you were intoxicated?

11      A.   No, sir.

12      Q.   All right. Do you believe that you would

13   have been charged with driving under the influence of

14   alcohol?

15      A.   I don't believe so, no, sir.

16      Q.   And why didn't you leave your car there?

17      A.   Why did I leave my car --

18      Q.   At the Jewel and not report the accident?

19      A.   I did report the accident, but I reported it

20   falsely.

21      Q.   The next day?

22      A.   Correct.

23      Q.   In the early morning?

24      A.   Correct.

123

1      Q.   Why did you not report the accident when you

2   hit the Jewel wall --

3      A.   Because I -- Sorry.

4      Q.   -- if you believe that you weren't under the

5   influence of alcohol or wouldn't have been charged

6   with DUI?

7      A.   Because I knew what it would look like and I

8   didn't want to put any other officers in the

9   situation where they would have to show up and make

10   that decision.

11      Q.   You are aware that, if you are involved in

12   an accident, you have a duty and obligation to report

13   that accident to the police department?

14      A.   Correct.

15      Q.   And you did not do that when you struck the

16   Jewel wall in the Jewel parking lot, correct?

17      A.   Correct, I didn't, because it was only my

18   vehicle that was damaged.

19      Q.   And it was damaged to the extent that the

20   airbags were deployed, correct?

21      A.   Yes.

22      Q.   And you got up the next morning and you

23   drove it to the location of Evergreen and Emory

24   Street?

124

1      A.   It was after the incident happened.

2      Q.   Yes. You went to the Jewel --

3      A.   No, I drove it -- right after the incident

4   happened, I left the Jewel and went down and parked

5   it on 900 South Evergreen.

6      Q.   Oh, I took it from your testimony that your

7   car was left at the Jewel and officers potentially

8   drove by and saw your car parked by the Jewel wall

9   where it had struck the wall.

10      A.   No, sir. They drove by the 900 South

11   Evergreen because there was no report that a vehicle

12   hit the Jewel wall that night. The next day a

13   citizen in that block called in the report saying

14   that there was a vehicle in the road that was busted

15   up. I believe an officer responded to that; and I

16   can't tell you the exact timetable of it, but that

17   morning, whatever time that was, I came back to the

18   vehicle to retrieve it and get it towed back to my

19   house.

20      Q.   Do you know if the department was contacted

21   before you went back to that location to retrieve

22   your vehicle?

23      A.   I'm unaware.

24      Q.   Was Patrolman Wagner the only officer that

125

1   was on scene when the Illinois Traffic Crash Report
2   was filled out?
3       A.   Yes, sir.
4       Q.   And, again, you mentioned an officer that
5   lives at that location.  Which officer lives at that
6   location?
7       A.   In that block, Joe English.
8       Q.   All right.  Did you go to Joe English's
9   house between the time that you struck the Jewel wall
10  and the time that you came back and met with
11  Patrolman Wagner?
12      A.   No, sir.
13      Q.   So you had no conversation with English
14  during the time of the crash until the time the
15  Illinois Traffic Crash Report was filled out?
16      A.   Correct.
17      Q.   Why did you drive your car to Officer
18  English's residence?
19      A.   Because I panicked.
20      Q.   How far away is his residence from the
21  Jewel?
22      A.   I couldn't tell you.  I mean the Jewel is
23  400 South Washington and he lives 900 South
24  Evergreen.  A mile, couple miles.

126

1       Q.   Where did you go after you dropped your car
2   off at Officer English's house?
3       A.   I walked back to the bars.
4       Q.   Which bars did you walk to?
5       A.   In town.  I went to -- I don't even know the
6   name of it.  I was at City Tavern and then I went
7   over to maybe -- it's called Our Bar then.
8       Q.   Who were you out with that night?
9       A.   Joe English.
10      Q.   So you were out with Joe English prior to
11  you crashing into the Jewel wall?
12      A.   Yeah.
13      Q.   And how long were you out with Joe English?
14      A.   I'm not sure what time I got home in the
15  morning.
16      Q.   What time did you meet up with --
17  approximately with Joe English to go out to the bars?
18      A.   I couldn't tell you.  9:00, 10:00 o'clock at
19  night.
20      Q.   How many hours were you inside the bar until
21  you got into your car and drove into the Jewel wall?
22      A.   I don't remember.
23      Q.   Approximately how many hours?
24      A.   Well, if the bar closes at 2:00, two hours,

127

1   three hours.
2       Q.   That would be if you got to the bar at 11:00
3   or midnight, correct?
4       A.   Sure.  I'm just thinking of the entire
5   timetable.
6       Q.   So then after you crashed your car and then
7   drove it to Joe English's house, you indicated you
8   walked back to the bars.  Were the bars closed then?
9       A.   No, sir.
10      Q.   What time was it that you arrived back at
11  the bars?
12      A.   I don't remember.
13      Q.   Was Joe English still there?
14      A.   I don't remember.
15      Q.   Were there any other members of the Kankakee
16  Police Department there?
17      A.   I don't remember.
18      Q.   Do you remember who you spoke to?
19      A.   That night?
20      Q.   After walking back to the bars, did you
21  speak to anyone?
22      A.   I went back to the bar, so I had
23  conversations with people.
24      Q.   Do you remember who you were with?

128

1       A.   No, sir.
2       Q.   Do you remember how long you stayed at the
3   bars?
4       A.   No, sir.
5       Q.   Did you go anywhere after the bar -- did you
6   stay at the bars until they closed at 2:00 o'clock?
7       A.   Yes, sir.
8       Q.   Do you remember where you went at that time?
9       A.   I went to a girl's house.  I don't even
10  remember her name.
11      Q.   Where does she live?
12      A.   I don't remember.  I think Bradley or
13  Bourbonnais.
14      Q.   She drove?
15      A.   No, sir.
16      Q.   How did you get there?
17      A.   I don't remember.
18      Q.   How do you know that she didn't drive?
19      A.   I don't remember that night, man.
20      Q.   Is that because you were intoxicated?
21      A.   Yeah, extremely intoxicated after I crashed
22  my vehicle, yes, because it was a nice car that was
23  paid off and I was pretty upset.
24      Q.   If we can go to City Exhibit 20, the

129

1    last-chance discipline agreement, was this agreement
2    drafted, reviewed by you and your attorney from the
3    union and the chief?
4         A.    Yes, sir.
5         Q.    Is that your signature on the bottom of the
6    second page?
7         A.    Yes, sir.
8         Q.    And did you agree to all the statements and
9    provisions in this last-chance discipline agreement?
10        A.    Yes, sir.
11        Q.    And if you look at the first full paragraph
12   on the first page, it reads:
13              Berge acknowledges that on April 14,
14        2012, in the early morning hours he wrecked his
15        personal vehicle into the side of a commercial
16        building in the 100 block of West Hickory Street
17        causing over $500 in damage to his vehicle,
18        while under the influence of alcohol and
19        unprescribed steroids, and left the scene
20        without filing a police report and that police
21        report was made later that same day as an
22        unknown hit-and-run accident in the 900 block of
23        South Evergreen Avenue.
24              Did I read that correctly?

130

1         A.    Yes, sir.
2         Q.    So by you signing off on this last-chance
3    agreement, and having reviewed it with your attorney,
4    you agreed that you admitted that you were under the
5    influence of alcohol and under the influence of
6    unprescribed steroids at the time of that accident?
7         A.    Yes, sir, that's what they wanted me to
8    sign.
9         Q.    But you agreed to sign this, and I just
10   asked you if you had a chance to review the document
11   and you agreed to the provisions and the statements
12   contained within this last-chance discipline
13   agreement, and you stated yes, correct?
14        A.    Yes, sir.  I wanted to keep my job, and this
15   is what they put before me.
16        Q.    And this last-chance discipline agreement
17   provided for another 30-day suspension, correct?
18        A.    Yes, sir.
19        Q.    You did not appeal that 30-day suspension,
20   correct?
21        A.    No, sir.
22        Q.    And this last-chance discipline agreement
23   was in effect for a five-year period, you signed it
24   in April of 2015, and it remained in effect until

131

1    April 1st of 2020, correct?
2         A.    Was it in effect until April 1, 2020?  Yes,
3    sir, I believe so.
4         Q.    If you look at the second page, Paragraph 8,
5    it reads:
6              The provisions of this agreement will
7         be in effect until April 1st of 2020, at which
8         time, upon successful compliance with the
9         agreement, the city will remove it from his
10        personnel file.
11        A.    Yes, sir.
12        Q.    It was a five-year agreement; and if you
13   committed any other infractions, you agreed to be
14   terminated from the police department?
15        A.    Yes, sir.  The only thing, because I know
16   that the representative from the union, I think he
17   had signed a different date on accident.  I'm not
18   sure what day it was because I think Kris Lombardi, I
19   think he spoke with the chief and, I'm not sure, I
20   thought it was only a four-year last-chance
21   agreement, but I'm a little confused on the days, at
22   least my previous knowledge of it, but that's what
23   this document says.
24        Q.    Well, it's dated April 6th of 2015.  I would

132

1    go on the first page, Paragraph No. 1, states that
2    you will serve an unpaid suspension of 30 calendar
3    days which will commence on April 1, 2016.
4         A.    Yes, sir.  So that's four years from '16 to
5    '20, but the union -- that's where the confusion was
6    because the union guy signed it for the '15, 2015,
7    but the last-chance started in 2016 and only was four
8    years, so April 1st.  That's where my confusion was.
9         Q.    But, in any event, it was to run through
10   April 1st of 2020?
11        A.    Yes, sir.
12        Q.    And who was the chief that agreed to this
13   last-chance agreement with you and the union?
14        A.    Larry Regnier.
15              (City Exhibit No. 21 marked
16              for I.D.)
17   BY MR. McGRATH:
18        Q.    I'm showing you City Exhibit No. 21.  This
19   is a multi-page document.  Do you recognize the first
20   two pages, that being correspondence dated July 20th
21   of 2020 sent to you from Chief Frank Kosman?
22        A.    Yes, sir.
23        Q.    And this document was notifying you that
24   Chief Kosman was placing you on administrative leave

133

1    pending investigation of incidents that took place on
2    July 15th of 2020 and July 18th of 2020, correct?
3        A.   Correct.
4        Q.   And it indicates that the department was
5    looking into whether or not you committed acts of
6    insubordination by refusing to obey lawful orders
7    from persons of superior rank, and then it lists out
8    the general orders from the police department policy,
9    correct?
10       A.   That's what it says, correct.
11       Q.   On the second page, there are signature
12   lines.  Are any of those signatures yours?
13       A.   Yes, sir.
14       Q.   Is your signature the middle signature
15   indicating that you received this notice of being
16   placed on administrative leave on July 20th of 2020?
17       A.   Yes, sir.
18       Q.   Attached to this exhibit on the third page,
19   do you see the disciplinary charges filed against you
20   by Chief Kosman, which were then filed with the
21   Kankakee Fire and Police Commission?
22       A.   Yes, sir, those were the documents that go
23   to that initial document.
24       Q.   Do you see the last page, these charges are

134

1    signed off by Chief Kosman and it's dated August 13th
2    2020?
3        A.   Yes, sir.
4        Q.   Is that around the time that you received
5    the notice of the disciplinary charges that Chief
6    Frank Kosman filed against you?
7        A.   I received the first notice on the 20th of
8    July, and then this is signed by Chief Kosman on the
9    13th of August, so I don't remember.  I'm kind of
10   confused by the question.
11       Q.   Well, you were placed on administrative
12   leave on July 20th of 2020, and then did you receive
13   a copy of the charges that Chief Kosman filed against
14   you on or around August 13th of 2020?
15       A.   I don't remember if I did or not.
16       Q.   You were represented by Dan Herbert's office
17   during the hearing before the Fire and Police
18   Commission, correct?
19       A.   Yes.
20       Q.   And that hearing went over a number of
21   evenings, two or three, I believe, over a month or
22   two period?
23       A.   Yes, sir.
24       Q.   And then the Fire and Police Commission

135

1    deliberated and they made the decision to terminate
2    you from the Kankakee Police Department based upon
3    the evidence that was presented during that hearing,
4    correct?
5        A.   Correct.
6        Q.   And you indicated that that discipline is
7    being appealed currently, correct?
8        A.   Yes.
9        Q.   It's up on administrative review in the
10   Circuit Court of Kankakee?
11       A.   Yes, sir.
12       Q.   Are you aware that that is up for potential
13   argument and decision next week, December 21st of
14   2021?
15       A.   Yes, sir.
16            (City Exhibit No. 22 marked
17            for I.D.)
18   BY MR. McGRATH:
19       Q.   Before you is a one-page exhibit marked as
20   City Exhibit 22.  This is dated April 6th of 2017.
21   Is this a document that you submitted to the then
22   police chief, and, again, Chief Regnier?
23       A.   Regnier, yes, sir.
24       Q.   This is in regard to your personnel file,

136

1    correct?
2        A.   Yes, sir.
3        Q.   At the time that you prepared this document,
4    was it announced that Chief Regnier was retiring from
5    the police department?
6        A.   Yes, sir.
7        Q.   You note in this very brief memo to the
8    chief:
9            It is my understanding that the
10   outgoing retiring chief of police has the right to
11   purge an officer's personnel file.  I respectfully
12   request my file to be purged.  Thank you in advance.
13            Did you submit this memo to Chief
14   Regnier?
15       A.   Yes, sir.
16       Q.   And you were asking that your personnel file
17   be purged, correct?
18       A.   Correct.
19       Q.   Meaning that you wanted all discipline that
20   was in your personnel file up to April 6th of 2017 to
21   be removed from your personnel file?
22       A.   Yes, sir.
23       Q.   Why did you want that discipline to be
24   removed from your personnel file?

137

1    A.    Because it was going to be a new mayor, a
2  new administration, so I figured it was a good time
3  to have a fresh start with new people.
4    Q.    Did Chief Regnier purge your personnel file?
11:52:37  5    A.    I don't believe so.  I believe everything
6  was left in my personnel file.
7    Q.    Did you ever have any conversations with
8  Chief Regnier before he retired stating why you
9  wanted items to be removed and why or why not he was
11:52:54  10  granting your request?
11    A.    No, sir, I didn't.
12    Q.    So you had no conversation with that chief
13  about purging your personnel file?
14    A.    No, sir.  I turned my memo in and left it at
11:53:05  15  that.
16    Q.    Do you know if any other officers within the
17  department submitted any similar requests to have
18  their personnel files purged before the new
19  administration was brought in and took over?
11:53:16  20    A.    I don't know.
21    Q.    Had you at any other time during your career
22  asked any chief to purge any items from your
23  personnel file?
24    A.    I wrote another memo to Acting Chief

138

1  Passwater, which was not in my personnel file, but
2  that would be the only other time.
3    Q.    And when would that have been?
4    A.    After Chief Regnier retired and when
11:53:47  5  Passwater was put in as a temporary police chief.
6    Q.    So within a few months of this memo you sent
7  a similar memo to Acting Chief Passwater --
8    A.    Yes.
9    Q.    -- to purge your personnel file, correct?
11:54:04  10    A.    Correct.
11    Q.    Was it in similar form?
12    A.    Yes.
13    Q.    Did you submit it in the same way and get it
14  over to the acting chief's office in some way?
11:54:15  15    A.    Yes.
16    Q.    Did you hand it to anyone?
17    A.    I don't remember, sir.
18    Q.    Did you have any conversations with Acting
19  Chief Passwater about your request to purge your
11:54:23  20  personnel file?
21    A.    No, sir.
22    Q.    And do you know if Acting Chief Passwater
23  ever purged your personnel file?
24    A.    I don't know.

139

1    Q.    Would you agree that, based upon your
2  requests not being granted, that all of your past
3  discipline, the items that we just went through,
4  remained in your personnel file, which would be made
11:54:51  5  available to personnel, the HR department, the Fire
6  and Police Commission, and whoever the chief was at
7  the time?
8    A.    Yes, sir.  I never received a memo from
9  anyone saying that my file was purged; and I assumed,
11:55:16  10  because I received a copy of my file and went through
11  it, I assumed that it wasn't purged and everything
12  was still in there.
13    Q.    So the question is:  Because the items
14  weren't purged, your discipline remained in your file
11:55:32  15  and would have been available for review by any chief
16  after the date of your request, correct?
17    A.    Yes, sir.
18    Q.    And it would have been available to be
19  reviewed by the HR department within the city after
11:55:43  20  your request, correct?
21    A.    Yes, sir.
22    Q.    And it would have been able to be reviewed
23  by the Fire and Police Commission if they wanted to
24  review your personnel file after the date of your

140

1  request, which was denied?
2    A.    Yes, sir.  Well, I never received notice
3  that it was denied.
4    Q.    But you went back, requested to go through
11:56:02  5  your personnel file, and you saw those items still in
6  your personnel file, correct?
7    A.    Yes.
8    Q.    So did you take that, that the request was
9  either ignored or denied?
11:56:12  10    A.    I took that as it wasn't purged if
11  everything was in my file with the current
12  administration.
13    Q.    Meaning that Chief Regnier didn't grant your
14  request, correct?
11:56:22  15    A.    Didn't grant my request.  He only placed
16  this in my file.
17    Q.    All right.  And meaning Acting Chief
18  Passwater didn't grant your request, correct?
19    A.    Correct.  There is not even anything in my
11:56:35  20  file from Passwater.
21    Q.    Did you ever ask any of the acting or --
22  acting chiefs or appointed chiefs after Acting Chief
23  Passwater to remove or purge your personnel file?
24    A.    No, sir.

141

1    Q.    Former Chief Regnier, was he a lifetime
2  officer of the Kankakee Police Department?
3    A.    I'm not a hundred percent sure.  I believe
4  so.  I know he retired from the police department.  I
5  don't know if he was initially hired by Kankakee
6  Police Department or if he served duty with any other
7  place.
8    Q.    Do you have any information if he rose
9  through the ranks of the Kankakee Police Department
10  and then eventually was promoted and appointed as the
11  chief of the department?
12    A.    Just from other conversations with other
13  officers, he came up through the ranks, yes, sir.
14    Q.    Okay.  So that's your understanding, that he
15  was with the Kankakee Police Department for a long
16  time, rose through the ranks, and eventually became
17  the chief.  How long was he chief for?
18    A.    I'm not sure how long he was chief for.
19  Four years approximately.  I assume it's the term of
20  a mayor's election.
21    Q.    Chief Regnier, he actually recommended your
22  promotion from the sergeant's list to become
23  sergeant, correct?
24    A.    Correct.

142

1    Q.    And he made that request during the time you
2  were operating under the last-chance agreement,
3  correct?
4    A.    No, I don't believe so because what happened
5  was -- I believe what happened was I was promoted
6  because I remember the day that Chris Kidwell called
7  me in to speak with him about the vehicle incident,
8  but I was a sergeant at that time.  It's my belief
9  that people weren't happy that I became a sergeant.
10  That's why Officer Brooks complained about my vehicle
11  incident four years previously.
12    Q.    So it's your testimony, because the dates
13  are a little different on the last-chance agreement,
14  that you were promoted to sergeant prior to the
15  last-chance agreement being entered?
16    A.    Yes, sir.
17    Q.    All right.  And then you were promoted to
18  sergeant, and then it came out that you provided
19  false information on the Illinois Traffic Crash
20  Report, correct?
21    A.    Correct.
22    Q.    And then they investigated that, and that's
23  when you were given the last-chance agreement, and
24  you signed off on that while you were a sergeant?

143

1    A.    I wouldn't use the term investigation
2  because I freely told Chris Kidwell, I'm not sure, I
3  think he is deputy chief now, him and our internal
4  affairs investigator, last name of Koerner, who is
5  the chief at Monee, I just told them what happened.
6  I don't believe there was an investigation.  I just
7  advised them that occurred.
8    Q.    What you advised them occurred is that three
9  years earlier you provided false information to an
10  official Illinois Traffic Crash Report that was
11  submitted to the police department, correct?
12    A.    Correct.
13    Q.    And you submitted that information not on
14  your own, it came after some other officer, Brooks or
15  some other personnel, brought it to the attention of
16  the police department, correct?
17    A.    Yes, sir.
18       MS. KRAUCHUN:  I'm just going --
19       THE WITNESS:  Sorry.  I was just going to
20  say four years later, yes.
21       MS. KRAUCHUN:  That's okay.  Forget it.
22  BY MR. McGRATH:
23    Q.    When you were promoted to sergeant in
24  January 2016, do you recall what position you were on

144

1  on the sergeant's promotional list?
2    A.    I believe I was number one.
3    Q.    Do you recall who number two and number
4  three were?
5    A.    No, sir.
6    Q.    How long after the sergeant's list was
7  posted by the Fire and Police Commission were you
8  selected off of that list to be promoted to sergeant?
9    A.    I don't know without specifically looking at
10  documents.
11    Q.    Were there subsequent promotions off of that
12  same sergeant's promotional list while it remained in
13  effect?  They usually remain in effect for two years.
14    A.    Like I said, without looking at the
15  documents, I don't remember who was promoted off that
16  list.  I just know that I was.
17    Q.    Do you know if anyone was skipped over from
18  that sergeant's promotional list?
19    A.    I'm not sure.
20    Q.    Through the years that you were employed
21  with the police department, did you keep abreast of
22  the promotional lists that were posted and who was
23  being selected off of those various promotional
24  lists?

145

```
 1    A.   The ones I was involved in, yes, sir.
 2    Q.   So if you weren't on a certain promotion
 3 list, you would have no interest and you weren't
 4 following like who was selected off of the list and
 5 was promoted?
 6    A.   It really didn't matter to me.
 7    Q.   Have you ever heard, during your time with
 8 the Kankakee Police Department, that individuals had
 9 been skipped over on any promotional list?
10    A.   Yes, sir.
11    Q.   How many times did you hear that individuals
12 were skipped over on promotional lists, not counting
13 you or Tim Kreissler's allegations in this complaint?
14    A.   I only recall one other time.
15    Q.   Which promotional list would that have been?
16    A.   I believe the list before mine.  My
17 promotional list.
18    Q.   So the sergeant's promotion list before the
19 one you were posted on, you believe that someone was
20 skipped over?
21    A.   I know someone was skipped over.
22    Q.   Okay.  And you indicated that you were the
23 number one listed person on the sergeant's
24 promotional list and you were selected in 2016.  Do
```

146

```
 1 you know if that list was posted in 2015 or 2016?
 2    A.   I don't remember without seeing the date on
 3 the actual list.
 4    Q.   But the list prior to the list where you
 5 were number one, it would have been possibly in 2014
 6 or 2015?
 7    A.   Yes, sir.
 8    Q.   Who was the police chief in 2014 or 2015?
 9    A.   I believe Larry Regnier.
10    Q.   And who was skipped over?
11    A.   I was skipped over along with Scott Helper,
12 who works for Manteno Police Department now.
13    Q.   So the list that you were selected sergeant
14 off of, you had been listed on a previous sergeant's
15 promotional list, correct?
16    A.   Yes, sir.
17    Q.   Was that the first time you were listed on a
18 sergeant's promotional list?
19    A.   Yes, sir.
20    Q.   And what rank were you on that list, which
21 we believe was 2014, 2015?
22    A.   I think I was second or third.  I know I
23 wasn't first.
24    Q.   Who was first?
```

147

```
 1    A.   I think it was Jeff Martin.  I think.
 2 Without actually looking at the list, sir, I couldn't
 3 give you accurate.
 4    Q.   I just want to know what you remember.  So
 5 you believe it was Jeff Martin, possibly you as
 6 second or third?
 7    A.   Correct.
 8    Q.   And who would have been second or third if
 9 not you?
10    A.   I think it was now deceased Mike Lindgren.
11    Q.   Do you know how to spell that last name?
12    A.   L-i-n-d-g-r-e-n.
13    Q.   Where was Scott -- is it Harper or Helper?
14    A.   Helper.
15    Q.   Where was Scott Helper on the list?
16    A.   He would have had to have been after me, I
17 believe.  Like I said, without looking at it, I know
18 after I was skipped on that list, it was right after
19 I was suspended for the steroid use.  So they skipped
20 me and Scott and promoted another person.
21    Q.   And who was promoted?
22    A.   Mike Sneed.
23    Q.   What race is Mike Sneed?
24    A.   African-American.
```

148

```
 1    Q.   Any other time are you aware that anyone was
 2 skipped over either on a sergeant's promotional test
 3 or a lieutenant's promotional test?
 4    A.   Not that I remember.
 5    Q.   From the time that you began your employment
 6 with the Kankakee Police Department up until your
 7 termination, can you list out the names of the
 8 chiefs, and if you can tell me if you believe they
 9 were a chief that rose through the ranks of the
10 department or brought from the outside from another
11 agency or another department and promoted -- not
12 promoted but appointed as the police chief?
13    A.   The chief who hired me was Michael Kinkade.
14 I believe he rose through the ranks.
15    Q.   We might as well get, what race is Michael
16 Kinkade?
17    A.   He's white, Caucasian.
18    Q.   Next chief?
19    A.   Larry Regnier.
20    Q.   White?
21    A.   White, Caucasian.
22    Q.   Based on your testimony, you believe he came
23 through the ranks and made it to chief, correct?
24    A.   Yes, sir.
```

149

1    Q.   Next chief?  Oh, Passwater was acting?

2    A.   Yes.

3    Q.   Passwater is white?

4    A.   Yes.

12:08:27 5    Q.   Long-time member of the Kankakee Police

6    Department?

7    A.   Yes, sir.

8    Q.   Rose through the ranks?

9    A.   Yes, sir.

12:08:33 10    Q.   He was the acting chief for approximately

11    six months?

12    A.   Sure.

13    Q.   After Passwater, who was the acting or

14    appointed chief?

12:08:46 15    A.   Dumas, Price Dumas.

16    Q.   African-American?

17    A.   Yes, sir.

18    Q.   He was a long-time member of the police

19    department, although he left for a while for another

12:09:01 20    agency, correct?

21    A.   Yeah.  I'm not sure how long he was a police

22    officer before he went to the State Police because I

23    was brand new at the time when he left.

24    Q.   But he had been with the Kankakee Police

150

1    Department for a number of years and then went with

2    the State Police, right?

3    A.   I think so, yes.

4    Q.   There was an issue with his appointment; the

12:09:25 5    mayor never received a full majority vote by the city

6    council, correct?

7    A.   Yes, sir.

8    Q.   Based upon that, he stayed in the position

9    as an acting police chief, correct?

12:09:38 10    A.   He stayed in the position as acting police

11    chief, yes, sir.

12    Q.   For how long?

13    A.   A year?  It was a while.

14    Q.   After Price Dumas, was there an acting chief

12:09:53 15    or chief appointed?

16    A.   I think Willie Hunt was acting chief.

17    Q.   African-American?

18    A.   Yes, sir.

19    Q.   He rose through the ranks of the police

12:10:03 20    department, long-time member of the Kankakee Police

21    Department, correct?

22    A.   Yes, sir.

23    Q.   After Willie Hunt was the acting chief, was

24    it then Frank Kosman?

151

1    A.   Yes, sir.

2    Q.   Frank Kosman was brought from the outside,

3    he had never been involved with the Kankakee Police

4    Department up until the time he was appointed by the

12:10:24 5    mayor, correct?

6    A.   Correct.

7    Q.   He's white?

8    A.   Yes, sir.

9    Q.   Did the city council give the advise and

12:10:37 10    consent to his appointment and he became the chief of

11    police?

12    A.   Yes.

13         (City Exhibit No. 23 marked

14          for I.D.)

12:10:54 15    BY MR. McGRATH:

16    Q.   City 23, that's just the January 12, 2016,

17    letter from then Chief Larry Reigner indicating that

18    he intended to select Patrolman Paul Berge who

19    currently occupies the number one spot on the

12:11:13 20    eligibility list for sergeant, correct?

21    A.   Yes, sir.

22    Q.   Can you take me through, how does the

23    promotion process work within the Kankakee Police

24    Department?  I know there is a selection off the

152

1    initial eligibility list to become a patrol officer,

2    and then you have to work a number of years to be

3    allowed to take the test to become a sergeant if the

4    patrol officer wants to become a sergeant, correct?

12:11:45 5    A.   Yes, sir.

6    Q.   How many years do you have to work before

7    you are even allowed to take the test to become a

8    sergeant?

9    A.   At the time I was employed and up until the

12:11:54 10    point of taking my first test, you had to be a

11    patrolman for three years before you could take your

12    first test.

13    Q.   And then if you have an interest in becoming

14    a sergeant, is there a sign-up sheet or you indicate

12:12:06 15    to the chief or some personnel that, hey, I would

16    like to take the test or get involved with that

17    process?

18    A.   Yeah.  I believe you either wrote a memo or

19    you went in and talked to the chief's secretary, Val,

12:12:20 20    and she would give you a packet with materials that

21    would probably be on the written test to study.

22    Q.   Okay.  So you get a study manual?

23    A.   You get a study manual guide, yes.

24    Q.   Everybody who wants to take the test gets

153

1    the same study manual?

2       A.    Yes, sir.

3       Q.    A test is put together by an outside agency?

4       A.    Yes, sir.

12:12:41 5       Q.    And then everyone is called in on a Saturday

6    or a certain day to take the written test, correct?

7       A.    Yes, sir.

8       Q.    Then that's tabulated and everyone gets

9    their score, correct?

12:12:51 10      A.    Yes, sir.

11      Q.    And then, if you want to continue to pursue

12   to be a sergeant, then there is oral interviews?

13      A.    Yes, sir.

14      Q.    And the oral interviews at that time were

12:13:03 15   conducted by who?

16      A.    It would be Stanard & Associates are the

17   ones that I participated in.  There would be police

18   chiefs or representatives from outside agencies that

19   would be on the panel or board grading the oral

12:13:27 20   interview portion, and then I believe there would be

21   one or two members of our police department on that

22   panel or board also.

23      Q.    And then they would tabulate your scores,

24   and then that would be listed in rank of how everyone

154

1    scored on the oral portion, correct?

2       A.    Yes.

3       Q.    And then all the scores would be put

4    together, and then the Fire and Police Commission

12:13:50 5    would put together their promotional list in rank and

6    order, and that would be posted at a public place at

7    the police department or city hall?

8       A.    Yes, sir.

9       Q.    And that list would be good for up to two

12:14:02 10   years?

11      A.    Two or three years.  I'm not sure with the

12   timeline.

13      Q.    And at that time the list would then expire

14   and then the whole test process would have to start

12:14:12 15   over again, correct?

16      A.    Yes, sir.

17      Q.    You indicated you were on a prior sergeant's

18   promotional list and you were skipped over, but you

19   are not able to use any of your test scores from your

12:14:25 20   ranking on that list for a subsequent testing to be a

21   sergeant, correct?

22      A.    No, sir.  Each testing process has its

23   individual scores.

24      Q.    And then when there is a vacancy, either by

155

1    retirement or somebody transfers or they are fired,

2    if there is an opening in the sergeant's ranks, who

3    decides who becomes a sergeant off of the promotional

4    list?

12:15:01 5       A.    The administration for the city.

6       Q.    And how do you know that?

7       A.    Just my assumption.

8       Q.    Okay.  So through your dep I just want to

9    know what you know, what you have knowledge of.

12:15:16 10          So if there is an eligibility list for

11   sergeant and there is an opening, based upon what you

12   know, your experience within the police department,

13   who makes the selection off that list to become a

14   sergeant or to fill that vacancy?

12:15:34 15      A.    I don't know.

16      Q.    Well, if you look at Exhibit 23, is that not

17   a letter from Chief Regnier to the Kankakee Fire and

18   Police Commission wherein he states he intends to

19   select you for sergeant?

12:16:00 20      A.    The actual wording of the paragraph says:

21          I'm respectfully requesting permission

22   to promote one officer to the rank of sergeant.

23          So I'm not sure that he had the final

24   say.

156

1       Q.    Okay.  This Exhibit 23, is it directed to

2    the mayor of the city or the city council or anyone

3    within the city administration?

4       A.    This document, it's addressed to

12:16:32 5    commissioners.

6       Q.    Of the Fire and Police Commission, correct?

7       A.    Kankakee Fire and Police Commission.

8       Q.    All right.  And that's a separate entity or

9    body apart from the mayor and city council, correct?

12:16:46 10      A.    I don't know if it's a separate body.  The

11   mayor places people on the Fire and Police

12   Commission, so I don't know if that's a collaboration

13   of everybody on the commission because the mayor just

14   appoints them, or I'm not sure exactly how it works.

15      Q.    You don't know how long the terms

16   individuals serve on the Fire and Police Commission?

17      A.    No, sir, I don't know.

18      Q.    Would you agree that Chief Regnier on

19   January 12th of 2016 was writing to the Police and

12:17:19 20   Fire Commission stating that I plan to select and I

21   would like to have Paul Berge become the next

22   sergeant off of the sergeant's eligibility list?

23      A.    Yes, sir.

24      Q.    If you look at the second page, dated the

157

1 same date of January 12th of 2016, this is to the

2 Kankakee Police Department to your attention:

3 Dear Patrolman Berge: This letter is

4 to advise you that the Police and Fire

12:17:55 5 Commission has approved your promotion to the

6 rank of sergeant effective January 16th, 2016.

7 On behalf of the Police and Fire Commission, I

8 congratulate you on this promotion. Sincerely,

9 It's signed by the secretary of the

12:18:08 10 Police and Fire Commission, Jill, last name

11 P-r-i-s-t-a-c-h, correct?

12 A. Correct.

13 Q. And carbon copied on this letter from the

14 Police and Fire Commission, it was sent to the mayor,

12:18:23 15 the police chief, and then a Willie Ames and Doug

16 Jones, correct?

17 A. Correct.

18 Q. Do you know who Willie Ames was or what

19 position he held with the city on January 12th of

12:18:36 20 2016?

21 A. I'm not a hundred percent sure. I assume

22 from this document he was on the Police and Fire

23 Commission, but I have no direct knowledge of what he

24 did.

158

1 Q. And Doug Jones?

2 A. I assume he was on the Police and Fire

3 Commission because of this document, but I have no

4 direct knowledge.

12:18:52 5 Q. Okay. Would you take it from this document

6 that the Police and Fire Commission went along with

7 Chief Regnier's selection of you to fill the vacant

8 spot within the sergeant's rank off of the sergeant's

9 promotional list?

12:19:09 10 MS. KRAUCHUN: I'm going to object that

11 calls for speculation.

12 You can answer if you know.

13 THE WITNESS: Can you repeat it? I'm sorry.

14 (Record read as requested.)

12:19:19 15 BY THE WITNESS:

16 A. Yes, sir, they approved it.

17 BY MR. McGRATH:

18 Q. You filed this lawsuit along with Timothy

19 Kreissler. Are you friends with Mr. Kreissler?

12:20:21 20 A. We are friendly through the police

21 department.

22 Q. Have you hung out together or socially

23 outside the police department?

24 A. No, sir.

159

1 Q. Going back to the complaint, again,

2 Exhibit A was your charge of discrimination. Just to

3 go over it again, do you have any personal knowledge

4 or information that the City of Kankakee ever

12:21:18 5 received your charge of discrimination?

6 A. Do I have personal knowledge? No, sir.

7 Q. Do you have any personal knowledge whether

8 or not the Kankakee Police Department received a copy

9 of your charge of discrimination?

12:21:35 10 A. Personal knowledge, no, sir.

11 Q. Up until the time of the hearing before the

12 Fire and Police Commission last fall, had you had any

13 conversations with anyone within the police

14 department in a supervisory rank regarding your

12:21:53 15 charge of discrimination?

16 A. The only other person would have been

17 Tim Kreissler.

18 Q. All right. So from the time this charge of

19 discrimination was signed off on your behalf by your

12:22:05 20 attorneys on January 6, 2020, up until the time of

21 the hearing at the Fire and Police Commission in the

22 fall of 2020, did you have any conversations with

23 Chief Kosman, Deputy Chief Willie Hunt, or any

24 command staff advising them that you had filed a

160

1 charge of discrimination against the city or the

2 police department?

3 A. No, sir, I did not directly advise anyone in

4 administration.

12:23:05 5 Q. If you could look to the complaint affidavit

6 you attached to your charge of discrimination, second

7 page, Paragraph 18, do you see that?

8 A. Yes, sir.

9 Q. It states:

12:23:21 10 On or about August 2019, I, Paul Berge,

11 who was ranked number two on the lieutenant

12 promotional list and whose final score was

13 82.63, and 9.23 points higher than Michael

14 Sneed's final score at 73.40, spoke with Chief

12:23:40 15 Frank Kosman about the decision. Kosman gave me

16 no definitive answers but agreed with me when I

17 stated that Sneed just looks more like this

18 mayor's administration.

19 Did I read that correctly?

12:23:51 20 A. Yes, sir.

21 Q. So in August of 2019, where did this

22 conversation take place?

23 A. In the chief's office.

24 Q. Who else was present?

161

1   A.   Only the chief and myself.

2   Q.   Did you make an appointment to meet with the

3   chief on that date or did you just walk into his

4   office?

12:24:06  5   A.   I just walked into his office.

6   Q.   Did Chief Kosman kind of have an open-door

7   policy for officers, sergeants, or command staff just

8   to walk in if they had any issues?

9   A.   I don't know.

12:24:16  10   Q.   Okay.  But you were able just to walk in and

11   start a conversation with Chief Kosman on that date?

12   A.   No, sir.  I walked into his office.  I

13   believe I spoke with Val, his secretary.  Chief

14   Kosman was actually in a meeting with the HR person.

12:24:31  15   I believe his name is James.  I don't know what his

16   last name is.  Once James left the chief's office,

17   the chief was aware I was there, and then I sat down

18   with him.

19   Q.   Was this during working hours?

12:24:43  20   A.   Not during my working hours, but it was

21   during the chief's working hours, yes.

22   Q.   Were you in uniform?

23   A.   No, sir.

24   Q.   Did you come specifically to the department

162

1   to speak to the chief about the promotional list and

2   the selection?

3   A.   Yes, sir.

4   Q.   All right.  Prior to you going to the

12:25:00  5   department, did the chief know you were coming to

6   have a conversation about that?

7   A.   No, sir.

8   Q.   Specifically what do you recall you stated

9   to Chief Kosman during that meeting and what did

12:25:13  10   Chief Kosman state to you?

11   A.   Specifically -- the entire meeting?

12   Q.   Yes.

13   A.   I can't tell you specifically what happened

14   in the entire meeting.

12:25:21  15   Q.   How long was the meeting?

16   A.   I'm not sure.

17   Q.   More than 15 minutes?

18   A.   Maybe.  I don't know.  I didn't look at the

19   time when I walked in.

12:25:31  20   Q.   More than a half hour?

21   A.   I don't know.

22   Q.   So between 15 minutes to a half hour you had

23   a conversation with the chief?

24   A.   I don't know without looking at the time,

163

1   sir.

2   Q.   But there is no way to look at the time now.

3   A.   Right.

4   Q.   This happened in his office?

12:25:48  5   A.   Yes.

6   Q.   Were you standing or sitting, or where were

7   you in the office when you were having this

8   conversation?

9   A.   He, at that time, had a round table in his

12:25:58  10   office.  We sat at the table and spoke about what

11   occurred.

12   Q.   Okay.  Was the door open or closed?

13   A.   I don't remember.

14   Q.   Specifically, the best you can, I know it's

12:26:12  15   August of 2019, but you did put it in an affidavit

16   that you prepared and it's part of your lawsuit, so

17   what specifically did you state and what specifically

18   did Chief Kosman state to you during that

19   conversation which was between 15 minutes and a half

12:26:28  20   hour?

21   A.   I could paraphrase what happened.  As in my

22   affidavit, I stated that -- I told him, I said, Sneed

23   just looks like -- more like the mayor's

24   administration, referencing him being

164

1   African-American; and the chief agreed with me, he

2   said, you are right.

3   Q.   Did you say African-American?

4   A.   I don't remember my specific terms.

12:26:46  5   Q.   Okay.  But you said something along the

6   lines that Sneed looks more like the mayor's

7   administration?

8   A.   Yes, sir.

9   Q.   Okay.  But nothing specific as to Sneed's

12:26:59  10   race or the mayor's race?

11   A.   Well, I assumed that was just a given being

12   that several other white officers were removed from

13   their positions and replaced by African-American or

14   black officers.

12:27:16  15   Q.   When you say the mayor's administration, are

16   you aware of the makeup of the mayor's administration

17   in August of 2019?

18   A.   I was aware of the police department's.

19   Q.   But as far as the mayor's administration,

12:27:31  20   the finance director, female white, would you agree?

21   A.   I don't know.

22   Q.   Okay.  The director of the public works,

23   male white, would you agree?

24   A.   I don't know.

165

1      Q.   The village engineer, male white, would you
2  agree?
3      A.   I don't know.
4      Q.   James Ellexson, the HR director, male white,
12:27:52  5  would you agree?
6      A.   Yes.
7      Q.   Fire chief, male white, at the time, would
8  you agree?
9      A.   Yes.
12:27:59  10     Q.   Who else is in the mayor's administration
11  that you were referring to?
12     A.   I was only referring to the police
13  department, sir, not the entire city employee system.
14  Like I wasn't referring to code enforcement. I was
12:28:18  15  referring to the police department speaking with the
16  chief.
17     Q.   In your affidavit you specifically state the
18  mayor's administration. You don't say the makeup of
19  the police administration, correct?
12:28:34  20     A.   It says mayor's administration and --
21     Q.   Right. You didn't put --
22     A.   I spoke with Chief Frank Kosman of the
23  police department, so the mayor's administration of
24  the police department, but I didn't specifically put

166

1  police department.
2      Q.   Right. You are talking about the mayor's
3  administration, correct?
4      A.   I was speaking in reference to talking to
12:28:50  5  the chief about the reason I was skipped.
6      Q.   On the promotion list and --
7      A.   Sure.
8      Q.   -- you were upset that you were skipped
9  over, and you made a statement that Sneed looks more
12:29:00  10  like the mayor's administration.
11          You didn't say Sneed looks more like
12  the police administration, did you?
13     A.   No, sir.
14     Q.   Right. So you were referring, and it's in
12:29:10  15  your affidavit, about the mayor's administration; and
16  we just went through some of the mayor's
17  administration, you are aware, are Caucasian and
18  other members you don't know who they are, correct?
19          MS. KRAUCHUN: I'm just going to object. That
12:29:22  20  misstates prior testimony.
21  BY MR. McGRATH:
22     Q.   Correct?
23     A.   Can you repeat the question, please?
24          (Record read as requested.)

167

1  BY THE WITNESS:
2      A.   Correct. In this point, point 18, it
3  references Chief Kosman, and we are, obviously,
4  referencing the lieutenant promotional list. I'm not
12:29:58  5  referencing code enforcement or department of public
6  works promotional lists because they don't have any
7  promotional lists that I'm aware of because I'm not
8  involved in that. Chief Kosman's administration, the
9  mayor's administration.
12:30:12  10  BY MR. McGRATH:
11     Q.   You don't list anywhere in your affidavit
12  Chief Kosman's administration; you have the mayor's
13  administration.
14     A.   Well, Chief Kosman and mayor's
12:30:22  15  administration, that's what it says here, sir.
16     Q.   Where does it say Chief Kosman's
17  administration? It doesn't say that, correct?
18     A.   It does not say Chief Kosman's
19  administration, correct.
12:30:32  20     Q.   And it doesn't say that the police
21  administration is looking more like Officer Sneed,
22  correct?
23     A.   Correct, it doesn't say those specific
24  words.

168

1      Q.   And it doesn't say that mayor -- the mayor's
2  administration looks like the police administration,
3  correct?
4      A.   No, sir.
12:30:57  5      Q.   To be fair, you were upset to learn that you
6  were skipped over on the promotional list, and that's
7  why you went and met with the chief, correct?
8          MS. KRAUCHUN: I'm just going to object.
9  That misstates testimony.
12:31:09  10  BY MR. McGRATH:
11     Q.   Well, were you upset that you were skipped
12  over on the promotional list?
13     A.   Yes.
14     Q.   And based upon you learning that you were
12:31:19  15  skipped over, and you were upset about that, that's
16  why you went and spoke with Chief Kosman, correct?
17     A.   Yes.
18     Q.   Again, during that meeting, other than what
19  you just testified to, what specifically did you
12:31:32  20  state to Chief Kosman and what specifically did he
21  state to you as far as the promotional selection
22  process?
23          MS. KRAUCHUN: I'm just going to object,
24  asked and answered.

169

BY THE WITNESS:

1    A.    Like I said, I would just be paraphrasing
3    here because I have no quotes on direct quotes from
4    anybody.

BY MR. McGRATH:

12:31:49
6    Q.    I'm just asking you what you remember.
7    A.    I remember that I spoke to him and said,
8    yeah, the mayor's administration.  I didn't
9    specifically say the mayor's police administration.
12:31:59 10   I said the mayor's administration.
11   Q.    Just like it says in your affidavit?
12   A.    Yes, sir.
13   Q.    And do you recall as you sit here today
14   anything else that you specifically stated to Chief
12:32:09 15  Kosman or Chief Kosman stated to you as you sat
16   around the round table in his office in August of
17   2019?
18   A.    I recall the chief didn't go through the
19   list of heads of the departments for the city; but,
12:32:22 20  other than that, no.  I just remember speaking to him
21   as reasons why, and he really wouldn't tell me any
22   reasons why.  I was giving him specific examples
23   about Mike Sneed and Mike Sneed's behavior and things
24   that he's done at the police department or rumors --

170

1    Q.    Specifically what did you list out to the
2    chief at that meeting?
3    A.    I specifically told him that Mike Sneed has
4    been seen multiple times during working hours in
12:32:48 5   Bourbonnais at a female's house -- at least that was
6    the rumor -- having sexual relations with a married
7    woman.
8    Q.    You told that to the chief --
9    A.    Several officers told that to the chief.
12:33:03 10  Q.    I'm just talking about the meeting you had
11   with the chief in August of 2019.
12   A.    Yes, sir.
13   Q.    Did you tell Chief Kosman that you had seen
14   Sneed in Bourbonnais?
12:33:12 15  A.    Not that I had seen him.
16   Q.    Did you tell Chief Kosman in August of 2019
17   that you had heard rumors that Sneed was in
18   Bourbonnais while on duty?
19   A.    Yes, sir.
12:33:20 20  Q.    And what did Chief Kosman respond to that?
21   A.    He just was very dismissive of it.
22   Q.    What do you mean?  What did he say exactly?
23   A.    He said -- I don't know his exact words,
24   sir.  Generally he was, without any type of direct

171

1    proof, that he just dismissed it.  He just wanted to
2    move past it and not discuss it.
3    Q.    Did he say that:  I want to move past it and
4    I don't want to discuss it?
12:33:45 5   A.    I don't know his exact words, sir.  I don't
6    have a recording of that conversation.  I know the
7    general idea of that conversation.
8    Q.    You understand you filed a lawsuit and this
9    is our chance to ask you questions, because you were
12:33:56 10  there, to test your memory and to see what you
11   remember and what was said.
12          So, again, what specifically was stated
13   during that conversation you had with Chief Kosman in
14   his office in August 2019 that you haven't already
12:34:10 15  told us?
16   A.    I don't remember anything else.
17   Q.    When you stated you listed out other issues
18   or incidents about Sneed, what else did you list out?
19   A.    I would have to sit down and actually think
12:34:33 20  about it.
21   Q.    Well, you can take your time now.
22   A.    Oh, okay.  This could be a while.
23          Well, a general idea would be that when
24   he was placed in charge of KAMEG and when he was

172

1    placed in charge of the -- whatever the street unit
2    was for specifically the police department, that he
3    was always in different towns, he was not in Kankakee
4    supervising his subordinates as he should have been.
12:35:25 5   That was the general idea, that Mike Sneed doesn't do
6    his job, doesn't stay within the city, and basically
7    goes around and does whatever he wants.
8    Q.    That is what you stated to Chief Kosman in
9    August of 2019?
12:35:39 10  A.    That was the general idea, yes.
11   Q.    And what did Chief Kosman respond to those
12   statements from you?
13   A.    He was dismissive of it.
14   Q.    And how so?
12:35:50 15  A.    He just wanted to move on and ignore actual
16   answers.
17   Q.    Do you recall any specific statements or
18   responses that Chief Kosman gave to you based upon
19   your statement about Sneed not properly supervising
12:36:09 20  his team or leaving the jurisdiction?
21   A.    No, not the chief's specific orders.  No,
22   sir.
23   Q.    After you filed the EEOC charge, were you
24   ever contacted by anyone at the EEOC; were you

173

1    interviewed either by telephone or called in to be
2    interviewed?
3         A.    No, sir.
4         Q.    Do you know if the EEOC conducted any type
12:36:37  5    of an investigation into your charge?
6         A.    I have no direct knowledge of that, no, sir.
7         Q.    Did you have any discussions with Chief
8    Kosman, Mayor Wells-Armstrong, Willie Hunt, or Nickey
9    Yates regarding your EEOC charges at any time?
12:36:57  10        A.    No, sir.
11        Q.    Did you ever have any discussions with Chief
12    Kosman, Mayor Wells-Armstrong, Willie Hunt, or Nickey
13    Yates in regards to your right-to-sue letter?
14        A.    No, sir.
12:37:16  15        Q.    Following that up, is it fair to say there
16    is no emails, text messages, correspondence between
17    you, Chief Kosman, Mayor Wells-Armstrong, Nickey
18    Yates, Willie Hunt in regards to your EEOC charge or
19    the right-to-sue letter?
12:37:36  20        A.    Not from me, no, sir.
21        Q.    Did you ever speak to James Ellexson, the HR
22    director with the City of Kankakee, about your EEOC
23    charge or the right-to-sue letter?
24        A.    No, sir.

174

1         Q.    Did you ever correspond with the HR
2    director, send him a copy of the charge, the
3    right-to-sue letter, at any time?
4         A.    I did not, no, sir.
12:37:59  5         Q.    Did you ever speak to anyone at City Hall
6    regarding your EEOC charge or the right-to-sue
7    letter?
8         A.    I did not, no, sir.
9         Q.    Did you speak to anyone, other than Tim
12:38:12  10    Kreissler, within the police department regarding
11    your EEOC charge or the right-to-sue letter?
12        A.    No, sir.
13        Q.    Have you discussed the current litigation
14    with any current or former Kankakee Police Department
12:38:37  15    members?
16        A.    No, sir.
17        Q.    Have you ever discussed this pending
18    litigation with any former or current City of
19    Kankakee elected officials?
12:38:51  20        A.    No, sir.
21        Q.    There is a number of paragraphs in your
22    complaint, and if you want to refer to it, that
23    pertain to Michael Shreffler.
24        A.    Sure.

175

1         Q.    Are you aware that Michael Schreffler filed
2    a civil rights complaint against the City of
3    Kankakee?
4         A.    Yes, sir.
12:39:12  5         Q.    Are you aware that Mr. Shreffler is
6    represented by Dan Herbert's law firm, the same
7    attorneys you are represented by?
8         A.    Yes, sir.
9         Q.    Have you spoken to him about his civil
12:39:20  10    rights case against the City of Kankakee?
11        A.    Nothing specific.
12        Q.    Do you know why you mentioned Michael
13    Shreffler and his civil rights complaint or
14    allegations within your complaint?
12:39:41  15        A.    Do you have the number you are referring to,
16    sir?
17        Q.    If you could look at Nos. 38 through 40.
18        A.    Where is that?  Is that in this one here?
19        Q.    The complaint, Page 6.
12:40:06  20        A.    Oh, okay.  Page 6, 38 through 40?
21        Q.    Yes.
22        A.    I did not write this version.
23        Q.    No, but you reviewed it before it was filed,
24    correct?

176

1         A.    Yes, sir.
2         Q.    So Paragraph 38:
3              In and around June of 2018 the new
4    command staff consisting of Hunt and Austin,
12:40:27  5    along with the mayor, accused a veteran and
6    highly decorated Caucasian police officer,
7    Michael Shreffler, of posting negative comments
8    about the mayor and command staff on social
9    media accounts.
12:40:40  10              I read that correctly, right?
11        A.    Yes, sir.
12        Q.    Any idea why that's included in your
13    complaint?
14        A.    I did not discuss it with my attorneys.
12:40:46  15        Q.    No. 39:
16              Shreffler was terminated.  Hunt,
17    Austin, and the mayor never provided Shreffler
18    withnotice of charges and never provided
19    Shreffler with an opportunity to defend himself
12:41:00  20    at ahearing before the commission, a violation
21    of Illinois state law, the collective bargaining
22    agreement, and department policies.
23              Did I read that correctly?
24        A.    Yes, sir.

177

1    Q.   Do you know why that's included in your
2    complaint?
3    A.   I didn't discuss that with my attorneys.
4    Q.   No. 40:
5         The commission ratified Shreffler's
6    termination knowing that he had a property
7    interest in his continued employment and
8    deprived Shreffler of his due process rights
9    when it terminated him without notice, an
10   opportunity to be heard, and without the chief
11   carrying his burden by proving the allegations
12   beyond a preponderance of the evidence.
13        Did I read that right?
14   A.   Yes, sir.
15   Q.   And do you know why that's included in your
16   complaint?
17   A.   I did not discuss that with my attorneys.
18   Q.   Are you aware that Shreffler's federal
19   complaint has been dismissed by the federal judge?
20   A.   Yes.
21   Q.   And are you aware that there was recently
22   filed a motion to reconsider and the same judge
23   denied that motion to reconsider and his case is now
24   over?

178

1    A.   No, sir.
2    Q.   Were you named as a witness, or did you have
3    any involvement with Shreffler's civil case?
4    A.   I'm not aware of that, no, sir.
5    Q.   You weren't deposed or interviewed?
6    A.   No, sir.
7    Q.   Can you go to Paragraph 67 in the complaint.
8    The paragraph pertains to the charges that were filed
9    against you by Chief Kosman that were brought before
10   the Fire and Police Commission.  Paragraph 67 reads:
11        The charges filed were pretextual,
12   improper, and in violation of the Illinois state
13   law, the collective bargaining agreement, and
14   the Kankakee Police Department policy as a means
15   to intentionally deprive Berge of a fair and
16   impartial hearing.
17        Did I read that correctly?
18   A.   Yes, sir.
19   Q.   So just to go through the process, again,
20   you were formally interrogated after being given a
21   copy or receiving notification of the formal
22   interrogation, correct?
23   A.   Correct.
24   Q.   And that interrogation gave a specific date,

179

1    time, and location for that interrogation, correct?
2    A.   Correct.
3    Q.   And you were allowed to bring counsel, and
4    you brought counsel to that interrogation?
5    A.   Yes, sir.
6    Q.   And that interrogation was court reported,
7    and you were provided a free copy of that
8    interrogation, correct?
9    A.   My attorney had it, yes, sir.
10   Q.   And then you were provided charges filed by
11   Chief Kosman with the Fire and Police Commission,
12   correct?
13   A.   I don't recall getting anything directly
14   handed to me.
15   Q.   Well, somebody came to your house and gave
16   you paperwork, correct?
17   A.   Yes, sir.
18   Q.   And you knew to appear before the Fire and
19   Police Commission because there was the date and time
20   set for the hearing before the Fire and Police
21   Commission, correct?
22   A.   I believe I was notified of that date
23   through my attorney.
24   Q.   Okay.  Because it had to be coordinated with

180

1    all the different people involved, and there was a
2    date and time set and you were aware of that and you
3    appeared before the Fire and Police Commission with
4    your attorney?
5    A.   Yes, sir.
6    Q.   And then that proceeded where witnesses were
7    called and witnesses were cross-examined and evidence
8    was played and demonstrated in front of the Fire and
9    Police Commission over two to three different
10   evenings, correct?
11   A.   Yes, sir.
12   Q.   And the Fire and Police Commission was
13   represented by their own attorney, they went into
14   executive session, went over the facts that were
15   presented, the exhibits, and then they rendered a
16   decision and then provided a full written decision
17   where they decided to terminate you from the Kankakee
18   Police Department, correct?
19        MS. KRAUCHUN:  I'm going to object.  That
20   calls for speculation, form.
21        You can answer if you know.
22   BY THE WITNESS:
23   A.   I know that I was notified that I was
24   terminated by the Police and Fire Commission.

181

BY MR. McGRATH:

Q.   Right.  They came out of executive session, and they made the decision to terminate you.

Were you informed that you were terminated by the Fire and Police Commission by your attorney?

MS. KRAUCHUN:  Again, objection, calls for speculation.

You can answer if you know.

BY THE WITNESS:

A.   I don't remember who specifically notified me.

BY MR. McGRATH:

Q.   You don't remember who informed you that you were terminated from the police department that you had been working for for 16 years?

A.   I don't remember that specific conversation. I know I was notified through my attorney eventually, and I received a letter.

Q.   Okay.

A.   So I don't remember a specific conversation where I spoke with someone and they said you have been terminated.

Q.   Did you get a copy of the written decision

182

of the Fire and Police Commission?

A.   Yes, sir.

Q.   Did you review that decision?

A.   No, I don't remember reviewing it.

Q.   Again, that's up in court next week for possible determination if that decision will be upheld or reversed by the circuit court?

A.   Correct.

Q.   The complaint claims that Defendant Yates of the Fire and Police Commission interfered with the hearing.  Do you know how he interfered with the hearing?

A.   Which line are you referring to, sir?

Q.   I don't have the paragraph, but do you have any basis as you sit here on how Yates interfered with the hearing?

A.   I remember he was asking me about the no-confidence vote which occurred previously that the police department's union took on Chief Kosman, Willie Hunt, and Donell Austin.

Q.   When did that take place?

A.   I believe he inappropriately asked me what my position was, which had nothing to do with what was going on.

183

Q.   When did that no-confidence vote take place?

A.   I believe after Tim Kreissler and myself were skipped for promotion.

Q.   And a no-confidence vote, how does that come about with the police department or how did that come about with the Kankakee Police Department?

A.   Basically the general body of the police union felt that the ongoing situation and the ongoing attitudes and decisions of the current administration were not in the police department's best interests, so they took a no-confidence vote, which basically is symbolic to stating that all the workers at the department don't agree with what the administration is doing.

Q.   Is that done at some union hall or at a meeting place where members of the department get together and discuss whether or not to issue a vote of no confidence?

A.   I believe what happened was that the board got together and decided that that's what they wanted to do.  And then they called for a meeting, a meeting took place where people were able to tell their own opinions, and then there was a vote that was anonymous.

184

Q.   When you say board, what board are you referring to?

A.   The union board.

Q.   Who was on the union board at that time?

A.   I know Kris Lombardi was, I know that Tim Klopp was.  I don't remember who the other two board officers were.

Q.   So there was then a meeting after the board said we should go ahead with a vote of no confidence, and membership were invited to attend that meeting, correct?

A.   I believe that's the general idea, yes.

Q.   Were you at that meeting?

A.   I was at that meeting, yes.

Q.   And then are members of the department asked to sign their name to any type of document to indicate whether or not they voted for or against a vote of no confidence?

A.   No, sir.

Q.   Is it a show of hands?

A.   No, sir.

Q.   Voice vote?

A.   It was a vote where -- I'm not a hundred percent sure if they had a sign-in sheet.  A lot of

185

1    times they do have a sign-in sheet for everybody who

2    is attending the meeting to sign.  I was actually

3    late to that meeting.  Then, like I said, people had

4    discussions for and against doing a vote and for and

5    against confidence or no confidence in the

6    administration.

7                Then there was an anonymous vote where

8    everyone got a piece of paper.  I don't recall

9    specifically what was on the piece of paper, but

10   basically it was a check box, and then no one signs

11   the pieces of paper, fold the piece of paper up, put

12   it in a box, the votes were tabulated in front of

13   everybody so that there was no question as to the

14   vote or what happened.

15       Q.   Do you recall what the breakdown of the vote

16   was?

17       A.   I don't remember what the breakdown was.  I

18   just know that a majority of the body of the police

19   department voted for no confidence.

20       Q.   Your lawsuit is based upon a race

21   discrimination theory.  I would like to go through a

22   breakdown of the police department through the

23   hierarchy, okay, when you were on the promotional

24   list that you are alleging that you were unlawfully

186

1    skipped over, okay?

2        A.   Okay.

3        Q.   Again, that would have been 2020 or 2019?

4        A.   I'm not sure when I was exactly skipped.

5        Q.   Which lists are you alleging that you were

6    skipped over?

7        A.   The lieutenant's list.

8        Q.   When you were on the lieutenant's list, what

9    number on the list were you?

10       A.   Second.

11       Q.   All right.  Who was number one?

12       A.   Tim Kreissler.

13       Q.   And who was number three?

14       A.   Mike Sneed.

15       Q.   Are you aware of, or have you ever heard,

16   the term "rule of threes"?

17       A.   No, sir.

18       Q.   So through your tenure as a police officer

19   in dealing with your union and promotional lists, you

20   have never heard of the term "rule of threes"?

21       A.   No, sir.

22       Q.   Do you know whether or not individuals can

23   be skipped over on promotional lists, or do you

24   believe that the list has to be followed as the list

187

1    is printed out?

2        A.   Do I believe what is right or --

3        Q.   No, legally.

4        A.   Legally, I've never actually read the

5    specific laws when it comes to that.  I believe the

6    general idea, though, is that you choose from the top

7    three.

8        Q.   And if there is only one opening, is it your

9    understanding that the first or second on the list

10   can be skipped over?

11       A.   Yes.

12       Q.   And where do you get that understanding

13   from?

14       A.   The general idea that you can pick from any

15   of the top three of qualified applicants.

16       Q.   And where do you get that general idea?

17       A.   Just from speaking with other officers.

18       Q.   Going back to when the lieutenant's list was

19   in place, the breakdown of the police department,

20   okay, at the time, Chief Kosman, white, was the

21   chief, correct?

22       A.   Sure.  Correct.

23       Q.   Who was the deputy chief?

24       A.   I don't remember.  I think it was Roy Hunt

188

1    at that time.

2        Q.   African-American?

3        A.   Yes.

4        Q.   Hierarchy, who is under the deputy chief;

5    would it be commanders?

6        A.   I believe so.

7        Q.   How many commanders within the department at

8    that time?

9        A.   Two.

10       Q.   Who were the commanders at that time?

11       A.   Donnell Austin.

12       Q.   African-American?

13       A.   Yes.

14       Q.   And who was the other commander?

15       A.   I don't know at the time.  It was probably

16   Jay Etzel maybe or Dave Skelly.  I'm not sure who

17   exact was commander.  I didn't deal with the bureau

18   of --

19       Q.   Both those individuals are white, correct?

20       A.   Yes.

21       Q.   All right.  Under commanders, do you have

22   lieutenants?

23       A.   There is lieutenants, yes.

24       Q.   How many lieutenants?

189

1      A.    I'm not sure how many they have.

2      Q.    Do you remember who any of the lieutenants

3    were at the time?

4      A.    Hard-rank lieutenants or lieutenants?

5      Q.    Lieutenants.

6      A.    Hard-rank lieutenants would be Willie Hunt,

7    Donnell Austin, Jay Etzel.  I believe Skelly was

8    still there.  He might have already left.

9      Q.    When you say hard-rank lieutenants, you are

10   talking about if somebody is put up to a higher level

11   and if they are to be demoted, they would go no lower

12   than the previous rank that they held such as

13   lieutenant; is that what you mean?

14     A.    Lieutenant, correct, within the department,

15   and then you have to be a lieutenant in order to be

16   assigned to those specific jobs.

17     Q.    But acting in the role who actually did the

18   day-to-day operations of lieutenant at the time, who

19   do you remember as being lieutenants?

20     A.    Jay Etzel, Dave Skelly, I believe Robin

21   Passwater, Ken Lowman.  I know Deputy Chief Kidwell

22   was a hard-rank lieutenant.  I'm not sure.  I think

23   he went right back to KAMEG when they demoted him

24   from deputy chief or commander.  Yeah, they moved him

190

1    from the commander spot.

2      Q.    Etzel, Passwater, Skelly, and Lowman are all

3    Caucasian, correct?

4      A.    Correct.

5      Q.    And under lieutenant you have sergeants.

6    When you were a sergeant and you were hoping to be

7    promoted to lieutenant, who were the other sergeants?

8      A.    I flippin' can't think of anyones' names

9    right now.  John Raimondo was a sergeant, Ken

10   Malendine [phonetic] was a sergeant, Tim Kreissler

11   was a sergeant, Steve Hunter was a sergeant.  I can't

12   remember who else was sergeants at that time.  I

13   haven't thought about the police department.

14     Q.    The individuals that you just listed out,

15   Raimondo, Hunter, Kreissler, and then there is a

16   fourth, Malendine, are they all white?

17     A.    Hunter is not.

18     Q.    Hunter is African-American?

19     A.    African-American, yes.

20     Q.    But the rest are all white?

21     A.    Those gentleman I named, yes.

22     Q.    So far, and it's not a sexual discrimination

23   or race -- Strike that.

24           There is no females in the command

191

1    staff that you have gone through so far, correct?

2      A.    Correct.

3      Q.    And so far, out of all the individuals

4    you've listed, the only African-Americans are Austin

5    and Hunter, correct?

6      A.    Well, Willie Hunt is African-American.

7      Q.    He was a D.C.?

8      A.    D.C., yes.

9      Q.    Do you know how many sergeants there are

10   with the department?

11     A.    It's changed throughout the years.  I'm not

12   sure how many there are.  I don't remember how many

13   there were when I was there.

14     Q.    At the time you were a sergeant --

15     A.    They overloaded with sergeants at one point

16   years ago just to promote certain people.

17     Q.    I'm just talking the last two years.  When

18   you were a sergeant hoping to be promoted to

19   lieutenant, how many sergeants were there?

20     A.    I know that per shift there was two

21   sergeants per shift, so you got day shift,

22   afternoons, and midnights, so that should be six

23   sergeants for patrol.  I don't know what sergeants

24   were in the detective bureau.  I know that Sergeant

192

1    Nicholas, Peter Nicholas, he was over with the

2    Project Safe Neighborhood Task Force, which was --

3    was it ATF task force?

4      Q.    Is Nicholas white?

5      A.    Nicholas is, yes.  I don't remember who was

6    over in KAMEG, who was sergeant or if they had a

7    sergeant over there.

8      Q.    And then under sergeants is patrol officers?

9      A.    Patrol officers.

10     Q.    How many times did you take the sergeant's

11   test?

12     A.    Twice.

13     Q.    Two times.  How many times did you take the

14   lieutenant's test?

15     A.    Once.

16           MR. McGRATH:  Let me take a quick little

17   break here.

18                (A short recess was taken.)

19           (City Exhibit No. 24 marked

20             for I.D.)

21   BY MR. McGRATH:

22     Q.    I put before you City Exhibit No. 24.  Take

23   a minute to look through this document.  I don't know

24   if you have ever seen this document before.  It's

193

1    dated August 8th of 2019 from Chief Frank Kosman to

2    Dr. Willie Davis, who is the chairman of the Board of

3    Fire and Police Commissioners.

4              Have you ever seen that before?

13:10:05  5    A.   No, sir.

6    Q.   Do you recall the approximate date that you

7    met with Frank Kosman in his office in August of

8    2019?

9    A.   No.  I just remember that it was a day or

13:10:24  10   two after -- within a few days after Mike Sneed was

11   promoted.

12   Q.   This correspondence from Chief Kosman to the

13   chairman states that the recent retirement of

14   Detective Commander David Skelly created a vacancy in

13:11:02  15   that position at the police department, and then he

16   explains how the vacancy in that position creates a

17   number of other vacancies in the lieutenant's and

18   sergeant's positions, agreed?

19   A.   Yes, sir.

13:11:13  20   Q.   All right.  And then in the second paragraph

21   it states:

22              The top three sergeants on the

23   promotional list in order are Sergeant Timothy

24   Kreissler, Sergeant Paul Berge, and Sergeant

194

1    Michael Sneed.

2              And then Chief Kosman states that the

3    board can approve the promotion of any of the top

4    three and then there is bullet points relating to

13:11:36  5    Kreissler, you, and Sneed giving some background

6    information for each of you.  Correct?

7    A.   That's what the bullet points are, yes, sir.

8    Q.   At the time, would you agree that Kreissler

9    was a 17-year veteran, he was assigned as the acting

13:11:55  10   detective commander, and that he had a degree from

11   Illinois State?

12   A.   Sounds correct.

13   Q.   At the time you were a 13-year veteran,

14   currently assigned as a sergeant on the midnight

13:12:07  15   shift, and you earned your degree from Olivet

16   Nazarene?

17   A.   Yes, sir.

18   Q.   And that Sneed was a 22-year veteran,

19   currently assigned as a supervisor of the gang

13:12:19  20   enforcement tactical unit with a degree from Calumet

21   College of St. Joseph?

22   A.   Yes.  Sure.

23   Q.   Do you see that Chief Kosman wrote at the

24   bottom paragraph:

195

1              All three candidates are capable

2    sergeants who can be expected to perform the

3    duties of lieutenant successfully.  However,

4    Sergeant Sneed has distinguished himself by

13:12:40  5    serving meritoriously for 12 years in KAMEG,

6    including the last six months of his tenure

7    there as the deputy director of the task force.

8              Was sergeant Sneed the deputy director

9    of KAMEG during that time -- at the time of this

13:12:59  10   letter?

11   A.   I think he was in charge of the gang unit at

12   the time of this letter.

13   Q.   Okay.  Was --

14   A.   I think.  I'm not sure if he was in

13:13:09  15   charge of -- because I know he was placed in KAMEG by

16   the mayor's administration --

17   Q.   Which mayor?

18   A.   Mayor Wells-Armstrong.

19              -- and then he was removed and then put

13:13:23  20   in charge of the gang unit by that administration

21   also.

22   Q.   So it's your testimony that Mayor

23   Wells-Armstrong had Sergeant Sneed removed from

24   KAMEG?

196

1    A.   I'm not sure exactly what occurred.  I could

2    tell you what the rumor was.

3    Q.   Just what you know.

4    A.   What I know specifically is that he was in

13:13:43  5    KAMEG for a very short period of time and then he was

6    taken out of KAMEG and then placed in the gang

7    enforcement tactical unit.  He was placed in charge

8    of them by -- it was during the tenure when Mayor

9    Wells-Armstrong was the mayor, and I'm not sure if

13:14:03  10   Dumas was the chief or if Kosman was the chief when

11   this KAMEG tactical unit happened.  I know that

12   Deputy Chief Willie Hunt was deputy chief the entire

13   time though.

14   Q.   Do you agree where it says Sneed was a

13:14:19  15   member of KAMEG for 12 years?

16   A.   Yes.

17   Q.   And you don't know specifically who removed

18   Sneed from KAMEG during the time around when this

19   letter was issued?

13:14:31  20   A.   I have no direct knowledge if he was

21   indemnified by the State Police or not.

22   Q.   Indemnified is something different than

23   being removed from KAMEG.  Who removed him, if you

24   know?

197

```
 1        A.   I'm not sure who had the final say in when
 2   he came back to the street and was put in charge.
 3   I'm not sure.
 4        Q.   So you have no idea who removed Sneed from
 5   KAMEG or the reason why he was removed or taken out
 6   of KAMEG and brought back with the city police
 7   department?
 8        A.   I have no specific knowledge.
 9        Q.   Would you agree, as Chief Kosman wrote, that
10   since leaving KAMEG Sergeant Sneed has successfully
11   commanded the newly formed tactical unit, which so
12   far in 2019 is responsible for 30 drug arrests, 8
13   guns seized, 20 new gang contacts, and 38 warrant
14   arrests; any reason to question that?
15        A.   I don't know what the stats are for that
16   time period.
17        Q.   And Chief Kosman states:
18             Based upon his exhibited skills,
19        knowledge, and experience, I recommend him for
20        promotion to lieutenant.
21        A.   That's what that says, yes, sir.
22        Q.   Then the next page goes on to the vacancy to
23   the sergeant's list, and he explains why he was
24   recommending Officer Latham, L-a-t-h-a-m, to be
```

198

```
 1   promoted to sergeant, correct?  It's in the middle
 2   paragraph, last sentence.
 3        A.   Last sentence in the middle paragraph.  Yep,
 4   that's what it states.
 5        Q.   Anywhere in this correspondence does it
 6   state that Chief Kosman was making these decisions to
 7   reflect the mayor's administration?
 8        A.   It doesn't say that, no, sir.
 9        Q.   Carbon copied on this correspondence is
10   Mayor Chasity Wells-Armstrong, correct?
11        A.   Yes, sir.
12        Q.   Secretary Nickey Yates of the Fire and
13   Police Commission?
14        A.   Yes, sir.
15        Q.   Board Member Dawn Landwehr, L-a-n-d-w-e-h-r,
16   and James Ellexson, the human resources director,
17   correct?
18        A.   Correct.
19        Q.   Can you look at the complaint.  Page 3,
20   Paragraph 15 reads:
21             Mayor Wells-Armstrong operated in her
22        official capacity as the mayor of the City of
23        Kankakee and was responsible for the hiring and
24        supervision of all personnel necessary to
```

199

```
 1   operate and maintain the City of Kankakee Police
 2   Department.
 3        A.   That's what it says, yes, sir.
 4        Q.   What is that based on?  What information or
 5   knowledge do you have that Mayor Wells-Armstrong was
 6   responsible for hiring and supervision within the
 7   police department?
 8        A.   I believe she was the head honcho of the
 9   city or in charge of the city, so I think that
10   anything that falls within her decision making, what
11   she is in charge of.
12        Q.   Did you ever see her at any roll calls or
13   participating in any police department day-to-day
14   activities?
15        A.   That was not part of any knowledge I was
16   given.
17        Q.   Did you ever see any memos from the mayor
18   directing any personnel on what to investigate, who
19   could take days off, scheduling, instituting
20   different policies, changing policies?
21        A.   I did not see any information like that.
22        Q.   Did you see any memos from Mayor
23   Wells-Armstrong in regards to hiring of the patrol
24   officers, sergeants, lieutenants?
```

200

```
 1        A.   No, sir.
 2        Q.   Other than being mayor and the figurehead of
 3   the City of Kankakee, do you have any other
 4   information, knowledge, or information that would
 5   support your allegation in Paragraph 15 that the
 6   mayor was responsible for hiring and supervision of
 7   all personnel within the Kankakee Police Department?
 8        A.   Only the fact that she was elected as mayor
 9   of the city.
10        Q.   Paragraph 16:
11             Hunt operated in his official capacity
12        as the deputy chief of police and was
13        responsible for the hiring, training, and
14        supervision of all personnel necessary to
15        operate and maintain the City of Kankakee Police
16        Department.
17             Certainly Deputy Chief Hunt would have
18   been part of the supervision of personnel within the
19   police department.  Did he have a role in any of the
20   training of police department personnel while you
21   were a police officer/sergeant with the police
22   department?
23        A.   As far as being an instructor or as far as
24   assigning training or having an idea who was going to
```

201

1  training?

2      Q.    You tell me.  It's in Paragraph 16.

3      A.    He was the deputy chief of police so he

4  would be made aware of who is being hired, who is

13:20:13 5  training, who is being supervised correctly or

6  incorrectly.

7      Q.    But your complaint reads that he was

8  responsible for the hiring, training, and

9  supervision.  Deputy Chief Hunt, do you have any

13:20:27 10  evidence to support that he was responsible for the

11  training?

12      A.    Nothing that I have seen, no, sir.

13      Q.    As far as hiring, we went through the hiring

14  process, that somebody fills out an application, they

13:20:38 15  do the testing, they are on a list, and then it

16  involves the chief and the Fire and Police

17  Commission, correct?

18      A.    I have not seen anything like that, correct,

19  that would say Hunt's involved.

13:20:49 20      Q.    Yeah.  So you have no knowledge or

21  information that Deputy Chief Hunt was responsible

22  for any of the hiring within the Kankakee Police

23  Department as deputy chief?

24      A.    I have no knowledge of any documents.

202

1      Q.    Paragraph 19 reads:

2             Defendant Police and Fire Commission of

3  the City of Kankakee, along with the mayor, are

4  responsible for the full management and control

13:21:33 5  of the police department.

6             Can you give me examples of how the

7  Fire and Police Commission is responsible for the

8  management and control of the police department?

9      A.    Well, as previously stated, the chief needed

13:21:51 10  permission to promote somebody, so he had to go

11  through the Police and Fire Commission, and they are

12  directly appointed to the Police and Fire Commission

13  through the mayor.

14      Q.    The Fire and Police Commission's role is for

13:22:04 15  the hiring of officers, correct, along with the

16  promotional process?

17      A.    They give the approval.  They don't actually

18  do the testing process.

19      Q.    They oversee it and tabulate it and post the

13:22:21 20  eligibility list, correct?

21      A.    Correct.

22      Q.    All right.  And they do so for initial

23  patrol officers, sergeants, and lieutenants, correct?

24      A.    Yes.

203

1      Q.    And then, if there is an opening, the chief,

2  whoever the chief is, goes to the Fire and Police

3  Commission and makes a recommendation, and then the

4  Fire and Police Commission actually select who is

13:22:41 5  promoted, correct?

6             We went through the letters that are

7  sent out from the commission notifying.  Like when

8  you were promoted, they sent you, them being the Fire

9  and Police Commission, sent you a notice saying they

13:22:54 10  had selected you for a promotion, correct?

11      A.    They signed off on it.

12      Q.    Yeah.

13      A.    I don't know who selected me.

14      Q.    Okay.  The Fire and Police Commission is

13:23:05 15  involved in disciplinary matters such as yours when

16  they had an evidentiary hearing and made a decision

17  as to whether or not you should be terminated from

18  the police department, correct?

19      A.    Correct.

13:23:16 20      Q.    Other than hiring decisions, promotion, and

21  discipline, what examples can you tell me that the

22  Police and Fire Commission are responsible for the

23  full management and control of the police department?

24      A.    Because they ultimately are involved in the

204

1  hiring, the discipline, and the promotion of

2  officers.

3      Q.    The police and fire commissioners are not

4  involved at all in the day-to-day management and

13:23:45 5  control of the police department, correct?

6      A.    Not in the day-to-day operations.

7      Q.    They have nothing to do with scheduling, who

8  is assigned to what beat, what's to be investigated,

9  general orders, policies of the department, correct?

13:23:59 10      A.    Not to my knowledge, no, sir.

11      Q.    In Paragraph 19, it identifies the Police

12  and Fire Commission, along with the mayor, as being

13  responsible for the full management and control of

14  the police department.

13:24:16 15             We just went through, and you indicated

16  that the Police and Fire Commission does not have any

17  responsibilities for the day-to-day operations of the

18  police department, correct?

19             I'm just rehashing what you just

13:24:29 20  testified to.

21      A.    Correct.

22      Q.    What about the mayor, do you have any

23  examples that the mayor is responsible for any of the

24  day-to-day operations of the Kankakee Police

205

1  Department other than being the figurehead of the
2  city?
3       A.    As far as scheduling and beat assignments,
4  no, the mayor is not involved in that.
13:24:52  5       Q.    While you were working as an officer with
6  the City of Kankakee, how often did you see Mayor
7  Wells-Armstrong over at the police department?
8       A.    Not very often.
9       Q.    Did you ever see her over at the police
13:25:08 10  department?
11       A.    Yes.
12       Q.    When?
13       A.    I remember seeing her one time when she came
14  to a shift briefing and spoke with us.
13:25:20 15       Q.    And what did she talk about?
16       A.    I don't remember the specific thing.  I
17  believe she brought donuts in or something for -- I'm
18  not sure what it was for, but she was there and said
19  hello and left.
13:25:34 20       Q.    Was it for introductions for being new mayor
21  or was it an award ceremony or was anything handed
22  out?
23       A.    No.  Donuts were handed out.
24       Q.    Paragraph 20:

206

1            All subordinate officers and members of
2  the department shall be subject to such rules
3  and regulations that shall from time to time be
4  prescribed by the chief of police with the
13:26:01  5  concurrence of the mayor and the police
6  committee.
7            It's probably meant to be the police
8  commission.  Are there any police committees?
9       A.    I'm not sure what they specifically call
13:26:17 10  themselves.  It's been addressed in certain documents
11  as the police commission or commissioners.
12       Q.    I think that's a typo.
13            Can you give me any examples of when
14  the mayor was involved with enforcing any rules or
13:26:41 15  regulations prescribed by the chief of police?
16       A.    I never sat in any meetings with the mayor
17  and the chief of police so I don't know.
18       Q.    Do you know if the chief of police had to go
19  to the mayor to create rules and regulations within
13:27:06 20  the department?
21       A.    Rules and regulations have been in place
22  since I started.  To my knowledge is that the Lexipol
23  system and there was -- I'm not sure what it's
24  called, it might be the Lexipol has attorneys that go

207

1  over the legalities of rules and regulations and how
2  they will pertain to day-to-day things and current
3  laws.
4       Q.    If you could look at Page 5, Paragraphs 32
13:28:14  5  and 33.  Those paragraphs refer to the February 2018
6  promotional list from patrolman to sergeant, correct?
7       A.    That's what it says, yes, sir.
8       Q.    And it lists out the top three candidates on
9  that list, number one being Latham; number two,
13:28:34 10  Coash; and number three, Hunter.  Correct?
11       A.    Correct.
12       Q.    And according to the complaint, Hunter was
13  chosen so Latham and Coash were skipped over, and
14  they are both Caucasian, correct?
13:28:46 15       A.    Correct.
16       Q.    Do you know whether or not Latham or Coash
17  have sued the City of Kankakee claiming race
18  discrimination for being skipped over from that list?
19       A.    I'm not aware.
13:28:59 20       Q.    Paragraph 36 pertains to Donnell Austin
21  being chosen as lieutenant, skipping over Commander
22  Kidwell, who was white, correct?
23       A.    Not skipped, replaced.
24       Q.    Oh, I see.  So Austin, an African-American,

208

1  replaced Lieutenant Austin as the commander and --
2  strike that -- Lieutenant Kidwell went back from
3  commander to lieutenant at that time, correct?
4       A.    Yes.  They replaced Kidwell with Austin.
13:29:48  5       A.    Kidwell was lieutenant --
6       Q.    Was patrol commander and they removed
7  Kidwell from patrol commander position and put
8  Donnell Austin.
9       Q.    I believe the word you said before was hard
13:30:04 10  lieutenant?
11       A.    Hard-rank lieutenant.
12       Q.    Kidwell was a hard-rank lieutenant serving
13  in the commander position for a period of time, and
14  then he was put back in the lieutenant position and
13:30:15 15  Austin was made a commander?
16       A.    Correct.
17       Q.    Has Lieutenant Kidwell filed any type of a
18  lawsuit against the City of Kankakee based upon him
19  being taken out of the commander position and put
13:30:28 20  back into his hard-rank position of lieutenant?
21       A.    I don't know.
22       Q.    Paragraph 37 pertains to that email that
23  Austin sent to himself back in, I think it was, 2018,
24  something about the Auto Lab, correct?

209

1      A.   Correct.

2      Q.   And the Auto Lab is a business that's within

3   the City of Kankakee?

4      A.   Yes, sir.

13:30:59 5      Q.   And they do maintenance work on some of the

6   vehicles within the Kankakee Police Department?

7      A.   Yes, sir.

8      Q.   All right.  And was there some sort of a

9   claim that there was a connection between Auto Lab

13:31:14 10   and the mayor and Chief Dumas and Deputy Chief Willie

11   Hunt?

12      A.   According to Austin's email, yes.

13      Q.   And Paragraph 37 indicates that Lieutenant

14   Austin made a report to the FBI regarding those

13:31:30 15   individuals and their connection with Auto Lab and

16   the maintenance of the police department vehicles,

17   correct?

18      A.   In his email it doesn't specifically say

19   FBI, but, yes, correct.

13:31:44 20      Q.   Based upon information that you've gathered

21   over time, is that your understanding?

22      A.   That would be my understanding, yes, sir.

23      Q.   And what ever happened with that allegation

24   made to the FBI?  Do you know if there was an

210

1   investigation opened, if anyone came out to question

2   anyone, investigate anyone, or if charges were filed?

3      A.   I don't know.

4      Q.   Paragraph 46 reads:

13:32:49 5           Sneed's promotion was the second time

6       in less than two years, and during the mayor's

7       administration, that significantly lower-ranked

8       African-American officers were promoted over

9       higher-ranked Caucasian officers.

13:33:02 10           My question to you is:  Significantly

11       lower ranked, is that based upon the scoring on the

12       list or just being lower on the list?

13      A.   The points.

14      Q.   So it's the point total is what you are

13:33:18 15   referring to in your complaint as the qualifying

16   significantly lower-ranked candidate, correct?

17      A.   Correct, points.

18      Q.   In the rules of the Fire and Police

19   Commission or within the City of Kankakee Police

13:33:43 20   Department as it relates to promotional lists, is

21   there a scoring number, a threshold number, that has

22   to be achieved for someone to be selected for

23   promotion?

24      A.   I don't know because I have no direct

211

1   knowledge of that, and there has been rumors going

2   back and forth over the years.

3      Q.   But are you aware of any rule or regulation

4   that says if someone scores below 40 percent that

13:34:14 5   they cannot or should not be promoted?

6      A.   I have not read anything specific to that,

7   no, sir.

8      Q.   Is there any rule or regulation or guideline

9   that says if anyone scores below 70 percent that they

13:34:26 10   cannot be promoted to that position?

11      A.   I haven't seen any specific language.

12      Q.   Have you seen any specific language as to

13   any total score which would disallow someone from

14   being taken off the list and being promoted?

13:34:41 15      A.   No, sir.

16      Q.   Page 9, Paragraph 62 reads:

17           On July 30, 2020, during an

18       interrogation, Berge made a complaint about

19       being sexually harassed in the workplace by

13:35:47 20       Commander Donnell Austin.

21           Did I read that correctly?

22      A.   Yes, sir.

23      Q.   Does that refresh your memory as to the date

24   of the interrogation being July 30th of 2020?

212

1      A.   Yes, sir.

2      Q.   And prior to that date, did you report to

3   anyone within the police department any alleged

4   sexual harassment in the workplace against you by

13:36:06 5   Commander Donnell Austin?

6      A.   No, sir.

7      Q.   After that formal interrogation, did you

8   ever go to any command staff or submit anything in

9   writing claiming that you had been sexually harassed

13:36:20 10   in the workplace by Commander Donnell Austin?

11      A.   After the interrogation?

12      Q.   Yes.

13      A.   No, sir.

14      Q.   Through today's date, have you submitted

13:36:29 15   anything in writing to the City of Kankakee?

16      A.   I haven't personally, no, sir.

17      Q.   In your EEOC charge of discrimination, did

18   you include being sexually harassed in the workplace?

19      A.   I would have to look back at the document.

13:36:44 20      Q.   You have it in front of you.  It's

21   Exhibit A.

22      A.   Nope, not in here, sir.

23      Q.   Again, the date on your charge of

24   discrimination is January 6th of 2020, correct, so

213

1 the charge was filled out and completed before the
2 formal interrogation, correct?
3    A.  Yes, sir.
4    Q.  Did you ever supplement your complaint,
5 affidavit, or file a subsequent charge of
6 discrimination against the city or Commander Donnell
7 Austin based upon your claim of being sexually
8 harassed in the workplace?
9    A.  I did not.
10    Q.  Have you asked your attorneys or anyone else
11 to file such a complaint of sexual harassment in the
12 workplace against the city or Commander Donnell
13 Austin?
14    A.  My attorneys did that based on the
15 interrogation.
16    Q.  So is it your testimony today that there has
17 been a sexual harassment charge filed with the EEOC
18 based upon sexual harassment in the workplace that
19 you allege occurred against you by Commander Donnell
20 Austin?
21        MS. KRAUCHUN:  I'm just going to object.  It
22 misstates testimony.
23        Go ahead.  You can answer.
24

214

1 BY THE WITNESS:
2    A.  I don't know.
3 BY MR. McGRATH:
4    Q.  Your previous answer was through your
5 attorney, so you don't know if an EEOC charge for
6 sexual harassment was ever filed on your behalf
7 against Commander Austin?
8    A.  I haven't seen an EEOC form with a sexual
9 harassment charge on it, no, sir.
10    Q.  Okay.  Have you requested of anyone to file
11 a sexual harassment charge against Commander Austin?
12    A.  I haven't personally, no, sir.
13    Q.  Do you intend to file a sexual harassment
14 claim against Commander Austin?
15    A.  I leave that to my attorneys.
16    Q.  In your answers to interrogatories, which I
17 gave to you at the beginning of the deposition, on
18 the second page, we were asking for name and last
19 known address of every person who claims to have, or
20 is believed to have, any knowledge of the facts which
21 you claim support the allegations contained in your
22 complaint.  So I would just like to go through it
23 because you have listed out over two pages of
24 individuals and ask you some questions about these

215

1 individuals.
2        The first one you list out is David
3 Skelly.  He was employed as a police officer with the
4 police department, correct?
5    A.  Yes, sir.
6    Q.  Is he now retired?
7    A.  From Kankakee, yes, sir.
8    Q.  And where is he working?
9    A.  I'm not sure.  I don't know.
10    Q.  You can tell me, if you know, if these
11 individuals are listed on your behalf or Timothy
12 Kreissler's, because there is two plaintiffs in this
13 case.
14        Do you know if Skelly was listed to
15 support your claims of racial discrimination?
16    A.  Kreissler.
17    Q.  Okay.  For the record, Skelly is white,
18 correct?
19    A.  Yes, sir.
20    Q.  Robin Passwater, we have gone over him.
21 He's white.  Is he listed as a witness on your case
22 or Kreissler?
23    A.  I believe both of us.
24    Q.  Christopher Kidwell, he's white.  Do you

216

1 have anything to add about Kidwell in support of your
2 racial discrimination case?
3    A.  Anything to add?
4    Q.  Yes.
5    A.  No, sir.
6    Q.  Michael, and I think it's pronounced
7 Suprenant --
8    A.  Suprenant.
9    Q.  S-u-p-r-e-n-a-n-t.  He is no longer employed
10 with the department?
11    A.  No, he's employed.
12    Q.  What's his rank now?
13    A.  Patrolman, I believe.  I believe so.
14    Q.  He is white also, correct?
15    A.  Yes, sir.
16    Q.  Is he listed as a witness on your behalf or
17 Kreissler's?
18    A.  I believe on both of ours.
19    Q.  And what information would Suprenant have as
20 far as your racial discrimination claim?
21    A.  I don't know.  You would have to ask Mike.
22    Q.  Have you ever spoken to him about your
23 lawsuit?
24    A.  No, sir.

217

```
 1    Q.   When was the last time you spoke to him?
 2    A.   A few months ago.
 3    Q.   And what was that about?
 4    A.   We were just having a general discussion.
 5  It was out at the bar.
 6    Q.   Who else was there?
 7    A.   From the police department, just Mike.
 8    Q.   And did you talk about your case or you no
 9  longer being with the department?
10    A.   We never discussed my case.  We just talk
11  about general stuff.
12    Q.   Kris Lombardi is white.  We talked about
13  him, correct?
14    A.   Yes.
15    Q.   Anything other to add about Kris Lombardi?
16    A.   I don't, no, sir.
17    Q.   Have you ever talked to Kris Lombardi about
18  your case?
19    A.   Initially before the interrogation because
20  he was the FOP president.
21    Q.   Was he present at the interrogation?
22    A.   No, Tim Klopp was.
23    Q.   What's Lombardi's current rank?
24    A.   I don't -- I think he might have been
```

218

```
 1  promoted to sergeant.  I don't know.  At the time he
 2  was a patrolman.
 3    Q.   Michael Shreffler, male white, we have
 4  talked about him.
 5         Avery Ivey, I-v-e-y.
 6    A.   Sounds good.
 7    Q.   Who is that person?
 8    A.   I'm sorry?
 9    Q.   Who is that person?
10    A.   He was a sergeant at the time of my
11  employment.
12    Q.   White or black?
13    A.   White.
14    Q.   Currently with the police department?
15    A.   I think so.
16    Q.   And do you know whether or not this
17  individual is listed in support of your case or
18  Kreissler's?
19    A.   I believe both of ours.
20    Q.   And what would this individual's involvement
21  or knowledge be as far as your case?
22    A.   You'd have to ask Avery what his specific
23  knowledge is.
24    Q.   Was he demoted?
```

219

```
 1    A.   I don't know.
 2    Q.   Your answer says that he is expected to have
 3  knowledge regarding demotion of sergeant --
 4    A.   I know he was in KAMEG, and then I think, I
 5  would have to look at the specifics because it's been
 6  so long, but I think he was replaced by Sneed in
 7  KAMEG.  He was only in KAMEG a very sort period of
 8  time.  I actually remember we did an operation with
 9  KAMEG, a bunch of us, we arrested like 20 people; and
10  then a short time after his successful operation, he
11  was taken out of KAMEG.
12    Q.   Is that considered a demotion or a change in
13  position or assignment?
14    A.   It depends on your perspective.
15    Q.   Is there a change in pay?
16    A.   Yes.
17    Q.   What's the change in pay?
18    A.   I don't know what the rate is, sir.  I think
19  it's just you are over here -- the better guys go to
20  KAMEG.
21    Q.   Is there a difference in hourly rate for
22  KAMEG as compared to if you work for the police
23  department?
24    A.   I believe so.
```

220

```
 1    Q.   Who pays individuals who are in KAMEG, KAMEG
 2  or the city police department?
 3    A.   I don't know.
 4    Q.   What is the dollar difference?
 5    A.   I don't know.  I would have to look at the
 6  contract.
 7    Q.   Is it substantial?  Is it 10, $20 an hour
 8  more or is it a dollar or two?
 9    A.   No, a dollar or two.
10    Q.   And you don't have any information of why he
11  was removed from KAMEG?
12    A.   No, sir, you would have to ask Avery.
13    Q.   Do you know who replaced him on KAMEG?
14    A.   I thought it was Mike Sneed.
15    Q.   Matt Adamson, who is that individual?
16    A.   He was a retired officer.  He works at
17  Olivet Nazarene University, I believe, as a professor
18  now.
19    Q.   Do you know who he teaches there?
20    A.   I think criminal justice classes.  I would
21  assume that.
22    Q.   It indicates that he has information or
23  knowledge regarding Sneed seeking letters of
24  recommendation for promotion to lieutenant position.
```

221

1    Do you know anything about that?

2        A.    I do not.

3        Q.    Scott Helper?

4        A.    Yes, sir.

13:46:38 5        Q.    We talked about him.  He's a male white,

6    correct?

7        A.    He's Pacific Islander Asian.

8        Q.    He's listed as having knowledge regarding

9    the circumstances surrounding Sneed's promotion to

13:46:59 10    sergeant over Berge and Helper.  Do you know what

11    information he has?

12        A.    If we are talking about Sneed's promotion to

13    sergeant over myself and himself?

14        Q.    Yes.

13:47:12 15        A.    His information would be he was skipped, and

16    I don't know any specifics.

17        Q.    Other than him being skipped over such as

18    yourself, have you had any conversations with him

19    regarding being skipped over or why he believes he

13:47:27 20    was skipped over?

21        A.    No, sir.

22        Q.    Greg Latham, we have talked about him; he's

23    a male white.

24              Charles Johnson is suspected to have

222

1    knowledge regarding how promotions were done

2    throughout the years at the Kankakee Police

3    Department.  Who is Charles Johnson?

4        A.    I believe he's a patrolman at the police

13:47:52 5    department.

6        Q.    He's a current patrolman?

7        A.    I believe so.

8        Q.    He was never promoted?

9        A.    I'm not sure what his rank is now, sir.  Up

13:48:02 10    until the point I was dismissed, he was patrolman.

11        Q.    Okay.  But he's listed as a person having

12    knowledge regarding how promotions were done

13    throughout the years at the Kankakee Police

14    Department?

13:48:13 15        A.    Yes, sir.  I'm not sure how many years he

16    had on the police department, 26 years plus.

17        Q.    Have you ever talked to him about your

18    promotions or being skipped over on promotions?

19        A.    Yes.  He actually said that it was, excuse

13:48:29 20    my language, bullshit that they skipped me and

21    Kreissler, and he also said they skipped us because

22    we were white and Sneed was black.

23        Q.    And was that his opinion, or did he state

24    information to state that that was true?

223

1        A.    That was his opinion based on his years of

2    experience at the police department.

3        Q.    Okay.  But he never relayed to you that

4    that's what he had heard or that's what he was told

13:48:55 5    as the reason why you were skipped over, correct?

6        A.    I don't think anyone specifically told him

7    the reasons why.

8        Q.    Okay.

9        A.    I think it was just the general atmosphere

13:49:04 10    of the police department.

11        Q.    That was his general opinion or position,

12    that you were skipped over because you were white?

13        A.    Yes, sir.

14        Q.    Melvina Calvin?

13:49:24 15        A.    Melvina.

16        Q.    Melvina Calvin?

17        A.    Yes, sir.

18        Q.    Who is that?

19        A.    She's a patrolman, been there 20 years

13:49:36 20    almost probably, pretty close.

21        Q.    She's a female white?

22        A.    Female black.

23        Q.    Female black.  Do you know if she has ever

24    taken any tests to be placed on any promotional

224

1    lists?

2        A.    She has not taken any tests.

3        Q.    Have you ever spoken to her in regards to

4    the promotional process of you being skipped over or

13:50:12 5    Kreissler being skipped over?

6        A.    No, sir.

7        Q.    You are claiming psychiatric and

8    psychological and/or emotional injuries in your

9    lawsuit; are you aware of that?

13:50:53 10        A.    Yes, sir.

11        Q.    You state that you have suffered

12    psychological and emotional injuries.  What have you

13    suffered, and when did you start suffering them?

14        A.    It started after -- actually, it probably

13:51:14 15    started when the mayor took office and started

16    replacing all of the white Caucasian officers with

17    African-American officers and there was a general

18    atmosphere of certain people can get away with

19    certain things and other officers couldn't get away

13:51:33 20    with certain things and the general idea that it was

21    based on race.

22              And then, after I was skipped, they

23    actually took Mike Sneed and put him in charge of me,

24    which was absolutely horrible because I was worried

225

1  from day to day that if I made one mistake that I
2  would be chastised for it.
3      Q.   Did that ever happen?
4      A.   Yes, it did.
5      Q.   Can you list out what mistakes you are
6  alleged to have made and how you were chastised?
7      A.   It wasn't a mistake.  It was dealing with
8  now Sergeant Lacie Zingre about an incident that
9  occurred with her training officer.  Basically we got
10  into an argument in the sergeant's office.  She was a
11  patrolman at the time.  I dealt with the situation.
12  I let my Lieutenant Sneed know that it was fine,
13  however, I was written up for being discourteous to
14  Lacie by Lieutenant Sneed.
15          I've never been written up like that
16  before.  It was over nothing.  It was over a
17  discussion we had, as we do, in our police department
18  around other police officers.  It was not in the
19  general public's view.
20      Q.   You testified that you've never been written
21  up for being discourteous.  At the very beginning of
22  your deposition you said you were written up for a
23  citizen's complaint.  Do you remember when we went
24  over that?

226

1      A.   Sure.
2      Q.   Would you agree that that was being
3  discourteous to a citizen, a taxpayer in the City of
4  Kankakee?
5      A.   I believe it might have been written up as
6  unprofessional conduct.
7      Q.   And you draw the line that there is a
8  difference between being discourteous and
9  unprofessional conduct?
10      A.   There is a difference between dealing with a
11  citizen that we serve and another police officer that
12  I work with every single day that I've gotten to know
13  over the time that we have been together.
14      Q.   You think there is a difference between
15  telling a citizen that you serve to "don't fuckin'
16  call me again," as compared to working with a
17  co-worker and being discourteous?
18      A.   I never said that kind of language to a
19  co-worker.
20      Q.   So just to repeat, you believe that your
21  psychological and emotional injuries began as soon as
22  the mayor took office and started to replace white
23  officers with black officers?
24          MS. KRAUCHUN:  I'm going to object that that

227

1  misstates prior testimony.
2  BY MR. McGRATH:
3      Q.   That's what you testified to, correct?
4      A.   It wasn't a light switch that went off, like
5  one minute it's this, one minute it's that.  It was
6  over time a general idea of being nervous and being
7  scared of going to work because it could be your day
8  to be picked on or unjustly have things done to you.
9      Q.   I'm just going back over what you testified.
10      A.   Yes, sir.
11      Q.   And you did state that your emotional and
12  psychological injuries began when the mayor took
13  office and began replacing white officers with black
14  officers, correct?  I'm not talking about a light
15  switch, but that's when you said it began?
16      A.   Sure.  We also discussed things in the
17  general idea, general timetables also.
18      Q.   Who was the first white officer that was
19  replaced by a black officer?
20      A.   I'm not sure right now, sir.  I would have
21  to go back and look at specific things.
22      Q.   Who was the second white officer that was
23  replaced by a black officer?
24      A.   I'm not sure, sir.  I would have to go back

228

1  and look.
2      Q.   Who was the third white officer who was
3  replaced by a black officer?
4      A.   I'm not sure, sir.  I would have to go back
5  and look.
6      Q.   Have you sought any counseling, either a
7  psychiatrist, psychologist, social worker, in regards
8  to your claimed psychological and emotional injuries
9  based upon what took place in the City of Kankakee
10  after Mayor Wells-Armstrong took office?
11      A.   I ended up going back to -- I'm not sure if
12  he's a psychologist or psychiatrist.  I ended up
13  going back to him because I couldn't focus and
14  concentrate on work anymore because my mind would be
15  racing all the time about work, worried about work,
16  worried about work, worried about keeping my job.  So
17  I still go to him to this day.
18      Q.   Who is he?
19      A.   Dr. -- I'm not sure what his first name is,
20  but Xu is his last name.
21      Q.   Can you spell that?
22      A.   I think it's Z-u.
23      Q.   Z-u what?
24      A.   I think it's just Z-u.

229

1  Q.  Where is his office located?

2  A.  Bourbonnais.

3  Q.  Do you know what kind of doctor he is?

4  A.  He's a psychologist, psychiatrist.  I would

5  have to look up the specific definitions for each

6  one.

7  Q.  Did you see that doctor prior to Mayor

8  Wells-Armstrong taking office?

9  A.  Yes.

10  Q.  For how long a period of time?

11  A.  I saw him for a short period of time; and

12  then the steroid incident happened and I was

13  completely embarrassed because there was a newspaper

14  article, I was taken out of KAMEG, I was suspended, I

15  had to go to counseling at his office.  So once I got

16  to the office, I was embarrassed to even show my face

17  anymore to him; but after a time period, my head was

18  just -- I couldn't concentrate on doing anything

19  anymore so I went back to him and talked to him and

20  he prescribed me medication.

21  Q.  What did he prescribe?

22  A.  I take Mydayis.  It's an extended release, I

23  believe, adderall.

24  Q.  How often do you see Dr. Xu?

230

1  A.  Do you want me to --

2  Q.  If you have it, sure.

3  I don't know if we have a HIPAA on

4  this.

5  A.  I did see him like once a month for a couple

6  times.  He was letting me know -- asking me if my

7  medication was working.  Then I went to three months.

8  Now I see him once every six months.  I'm sorry, it's

9  X-u is his last name.  His first name is Ming,

10  M-i-n-g.

11  Q.  Do you have his address or phone number?

12  A.  The address is 21 Heritage Drive, Suite 102,

13  and that's in Bourbonnais.  It looks like he's a

14  psychiatrist.

15  Q.  Okay.  Have you seen that doctor or any

16  other psychologist, psychiatrist, or social worker

17  for issues with alcohol?

18  A.  For issues with alcohol?

19  Q.  Yes.

20  A.  No.

21  Q.  Have you seen any psychiatrist, doctor,

22  social worker, counselor for any type of narcotics or

23  drug usage?

24  A.  Besides the steroids, nothing like over a

231

1  period of time.

2  Q.  Over the last couple years, it appears that

3  you've been having some issue with your marriage.  I

4  might have asked you before, but have you undergone

5  any marriage counseling?

6  A.  No, sir.

7  Q.  Have you undergone any counseling for anger

8  management?

9  A.  No, sir.

10  Q.  Do you know whether or not Mayor

11  Wells-Armstrong was deposed in the Shreffler case?

12  A.  I'm not sure.  I think she probably was.  I

13  don't know.

14  Q.  If she was, do you know what was asked of

15  her or what she answered?

16  A.  No, sir.

17  MR. McGRATH:  That's all I have.

18  For your exhibits, we are going to give

19  them to the court reporter before we go, but your

20  attorney might have some follow-up questions.

21  MS. KRAUCHUN:  Just a few.  Although I have

22  to scroll through my notes, so give me a minute.

23

24

232

1  EXAMINATION

2  BY MS. KRAUCHUN:

3  Q.  So I'm going to direct you to City Exhibit

4  10, if you can look at that real quick, Paul.  And

5  you agree with me that this is Policy 328, which is

6  Kankakee's policy on discrimination and harassment,

7  correct?

8  A.  Correct.

9  Q.  Do you recall counsel asking you questions

10  about whether or not you ever filed a complaint of

11  sexual harassment?

12  A.  Yes.

13  Q.  And do you recall counsel asking you about

14  the timeliness of those complaints?

15  A.  Yes.

16  Q.  You would agree with me that in that policy

17  included in Exhibit 10 there is no specification of

18  what an appropriate timely complaint is required?

19  A.  Correct.

20  Q.  And then you recall counsel asking you a lot

21  of questions about the Board of Police and Fire

22  Commissioners, correct?

23  A.  Correct.

24  Q.  You agree with me that the mayor of Kankakee

233

1   appoints the members of the Police and Fire
2   Commission, correct?
3       A.   Yes, ma'am.
4       Q.   And it would be fair to say that a new mayor
5   would appoint a new Board of Police and Fire,
6   correct?
7           MR. McGRATH:  Object to the form of the
8   question, calls for speculation.
9   BY THE WITNESS:
10      A.   Fair to say, yes, ma'am.
11  BY MS. KRAUCHUN:
12      Q.   And you agree with me that you testified
13  earlier that Dumas was appointed as chief of police
14  by Mayor Wells-Armstrong, correct?
15      A.   Correct.
16      Q.   And you agree with me that the city council
17  never confirmed Dumas' appointment as the chief of
18  police, right?
19      A.   Yes, ma'am.
20      Q.   How does one -- Strike that.
21          You agree with me that the city council
22  members are a voted -- they are voted by the
23  residents of Kankakee, right?
24      A.   Yes, ma'am.

234

1       Q.   So you agree that's different -- the city
2   council is voted by the residents as opposed to the
3   Board of Police and Fire Commission being appointed
4   by the mayor, right?
5       A.   Yes, ma'am.
6       Q.   Do you have any knowledge of who was on the
7   Police and Fire Commission when you were appointed as
8   an officer, as a patrolman?
9       A.   I'd have to go back and look.  Nothing I
10  could tell you right now.
11      Q.   And then counsel was asking you a lot of
12  questions about when you filed your EEOC charge.  Do
13  you agree that that was filed with the commission on
14  February 3, 2020, right?
15      A.   Yes, ma'am.
16      Q.   And you agree with me that in July of 2020
17  that there were charges filed against you seeking
18  your termination, correct?
19      A.   Yes, ma'am.
20      Q.   And I want to direct your attention to the
21  complaint, Exhibit A of the complaint.  The complaint
22  is labeled as City Exhibit 2.  Exhibit A is your
23  complaint and affidavit which was attached to your
24  EEOC charge of discrimination.

235

1       I want to direct you specifically -- do
2   you recall counsel asked you extensive questions
3   about what you alleged in Paragraph 18 of this
4   complaint, right?
5       A.   Yes, ma'am.
6       Q.   I just want to direct your attention to
7   Paragraph 19 directly below that, and it states
8   specifically:
9           During the tenure of the current
10  mayor's administration, there have been multiple
11  acts of overt racism against non-African
12  employees.  These acts have shown a consistent
13  and ongoing pattern of racism within the
14  Kankakee Police Department which has continued
15  to occur.
16          You agree that's what's stated right
17  there?
18      A.   Correct.
19      Q.   And you would agree with me that counsel's
20  questions were that you didn't specify that things
21  were within the Kankakee Police Department, correct?
22      A.   Correct.  This is all within the Kankakee
23  Police Department.
24      Q.   You agree with me that Paragraph 19

236

1   specifically alleges that these acts of racism were
2   occurring within the Kankakee Police Department?
3       A.   Yes, ma'am.
4       Q.   And then there was a lot of questions about
5   being skipped over for promotions.  Based on your
6   observations during your time since you began as an
7   officer in 2006, do you have any independent
8   recollection that there were previously officers that
9   were number one and two on the promotion list that
10  were skipped over?
11      A.   Besides my occurrence, I have no other
12  knowledge.
13      Q.   And then counsel asked you questions --
14  specifically it was Exhibit 24, so if you can just
15  look at that real quickly to refresh.
16          You agree with me, you have never seen
17  this document before dated August 8, 2019?
18      A.   Correct.
19      Q.   And you agree within this document,
20  specifically the last paragraph on Page 1, it states
21  that Sneed has distinguished himself by serving
22  meritoriously for 12 years, you agree with me there
23  is a difference between a meritorious promotion
24  versus a promotion where you take an exam and you get

237

1 on the list?

2    A.    Correct.

3    Q.    Can you define for me what a meritorious

4 promotion is?

14:08:06 5    A.    I would almost say that you really didn't

6 earn it based on the testing process: you were just

7 kind of promoted based on who you are.

8    Q.    So is it fair to say that that's more kind

9 of like a political kind of appointment?

14:08:27 10    A.    Yes, ma'am.

11    Q.    Before you were terminated, did you ever

12 participate in a grievance with the union?  Let me

13 narrow down the time frame, specifically when Mayor

14 Wells-Armstrong was the mayor.

14:09:01 15    A.    Yes, ma'am.

16    Q.    Did you ever participate in a Step 3

17 grievance wherein Mayor Wells-Armstrong sat on the

18 grievance panel?

19    A.    Yes, ma'am.

14:09:12 20    Q.    So would you agree with me that the mayor

21 sitting on a grievance panel would determine -- she'd

22 have some sort of ability to determine any sort of

23 discipline for an officer in that role on the

24 grievance panel?

238

1    A.    Correct.  I believe that was the final step,

2 so she would have the final say-so whether or not the

3 grievance would be accepted or not.

4    Q.    And who else was on that final step of the

14:09:41 5 grievance panel?

6    A.    As far as with the city would be James

7 Ellexson, the HR director.

8    Q.    So would it just be the mayor and the

9 HR director in that final step?

14:09:53 10    A.    That's all who were there, yes, ma'am.

11    Q.    Counsel asked you questions about Patrol

12 Commander Kidwell being demoted to the rank of

13 lieutenant.  You agree with me there is a difference

14 in salary between being a commander and being a

14:10:14 15 lieutenant, right?

16    A.    Correct.

17    Q.    Again, Kidwell was demoted once Mayor

18 Wells-Armstrong became mayor, correct?

19    A.    Correct.

14:10:28 20    Q.    Kidwell is a white male, correct?

21    A.    Correct.

22    Q.    And he was replaced with Donnell Austin, who

23 is an African-American male?

24    A.    Yes, ma'am.

239

1    Q.    And you agree with me Austin only had about

2 three years of experience at the rank of lieutenant?

3    A.    Yes, ma'am.

4    Q.    And you agree with me that Kidwell at that

14:10:49 5 time had about 18 years of experience at the rank of

6 lieutenant?

7    A.    Yes, ma'am.

8    Q.    And you testified earlier about Charles

9 Johnson basically telling you that it wasn't fair

14:11:23 10 that Sneed was promoted over you and Kreissler,

11 correct?

12    A.    Correct.

13    Q.    What race does Charles Johnson identify

14 with?

14:11:33 15    A.    He's African-American.

16    Q.    And is he a male?

17    A.    Yes.

18    Q.    And you've testified he's worked at Kankakee

19 Police Department for approximately how long?

14:11:41 20    A.    I believe about 26 years, 20 plus.

21    Q.    And you agree with me that you testified

22 that you don't believe he's ever applied for any

23 promotional positions, correct?

24    A.    I'm not sure if I testified to that or not.

240

1 I believe C. J. has taken the test and he has never

2 been promoted.

3        MS. KRAUCHUN:  I don't think I have anything

4 else, Mike.

14:12:04 5        MR. McGRATH:  Just a couple follow-ups.

6            FURTHER EXAMINATION

7 BY MR. McGRATH:

8    Q.    As far as C. J., has he ever been involved

9 in any type of promotional process as far as

14:12:10 10 selecting who should be promoted and who shouldn't be

11 promoted?

12    Q.    Does Charles select who's promoted?

13    Q.    Has he ever been involved in that process?

14    A.    No, sir, he's a patrolman.

14:12:23 15    Q.    Right.  So you don't even know if he's taken

16 any test or wanted to be at a higher rank, correct,

17 you don't know?

18    A.    I believe he's taken a test -- I believe he

19 was in the room when we took one of the tests, one of

14:12:36 20 the oral tests -- written exams, I think.

21    Q.    So do you believe that he was placed on a

22 promotional list from patrol to sergeant?

23    A.    I would have to go back and look.  I don't

24 know.  I just remember I thought -- because C. J. has

241

1   gone around telling people that he is going to take
2   the test or he's going to be here for 30 years and
3   he's been around.  I've heard him talk about that
4   around the police department.
5   Q.   If he was to take the test and be placed on
6   the list to be promoted to sergeant, and you
7   indicated he was African-American, as of today's date
8   he hasn't been selected as a sergeant, correct?
9   A.   C. J. has not, no, sir.  I don't believe so.
10   Q.   So under Mayor Wells-Armstrong's
11   administration, C. J., an African-American who was on
12   the sergeant's promotional list, was not selected to
13   be promoted to sergeant; fair to say?
14        MS. KRAUCHUN:  I'm going to object that it
15   misstates testimony and calls for speculation.
16   BY THE WITNESS:
17   A.   I'm not sure what list C. J. was on or if he
18   was even on a list.  I only recall that he was in the
19   room at one point -- I think I took three promotional
20   exams to take a written exam.  So I would assume that
21   would be for the sergeant's exam.
22   BY MR. McGRATH:
23   Q.   Because to go for the lieutenant's exam you
24   have to first be a sergeant, so it would have been

242

1   for the sergeant's exam, correct?
2   A.   Yes.
3   Q.   And you don't know if he continued on with
4   that process for the oral interview to make it to the
5   sergeant's promotional list, correct?
6   A.   Correct.
7   Q.   But if he had continued and he was on that
8   list, -- and you are not familiar with all the names
9   on that list -- he would have been an
10   African-American on that list, correct, because he's
11   African-American?
12   A.   C. J. is African-American.
13   Q.   And under the Mayor Wells-Armstrong
14   administration, C. J. has not been promoted to
15   sergeant; he's still a patrol officer?
16   A.   I don't know if C. J. took the last
17   promotional exam.
18   Q.   That's what I'm saying.  You don't know as
19   you sit here today if he continued on, if he made the
20   list.
21        But my hypothetical is:  If he
22   continued on and everyone makes the list that takes
23   the test and you are ranked in order, he would have
24   been an African-American on that list, correct?

243

1   A.   He's African-American.
2   Q.   And if he completed the testing, he would
3   have been on the list?  Wherever he scored, he would
4   have been on the list?
5   A.   I'm not sure how the specifics are.  We
6   talked about different point systems.  I don't know
7   how that works, so I don't know what his scores would
8   have been.  I have no idea.
9   Q.   I'm not asking you what his scores would
10   have been.
11   A.   I understand that.
12   Q.   He would have been put on the list?
13        MS. KRAUCHUN:  Objection, calls for
14   speculation, incomplete hypothetical, asked and
15   answered.  Go ahead.
16   BY THE WITNESS:
17   A.   Hypothetically, if C. J. would have taken
18   the sergeant's exam during Mayor Wells-Armstrong's
19   tenure as mayor, and if he would have passed -- if he
20   would have passed everything, and if he would have
21   had a final score and if he was placed on that list,
22   yes, he would have been an African-American male on
23   that list.
24

244

1   BY MR. McGRATH:
2   Q.   And if that all took place and happened, you
3   are aware that C. J. has never been promoted to
4   sergeant during Mayor Wells-Armstrong's tenure?
5        MS. KRAUCHUN:  Again, objection, calls for
6   speculation, incomplete hypothetical.
7   BY THE WITNESS:
8   A.   I don't know if C. J. has been promoted or
9   not.  I haven't been around anybody.
10   BY MR. McGRATH:
11   Q.   The pay difference between commander and
12   lieutenant, what is the difference?
13   A.   I don't know.
14   Q.   How do you know there's a difference?
15   A.   Because there is specific contracts, and I
16   also know because I heard that Robin Passwater and
17   Kidwell actually took a pay cut when this new
18   administration came -- I think they are both
19   commanders.  They took a pay cut in their commander's
20   position.  So I know that there is a difference in
21   pay.  I don't know what the contracts say.
22   Q.   It seems like a lot of your information is
23   hearsay or rumor mill around the police station, but
24   you don't know specifically if Passwater or Kidwell

245

1 received a pay cut while commanders under the Mayor
2 Wells-Armstrong administration?
3     A. You would have to specifically ask them,
4 sir.
14:16:41 5     Q. So the answer is you don't have any personal
6 knowledge as to whether or not --
7     A. No direct knowledge.
8     Q. -- they received a pay cut?
9     A. Correct, no direct knowledge.
14:16:49 10     Q. Do you know whether or not either the
11 commander or lieutenant position are eligible for
12 overtime pay?
13     A. I have no direct knowledge of that.
14     Q. As far as the grievance procedure, would you
14:17:05 15 agree the grievance procedure is laid out within the
16 collective bargaining agreement between whatever
17 union and the City of Kankakee?
18     A. Yes, sir.
19     Q. All right. And you are familiar, or maybe
14:17:18 20 you have heard through the rumor mill, that there is
21 various steps in the grievance procedure, correct?
22     A. Yes, sir.
23     Q. Because you just testified as to some
24 grievance where Mayor Wells-Armstrong and Jim

246

1 Ellexson, the HR director, were there at the last
2 step, correct?
3     A. It was the grievance procedures when I was
4 written up with Patrolwoman at the time, now
14:17:45 5 Sergeant, Lacie Zingre.
6     Q. Okay. Is it your understanding that the
7 grievance procedure laid out in the CBA was followed
8 in that proceeding?
9     A. C.B.A., sir?
14:17:58 10     Q. Collective bargaining agreement.
11     A. I assume.
12     Q. There is various steps in the collective
13 bargaining agreement grievance procedure, and were
14 those steps followed in that particular grievance?
14:18:06 15     A. I assume they were. The union board handled
16 it.
17     Q. Did you have any direct involvement with
18 that grievance?
19     A. I spoke with them and so did Lacie, and they
14:18:17 20 filed the pertinent paperwork.
21     Q. And what was the basis or the claim of the
22 grievance?
23     A. The claim of the grievance was that how
24 could I be charged or written up or accused of being

247

1 discourteous to Lacie, and Lacie was written up or
2 charged with being discourteous to me, when it was a
3 conversation between her and myself. I don't think
4 she was discourteous, and she doesn't think I was
14:18:49 5 discourteous. So how can an outside person determine
6 what our feelings are when we both say neither one of
7 us was discourteous?
8     Q. So did you file a grievance?
9     A. We filed it together.
14:19:00 10     Q. You both filed a joint grievance?
11     A. I believe so. We were both in the meeting
12 with the mayor.
13     Q. Did you fill out paperwork, the grievance
14 form, the Step 1 on the grievance form?
14:19:10 15     A. I would have to go back and look, sir.
16     Q. Did she file or fill out the Step 1
17 grievance form for that issue?
18     A. You would have to ask her, sir.
19     Q. Who was your union steward at the time who
14:19:22 20 was helping you?
21     A. Our union president was Kris Lombardi. I
22 know that Tim Klopp was also in the meeting. He was
23 on our union board.
24     Q. Was anyone from the FOP brought in to

248

1 represent you or Lacie during that grievance
2 procedure?
3     A. Yes, there was an attorney present.
4     Q. And who was that?
14:19:40 5     A. I think it's Jeff Burke.
6     Q. And did the joint grievance go up the step
7 -- up the ladder following the collective bargaining
8 agreement?
9     Was it first -- the second step, did it
14:19:57 10 go to a commander or the chief of police?
11     A. Chief of police.
12     Q. What was the result at that step, what
13 happened?
14     A. The chief denied my grievance and he passed
14:20:07 15 it along to the mayor to make a decision.
16     Q. Again, you were grieving, it was a written
17 write-up?
18     A. It was a written reprimand.
19     Q. A written reprimand?
14:20:18 20     A. Yes, sir.
21     Q. And the chief denied your grievance asking
22 for that written reprimand to be removed from your
23 file, correct?
24     A. Yes, sir.

249

1      Q.    And then it went to the mayor, and there was
2   a meeting where the mayor was there, Jim Ellexson,
3   you were there, the other officer was there, and was
4   there any FOP representatives there?
14:20:37  5      A.    Yes, sir, Kris Lombardi, Tim Klopp, and Jeff
6   Burke.
7      Q.    And then what was the result of that final
8   step of the grievance procedure with the mayor and
9   the HR director?
14:20:50  10     A.    They denied it also.
11     Q.    Okay.  And so that written reprimand was to
12  stay in your file, correct?
13     A.    Correct.
14     Q.    We were provided a copy of your personnel
14:21:04  15 file.  Based upon, at least, what we received from
16  the police department, I didn't see that in there.
17     A.    Okay.
18     Q.    Do you have a copy of that grievance or the
19  written reprimand anywhere?  Not here with you today
14:21:16  20 but do --
21     A.    No.  I'm thinking because when I was going
22  through that process I got a copy of my file from HR
23  before that letter was actually placed in my file, or
24  supposedly placed in my file, so I don't have it

250

1   there.  I know that we were given different
2   documents.  I probably threw them out, to be honest
3   with you.  You would have to go back and speak with
4   Kris Lombardi or Tim Klopp or Jeff Burke.  I'm sure
14:21:44  5  they kept paperwork over this period of time.
6      Q.    You didn't lose any pay or benefits based
7   upon that written reprimand, correct?
8      A.    Pay or benefits?
9      Q.    Did it affect your pay or benefits, that
14:21:56  10 written reprimand being submitted to you and it went
11  through the grievance channel and apparently --
12     A.    Not contractual pay or benefits, no.
13     Q.    Do you recall in the hearing before the Fire
14  and Police Commission that Chief Kosman brought up
14:22:11  15 aggravation asking for you to be terminated from the
16  police department; do you remember that portion of
17  your hearing?
18     A.    I was terminated -- no, but I was obviously
19  terminated.
14:22:24  20     Q.    Do you recall in aggravation the chief
21  presented discipline in your background as grounds
22  suggesting to the Fire and Police Commission that
23  these grounds should be considered and used to
24  terminate you from the department?

251

1      Q.    Do you recall if that written reprimand
2   was ever brought up?
3      A.    Yes, I believe it was, and he also brought
4   up the last-chance agreement, which was supposed to
14:22:48  5  be removed from my file before any incidents like
6   this occurred.
7      Q.    The last-chance agreement was actually never
8   presented to the Fire and Police Commission because
9   their attorney did not allow that to be presented.
14:23:00  10 Do you remember that?
11     A.    I remember it was brought up during the
12  Police and Fire Commission, so it obviously tainted
13  the Police and Fire commissioners.
14     Q.    Do you believe that that was brought up in
14:23:10  15 the presence of the Fire and Police Commission, or
16  was it a legal ruling from the attorney that
17  represents the Fire and Police Commission, if you
18  remember?
19           MS. KRAUCHUN:  I object.  It calls for a
14:23:22  20 legal conclusion.
21  BY THE WITNESS:
22     A.    I don't know.
23  BY MR. McGRATH:
24     Q.    As far as this written reprimand through the

252

1   joint grievance that you filed with the other
2   officer, that was never brought up during the Fire
3   and Police Commission proceedings, correct?
4      A.    Yes, it was.
14:23:34  5      Q.    Okay.
6      A.    It was brought up by Lieutenant Commander
7   Austin when he said I was referring -- that I had a
8   problem with another minority supervisor and he was
9   referring to that incident, which wasn't a problem
14:23:49  10 with a minority supervisor.  The problem was with a
11  patrolman who we had the disagreement, and we solved
12  the disagreement and moved on with our lives.
13           MR. McGRATH:  That's all I have.
14           THE REPORTER:  Signature?
14:23:59  15           MS. KRAUCHUN:  What that means, I usually
16  advise people to waive signature.  Either you want to
17  review the whole entire transcript to make sure our
18  lovely court reporter took it down accurately, or you
19  trust that she did and you can waive signature.
14:24:14  20           THE WITNESS:  I'll trust that she did and
21  waive the signature.
22                (Witness excused.)
23
24

253

1

UNITED STATES OF AMERICA )

2 CENTRAL DISTRICT OF ILLINOIS)

URBANA DIVISION ) SS.

3 STATE OF ILLINOIS )

COUNTY OF COOK )

4

5       I, Maureen K. Nagle, Certified Shorthand

6 Reporter and Notary Public, do hereby certify that

7 PAUL BERGE was first duly sworn by me to testify to

8 the whole truth and that the above deposition was

9 reported stenographically by me and reduced to

10 typewriting under my personal direction.

11       I further certify that the said deposition

12 was taken at the time and place specified and that

13 the taking of said deposition commenced on the

14 15th day of December, 2021, at 9:03 a.m.

15       I further certify that I am not a relative

16 or employee or attorney or counsel of any of the

17 parties, nor a relative or employee of such attorney

18 or counsel, nor financially interested directly or

19 indirectly in this action.

20

21

22

23

24

254

1       In witness whereof, I have hereunto set my

2 hand and affixed my seal of office at Chicago,

3 Illinois, this 4th day of January, 2022.

4

5

6

7

8       _Maureen K. Nagle_____

MAUREEN K. NAGLE, CSR

9 CSR No. 084-002863

(708)837-9883

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## $

**$1500** [2] - 45:19, 46:15
**$20** [1] - 220:7
**$20,000** [1] - 9:4
**$5,000** [1] - 38:7
**$50,000** [1] - 40:20
**$500** [1] - 129:17

## '

**'15** [1] - 132:6
**'16** [1] - 132:4
**'17** [1] - 91:18
**'20** [1] - 132:5
**'97** [1] - 60:11
**'98** [1] - 60:12

## 0

**084-002863** [1] - 254:9

## 1

**1** [16] - 3:10, 5:24, 6:1, 6:5, 6:18, 17:13, 85:10, 115:13, 115:14, 116:2, 131:2, 132:1, 132:3, 236:20, 247:14, 247:16
**1.0** [1] - 90:16
**10** [8] - 3:14, 77:12, 90:9, 90:12, 104:23, 220:7, 232:4, 232:17
**100** [2] - 2:3, 129:16
**102** [1] - 230:12
**103** [1] - 3:16
**106** [1] - 3:17
**108** [1] - 3:17
**109** [2] - 3:18, 3:18
**10:00** [1] - 126:18
**10:39** [1] - 111:20
**11** [5] - 3:15, 84:11, 85:22, 95:9, 95:13
**110** [1] - 3:19
**116** [1] - 3:19
**11:00** [1] - 127:2
**12** [8] - 3:15, 28:10, 98:4, 99:2, 151:16, 195:5, 196:15, 236:22
**1294** [1] - 107:14
**1296** [1] - 108:1
**12th** [3] - 156:19, 157:1, 157:19
**13** [5] - 3:16, 98:20, 98:24, 99:4, 99:5
**13-year** [1] - 194:13

**1301** [1] - 105:7
**132** [1] - 3:20
**135** [1] - 3:20
**13th** [7] - 25:22, 26:12, 113:16, 122:8, 134:1, 134:9, 134:14
**14** [6] - 3:10, 3:16, 103:8, 103:11, 119:4, 129:13
**14th** [10] - 111:15, 111:18, 113:16, 116:24, 118:15, 118:20, 119:1, 120:4, 120:9, 122:8
**15** [1] - 3:17, 28:16, 106:24, 107:4, 107:8, 107:13, 162:17, 162:22, 163:19, 198:20, 200:5
**151** [1] - 3:21
**1599** [1] - 65:15
**15th** [4] - 1:21, 66:8, 133:2, 253:14
**16** [8] - 3:17, 55:18, 108:19, 108:21, 181:16, 200:10, 201:2
**1621** [1] - 65:15
**1636** [1] - 71:10
**16th** [1] - 157:6
**17** [4] - 3:18, 81:8, 109:5, 109:8
**17-year** [1] - 194:9
**17th** [1] - 98:8
**18** [10] - 3:18, 52:16, 54:3, 55:14, 109:20, 109:23, 160:7, 167:2, 235:3, 239:5
**18th** [1] - 133:2
**19** [3] - 3:19, 52:16, 79:2, 110:20, 110:24, 202:1, 204:11, 235:7, 235:24
**192** [1] - 3:21
**1997** [1] - 60:3
**1998** [5] - 77:14, 77:16, 77:22, 79:16, 80:14
**1999** [1] - 77:24
**19th** [1] - 58:3
**1:00** [1] - 104:7
**1:20** [1] - 1:6
**1:30** [1] - 105:9
**1st** [5] - 53:8, 131:1, 131:7, 132:8, 132:10

## 2

**2** [7] - 3:10, 14:9, 71:24, 85:11, 115:8, 115:18, 234:22
**2's** [1] - 115:13
**20** [14] - 3:19, 4:10, 17:13, 56:24, 66:17, 66:19, 116:17, 116:20, 128:24, 197:13, 205:24, 219:9, 223:19, 239:20
**2000** [1] - 60:13
**2003** [1] - 60:13
**2005** [4] - 75:1, 76:17, 111:23
**2006** [8] - 33:8, 33:9, 75:1, 80:4, 84:6, 84:10, 84:11, 236:7
**2007** [3] - 95:15, 95:21, 98:17
**2008** [3] - 33:9, 35:18, 98:8
**2009** [1] - 35:18
**2010** [1] - 89:21
**2012** [18] - 111:15, 111:18, 113:18, 115:4, 116:24, 117:19, 118:11, 118:15, 118:16, 118:20, 119:1, 119:4, 120:4, 120:9, 120:22, 122:3, 122:8, 129:14
**2013** [2] - 118:17, 122:3
**2014** [7] - 7:18, 103:12, 103:19, 104:6, 107:9, 108:5, 109:24, 118:22, 122:3, 146:5, 146:8, 146:21
**2015** [10] - 117:3, 119:3, 120:21, 130:24, 131:24, 132:6, 146:1, 146:6, 146:8, 146:21
**2016** [10] - 132:3, 132:7, 143:24, 145:24, 146:1, 151:16, 156:19, 157:1, 157:6, 157:20
**2017** [6] - 91:4, 91:21, 93:4, 93:10, 135:20, 136:20
**2018** [8] - 25:22, 26:14, 26:23, 39:12, 39:13, 176:3, 207:5, 208:23

**2019** [25] - 18:1, 18:8, 19:5, 19:14, 42:16, 43:9, 44:21, 46:3, 46:20, 53:8, 59:6, 160:10, 160:21, 163:15, 164:17, 169:17, 170:11, 170:16, 171:14, 172:9, 186:3, 193:1, 193:8, 197:12, 236:17
**2020** [47] - 11:10, 11:19, 12:12, 12:17, 15:6, 15:15, 16:6, 16:15, 16:21, 18:19, 18:21, 19:1, 19:7, 19:14, 20:12, 21:7, 22:10, 23:19, 24:3, 24:13, 24:19, 27:6, 41:21, 60:24, 71:4, 72:20, 73:20, 73:23, 131:1, 131:2, 131:7, 132:10, 132:21, 133:2, 133:16, 134:2, 134:12, 134:14, 159:20, 159:22, 186:3, 211:17, 211:24, 212:24, 234:14, 234:16
**2021** [11] - 1:22, 26:12, 28:10, 56:24, 61:15, 61:16, 66:8, 73:24, 74:8, 135:14, 253:14
**2022** [1] - 254:3
**206** [1] - 2:3
**20th** [4] - 132:20, 133:16, 134:7, 134:12
**21** [4] - 3:20, 132:15, 132:18, 230:12
**21st** [2] - 55:18, 135:13
**22** [3] - 3:20, 135:16, 135:20
**22-year** [1] - 194:18
**23** [5] - 3:21, 151:13, 151:16, 155:16, 156:1
**2310** [2] - 1:6, 4:10
**232** [1] - 3:5
**24** [4] - 3:21, 192:19, 192:22, 236:14
**240** [1] - 3:6
**24th** [1] - 77:24
**25th** [5] - 18:1, 18:8, 18:18, 19:5, 19:14
**26** [2] - 222:16, 239:20
**26th** [1] - 79:18
**27** [1] - 3:11

**27th** [2] - 77:14, 104:6
**28th** [2] - 103:12, 103:19
**29th** [2] - 71:4, 72:19
**2:00** [2] - 126:24, 128:6

## 3

**3** [8] - 3:11, 27:15, 27:19, 28:2, 39:13, 198:19, 234:14, 237:16
**30** [8] - 77:12, 80:14, 88:12, 109:1, 132:2, 197:12, 211:17, 241:2
**30-day** [3] - 108:10, 130:17, 130:19
**30th** [6] - 24:13, 24:20, 24:22, 27:6, 77:15, 211:24
**312)655-7660** [1] - 2:4
**32** [1] - 207:4
**328** [2] - 91:1, 232:5
**33** [1] - 207:5
**3318** [2] - 1:20, 2:8
**36** [1] - 207:20
**37** [2] - 208:22, 209:13
**38** [4] - 175:17, 175:20, 176:2, 197:13
**39** [1] - 176:15
**3rd** [3] - 16:21, 56:24, 109:24

## 4

**4** [5] - 3:11, 64:15, 65:14, 95:21, 98:17
**40** [5] - 80:18, 175:17, 175:20, 177:4, 211:4
**400** [1] - 125:23
**46** [1] - 210:4
**4th** [3] - 39:13, 80:3, 254:3

## 5

**5** [7] - 3:4, 3:12, 14:21, 68:4, 68:7, 93:4, 207:4
**500** [2] - 35:24, 36:1
**54** [1] - 3:11
**55** [1] - 81:12
**5th** [4] - 12:12, 15:6, 15:15, 91:4

## 6

**6** [8] - 3:10, 3:12, 20:12, 76:21, 76:24, 159:20, 175:19, 175:20
**60661** [1] - 2:4
**60805** [1] - 2:8
**62** [1] - 211:16
**67** [2] - 178:7, 178:10
**68** [1] - 3:12
**6th** [14] - 16:6, 16:15, 18:19, 18:21, 19:1, 19:7, 19:14, 21:7, 22:9, 117:3, 131:24, 135:20, 136:20, 212:24

## 7

**7** [3] - 3:13, 79:22, 80:2
**70** [1] - 211:9
**708)424-5678** [1] - 2:9
**708)837-9883** [1] - 254:9
**72** [1] - 95:2
**73.40** [1] - 160:14
**76** [1] - 3:12
**79** [1] - 3:13
**7th** [4] - 23:19, 24:3, 24:22, 108:5

## 8

**8** [5] - 3:13, 80:22, 131:4, 197:12, 236:17
**81** [1] - 3:13
**82.63** [1] - 160:13
**89** [1] - 3:14
**895** [1] - 59:1
**8th** [3] - 77:22, 95:15, 193:1

## 9

**9** [3] - 3:14, 89:16, 211:16
**9.23** [1] - 160:13
**90** [1] - 3:14
**900** [8] - 114:8, 115:9, 121:7, 121:11, 124:5, 124:10, 125:23, 129:22
**95** [1] - 3:15
**95th** [2] - 1:20, 2:8
**98** [2] - 3:15, 3:16
**9:00** [1] - 126:18
**9:03** [1] - 1:21, 253:14

## A

**a.m** [3] - 1:21, 111:20, 253:14
**Aaron** [1] - 104:7
**ability** [1] - 237:22
**able** [4] - 139:22, 154:19, 161:10, 183:22
**abreast** [1] - 144:21
**absolutely** [1] - 224:24
**abstract** [1] - 81:5
**abuse** [1] - 98:13
**abusing** [2] - 104:12, 104:16
**academy** [4] - 84:19, 84:20, 85:3, 85:19
**accelerated** [1] - 36:13
**Acceptable** [1] - 90:14
**accepted** [2] - 99:22, 238:3
**accident** [20] - 10:3, 10:10, 10:16, 10:20, 37:20, 110:2, 110:17, 111:5, 111:11, 113:23, 116:24, 117:4, 122:18, 122:19, 123:1, 123:12, 123:13, 129:22, 130:6, 131:17
**accidents** [1] - 110:13
**according** [6] - 61:9, 77:7, 112:3, 121:21, 207:12, 209:12
**account** [1] - 101:7
**accounts** [1] - 176:9
**accuracy** [1] - 16:15
**accurate** [1] - 147:3
**accurately** [1] - 252:18
**accused** [2] - 176:5, 246:24
**achieved** [1] - 210:22
**achievement** [2] - 89:19, 90:6
**acknowledges** [1] - 129:13
**acknowledging** [1] - 94:13
**acquaintance** [1] - 47:20
**Acting** [6] - 137:24, 138:7, 138:18, 138:22, 140:17, 140:22
**acting** [13] - 138:14, 140:21, 140:22,

149:1, 149:10, 149:13, 150:9, 150:10, 150:14, 150:16, 150:23, 189:17, 194:9
**action** [2] - 110:14, 253:19
**actions** [1] - 97:12
**activities** [1] - 199:14
**activity** [1] - 36:3
**acts** [5] - 92:9, 133:5, 235:11, 235:12, 236:1
**actual** [8] - 14:17, 18:22, 21:23, 34:18, 96:3, 146:3, 150:20, 172:15
**actuality** [1] - 117:8
**Adamson** [2] - 34:10, 220:15
**add** [3] - 216:1, 216:3, 217:15
**adderall** [1] - 229:23
**Adderall** [1] - 104:24
**additional** [2] - 32:4, 89:9
**additions** [1] - 15:14
**address** [5] - 58:23, 59:5, 214:19, 230:11, 230:12
**addressed** [4] - 24:3, 80:4, 156:4, 206:10
**adjudication** [1] - 72:2
**administration** [50] - 43:6, 46:17, 48:6, 48:10, 137:2, 137:19, 140:12, 155:5, 156:3, 160:4, 160:18, 163:24, 164:7, 164:15, 164:16, 164:19, 165:10, 165:18, 165:20, 165:23, 166:3, 166:10, 166:12, 166:15, 166:17, 167:8, 167:9, 167:12, 167:13, 167:15, 167:17, 167:19, 167:21, 168:2, 169:8, 169:9, 169:10, 183:9, 183:13, 185:6, 195:16, 195:20, 198:7, 210:7, 235:10, 241:11, 242:14, 244:18, 245:2
**administrative** [6] - 70:21, 97:19,

132:24, 133:16, 134:11, 135:9
**admitted** [1] - 130:4
**advance** [1] - 136:12
**advances** [1] - 92:8
**advise** [5] - 92:21, 151:9, 157:4, 160:3, 252:16
**advised** [6] - 43:19, 104:21, 105:19, 105:21, 143:7, 143:8
**advising** [2] - 25:3, 159:24
**affairs** [1] - 143:4
**affect** [1] - 250:9
**affected** [2] - 93:18, 94:8
**affidavit** [23] - 17:10, 17:20, 18:2, 18:6, 18:13, 18:17, 19:6, 19:17, 20:8, 22:17, 22:22, 23:1, 23:7, 23:11, 160:5, 163:15, 163:22, 165:17, 166:15, 167:11, 169:11, 213:5, 234:23
**affixed** [1] - 254:2
**African** [26] - 147:24, 149:16, 150:17, 164:1, 164:3, 164:13, 188:2, 188:12, 190:18, 190:19, 191:4, 191:6, 207:24, 210:8, 224:17, 235:11, 238:23, 239:15, 241:7, 241:11, 242:10, 242:11, 242:12, 242:24, 243:1, 243:22
**African-American** [24] - 147:24, 149:16, 150:17, 164:1, 164:3, 164:13, 188:2, 188:12, 190:18, 190:19, 191:6, 207:24, 210:8, 224:17, 238:23, 239:15, 241:7, 241:11, 242:10, 242:11, 242:12, 242:24, 243:1, 243:22
**African-Americans** [1] - 191:4
**afternoons** [1] - 191:22
**agencies** [1] - 153:18

**agency** [6] - 63:21, 75:24, 97:23, 148:11, 149:20, 153:3
**aggravated** [1] - 7:23
**aggravation** [2] - 250:15, 250:20
**ago** [15] - 5:18, 13:17, 13:18, 18:16, 26:11, 28:15, 47:24, 48:23, 83:17, 83:18, 101:1, 191:16, 217:2
**agree** [44] - 12:12, 16:23, 24:16, 66:20, 82:19, 90:5, 93:23, 106:16, 109:15, 114:23, 129:8, 139:1, 156:18, 164:20, 164:23, 165:2, 165:5, 165:8, 183:13, 194:8, 196:14, 197:9, 226:2, 232:5, 232:16, 232:24, 233:12, 233:16, 233:21, 234:1, 234:13, 234:16, 235:16, 235:19, 235:24, 236:16, 236:19, 236:22, 237:20, 238:13, 239:1, 239:4, 239:21, 245:15
**agreed** [10] - 34:20, 99:21, 130:4, 130:9, 130:11, 131:13, 132:12, 160:16, 164:1, 193:18
**agreement** [29] - 106:4, 106:10, 106:15, 116:22, 117:2, 129:1, 129:9, 130:3, 130:13, 130:16, 130:22, 131:6, 131:9, 131:12, 131:21, 132:13, 142:2, 142:13, 142:15, 142:23, 176:22, 178:13, 245:16, 246:10, 246:13, 248:8, 251:4, 251:7
**ahead** [8] - 14:12, 14:18, 21:9, 27:19, 56:6, 184:9, 213:23, 243:15
**airbags** [3] - 121:21, 121:22, 123:20
**al** [1] - 6:20
**alcohol** [9] - 51:24,

96:7, 98:13, 122:14, 123:5, 129:18, 130:5, 230:17, 230:18
**allegation** [4] - 33:5, 106:17, 200:5, 209:23
**allegations** [9] - 7:21, 16:16, 22:19, 23:11, 107:10, 145:13, 175:14, 177:11, 214:21
**allege** [1] - 213:19
**alleged** [5] - 102:1, 116:23, 212:3, 225:6, 235:3
**alleges** [1] - 236:1
**alleging** [4] - 12:20, 12:23, 185:24, 186:5
**alley** [6] - 36:2, 36:10, 36:13, 36:16, 39:3
**allow** [1] - 251:9
**allowed** [6] - 82:20, 88:13, 110:12, 152:3, 152:7, 179:3
**almost** [3] - 23:14, 223:20, 237:5
**altercation** [1] - 95:24
**ambulance** [1] - 96:17
**amended** [1] - 91:20
**AMERICA** [1] - 253:1
**American** [24] - 147:24, 149:16, 150:17, 164:1, 164:3, 164:13, 188:2, 188:12, 190:18, 190:19, 191:6, 207:24, 210:8, 224:17, 238:23, 239:15, 241:7, 241:11, 242:10, 242:11, 242:12, 242:24, 243:1, 243:22
**Americans** [1] - 191:4
**Ames** [2] - 157:15, 157:18
**amount** [2] - 37:14, 38:5
**AND** [1] - 1:7
**anger** [2] - 98:14, 231:7
**announced** [1] - 136:4
**anonymous** [2] - 183:24, 185:7
**answer** [14] - 9:14, 9:21, 19:24, 21:2, 48:4, 83:7, 120:11, 158:12, 180:21, 181:9, 213:23,

214:4, 219:2, 245:5
**answered** [3] - 168:24, 231:15, 243:15
**answers** [12] - 4:21, 27:11, 28:6, 28:15, 28:23, 29:4, 61:9, 70:24, 88:5, 160:16, 172:16, 214:16
**anyones'** [1] - 190:8
**apart** [1] - 156:9
**apologize** [2] - 15:19, 62:23
**appeal** [3] - 99:17, 109:3, 130:19
**appealed** [2] - 99:19, 135:7
**appear** [1] - 179:18
**APPEARANCES** [1] - 2:1
**appeared** [1] - 180:3
**applicant** [2] - 68:18, 78:12
**applicants** [1] - 187:15
**application** [18] - 62:24, 63:7, 65:17, 65:20, 65:21, 68:8, 68:14, 68:15, 70:12, 71:8, 73:4, 73:22, 74:3, 74:11, 75:4, 75:15, 78:18, 201:14
**applications** [1] - 66:11
**applied** [6] - 61:10, 65:22, 76:14, 76:17, 77:5, 239:22
**apply** [4] - 61:6, 61:13, 67:7, 74:24
**applying** [2] - 78:22, 81:3
**appoint** [1] - 233:5
**appointed** [10] - 140:22, 141:10, 148:12, 149:14, 150:15, 151:4, 202:12, 233:13, 234:3, 234:7
**appointment** [5] - 150:4, 151:10, 161:2, 233:17, 237:9
**appoints** [2] - 156:14, 233:1
**appreciate** [1] - 20:3
**apprehend** [1] - 39:3
**appropriate** [2] - 94:2, 232:18
**approval** [1] - 202:17
**approve** [1] - 194:3
**approved** [2] - 157:5,

158:16
**approximate** [7] - 18:11, 39:11, 39:12, 40:21, 60:9, 71:7, 193:6
**April** [27] - 25:22, 26:14, 111:15, 111:18, 113:17, 116:24, 117:3, 117:18, 118:15, 118:20, 119:1, 119:4, 120:4, 120:9, 120:21, 122:8, 129:13, 130:24, 131:1, 131:2, 131:7, 131:24, 132:3, 132:8, 132:10, 135:20, 136:20
**arbitrator** [1] - 102:18
**Area** [2] - 5:19, 6:9
**area** [8] - 6:12, 36:3, 36:12, 61:23, 87:3, 105:15, 114:6, 115:14
**argument** [2] - 135:13, 225:10
**Armstong's** [1] - 241:10
**Armstrong** [22] - 4:9, 173:8, 173:12, 173:17, 195:18, 195:23, 196:9, 198:10, 198:21, 199:5, 199:23, 205:7, 228:10, 229:8, 231:11, 233:14, 237:14, 237:17, 238:18, 242:13, 245:2, 245:24
**ARMSTRONG** [1] - 1:9
**Armstrong's** [2] - 243:18, 244:4
**arrest** [11] - 8:1, 42:17, 42:18, 50:20, 51:5, 51:8, 78:4, 80:6, 81:17, 82:6, 82:12
**arrested** [15] - 50:11, 50:17, 51:1, 51:9, 51:10, 51:12, 51:16, 51:19, 52:4, 52:10, 77:11, 79:1, 81:23, 83:1, 219:9
**arrests** [5] - 52:20, 63:8, 83:13, 197:12, 197:14
**arrived** [1] - 127:10
**article** [3] - 109:9, 109:15, 229:14
**arts** [1] - 60:17

**Asian** [1] - 221:7
**assigned** [14] - 7:3, 7:9, 31:8, 77:3, 79:8, 86:6, 86:9, 86:14, 87:8, 189:16, 194:9, 194:14, 194:19, 204:8
**assigning** [1] - 200:24
**assignment** [2] - 31:10, 219:13
**assignments** [1] - 205:3
**assist** [3] - 22:21, 28:22, 29:3
**Assistance** [1] - 98:12
**assistance** [1] - 98:12
**assisting** [2] - 42:17, 43:8
**assume** [12] - 9:5, 9:19, 18:14, 58:9, 114:11, 141:19, 157:21, 158:2, 220:21, 241:20, 246:11, 246:15
**assumed** [3] - 139:9, 139:11, 164:11
**assumption** [3] - 21:15, 21:19, 155:7
**ATF** [1] - 192:3
**atmosphere** [2] - 223:9, 224:18
**attached** [10] - 15:21, 17:9, 22:16, 23:17, 25:19, 36:4, 50:6, 133:18, 160:6, 234:23
**attempting** [1] - 39:2
**attend** [2] - 85:19, 184:10
**attended** [3] - 60:4, 60:7, 60:10
**attending** [1] - 185:2
**attention** [7] - 37:5, 107:11, 118:11, 143:15, 157:2, 234:20, 235:6
**attitudes** [1] - 183:9
**attorney** [35] - 7:8, 7:9, 16:9, 16:11, 18:10, 18:12, 19:4, 19:6, 19:9, 23:23, 24:4, 24:18, 25:3, 26:5, 37:23, 38:1, 40:5, 41:9, 42:7, 129:2, 130:3, 179:9,

179:23, 180:4, 180:13, 181:6, 181:18, 214:5, 231:20, 248:3, 251:9, 251:16, 253:16, 253:17
**attorney's** [4] - 18:3, 26:3, 26:8, 28:24
**attorneys** [15] - 10:5, 14:6, 15:13, 15:17, 17:8, 28:21, 159:20, 175:7, 176:14, 177:3, 177:17, 206:24, 213:10, 213:14, 214:15
**August** [20] - 7:18, 23:19, 24:3, 24:19, 24:22, 134:1, 134:9, 134:14, 160:10, 160:21, 163:15, 164:17, 169:16, 170:11, 170:16, 171:14, 172:9, 193:1, 193:7, 236:17
**Augustana** [1] - 60:11
**Austin** [30] - 25:21, 25:22, 26:13, 26:23, 176:4, 176:17, 182:20, 188:11, 189:7, 191:4, 207:20, 207:24, 208:1, 208:4, 208:8, 208:15, 208:23, 209:14, 211:20, 212:5, 212:10, 213:7, 213:13, 213:20, 214:7, 214:11, 214:14, 238:22, 239:1, 252:7
**Austin's** [1] - 209:12
**authority** [1] - 62:13
**authorization** [1] - 72:10
**authorize** [1] - 16:12
**authorized** [1] - 16:11
**Auto** [5] - 26:20, 208:24, 209:2, 209:9, 209:15
**Ava** [5] - 58:15, 58:16, 58:17, 58:18, 59:18
**available** [3] - 139:5, 139:15, 139:18
**Ave** [1] - 114:9
**Avenue** [4] - 112:18, 113:1, 115:9, 129:23
**Avery** [3] - 218:5, 218:22, 220:12
**award** [1] - 205:21
**aware** [32] - 21:6, 21:11, 36:11, 47:2,

64:4, 74:6, 81:22, 82:15, 93:4, 105:2, 122:2, 122:4, 123:11, 135:12, 148:1, 161:17, 164:16, 164:18, 166:17, 167:7, 175:1, 175:5, 177:18, 177:21, 178:4, 180:2, 186:15, 201:4, 207:19, 211:3, 224:9, 244:3

**B**

**B-a-r-r-e-r-a** [1] - 53:16
**B-e-r-g-e** [1] - 4:17
**bachelor's** [1] - 60:18
**backed** [1] - 110:4
**background** [8] - 29:11, 63:8, 63:9, 71:12, 75:18, 77:4, 194:5, 250:21
**ballpark** [1] - 12:5
**bankruptcy** [2] - 34:22, 35:4
**bar** [9] - 95:24, 96:2, 121:5, 126:20, 126:24, 127:2, 127:22, 128:5, 217:5
**Bar** [1] - 126:7
**bargaining** [6] - 176:21, 178:13, 245:16, 246:10, 246:13, 248:7
**Barrera** [5] - 53:16, 55:9, 56:4
**bars** [9] - 126:3, 126:4, 126:17, 127:8, 127:11, 127:20, 128:3, 128:6
**based** [63] - 11:18, 12:10, 12:24, 13:2, 13:5, 16:23, 17:2, 34:17, 37:11, 37:20, 37:21, 38:21, 40:3, 62:8, 62:14, 67:11, 81:2, 82:6, 82:12, 82:14, 90:6, 92:10, 93:23, 96:19, 98:17, 99:11, 99:14, 100:8, 100:16, 105:3, 106:16, 107:10, 108:9, 108:23, 109:15, 115:3, 116:6, 116:22, 135:2, 139:1, 148:22, 150:8,

155:11, 168:14, 172:18, 185:20, 197:18, 199:4, 208:18, 209:20, 210:11, 213:7, 213:14, 213:18, 223:1, 224:21, 228:9, 236:5, 237:6, 237:7, 249:15, 250:6
**basic** [3] - 4:20, 28:19, 111:9
**basis** [2] - 182:15, 246:21
**Bates** [6] - 14:13, 65:15, 71:10, 105:7, 107:13, 107:24
**bathroom** [1] - 74:17
**battery** [4] - 7:23, 33:12, 54:8, 56:2
**beat** [2] - 204:8, 205:3
**became** [6] - 52:20, 121:15, 141:16, 142:9, 151:10, 238:18
**become** [6] - 61:7, 65:23, 75:3, 81:3, 141:22, 152:1, 152:3, 152:4, 152:7, 155:13, 156:21
**becomes** [1] - 155:3
**becoming** [2] - 52:1, 152:13
**began** [6] - 148:5, 226:21, 227:12, 227:13, 227:15, 236:6
**beginning** [3] - 60:12, 214:17, 225:21
**behalf** [13] - 2:5, 2:10, 35:4, 54:11, 54:12, 55:3, 56:3, 157:7, 159:19, 214:6, 215:11, 216:16
**behavior** [1] - 169:23
**belief** [5] - 17:21, 19:15, 20:13, 28:8, 142:8
**believes** [2] - 31:21, 221:19
**belonging** [1] - 111:24
**below** [6] - 77:19, 85:15, 115:20, 211:4, 211:9, 235:7
**benefits** [4] - 250:6, 250:8, 250:9, 250:12
**Benevolent** [2] - 101:6, 101:14
**BERGE** [5] - 1:3, 1:14, 3:3, 5:8, 253:7
**Berge** [20] - 4:4, 4:6,

4:7, 4:14, 4:17, 28:4, 77:11, 77:20, 104:10, 104:12, 105:21, 129:13, 151:18, 156:21, 157:3, 160:10, 178:15, 193:24, 211:18, 221:10
**Berge's** [1] - 105:22
**Berry** [2] - 62:20, 67:24
**best** [8] - 17:21, 28:7, 31:17, 66:18, 71:1, 76:7, 163:14, 183:10
**better** [1] - 219:19
**between** [22] - 11:7, 19:5, 31:3, 33:9, 58:11, 95:21, 98:17, 99:11, 106:4, 125:9, 162:22, 163:19, 173:16, 209:9, 226:8, 226:10, 226:14, 236:23, 238:14, 244:11, 245:16, 247:3
**beyond** [1] - 177:12
**bill** [16] - 43:1, 43:2, 43:20, 46:11, 46:17, 47:1, 47:5, 47:10, 48:7, 48:11, 48:15, 48:18, 48:20, 49:8, 49:17, 49:22
**billing** [2] - 49:11, 50:1
**billings** [1] - 50:2
**bills** [10] - 43:14, 43:17, 45:21, 46:1, 46:9, 46:12, 46:21, 46:24, 47:17, 48:16
**birthday** [1] - 58:4
**bit** [5] - 6:11, 7:20, 9:10, 59:22, 74:15
**black** [10] - 164:14, 218:12, 222:22, 223:22, 223:23, 226:23, 227:13, 227:19, 227:23, 228:3
**block** [6] - 114:8, 115:9, 124:13, 125:7, 129:16, 129:22
**Board** [4] - 193:2, 232:21, 233:5, 234:3
**board** [15] - 101:11, 101:12, 153:19, 153:22, 183:19, 184:1, 184:3, 184:4, 184:6, 184:8, 194:3, 198:15, 246:15,

247:23
**body** [5] - 65:2, 156:9, 156:10, 183:7, 185:18
**Bonita** [1] - 33:16
**booked** [1] - 51:11
**bottom** [16] - 16:5, 16:18, 18:23, 22:10, 66:21, 68:23, 70:23, 71:17, 72:7, 78:9, 90:22, 105:6, 107:13, 112:6, 129:5, 194:24
**Bourbonnais** [31] - 60:5, 60:6, 61:10, 61:16, 61:21, 62:2, 62:8, 62:12, 62:14, 62:16, 62:24, 63:6, 63:13, 63:16, 64:19, 65:18, 65:22, 66:4, 66:23, 67:18, 68:1, 73:9, 75:12, 76:11, 105:14, 128:13, 170:5, 170:14, 170:18, 229:2, 230:13
**bowl** [1] - 52:11
**box** [14] - 16:19, 16:20, 44:6, 44:12, 44:17, 44:18, 44:19, 45:10, 68:17, 185:10, 185:12
**boyfriend** [2] - 33:19, 33:20
**Bradley** [1] - 128:12
**brakes** [1] - 36:16
**branch** [1] - 51:14
**Branch** [1] - 80:18
**brand** [2] - 100:11, 149:23
**break** [2] - 5:3, 192:17
**breakdown** [4] - 185:15, 185:17, 185:22, 187:19
**Breathalyzer** [6] - 81:18, 81:24, 82:2, 82:5, 82:7
**brick** [1] - 121:6
**brief** [1] - 136:7
**briefing** [1] - 205:14
**bring** [2] - 118:11, 179:3
**broken** [2] - 97:5, 97:6
**Brooks** [6] - 119:11, 119:22, 120:2, 120:6, 142:10, 143:14
**brought** [22] - 30:2, 51:9, 76:2, 86:2, 89:3, 107:11,

137:19, 143:15, 148:10, 151:2, 178:9, 179:4, 197:6, 205:17, 247:24, 250:14, 251:2, 251:3, 251:11, 251:14, 252:2, 252:6
**building** [1] - 129:16
**bullet** [1] - 194:4, 194:7
**bulletins** [1] - 87:19
**bullshit** [1] - 222:20
**bunch** [1] - 219:9
**burden** [1] - 177:11
**bureau** [2] - 37:15, 188:17, 191:24
**Burke** [3] - 248:5, 249:6, 250:4
**business** [1] - 209:2
**busted** [1] - 124:14
**BY** [71] - 2:2, 2:7, 5:12, 6:3, 10:15, 14:11, 15:1, 19:21, 20:7, 20:10, 20:18, 20:21, 21:10, 21:14, 27:17, 56:7, 63:5, 64:17, 68:6, 74:20, 76:23, 80:1, 81:1, 83:8, 83:11, 89:18, 90:11, 95:11, 98:6, 98:22, 99:10, 101:22, 103:10, 107:2, 109:22, 110:22, 116:19, 120:12, 120:14, 132:17, 135:18, 143:22, 151:15, 158:15, 158:17, 166:21, 167:1, 167:10, 168:10, 169:1, 169:5, 180:22, 181:1, 181:10, 181:13, 192:21, 214:1, 214:3, 227:2, 232:2, 233:9, 233:11, 240:7, 241:16, 241:22, 243:16, 244:1, 244:7, 244:10, 251:21, 251:23

**C**

**C.B.A** [1] - 246:9
**calendar** [1] - 132:2
**California** [1] - 79:18
**Calumet** [1] - 194:20
**Calvin** [2] - 223:14, 223:16
**Campion** [4] - 97:20,

97:21, 97:22, 98:1
**canceling** [1] - 72:13
**candidate** [3] - 85:10, 85:11, 210:16
**candidates** [5] - 65:8, 66:11, 66:13, 195:1, 207:8
**cannabis** [5] - 52:7, 77:12, 79:13, 79:17, 80:14
**cannot** [4] - 32:17, 121:22, 211:5, 211:10
**capable** [1] - 195:1
**capacities** [1] - 1:11
**capacity** [2] - 198:22, 200:11
**car** [16] - 10:2, 10:10, 86:15, 110:5, 113:6, 116:8, 122:9, 122:16, 122:17, 124:7, 124:8, 125:17, 126:1, 126:21, 127:6, 128:22
**carbon** [2] - 157:13, 198:9
**card** [2] - 34:24, 57:16
**care** [3] - 23:23, 24:3, 46:10
**career** [5] - 11:21, 35:8, 35:18, 114:2, 137:21
**carrying** [1] - 177:11
**case** [31] - 4:19, 5:16, 6:23, 7:3, 7:21, 8:3, 8:11, 9:1, 9:2, 13:8, 37:23, 38:3, 40:6, 40:10, 40:18, 40:22, 51:14, 52:14, 81:13, 175:10, 177:23, 178:3, 215:13, 215:21, 216:2, 217:8, 217:10, 217:18, 218:17, 218:21, 231:11
**Case** [1] - 4:10
**Caucasian** [8] - 148:17, 148:21, 166:17, 176:6, 190:3, 207:14, 210:9, 224:16
**caused** [2] - 117:9, 117:13
**causing** [2] - 117:15, 129:17
**CBA** [1] - 246:7
**cell** [2] - 51:3, 51:11
**Center** [1] - 107:9
**CENTRAL** [2] - 1:1,

253:2
**Central** [1] - 4:11
**ceremony** [1] - 205:21
**certain** [10] - 23:11, 65:2, 88:10, 145:2, 153:6, 191:16, 206:10, 224:18, 224:19, 224:20
**certainly** [1] - 200:17
**certificate** [2] - 89:19, 90:6
**Certified** [2] - 1:19, 253:5
**certify** [5] - 70:24, 72:9, 253:6, 253:11, 253:15
**chain** [4] - 32:9, 32:11, 34:6, 44:13
**chairman** [2] - 193:2, 193:13
**Champaign** [1] - 85:20
**chance** [22] - 106:4, 106:10, 106:14, 116:21, 117:2, 129:1, 129:9, 130:2, 130:10, 130:12, 130:16, 130:22, 131:20, 132:7, 132:13, 142:2, 142:13, 142:15, 142:23, 171:9, 251:4, 251:7
**change** [4] - 99:4, 219:12, 219:15, 219:17
**changed** [3] - 82:16, 91:20, 191:11
**changes** [7] - 15:14, 23:6, 29:4, 87:24, 88:5, 88:19, 89:4
**changing** [1] - 199:20
**Channahon** [1] - 89:22
**channel** [1] - 250:11
**charge** [63] - 16:3, 16:14, 16:24, 17:3, 17:9, 18:18, 18:22, 19:3, 19:8, 19:17, 20:11, 20:15, 20:20, 20:23, 21:6, 21:11, 21:16, 21:20, 21:21, 21:23, 22:3, 22:7, 22:8, 22:9, 22:11, 22:16, 52:5, 79:13, 80:15, 159:2, 159:5, 159:9, 159:15, 159:18, 160:1, 160:6, 171:24, 172:1, 172:23,

173:5, 173:18, 173:23, 174:2, 174:6, 174:11, 195:11, 195:15, 195:20, 196:7, 197:2, 199:9, 199:11, 212:17, 212:23, 213:1, 213:5, 213:17, 214:5, 214:9, 214:11, 224:23, 234:12, 234:24
**chargeable** [2] - 110:2, 110:12
**charged** [10] - 56:2, 79:1, 79:17, 80:13, 81:13, 102:5, 122:13, 123:5, 246:24, 247:2
**charges** [22] - 24:24, 25:6, 33:22, 41:15, 51:12, 53:22, 54:8, 56:9, 79:20, 80:12, 133:19, 133:24, 134:5, 134:13, 173:9, 176:18, 178:8, 178:11, 179:10, 210:2, 234:17
**Charles** [5] - 221:24, 222:3, 239:8, 239:13, 240:12
**Chasity** [1] - 198:10
**chastised** [2] - 225:2, 225:6
**CHASTITY** [1] - 1:9
**Chastity** [1] - 4:9
**check** [4] - 16:15, 71:12, 75:19, 185:10
**checked** [1] - 68:20
**chest** [1] - 39:6
**Chicago** [7] - 2:4, 16:21, 50:19, 50:20, 79:19, 101:17, 254:2
**chief** [114] - 7:14, 11:20, 12:1, 21:3, 21:4, 25:5, 62:7, 62:18, 63:20, 63:22, 64:2, 64:21, 67:21, 74:6, 75:9, 78:21, 93:10, 98:10, 99:21, 100:9, 100:10, 100:14, 102:14, 103:19, 103:24, 104:3, 105:18, 108:2, 109:24, 119:14, 119:16, 119:20, 129:3, 131:19, 132:12, 135:22, 136:8,

136:10, 137:12, 137:22, 138:5, 139:6, 139:15, 141:11, 141:17, 141:18, 143:3, 143:5, 146:8, 148:9, 148:12, 148:13, 148:18, 148:23, 149:1, 149:10, 149:14, 150:9, 150:11, 150:14, 150:15, 150:16, 150:23, 151:10, 152:15, 157:15, 161:1, 161:3, 161:17, 162:1, 162:5, 162:23, 164:1, 165:7, 165:16, 166:5, 168:7, 169:18, 170:2, 170:8, 170:9, 170:11, 177:10, 187:21, 187:23, 188:4, 189:24, 196:10, 196:12, 200:12, 201:3, 201:16, 201:23, 202:9, 203:1, 203:2, 206:4, 206:15, 206:17, 206:18, 233:13, 233:17, 248:10, 248:11, 248:14, 248:21, 250:20
**CHIEF** [1] - 1:8
**Chief** [89] - 4:8, 24:24, 41:15, 78:19, 78:21, 79:12, 95:16, 95:19, 97:11, 97:16, 98:8, 99:24, 102:13, 102:15, 132:21, 132:24, 133:20, 134:1, 134:5, 134:8, 134:13, 135:22, 136:4, 136:13, 137:4, 137:8, 137:24, 138:4, 138:7, 138:19, 138:22, 140:13, 140:17, 140:22, 141:1, 141:21, 151:17, 155:17, 156:18, 158:7, 159:23, 160:14, 161:6, 161:11, 161:13, 162:9, 162:10, 163:18, 165:22, 167:3, 167:8, 167:12, 167:14, 167:16, 167:18, 168:16,

168:20, 169:14, 169:15, 170:13, 170:16, 170:20, 171:13, 172:8, 172:11, 172:18, 173:7, 173:11, 173:17, 178:9, 179:11, 182:19, 187:20, 189:21, 193:1, 193:12, 194:2, 194:23, 196:12, 197:9, 197:17, 198:6, 200:17, 201:9, 201:21, 209:10, 250:14
**chief's** [6] - 138:14, 152:19, 160:23, 161:16, 161:21, 172:21
**chiefs** [4] - 140:22, 148:8, 153:18
**child** [3] - 53:12, 58:11, 58:14
**children** [2] - 53:9, 53:11
**choose** [1] - 187:6
**chosen** [4] - 85:1, 85:2, 207:13, 207:21
**Chris** [3] - 104:8, 142:6, 143:2
**Christopher** [1] - 215:24
**circuit** [1] - 182:7
**Circuit** [1] - 135:10
**circulating** [1] - 122:2
**circumstances** [3] - 105:24, 120:8, 221:9
**citizen** [20] - 29:22, 30:1, 30:3, 30:4, 30:5, 30:15, 30:24, 31:8, 31:12, 31:16, 32:21, 33:1, 34:15, 124:13, 226:3, 226:11, 226:15
**citizen's** [7] - 31:14, 31:18, 31:21, 32:1, 32:8, 32:23, 225:23
**citizens'** [2] - 32:14, 33:1
**city** [56] - 7:12, 9:3, 21:11, 21:13, 28:20, 38:9, 38:12, 43:1, 43:21, 43:23, 46:16, 46:24, 47:10, 48:6, 48:7, 48:9, 48:10, 48:11, 49:18, 49:22, 51:6, 90:12, 93:19, 94:3, 94:9, 99:5,

107:8, 131:9, 139:19, 150:5, 151:9, 151:16, 154:7, 155:5, 156:2, 156:3, 156:9, 157:19, 160:1, 165:13, 169:19, 172:6, 197:6, 199:9, 200:9, 205:2, 213:6, 213:12, 220:2, 233:16, 233:21, 234:1, 238:6

**City** [94] - 4:7, 6:1, 6:5, 6:18, 14:8, 19:16, 20:14, 21:3, 21:6, 21:17, 21:20, 21:22, 22:4, 22:5, 27:15, 27:18, 28:2, 43:18, 46:5, 46:8, 47:17, 48:14, 50:20, 61:23, 64:14, 65:14, 68:4, 68:7, 70:4, 70:13, 70:19, 74:22, 76:21, 76:24, 77:5, 79:22, 80:2, 80:21, 82:19, 89:15, 90:9, 90:13, 90:14, 95:9, 96:1, 98:4, 98:20, 98:23, 103:8, 103:11, 106:24, 107:3, 108:19, 108:21, 109:5, 109:7, 109:20, 109:23, 110:20, 110:23, 116:17, 116:20, 118:12, 126:6, 128:24, 132:15, 132:18, 135:16, 135:20, 151:13, 159:4, 173:22, 174:5, 174:18, 175:2, 175:10, 192:19, 192:22, 198:22, 199:1, 200:3, 200:15, 202:3, 205:6, 207:17, 208:18, 209:3, 210:19, 212:15, 226:3, 228:9, 232:3, 234:22, 245:17

**CITY** [3] - 1:7, 1:8, 3:9

**City's** [1] - 95:12

**civil** [5] - 9:1, 175:2, 175:9, 175:13, 178:3

**Civil** [3] - 1:16, 4:12, 24:7

**claim** [14] - 13:5, 37:19, 38:14, 38:20, 38:21, 39:1, 40:2,

209:9, 213:7, 214:14, 214:21, 216:20, 246:21, 246:23

**claimed** [1] - 228:8

**claiming** [4] - 8:1, 207:17, 212:9, 224:7

**claims** [6] - 13:2, 38:9, 38:10, 182:9, 214:19, 215:15

**clarify** [2] - 11:9, 118:2

**class** [2] - 84:15, 84:19

**classes** [6] - 79:19, 86:23, 87:1, 87:8, 87:13, 220:20

**clear** [1] - 48:3

**click** [1] - 88:5

**clipped** [1] - 92:2

**close** [1] - 223:20

**closed** [4] - 37:2, 127:8, 128:6, 163:12

**closes** [1] - 126:24

**clown** [1] - 50:23

**co** [5] - 69:4, 70:10, 120:20, 226:17, 226:19

**co-worker** [3] - 69:4, 226:17, 226:19

**co-workers** [2] - 70:10, 120:20

**Coash** [3] - 207:10, 207:13, 207:16

**code** [2] - 165:14, 167:5

**collaboration** [1] - 156:12

**collect** [1] - 121:9

**collected** [2] - 93:18, 94:7

**collective** [5] - 176:21, 178:13, 245:16, 246:12, 248:7

**Collective** [1] - 246:10

**college** [3] - 60:4, 60:6, 75:5

**College** [3] - 60:11, 60:13, 194:21

**colleges** [5] - 60:7, 60:8, 60:9, 60:10, 89:8

**coming** [3] - 13:9, 57:9, 162:5

**command** [18] - 11:15, 11:20, 31:9, 32:9, 32:11, 34:6, 44:13, 62:6, 62:12, 88:20, 118:12, 118:18, 159:24, 161:7, 176:4, 176:8,

190:24, 212:8

**commanded** [1] - 197:11

**Commander** [14] - 67:24, 193:14, 207:21, 211:20, 212:5, 212:10, 213:6, 213:12, 213:19, 214:7, 214:11, 214:14, 238:12, 252:6

**commander** [23] - 32:10, 34:9, 62:20, 93:19, 94:3, 94:8, 95:1, 188:14, 188:17, 189:24, 190:1, 194:10, 208:1, 208:3, 208:6, 208:7, 208:13, 208:15, 208:19, 238:14, 244:11, 245:11, 248:10

**commander 's** [3] - 44:6, 44:17, 244:19

**commanders** [8] - 62:7, 94:21, 188:5, 188:7, 188:10, 188:21, 244:19, 245:1

**commanding** [1] - 11:24

**commence** [1] - 132:3

**commenced** [1] - 253:13

**commencing** [1] - 1:21

**comments** [1] - 176:7

**commercial** [1] - 129:15

**COMMISSION** [1] - 1:7

**commission** [13] - 21:5, 63:23, 64:3, 64:22, 64:24, 101:10, 156:13, 176:20, 177:5, 203:7, 206:8, 206:11, 234:13

**Commission** [69] - 4:8, 27:5, 40:16, 41:20, 61:4, 63:20, 66:4, 76:6, 76:8, 76:19, 92:5, 102:17, 133:21, 134:18, 134:24, 139:6, 139:23, 144:7, 154:4, 155:18, 156:6, 156:7, 156:12, 156:16, 156:20, 157:5,

157:7, 157:10, 157:14, 157:23, 158:3, 158:6, 159:12, 159:21, 178:10, 179:11, 179:19, 179:21, 180:3, 180:9, 180:12, 180:24, 181:5, 182:1, 182:10, 198:13, 201:17, 202:2, 202:7, 202:11, 202:12, 203:3, 203:4, 203:9, 203:14, 203:22, 204:12, 204:16, 210:19, 233:2, 234:3, 234:7, 250:14, 250:22, 251:8, 251:12, 251:15, 251:17, 252:3

**Commission 's** [1] - 202:14

**Commissioners** [2] - 193:3, 232:22

**commissioners** [4] - 156:5, 204:3, 206:11, 251:13

**committed** [3] - 91:10, 131:13, 133:5

**committee** [2] - 101:9, 206:6

**committees** [1] - 206:8

**communicate** [1] - 23:10

**communication** [1] - 97:20

**community** [1] - 75:5

**comp** [5] - 43:4, 43:20, 43:22, 46:4, 49:16

**company** [4] - 75:24, 115:19, 117:24, 118:10

**compared** [2] - 219:22, 226:16

**compensation** [9] - 35:8, 37:19, 38:9, 38:14, 38:19, 39:1, 40:2, 40:22, 42:12

**complainant** [1] - 33:14

**complained** [2] - 119:15, 142:10

**complaining** [1] - 119:22

**complaint** [72] - 12:10, 12:16, 14:17, 14:23,

15:2, 15:8, 15:12, 15:14, 15:21, 17:10, 18:5, 18:17, 19:6, 19:17, 20:8, 22:17, 22:22, 23:1, 23:7, 23:10, 23:18, 25:19, 27:4, 27:10, 29:8, 30:1, 30:6, 31:8, 31:14, 31:18, 31:22, 32:2, 32:8, 32:16, 32:24, 33:18, 33:21, 34:16, 34:19, 50:5, 50:6, 94:19, 145:13, 159:1, 160:5, 174:22, 175:2, 175:13, 175:14, 175:19, 176:13, 177:2, 177:16, 177:19, 178:7, 182:9, 198:19, 201:7, 207:12, 210:15, 211:18, 213:4, 213:11, 214:22, 225:23, 232:10, 232:18, 234:21, 234:23, 235:4

**complaints** [10] - 29:23, 30:3, 30:4, 30:15, 31:1, 32:14, 32:21, 33:2, 50:8, 232:14

**complete** [4] - 4:24, 71:1, 72:11, 79:9

**completed** [8] - 22:23, 52:18, 76:9, 79:20, 86:12, 88:21, 213:1, 243:2

**completely** [1] - 229:13

**compliance** [1] - 131:8

**comprised** [1] - 6:12

**computer** [4] - 18:7, 87:16, 88:2

**Conant** [1] - 59:23

**concentrate** [1] - 228:14, 229:18

**concert** [1] - 50:22

**conclusion** [2] - 83:6, 251:20

**concurrence** [1] - 206:5

**conduct** [3] - 33:6, 226:6, 226:9

**conducted** [2] - 153:15, 173:4

**conference** [2] - 11:12, 89:3

**confidence** [10] -

182:18, 183:1, 183:4, 183:11, 183:18, 184:9, 184:18, 185:5, 185:19
**confidential** [2] - 92:17, 93:6
**confirm** [1] - 88:5
**confirmed** [1] - 233:17
**confrontation** [2] - 96:11, 96:20
**confused** [2] - 131:21, 134:10
**confusion** [2] - 132:5, 132:8
**congratulate** [1] - 157:8
**connection** [2] - 209:9, 209:15
**consent** [2] - 71:11, 151:10
**consequences** [1] - 79:2
**considered** [3] - 78:12, 219:12, 250:23
**considering** [1] - 51:23
**consistent** [1] - 235:12
**consisting** [1] - 176:4
**consists** [1] - 92:7
**consolidated** [1] - 35:2
**consuming** [1] - 96:7
**contact** [34] - 23:9, 46:7, 49:23, 67:18, 98:11
**contacted** [6] - 66:23, 73:2, 105:9, 105:18, 124:20, 172:24
**contacts** [1] - 197:13
**contained** [2] - 130:12, 214:21
**contemplating** [1] - 20:1
**continue** [1] - 153:11
**continued** [6] - 177:7, 235:14, 242:3, 242:7, 242:19, 242:22
**continuing** [1] - 57:12
**contract** [5] - 41:18, 41:19, 41:22, 42:3, 220:6
**contracts** [3] - 41:8, 244:15, 244:21
**contractual** [1] - 250:12
**control** [5] - 202:4,

202:8, 203:23, 204:5, 204:13
**convenient** [2] - 92:17, 93:6
**conversation** [18] - 49:24, 100:9, 100:10, 120:1, 125:13, 137:12, 160:22, 161:11, 162:6, 162:23, 163:8, 163:19, 171:6, 171:7, 171:13, 181:17, 181:21, 247:3
**conversations** [9] - 14:4, 23:6, 127:23, 137:7, 138:18, 141:12, 159:13, 159:22, 221:18
**convicted** [5] - 7:22, 68:20, 71:18, 77:18, 79:3
**conviction** [3] - 77:15, 80:13, 83:3
**COOK** [1] - 253:3
**Cook** [1] - 81:14
**coordinated** [1] - 179:24
**copied** [2] - 157:13, 198:9
**copies** [1] - 48:15
**copy** [21] - 14:22, 26:22, 42:2, 42:4, 48:4, 62:24, 63:1, 63:2, 94:13, 99:8, 110:16, 134:13, 139:10, 159:8, 174:2, 178:21, 179:7, 181:24, 249:14, 249:18, 249:22
**corner** [3] - 15:5, 16:6, 22:10
**correct** [314] - 6:13, 6:16, 6:19, 6:21, 8:14, 11:3, 11:15, 12:2, 12:3, 13:6, 15:3, 15:24, 16:3, 17:7, 17:10, 17:14, 17:20, 18:19, 20:23, 21:17, 21:18, 21:24, 22:18, 23:3, 23:24, 24:4, 25:22, 27:6, 28:9, 28:17, 38:10, 38:22, 40:3, 43:15, 44:15, 44:21, 45:2, 45:8, 46:21, 48:6, 48:12, 49:11, 58:21, 59:14, 59:24, 60:5, 61:4, 61:19, 63:6,

63:10, 64:1, 66:14, 66:18, 67:12, 68:21, 68:22, 69:1, 69:2, 69:4, 69:5, 69:17, 70:5, 70:6, 70:16, 70:17, 71:5, 71:12, 71:22, 71:23, 72:5, 72:10, 75:16, 78:4, 78:22, 79:5, 79:6, 79:10, 79:11, 79:14, 79:21, 81:10, 82:2, 82:16, 86:4, 86:15, 86:16, 88:7, 88:8, 88:22, 88:23, 90:2, 94:16, 95:7, 95:17, 96:1, 96:5, 96:12, 96:17, 96:20, 99:15, 99:16, 104:24, 105:1, 105:12, 105:15, 105:16, 106:1, 106:2, 106:5, 106:6, 106:9, 106:19, 108:10, 108:11, 108:13, 109:13, 109:14, 110:6, 111:6, 111:7, 111:20, 111:21, 111:24, 112:1, 113:23, 113:24, 114:6, 115:5, 115:6, 116:11, 116:12, 116:16, 117:6, 117:7, 117:10, 117:11, 117:15, 117:16, 117:21, 122:22, 122:24, 123:14, 123:16, 123:17, 123:20, 125:16, 127:3, 130:13, 130:17, 130:20, 131:1, 133:2, 133:3, 133:9, 133:10, 134:18, 135:4, 135:5, 135:7, 136:1, 136:17, 136:18, 138:9, 138:10, 139:16, 139:20, 140:6, 140:14, 140:18, 140:19, 141:23, 141:24, 142:3, 142:20, 142:21, 143:11, 143:12, 143:16, 146:15, 147:7, 148:23, 149:20, 150:6, 150:9, 150:21, 151:5, 151:6, 151:20, 152:4, 153:6, 153:9, 154:1, 154:15, 154:21,

156:6, 156:9, 157:11, 157:16, 157:17, 165:19, 166:3, 166:18, 166:22, 167:2, 167:17, 167:19, 167:22, 167:23, 168:3, 168:7, 168:16, 175:24, 178:22, 178:23, 179:1, 179:2, 179:8, 179:12, 179:16, 179:21, 180:10, 180:18, 182:8, 184:11, 187:21, 187:22, 188:19, 189:14, 190:3, 190:4, 191:1, 191:2, 191:5, 194:6, 194:12, 198:1, 198:10, 198:17, 198:18, 201:17, 201:18, 202:15, 202:20, 202:21, 202:23, 203:5, 203:10, 203:18, 203:19, 204:5, 204:9, 204:18, 204:21, 207:6, 207:10, 207:11, 207:14, 207:15, 207:22, 208:3, 208:24, 209:1, 209:17, 209:19, 210:16, 210:17, 212:24, 213:2, 215:4, 215:18, 216:14, 217:13, 221:6, 223:5, 227:3, 227:14, 232:7, 232:8, 232:19, 232:22, 232:23, 233:2, 233:6, 233:14, 233:15, 234:18, 235:21, 235:22, 236:18, 237:2, 238:1, 238:16, 238:18, 238:19, 238:20, 238:21, 239:11, 239:12, 239:23, 240:16, 241:8, 242:1, 242:5, 242:6, 242:10, 242:24, 245:9, 245:21, 246:2, 248:23, 249:12, 249:13, 250:7, 252:3
**Correct** [4] - 24:21, 157:12, 208:16, 235:18

**corrections** [1] - 15:14
**correctly** [16] - 72:17, 80:19, 91:15, 92:12, 93:2, 93:21, 115:10, 115:15, 116:4, 129:24, 160:19, 176:10, 176:23, 178:17, 201:5, 211:21
**correspond** [1] - 174:1
**correspondence** [9] - 93:18, 94:7, 108:1, 110:1, 132:20, 173:16, 193:12, 198:5, 198:9
**council** [7] - 150:6, 151:9, 156:2, 156:9, 233:16, 233:21, 234:2
**counsel** [11] - 179:3, 179:4, 232:9, 232:13, 232:20, 234:11, 235:2, 236:13, 238:11, 253:16, 253:18
**counsel's** [1] - 235:19
**counseled** [1] - 107:18
**counseling** [7] - 57:5, 57:6, 98:14, 228:6, 229:15, 231:5, 231:7
**counselor** [1] - 230:22
**counting** [1] - 145:12
**COUNTY** [1] - 253:3
**County** [3] - 55:11, 102:11, 102:12
**couple** [9] - 26:6, 33:13, 47:24, 54:17, 106:22, 125:24, 230:5, 231:2, 240:5
**COURT** [1] - 1:1
**court** [25] - 4:21, 4:22, 7:23, 9:3, 9:14, 11:13, 12:4, 12:11, 51:3, 51:4, 51:13, 53:22, 54:16, 54:17, 54:20, 54:22, 56:16, 57:22, 71:19, 83:16, 179:6, 182:5, 182:7, 231:19, 252:18
**Court** [1] - 135:10
**courthouse** [1] - 81:15
**courthouses** [1] - 51:14
**Courts** [1] - 1:17
**covered** [3] - 38:9, 46:5, 89:24
**Craig** [3] - 47:13,

47:16, 47:19
**Crash** [15] - 111:1,
111:23, 112:22,
113:11, 116:7,
118:15, 118:20,
119:1, 119:5, 119:9,
120:22, 125:1,
125:15, 142:19,
143:10
**crash** [5] - 111:14,
120:3, 121:1, 121:3,
125:14
**crashed** [4] - 121:5,
122:9, 127:6, 128:21
**crashing** [1] - 126:11
**create** [1] - 206:19
**created** [1] - 193:14
**creates** [1] - 193:16
**creating** [1] - 91:11
**credentials** [1] -
105:23
**credit** [1] - 34:24
**crime** [1] - 36:2
**crimes** [1] - 51:16
**criminal** [12] - 50:21,
52:6, 53:22, 55:1,
60:19, 63:8, 71:11,
71:20, 72:3, 102:7,
220:20
**criminally** [1] - 102:5
**cross** [1] - 180:7
**cross-examined** [1] -
180:7
**CSR** [2] - 254:8, 254:9
**curious** [2] - 121:15,
121:16
**current** [12] - 82:3,
87:24, 88:18,
140:11, 174:13,
174:14, 174:18,
183:9, 207:2,
217:23, 222:6, 235:9
**customary** [1] - 44:11
**cut** [4] - 244:17,
244:19, 245:1, 245:8
**cv** [2] - 1:6, 4:10

**D**

**D-i-s-o-s-w-a-y** [1] -
53:6
**D.C** [2] - 191:7, 191:8
**dad** [5] - 54:4, 54:13,
54:14, 56:13, 56:15
**Daily** [1] - 109:9
**daily** [2] - 87:19
**damage** [10] - 112:2,
112:4, 114:6,
117:10, 117:13,
117:15, 120:8,

121:7, 121:16,
129:17
**damaged** [4] - 110:6,
116:10, 123:18,
123:19
**Dan** [2] - 134:16,
175:6
**dangerous** [1] - 52:7
**DASCENZI** [1] -
107:18
**date** [57] - 9:8, 11:12,
16:6, 16:24, 18:8,
18:11, 19:3, 19:7,
20:23, 20:24, 24:14,
25:18, 26:1, 27:7,
28:11, 32:2, 35:14,
40:21, 41:24, 49:5,
51:3, 51:4, 54:16,
54:21, 55:19, 60:24,
65:2, 66:6, 69:15,
71:7, 76:20, 80:13,
88:18, 91:4, 94:15,
107:15, 111:10,
111:14, 111:20,
113:7, 131:17,
139:16, 139:24,
146:2, 157:1, 161:3,
161:11, 178:24,
179:19, 179:22,
180:2, 193:6,
211:23, 212:2,
212:14, 212:23,
241:7
**dated** [20] - 22:9,
23:19, 24:3, 25:22,
28:10, 71:4, 72:19,
80:3, 95:15, 103:12,
103:18, 117:3,
119:1, 131:24,
132:20, 134:1,
135:20, 156:24,
193:1, 236:17
**dates** [8] - 12:13,
12:14, 18:15, 23:12,
35:17, 44:3, 54:17,
142:12
**daughter** [1] - 56:14
**Dave** [2] - 188:16,
189:20
**David** [2] - 193:14,
215:2
**Davis** [1] - 193:2
**Dawn** [1] - 198:15
**day-to-day** [7] -
189:18, 199:13,
204:4, 204:6,
204:17, 204:24,
207:2
**days** [19] - 13:16,
13:17, 23:16, 25:8,

25:15, 26:11, 37:14,
54:20, 58:4, 99:15,
99:21, 99:22, 100:8,
109:1, 131:21,
132:3, 193:10,
199:19
**DCFS** [2] - 57:7, 57:14
**deal** [2] - 51:6, 188:17
**dealing** [3] - 186:19,
225:7, 226:10
**dealings** [1] - 67:23
**dealt** [2] - 33:12,
225:11
**dear** [1] - 157:3
**Dearborn** [1] - 42:11
**debt** [2] - 34:24, 35:2
**deceased** [1] - 147:10
**December** [8] - 1:22,
26:12, 71:4, 72:19,
73:23, 77:22,
135:13, 253:14
**decided** [2] - 180:17,
183:20
**decides** [1] - 155:3
**decision** [13] - 123:10,
135:1, 135:13,
160:15, 180:16,
181:3, 181:24,
182:3, 182:6,
199:10, 203:16,
248:15
**decisions** [3] - 183:9,
198:6, 203:20
**declaration** [3] -
17:16, 17:24, 18:10
**declare** [2] - 17:18,
28:8
**decorated** [1] - 176:6
**defend** [1] - 176:19
**defendant** [4] - 8:2,
8:5, 8:8, 202:2
**Defendant** [1] - 182:9
**defendants** [1] - 28:20
**Defendants** [3] - 1:12,
1:15, 2:10
**defendants'** [1] - 28:5
**defense** [1] - 7:9
**deferred** [2] - 52:14,
72:1
**define** [1] - 237:3
**defined** [1] - 92:4
**definitions** [1] - 229:5
**definitive** [1] - 160:16
**degree** [5] - 60:17,
194:10, 194:15,
194:20
**deleted** [1] - 42:6
**deliberated** [1] - 135:1
**delivered** [1] - 25:6
**demonstrated** [1] -

180:8
**demoted** [5] - 189:11,
189:23, 218:24,
238:12, 238:17
**demotion** [3] - 38:20,
219:3, 219:12
**denied** [7] - 140:1,
140:3, 140:9,
177:23, 248:14,
248:21, 249:10
**dep** [2] - 35:16, 155:8
**Department** [92] -
11:1, 24:6, 24:9,
25:8, 50:7, 50:18,
50:19, 60:23, 61:3,
63:10, 63:13, 63:17,
64:19, 65:18, 65:22,
66:24, 67:19, 68:2,
68:11, 69:7, 69:10,
69:13, 69:20, 70:10,
70:14, 70:20, 72:4,
73:3, 73:5, 73:7,
73:19, 74:4, 74:23,
77:14, 78:14, 78:19,
80:5, 80:10, 80:12,
84:6, 85:13, 86:13,
86:18, 89:22, 91:9,
91:18, 92:1, 92:3,
92:16, 108:15,
116:8, 116:14,
117:5, 117:20,
118:13, 118:18,
118:23, 127:16,
135:2, 141:2, 141:6,
141:9, 141:15,
145:8, 146:12,
148:6, 149:6, 150:1,
150:21, 151:4,
151:24, 157:2,
159:8, 174:14,
178:14, 180:18,
183:6, 199:2, 200:7,
200:16, 201:23,
205:1, 209:6,
210:20, 222:3,
222:14, 235:14,
235:21, 235:23,
236:2, 239:19
**department** [135] -
7:7, 7:8, 7:13, 30:2,
31:13, 34:2, 34:20,
37:1, 41:2, 44:15,
44:16, 45:1, 47:21,
47:23, 49:11, 50:1,
50:2, 51:22, 65:20,
65:23, 67:10, 69:23,
71:8, 74:11, 74:24,
75:18, 78:22, 80:6,
83:22, 86:3, 86:19,
86:22, 86:24, 87:2,

87:6, 93:5, 100:20,
100:23, 103:6,
105:2, 105:4, 106:5,
107:11, 111:4,
117:13, 120:17,
120:20, 122:3,
123:13, 124:20,
131:14, 133:4,
133:8, 136:5,
137:17, 139:5,
139:19, 141:4,
141:11, 143:11,
143:16, 144:21,
148:10, 148:11,
149:19, 150:20,
153:21, 154:7,
155:12, 158:21,
158:23, 159:14,
160:2, 161:24,
162:5, 165:13,
165:15, 165:19,
165:23, 165:24,
166:1, 167:5,
169:24, 172:2,
174:10, 176:22,
181:15, 183:5,
183:13, 183:16,
184:15, 185:19,
185:22, 187:19,
188:7, 189:14,
190:13, 191:10,
193:15, 197:7,
199:7, 199:13,
200:19, 200:20,
200:22, 202:5,
202:8, 203:18,
203:23, 204:5,
204:9, 204:14,
204:18, 205:7,
205:10, 206:2,
206:20, 209:16,
212:3, 215:4,
216:10, 217:7,
217:9, 218:14,
219:23, 220:2,
222:5, 222:16,
223:2, 223:10,
225:17, 241:4,
249:16, 250:16,
250:24
**department's** [3] -
164:18, 182:19,
183:10
**departments** [10] -
6:13, 50:16, 61:7,
61:13, 61:22, 67:7,
67:12, 87:3, 89:8,
169:19
**deployed** [1] - 121:22,
123:20
**deposed** [3] - 5:13,

178:5, 231:11
**DEPOSITION** [1] - 3:9
**deposition** [17] - 1:14, 4:4, 4:19, 6:24, 8:10, 10:4, 11:14, 13:10, 14:5, 19:23, 26:5, 29:9, 214:17, 225:22, 253:8, 253:11, 253:13
**depositions** [5] - 1:18, 8:11, 9:7, 9:23, 10:22
**deprive** [1] - 178:15
**deprived** [1] - 177:8
**depth** [1] - 15:11
**Deputy** [7] - 159:23, 189:21, 196:12, 200:17, 201:9, 201:21, 209:10
**deputy** [17] - 21:4, 62:7, 62:18, 63:22, 64:2, 64:21, 67:21, 143:3, 187:23, 188:4, 189:24, 195:7, 195:8, 196:12, 200:12, 201:3, 201:23
**description** [2] - 49:20, 121:17
**Detective** [5] - 77:1, 78:9, 80:4, 80:9, 193:14
**detective** [4] - 37:15, 77:3, 191:24, 194:10
**determination** [3] - 32:15, 32:19, 182:6
**determinations** [1] - 32:20
**determine** [3] - 237:21, 237:22, 247:5
**determined** [1] - 32:17
**diagram** [3] - 113:21, 114:4, 114:10
**difference** [11] - 219:21, 220:4, 226:8, 226:10, 226:14, 236:23, 238:13, 244:11, 244:12, 244:14, 244:20
**different** [16] - 6:13, 54:23, 67:8, 86:23, 87:3, 115:21, 131:17, 142:13, 172:3, 180:1, 180:9, 196:22, 199:20, 234:1, 243:6, 250:1
**direct** [18] - 22:1, 26:18, 97:1, 157:23,

158:4, 169:3, 170:24, 173:6, 196:20, 210:24, 232:3, 234:20, 235:1, 235:6, 245:7, 245:9, 245:13, 246:17
**directed** [2] - 95:16, 156:1
**directing** [1] - 199:18
**direction** [1] - 253:10
**directly** [8] - 23:4, 85:15, 92:24, 160:3, 179:13, 202:12, 235:7, 253:18
**director** [12] - 164:20, 164:22, 165:4, 173:22, 174:2, 195:7, 195:8, 198:16, 238:7, 238:9, 246:1, 249:9
**disagreement** [2] - 252:11, 252:12
**disallow** [1] - 211:13
**discharged** [1] - 42:22
**disciplinary** [5] - 106:8, 110:14, 133:19, 134:5, 203:15
**discipline** [19] - 34:17, 38:20, 106:4, 116:21, 117:2, 129:1, 129:9, 130:12, 130:16, 130:22, 135:6, 136:19, 136:23, 139:3, 139:14, 203:21, 204:1, 237:23, 250:21
**disciplined** [4] - 95:6, 119:12, 119:15, 119:23
**disclaimer** [1] - 70:23
**discourteous** [10] - 225:13, 225:21, 226:3, 226:8, 226:17, 247:1, 247:2, 247:4, 247:5, 247:7
**discovery** [1] - 61:10
**discretion** [1] - 72:16
**discrimination** [41] - 16:3, 16:14, 17:1, 17:4, 17:9, 18:22, 19:8, 19:18, 20:11, 20:15, 20:20, 20:23, 21:7, 21:12, 21:16, 21:22, 22:3, 22:7, 22:8, 22:9, 22:16, 92:19, 92:20, 159:2,

159:5, 159:9, 159:15, 159:19, 160:1, 160:6, 185:21, 190:22, 207:18, 212:17, 212:24, 213:6, 215:15, 216:2, 216:20, 232:6, 234:24
**discriminatory** [3] - 12:22, 91:1, 91:12
**discuss** [6] - 171:2, 171:4, 176:14, 177:3, 177:17, 183:17
**discussed** [4] - 174:13, 174:17, 217:10, 227:16
**discussion** [2] - 217:4, 225:17
**discussions** [3] - 173:7, 173:11, 185:4
**dishonesty** [1] - 51:17
**dismissed** [5] - 54:16, 54:19, 171:1, 177:19, 222:10
**dismissive** [2] - 170:21, 172:13
**Disosway** [5] - 53:6, 104:9, 104:16, 105:4, 105:20
**disposition** [2] - 72:2, 80:17
**dissolution** [2] - 57:20, 58:6
**dissolve** [3] - 54:19, 56:21, 58:1
**distinguished** [2] - 195:4, 236:21
**DISTRICT** [3] - 1:1, 1:1, 253:2
**District** [3] - 1:17, 4:11, 16:21
**Division** [1] - 24:7
**division** [3] - 93:19, 94:3, 94:8
**DIVISION** [2] - 1:2, 253:2
**doctor** [4] - 229:3, 229:7, 230:15, 230:21
**doctors** [1] - 37:4
**Document** [6] - 6:2, 14:10, 64:16, 80:23, 89:17, 98:5
**document** [33] - 6:6, 6:8, 6:18, 27:21, 28:1, 71:15, 77:8, 78:17, 80:3, 80:21, 90:12, 95:13, 95:15,

103:12, 103:13, 111:14, 130:10, 131:23, 132:19, 132:23, 133:23, 135:21, 136:3, 156:4, 157:22, 158:3, 158:5, 184:16, 192:23, 192:24, 212:19, 236:17, 236:19
**document )** [1] - 65:19
**documented** [3] - 93:17, 94:1, 94:7
**documents** [7] - 13:24, 133:22, 144:10, 144:15, 201:24, 206:10, 250:2
**dollar** [3] - 220:4, 220:8, 220:9
**dollars** [1] - 102:3
**domestic** [3] - 33:12, 54:7, 56:2
**done** [7] - 35:5, 76:5, 169:24, 183:15, 222:1, 222:12, 227:8
**Donell** [5] - 25:21, 25:22, 26:13, 26:23, 182:20
**Donnell** [12] - 44:7, 188:11, 189:7, 207:20, 208:8, 211:20, 212:5, 212:10, 213:6, 213:12, 213:19, 238:22
**donuts** [2] - 205:17, 205:23
**door** [2] - 161:6, 163:12
**Doug** [2] - 157:15, 158:1
**down** [15] - 4:22, 28:24, 36:13, 39:3, 51:5, 55:10, 70:15, 92:14, 102:10, 118:7, 124:4, 161:17, 171:19, 237:13, 252:18
**downtown** [1] - 10:4
**Dr** [3] - 193:2, 228:19, 229:24
**draft** [2] - 15:12, 29:2
**drafted** [1] - 129:2
**drafts** [4] - 23:5, 23:12, 29:3, 29:4
**draw** [1] - 226:7
**drive** [4] - 113:9, 113:13, 125:17, 128:18

**Drive** [1] - 230:12
**driver** [2] - 10:10, 36:5
**driver's** [6] - 77:20, 78:6, 81:5, 81:10, 82:1, 83:4
**driving** [4] - 79:3, 81:4, 110:11, 122:13
**drop** [1] - 107:9
**dropped** [6] - 51:14, 57:2, 57:3, 79:20, 101:20, 126:1
**drove** [9] - 36:10, 113:8, 123:23, 124:3, 124:8, 124:10, 126:21, 127:7, 128:14
**drug** [18] - 5:18, 6:15, 36:3, 51:20, 51:24, 52:5, 52:7, 52:15, 77:13, 79:9, 79:19, 80:14, 80:17, 105:14, 108:5, 108:6, 197:12, 230:23
**due** [1] - 177:8
**dues** [2] - 101:23, 101:24
**DUI** [18] - 77:22, 78:4, 79:1, 81:17, 81:23, 82:6, 82:10, 82:12, 82:15, 82:21, 83:1, 83:2, 83:3, 83:12, 83:15, 83:23, 84:2, 123:6
**DUI/alcohol** [1] - 81:13
**duly** [2] - 5:9, 253:7
**dumas** [1] - 149:15
**Dumas** [5] - 149:15, 150:14, 196:10, 209:10, 233:13
**Dumas'** [1] - 233:17
**during** [46] - 8:1, 11:21, 19:11, 19:13, 23:5, 35:8, 35:16, 35:19, 35:21, 42:17, 50:10, 65:8, 78:18, 82:23, 88:10, 94:18, 94:23, 97:12, 106:7, 119:13, 125:14, 134:17, 135:3, 137:21, 142:1, 145:7, 161:19, 161:20, 161:21, 162:9, 163:18, 168:18, 170:4, 171:13, 195:9, 196:8, 196:18, 210:6, 211:17, 235:9, 236:6,

243:18, 244:4, 248:1, 251:11, 252:2
**duties** [1] - 195:3
**duty** [20] - 39:23, 39:24, 40:1, 44:12, 44:21, 45:2, 47:6, 47:11, 95:20, 96:5, 97:13, 97:18, 97:24, 98:2, 119:13, 119:16, 123:12, 141:6, 170:18

# E

**E-Mail** [2] - 2:5, 2:9
**eardrum** [1] - 97:6
**early** [5] - 35:15, 35:18, 113:16, 122:23, 129:14
**earn** [1] - 237:6
**earned** [1] - 194:15
**easier** [1] - 9:14
**ed** [1] - 60:17
**education** [1] - 59:20
**EEOC** [22] - 16:21, 16:24, 17:4, 17:7, 18:1, 50:5, 50:7, 92:6, 172:23, 172:24, 173:4, 173:9, 173:18, 173:22, 174:6, 174:11, 212:17, 213:17, 214:5, 214:8, 234:12, 234:24
**effect** [6] - 130:23, 130:24, 131:2, 131:7, 144:13
**effective** [1] - 157:6
**eight** [4] - 89:20, 89:24, 101:1, 102:13
**eight-hour** [1] - 89:20
**either** [12] - 32:4, 62:6, 62:8, 93:11, 140:9, 148:2, 152:18, 154:24, 173:1, 228:6, 245:10, 252:16
**elected** [2] - 174:19, 200:8
**election** [1] - 141:20
**electronic** [1] - 28:11
**electronically** [1] - 18:3
**eligibility** [10] - 73:8, 84:13, 84:23, 85:6, 85:11, 151:20, 152:1, 155:10, 156:22, 202:20
**eligible** [1] - 245:11

**Elk** [7] - 50:18, 51:23, 52:4, 77:13, 80:4, 80:10, 80:11
**Ellexson** [6] - 165:4, 173:21, 198:16, 238:7, 246:1, 249:2
**email** [9] - 25:21, 25:24, 26:13, 26:16, 26:19, 26:22, 208:22, 209:12, 209:18
**emails** [1] - 173:16
**embarrassed** [2] - 229:13, 229:16
**emergency** [9] - 42:20, 43:12, 46:2, 48:5, 48:11, 48:15, 48:16, 48:21, 50:2
**Emory** [3] - 112:18, 113:1, 123:23
**emotional** [5] - 224:8, 224:12, 226:21, 227:11, 228:8
**employed** [10] - 60:20, 60:22, 69:6, 69:12, 69:22, 144:20, 152:9, 215:3, 216:9, 216:11
**employee** [4] - 92:23, 165:13, 253:16, 253:17
**Employee** [1] - 98:11
**employees** [4] - 38:12, 92:17, 92:21, 235:12
**employer** [2] - 72:16, 91:10
**Employment** [1] - 92:5
**employment** [8] - 70:13, 72:14, 73:4, 78:12, 94:23, 148:5, 177:7, 218:11
**end** [4] - 32:19, 75:1, 112:2, 115:14
**ended** [5] - 36:16, 50:24, 96:13, 228:11, 228:12
**ends** [1] - 36:13
**enforcement** [4] - 165:14, 167:5, 194:20, 196:7
**Enforcement** [2] - 5:19, 6:10
**enforcing** [1] - 206:14
**engineer** [1] - 165:1
**English** [13] - 6:20, 7:23, 8:7, 8:13, 9:24, 113:5, 125:7, 125:13, 126:9, 126:10, 126:13, 126:17, 127:13

**English 's** [4] - 125:8, 125:18, 126:2, 127:7
**entered** [3] - 36:16, 106:4, 142:15
**entire** [6] - 127:4, 162:11, 162:14, 165:13, 196:12, 252:17
**entity** [1] - 156:8
**environment** [1] - 91:11
**Epstein** [1] - 119:19
**equal** [1] - 91:10
**Equal** [1] - 92:5
**Estates** [3] - 50:18, 51:24, 59:24
**estranged** [1] - 104:10
**et** [1] - 6:20
**ethics** [1] - 90:1
**Etzel** [5] - 25:10, 188:16, 189:7, 189:20, 190:2
**evaluated** [1] - 43:13
**evaluation** [2] - 98:2, 98:12
**evaluations** [1] - 97:24
**evenings** [2] - 134:21, 180:10
**event** [1] - 132:9
**events** [1] - 11:18
**eventually** [4] - 43:4, 141:10, 141:16, 181:18
**Evergreen** [13] - 1:20, 2:8, 112:18, 112:24, 114:9, 115:9, 121:8, 121:12, 123:23, 124:5, 124:11, 125:24, 129:23
**Evidence** [1] - 4:13
**evidence** [4] - 135:3, 177:12, 180:7, 201:10
**evidentiary** [1] - 203:16
**ex** [2] - 53:24, 54:21
**ex-husband** [2] - 53:24, 54:21
**exact** [9] - 24:14, 25:18, 35:14, 35:16, 76:20, 124:16, 170:23, 171:5, 188:17
**exactly** [7] - 31:2, 51:7, 69:14, 156:14, 170:22, 186:4, 196:1
**exam** [8] - 75:7, 236:24, 241:20, 241:21, 241:23,

242:1, 242:17, 243:18
**Examination** [3] - 3:4, 3:5, 3:6
**examination** [2] - 1:15, 63:16
**EXAMINATION** [3] - 5:11, 232:1, 240:6
**examined** [2] - 5:10, 180:7
**examples** [6] - 92:11, 169:22, 202:6, 203:21, 204:23, 206:13
**exams** [2] - 240:20, 241:20
**excessive** [1] - 8:2
**excited** [1] - 36:8
**excluding** [1] - 71:20
**excuse** [2] - 33:24, 222:19
**excused** [1] - 252:22
**execute** [2] - 41:19, 41:22
**executive** [2] - 180:14, 181:2
**EXHIBIT** [1] - 3:9
**exhibit** [9] - 23:17, 27:3, 81:8, 106:11, 107:5, 107:19, 107:24, 133:18, 135:19
**Exhibit** [59] - 6:5, 14:9, 15:22, 15:23, 16:2, 23:18, 24:2, 25:19, 27:3, 27:15, 27:19, 28:2, 64:15, 68:4, 68:7, 76:21, 79:22, 80:22, 89:16, 90:9, 95:9, 95:13, 98:4, 98:20, 98:24, 99:5, 103:8, 103:11, 106:24, 107:4, 107:8, 107:13, 108:19, 109:5, 109:8, 109:20, 109:23, 110:20, 110:24, 116:17, 116:20, 128:24, 132:15, 132:18, 135:16, 135:20, 151:13, 155:16, 156:1, 159:2, 192:19, 192:22, 212:21, 232:3, 232:17, 234:21, 234:22, 236:14
**exhibited** [1] - 197:18
**exhibits** [4] - 15:20, 27:9, 180:15, 231:18

**exist** [1] - 72:15
**expected** [2] - 195:2, 219:2
**experience** [10] - 62:2, 62:9, 62:15, 81:21, 82:14, 155:12, 197:19, 223:2, 239:2, 239:5
**expire** [1] - 154:13
**explain** [3] - 75:2, 87:17, 113:22
**explained** [1] - 104:9
**explains** [2] - 193:16, 197:23
**extended** [1] - 229:22
**extensive** [1] - 235:2
**extent** [1] - 123:19
**extremely** [1] - 128:21

# F

**face** [1] - 229:16
**facilities** [1] - 87:4
**fact** [1] - 200:8
**facts** [2] - 180:14, 214:20
**fair** [12] - 9:21, 19:9, 111:11, 111:12, 168:5, 173:15, 178:15, 233:4, 233:10, 237:8, 239:9, 241:13
**fall** [2] - 159:12, 159:22
**falls** [1] - 199:10
**false** [14] - 117:19, 118:13, 118:19, 118:24, 119:4, 119:8, 120:2, 120:7, 120:21, 121:1, 121:3, 142:19, 143:9
**falsely** [1] - 122:20
**familiar** [2] - 242:8, 245:19
**family** [1] - 57:6
**far** [27] - 26:20, 29:12, 31:11, 42:14, 44:24, 54:3, 64:18, 67:4, 87:9, 125:20, 164:19, 168:21, 190:22, 191:1, 191:3, 197:12, 200:23, 201:13, 205:3, 216:20, 218:21, 238:6, 240:8, 240:9, 245:14, 251:24
**father** [6] - 34:24, 54:2, 54:22, 55:5, 55:19, 57:7

**favors** [1] - 92:9
**fax** [1] - 80:9
**FBI** [3] - 209:14, 209:19, 209:24
**February** [9] - 16:21, 61:14, 73:20, 74:8, 84:9, 84:11, 107:9, 207:5, 234:14
**Federal** [4] - 1:16, 4:12, 4:13, 92:5
**federal** [8] - 12:11, 12:17, 19:23, 50:6, 71:19, 72:3, 177:18, 177:19
**feelings** [1] - 247:6
**felt** [2] - 42:18, 183:8
**female** [4] - 164:20, 223:21, 223:22, 223:23
**female's** [1] - 170:5
**females** [1] - 190:24
**fence** [2] - 39:4, 39:5
**few** [10] - 6:12, 25:8, 25:15, 57:9, 58:3, 95:6, 138:6, 193:10, 217:2, 231:21
**field** [3] - 86:6, 86:9, 86:12
**Fifteen** [1] - 13:23
**fifth** [3] - 14:16, 14:20, 90:24
**fight** [1] - 96:14
**figured** [2] - 118:6, 137:2
**figurehead** [2] - 200:2, 205:1
**file** [49] - 31:14, 31:21, 45:16, 56:20, 56:23, 57:24, 81:2, 110:9, 110:18, 131:10, 135:24, 136:11, 136:12, 136:16, 136:20, 136:21, 136:24, 137:4, 137:6, 137:13, 137:23, 138:1, 138:9, 138:20, 138:23, 139:4, 139:9, 139:10, 139:14, 139:24, 140:5, 140:6, 140:11, 140:16, 140:20, 140:23, 213:5, 213:11, 214:10, 214:13, 247:8, 247:16, 248:23, 249:12, 249:15, 249:22, 249:23, 249:24, 251:5

**filed** [50] - 12:11, 12:17, 14:17, 15:2, 15:6, 15:9, 20:22, 29:15, 29:23, 30:15, 34:22, 35:4, 35:7, 37:19, 38:19, 39:1, 40:2, 41:15, 43:22, 50:7, 55:19, 56:17, 56:22, 133:19, 133:20, 134:6, 134:13, 158:18, 159:24, 171:8, 172:23, 175:1, 175:23, 177:22, 178:8, 178:11, 179:10, 208:17, 210:2, 213:17, 214:6, 232:10, 234:12, 234:13, 234:17, 246:20, 247:9, 247:10, 252:1
**files** [1] - 137:18
**filing** [7] - 14:16, 31:17, 38:21, 54:15, 54:22, 58:5, 129:20
**filings** [1] - 42:12
**fill** [12] - 31:23, 75:4, 75:15, 111:8, 112:15, 113:10, 114:14, 114:15, 155:14, 158:7, 247:13, 247:16
**filled** [25] - 44:1, 44:4, 44:9, 44:11, 44:23, 47:8, 63:7, 68:9, 73:22, 111:3, 112:22, 113:22, 114:1, 114:10, 114:24, 115:3, 117:21, 118:2, 118:7, 120:21, 120:24, 121:3, 125:2, 125:15, 213:1
**filling** [6] - 28:22, 44:24, 45:13, 45:14, 120:2, 120:7
**fills** [1] - 201:14
**final** [10] - 155:23, 160:12, 160:14, 197:1, 238:1, 238:2, 238:4, 238:9, 243:21, 249:7
**finance** [1] - 164:20
**financially** [1] - 253:18
**fine** [3] - 56:15, 63:4, 225:12
**finish** [1] - 10:13
**FIRE** [1] - 1:7
**Fire** [72] - 4:8, 27:5, 41:20, 61:4, 63:19,

66:4, 76:5, 76:7, 76:19, 102:17, 133:21, 134:17, 134:24, 139:5, 139:23, 144:7, 154:4, 155:17, 156:6, 156:7, 156:11, 156:16, 156:20, 157:4, 157:7, 157:10, 157:14, 157:22, 158:2, 158:6, 159:12, 159:21, 178:10, 179:11, 179:18, 179:20, 180:3, 180:8, 180:12, 180:24, 181:5, 182:1, 182:10, 193:3, 198:12, 201:16, 202:2, 202:7, 202:11, 202:12, 202:14, 203:2, 203:4, 203:8, 203:14, 203:22, 204:12, 204:16, 210:18, 232:21, 233:1, 233:5, 234:3, 234:7, 250:13, 250:22, 251:8, 251:12, 251:13, 251:15, 251:17, 252:2
**fire** [8] - 21:5, 37:1, 63:22, 64:2, 64:21, 64:24, 165:7, 204:3
**fired** [8] - 100:24, 101:3, 102:16, 102:21, 102:23, 103:3, 103:4, 155:1
**firm** [4] - 7:10, 16:13, 27:1, 175:6
**FIRM** [1] - 2:2
**Firm** [3] - 23:24, 24:4, 58:10
**first** [49] - 4:16, 5:9, 10:5, 14:15, 16:2, 23:19, 26:2, 26:12, 26:15, 28:5, 32:23, 33:3, 33:10, 33:17, 35:13, 44:17, 53:5, 53:15, 68:17, 68:18, 68:23, 75:15, 77:9, 81:7, 91:6, 91:7, 93:15, 97:10, 104:4, 104:18, 114:21, 129:11, 129:12, 132:1, 132:19, 134:7, 146:17, 146:23, 146:24,

152:10, 152:12, 187:9, 215:2, 227:18, 228:19, 230:9, 241:24, 248:9, 253:7
**fist** [1] - 96:13
**fit** [1] - 97:24
**fit-for-duty** [1] - 97:24
**fitness** [1] - 98:2
**fitness-for-duty** [1] - 98:2
**five** [7] - 30:22, 31:3, 45:24, 46:22, 46:23, 130:23, 131:12
**five-year** [2] - 130:23, 131:12
**fled** [1] - 115:14
**flippin'** [1] - 190:8
**focus** [1] - 228:13
**focusing** [1] - 84:22
**fold** [1] - 185:11
**follow** [3] - 64:18, 231:20, 240:5
**follow-up** [1] - 231:20
**follow-ups** [1] - 240:5
**followed** [3] - 186:24, 246:7, 246:14
**following** [10] - 22:7, 24:24, 61:3, 61:6, 77:21, 93:15, 106:3, 145:4, 173:15, 248:7
**follows** [1] - 5:10
**FOP** [3] - 217:20, 247:24, 249:4
**FOR** [1] - 1:1
**Force** [1] - 192:2
**force** [5] - 6:17, 7:24, 8:2, 192:3, 195:7
**Ford** [1] - 111:23
**foregoing** [1] - 28:9
**forget** [1] - 143:21
**forgot** [3] - 5:20, 50:24, 79:21
**form** [10] - 92:6, 94:12, 111:8, 138:11, 180:20, 214:8, 233:7, 247:14, 247:17
**formal** [13] - 11:17, 12:1, 24:12, 24:16, 24:24, 25:1, 25:16, 41:6, 41:11, 178:21, 212:7, 213:2
**formally** [3] - 11:19, 25:8, 178:20
**formed** [1] - 197:11
**former** [4] - 69:4, 141:1, 174:14, 174:18
**forms** [1] - 91:12

**forth** [1] - 211:2
**forwarded** [2] - 32:9, 116:3
**foundations** [1] - 13:8
**founded** [1] - 32:16
**four** [6] - 131:20, 132:4, 132:7, 141:19, 142:11, 143:20
**four-year** [1] - 131:20
**fourth** [3] - 66:20, 97:10, 190:16
**frame** [1] - 237:13
**FRANK** [1] - 1:8
**frank** [1] - 151:2
**Frank** [4] - 4:8, 132:21, 134:6, 150:24, 160:15, 165:22, 193:1, 193:7
**fraud** [1] - 51:17
**FRAZIER** [1] - 2:7
**free** [2] - 91:12, 179:7
**freely** [1] - 143:2
**fresh** [1] - 137:3
**friend** [2] - 47:19, 69:3
**friendly** [1] - 158:20
**friends** [1] - 158:19
**front** [2] - 31:1, 31:5, 33:21, 46:24, 65:2, 96:14, 112:2, 114:6, 115:13, 180:8, 185:12, 212:20
**frustration** [1] - 49:13
**frustrations** [2] - 49:7, 49:9
**fuckin'** [3] - 33:24, 34:11, 226:15
**full** [10] - 4:15, 9:12, 39:24, 40:1, 129:11, 150:5, 180:16, 202:4, 203:23, 204:13
**fund** [1] - 102:2
**funds** [1] - 101:4
**FURTHER** [1] - 240:6
**future** [1] - 58:6

**G**

**G-u-b-b-i-n-s** [2] - 38:2, 42:8
**gang** [5] - 194:19, 195:11, 195:20, 196:6, 197:13
**gathered** [1] - 209:20
**gender** [1] - 13:3
**general** [24] - 49:16, 49:20, 60:17, 133:8, 171:7, 171:23, 172:5, 172:10,

183:7, 184:12,
187:6, 187:14,
187:16, 204:9,
217:4, 217:11,
223:9, 223:11,
224:17, 224:20,
225:19, 227:6,
227:17
**generally** [3] - 61:22,
61:24, 170:24
**gentleman** [4] - 36:6,
57:9, 57:13, 190:21
**geography** [1] - 36:12
**girl's** [1] - 128:9
**girlfriend** [2] - 33:15,
104:10
**given** [14] - 25:5,
31:22, 51:12, 52:14,
89:20, 94:2, 99:14,
116:13, 117:19,
142:23, 164:11,
178:20, 199:16,
250:1
**gonna** [1] - 36:8
**grading** [1] - 153:19
**graduate** [1] - 60:2
**graduated** [3] - 60:6,
60:18, 85:23
**grams** [1] - 77:12
**grant** [3] - 140:13,
140:15, 140:18
**granted** [1] - 139:2
**granting** [1] - 137:10
**grass** [2] - 36:14,
36:17
**Greg** [1] - 221:22
**grievance** [32] - 100:6,
237:12, 237:17,
237:18, 237:21,
237:24, 238:3,
238:5, 245:14,
245:15, 245:21,
245:24, 246:3,
246:7, 246:13,
246:14, 246:18,
246:22, 246:23,
247:8, 247:10,
247:13, 247:14,
247:17, 248:1,
248:6, 248:14,
248:21, 249:8,
249:18, 250:11,
252:1
**grieving** [1] - 248:16
**grounds** [3] - 72:13,
250:21, 250:23
**Group** [2] - 5:19, 6:10
**group** [1] - 6:11
**Grove** [7] - 50:18,
51:23, 52:4, 77:13,

80:4, 80:10, 80:11
**GUBBINS** [1] - 42:7
**Gubbins** [3] - 38:2,
40:9, 41:9
**guess** [1] - 12:9
**guessing** [2] - 31:6,
85:18
**guide** [1] - 152:23
**guided** [1] - 38:18
**guideline** [1] - 211:8
**guilty** [4] - 71:19,
77:15, 80:17, 83:2
**guns** [1] - 197:13
**guy** [2] - 36:9, 132:6
**guys** [4] - 46:18,
49:19, 103:1, 219:19

# H

**half** [7] - 9:13, 18:16,
28:16, 74:14,
162:20, 162:22,
163:19
**hall** [2] - 154:7, 183:15
**Hall** [1] - 174:5
**hamstring** [1] - 42:19
**hand** [3] - 25:6,
138:16, 254:2
**handed** [3] - 179:14,
205:21, 205:23
**handle** [2] - 15:18,
83:23
**handled** [4] - 11:10,
31:7, 75:24, 246:15
**handles** [2] - 30:11,
44:14
**handling** [1] - 58:8
**hands** [1] - 184:20
**handwriting** [8] -
68:13, 71:14, 90:19,
114:9, 114:12,
114:21, 115:21,
115:22
**handy** [2] - 27:10,
27:12
**Hannah** [6] - 55:8,
55:16, 55:17, 55:20,
55:24, 56:4
**happy** [2] - 31:18,
142:9
**harassed** [4] - 211:19,
212:9, 212:18, 213:8
**harassment** [27] -
87:12, 90:1, 90:7,
91:1, 91:13, 92:4,
92:6, 92:7, 92:19,
92:20, 93:8, 93:24,
94:6, 94:20, 95:1,
95:3, 212:4, 213:11,
213:17, 213:18,

214:6, 214:9,
214:11, 214:13,
232:6, 232:11
**hard** [8] - 189:4,
189:6, 189:9,
189:22, 208:9,
208:11, 208:12,
208:20
**hard-rank** [7] - 189:4,
189:6, 189:9,
189:22, 208:11,
208:12, 208:20
**Harper** [2] - 60:13,
147:13
**Harrison** [2] - 36:1
**Harsey** [3] - 104:7,
105:10
**head** [6] - 36:23, 37:2,
37:7, 37:16, 199:8,
229:17
**headquarters** [1] -
51:2
**heads** [1] - 169:19
**healing** [1] - 37:16
**hear** [2] - 56:8, 97:4,
145:11
**heard** [14] - 9:4, 97:2,
120:13, 120:16,
122:5, 145:7,
170:17, 177:10,
186:15, 186:20,
223:4, 241:3,
244:16, 245:20
**hearing** [19] - 27:5,
40:15, 41:20, 61:3,
102:21, 134:17,
134:20, 135:3,
159:11, 159:21,
176:20, 178:16,
179:20, 182:11,
182:12, 182:16,
203:16, 250:13,
250:17
**hearsay** [2] - 97:3,
244:23
**Heather** [16] - 53:5,
53:7, 53:18, 53:20,
55:21, 56:20, 58:12,
58:19, 59:9, 59:11,
59:14, 59:18, 104:9,
104:16, 105:4,
107:10
**held** [2] - 89:22,
157:19, 189:12
**hello** [1] - 205:19
**help** [2] - 28:22, 49:18
**Helper** [5] - 146:11,
147:13, 147:15,
221:3, 221:10
**helper** [1] - 147:14

**helpful** [1] - 47:4
**helping** [1] - 247:20
**helps** [1] - 35:17
**HERBERT** [1] - 2:2
**Herbert** [3] - 23:23,
24:4, 58:9
**Herbert's** [2] - 134:16,
175:6
**hereby** [2] - 72:9,
253:6
**herein** [1] - 5:9
**hereunto** [1] - 254:1
**Heritage** [1] - 230:12
**hesitation** [1] - 53:1
**Hickory** [1] - 129:16
**hierarchy** [2] - 185:23,
188:4
**High** [1] - 59:23
**high** [3] - 36:2, 36:3,
60:4
**high-crime** [1] - 36:2
**high-drug** [1] - 36:3
**higher** [5] - 85:8,
160:13, 189:10,
210:9, 240:16
**higher-ranked** [1] -
210:9
**highly** [1] - 176:6
**himself** [8] - 26:13,
26:19, 26:23,
176:19, 195:4,
208:23, 221:13,
236:21
**HIPAA** [1] - 230:3
**hire** [1] - 37:23
**hired** [18] - 33:8,
66:24, 73:15, 73:18,
73:21, 84:5, 84:10,
84:12, 84:16, 84:21,
85:6, 85:12, 86:2,
86:17, 89:12, 141:5,
148:13, 201:4
**hiring** [20] - 62:14,
64:9, 66:3, 67:4,
67:24, 73:12, 74:6,
198:23, 199:6,
199:23, 200:6,
200:13, 201:8,
201:13, 201:22,
202:15, 203:20,
204:1
**history** [3] - 52:6,
71:11, 74:22
**hit** [1] - 36:16, 36:17,
36:21, 115:13,
116:15, 116:23,
117:5, 117:8, 123:2,
124:12, 129:22
**hit-and-run** [5] -
116:15, 116:23,

117:5, 117:8, 129:22
**Hoffman** [3] - 50:18,
51:24, 59:24
**hold** [5] - 5:22, 37:2,
58:16
**holidays** [2] - 57:23,
58:7
**home** [1] - 126:14
**honcho** [1] - 199:8
**honest** [2] - 65:12,
250:2
**hoping** [2] - 190:6,
191:18
**horrible** [1] - 224:24
**hospital** [18] - 37:3,
43:3, 43:5, 43:14,
43:19, 43:23, 45:21,
46:2, 46:3, 46:9,
46:13, 46:14, 47:2,
48:8, 49:6, 49:11,
100:16
**hospitalization** [1] -
39:16
**hospitalized** [4] -
37:9, 39:15, 96:22,
100:16
**hour** [9] - 13:23,
28:16, 28:17, 74:13,
89:20, 162:20,
162:22, 163:20,
220:7
**hourly** [1] - 219:21
**hours** [5] - 13:16,
13:21, 89:24, 95:2,
96:8, 121:12,
126:20, 126:23,
126:24, 127:1,
129:14, 161:19,
161:20, 161:21,
170:4
**house** [22] - 25:12,
43:14, 45:22, 53:3,
53:19, 56:1, 57:9,
58:18, 58:23, 59:7,
59:16, 59:17, 86:21,
86:23, 89:1, 124:19,
125:9, 126:2, 127:7,
128:9, 170:5, 179:15
**household** [1] - 55:20
**HR** [11] - 139:5,
139:19, 161:14,
165:4, 173:21,
174:1, 238:7, 238:9,
246:1, 249:9, 249:22
**Human** [1] - 50:7
**human** [5] - 21:5,
46:16, 46:24, 47:3,
198:16
**hundred** [4] - 10:8,
141:3, 157:21,

184:23
**hung** [1] - 158:22
**HUNT** [1] - 1:9
**hunt** [2] - 176:16, 200:11
**Hunt** [18] - 4:9, 21:4, 150:16, 150:23, 159:23, 173:8, 173:12, 173:18, 176:4, 182:20, 187:24, 189:6, 191:6, 196:12, 200:17, 201:9, 201:21, 209:11
**Hunt's** [1] - 201:19
**Hunter** [7] - 44:8, 45:12, 190:11, 190:15, 191:5, 207:10, 207:12
**hunter** [2] - 190:17, 190:18
**hurt** [4] - 45:15, 46:9, 47:5, 47:11
**husband** [4] - 33:18, 33:19, 53:24, 54:21
**hypothetical** [3] - 242:21, 243:14, 244:6
**hypothetically** [1] - 243:17

## I

**I-v-e-y** [1] - 218:5
**I.D** [18] - 27:16, 68:5, 76:22, 79:23, 90:10, 95:10, 98:21, 103:9, 107:1, 108:20, 109:6, 109:21, 110:21, 116:18, 132:16, 135:17, 151:14, 192:20
**idea** [16] - 12:5, 171:7, 171:23, 172:5, 172:10, 176:12, 184:12, 187:6, 187:14, 187:16, 197:4, 200:24, 224:20, 227:6, 227:17, 243:8
**identification** [1] - 57:17
**identifies** [1] - 204:11
**identify** [1] - 239:13
**ignore** [1] - 172:15
**ignored** [1] - 140:9
**illegal** [2] - 109:10, 109:17
**Illinois** [25] - 1:21, 2:4, 2:8, 4:11, 50:7,

77:20, 111:1, 111:22, 112:22, 113:11, 116:6, 118:14, 118:19, 118:24, 119:5, 119:9, 120:22, 125:1, 125:15, 142:19, 143:10, 176:21, 178:12, 194:11, 254:3
**ILLINOIS** [3] - 1:1, 253:2, 253:3
**immediate** [2] - 92:21, 92:24
**impact** [1] - 79:8
**impartial** [1] - 178:16
**implication** [1] - 81:24
**improper** [1] - 178:12
**IN** [1] - 1:1
**in-house** [3] - 86:21, 86:23, 89:1
**inaccurate** [1] - 72:12
**inappropriately** [1] - 182:22
**incident** [33] - 32:2, 37:12, 37:20, 43:24, 56:1, 56:5, 56:8, 56:11, 57:8, 92:22, 92:23, 92:24, 93:17, 93:24, 94:6, 95:20, 96:3, 97:12, 98:17, 99:11, 99:14, 110:4, 111:15, 119:12, 119:15, 120:17, 124:1, 124:3, 142:7, 142:11, 225:8, 229:12, 252:9
**incidents** [6] - 92:18, 92:20, 93:7, 133:1, 171:18, 251:5
**include** [2] - 87:23, 212:18
**included** [5] - 63:7, 176:12, 177:1, 177:15, 232:17
**including** [2] - 91:13, 195:6
**incomplete** [3] - 72:13, 243:14, 244:6
**incorrectly** [1] - 201:6
**indemnified** [2] - 196:21, 196:22
**independent** [1] - 236:7
**indicate** [7] - 69:3, 70:4, 78:24, 107:14, 112:3, 152:14, 184:17
**indicated** [9] - 28:14, 34:15, 64:20, 127:7,

135:6, 145:22, 154:17, 204:15, 241:7
**indicates** [9] - 15:5, 79:7, 81:8, 81:12, 108:23, 111:19, 133:4, 209:13, 220:22
**indicating** [3] - 104:16, 133:15, 151:17
**indirectly** [1] - 253:19
**individual** [6] - 70:1, 83:1, 154:23, 218:17, 220:15
**individual 's** [1] - 218:20
**Individually** [1] - 1:10
**individually** [3] - 29:13, 29:14, 29:15
**individuals** [17] - 67:7, 67:11, 81:22, 82:19, 85:2, 145:8, 145:11, 156:16, 186:22, 188:19, 190:14, 191:3, 209:15, 214:24, 215:1, 215:11, 220:1
**individuals '** [1] - 66:17
**Industrial** [1] - 40:16
**influence** [5] - 122:13, 123:5, 129:18, 130:5
**information** [44] - 17:21, 19:15, 19:16, 20:13, 20:14, 28:7, 28:21, 68:18, 72:9, 72:12, 80:6, 111:9, 114:15, 115:4, 116:1, 116:13, 118:14, 118:17, 118:19, 118:22, 118:24, 119:3, 119:4, 119:8, 121:2, 141:8, 142:19, 143:9, 143:13, 159:4, 194:6, 199:4, 199:21, 200:4, 201:21, 209:20, 216:19, 220:10, 220:22, 221:11, 221:15, 222:24, 244:22
**informed** [2] - 181:4, 181:14
**infractions** [2] - 77:21, 131:13
**initial** [15] - 35:21, 41:4, 43:24, 84:1, 116:12, 117:16,

117:18, 120:16, 121:9, 121:24, 122:4, 133:23, 152:1, 202:22
**initials** [1] - 101:6
**injured** [13] - 36:18, 38:13, 38:16, 39:5, 43:9, 44:3, 44:9, 44:12, 44:21, 45:2, 46:19, 49:21, 96:19
**injuries** [10] - 36:20, 96:24, 97:2, 97:8, 100:17, 224:8, 224:12, 226:21, 227:12, 228:8
**injury** [4] - 35:23, 38:21, 39:15, 40:3
**input** [1] - 62:13
**inquire** [1] - 48:10
**inquired** [1] - 73:11
**inside** [2] - 109:13, 126:20
**inspector** [3] - 93:20, 94:4, 94:9
**instead** [1] - 79:4
**Institute** [2] - 85:20, 85:24
**instituting** [1] - 199:19
**instructor** [1] - 200:23
**insubordination** [1] - 133:6
**insurance** [8] - 38:10, 117:22, 117:23, 118:3, 118:6, 118:7, 118:10, 121:10
**insured** [1] - 38:12
**intend** [2] - 58:5, 214:13
**intended** [1] - 151:18
**intends** [1] - 155:18
**intensive** [1] - 79:9
**intentionally** [1] - 178:15
**interacted** [2] - 62:16, 62:19
**interest** [3] - 145:3, 152:13, 177:7
**interested** [1] - 253:18
**interests** [1] - 183:10
**interfered** [1] - 182:10, 182:11, 182:15
**internal** [5] - 30:9, 30:11, 30:12, 32:13, 143:3
**interrogated** [6] - 11:2, 11:5, 11:20, 24:20, 25:9, 178:20
**interrogation** [27] - 11:3, 11:4, 11:10, 11:18, 24:12, 24:15,

24:17, 25:1, 25:2, 25:16, 41:4, 41:6, 41:12, 178:22, 178:24, 179:1, 179:4, 179:6, 179:8, 211:18, 211:24, 212:7, 212:11, 213:2, 213:15, 217:19, 217:21
**Interrogation** [1] - 12:2
**interrogatories** [8] - 13:15, 13:22, 14:19, 28:5, 28:6, 28:15, 29:5, 214:16
**interrogatory** [2] - 13:12, 27:11
**interrupt** [1] - 57:13
**interrupting** [1] - 34:8
**interview** [2] - 153:20, 242:4
**interviewed** [3] - 173:1, 173:2, 178:5
**interviews** [3] - 66:11, 153:12, 153:14
**intoxicated** [5] - 50:23, 79:3, 122:10, 128:20, 128:21
**introductions** [1] - 205:20
**investigate** [2] - 199:18, 210:2
**investigated** [4] - 10:20, 32:18, 142:22, 204:8
**investigates** [1] - 32:13
**investigating** [1] - 116:15
**investigation** [20] - 30:9, 30:11, 31:9, 32:6, 93:20, 94:4, 94:9, 105:3, 106:3, 106:8, 106:17, 108:9, 108:23, 116:23, 119:17, 133:1, 143:1, 143:6, 173:5, 210:1
**investigations** [6] - 6:16, 30:12, 32:13, 83:12, 83:23, 84:2
**investigator** [2] - 77:4, 143:4
**invited** [1] - 184:10
**invoice** [1] - 45:18
**invoices** [2] - 46:14, 48:4
**involved** [24] - 8:19, 10:16, 32:1, 57:7, 62:3, 84:2, 92:22,

111:9, 111:10, 111:22, 123:11, 145:1, 151:3, 152:16, 167:8, 180:1, 201:19, 203:15, 203:24, 204:4, 205:4, 206:14, 240:8, 240:13
**involvement** [3] - 178:3, 218:20, 246:17
**involves** [1] - 201:16
**ish** [1] - 58:3
**Island** [1] - 60:11
**Islander** [1] - 221:7
**issue** [8] - 42:15, 43:4, 43:20, 49:17, 150:4, 183:17, 231:3, 247:17
**issued** [5] - 24:9, 46:21, 54:24, 116:22, 196:19
**issues** [7] - 53:22, 70:16, 70:19, 161:8, 171:17, 230:17, 230:18
**items** [5] - 137:9, 137:22, 139:3, 139:13, 140:5
**itself** [1] - 34:19
**Ivey** [1] - 218:5

# J

**jail** [1] - 51:10
**James** [8] - 6:19, 59:23, 161:15, 161:16, 165:4, 173:21, 198:16, 238:6
**January** [27] - 16:6, 16:15, 18:19, 18:21, 19:1, 19:7, 19:11, 19:14, 20:12, 21:7, 22:9, 61:14, 77:24, 80:3, 98:8, 103:12, 103:19, 104:6, 143:24, 151:16, 156:19, 157:1, 157:6, 157:19, 159:20, 212:24, 254:3
**Jay** [4] - 25:10, 188:16, 189:7, 189:20
**Jeff** [11] - 95:21, 96:4, 96:8, 96:19, 98:18, 103:5, 147:1, 147:5, 248:5, 249:5, 250:4

**Jefferson** [1] - 2:3
**Jewel** [16] - 121:6, 122:9, 122:18, 123:2, 123:16, 124:2, 124:4, 124:7, 124:8, 124:12, 125:9, 125:21, 125:22, 126:11, 126:21
**Jill** [1] - 157:10
**Jim** [2] - 245:24, 249:2
**job** [8] - 38:13, 46:10, 67:9, 75:10, 88:17, 130:14, 172:6, 228:16
**jobs** [2] - 67:12, 189:16
**Joe** [14] - 6:20, 8:7, 8:12, 8:13, 9:24, 113:5, 125:7, 125:8, 126:9, 126:10, 126:13, 126:17, 127:7, 127:13
**John** [2] - 70:1, 190:9
**Johnson** [4] - 221:24, 222:3, 239:9, 239:13
**joint** [3] - 247:10, 248:6, 252:1
**jointly** [2] - 59:9, 59:11
**Jones** [2] - 157:16, 158:1
**Joseph** [1] - 194:21
**josh** [1] - 84:17
**Josh** [3] - 85:4, 85:5, 85:24
**Journal** [1] - 109:9
**judge** [6] - 54:16, 54:23, 79:18, 177:19, 177:22
**July** [20] - 11:19, 24:13, 24:19, 24:22, 39:13, 55:18, 58:3, 59:6, 77:15, 80:14, 132:20, 133:2, 133:16, 134:8, 134:12, 211:17, 211:24, 234:16
**jumping** [1] - 39:4
**June** [8] - 66:8, 66:9, 77:14, 91:4, 91:18, 91:21, 93:4, 176:3
**jurisdiction** [1] - 172:20
**justice** [2] - 60:19, 220:20
**Justice** [2] - 24:7, 24:10

# K

**KAMEG** [41] - 6:9, 10:7, 29:20, 62:4, 67:23, 105:11, 105:13, 105:17, 105:22, 106:18, 108:12, 109:18, 171:24, 189:23, 192:6, 195:5, 195:9, 195:15, 195:24, 196:5, 196:6, 196:11, 196:15, 196:18, 196:23, 197:5, 197:6, 197:10, 219:4, 219:7, 219:9, 219:11, 219:20, 219:22, 220:1, 220:11, 220:13, 229:14
**KANKAKEE** [2] - 1:7, 1:8
**Kankakee** [132] - 4:8, 5:19, 5:24, 6:5, 6:9, 6:12, 8:13, 8:18, 10:4, 11:1, 11:6, 11:21, 19:16, 20:14, 21:3, 21:6, 21:17, 21:20, 21:22, 22:4, 22:6, 25:7, 35:8, 42:10, 43:18, 46:5, 46:8, 47:17, 48:14, 55:11, 60:23, 61:2, 61:23, 62:3, 63:10, 69:19, 70:4, 70:10, 70:13, 70:19, 74:23, 75:3, 77:6, 78:13, 78:19, 81:3, 82:19, 82:24, 83:24, 84:5, 85:12, 86:13, 86:17, 90:13, 91:9, 91:17, 92:1, 92:3, 92:16, 94:18, 94:23, 95:5, 96:1, 101:20, 102:10, 102:12, 105:14, 108:14, 116:8, 116:14, 117:5, 117:20, 118:12, 118:18, 118:23, 127:15, 133:21, 135:2, 135:10, 141:2, 141:5, 141:9, 141:15, 145:8, 148:6, 149:5, 149:24, 150:20, 151:3, 151:23, 155:17, 156:7, 157:2, 159:4, 159:8,

172:3, 173:22, 174:14, 174:19, 175:3, 175:10, 178:14, 180:17, 183:6, 198:23, 199:1, 200:3, 200:7, 200:15, 201:22, 202:3, 204:24, 205:6, 207:17, 208:18, 209:3, 209:6, 210:19, 212:15, 215:7, 222:2, 222:13, 226:4, 228:9, 232:24, 233:23, 235:14, 235:21, 235:22, 236:2, 239:18, 245:17
**Kankakee 's** [2] - 84:22, 232:6
**Kankakee - Bourbonnais** [1] - 105:14
**keep** [7] - 27:10, 27:11, 29:7, 46:17, 49:17, 130:14, 144:21
**keeping** [1] - 228:16
**KELLY** [1] - 2:2
**kelly.krauchun @ danherbertlaw .com** [1] - 2:5
**Ken** [2] - 189:21, 190:9
**Kenneth** [1] - 77:1
**kept** [2] - 43:2, 250:5
**kid** [2] - 50:22, 53:23
**kids** [2] - 56:11, 56:12
**Kidwell** [21] - 104:8, 104:11, 104:22, 142:6, 143:2, 189:21, 207:22, 208:2, 208:4, 208:5, 208:7, 208:12, 208:17, 215:24, 216:1, 238:12, 238:17, 238:20, 239:4, 244:17, 244:24
**kind** [9] - 9:4, 57:16, 134:9, 161:6, 226:18, 229:3, 237:7, 237:8, 237:9
**Kinkade** [14] - 78:19, 78:21, 79:13, 93:12, 95:16, 95:19, 97:11, 97:16, 98:8, 99:24, 102:13, 102:15, 148:13, 148:16
**Klopp** [5] - 184:6,

217:22, 247:22, 249:5, 250:4
**knowing** [1] - 177:6
**knowledge** [52] - 17:21, 19:15, 20:13, 20:20, 21:21, 22:1, 26:16, 26:18, 28:7, 31:11, 48:17, 71:1, 76:7, 97:1, 101:15, 103:2, 103:15, 119:24, 131:22, 155:9, 157:23, 158:4, 159:3, 159:6, 159:7, 159:10, 173:6, 196:20, 197:8, 197:19, 199:5, 199:15, 200:4, 201:20, 201:24, 204:10, 206:22, 211:1, 214:20, 218:21, 218:23, 219:3, 220:23, 221:8, 222:1, 222:12, 234:6, 236:12, 245:6, 245:7, 245:9, 245:13
**known** [2] - 109:16, 214:19
**knows** [1] - 66:10
**Koerner** [1] - 143:4
**Kosman** [52] - 4:9, 24:24, 41:15, 132:21, 132:24, 133:20, 134:1, 134:6, 134:8, 134:13, 150:24, 151:2, 159:23, 160:15, 161:6, 161:11, 161:14, 162:9, 162:10, 163:18, 165:22, 167:3, 167:14, 168:16, 168:20, 169:15, 170:13, 170:16, 170:20, 171:13, 172:8, 172:11, 172:18, 173:8, 173:12, 173:17, 178:9, 179:11, 182:19, 187:20, 193:1, 193:7, 193:12, 194:2, 194:23, 196:10, 197:9, 197:17, 198:6, 250:14
**KOSMAN** [1] - 1:8
**Kosman 's** [4] - 167:8, 167:12, 167:16,

167:18
**KRAUCHUN** [32] - 2:2, 10:13, 14:22, 19:19, 20:16, 21:8, 56:6, 63:4, 74:15, 83:5, 99:7, 101:15, 120:10, 143:18, 143:21, 158:10, 166:19, 168:8, 168:23, 180:19, 181:7, 213:21, 226:24, 231:21, 232:2, 233:11, 240:3, 241:14, 243:13, 244:5, 251:19, 252:15
**Krauchun** [3] - 3:5, 54:18, 58:9
**Kreissler** [22] - 4:7, 20:19, 20:22, 22:21, 23:20, 23:21, 158:19, 159:17, 174:10, 183:2, 186:12, 190:10, 190:15, 193:24, 194:5, 194:8, 215:16, 215:22, 222:21, 224:5, 239:10
**KREISSLER** [1] - 1:4
**Kreissler 's** [5] - 22:8, 145:13, 215:12, 216:17, 218:18
**Kris** [10] - 43:10, 69:16, 131:18, 184:5, 217:12, 217:15, 217:17, 247:21, 249:5, 250:4

# L

**L-i-n-d-g-r-e-n** [1] - 147:12
**Lab** [5] - 26:20, 208:24, 209:2, 209:9, 209:15
**labeled** [1] - 234:22
**Lacie** [7] - 225:8, 225:14, 246:5, 246:19, 247:1, 248:1
**ladder** [1] - 248:7
**lag** [1] - 19:5
**laid** [2] - 245:15, 246:7
**Landwehr** [1] - 198:15
**LANDWEHR** [1] - 198:15
**Lane** [1] - 59:3
**language** [7] - 26:20, 33:24, 49:15, 211:11, 211:12,

222:20, 226:18
**Larry** [6] - 93:11, 103:20, 132:14, 146:9, 148:19, 151:17
**Last** [1] - 198:3
**last** [58] - 4:15, 4:16, 26:6, 27:3, 27:22, 27:24, 28:1, 47:14, 48:20, 49:3, 53:5, 53:15, 61:3, 62:20, 65:24, 66:2, 73:17, 97:11, 106:4, 106:10, 106:14, 107:21, 107:24, 116:21, 117:2, 129:1, 129:9, 130:2, 130:12, 130:16, 130:22, 131:20, 132:7, 132:13, 133:24, 142:2, 142:13, 142:15, 142:23, 143:4, 147:11, 157:10, 159:12, 161:16, 191:17, 195:6, 198:2, 214:18, 217:1, 228:20, 230:9, 231:2, 236:20, 242:16, 246:1, 251:4, 251:7
**last-chance** [19] - 106:4, 106:10, 106:14, 116:21, 129:1, 129:9, 130:2, 130:12, 130:16, 130:22, 131:20, 132:7, 132:13, 142:2, 142:13, 142:15, 142:23, 251:4, 251:7
**late** [2] - 113:16, 185:3
**Latham** [5] - 197:24, 207:9, 207:13, 207:16, 221:22
**LATHAM** [1] - 197:24
**Law** [3] - 23:23, 24:4, 58:9
**law** [9] - 7:9, 16:13, 27:1, 82:9, 82:22, 89:4, 175:6, 176:21, 178:13
**LAW** [1] - 2:2
**lawful** [1] - 133:6
**laws** [3] - 82:15, 187:5, 207:3
**Lawson** [1] - 44:7
**lawsuit** [13] - 7:24, 12:17, 12:20, 29:15, 29:16, 42:14,

158:18, 163:16, 171:8, 185:20, 208:18, 216:23, 224:9
**lead** [2] - 59:21, 121:2
**learn** [3] - 74:3, 74:5, 168:5
**learning** [1] - 168:14
**least** [8] - 45:6, 58:21, 69:14, 101:16, 114:21, 131:22, 170:5, 249:15
**leave** [9] - 47:23, 50:23, 97:19, 122:16, 122:17, 132:24, 133:16, 134:12, 214:15
**leaving** [5] - 33:23, 70:15, 70:19, 172:20, 197:10
**left** [23] - 15:17, 16:5, 17:8, 18:23, 22:10, 34:1, 39:6, 56:12, 100:22, 112:17, 121:7, 121:11, 124:4, 124:7, 129:19, 137:6, 137:14, 149:19, 149:23, 161:16, 189:8, 205:19
**legal** [8] - 7:3, 7:14, 70:16, 70:18, 82:8, 83:6, 251:16, 251:20
**legalities** [1] - 207:1
**legally** [2] - 187:3, 187:4
**length** [1] - 39:18
**less** [3] - 45:24, 46:23, 210:6
**letter** [18] - 24:9, 24:18, 98:7, 151:17, 155:17, 157:3, 157:13, 173:13, 173:19, 173:23, 174:3, 174:7, 174:11, 181:19, 195:10, 195:12, 196:19, 249:23
**letters** [2] - 203:6, 220:23
**letting** [1] - 230:6
**level** [1] - 189:10
**Lexipol** [8] - 87:15, 87:17, 88:1, 88:17, 88:21, 88:24, 206:22, 206:24
**liberal** [1] - 60:17
**license** [6] - 77:21, 78:6, 81:5, 81:10, 82:1, 83:4

**Lieutenant** [10] - 104:8, 104:11, 104:22, 208:1, 208:2, 208:17, 209:13, 225:12, 225:14, 252:6
**lieutenant** [28] - 31:15, 160:11, 167:4, 189:13, 189:14, 189:15, 189:18, 189:22, 190:5, 190:7, 191:19, 195:3, 197:20, 207:21, 208:3, 208:5, 208:10, 208:11, 208:12, 208:14, 208:20, 220:24, 238:13, 238:15, 239:2, 239:6, 244:12, 245:11
**lieutenant 's** [7] - 148:3, 186:7, 186:8, 187:18, 192:14, 193:17, 241:23
**lieutenants** [13] - 62:7, 188:22, 188:23, 188:24, 189:2, 189:4, 189:5, 189:6, 189:9, 189:19, 199:24, 202:23
**lifetime** [3] - 50:10, 82:20, 141:1
**light** [3] - 39:23, 227:4, 227:14
**likely** [1] - 114:24
**limit** [1] - 82:8
**Lindgren** [1] - 147:10
**line** [3] - 91:7, 182:13, 226:7
**lines** [3] - 114:21, 133:12, 164:6
**list** [125] - 62:11, 64:9, 64:11, 66:3, 66:6, 66:10, 66:21, 67:3, 67:4, 67:9, 67:11, 67:15, 67:17, 68:23, 68:24, 69:16, 70:13, 73:8, 73:9, 73:12, 75:11, 75:12, 76:10, 76:14, 76:18, 84:13, 84:21, 84:23, 85:2, 85:3, 85:6, 85:12, 85:16, 85:17, 104:15, 141:22, 144:1, 144:6, 144:8, 144:12, 144:16, 144:18, 145:3, 145:4, 145:9, 145:15, 145:16,

145:17, 145:18, 145:24, 146:1, 146:3, 146:4, 146:13, 146:15, 146:18, 146:20, 147:2, 147:15, 147:18, 148:7, 151:20, 152:1, 154:5, 154:9, 154:13, 154:18, 154:20, 155:4, 155:10, 155:13, 156:22, 158:9, 160:12, 162:1, 166:6, 167:4, 167:11, 168:6, 168:12, 169:19, 170:1, 171:18, 185:24, 186:7, 186:8, 186:9, 186:24, 187:9, 187:18, 193:23, 197:23, 201:15, 202:20, 207:6, 207:9, 207:18, 210:12, 211:14, 215:2, 225:5, 236:9, 237:1, 240:22, 241:6, 241:12, 241:17, 241:18, 242:5, 242:8, 242:9, 242:10, 242:20, 242:22, 242:24, 243:3, 243:4, 243:12, 243:21, 243:23
**listed** [17] - 66:13, 66:17, 145:23, 146:14, 146:17, 153:24, 171:17, 190:14, 191:4, 214:23, 215:11, 215:14, 215:21, 216:16, 218:17, 221:8, 222:11
**listing** [1] - 80:12
**lists** [14] - 67:8, 92:10, 133:7, 144:22, 144:24, 145:12, 167:6, 167:7, 186:5, 186:19, 186:23, 207:8, 210:20, 224:1
**litigation** [4] - 8:19, 29:12, 174:13, 174:18
**live** [7] - 53:3, 53:19, 53:20, 55:21, 58:24, 59:17, 128:11
**lived** [2] - 59:5, 113:3
**lives** [6] - 58:18,

113:3, 125:5, 125:23, 252:12
**living** [6] - 53:24, 54:2, 55:20, 55:24, 56:11, 56:18
**local** [1] - 121:5
**located** [6] - 42:9, 61:22, 85:5, 112:24, 116:3, 229:1
**location** [11] - 111:10, 113:4, 113:6, 113:9, 113:14, 116:9, 123:23, 124:21, 125:5, 125:6, 179:1
**lodged** [2] - 29:23, 32:21
**Lombardi** [10] - 43:10, 69:17, 131:18, 184:5, 217:12, 217:15, 217:17, 247:21, 249:5, 250:4
**Lombardi 's** [1] - 217:23
**long-time** [3] - 149:5, 149:18, 150:20
**look** [30] - 14:20, 77:4, 83:21, 91:23, 105:6, 113:20, 123:7, 129:11, 131:4, 155:16, 156:24, 160:5, 162:18, 163:2, 175:17, 192:23, 198:19, 207:4, 212:19, 219:5, 220:5, 227:21, 228:1, 228:5, 229:5, 232:4, 234:9, 236:15, 240:23, 247:15
**looked** [2] - 36:6, 36:7
**looking** [8] - 35:16, 133:5, 144:9, 144:14, 147:2, 147:17, 162:24, 167:21
**looks** [15] - 14:19, 16:20, 22:15, 65:19, 66:8, 112:7, 114:4, 115:20, 160:17, 163:23, 164:6, 166:9, 166:11, 168:2, 230:13
**lose** [2] - 83:4, 250:6
**loss** [1] - 118:10
**lovely** [1] - 252:18
**low** [1] - 64:12
**lower** [8] - 85:8, 85:9, 111:17, 189:11, 210:7, 210:11, 210:12, 210:16

**lower-ranked** [2] - 210:7, 210:16
**lowest** [1] - 66:18
**Lowman** [5] - 77:1, 80:4, 80:10, 189:21, 190:2
**Lowman 's** [1] - 78:9
**LTD** [1] - 2:7
**lung** [1] - 97:5

## M

**M-i-n-g** [1] - 230:10
**ma'am** [16] - 233:3, 233:10, 233:19, 233:24, 234:5, 234:15, 234:19, 235:5, 236:3, 237:10, 237:15, 237:19, 238:10, 238:24, 239:3, 239:7
**Mail** [2] - 2:5, 2:9
**mail** [5] - 43:3, 46:22, 48:19, 49:17, 50:3
**mailed** [1] - 17:4
**mailing** [1] - 17:6
**maintain** [2] - 199:1, 200:15
**maintaining** [1] - 91:11
**maintenance** [2] - 209:5, 209:16
**major** [1] - 60:15
**majority** [2] - 150:5, 185:18
**makeup** [2] - 164:16, 165:18
**male** [11] - 164:23, 165:1, 165:4, 165:7, 218:3, 221:5, 221:23, 238:20, 238:23, 239:16, 243:22
**Malendine** [2] - 190:10, 190:16
**man** [10] - 31:5, 33:8, 35:14, 35:24, 42:15, 47:24, 52:16, 65:13, 73:20, 128:19
**management** [7] - 98:14, 202:4, 202:8, 203:23, 204:4, 204:13, 231:8
**mandatory** [4] - 87:5, 87:7, 87:10
**manner** [1] - 94:1
**Manteno** [2] - 59:4, 146:12
**manual** [3] - 152:22, 152:23, 153:1

**March** [7] - 42:16, 43:9, 44:21, 44:22, 46:10, 56:24
**mark** [6] - 5:24, 14:8, 64:14, 80:21, 89:15, 98:4
**marked** [35] - 6:2, 6:4, 14:10, 27:15, 27:18, 64:16, 65:14, 68:4, 76:21, 76:24, 79:22, 80:23, 89:17, 90:9, 95:9, 95:12, 98:5, 98:20, 98:23, 103:8, 106:24, 107:3, 108:19, 108:21, 109:5, 109:7, 109:20, 110:20, 110:23, 116:17, 132:15, 135:16, 135:19, 151:13, 192:19
**marriage** [9] - 54:19, 56:16, 56:21, 57:5, 57:20, 58:1, 58:6, 231:3, 231:5
**married** [7] - 33:15, 52:23, 53:4, 53:7, 59:13, 59:15, 170:6
**Martin** [2] - 147:1, 147:5
**Master** [3] - 104:7, 105:9, 105:10
**master** [3] - 104:21, 105:17, 105:18
**materials** [1] - 152:20
**matt** [1] - 40:9
**Matt** [3] - 34:10, 41:9, 220:15
**matter** [9] - 4:6, 6:21, 9:24, 14:17, 15:3, 29:19, 46:4, 54:7, 145:6
**matters** [2] - 55:10, 203:15
**Matthew** [1] - 38:2
**maureen** [1] - 20:4
**MAUREEN** [1] - 254:8
**Maureen** [2] - 1:18, 253:5
**Mayor** [25] - 4:9, 173:8, 173:12, 173:17, 195:18, 195:22, 196:8, 198:10, 198:21, 199:5, 199:22, 205:6, 228:10, 229:7, 231:10, 233:14, 237:13, 237:17, 238:17, 241:10, 242:13,

243:18, 244:4, 245:1, 245:24
**mayor** [50] - 21:3, 119:14, 119:18, 137:1, 150:5, 151:5, 156:2, 156:9, 156:11, 156:13, 157:14, 168:1, 176:5, 176:8, 176:17, 195:17, 196:9, 198:22, 199:17, 200:2, 200:6, 200:8, 202:3, 202:13, 204:12, 204:22, 204:23, 205:4, 205:20, 206:5, 206:14, 206:16, 206:19, 209:10, 224:15, 226:22, 227:12, 232:24, 233:4, 234:4, 237:14, 237:20, 238:8, 238:18, 243:19, 247:12, 248:15, 249:1, 249:2, 249:8
**MAYOR** [1] - 1:8
**mayor's** [27] - 141:20, 160:18, 163:23, 164:6, 164:10, 164:15, 164:16, 164:19, 165:10, 165:18, 165:20, 165:23, 166:2, 166:10, 166:15, 166:16, 167:9, 167:12, 167:14, 168:1, 169:8, 169:9, 169:10, 195:16, 198:7, 210:6, 235:10
**McCullom** [2] - 33:16, 34:1
**mcGRATH** [5] - 20:10, 20:21, 27:17, 103:10, 132:17
**McGrath** [66] - 2:7, 2:7, 3:4, 3:6, 4:3, 4:6, 4:18, 5:2, 5:12, 6:3, 10:15, 14:11, 14:24, 15:1, 19:21, 20:4, 21:14, 56:7, 62:23, 63:5, 64:14, 64:17, 68:6, 74:13, 74:18, 74:20, 76:23, 80:1, 81:1, 83:11, 89:18, 90:11, 95:11, 98:6, 98:22, 99:9, 99:10, 101:22, 107:2, 109:22, 110:22, 116:19,

120:14, 135:18, 143:22, 151:15, 158:17, 166:21, 167:10, 168:10, 169:5, 181:1, 181:13, 192:16, 192:21, 214:3, 227:2, 231:17, 233:7, 240:5, 240:7, 241:22, 244:1, 244:10, 251:23, 252:13
**Meadows** [1] - 81:14
**mean** [9] - 18:9, 41:22, 51:8, 70:18, 96:2, 103:15, 125:22, 170:22, 189:13
**meaning** [3] - 136:19, 140:13, 140:17
**means** [2] - 178:14, 252:15
**meant** [1] - 206:7
**mechanisms** [2] - 92:18, 93:7
**media** [1] - 176:9
**medical** [2] - 37:4, 47:16
**Medical** [1] - 107:8
**medication** [2] - 229:20, 230:7
**medications** [4] - 104:13, 104:15, 104:17, 104:19
**meet** [4] - 26:8, 105:19, 126:16, 161:2
**meeting** [21] - 119:13, 161:14, 162:9, 162:11, 162:14, 162:15, 168:18, 170:2, 170:10, 183:16, 183:21, 184:8, 184:10, 184:13, 184:14, 185:2, 185:3, 247:11, 247:22, 249:2
**meetings** [1] - 206:16
**Melvina** [3] - 223:14, 223:15, 223:16
**Member** [1] - 198:15
**member** [8] - 29:20, 69:19, 70:5, 87:6, 149:5, 149:18, 150:20, 196:15
**members** [11] - 64:21, 64:23, 127:15, 153:21, 166:18, 174:15, 183:16, 184:15, 206:1,

233:1, 233:22
**membership** [1] -
184:10
**memo** [10] - 98:10,
98:16, 136:7,
136:13, 137:14,
137:24, 138:6,
138:7, 139:8, 152:18
**memory** - 171:10,
211:23
**memos** [2] - 199:17,
199:22
**mentioned** [4] - 6:9,
47:12, 125:4, 175:12
**meritorious** [2] -
236:23, 237:3
**meritoriously** [2] -
195:5, 236:22
**mess** [1] - 99:2
**messages** [1] - 173:16
**met** [5] - 11:12, 26:4,
125:10, 168:7, 193:7
**Metropolitan** [2] -
5:19, 6:10
**MICHAEL** [1] - 2:7
**Michael** [11] - 95:16,
148:13, 148:15,
160:13, 174:23,
175:1, 175:12,
176:7, 194:1, 216:6,
218:3
**middle** [5] - 77:9,
92:14, 133:14,
198:1, 198:3
**midnight** [1] - 127:13,
194:14
**midnights** [1] - 191:22
**might** [8] - 62:13,
148:15, 189:8,
206:24, 217:24,
226:5, 231:4, 231:20
**Mike** [21] - 14:23,
68:24, 73:14, 74:3,
74:7, 93:12, 99:7,
147:10, 147:22,
147:23, 169:23,
170:3, 172:5,
186:14, 193:10,
216:21, 217:7,
220:14, 224:23,
240:4
**mile** [1] - 125:24
**miles** [1] - 125:24
**mill** [2] - 244:23,
245:20
**mind** [2] - 59:20,
228:14
**mine** [1] - 145:16
**Ming** [1] - 230:9
**minor** [1] - 71:20

**minority** [2] - 252:8,
252:10
**minute** [4] - 192:23,
227:5, 231:22
**minutes** [5] - 13:23,
28:16, 162:17,
162:22, 163:19
**misdemeanor** [1] -
68:20
**miss** [2] - 42:22, 43:13
**misspoke** [1] - 73:24
**misstates** [5] - 166:20,
168:9, 213:22,
227:1, 241:15
**mistake** [2] - 225:1,
225:7
**mistakes** [1] - 225:5
**mitigate** [1] - 31:16
**mmcgrath@osmfm.
com** [1] - 2:9
**Monday** [2] - 26:10,
26:17
**Monee** [20] - 61:11,
61:12, 61:17, 61:21,
62:2, 62:8, 68:11,
69:6, 69:9, 69:12,
71:12, 72:24, 73:3,
73:4, 73:7, 73:11,
73:15, 73:18, 74:4,
143:5
**money** [2] - 101:7,
118:6
**Monfradini** [1] -
100:12
**month** [7] - 84:8,
86:11, 87:20, 88:12,
106:22, 134:21,
230:5
**monthly** [1] - 79:4
**months** [13] - 39:21,
39:23, 48:23, 82:13,
88:10, 106:23,
108:7, 138:6,
149:11, 195:6,
217:2, 230:7, 230:8
**morning** [7] - 113:16,
121:9, 122:23,
123:22, 124:17,
126:15, 129:14
**most** [1] - 114:24
**mother** [1] - 53:17
**motion** [2] - 177:22,
177:23
**motor** [1] - 111:5
**move** [3] - 171:2,
171:3, 172:15
**moved** [7] - 59:6,
67:10, 67:14, 122:6,
189:24, 252:12
**moving** [1] - 92:14

**MR** [68] - 2:7, 4:3, 4:6,
4:18, 5:2, 5:12, 6:3,
10:15, 14:11, 14:24,
15:1, 19:21, 20:4,
20:10, 20:21, 21:14,
27:17, 56:7, 62:23,
63:5, 64:14, 64:17,
68:6, 74:13, 74:18,
74:20, 76:23, 80:1,
81:1, 83:11, 89:18,
90:11, 95:11, 98:6,
98:22, 99:9, 99:10,
101:22, 103:10,
107:2, 109:22,
110:22, 116:19,
120:14, 132:17,
135:18, 143:22,
151:15, 158:17,
166:21, 167:10,
168:10, 169:5,
181:1, 181:13,
192:16, 192:21,
214:3, 227:2,
231:17, 233:7,
240:5, 240:7,
241:22, 244:1,
244:10, 251:23,
252:13
**MS** [32] - 2:2, 10:13,
14:22, 19:19, 20:16,
21:8, 56:6, 63:4,
74:15, 83:5, 99:7,
101:15, 120:10,
143:18, 143:21,
158:10, 166:19,
168:8, 168:23,
180:19, 181:7,
213:21, 226:24,
231:21, 232:2,
233:11, 240:3,
241:14, 243:13,
244:5, 251:19,
252:15
**multi** [1] - 132:19
**multi-page** [1] -
132:19
**multiple** [3] - 88:15,
170:4, 235:10
**municipal** [2] - 71:20,
72:3
**MURPHEY** [1] - 2:7
**muscle** [1] - 39:6
**mushroom** [1] - 52:11
**mushroom -shaped**
[1] - 52:11
**Mustang** [1] - 111:23,
121:5
**Mydayis** [1] - 229:22

## N

**NAGLE** [1] - 254:8
**Nagle** [2] - 1:19, 253:5
**name** [37] - 4:15, 4:16,
33:16, 33:17, 47:7,
47:14, 53:5, 53:15,
53:16, 55:6, 55:9,
58:14, 62:17, 62:18,
62:20, 67:22, 72:20,
90:16, 90:18,
107:19, 107:21,
126:6, 128:10,
143:4, 147:11,
157:10, 161:15,
161:16, 184:16,
214:18, 228:19,
228:20, 230:9
**named** [3] - 67:11,
178:2, 190:21
**names** [6] - 60:9,
66:17, 148:7, 190:8,
242:8
**narcotics** [1] - 230:22
**narrative** [4] - 113:22,
114:20, 114:23,
117:19
**narrow** [1] - 237:13
**nature** [1] - 92:10
**Nazarene** [2] - 194:16,
220:17
**near** [2] - 15:21, 58:6
**necessary** [2] -
198:24, 200:14
**need** [3] - 5:3, 49:19,
74:14
**needed** [2] - 43:20,
202:9
**needs** [1] - 32:3
**negative** [1] - 176:7
**Neighborhood** [1] -
192:2
**nervous** [1] - 227:6
**never** [35] - 9:6, 11:19,
30:13, 33:1, 35:5,
43:22, 45:14, 46:15,
46:24, 47:1, 47:9,
48:4, 48:7, 48:9,
139:8, 140:2, 150:5,
151:3, 176:17,
176:18, 186:20,
187:4, 206:16,
217:10, 222:8,
223:3, 225:15,
225:20, 226:18,
233:17, 236:16,
240:1, 244:3, 251:7,
252:2
**new** [14] - 36:7, 43:6,
100:11, 137:1,

137:2, 137:3,
137:18, 149:23,
176:3, 197:13,
205:20, 233:4,
233:5, 244:17
**newly** [1] - 197:11
**newspaper** [1] -
229:13
**next** [20] - 28:11, 29:7,
36:6, 69:16, 71:10,
71:24, 90:16, 91:3,
108:6, 114:8, 121:9,
122:21, 123:22,
124:12, 135:13,
148:18, 149:1,
156:21, 182:5,
197:22
**nice** [1] - 128:22
**Nicholas** [4] - 192:1,
192:4, 192:5
**NICKEY** [1] - 1:9
**Nickey** [5] - 4:10,
173:8, 173:12,
173:17, 198:12
**night** [8] - 42:20,
44:10, 113:16,
124:12, 126:8,
126:19, 127:19,
128:19
**Nina** [1] - 119:19
**no-confidence** [4] -
182:18, 183:1,
183:4, 183:11
**Noah** [10] - 53:15,
53:19, 54:2, 54:11,
54:13, 54:14, 55:3,
55:13, 55:24, 56:4
**non** [1] - 235:11
**non-African** [1] -
235:11
**North** [2] - 35:24, 36:1
**northbound** [1] -
36:11
**Nos** [1] - 175:17
**Notary** [2] - 1:19,
253:6
**note** [2] - 36:4, 136:7
**notes** [1] - 231:22
**nothing** [17] - 10:23,
11:7, 11:22, 12:1,
37:18, 42:21, 51:4,
97:9, 164:9, 175:11,
182:23, 201:12,
204:7, 225:16,
230:24, 234:9
**notice** [13] - 1:15,
11:11, 14:16, 45:1,
99:6, 108:22,
133:15, 134:5,
134:7, 140:2,

27:2
**Notice** [1] - 12:2
**notification** [1] - 178:21
**notified** [17] - 9:8, 21:13, 30:2, 30:4, 30:5, 32:2, 47:1, 47:2, 75:10, 88:1, 111:18, 111:19, 119:17, 179:22, 180:23, 181:11, 181:18
**notifying** [2] - 132:23, 203:7
**November** [12] - 12:12, 12:17, 15:6, 15:15, 18:1, 18:8, 18:18, 19:5, 19:13, 95:15, 95:21, 98:17
**number** [40] - 12:7, 14:13, 17:12, 19:22, 22:18, 27:9, 29:3, 30:23, 31:4, 37:6, 42:11, 64:12, 67:7, 75:14, 81:8, 88:13, 96:7, 134:20, 144:2, 144:3, 145:23, 146:5, 150:1, 151:19, 152:2, 160:11, 174:21, 175:15, 186:9, 186:11, 186:13, 193:17, 207:9, 207:10, 210:21, 230:11, 236:9
**numbered** [1] - 15:20
**numbers** [1] - 40:19
**numerous** [1] - 33:13
**nurses** [1] - 37:4

**O**

**o'clock** [2] - 126:18, 128:6
**obey** [1] - 133:6
**object** [12] - 19:19, 83:5, 158:10, 166:19, 168:8, 168:23, 180:19, 213:21, 226:24, 233:7, 241:14, 251:19
**objection** [6] - 20:16, 21:8, 120:10, 181:7, 243:13, 244:5
**objections** [1] - 19:22
**obligation** [1] - 123:12
**observations** [1] - 236:6
**obtained** [2] - 26:24,

obviously [8] - 4:18, 31:12, 37:6, 42:20, 55:7, 167:3, 250:18, 251:12
**occasions** [1] - 95:6
**occupies** [1] - 151:19
**occur** [1] - 235:15
**occurred** [21] - 11:7, 11:18, 24:13, 24:17, 56:1, 56:12, 95:3, 95:20, 95:24, 118:4, 119:12, 121:15, 121:24, 143:7, 143:8, 163:11, 182:18, 196:1, 213:19, 225:9, 251:6
**occurrence** [3] - 32:3, 122:4, 236:11
**occurring** [1] - 236:2
**October** [2] - 89:21, 109:24
**ODELSON** [1] - 2:7
**OF** [8] - 1:1, 1:7, 1:7, 1:8, 253:1, 253:2, 253:3, 253:3
**off-duty** [1] - 95:20
**offense** [2] - 71:20, 72:3
**offers** [1] - 72:14
**offhand** [1] - 62:18
**office** [33] - 11:23, 18:3, 26:3, 26:9, 29:1, 42:9, 44:2, 45:10, 97:19, 104:8, 134:16, 138:14, 160:23, 161:4, 161:5, 161:12, 161:16, 163:4, 163:7, 163:10, 169:16, 171:14, 193:7, 224:15, 225:10, 226:22, 227:13, 228:10, 229:1, 229:8, 229:15, 229:16, 254:2
**Office** [1] - 16:21
**Officer** [10] - 6:20, 7:23, 119:22, 120:2, 120:6, 125:17, 126:2, 142:10, 167:21, 197:24
**officer** [80] - 8:14, 10:19, 11:6, 11:21, 11:24, 12:4, 12:21, 25:7, 29:18, 30:7, 31:9, 32:1, 32:3, 35:9, 35:20, 35:21, 39:8, 42:17, 43:8,

45:6, 47:7, 47:12, 52:2, 52:21, 61:7, 62:3, 62:9, 65:23, 67:1, 73:15, 75:3, 77:5, 78:13, 79:5, 81:4, 81:22, 82:15, 82:18, 82:24, 83:24, 84:1, 86:7, 86:10, 94:19, 94:24, 95:5, 97:14, 111:4, 113:3, 114:2, 119:10, 124:15, 124:24, 125:4, 125:5, 141:2, 143:14, 149:22, 152:1, 152:4, 155:22, 176:6, 186:18, 205:5, 215:3, 220:16, 225:9, 226:11, 227:18, 227:19, 227:22, 227:23, 228:2, 228:3, 234:8, 236:7, 237:23, 242:15, 249:3, 252:2
**officer's** [5] - 64:9, 66:3, 73:8, 113:2, 136:11
**Officer's** [1] - 101:21
**officer/sergeant** [1] - 200:21
**officers** [53] - 6:12, 8:2, 8:5, 8:8, 8:11, 8:19, 30:3, 38:15, 38:17, 45:6, 47:3, 62:1, 62:14, 67:4, 68:1, 84:12, 84:15, 86:3, 88:14, 88:15, 89:2, 89:5, 95:2, 121:14, 121:19, 123:8, 124:7, 137:16, 141:13, 161:7, 164:12, 164:14, 170:9, 184:7, 187:17, 192:8, 192:9, 199:24, 202:15, 202:23, 204:2, 206:1, 210:8, 210:9, 224:16, 224:17, 224:19, 225:18, 226:23, 227:13, 227:14, 236:8
**officers'** [1] - 62:21
**official** [4] - 1:10, 143:10, 198:22, 200:11
**officials** [1] - 174:19
**often** [3] - 205:6, 205:8, 229:24
**old** [2] - 55:13, 55:17

**older** [2] - 38:15, 38:17
**oldest** [1] - 53:15
**Olivet** [3] - 60:18, 194:15, 220:17
**once** [12] - 32:18, 79:19, 84:5, 86:12, 118:7, 119:16, 161:16, 192:15, 229:15, 230:5, 230:8, 238:17
**One** [1] - 42:10
**one** [54] - 5:14, 8:5, 10:1, 10:3, 10:5, 13:8, 13:12, 23:19, 31:3, 32:23, 33:3, 33:10, 35:3, 45:6, 45:24, 46:21, 47:3, 50:14, 51:13, 53:12, 58:11, 70:9, 82:20, 85:4, 87:20, 88:15, 135:19, 144:2, 145:14, 145:19, 145:23, 146:5, 151:19, 153:21, 155:22, 175:18, 185:10, 186:11, 187:8, 191:15, 205:13, 207:9, 215:2, 225:1, 227:5, 229:6, 233:20, 236:9, 240:19, 241:19, 247:6
**one-page** [1] - 135:19
**one-time** [1] - 35:3
**ones** [3] - 88:15, 145:1, 153:17
**ongoing** [7] - 86:18, 87:5, 87:14, 89:11, 183:8, 235:13
**open** [2] - 161:6, 163:12
**open-door** [1] - 161:6
**opened** [3] - 105:3, 119:17, 210:1
**opening** [4] - 155:2, 155:11, 187:8, 203:1
**operate** [2] - 199:1, 200:15
**operated** [2] - 198:21, 200:11
**operating** [1] - 142:2
**operation** [2] - 219:8, 219:10
**operations** [4] - 189:18, 204:6, 204:17, 204:24
**opinion** [3] - 222:23, 223:1, 223:11
**opinions** [1] - 183:23

**Opportunity** [1] - 92:5
**opportunity** [4] - 65:4, 91:10, 176:19, 177:10
**opposed** [1] - 234:2
**oral** [9] - 63:24, 64:5, 64:18, 153:12, 153:14, 153:19, 154:1, 240:20, 242:4
**orbital** [1] - 97:6
**order** [19] - 54:1, 54:10, 54:15, 54:22, 54:24, 55:1, 55:2, 55:19, 55:22, 56:3, 56:17, 56:19, 66:14, 98:11, 98:16, 154:6, 189:15, 193:23, 242:23
**orders** [5] - 108:4, 133:6, 133:8, 172:21, 204:9
**ordinance** [1] - 51:6
**orientation** [1] - 75:5
**original** [2] - 33:14, 57:2
**outcome** [1] - 102:7
**outgoing** [1] - 136:10
**outpatient** [1] - 79:9
**outside** [9] - 75:24, 87:1, 89:8, 148:10, 151:2, 153:2, 153:3, 153:18, 158:23, 247:5
**overhear** [1] - 122:1
**overloaded** [1] - 191:15
**overnight** [2] - 37:10, 121:8
**oversee** [1] - 202:19
**overt** [1] - 235:11
**overtime** [1] - 245:12
**overview** [1] - 90:17
**own** [11] - 12:19, 22:23, 53:13, 59:7, 59:8, 59:9, 59:11, 88:14, 143:14, 180:13, 183:22
**owner** [1] - 36:5

**P**

**P-a-s-e-l** [1] - 8:24
**P.B.P** [1] - 101:14
**P.B.P.A** [4] - 101:5, 101:11, 101:17, 101:20
**p.m** [2] - 104:7, 105:9
**P.P.B.A** [1] - 101:14
**Pacific** [1] - 221:7
**packet** [1] - 44:1,

152:20
**PAGE** [2] - 3:2, 3:9
**page** [62] - 14:12, 14:15, 14:16, 14:20, 15:19, 16:2, 16:4, 17:14, 24:2, 27:19, 27:23, 27:24, 28:1, 28:2, 65:16, 66:2, 68:18, 68:23, 70:12, 71:10, 71:24, 72:8, 77:8, 77:9, 78:17, 78:24, 79:12, 80:9, 80:11, 81:7, 90:12, 90:21, 90:22, 90:24, 91:3, 91:6, 91:23, 91:24, 97:10, 97:16, 105:7, 107:19, 107:24, 113:20, 129:6, 129:12, 131:4, 132:1, 132:19, 133:11, 133:18, 133:24, 135:19, 156:24, 160:7, 197:22, 214:18
**Page** [7] - 14:21, 175:19, 175:20, 198:19, 207:4, 211:16, 236:20
**pages** [5] - 14:13, 23:19, 106:11, 132:20, 214:23
**paid** [7] - 47:17, 48:6, 48:11, 48:18, 97:18, 101:23, 128:23
**pain** [2] - 37:22, 39:14
**panel** [7] - 79:8, 153:19, 153:22, 237:18, 237:21, 237:24, 238:5
**panicked** [3] - 118:4, 121:10, 125:19
**paper** [5] - 31:22, 185:8, 185:9, 185:11
**paperwork** [19] - 25:12, 32:7, 32:8, 43:22, 44:2, 44:4, 44:11, 44:14, 44:23, 45:1, 45:4, 45:7, 45:13, 47:8, 49:22, 179:16, 246:20, 247:13, 250:5
**Paragraph** [15] - 131:4, 132:1, 160:7, 176:2, 178:7, 198:20, 200:5, 201:2, 202:1, 204:11, 209:13, 211:16, 235:3, 235:7, 235:24

**paragraph** [19] - 93:15, 97:11, 104:4, 104:18, 129:11, 155:20, 178:8, 178:10, 182:14, 193:20, 194:24, 198:2, 198:3, 200:10, 205:24, 207:20, 208:22, 210:4, 236:20
**Paragraphs** [1] - 207:4
**paragraphs** [4] - 17:13, 22:18, 174:21, 207:5
**paraphernalia** [4] - 52:8, 52:9, 77:13, 80:14
**paraphrase** [1] - 163:21
**paraphrasing** [1] - 169:2
**Park** [2] - 1:20, 2:8
**parked** [6] - 115:8, 116:9, 121:20, 121:23, 124:4, 124:8
**parking** [1] - 123:16
**part** [13] - 13:7, 30:14, 63:15, 78:4, 87:14, 88:17, 105:11, 106:12, 107:5, 110:17, 163:16, 199:15, 200:18
**participate** [3] - 98:13, 237:12, 237:16
**participated** [1] - 153:17
**participating** [1] - 199:13
**particular** [1] - 246:14
**particulars** [1] - 16:19
**parties** [2] - 111:9, 253:17
**party** [1] - 55:7
**Pasel** [3] - 8:9, 8:20, 8:23
**passed** [3] - 243:19, 243:20, 248:14
**passenger** [1] - 10:11
**Passwater** [16] - 138:1, 138:5, 138:7, 138:19, 138:22, 140:18, 140:20, 140:23, 149:1, 149:3, 149:13, 189:21, 190:2, 215:20, 244:16, 244:24
**past** [4] - 33:13, 139:2, 171:2, 171:3

**Patrol** [2] - 67:23, 238:11
**patrol** [28] - 32:10, 35:20, 35:21, 39:8, 62:20, 64:9, 66:3, 67:1, 67:4, 68:1, 73:8, 86:3, 86:14, 89:2, 89:5, 108:15, 111:4, 152:1, 152:4, 191:23, 192:8, 192:9, 199:23, 202:23, 208:6, 208:7, 240:22, 242:15
**patrolman** [18] - 69:11, 108:16, 108:17, 112:7, 112:14, 114:18, 152:11, 207:6, 216:13, 218:2, 222:4, 222:6, 222:10, 223:19, 225:11, 234:8, 240:14, 252:11
**Patrolman** [13] - 104:10, 104:12, 105:21, 105:22, 112:19, 113:10, 114:17, 114:24, 115:4, 124:24, 125:11, 151:18, 157:3
**patrolman 's** [3] - 76:14, 84:13, 84:22
**patrolman /now** [1] - 119:11
**patrolmen** [1] - 121:15
**Patrolwoman** [1] - 246:4
**pattern** [1] - 235:13
**Paul** [12] - 4:4, 4:6, 4:7, 4:16, 21:9, 28:4, 104:10, 151:18, 156:21, 160:10, 193:24, 232:4
**PAUL** [5] - 1:3, 1:14, 3:3, 5:8, 253:7
**pay** [17] - 43:1, 46:18, 47:10, 101:24, 219:15, 219:17, 244:11, 244:17, 245:1, 245:8, 245:12, 250:6, 250:8, 250:9, 250:12
**paying** [2] - 47:5, 49:19
**payment** [2] - 35:3, 118:7
**pays** [1] - 220:1

**pec** [1] - 39:6
**penalty** [2] - 17:19, 28:8
**pending** [9] - 4:11, 40:10, 55:10, 56:9, 70:15, 70:18, 70:22, 133:1, 174:17
**pension** [1] - 101:12
**people** [16] - 21:13, 67:10, 84:21, 122:6, 127:23, 137:3, 142:9, 156:11, 180:1, 183:22, 185:3, 191:16, 219:9, 224:18, 241:1, 252:16
**per** [4] - 86:11, 88:12, 191:20, 191:21
**percent** [6] - 10:8, 141:3, 157:21, 184:24, 211:4, 211:9
**perform** [2] - 71:11, 195:2
**period** [20] - 19:5, 19:11, 19:13, 25:17, 40:22, 78:7, 83:4, 106:22, 108:24, 130:23, 134:22, 196:5, 197:16, 208:13, 219:7, 229:10, 229:11, 229:17, 231:1, 250:5
**perjury** [2] - 17:19, 28:8
**permanent** [1] - 37:21
**permission** [3] - 18:4, 155:21, 202:10
**person** [2] - 30:13, 32:13, 62:12, 145:23, 147:20, 159:16, 161:14, 214:19, 218:7, 218:9, 222:11, 247:5
**personal** [2] - 18:7, 21:21, 101:8, 129:15, 159:3, 159:6, 159:7, 159:10, 245:5, 253:10
**personally** [5] - 10:17, 22:5, 35:5, 212:16, 214:12
**personnel** [33] - 81:2, 110:9, 131:10, 135:24, 136:11, 136:16, 136:20, 136:21, 136:24, 137:4, 137:6, 137:13, 137:18, 137:23, 138:1,

138:9, 138:20, 138:23, 139:4, 139:5, 139:24, 140:5, 140:6, 140:23, 143:15, 152:15, 198:24, 199:18, 200:7, 200:14, 200:18, 200:20, 249:14
**persons** [1] - 133:7
**perspective** [1] - 219:14
**pertain** [2] - 174:23, 207:2
**pertained** [1] - 90:7
**pertaining** [1] - 1:17
**pertains** [3] - 178:8, 207:20, 208:22
**pertinent** [1] - 246:20
**Peter** [3] - 55:9, 56:3, 192:1
**petition** [8] - 54:18, 56:20, 57:2, 57:3, 57:19, 58:1, 58:2, 58:5
**phase** [1] - 86:11
**phases** [2] - 86:11, 86:12
**Phone** [2] - 2:4, 2:9
**phone** [5] - 41:1, 41:5, 49:7, 49:10, 230:11
**phonetic** [4] - 25:11, 33:16, 100:12, 190:10
**phonetic ]** [1] - 44:7
**photograph** [1] - 109:12
**photos** [1] - 14:2
**physical** [2] - 75:8, 92:9
**pick** [1] - 187:14
**picked** [2] - 46:23, 227:8
**picture** [2] - 109:12, 112:3
**piece** [4] - 31:22, 185:8, 185:9, 185:11
**pieces** [1] - 185:11
**pile** [1] - 27:12
**pipe** [2] - 52:12, 52:13
**place** [19] - 6:4, 48:1, 89:12, 103:11, 110:14, 113:23, 133:1, 141:7, 154:6, 160:22, 182:21, 183:1, 183:16, 183:22, 187:19, 206:21, 228:9, 244:2, 253:12
**placed** [21] - 64:9,

67:8, 68:7, 75:11, 76:10, 85:11, 110:15, 133:16, 134:11, 140:15, 171:24, 172:1, 195:15, 196:6, 196:7, 223:24, 240:21, 241:5, 243:21, 249:23, 249:24

**places** [1] - 156:11
**placing** [1] - 132:24
**plaintiff** [1] - 4:19
**Plaintiffs** [2] - 1:5, 2:5
**plaintiffs** [1] - 215:12
**plan** [1] - 156:20
**planning** [1] - 57:23
**plate** [2] - 36:4, 111:24
**played** [1] - 180:8
**plead** [2] - 71:18, 77:15
**plus** [2] - 222:16, 239:20
**point** [11] - 31:6, 62:22, 82:10, 152:10, 167:2, 191:15, 210:14, 222:10, 241:19, 243:6
**points** [5] - 160:13, 194:4, 194:7, 210:13, 210:17
**pole** [1] - 110:5
**Police** [170] - 4:8, 6:17, 6:20, 11:1, 25:7, 27:5, 41:20, 50:18, 50:19, 60:23, 61:2, 61:4, 63:10, 63:13, 63:16, 63:19, 64:19, 65:18, 65:22, 66:4, 66:24, 67:18, 68:1, 68:11, 69:6, 69:10, 69:13, 69:19, 70:10, 70:14, 70:20, 72:24, 73:3, 73:4, 73:7, 73:18, 74:4, 74:23, 76:5, 76:7, 76:19, 77:14, 78:13, 78:19, 80:5, 80:10, 80:11, 84:5, 85:12, 85:20, 85:23, 86:13, 86:17, 89:22, 91:9, 91:17, 92:1, 92:3, 92:16, 101:5, 101:13, 102:17, 108:15, 116:8, 116:14, 117:5, 117:20, 118:13, 118:18, 118:23, 127:16, 133:21,

134:17, 134:24, 135:2, 139:6, 139:23, 141:2, 141:6, 141:9, 141:15, 144:7, 145:8, 146:12, 148:6, 149:5, 149:22, 149:24, 150:2, 150:20, 151:3, 151:23, 154:4, 155:18, 156:6, 156:7, 156:11, 156:16, 156:19, 157:2, 157:4, 157:7, 157:10, 157:14, 157:22, 158:2, 158:6, 159:8, 159:12, 159:21, 174:14, 178:10, 178:14, 179:11, 179:19, 179:20, 180:3, 180:9, 180:12, 180:18, 180:24, 181:5, 182:1, 182:10, 183:6, 193:3, 196:21, 198:13, 199:1, 200:7, 200:15, 201:16, 201:22, 202:2, 202:7, 202:11, 202:12, 202:14, 203:2, 203:4, 203:9, 203:14, 203:22, 204:11, 204:16, 204:24, 209:6, 210:18, 210:19, 222:2, 222:13, 232:21, 233:1, 233:5, 234:3, 234:7, 235:14, 235:21, 235:23, 236:2, 239:19, 250:14, 250:22, 251:8, 251:12, 251:13, 251:15, 251:17, 252:3
**police** [202] - 7:6, 7:8, 7:13, 8:10, 8:14, 8:19, 10:19, 11:6, 11:15, 11:20, 11:21, 12:4, 21:4, 21:5, 25:7, 29:18, 30:2, 30:3, 31:13, 34:2, 34:20, 35:8, 41:1, 44:14, 44:16, 47:23, 50:16, 51:9, 52:1, 52:20, 61:7, 61:21, 62:3, 62:9, 62:14, 63:20, 63:22, 64:2,

64:22, 64:23, 65:20, 65:23, 67:9, 70:5, 71:8, 73:15, 74:11, 75:3, 75:9, 77:5, 78:13, 78:21, 81:3, 81:22, 82:15, 82:18, 82:24, 83:22, 83:24, 85:19, 86:3, 86:24, 87:2, 87:3, 87:6, 89:8, 93:5, 93:10, 94:18, 94:23, 95:5, 96:16, 97:14, 100:19, 100:22, 103:5, 103:19, 105:2, 106:5, 107:11, 108:2, 109:24, 110:17, 111:4, 111:18, 111:19, 113:2, 113:3, 114:2, 117:12, 119:20, 120:17, 120:20, 121:14, 122:3, 123:13, 129:20, 131:14, 133:8, 135:22, 136:5, 136:10, 138:5, 141:4, 143:11, 143:16, 144:21, 146:8, 148:12, 149:18, 149:21, 150:9, 150:10, 150:19, 151:11, 153:17, 153:21, 154:7, 155:12, 157:15, 158:20, 158:23, 159:13, 160:2, 164:18, 165:12, 165:15, 165:19, 165:23, 165:24, 166:1, 166:12, 167:20, 168:2, 169:9, 169:24, 172:2, 174:10, 176:6, 181:15, 182:19, 183:5, 183:7, 183:10, 185:18, 185:22, 186:18, 187:19, 190:13, 193:15, 197:6, 199:7, 199:13, 200:12, 200:19, 200:20, 200:21, 201:3, 202:5, 202:8, 203:18, 203:23, 204:3, 204:5, 204:14, 204:18, 205:7, 205:9, 206:4, 206:5, 206:7, 206:8, 206:11, 206:15,

206:17, 206:18, 209:16, 212:3, 215:3, 215:4, 217:7, 218:14, 219:22, 220:2, 222:4, 222:16, 223:2, 223:10, 225:17, 225:18, 226:11, 233:13, 233:18, 241:4, 244:23, 248:10, 248:11, 249:16, 250:16
**POLICE** [1] - 1:7
**policies** [10] - 88:1, 88:12, 88:18, 88:19, 89:3, 91:19, 176:22, 199:20, 204:9
**policy** [19] - 87:20, 87:22, 87:24, 91:7, 91:17, 91:19, 91:20, 91:21, 91:24, 92:15, 93:5, 93:9, 94:5, 94:14, 133:8, 161:7, 178:14, 232:6, 232:16
**Policy** [3] - 90:14, 91:1, 232:5
**political** [1] - 237:9
**portion** [17] - 27:4, 27:6, 63:24, 64:5, 64:18, 70:21, 71:14, 75:8, 76:3, 87:5, 90:5, 92:14, 112:17, 114:10, 153:20, 154:1, 250:16
**position** [20] - 62:12, 69:9, 143:24, 150:8, 150:10, 157:19, 182:23, 193:15, 193:16, 208:7, 208:13, 208:14, 208:19, 208:20, 211:10, 219:13, 220:24, 223:11, 244:20, 245:11
**positions** [4] - 72:15, 164:13, 193:18, 239:23
**positive** [2] - 10:9, 107:14
**possession** [6] - 52:7, 52:8, 77:11, 77:12, 79:13, 79:17
**possible** [4] - 31:17, 98:13, 116:15, 182:6
**possibly** [3] - 42:16, 146:5, 147:5
**post** [1] - 202:19
**posted** [8] - 66:9, 67:17, 76:18, 144:7,

144:22, 145:19, 146:1, 154:6
**posting** [1] - 176:7
**pot** [2] - 52:12, 52:13
**potential** [1] - 135:12
**potentially** [2] - 107:18, 124:7
**power** [1] - 75:7
**precinct** [1] - 51:2
**preparation** [1] - 26:5
**prepare** [1] - 13:10
**prepared** [3] - 18:12, 136:3, 163:16
**preparing** [2] - 22:21, 23:1
**preponderance** [1] - 177:12
**prescribe** [1] - 229:21
**prescribed** [3] - 206:4, 206:15, 229:20
**prescription** [1] - 106:21
**presence** [1] - 251:15
**present** [3] - 160:24, 217:21, 248:3
**presented** [5] - 135:3, 180:15, 250:21, 251:8, 251:9
**president** [2] - 217:20, 247:21
**press** [2] - 33:21, 33:22
**pretextual** [1] - 178:11
**pretty** [2] - 128:23, 223:20
**previous** [5] - 70:13, 131:22, 146:14, 189:12, 214:4
**previously** [7] - 6:24, 11:5, 11:19, 142:11, 182:18, 202:9, 236:8
**Price** [2] - 149:15, 150:14
**primarily** [1] - 6:15
**printed** [2] - 72:21, 187:1
**PRISTACH** [1] - 157:11
**private** [3] - 20:9, 96:3, 96:14
**probation** [3] - 52:18, 79:4, 79:5
**problem** [4] - 31:16, 252:8, 252:9, 252:10
**Procedure** [2] - 1:16, 4:12
**procedure** [10] - 45:8, 93:5, 100:6, 245:14, 245:15, 245:21, 246:7, 246:13,

248:2, 249:8
**procedures** [2] - 89:4, 246:3
**proceeded** [1] - 180:6
**proceeding** [1] - 246:8
**proceedings** [2] - 83:15, 252:3
**process** [28] - 30:10, 30:13, 31:7, 43:21, 65:1, 65:9, 75:2, 75:6, 75:7, 78:18, 106:8, 116:15, 151:23, 152:17, 154:14, 154:22, 168:22, 177:8, 178:19, 201:14, 202:16, 202:18, 224:4, 237:6, 240:9, 240:13, 242:4, 249:22
**professor** [1] - 220:17
**program** [2] - 79:8, 79:10
**Program** [1] - 98:12
**progressing** [1] - 96:13
**prohibits** [1] - 92:4
**Project** [1] - 192:2
**promote** [3] - 155:22, 191:16, 202:10
**promoted** [35] - 141:10, 142:5, 142:14, 142:17, 143:23, 144:8, 144:15, 145:5, 147:20, 147:21, 148:11, 148:12, 190:7, 191:18, 193:11, 198:1, 203:5, 203:8, 210:8, 211:5, 211:10, 211:14, 218:1, 222:8, 237:7, 239:10, 240:2, 240:10, 240:11, 240:12, 241:6, 241:13, 242:14, 244:3, 244:8
**promotion** [24] - 12:22, 12:24, 141:22, 145:2, 145:18, 151:23, 157:5, 157:8, 166:6, 183:3, 194:3, 197:20, 203:10, 203:20, 204:1, 210:5, 210:23, 220:24, 221:9, 221:12, 236:9, 236:23, 236:24,

237:4
**promotional** [42] - 144:1, 144:12, 144:18, 144:22, 144:23, 145:9, 145:12, 145:15, 145:17, 145:24, 146:15, 146:18, 148:2, 148:3, 154:5, 154:18, 155:3, 158:9, 160:12, 162:1, 167:4, 167:6, 167:7, 168:6, 168:12, 168:21, 185:23, 186:19, 186:23, 193:23, 202:16, 207:6, 210:20, 223:24, 224:4, 239:23, 240:9, 240:22, 241:12, 241:19, 242:5, 242:17
**promotions** [6] - 144:11, 222:1, 222:12, 222:18, 236:5
**pronounce** [1] - 104:23
**pronounced** [2] - 104:2, 216:6
**pronouncing** [1] - 23:20
**proof** [1] - 171:1
**proper** [2] - 45:7, 47:8
**properly** [1] - 172:19
**property** [1] - 177:6
**prosecuted** [1] - 102:4
**prosecution** [2] - 52:15, 102:8
**protected** [1] - 55:7
**Protection** [1] - 101:13
**protection** [12] - 54:1, 54:10, 54:15, 54:23, 54:24, 55:1, 55:2, 55:19, 55:23, 56:3, 56:17, 56:19
**proves** [1] - 72:12
**provided** [13] - 72:10, 93:19, 94:8, 116:1, 130:17, 142:18, 143:9, 176:17, 176:18, 179:7, 179:10, 180:16, 249:14
**provides** [1] - 92:16
**proving** [1] - 177:11
**provisions** [3] - 129:9, 130:11, 131:6
**psychiatric** [1] - 224:7

**psychiatrist** [6] - 228:7, 228:12, 229:4, 230:14, 230:16, 230:21
**psychological** [5] - 224:8, 224:12, 226:21, 227:12, 228:8
**psychologist** [4] - 228:7, 228:12, 229:4, 230:16
**public** [3] - 154:6, 164:22, 167:5
**Public** [2] - 1:20, 253:6
**public's** [1] - 225:19
**publicly** [1] - 109:16
**published** [1] - 76:18
**pull** [1] - 32:4
**pulled** [2] - 36:5, 42:18
**pulling** [1] - 39:5
**punctured** [1] - 97:5
**punishment** [1] - 99:23
**purchase** [1] - 59:12
**purchased** [1] - 59:15
**purge** [6] - 136:11, 137:4, 137:22, 138:9, 138:19, 140:23
**purged** [8] - 136:12, 136:17, 137:18, 138:23, 139:9, 139:11, 139:14, 140:10
**purging** [1] - 137:13
**purposes** [3] - 117:22, 118:3, 121:11
**pursuant** [4] - 1:15, 1:16, 4:12, 11:11
**pursue** [1] - 153:11
**pushed** [1] - 32:11
**pushing** [1] - 39:4
**put** [33] - 44:6, 44:12, 44:19, 45:10, 51:5, 51:10, 52:17, 76:15, 79:4, 98:23, 107:6, 109:23, 110:23, 118:14, 123:8, 130:15, 138:5, 153:3, 154:3, 154:5, 163:15, 165:21, 165:24, 185:11, 189:10, 192:22, 195:19, 197:2, 208:7, 208:14, 208:19, 224:23, 243:12

**Q**

**qualified** [1] - 187:15
**qualifying** [1] - 210:15
**quarter** [2] - 13:23, 28:16
**questioned** [1] - 8:21
**questions** [26] - 9:17, 9:19, 11:14, 11:24, 19:24, 28:19, 28:23, 63:21, 64:20, 65:3, 65:8, 65:11, 87:19, 87:21, 88:13, 171:9, 214:24, 231:20, 232:9, 232:21, 234:12, 235:2, 235:20, 236:4, 236:13, 238:11
**quick** [4] - 13:13, 74:17, 192:16, 232:4
**quickly** [3] - 36:7, 80:3, 236:15
**quite** [1] - 5:3
**quotes** [1] - 169:3

**R**

**R-e-g-n-i-e-r** [1] - 103:24
**race** [11] - 12:24, 13:5, 147:23, 148:15, 164:10, 185:20, 190:23, 207:17, 224:21, 239:13
**race-based** [1] - 13:5
**racial** [3] - 215:15, 216:2, 216:20
**racing** [1] - 228:15
**racism** [3] - 235:11, 235:13, 236:1
**railroad** [2] - 36:15, 36:17
**Raimondo** [4] - 70:2, 70:3, 190:9, 190:15
**Rainey** [2] - 60:13, 60:16
**random** [1] - 108:6
**rank** [25] - 64:11, 70:7, 133:7, 146:20, 153:24, 154:5, 155:22, 157:6, 158:8, 159:14, 189:4, 189:6, 189:9, 189:12, 189:22, 208:11, 208:12, 208:20, 216:12, 217:23, 222:9, 238:12, 239:2, 239:5, 240:16
**ranked** [7] - 85:9,

160:11, 210:7, 210:9, 210:11, 210:16, 242:23
**ranking** [1] - 154:20
**ranks** [10] - 62:21, 141:9, 141:13, 141:16, 148:9, 148:14, 148:23, 149:8, 150:19, 155:2
**rate** [2] - 219:18, 219:21
**rather** [2] - 102:23, 117:14
**ratified** [1] - 177:5
**ray** [1] - 42:22
**Ray** [4] - 8:9, 8:12, 8:20, 8:24
**re** [1] - 58:5
**re-filing** [1] - 58:5
**reach** [1] - 23:9
**reached** [2] - 46:15, 67:21
**read** [30] - 20:6, 26:2, 26:15, 28:4, 72:17, 80:19, 88:4, 88:6, 89:21, 91:15, 91:24, 92:3, 92:12, 93:2, 93:21, 106:1, 115:10, 115:15, 116:4, 129:24, 158:14, 160:19, 166:24, 176:10, 176:23, 177:13, 178:17, 187:4, 211:6, 211:21
**readiness** [2] - 97:13, 97:24
**readiness-for-duty** [1] - 97:24
**reading** [3] - 91:7, 93:23, 103:16
**reads** [10] - 72:8, 93:16, 129:12, 131:5, 178:10, 198:20, 201:7, 202:1, 210:4, 211:16
**real** [3] - 74:17, 232:4, 236:15
**realized** [1] - 36:15
**really** [5] - 13:13, 49:6, 145:6, 169:21, 237:5
**reason** [7] - 42:24, 70:15, 70:19, 166:5, 197:5, 197:14, 223:5
**reasons** [4] - 12:22, 169:21, 169:22, 223:7
**receive** [10] - 34:16, 38:20, 41:18, 48:20, 49:8, 50:1, 86:18,

**referring** [11] - 165:11, 165:12, 165:14, 165:15, 166:14, 175:15, 182:13, 184:2, 210:15, 252:7, 252:9
**reflect** [1] - 198:7
**refresh** [2] - 211:23, 236:15
**refuse** [1] - 47:5
**refused** [1] - 33:20
**refusing** [3] - 43:1, 47:10, 133:6
**regard** [1] - 135:24
**regarding** [17] - 14:5, 23:7, 26:19, 53:23, 87:11, 109:9, 159:14, 173:9, 174:6, 174:10, 209:14, 219:3, 220:23, 221:8, 221:19, 222:1, 222:12
**regards** [15] - 25:13, 62:13, 66:24, 73:3, 73:14, 73:18, 73:20, 74:10, 95:20, 110:1, 173:13, 173:18, 199:23, 224:3, 228:7
**registered** [1] - 36:5
**Regnier** [25] - 93:12, 93:14, 103:20, 103:21, 103:22, 103:24, 104:1, 104:2, 119:21, 132:14, 135:22, 135:23, 136:4, 136:14, 137:4, 137:8, 138:4, 140:13, 141:1, 141:21, 146:9, 148:19, 155:17, 156:18
**Regnier's** [1] - 158:7
**regulation** [2] - 211:3, 211:8
**regulations** [5] - 206:3, 206:15, 206:19, 206:21, 207:1
**rehab** [1] - 80:18
**rehashing** [2] - 87:23, 204:19
**Reigner** [1] - 151:17
**relates** [1] - 210:20
**relating** [1] - 194:4
**relations** [1] - 170:6
**relative** [2] - 253:15, 253:17
**relayed** [1] - 223:3

**release** [1] - 229:22
**released** [3] - 39:23, 40:1, 43:13
**reliable** [2] - 92:18, 93:6
**remain** [3] - 97:18, 105:23, 144:13
**remained** [5] - 100:16, 130:24, 139:4, 139:14, 144:12
**remember** [98] - 7:15, 7:16, 8:8, 10:3, 15:16, 16:13, 16:17, 18:14, 23:8, 23:14, 23:15, 25:4, 25:12, 33:16, 34:8, 34:12, 36:10, 40:24, 41:16, 41:24, 42:24, 48:22, 49:2, 49:15, 50:4, 52:17, 65:12, 67:22, 75:2, 77:1, 77:17, 81:19, 81:20, 83:9, 83:20, 85:7, 87:13, 93:11, 103:14, 103:16, 106:14, 106:15, 107:20, 107:21, 126:22, 127:12, 127:14, 127:17, 127:18, 127:24, 128:2, 128:8, 128:10, 128:12, 128:17, 128:19, 134:9, 134:15, 138:17, 142:6, 144:15, 146:2, 147:4, 148:4, 163:13, 164:4, 169:6, 169:7, 169:20, 171:11, 171:16, 181:11, 181:14, 181:17, 181:21, 182:4, 182:17, 184:6, 185:17, 187:24, 189:2, 189:19, 190:12, 191:12, 192:5, 193:9, 205:13, 205:16, 219:8, 225:23, 240:24, 250:16, 251:10, 251:11, 251:18
**removal** [1] - 108:12
**remove** [2] - 131:9, 140:23
**removed** [18] - 91:21, 106:18, 109:18, 136:21, 136:24, 137:9, 164:12, 195:19, 195:23,

196:17, 196:23, 197:4, 197:5, 208:6, 220:11, 248:22, 251:5
**rendered** [1] - 180:15
**rent** [1] - 59:7
**repeat** [5] - 20:2, 20:4, 158:13, 166:23, 226:20
**rephrase** [2] - 9:17, 9:18
**replace** [1] - 226:22
**replaced** [10] - 164:13, 207:23, 208:1, 208:4, 219:6, 220:13, 227:19, 227:23, 228:3, 238:22
**replacing** [2] - 224:16, 227:13
**report** [39] - 32:5, 34:5, 34:7, 92:23, 94:24, 104:4, 106:15, 110:17, 111:3, 112:6, 112:12, 112:15, 112:17, 114:14, 114:15, 116:3, 116:12, 117:12, 117:16, 117:18, 117:19, 118:9, 120:3, 120:7, 121:1, 121:3, 121:10, 121:21, 122:18, 122:19, 123:1, 123:12, 124:11, 124:13, 129:20, 129:21, 209:14, 212:2
**Report** [15] - 111:1, 111:23, 112:22, 113:11, 116:7, 118:15, 118:20, 119:1, 119:5, 119:9, 120:22, 125:1, 125:15, 142:20, 143:10
**reported** [9] - 105:4, 112:19, 116:7, 117:4, 117:14, 120:17, 122:19, 179:6, 253:9
**Reporter** [2] - 1:19, 253:6
**reporter** [5] - 4:22, 9:15, 11:13, 231:19, 252:18
**REPORTER** [1] - 252:14
**reporting** [6] - 57:8,

79:4, 84:1, 92:18, 92:19, 93:7
**reports** [1] - 114:1
**represent** [2] - 12:15, 248:1
**representation** [3] - 6:19, 7:3, 7:14
**representative** [2] - 100:11, 131:16
**representatives** [2] - 153:18, 249:4
**represented** [6] - 7:5, 106:7, 134:16, 175:6, 175:7, 180:13
**representing** [1] - 27:1
**represents** [1] - 251:17
**reprimand** [11] - 110:9, 110:11, 248:18, 248:19, 248:22, 249:11, 249:19, 250:7, 250:10, 251:1, 251:24
**request** [11] - 136:12, 137:10, 138:19, 139:16, 139:20, 140:1, 140:8, 140:14, 140:15, 140:18, 142:1
**requested** [7] - 7:14, 20:6, 81:23, 140:4, 158:14, 166:24, 214:10
**requesting** [1] - 155:21
**requests** [3] - 92:8, 137:17, 139:2
**require** [1] - 94:5
**required** [1] - 232:18
**requiring** [1] - 98:11
**residence** [5] - 96:3, 96:14, 113:2, 125:18, 125:20
**residents** [2] - 233:23, 234:2
**resigned** [3] - 102:24, 103:2, 103:5
**resolved** [2] - 40:11, 40:12
**resources** [5] - 21:5, 46:16, 47:1, 47:4, 198:16
**respectfully** [2] - 136:11, 155:21
**respond** [2] - 170:20, 172:11
**responded** [3] - 71:21, 72:4, 124:15

**received** [33] - 11:11, 16:20, 16:24, 37:6, 41:5, 42:21, 43:6, 46:1, 46:11, 46:12, 48:14, 63:1, 64:5, 66:10, 72:1, 94:13, 97:20, 108:10, 110:8, 121:2, 133:15, 134:4, 134:7, 139:8, 139:10, 140:2, 150:5, 159:5, 159:8, 181:19, 245:1, 245:8, 249:15
**receiving** [4] - 46:14, 48:16, 50:4, 178:21
**recent** [1] - 193:13
**recently** [1] - 177:21
**recess** [2] - 74:19, 192:18
**recognize** [17] - 6:5, 22:13, 24:8, 65:17, 66:2, 68:8, 68:14, 81:4, 90:13, 98:7, 99:5, 108:1, 108:22, 109:8, 110:24, 116:21, 132:19
**recollection** [1] - 236:8
**recommend** [1] - 197:19
**recommendation** [3] - 78:11, 203:3, 220:24
**recommended** [1] - 141:21
**recommending** [1] - 197:24
**reconciled** [1] - 56:16
**reconnect** [1] - 39:17
**reconsider** [2] - 177:22, 177:23
**Record** [3] - 20:6, 158:14, 166:24
**record** [2] - 74:21, 215:17
**recording** [1] - 171:6
**records** [3] - 83:21, 88:21, 116:3
**reduced** [4] - 100:1, 100:7, 100:14, 253:9
**Reed** [1] - 112:7
**refer** [2] - 174:22, 207:5
**reference** [4] - 8:11, 8:21, 69:16, 166:4
**references** [2] - 68:24, 167:3
**referencing** [3] - 163:24, 167:4, 167:5

**referring** ...

**response** [2] - 65:5, 80:11
**responses** [1] - 172:18
**responsibilities** [1] - 204:17
**responsible** [13] - 197:12, 198:23, 199:6, 200:6, 200:13, 201:8, 201:10, 201:21, 202:4, 202:7, 203:22, 204:13, 204:23
**rest** [1] - 190:20
**restroom** [1] - 5:4
**result** [2] - 248:12, 249:7
**resulted** [1] - 106:18
**results** [1] - 64:4
**retail** [1] - 51:17
**retaliation** [1] - 91:14
**retired** [9] - 8:24, 25:11, 70:4, 70:7, 137:8, 138:4, 141:4, 215:6, 220:16
**retirement** [2] - 155:1, 193:13
**retiring** [2] - 136:4, 136:10
**retrieve** [4] - 105:20, 105:22, 124:18, 124:21
**reversed** [1] - 182:7
**review** [12] - 13:24, 15:8, 15:13, 31:8, 87:21, 116:6, 130:10, 135:9, 139:15, 139:24, 182:3, 252:17
**reviewed** [7] - 28:14, 87:15, 129:2, 130:3, 139:19, 139:22, 175:23
**reviewing** [3] - 27:21, 65:19, 182:4
**ribs** [1] - 97:5
**right-to-sue** [8] - 24:9, 24:17, 173:13, 173:19, 173:23, 174:3, 174:6, 174:11
**rights** [4] - 175:2, 175:10, 175:13, 177:8
**Rights** [2] - 24:7, 50:8
**ripped** [1] - 36:23
**Ritalin** [1] - 104:24
**Riverside** [1] - 107:8
**road** [2] - 114:5, 124:14

**Robin** [3] - 189:20, 215:20, 244:16
**Rock** [1] - 60:11
**rod** [2] - 112:8, 112:9
**Rod** [3] - 112:14, 114:11, 121:18
**role** [4] - 189:17, 200:19, 202:14, 237:23
**roll** [1] - 199:12
**Rolling** [1] - 81:14
**roof** [1] - 36:22
**room** [12] - 11:13, 42:20, 43:12, 46:2, 48:5, 48:11, 48:15, 48:16, 48:21, 89:3, 240:19, 241:19
**rose** [6] - 141:8, 141:16, 148:9, 148:14, 149:8, 150:19
**rough** [2] - 29:2, 29:3
**round** [2] - 163:9, 169:16
**Roy** [1] - 187:24
**rule** [4] - 186:16, 186:20, 211:3, 211:8
**Rules** [3] - 1:16, 4:12, 4:13
**rules** [8] - 4:20, 19:23, 206:2, 206:14, 206:19, 206:21, 207:1, 210:18
**ruling** [1] - 251:16
**rumor** [4] - 170:6, 196:2, 244:23, 245:20
**rumors** [8] - 120:13, 120:15, 121:24, 122:1, 122:2, 169:24, 170:17, 211:1
**run** [6] - 116:15, 116:23, 117:5, 117:8, 129:22, 132:9
**running** [2] - 39:3, 121:23
**ruptured** [2] - 39:6, 97:6

# S

**S-c-h-n-e-i-d-e-r** [1] - 84:17
**S-u-p-r-e-n-a-n-t** [1] - 216:9
**Safe** [1] - 192:2
**Sais** [9] - 95:22, 96:5, 96:8, 96:19, 98:18, 99:13, 100:15,

100:19, 103:5
**SAIS** [1] - 95:22
**salary** [1] - 238:14
**sand** [1] - 59:2
**Sandstone** [1] - 59:1
**sandstone** [1] - 59:3
**sat** [7] - 10:5, 28:24, 161:17, 163:10, 169:15, 206:16, 237:17
**Saturday** [1] - 153:5
**saw** [9] - 23:14, 26:13, 36:3, 44:8, 45:14, 45:15, 124:8, 140:5, 229:11
**say-so** [1] - 238:2
**scalped** [1] - 36:23
**scar** [1] - 36:21
**scared** [1] - 227:7
**scarring** [1] - 37:21
**scenario** [1] - 87:21
**scene** [9] - 8:6, 33:11, 33:23, 37:1, 45:12, 112:15, 121:19, 125:1, 129:19
**scheduling** [3] - 199:19, 204:7, 205:3
**Schneider** [4] - 84:17, 85:4, 85:5, 85:24
**school** [3] - 10:3, 52:15, 60:4
**School** [1] - 59:23
**Schreffler** [1] - 175:1
**science** [1] - 60:19
**score** [7] - 66:18, 153:9, 160:12, 160:14, 211:13, 243:21
**scored** [2] - 154:1, 243:3
**scores** [9] - 64:8, 153:23, 154:3, 154:19, 154:23, 211:4, 211:9, 243:7, 243:9
**scoring** [2] - 210:11, 210:21
**Scott** [7] - 100:12, 100:13, 146:11, 147:13, 147:15, 147:20, 221:3
**screen** [2] - 88:6, 88:7
**screening** [1] - 108:5
**scroll** [1] - 231:22
**seal** [1] - 254:2
**second** [35] - 9:13, 14:15, 17:13, 24:2, 27:22, 27:24, 28:1, 38:24, 39:2, 44:18, 49:6, 70:12, 78:17,

80:9, 83:3, 91:23, 97:16, 105:6, 107:19, 113:20, 129:6, 131:4, 133:11, 146:22, 147:6, 147:8, 156:24, 160:6, 186:10, 187:9, 193:20, 210:5, 214:18, 227:22, 248:9
**second-to-last** [3] - 27:22, 27:24, 28:1
**secretary** [4] - 152:19, 157:9, 161:13, 198:12
**section** [1] - 36:14
**see** [37] - 14:14, 14:18, 15:2, 16:14, 16:18, 16:19, 19:1, 22:10, 36:21, 68:18, 77:8, 77:9, 77:19, 79:18, 80:7, 97:10, 104:17, 104:19, 105:7, 121:19, 133:19, 133:24, 160:7, 171:10, 194:23, 199:12, 199:17, 199:21, 199:22, 205:6, 205:9, 207:24, 229:7, 229:24, 230:5, 230:8, 249:16
**seeing** [6] - 12:13, 30:24, 85:17, 103:14, 146:2, 205:13
**seek** [1] - 98:12
**seeking** [2] - 220:23, 234:17
**seized** [1] - 168:23
**select** [5] - 151:18, 155:19, 156:20, 203:4, 240:12
**selected** [10] - 144:8, 144:23, 145:4, 145:24, 146:13, 203:10, 203:13, 210:22, 241:8, 241:12
**selecting** [1] - 240:10
**selection** [5] - 151:24, 155:13, 158:7, 162:2, 168:21
**seminars** [1] - 89:2
**send** [4] - 22:5, 45:21, 63:3, 174:2
**sending** [3] - 17:7, 43:5, 110:1
**sent** [34] - 15:12, 17:4,

18:2, 21:16, 21:20, 21:22, 22:3, 24:18, 26:13, 26:19, 26:23, 28:19, 28:21, 41:8, 43:14, 46:18, 48:4, 48:7, 52:15, 79:18, 79:19, 80:9, 85:3, 98:1, 98:7, 107:9, 107:17, 132:21, 138:6, 157:14, 203:7, 203:8, 203:9, 208:23
**sentence** [4] - 93:15, 97:11, 198:2, 198:3
**separate** [3] - 46:12, 156:8, 156:10
**separated** [1] - 53:2
**September** [1] - 27:6
**Sergeant** [21] - 95:21, 96:4, 96:8, 98:18, 99:13, 100:15, 100:19, 104:7, 105:10, 114:14, 119:11, 191:24, 193:23, 193:24, 195:4, 195:23, 197:10, 225:8, 246:5
**sergeant** [66] - 31:15, 35:20, 39:9, 39:10, 44:7, 45:12, 70:8, 84:3, 94:19, 94:24, 95:6, 99:12, 103:5, 104:21, 105:17, 105:18, 108:15, 112:11, 141:23, 142:8, 142:9, 142:14, 142:18, 142:24, 143:23, 144:8, 146:13, 151:20, 152:3, 152:4, 152:8, 152:14, 153:12, 154:21, 155:3, 155:11, 155:14, 155:19, 155:22, 156:22, 157:6, 190:6, 190:9, 190:10, 190:11, 191:14, 191:18, 192:6, 192:7, 194:14, 195:8, 198:1, 207:6, 218:1, 218:10, 219:3, 221:10, 221:13, 240:22, 241:6, 241:8, 241:13, 241:24, 242:15, 244:4
**sergeant's** [26] - 44:2, 101:16, 141:22,

144:1, 144:6,
144:12, 144:18,
145:18, 145:23,
146:14, 146:18,
148:2, 154:17,
155:2, 156:22,
158:8, 192:10,
193:18, 197:23,
225:10, 241:12,
241:21, 242:1,
242:5, 243:18
**sergeant/lieutenant'
s** [1] - 101:18
**sergeants** [17] - 62:8,
89:2, 161:7, 190:5,
190:7, 190:12,
191:9, 191:15,
191:19, 191:21,
191:23, 192:8,
193:22, 195:2,
199:24, 202:23
**series** [1] - 65:3
**seriously** [1] - 96:19
**serve** [4] - 132:2,
156:16, 226:11,
226:15
**served** [3] - 24:23,
41:14, 141:6
**service** [1] - 14:14
**serving** [3] - 195:5,
208:12, 236:21
**session** [3] - 75:5,
180:14, 181:2
**set** [6] - 11:12, 25:6,
28:5, 179:20, 180:2,
254:1
**settle** [1] - 38:3
**settled** [5] - 9:3, 9:8,
40:13, 40:23, 42:5
**settlement** [6] - 38:5,
40:18, 41:8, 41:18,
41:19, 42:2
**several** [4] - 31:23,
121:12, 164:12,
170:9
**sex** [1] - 92:10
**sex-based** [1] - 92:10
**sexual** [25] - 87:12,
90:1, 90:7, 91:13,
92:4, 92:8, 92:9,
93:7, 93:24, 94:6,
94:20, 94:24, 95:2,
170:6, 190:22,
212:4, 213:11,
213:17, 213:18,
214:6, 214:8,
214:11, 214:13,
232:11
**Sexual** [1] - 92:7
**sexually** [4] - 211:19,

212:9, 212:18, 213:7
**shall** [2] - 206:2, 206:3
**shaped** [1] - 52:11
**sheet** [3] - 152:14,
184:24, 185:1
**shift** [11] - 44:6, 44:18,
86:14, 88:11,
191:20, 191:21,
194:15, 205:14
**short** [9] - 33:11,
33:14, 36:2, 74:19,
106:22, 192:18,
196:5, 219:10,
229:11
**Shorthand** [2] - 1:19,
253:5
**shortly** [2] - 59:13,
113:9
**shoulder** [1] - 39:17
**show** [16] - 12:16,
14:8, 27:18, 52:6,
65:14, 76:24, 80:2,
95:12, 107:3,
108:21, 109:7,
116:20, 123:9,
184:20, 229:16
**showed** [2] - 37:1,
100:13
**showing** [2] - 89:15,
132:18
**shown** [1] - 235:12
**shows** [2] - 109:12,
114:4
**Shreffler** [14] - 69:1,
73:14, 74:3, 74:7,
174:23, 175:5,
175:13, 176:7,
176:16, 176:17,
176:19, 177:8,
218:3, 231:11
**SHREFFLER** [1] -
69:1
**Shreffler's** [3] - 177:5,
177:18, 178:3
**side** [3] - 107:6, 114:5,
129:15
**sign** [17] - 16:9, 16:12,
18:4, 18:12, 19:6,
31:24, 33:18, 33:20,
41:22, 88:19, 130:8,
130:9, 152:14,
184:16, 184:24,
185:1, 185:2
**sign-in** [2] - 184:24,
185:1
**sign-up** [1] - 152:14
**signature** [24] - 16:5,
16:8, 16:10, 17:22,
22:14, 22:15, 28:11,
70:24, 71:2, 72:7,

72:20, 78:10, 90:22,
91:4, 94:11, 94:15,
129:5, 133:11,
133:14, 252:14,
252:16, 252:19,
252:21
**signatures** [1] -
133:12
**signed** [19] - 6:18,
18:9, 18:18, 18:19,
19:4, 19:8, 42:1,
103:16, 112:6,
112:11, 130:23,
131:17, 132:6,
134:1, 134:8,
142:24, 157:9,
159:19, 203:11
**significant** [2] - 37:17,
37:18
**significantly** [3] -
210:7, 210:10,
210:16
**signing** [2] - 94:12,
130:2
**signs** [1] - 185:10
**similar** [11] - 4:20,
11:14, 20:22, 52:12,
72:2, 73:8, 75:11,
76:10, 137:17,
138:7, 138:11
**sincerely** [1] - 157:8
**single** [1] - 226:12
**sit** [5] - 22:2, 169:13,
171:19, 182:15,
242:19
**sitting** [4] - 121:11,
121:14, 163:6,
237:21
**situation** [7] - 25:14,
31:17, 48:2, 54:13,
123:9, 183:8, 225:11
**six-page** [1] - 90:12
**Skelly** [8] - 188:16,
189:7, 189:20,
190:2, 193:14,
215:3, 215:14,
215:17
**skills** [1] - 197:18
**skin** [1] - 36:23
**skipped** [41] - 12:21,
12:23, 144:17,
145:9, 145:12,
145:20, 145:21,
146:10, 146:11,
147:18, 147:19,
148:2, 154:18,

166:5, 166:8, 168:6,
168:11, 168:15,
183:3, 186:1, 186:4,
186:6, 186:23,
187:10, 207:13,
207:18, 207:23,
221:15, 221:17,
221:19, 221:20,
222:18, 222:20,
222:21, 223:5,
223:12, 224:4,
224:5, 224:22,
236:5, 236:10
**skipping** [1] - 207:21
**Sneed** [36] - 147:22,
147:23, 160:17,
163:22, 164:6,
166:9, 166:11,
167:21, 169:23,
170:3, 170:14,
170:17, 171:18,
172:5, 172:19,
186:14, 193:10,
194:1, 194:5,
194:18, 195:4,
195:8, 195:23,
196:14, 196:18,
197:4, 197:10,
219:6, 220:14,
220:23, 222:22,
224:23, 225:12,
225:14, 236:21,
239:10
**Sneed's** [6] - 160:14,
164:9, 169:23,
210:5, 221:9, 221:12
**so..** [1] - 48:19
**social** [4] - 176:8,
228:7, 230:16,
230:22
**socially** [1] - 158:22
**socket** [1] - 97:7
**solved** [1] - 252:11
**someone** [7] - 31:8,
145:19, 145:21,
181:22, 210:22,
211:4, 211:13
**sometime** [2] - 49:3,
84:6
**somewhere** [1] - 33:9
**soon** [3] - 36:6, 58:7,
226:21
**Sorry** [1] - 123:3
**sorry** [17] - 9:11,
10:14, 14:24, 25:18,
26:7, 34:8, 56:5,
59:10, 73:24, 99:7,
99:9, 106:11,
114:18, 143:19,
158:13, 218:8, 230:8

**sort** [7] - 26:19, 101:9,
110:5, 209:8, 219:7,
237:22
**sought** [1] - 228:6
**sounds** [3] - 95:23,
194:12, 218:6
**South** [11] - 112:18,
112:24, 114:8,
115:9, 121:7,
121:11, 124:5,
124:10, 125:23,
129:23
**speaking** [8] - 9:9,
33:17, 49:10,
107:22, 165:15,
166:4, 169:20,
187:17
**specialized** [2] - 6:15,
105:14
**specific** [46] - 18:15,
20:8, 21:12, 25:4,
26:20, 30:23, 31:4,
31:10, 32:5, 36:4,
37:13, 40:19, 41:16,
41:24, 44:17, 46:23,
48:17, 49:5, 49:15,
52:17, 64:12, 83:21,
87:13, 87:22, 103:2,
164:4, 164:9,
167:23, 169:22,
172:17, 172:21,
175:11, 178:24,
181:17, 181:21,
187:5, 189:16,
197:8, 205:16,
211:6, 211:11,
211:12, 218:22,
227:21, 229:5,
244:15
**specifically** [44] -
17:5, 23:13, 23:15,
25:13, 30:6, 41:3,
45:9, 45:20, 45:23,
47:3, 81:20, 144:9,
161:24, 162:8,
162:11, 162:13,
163:14, 163:17,
165:17, 165:24,
168:19, 168:20,
169:9, 169:14,
170:1, 170:3,
171:12, 172:2,
181:11, 185:9,
196:4, 196:17,
206:9, 209:18,
223:6, 235:1, 235:8,
236:1, 236:14,
236:20, 237:13,
244:24, 245:3
**specification** [1] -

232:17
**specifics** [5] - 54:6, 83:10, 219:5, 221:16, 243:5
**specified** [1] - 253:12
**specify** [1] - 235:20
**speculation** [10] - 19:20, 20:17, 120:11, 158:11, 180:20, 181:8, 233:8, 241:15, 243:14, 244:6
**speed** [1] - 59:21
**spell** [5] - 4:15, 8:23, 47:14, 147:11, 228:21
**Spelled** [1] - 103:24
**spend** [1] - 13:21
**spoken** [5] - 73:14, 74:7, 175:9, 216:22, 224:3
**spot** [3] - 151:19, 158:8, 190:1
**spring** [3] - 46:3, 46:19, 61:17
**squad** [2] - 86:14, 110:5
**Square** [1] - 42:11
**SS** [1] - 253:2
**St** [1] - 194:21
**staff** [12] - 11:15, 11:20, 62:6, 88:20, 118:12, 118:18, 159:24, 161:7, 176:4, 176:8, 191:1, 212:8
**stages** [1] - 75:14
**stamp** [2] - 16:24, 17:2
**stamped** [7] - 14:13, 16:20, 65:15, 71:10, 105:7, 107:14, 107:24
**Stanard** [3] - 76:1, 76:6, 153:16
**stand** [1] - 101:7
**standard** [1] - 111:8
**standing** [1] - 163:6
**Stanoxyl** [1] - 104:22
**staples** [1] - 37:16
**start** [4] - 137:3, 154:14, 161:11, 224:13
**started** [8] - 41:20, 116:14, 132:7, 206:22, 224:14, 224:15, 226:22
**starts** [1] - 14:23
**State** [5] - 6:17, 149:22, 150:2,

194:11, 196:21
**state** [18] - 4:14, 28:4, 71:19, 72:3, 92:15, 162:10, 163:17, 163:18, 165:17, 168:20, 168:21, 176:21, 178:12, 198:6, 222:23, 222:24, 224:11, 227:11
**STATE** [1] - 253:3
**statement** [9] - 31:24, 32:4, 34:13, 44:9, 45:14, 45:15, 45:16, 166:9, 172:19
**statements** [7] - 17:12, 17:19, 32:5, 129:8, 130:11, 172:12, 172:17
**STATES** [2] - 1:1, 253:1
**states** [18] - 17:17, 28:3, 68:19, 78:10, 91:8, 104:5, 111:14, 115:7, 132:1, 155:18, 160:9, 193:13, 193:21, 194:2, 197:17, 198:4, 235:7, 236:20
**States** [1] - 1:17
**stating** [4] - 79:16, 137:8, 156:20, 183:12
**station** [2] - 51:9, 244:23
**stats** [1] - 197:15
**status** [1] - 57:1
**statutory** [3] - 77:24, 78:3, 81:9
**stay** [3] - 128:6, 172:6, 249:12
**stayed** [3] - 128:2, 150:8, 150:10
**staying** [4] - 54:4, 54:5, 56:13, 77:9
**stealing** [4] - 51:17, 100:24, 101:3, 101:4
**stenographically** [1] - 253:9
**Step** [3] - 237:16, 247:14, 247:16
**step** [8] - 238:1, 238:4, 238:9, 246:2, 248:6, 248:9, 248:12, 249:8
**stepchild** [1] - 55:15
**stepchildren** [2] - 53:12, 53:14
**stepdad** [1] - 55:4
**stepdaughter 's** [1] - 58:4

**stepkids** [1] - 56:14
**stepkids '** [1] - 54:21
**steps** [3] - 245:21, 246:12, 246:14
**STERK** [1] - 2:7
**steroid** [4] - 104:23, 109:10, 147:19, 229:12
**steroids** [8] - 104:12, 106:18, 106:20, 107:15, 109:17, 129:19, 130:6, 230:24
**Steve** [4] - 44:7, 45:12, 45:17, 190:11
**steward** [1] - 247:19
**still** [17] - 8:15, 8:16, 19:24, 36:21, 40:10, 41:1, 42:2, 47:21, 69:22, 70:22, 100:19, 127:13, 139:12, 140:5, 189:8, 228:17, 242:15
**stitches** [1] - 37:7
**stolen** [1] - 102:2
**stopped** [3] - 43:5, 48:19, 122:6
**store** [1] - 109:13
**story** [3] - 33:11, 33:14, 36:2
**Street** [6] - 1:20, 2:8, 112:18, 113:1, 123:24, 129:16
**street** [3] - 110:5, 172:1, 197:2
**strictly** [2] - 13:5, 92:3
**Strike** [3] - 19:11, 190:23, 233:20
**strike** [1] - 208:2
**struck** [4] - 116:9, 123:15, 124:9, 125:9
**study** [4] - 152:21, 152:22, 152:23, 153:1
**stuff** [2] - 57:12, 217:11
**subject** [2] - 108:6, 206:2
**submit** [10] - 38:13, 43:17, 81:18, 108:4, 118:17, 118:22, 119:3, 136:13, 138:13, 212:8
**submitted** [14] - 45:5, 71:8, 78:18, 117:23, 118:13, 118:19, 118:24, 119:8, 135:21, 137:17, 143:11, 143:13,

212:14, 250:10
**submitting** [1] - 45:7
**subordinate** [1] - 206:1
**subordinates** [1] - 172:4
**subpoena** [1] - 63:2
**subpoenaed** [1] - 62:24
**subsequent** [5] - 91:21, 116:23, 144:11, 154:20, 213:5
**substantial** [2] - 97:9, 220:7
**substantiated** [4] - 32:24, 33:2, 33:4, 34:19
**successful** [2] - 131:8, 219:10
**successfully** [3] - 52:19, 195:3, 197:10
**sudden** [1] - 56:15
**sue** [8] - 24:9, 24:17, 173:13, 173:19, 173:23, 174:3, 174:6, 174:11
**sued** [4] - 5:20, 29:13, 29:18, 207:17
**suffered** [2] - 224:11, 224:13
**suffering** [1] - 224:13
**suggesting** [1] - 250:22
**Suite** [2] - 2:3, 230:12
**summary** [4] - 77:24, 78:3, 81:9, 82:11
**summertime** [1] - 61:16
**summons** [1] - 14:15
**superior** [1] - 133:7
**supervised** [1] - 201:5
**supervising** [2] - 172:4, 172:19
**supervision** [8] - 52:18, 82:20, 198:24, 199:6, 200:6, 200:14, 200:18, 201:9
**supervisor** [9] - 31:14, 31:20, 92:21, 92:22, 93:1, 94:2, 194:19, 252:8, 252:10
**supervisor 's** [1] - 92:24
**supervisors** [2] - 70:9, 87:9
**supervisory** [2] - 95:1, 159:14
**supplement** [1] -

213:4
**supplied** [2] - 65:21, 119:4
**support** [6] - 200:5, 201:10, 214:21, 215:15, 216:1, 218:17
**supposed** [3] - 44:24, 47:9, 251:4
**supposedly** [1] - 249:24
**Suprenant** [3] - 216:7, 216:8, 216:19
**surgery** [1] - 39:17
**surrounding** [3] - 36:11, 120:8, 221:9
**Susan** [1] - 107:18
**suspect** [2] - 39:3, 116:2
**suspected** [1] - 221:24
**suspended** [7] - 36:5, 78:6, 99:22, 108:24, 109:17, 147:19, 229:14
**suspension** [21] - 78:1, 78:3, 81:9, 81:24, 82:6, 82:12, 99:6, 99:15, 99:17, 99:20, 100:3, 100:4, 100:7, 108:10, 108:22, 109:3, 109:10, 110:16, 130:17, 130:19, 132:2
**sustained** [3] - 34:16, 34:19, 35:23
**SWAP** [1] - 79:8
**swear** [1] - 34:21
**switch** [2] - 227:4, 227:15
**swore** [1] - 34:2
**sworn** [4] - 4:1, 5:10, 86:3, 253:7
**symbolic** [1] - 183:12
**system** [3] - 87:18, 165:13, 206:23
**systems** [1] - 243:6

**T**

**table** [3] - 163:9, 163:10, 169:16
**tabulate** [2] - 153:23, 202:19
**tabulated** [4] - 64:8, 66:13, 153:8, 185:12
**tactical** [4] - 194:20, 196:7, 196:11, 197:11

tainted [1] - 251:12
task [3] - 6:17, 192:3, 195:7
Task [1] - 192:2
taught [1] - 89:4
Tavern [1] - 126:6
taxpayer [1] - 226:3
teaches [1] - 220:19
team [1] - 172:20
tear [1] - 42:18
telephone [1] - 173:1
temporary [1] - 138:5
ten [7] - 30:20, 45:24, 46:12, 46:14, 46:21, 46:22, 101:1
tendon [2] - 39:7, 39:17
tenure [6] - 186:18, 195:6, 196:8, 235:9, 243:19, 244:4
term [5] - 94:18, 141:19, 143:1, 186:16, 186:20
terminate [4] - 135:1, 180:17, 181:3, 250:24
terminated [17] - 60:23, 61:2, 61:18, 61:20, 63:9, 131:14, 176:16, 177:9, 180:24, 181:5, 181:15, 181:23, 203:17, 237:11, 250:15, 250:18, 250:19
termination [7] - 10:24, 61:6, 70:21, 89:13, 148:7, 177:6, 234:18
terms [3] - 49:16, 156:15, 164:4
test [33] - 63:12, 64:19, 66:12, 67:7, 72:23, 72:24, 75:8, 75:21, 75:23, 82:5, 148:2, 148:3, 152:3, 152:7, 152:10, 152:12, 152:16, 152:21, 152:24, 153:3, 153:6, 154:14, 154:19, 171:10, 192:11, 192:14, 240:1, 240:16, 240:18, 241:2, 241:5, 242:23
tested [2] - 66:12, 107:14
testified [14] - 5:10, 12:6, 46:13, 168:19, 204:20, 225:20,

227:3, 227:9, 233:12, 239:8, 239:18, 239:21, 239:24, 245:23
testify [1] - 253:7
testimony [13] - 43:11, 46:15, 54:24, 124:6, 142:12, 148:22, 166:20, 168:9, 195:22, 213:16, 213:22, 227:1, 241:15
testing [14] - 63:20, 63:24, 65:9, 67:6, 67:24, 75:6, 76:3, 76:9, 154:20, 154:22, 201:15, 202:18, 237:6, 243:2
tests [6] - 64:6, 108:6, 223:24, 224:2, 240:19, 240:20
text [2] - 104:11, 173:16
THE [31] - 1:1, 1:1, 1:8, 4:2, 4:5, 4:16, 5:1, 5:6, 10:14, 20:7, 20:18, 21:10, 74:16, 83:8, 101:19, 120:12, 143:19, 158:13, 158:15, 167:1, 169:1, 180:22, 181:10, 214:1, 233:9, 241:16, 243:16, 244:7, 251:21, 252:14, 252:20
theft [1] - 51:17
themselves [1] - 206:10
theory [1] - 185:21
thinking [4] - 10:2, 79:2, 127:4, 249:21
Third [1] - 81:14
third [15] - 14:15, 16:18, 44:18, 68:17, 70:1, 76:16, 79:12, 80:11, 90:21, 90:22, 133:18, 146:22, 147:6, 147:8, 228:2
Thompson [3] - 6:20, 7:22, 9:24
thousands [1] - 102:3
three [31] - 50:14, 77:8, 82:13, 86:11, 99:15, 99:21, 100:3, 100:8, 110:12, 117:3, 119:7, 119:9, 127:1, 134:21, 143:8, 144:4, 152:11, 154:11,

180:9, 186:13, 187:7, 187:15, 193:22, 194:4, 195:1, 207:8, 207:10, 230:7, 239:2, 241:19
three-day [1] - 100:3
three-page [1] - 77:8
threes [2] - 186:16, 186:20
threshold [1] - 210:21
threw [1] - 250:2
throughout [5] - 68:13, 114:2, 191:11, 222:2, 222:13
thrown [1] - 51:3
Tim [14] - 20:19, 20:22, 23:14, 145:13, 159:17, 174:9, 183:2, 184:5, 186:12, 190:10, 217:22, 247:22, 249:5, 250:4
timeline [2] - 41:16, 154:12
timeliness [1] - 232:14
timely [2] - 94:1, 232:18
timetable [2] - 124:16, 127:5
timetables [1] - 227:17
Timothy [6] - 4:7, 22:8, 23:20, 158:18, 193:23, 215:11
TIMOTHY [1] - 1:3
today [11] - 13:9, 22:2, 27:9, 53:21, 57:21, 57:22, 57:24, 169:13, 213:16, 242:19, 249:19
today's [4] - 26:1, 60:24, 212:14, 241:7
together [11] - 59:12, 59:16, 84:20, 153:3, 154:4, 154:5, 158:22, 183:17, 183:20, 226:13, 247:9
took [25] - 24:13, 28:16, 43:6, 113:23, 118:10, 124:6, 133:1, 137:19, 140:10, 182:19, 183:11, 183:22, 224:15, 224:23, 226:22, 227:12, 228:9, 228:10,

240:19, 241:19, 242:16, 244:2, 244:17, 244:19, 252:18
top [15] - 12:15, 15:5, 25:23, 37:7, 66:7, 68:17, 71:14, 71:24, 91:24, 97:16, 187:6, 187:15, 193:22, 194:3, 207:8
torn [1] - 42:21
total [2] - 210:14, 211:13
totaled [1] - 118:5
tow [1] - 115:19
towed [2] - 115:18, 124:18
town [2] - 121:5, 126:5
towns [1] - 172:3
tracks [2] - 36:15, 36:17
traditional [1] - 44:1
traffic [4] - 71:21, 120:2, 121:1, 121:3
Traffic [15] - 111:1, 111:23, 112:22, 113:11, 116:7, 118:14, 118:20, 119:1, 119:5, 119:9, 120:22, 125:1, 125:15, 142:19, 143:10
Training [2] - 85:20, 85:23
training [37] - 34:17, 81:21, 82:14, 83:12, 83:15, 83:19, 83:21, 85:21, 86:6, 86:9, 86:12, 86:18, 86:21, 87:5, 87:11, 87:14, 87:15, 87:19, 88:22, 88:24, 89:1, 89:7, 89:9, 89:11, 89:20, 89:24, 90:3, 90:6, 200:13, 200:20, 200:24, 201:1, 201:5, 201:8, 201:11, 225:9
transcript [2] - 27:4, 252:17
transfers [1] - 155:1
transported [1] - 37:3
treatment [3] - 46:2, 48:5, 48:21
Trenbolon [1] - 104:22
trespass [1] - 50:21
trial [1] - 9:6
tried [3] - 39:4, 54:15, 54:22

truck [1] - 105:20
true [7] - 17:20, 28:6, 28:9, 70:24, 72:10, 120:18, 222:24
trust [2] - 252:19, 252:20
truth [1] - 253:8
try [9] - 9:17, 31:16
trying [2] - 47:4, 49:4
turn [1] - 90:24
turned [6] - 15:23, 36:7, 47:8, 55:18, 58:17, 137:14
twelve [1] - 108:6
twice [2] - 49:6, 192:12
Two [1] - 42:10
two [46] - 10:22, 23:18, 26:11, 35:12, 42:13, 47:24, 50:14, 53:12, 53:14, 54:20, 57:11, 60:7, 60:8, 79:4, 81:7, 91:6, 91:24, 96:10, 99:22, 100:3, 100:8, 106:10, 126:24, 132:20, 134:21, 134:22, 144:3, 144:13, 153:21, 154:9, 154:11, 160:11, 180:9, 184:6, 188:9, 191:17, 191:20, 192:13, 193:10, 207:9, 210:6, 214:23, 215:12, 220:8, 220:9, 236:9
two-day [1] - 100:3
two-page [2] - 81:7, 91:6, 91:24
two-year [1] - 79:4
type [21] - 5:15, 18:5, 35:22, 51:6, 51:19, 52:4, 65:11, 92:4, 95:2, 102:20, 110:13, 110:15, 111:5, 114:1, 115:21, 170:24, 173:4, 184:16, 208:17, 230:22, 240:9
typed [3] - 18:2, 22:17, 22:18
typewriting [1] - 253:10
typo [1] - 206:12

**U**

U.S [1] - 24:6

**ultimately** [1] - 203:24
**unable** [1] - 116:2
**unaware** [5] - 38:16, 57:11, 65:10, 82:9, 124:23
**under** [28] - 17:18, 18:10, 19:23, 28:8, 28:11, 68:17, 70:12, 70:23, 72:20, 80:17, 81:12, 102:13, 105:24, 114:23, 122:13, 123:4, 129:18, 130:4, 130:5, 142:2, 188:4, 188:21, 190:5, 192:8, 241:10, 242:13, 245:1, 253:10
**undergoing** [1] - 57:5
**undergone** [2] - 231:4, 231:7
**undersigned** [1] - 17:18
**understood** [2] - 9:20, 88:7
**unfounded** [1] - 32:16
**uniform** [1] - 161:22
**union** [22] - 100:7, 100:12, 101:16, 101:18, 106:7, 129:3, 131:16, 132:5, 132:6, 132:13, 182:19, 183:8, 183:15, 184:3, 184:4, 186:19, 237:12, 245:17, 246:15, 247:19, 247:21, 247:23
**unit** [11] - 5:18, 6:15, 105:14, 105:24, 172:1, 194:20, 195:11, 195:20, 196:7, 196:11, 197:11
**Unit** [6] - 115:8, 115:13, 115:14, 115:18, 116:1
**UNITED** [2] - 1:1, 253:1
**United** [1] - 1:17
**University** [1] - 220:17
**unjustly** [1] - 227:8
**unknown** [4] - 115:13, 115:19, 116:10, 129:22
**unlawful** [1] - 92:6
**unlawfully** [1] - 185:24
**unoccupied** [2] -

115:8, 121:20
**unpaid** [1] - 132:2
**unprescribed** [2] - 129:19, 130:6
**unprofessional** [5] - 33:6, 34:3, 34:20, 226:6, 226:9
**unsure** [6] - 18:20, 21:12, 24:14, 30:13, 31:23, 54:4
**unwelcome** [1] - 92:8
**up** [69] - 15:17, 17:8, 18:2, 18:5, 26:4, 27:12, 31:13, 32:4, 32:11, 34:5, 36:5, 36:10, 37:1, 39:5, 46:12, 51:1, 52:6, 59:21, 64:18, 67:10, 67:14, 88:18, 89:12, 96:13, 100:13, 105:3, 110:16, 123:9, 123:22, 124:15, 126:16, 135:9, 135:12, 136:20, 141:13, 148:6, 151:4, 152:9, 152:14, 154:9, 159:11, 159:20, 173:15, 182:5, 185:11, 189:10, 222:9, 225:13, 225:15, 225:21, 225:22, 226:5, 228:11, 228:12, 229:5, 231:20, 246:4, 246:24, 247:1, 248:6, 248:7, 248:17, 250:14, 251:2, 251:4, 251:11, 251:14, 252:2, 252:6
**upheld** [1] - 182:7
**upper** [2] - 111:17, 112:17
**ups** [1] - 240:5
**upset** [5] - 128:23, 166:8, 168:5, 168:11, 168:15
**URBANA** [2] - 1:2, 253:2
**usage** [2] - 51:20, 230:23
**use-of-force** [1] - 7:24

**V**

**vacancies** [1] - 193:17
**vacancy** [5] - 154:24, 155:14, 193:14, 193:16, 197:22

**vacant** [1] - 158:7
**Val** [1] - 152:19, 161:13
**valid** [1] - 77:20
**various** [5] - 68:24, 92:11, 144:23, 245:21, 246:12
**vehicle** [43] - 36:3, 36:17, 36:22, 110:6, 110:13, 111:5, 111:22, 112:2, 112:4, 112:21, 112:23, 113:13, 114:5, 114:6, 114:8, 116:2, 116:10, 117:9, 117:10, 117:14, 117:15, 118:5, 120:3, 120:8, 121:7, 121:11, 121:14, 121:16, 121:17, 121:20, 121:23, 123:18, 124:1, 124:14, 124:18, 124:22, 128:22, 129:15, 129:17, 142:7, 142:10
**vehicles** [4] - 110:12, 111:10, 209:6, 209:16
**vented** [3] - 49:7, 49:9, 49:13
**venue** [2] - 50:24
**verbal** [6] - 63:16, 65:4, 66:12, 72:24, 76:3, 92:9
**verbally** [1] - 4:21
**verification** [2] - 28:2, 28:12
**version** [2] - 34:5, 175:22
**versus** [4] - 4:7, 6:20, 9:24, 236:24
**veteran** [4] - 176:5, 194:9, 194:13, 194:18
**victim** [1] - 79:8
**videos** [1] - 14:2
**view** [1] - 225:19
**Village** [3] - 71:12, 77:13, 80:5
**village** [1] - 165:1
**violation** [2] - 176:20, 178:12
**violations** [1] - 71:21
**violence** [1] - 90:1
**visor** [1] - 36:22
**voice** [1] - 184:22
**volunteer** [1] - 72:14
**vote** [15] - 150:5,

182:18, 183:1, 183:4, 183:11, 183:17, 183:23, 184:9, 184:18, 184:22, 184:23, 185:4, 185:7, 185:14, 185:15
**voted** [5] - 184:17, 185:19, 233:22, 234:2
**votes** [1] - 185:12
**vs** [1] - 1:6

**W**

**Wagner** [13] - 112:7, 112:9, 112:10, 112:14, 112:19, 113:10, 114:11, 114:14, 114:17, 115:1, 115:4, 124:24, 125:11
**wait** [3] - 4:24, 9:12, 9:13
**waive** [3] - 252:16, 252:19, 252:21
**waiver** [1] - 14:14
**walk** [4] - 126:4, 161:3, 161:8, 161:10
**walked** [5] - 126:3, 127:8, 161:5, 161:12, 162:19
**walking** [1] - 127:20
**wall** [10] - 121:6, 122:9, 123:2, 123:16, 124:8, 124:9, 124:12, 125:9, 126:11, 126:21
**wants** [3] - 152:4, 152:24, 172:7
**warrant** [1] - 197:13
**Washington** [1] - 125:23
**water** [1] - 5:4
**week** [8] - 25:1, 25:16, 26:17, 37:15, 54:18, 57:11, 135:13, 182:5
**weeks** [2] - 26:6, 85:22
**WELLS** [1] - 1:9
**Wells** [25] - 4:9, 173:8, 173:12, 173:17, 195:18, 195:23, 196:9, 198:10, 198:21, 199:5, 199:23, 205:7, 228:10, 229:8, 231:11, 233:14, 237:14, 237:17,

238:18, 241:10, 242:13, 243:18, 244:4, 245:2, 245:24
**Wells-Armstrong's** [1] - 241:10
**WELLS-ARMSTRONG** [1] - 1:9
**Wells-Armstrong** [22] - 4:9, 173:8, 173:12, 173:17, 195:18, 195:23, 196:9, 198:10, 198:21, 199:5, 199:23, 205:7, 228:10, 229:8, 231:11, 233:14, 237:14, 237:17, 238:18, 242:13, 245:2, 245:24
**Wells-Armstrong's** [2] - 243:18, 244:4
**West** [2] - 2:8, 129:16
**west** [1] - 36:2
**wherein** [2] - 155:18, 237:17
**whereof** [1] - 254:1
**WHEREUPON** [1] - 5:7
**white** [37] - 148:17, 148:20, 148:21, 149:3, 151:7, 164:12, 164:20, 164:23, 165:1, 165:4, 165:7, 187:20, 188:19, 190:16, 190:20, 192:4, 207:22, 215:17, 215:21, 215:24, 216:14, 217:12, 218:3, 218:12, 218:13, 221:5, 221:23, 222:22, 223:12, 223:21, 224:16, 226:22, 227:13, 227:18, 227:22, 228:2, 238:20
**whole** [4] - 31:19, 154:14, 252:17, 253:8
**wife** [5] - 33:14, 53:23, 54:14, 56:14, 57:10
**wife's** [2] - 53:23, 54:21
**William** [2] - 60:13, 60:16
**Willie** [16] - 4:9, 21:4, 150:16, 150:23, 157:15, 157:18,

159:23, 173:8, 173:12, 173:18, 182:20, 189:6, 191:6, 193:2, 196:12, 209:10
**WILLIE** [1] - 1:9
**winter** [2] - 61:14, 61:17
**withdraw** [1] - 58:2
**withdrawn** [1] - 57:19
**WITNESS** [28] - 3:2, 4:2, 4:5, 4:16, 5:1, 5:6, 10:14, 20:7, 20:18, 21:10, 74:16, 83:8, 101:19, 120:12, 143:19, 158:13, 158:15, 167:1, 169:1, 180:22, 181:10, 214:1, 233:9, 241:16, 243:16, 244:7, 251:21, 252:20
**witness** [9] - 5:9, 27:21, 44:8, 45:16, 65:19, 178:2, 215:21, 216:16, 254:1
**Witness** [2] - 4:1, 252:22
**witnessed** [1] - 45:6
**witnesses** [3] - 44:4, 180:6, 180:7
**woman** [4] - 49:7, 49:10, 50:1, 170:7
**word** [2] - 35:2, 208:9
**wording** [1] - 155:20
**words** [4] - 12:19, 167:24, 170:23, 171:5
**worker** [7] - 38:8, 69:4, 226:17, 226:19, 228:7, 230:16, 230:22
**workers** [3] - 70:10, 120:20, 183:12
**workers'** [10] - 35:7, 37:19, 38:13, 38:19, 38:24, 40:2, 40:22, 42:12, 43:22, 46:4
**workmen 's** [3] - 43:4, 43:20, 49:16
**workplace** [9] - 90:1, 92:7, 211:19, 212:4, 212:10, 212:18, 213:8, 213:12, 213:18
**works** [8] - 32:12, 82:3, 146:12, 156:14, 164:22,

167:6, 220:16, 243:7
**worried** [4] - 224:24, 228:15, 228:16
**wrecked** [1] - 129:14
**write** [4] - 32:3, 34:13, 175:22, 248:17
**write-up** [1] - 248:17
**writes** [2] - 97:11, 97:17
**writing** [8] - 23:2, 23:4, 94:20, 94:22, 95:19, 156:19, 212:9, 212:15
**written** [39] - 12:2, 34:4, 34:7, 63:12, 64:5, 66:12, 72:23, 75:7, 75:21, 75:23, 98:11, 98:16, 110:8, 110:10, 110:16, 152:21, 153:6, 180:16, 181:24, 225:13, 225:15, 225:20, 225:22, 226:5, 240:20, 241:20, 246:4, 246:24, 247:1, 248:16, 248:18, 248:19, 248:22, 249:11, 249:19, 250:7, 250:10, 251:1, 251:24
**wrote** [6] - 70:15, 79:12, 137:24, 152:18, 194:23, 197:9

## X

**X-ray** [1] - 42:22
**X465034** [1] - 111:24
**Xanax** [1] - 104:24
**Xu** [2] - 228:20, 229:24
**XU** [1] - 230:9

## Y

**YATES** [1] - 1:10
**Yates** [7] - 4:10, 173:9, 173:13, 173:18, 182:9, 182:15, 198:12
**year** [21] - 18:15, 33:7, 39:11, 39:12, 49:1, 49:3, 56:24, 60:2, 61:3, 65:24, 66:9, 69:15, 74:1, 79:4, 79:16, 83:18, 110:13, 130:23, 131:12, 131:20,

150:13
**years** [46] - 5:18, 47:24, 60:9, 82:16, 101:1, 102:14, 117:3, 119:7, 119:9, 132:4, 132:8, 141:19, 142:11, 143:9, 143:20, 144:13, 144:20, 150:1, 152:2, 152:6, 152:11, 154:10, 154:11, 181:16, 191:11, 191:16, 191:17, 195:5, 196:15, 210:6, 211:2, 222:2, 222:13, 222:15, 222:16, 223:1, 223:19, 231:2, 236:22, 239:2, 239:5, 239:20, 241:2
**yesterday** [1] - 13:19
**young** [2] - 50:22, 81:20
**younger** [1] - 34:23
**yourself** [2] - 43:9, 221:18

## Z

**Z-e-l-h-a-r-t** [1] - 47:15
**Z-u** [2] - 228:22, 228:24
**Zelhart** [2] - 47:13, 47:19
**Zelhart's** [1] - 47:16
**Zingre** [2] - 225:8, 246:5
**ZU** [1] - 228:23