Chief Kinkade,

In 1998 I was arrested and charged with a D.U.I. I was 19 at the time and not thinking about the consequences of driving intoxicated. I was not convicted, but instead put on a 2 year probation reporting monthly to a probation officer. During these 2 years I went to a Victim Impact Panel, was assigned 10, 8 hour days of the Sheriff's Work Alternative Program or S.W.A.P. and had to complete an intensive outpatient drug program. I successfully completed all conditions of my probation. I have definitely learned my lesson from this incident and have no other arrests since the D.U.I. almost 8 years ago. This event did have a positive impact on my life by teaching me that the path I was on lead to a dead end. Because of this, was able to turn my life around and point it in a positive direction.

Thanks,

*[signature]*

Paul Berge
Olivet Nazarene University
Criminal Justice Major

Chief Kinkade,

In 1998 I was charged with possession of cannabis. As a result, I was sent to the courthouse at 26th and California to see a judge. The judge sent me to drug classes in Chicago and upon completion of these classes, I believe, the charges was to be dropped. Starting to use marijuana was the biggest mistake of my life. It ruined my relationship with my parents, my athletic career, and educational goals. It wasn't until I realized this that I was able to put my life back together by quitting. I have learned first hand of dangers of drug use and this has made me very anti-drug. This arrest happened 8 years ago, before my D.U.I., and has not and will not ever happen again. From my experiences as a kid, I learned valuable life lessons and hope to pass them on to others to help them not make my mistakes.

Thanks,

Paul Berge
Olivet Nazarene University
Criminal Justice Major

DEFENDANTS 000028