

**Police Department**
385 East Oak Street
Kankakee, Illinois 60901
(815) 933-0401 – Fax (815) 933-0463
Police Web Site: www.kankakeepolice.com

To: **PATROLMAN PAUL BERGE**

### NOTICE OF SUSPENSION

This is to notify you that in accordance with the powers granted to me under the Illinois Revised Statutes and the Rules of the Board of Fire and Police Commissioners of the City of Kankakee and elsewhere, I am hereby suspending you for a period of __30__ day(s). Such suspension is ordered by me as a result of your violation of Rule(s) __1012.3.1__ of the Kankakee Police Department which is set forth in Appendix A and made a part of this Notice. Your suspension will be served on __3/10/14 – 4/18/14__.

Such suspension is based on your conduct in that on the day of __01/28/14__, at or about __10:00__ o'clock __A__. M., in the City of Kankakee, Illinois

**YOU USED NON-PRESCRIBED STEROIDS, IN DIRECT VIOLATION OF KANKAKEE POLICE DEPARTMENT POLICY AND PROCEDURE 1012.3.1. YOU ALSO TESTED POSITIVE FOR STEROIDS DURING A DEPARTMENT ORDERED DRUG TEST ON THE SAME DATE.**

EXHIBIT L                    DEFENDANTS 001270

If you wish to appeal this suspension, you may do so within 24 hours after the date and time set forth below by serving upon the Board of Fire and Police Commissioners of the City a request for such an appeal. The 24 hour period within which the notice must be given shall commence with the serving of this Notice of Suspension upon you.

Such Notice of Suspension was served upon you on the day of __3-5-__, 2014, at __10:00__ o' clock __A__. M..

_____
Chief of Police

I, __Paul Berge__ do hereby acknowledge receipt of the forgoing Notice of Suspension and recognize that I may appeal the suspension within a period of time set for the in the Notice above.

_____
Employee

(Officers may use vacation and/or accumulated compensatory time in lieu of suspension without pay.)

Note: Upon any appeal to the Board of Police and Fire Commissioners by an officer, the Board may sustain the action of the Chief of Police, may reverse it with instructions that the officer so suspended receive his or her pay for the period involved, may suspend the officer for additional time not to exceed thirty (30) days, or discharge the officer, depending of the evidence presented.

DEFENDANTS 001271