

# Kankakee Police Department

385 E. Oak St.

Kankakee IL 60901

To: Chief F. Kosman

CC: Deputy Chief W. Hunt

Fr: Cmdr. D. Austin #3046

Re: Policy Violation 341.3.5 Performance sec (f) insubordination

Dte: July 16, 2020

On July 15th 2020 at approximately 1:35 PM I went into the sergeant's office to speak with sergeant Paul Berge. On July 14th I received an email in reference to subjects sitting on the porch drinking at 400 S. Dearborn which is an abandoned residence. I also received communication via text in reference to the issue on July 15th. In addition, our officers were dispatched to the location at 11:21 AM (20-38046). I had called Sgt. Berge over the phone and advised him that if we find city ordinance violations, as our officers arrived on scene, we should probably have them issue the appropriate citations. I was meeting that afternoon with Sgt. Berge to learn what action was taken by our officers. When I entered the office, Sgt. Tison was sitting in the east desk and Sgt. Berge was sitting in the west desk of the Sergeants office. As I spoke to Sgt. Berge I could sense that something wasn't right with him. It appeared that Sgt. Berge was either very tired or intoxicated. Sgt. Berge's eyes were glassy and at times he would stair off into space. I even waved my hand to see if he was listening. I tapped on the desk to see if he was ok and he did not respond to the sound of me tapping on the desk. Sgt. Tison stated "Something is wrong with him". After I was able to gain his attention, Sgt. Berge's responses were at times incoherent and belligerent. He looked confused at times. At some point he closed his eyes for about thirty seconds while I was speaking with him as if he were sleeping. I asked him if he was ok. Berge said that he was just tired. Sgt. Berge's behavior was elusive, dismissive and rude.

At one point in time, Sgt. Berge stood up quickly and moved to within one foot of my person. Sgt. Berge seemed to be posturing as if he wanted to fight or intimidate me. Sgt. Berge stated that "What have you done in the three years since you've been Patrol Commander? This is not your department anymore! This is our department! We are taking it back! You get out of my office. This is my office. This is the sergeant's office". (I was appointed to Patrol Commander 050118) I asked Berge what was he was talking about. Berge stated "Ask anyone around here they know." At approximately 1:43 PM the desk phone rang. Sgt. Berge picked up the phone and started speaking with the person on the line as if I was not there. He stated that records clerk Jennings was on the line. I advised him to tell her that he will call her back and hang up the phone. I advise Sgt. Berge that he was relieved of duty at approximately 1:45 PM. Sgt. Berge refused to move from the seat in the sergeant's office. Sgt. Berge was insubordinate when he refused multiple direct orders to hang up the phone. Sgt. Berge was insubordinate when he was ordered to go to my office and openly refused. Sgt. Berge was

**EXHIBIT P**       **DEFENDANTS 001383**

...ate when I ordered him four times that he was relieved of duty and that he should gather his things, ...the police department and refused to do so. Sergeant Berge was insubordinate when he attempted to give ...an order to "leave his office".

This is the second such incident that I am aware that when a minority supervisor has given Sgt. Berge an order and he was noncompliant or verbally resistant with the order. This incident occurred during the gathering of second shift as they were preparing for shift briefing. There were multiple personnel in the area hearing the disagreement. This incident is a poor reflection of professionalism and decorum for the Kankakee Police Department.

After Sgt. Berge left the building I spoke with Ptlm Wynne who advised me that the subjects in question poured the alcohol out and were advised to leave the area.

This incident was a clear violation of Kankakee Police Department Policy

341.3.5 Performance

f. Disobedience or insubordination to constituted authorities, including refusal or deliberate failure to carry out or follow lawful directives and orders from any supervisor or person in a position of authority.

Cmdr. D. Austin #3046

DEFENDANTS 001384