

City of Kankakee
# Kankakee Police Department

August 8, 2019

Dr. Willie Davis
Chairman
Board of Fire and Police Commissioners
385 E. Oak Street
Kankakee, IL 60901

Dear Chairman Dr Willie Davis;

The recent retirement of Detective Commander David Skelly created a vacancy in that position at the police department. The Commander positions are appointed from individuals in the lieutenant's rank. When one of the lieutenants are appointed to that position, there will be a need for the Board to approve a promotion of sergeant to lieutenant. This will create a sergeant vacancy which will require the Board to approve a promotion of an officer to the sergeant position.

The top three sergeants on the promotion list in order are Sergeant Timothy Kreissler, Sergeant Paul Berge and Sergeant Michael Sneed. The Board can approve the promotion of any one of the top three.

- Kreissler is a 17 year veteran who is currently assigned as the acting detective commander. He earned a B.S. degree from Illinois State University.
- Berge is a 13 year veteran who is currently assigned as a sergeant on midnight shift. He earned a B.S. degree from Olivet Nazarene.
- Sneed is a 22 year veteran who is currently assigned as the supervisor of the Gang Enforcement Tactical Unit. He has a B.S degree from Calumet College of St. Joseph

All three candidates are capable sergeants who can be expected to perform the duties of lieutenant successfully. However, Sergeant Sneed has distinguished himself by serving meritoriously for 12 years in KAMEG including the last 6 months of his tenure there as the deputy director of the task force. Since leaving KAMEG, he has successfully commanded the newly formed tactical unit which so far in 2019 is responsible for 30 drug arrests, 8 guns seized, 20 new gang contacts and 38 warrant arrests. Based on his exhibited skills, knowledge and experience, I recommend him for promotion to lieutenant.

DONALD E. GREEN PUBLIC SAFETY CENTER
385 East Oak Street
Kankakee, Illinois 60901

Telephone: 815-933-0401
Fax: 815-933-0463
Website: www.kankakeepolice.com

EXHIBIT Q          DEFENDANTS 002267



*City of Kankakee*
## Kankakee Police Department

The promotion of a sergeant to a lieutenant creates a vacancy for a sergeant.  The top three officers on the promotion list in order are Officer Brad Latham, Officer Michael Coash, and Officer Jose Martinez.  Again, the Board can approve the promotion of any one of the top three.

- Latham is a 12 year veteran who is currently assigned as an officer on the afternoon shift.  He earned a B.A. degree from Calumet College of St. Joseph.
- Coash is a 9 year veteran who is currently assigned to KAMEG.  He earned a B.A. degree from Governors State University.
- Martinez is a 13 year veteran who is currently assigned as an officer on the midnight shift.  He earned an A.A.  degree from Kankakee Community College.

All three candidates are capable officers who can be expected to perform the duties of sergeant successfully.   There are no distinctive skills, knowledge or experience that distinguishes one of them above the others.  Therefore, I recommend that the Officer Latham, the highest on the list, for promotion to Sergeant.

In addition to the promotions, Demetrius Williams is the next person on the patrol officer eligibility list.  Because of the recent resignation of Thomas Ritter, there is a vacancy in the police department.  He was given a conditional offer of employment and has completed the conditions of passing a psychological examination and a medical examination.  Therefore, I am requesting that the Board appoint him as a probationary patrol officer with an effective date of September 9th, 2019.

Sincerely,

Frank J. Kosman
Chief of Police

CC: Mayor Chasity Wells-Armstrong
    Secretary Nicky Yates
    Board Member Dawn Landwehr
    James Ellexson, Human Resources Director

DONALD E. GREEN PUBLIC SAFETY CENTER
385 East Oak Street
Kankakee, Illinois 60901

Telephone: 815-933-0401
Fax: 815-933-0463
Website: www.kankakeepolice.com

**DEFENDANTS 002268**