2:20-cv-02310-CSB-EIL     # 25     Filed: 12/05/22     Page 1 of 1                    E-FILED
                                                                                            Monday, 05 December, 2022  10:40:38 AM
Judgment in a Civil Case (02/11)
                                                                                                   Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| PAUL BERGE;<br>TIMOTHY KREISSLER | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    Case Number: 20-CV-2310<br>) |
| CITY OF KANKAKEE;<br>POLICE & FIRE COMMISSION OF<br>THE CITY OF KANKAKEE;<br>FRANK COSMAN;<br>CHASTITY WELLS-ARMSTRONG;<br>WILLIE HUNT;<br>NICKEY F. YATES | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's recover nothing from the suit and the case is terminated.

**Dated: 12/5/2022**

s/ Shig Yasunaga<br>
Shig Yasunaga<br>
Clerk, U.S. District Court