E-FILED
Wednesday, 04 January, 2023  12:59:42 PM
Clerk, U.S. District Court, ILCD

# Exhibit 1

**Expense Report of**
**Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.**

*Paul Berge, et al. v. City of Kankakee, et al.*
20-cv-2310

| DATE | NARRATIVE | PRICE |
|---|---|---|
| 04/23/2021 | Federal Express:<br>Payment sent to Schelli Reporting, Ltd. with payment for meeting minutes transcript ordered. | $26.10 |
| 07/16/2021 | Federal Express:<br>Document production sent to Plaintiff's counsel Daniel Herbert | $21.27 |
| 06/24/2021 | Certified Mail:<br>Subpoena for records to Bourbonnais Police Department | $5.06 |
| 06/24/2021 | Certified Mail:<br>Subpoena for records to Monee Police Department | $5.06 |
| 06/25/2021 | Certified Mail:<br>Subpoena for deposition sent to Price Dumas | $5.06 |
| 09/30/2021 | Certified Mail:<br>Subpoena for deposition sent to Michael Shreffler | $4.28 |
| 09/30/2021 | Certified Mail:<br>Subpoena for deposition sent to David Skelly | $4.28 |
| 12/20/2021 | Certified Mail:<br>Subpoena for medical records sent to Dr. Ming Xu | $4.28 |
| 01/19/2022 | Certified Mail:<br>Follow up subpoena for medical records sent to Dr. Ming Xu | $4.28 |
| 06/30/2021 | Copying and Printing:<br>Costs for June, 2021 | $34.40 |
| 12/31/2021 | Copying and Printing:<br>Costs for December, 2021 | $76.00 |
| 08/31/2022 | Copying and Printing:<br>Costs for August, 2022 | $28.20 |
| 12/09/2022 | US District Court – Q2 PACER court record lookup fees | $29.00 |
| 12/09/2022 | US District Court – Q3 PACER court record lookup fees | $32.50 |
| 02/04/2022 | Medical Records Request:<br>Payment to Ciox (Invoice No. 0363902710) for the request of medical records from Dr. Ming Xu | $117.18 |
| 01/04/2022 | Deposition:<br>Paul Berge deposition taken on 12/15/2021 | $1,359.75 |

| | | |
|---|---|---|
| 03/01/2022 | Deposition:<br>Timothy Kreissler deposition taken on 02/11/2022 | $1,176.00 |
| 04/13/2022 | Deposition:<br>Deposition transcript of Willie Hunt taken on 03/21/2022 | $1,617.60 |
| 04/13/2022 | Deposition:<br>Deposition transcript of Chasity Wells-Armstrong taken on 03/24/2022 | $1,237.50 |
| 04/13/2022 | Deposition:<br>Deposition transcript of Frank Kosman taken on 03/23/2022 | $1,276.65 |
| 04/14/2022 | Deposition:<br>Deposition transcript of Nickey Yates taken on 03/15/2022 | $1,301.10 |
| 04/22/2021 | Transcript:<br>Schelli Reporting Service, Ltd.<br>Invoice No. 17275<br>Order executive session deliberation meeting minutes before the Board of Fire and Police Commissioners for 09/15/2020, 09/30/2020, 10/14/2020, and 12/01/2020.<br>Payment sent via Check No. 5414 | $1,839.40 |



## Shipment Receipt

**Address Information**

Ship to:
Schelli Reporting Service, Ltd.

817 McKenzie Station Drive

LISLE,  IL
60532
US
7084245678

Ship from:
Michael J. McGrath
Odelson & Sterk
3318 W. 95th Street

Evergreen Park,  IL
60805
US
7084245678

**Shipment Information:**
Tracking no.: 773530848111
Ship date: 04/23/2021
Estimated shipping charges:  20.83 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: pickup confirmation number:BDFA269

**Billing Information:**
Bill transportation to: odelsonsterk-962
Your reference:  20-1411
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



## Shipment Receipt

**Address Information**

Ship to:
Daniel Q. Herbert
Herbert Law Firm
206 S. Jefferson
Suite 100
CHICAGO, IL
60661
US
708-424-5678

Ship from:
Michael J. McGrath
Odelson & Sterk
3318 W. 95th Street

Evergreen Park, IL
60805
US
7084245678

**Shipment Information:**
Tracking no.: 281530352516
Ship date: 07/16/2021
Estimated shipping charges: 21.27 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: pickup confirmation number:BDFA448

**Billing Information:**
Bill transportation to: odelsonsterk-962
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Hello, Kathleen    Balance: $84.35    User# 99712     Dashboard    Logout    🛒 Shopping Cart

# Certified Mail Labels.com

*Print Certified Mail®, Priority Mail® and Priority Mail Express™ Labels Online!*

☰

## Single Label Preview

### The cost of this mailing label is $5.06

### Label # 9407111898765809302015

Print   New Label

Odelson, Sterk, Murphey, Frazier & McGrath I
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

**USPS CERTIFIED MAIL**



**9407 1118 9876 5809 3020 15**

Bourbonnais Police Department
ATTN Records Department
700 MAIN ST NW
BOURBONNAIS IL 60914-2302

**$4.11    US POSTAGE**
FIRST-CLASS
Jun 24 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



062S0012913542

stamps.endicia

Feedback & Support

---

## Get in Touch

### CONTACT US

📍 **Address:** 950 Celebration Blvd Suite G
Celebration, FL 34747
USA

📞 **Phone:** 800-406-1792

### FOLLOW US

f  t

### CUSTOMER REVIEWS

Wonderful customer service!!! Absolute perfection!!! I highly recommend CertifiedMailLabels.com for A...

★★★★★

Aaron walked me through making my certified mail labels from start to finish. He also explained tha...

★★★★★

Certified Mail ® is a trademark of the United States Postal Service USPS. **www.CertifiedMailLabels.com** Copyright June 24, 2021. All rights reserved.

❯ FAQ's  ❯ Contact  ❯ Sitemap

Hello, Kathleen    Balance: $79.29    User# 99712    👤 Dashboard    Logout    🛒 Shopping Cart

# Certified Mail Labels.com

*Print Certified Mail®, Priority Mail® and Priority Mail Express™ Labels Online!*

## Single Label Preview

### The cost of this mailing label is $5.06

### Label # 9407111898765809300233

[ Print ]   [ New Label ]

Odelson, Sterk, Murphey, Frazier & McGrath I
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

**USPS CERTIFIED MAIL**



**9407 1118 9876 5809 3002 33**

Monee Police Department
ATTN Records Department
5357 W MAIN ST
MONEE IL 60449-8834

$4.11    US POSTAGE
**FIRST-CLASS**
Jun 24 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



062S0012913542

---

**Get in Touch**

CONTACT US

📍 **Address:** 950 Celebration Blvd Suite G
Celebration, FL 34747
USA

📞 **Phone:** 800-406-1792

FOLLOW US

f   twitter

CUSTOMER REVIEWS

Wonderful customer service!!! Absolute perfection!!! I highly recommend CertifiedMailLabels.com for A...

⭐⭐⭐⭐⭐

Aaron walked me through making my certified mail labels from start to finish. He also explained tha...

⭐⭐⭐⭐⭐

Feedback & Support

Certified Mail ® is a trademark of the United States Postal Service USPS. **www.CertifiedMailLabels.com** Copyright June 24, 2021. All rights reserved.

> FAQ's   > Contact   > Sitemap

Hello, Kathleen    Balance: $74.23    User# 99712     &#128100; Dashboard    Logout    &#128722; Shopping Cart

**Certified Mail Labels.com**
*Print Certified Mail®, Priority Mail® and Priority Mail Express™ Labels Online!*

&#9776;

## Single Label Preview

### The cost of this mailing label is $5.06

### Label # 9407111898765809588273

[ Print ]    [ New Label ]

Odelson, Sterk, Murphey, Frazier & McGrath I
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

$4.11    US POSTAGE
FIRST-CLASS
Jun 25 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275

**USPS CERTIFIED MAIL**



9407 1118 9876 5809 5882 73



062S0012913542

Price Dumas
1699 DEARPORT DRIVE
SOUTH ELGIN IL 60177-0000

---

Feedback & Support

**Get in Touch**

CONTACT US

&#128205; **Address:** 950 Celebration Blvd Suite G
Celebration, FL 34747
USA

&#128222; **Phone:** 800-406-1792

FOLLOW US

&#102;    &#120;

CUSTOMER REVIEWS

Wonderful customer service!!! Absolute perfection!!! I highly recommend
CertifiedMailLabels.com for A...

★★★★★

Aaron walked me through making my certified mail labels from start to finish.
He also explained tha...

★★★★★

Certified Mail ® is a trademark of the United States Postal Service USPS. **www.CertifiedMailLabels.com** Copyright June 25, 2021. All rights reserved.

❯ FAQ's    ❯ Contact    ❯ Sitemap

Odelson, Sterk, Murphey, Frazier & McGrath l
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

**USPS CERTIFIED MAIL**



**9407 1118 9876 5858 7478 98**

Michael Shreffler
7618 BELLFLOWER LANE
JOLIET IL 60431-0000

$4.28  **US POSTAGE**
**FIRST-CLASS**
Sep 30 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



stamps
endicia

062S0012913542

20-1411

Odelson, Sterk, Murphey, Frazier & McGrath l
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

$4.28   **US POSTAGE**
**FIRST-CLASS**
Sep 30 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



062S0012913542

### USPS CERTIFIED MAIL



**9407 1118 9876 5858 7422 37**

David Skelly
859 S CHICAGO AVE
KANKAKEE IL 60901-5234

20-1411

Hello, Kathleen     Balance: $147.22     User# 99712     👤 Dashboard     Logout     🛒 Shopping Cart

# Certified Mail Labels.com

☰

## Single Label Preview

### The cost of this mailing label is $5.28

Label # 9407111898765845116744

Print     New Label



Odelson, Sterk, Murphey, Frazier & McGrath I
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

**USPS CERTIFIED MAIL**

**9407 1118 9876 5845 1167 44**

Dr. Ming Xu, MD
21 HERITAGE DR STE 102
BOURBONNAIS IL 60914-1465

**$4.28     US POSTAGE**
FIRST-CLASS
Dec 20 2021
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



062S0012913542

## Get in Touch

Feedback & Support

CONTACT US

📍 **Address:** 950 Celebration Blvd Suite A
Celebration, FL 34747
USA

📞 **Phone:** 800-406-1792

FOLLOW US

f     twitter

CUSTOMER REVIEWS

I was looking for another option to handwriting Certified Mail Labels and came across Certifiedmaill...

⭐⭐⭐⭐⭐

I love the convenience of the service, they made a curtesy call after I signed up, and let me know t...

⭐⭐⭐⭐⭐

Certified Mail ® is a trademark of the United States Postal Service USPS. **www.CertifiedMailLabels.com** Copyright December 20, 2021. All rights reserved.

> FAQ's    > Contact    > Sitemap

# Certified Mail Labels.com

☰

## Single Label Preview

### The cost of this mailing label is $5.28

Print      New Label

### Label # 9407111898765849287198

Odelson, Sterk, Murphey, Frazier & McGrath I
3318 W 95TH ST
EVERGREEN PARK IL 60805-2233

**$4.28     US POSTAGE**
**FIRST-CLASS**
Jan 19 2022
Mailed from ZIP 60805
1 oz First-Class Mail Letter

11923275



062S0012913542

**USPS CERTIFIED MAIL**



**9407 1118 9876 5849 2871 98**

Dr. Ming XU. MD
21 HERITAGE DR STE 102
BOURBONNAIS IL 60914-1465

## Get in Touch

### CONTACT US

📍 **Address:** 950 Celebration Blvd Suite A
Celebration, FL 34747
USA

📞 **Phone:** 800-406-1792

### FOLLOW US

f    twitter

### CUSTOMER REVIEWS

I hadn't fully committed to the service because I'm so distrustful of online services. However, a cu...

⭐⭐⭐⭐⭐

I was looking for another option to handwriting Certified Mail Labels and came across Certifiedmaill...

⭐⭐⭐⭐⭐

Feedback & Support

Certified Mail ® is a trademark of the United States Postal Service USPS. **www.CertifiedMailLabels.com** Copyright January 19, 2022. All rights reserved.

❯ FAQ's     ❯ Contact     ❯ Sitemap

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500



**CIOX**
HEALTH
**INVOICE**

Invoice # :  **0363902710**
Date :  **02/04/2022**
Customer # :  **2134718**

Ship to:
ODELSON STERK LTD
ODELSON STERK LTD
3318 W 95TH ST
EVERGREEN PARK,IL 60805-2233

Bill to:
ODELSON STERK LTD
ODELSON STERK LTD
3318 W 95TH ST
EVERGREEN PARK,IL 60805-2233

Records from:
AMITA MEDICAL GROUP
MEDICAL RECORDS DEPT
7435 W TALCOTT AVE
CHICAGO,IL 60631-3707

**Requested By:**  ODELSON STERK LTD          **DOB :**          03/03/1979
**Patient Name:**  BERGE PAUL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 29.48 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 3 | 25 | 1.11 | 27.75 |
| Per Page Copy (Paper) 1 | 85 | 0.37 | 31.45 |
| Per Page Copy (Paper) 2 | 25 | 0.74 | 18.50 |
| Shipping | | | 10.00 |
| Subtotal | | | 117.18 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 117.18 |
| Balance Due | | | 117.18 |

| Terms: Net 30 days | **Please remit this amount : $117.18(USD)** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

Invoice # :   **0363902710**

Check # _____

Payment Amount $_____

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**MAUREEN K. NAGLE, CSR**
**1070 Amber Drive**
**Lemont, IL  60439**
**708.837.9883**
[mnagle1126@gmail.com](mailto:mnagle1126@gmail.com)

January 4, 2022

Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
Mr. Michael McGrath
3318 W. 95th Street
Evergreen Park, IL  60805

     In Re:  Berge/Kreissler v. Kankakee, 20 cv 2310
     Deposition of:  12/15/21 Paul Berge
     Invoice No. 121521

     **ATTENDANCE**:  5.5 Hours     $   343.75
     **PAGES**:  254 Original Regular     $ 1,016.00

     **TOTAL DUE**     **$  1,359.75**

**PLEASE MAKE CHECK PAYABLE TO MAUREEN K. NAGLE, CSR**
**Employer ID No. 84-3932426**

**MAUREEN K. NAGLE, CSR**
**1070 Amber Drive**
**Lemont, IL  60439**
**708.837.9883**
**mnagle1126@gmail.com**

March 1, 2022

Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
Mr. Michael McGrath
3318 W. 95th Street
Evergreen Park, IL  60805

In Re:  Berge/Kreissler v. Kankakee, 20 cv 2310
Deposition of:  2/11/22 Timothy Kreissler
Invoice No. 021122a

**ATTENDANCE**:  4.5 Hours          $   315.00
**PAGES**:  205 Original Regular     $   861.00

**TOTAL DUE**          **$  1,176.00**

**PLEASE MAKE CHECK PAYABLE TO MAUREEN K. NAGLE, CSR**
**Employer ID No. 84-3932426**

# INVOICE

1 of 1



**(312) 528-9111 | info@worldwidelit.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57234 | 4/13/2022 | 50629 |

| Job Date | Case No. |
|---|---|
| 3/21/2022 | 20-cv-2310 |

| Case Name |
|---|
| Paul Berge, et al. vs. City of Kankakee, et al. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805
T: 708-424-5678

ORIGINAL TRANSCRIPT
   Willie Hunt

                    1,617.60

**TOTAL DUE  >>>**        **$1,617.60**

Location of Job   : Herbert Law Firm
          206 South Jefferson Street
          Suite 100
          Chicago, IL 60661

Any questions about billing should be raised within 30 days
of receipt of invoice; otherwise, the invoice will be deemed
accepted as billed and paid in full.

If you have any questions, please contact us at:  invoices@worldwidelit.com | (312) 528-9111.

TO MAKE AN ONLINE PAYMENT, PLEASE VISIT:  https://www.worldwidelit.com/pay-a-bill

Thank you for your business.  We look forward to working with you again!

**Tax ID:** 45-3188492

*Please detach bottom portion and return with payment.*

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805

Job No.    :50629        BU ID     :1-W IL
Case No.   :20-cv-2310
Case Name :Paul Berge, et al. vs. City of Kankakee, et al.

Invoice No.  :57234     Invoice Date :4/13/2022
**Total Due**  :**$1,617.60**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Worldwide Litigation Services
          65 E Monroe St, #4716
          Chicago, IL 60603-5749**



(312) 528-9111 | info@worldwidelit.com

# I N V O I C E
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57208 | 4/13/2022 | 50630 |

| Job Date | Case No. |
|---|---|
| 3/24/2022 | 20-cv-2310 |

| Case Name |
|---|
| Paul Berge, et al. vs. City of Kankakee, et al. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805
T: 708-424-5678

ORIGINAL TRANSCRIPT
   Mayor Chasity Wells-Armstrong Backwrite         1,237.50

**TOTAL DUE  >>>**      **$1,237.50**

Location of Job   : Herbert Law Firm
                 206 South Jefferson Street
                 Suite 100
                 Chicago, IL 60661

Any questions about billing should be raised within 30 days
of receipt of invoice; otherwise, the invoice will be deemed
accepted as billed and paid in full.

If you have any questions, please contact us at:  invoices@worldwidelit.com | (312) 528-9111.

TO MAKE AN ONLINE PAYMENT, PLEASE VISIT:  https://www.worldwidelit.com/pay-a-bill

Thank you for your business.  We look forward to working with you again!

**Tax ID:** 45-3188492

*Please detach bottom portion and return with payment.*

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805

Job No.    : 50630         BU ID     : 1-W IL
Case No.   : 20-cv-2310
Case Name : Paul Berge, et al. vs. City of Kankakee, et al.

Invoice No.  : 57208      Invoice Date : 4/13/2022
**Total Due  : $1,237.50**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:         Phone#: | | | |
| Billing Address: | | | |
| Zip:      Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Worldwide Litigation Services**
             **65 E Monroe St, #4716**
             **Chicago, IL 60603-5749**

# INVOICE

1 of 1

**worldwide**
LITIGATION SERVICES

(312) 528-9111 | info@worldwidelit.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57204 | 4/13/2022 | 50631 |
| **Job Date** | **Case No.** | |
| 3/23/2022 | 20-cv-2310 | |
| **Case Name** | | |
| Paul Berge, et al. vs. City of Kankakee, et al. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805
T: 708-424-5678

ORIGINAL TRANSCRIPT
    Frank Kosman Backwrite

    1,276.65

**TOTAL DUE  >>>**    **$1,276.65**

Location of Job   : Herbert Law Firm
    206 South Jefferson Street
    Suite 100
    Chicago, IL 60661

Any questions about billing should be raised within 30 days
of receipt of invoice; otherwise, the invoice will be deemed
accepted as billed and paid in full.

If you have any questions, please contact us at:  invoices@worldwidelit.com | (312) 528-9111.

TO MAKE AN ONLINE PAYMENT, PLEASE VISIT:  https://www.worldwidelit.com/pay-a-bill

Thank you for your business.  We look forward to working with you again!

**Tax ID:** 45-3188492

*Please detach bottom portion and return with payment.*

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805

| | | | |
|---|---|---|---|
| Job No. | : 50631 | BU ID | : 1-W IL |
| Case No. | : 20-cv-2310 | | |
| Case Name | : Paul Berge, et al. vs. City of Kankakee, et al. | | |
| Invoice No. | : 57204 | Invoice Date | : 4/13/2022 |
| **Total Due** | : **$1,276.65** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Worldwide Litigation Services**
        **65 E Monroe St, #4716**
        **Chicago, IL 60603-5749**



(312) 528-9111 | Info@worldwidelit.com

# **I N V O I C E**

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57249 | 4/14/2022 | 50628 |

| Job Date | Case No. |
|---|---|
| 3/15/2022 | 20-cv-2310 |

| Case Name |
|---|
| Paul Berge, et al. vs. City of Kankakee, et al. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805
T: 708-424-5678

ORIGINAL TRANSCRIPT
   Nickey Yates Backwrite

1,301.10

**TOTAL DUE  >>>**          **$1,301.10**

Location of Job   : Herbert Law Firm
                          206 South Jefferson Street
                          Suite 100
                          Chicago, IL 60661

Any questions about billing should be raised within 30 days
of receipt of invoice; otherwise, the invoice will be deemed
accepted as billed and paid in full.

If you have any questions, please contact us at:  invoices@worldwidelit.com | (312) 528-9111.

TO MAKE AN ONLINE PAYMENT, PLEASE VISIT:  https://www.worldwidelit.com/pay-a-bill

Thank you for your business.  We look forward to working with you again!

**Tax ID:** 45-3188492

*Please detach bottom portion and return with payment.*

Michael McGrath
Odelsen, Sterk, Murphey, Frazier, McGrath
3318 West 95th Street
Evergreen Park, IL 60805

| | |
|---|---|
| Job No.   : 50628 | BU ID      : 1-W IL |
| Case No.   : 20-cv-2310 | |
| Case Name : Paul Berge, et al. vs. City of Kankakee, et al. | |
| Invoice No.  : 57249 | Invoice Date : 4/14/2022 |
| **Total Due**   : **$1,301.10** | |

Remit To:  **Worldwide Litigation Services**
              **65 E Monroe St, #4716**
              **Chicago, IL 60603-5749**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**SCHELLI REPORTING SERVICE, LTD.**

# Invoice

150 S. Wacker Drive, Suite 2400
Chicago, Il 60606
(312) 558-1113
TAX ID NO. 82-0543352

| Date | Invoice # |
|------|-----------|
| 4/22/2021 | 17275 |

| Bill To |
|---------|
| Michael McGrath<br>Odelson, Sterk, Murphy, Frazier & McGrath<br>3318 W. 95th Street<br>Evergrenn Park, IL 60805 |

| Description | Amount |
|-------------|--------|
| Berge Kankakee Board Meetings | |
| | |
| 09/15/2020: Hearing | |
| Copy of Transcript/Hearing/Meeting/Regular Delivery, 199 pages | 636.80 |
| | |
| 09/30/2020: Hearing | |
| Copy of Transcript/Hearing/Meeting/Regular Delivery, 293 pages | 937.60 |
| | |
| 10/14/2020: Hearing Open session | |
| Copy of Transcript/Hearing/Meeting/Regular Delivery, 7 pages | 22.40 |
| | |
| 12/01/2020: Hearing open session | |
| Copy of Transcript/Hearing/Meeting/Regular Delivery, 68 pages | 217.60 |
| Min-U-Script Format Of Transcript/Internet Delivery | 25.00 |

| THANK YOU FOR YOUR BUSINESS! | **Total** | $1,839.40 |
|------------------------------|-----------|-----------|

**ODELSON STERK MURPHEY FRAZIER & McGRATH, LTD**
3318 W. 95th STREET
EVERGREEN PARK, IL 60805
708 424-5678

NORTH SHORE COMMUNITY BANK & TRUST CO.
BRANCH OF WINTRUST BANK
70-2544/719

5414

04/23/2021



PAY TO THE
ORDER OF ___ Schelli Reporting Service, Ltd. _____  $ **1,839.40

One thousand eight hundred thirty-nine and 40/100******************************************************************** DOLLARS

⊕ PROTECTED AGAINST FRAUD ⊕

Schelli Reporting Service, Ltd.
150 S. Wacker Drive
Suite 2400
Chicago, IL  60606

MEMO
Inv. 17275

*Kimberly C Cameys* MP

⑈005414⑈ ⑆071925444⑆ ⑈3805296863⑈

---

**ODELSON STERK MURPHEY**                                             5414

04/23/2021     **Schelli Reporting Service, Ltd.**

20-1411; Board meeting transcripts                 1,839.40

**Wintrust Bank #6863 Blue**          Inv. 17275                    1,839.40

**ODELSON STERK MURPHEY**                                             5414

04/23/2021     **Schelli Reporting Service, Ltd.**

20-1411; Board meeting transcripts                 1,839.40

PAYMENT RECORD

**Wintrust Bank #6863 Blue**          Inv. 17275                    1,839.40





104141