IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAUL BERGE and TIMOTHY KREISSLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF KANKAKEE, POLICE AND FIRE ) <br> COMMISSION OF THE CITY OF KANKAKEE, ) <br> CHIEF FRANK KOSMAN, MAYOR CHASTITY ) <br> WELLS-ARMSTRONG, WILLIE HUNT, ) <br> NICKEY F. YATES, Individually and in their ) <br> official capacities, ) <br> ) <br> Defendants. ) | Case No. 20 cv 2310 |

### NOTICE OF FILING

TO:  See CM/ECF Participants List

PLEASE TAKE NOTICE that on **January 4, 2023,** the undersigned caused to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, **BILL OF COSTS,** a copy of which is attached hereto.

/s/ Michael J. McGrath

Michael McGrath (mmcgrath@osmfm.com)
**ODELSON, STERK, MURPHEY,
FRAZIER & MCGRATH, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

### PROOF OF SERVICE

The undersigned, a non-attorney, hereby certifies that on January 4, 2023, she caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification using the CM/ECF system to the CM/ECF participants list before 5:00 p.m., on this 4th day of January 2023.

/s/ Kathleen M. Carey